1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No.
13 |                       Plaintiff,        | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**
14 |     vs.                                 |
15 | ROMI OMAR MAYDER, an individual;        | Complaint Filed:
   | WESLEY MAYDER, an individual; SILICON   | Trial Date:           None Set
16 | TEST SYSTEMS, INC., a California Corporation;
   | and SILICON TEST SOLUTIONS, LLC, a
17 | California Limited Liability Corporation,
   | inclusive,
18 |
   |                       Defendants.
19

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Robert Pochowski

    Verigy Ltd., a Singapore Corporation

    Verigy (Netherlands) B.V.

    Verigy (Singapore) Pte. Ltd.

Dated: August ___, 2007                      BERGESON, LLP

                                         By:_____
                                                Melinda M. Morton
                                                Attorneys for Plaintiff
                                                VERIGY US, INC.