1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
3 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
4 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
Telephone:  (408) 291-6200
6 | Facsimile:   (408) 297-6000

7 | Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>            Plaintiff,<br><br>       vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>            Defendants. | Case No.<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br><br>Complaint Filed:<br>Trial Date:            None Set |

Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff" or "Verigy") requests that the following materials be filed under seal, as they contain trade secrets and other confidential research, development, or commercial information, which is developed and maintained in a highly confidential fashion and gives Verigy an advantage over its competitors. Disclosure of this material "could result in improper use of the material for . . . infringement upon trade secrets," and therefore Verigy respectfully requests that it be filed under seal. *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). The documents submitted under seal include:

1. Portions of Verigy's *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause re: Preliminary Injunction, and an Order Authorizing Expedited Discovery and Memorandum of Points and Authorities in Support;
2. Portions of the Declaration of Andrew N. Lee and Exhibits A and B;
3. Portions of the Declaration of Ken Hanh Duc Lai and Exhibits A, B, C, and D;
4. Portions of the Declaration of Ira Leventhal and Exhibits B and C;
5. Portions of the Declaration of Melinda M. Morton and Exhibits B and C; and
6. Portions of the Declaration of Robert Pochowski and Exhibits A, B, C, D, E, F, G, H, I, J, and K.

These materials (hereafter "the Materials") each disclose information that has been designated as "Highly Confidential—Attorneys' Eyes Only" (Documents 1-5) or "Confidential" (Document 6) by Verigy because they contain confidential, proprietary and trade secret information relating to Verigy's design specifications, technical procurement processes; research regarding customer device requirements; block diagrams; product development and strategic plans, product strategy; forecasted business demand; actual product consumption; business processes and tools; product technology roadmaps; product features and performance; product architecture; product development schedules; qualification processes and results; contract manufacturer agreements and business relationship; inventions; provisional patent applications; and future manufacturing strategies (collectively, the "Trade Secrets"). These Materials are being

1

submitted at the same time as the Complaint in this Action, and there is not yet a stipulated protective order in place. Verigy's confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that Verigy's overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

Although the information in the Materials is submitted under seal, Verigy relies on this information to show that its *ex parte* Application should be granted. Pursuant to Local Civil Rule 79-5(b)-(c), Defendants therefore lodge the Materials with this Court, and respectfully request leave to file the aforementioned documents under seal to protect Verigy's Trade Secrets.

Respectfully submitted.

Dated: August 21, 2007                         BERGESON, LLP

By:_____
    Melinda M. Morton
    Attorneys for Plaintiff
    VERIGY US, INC.