DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Honorable Ronald M. Whyte<br>Ctrm:  6<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:             None Set |

Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff" or "Verigy") requests that the following materials be filed under seal, as they contain trade secrets and other confidential research, development, or commercial information, which is developed and maintained in a highly confidential fashion and gives Verigy an advantage over its competitors. Disclosure of this material "could result in improper use of the material for . . . infringement upon trade secrets," and therefore Verigy respectfully requests that it be filed under seal. *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). The document submitted under seal is Exhibit A to Verigy's Amended Proposed Order Granting Plaintiff Verigy Us, Inc.'s Application for Temporary Restraining Order, Order to Show Cause re: Preliminary Injunction, and an Order Authorizing Expedited Discovery (the "Materials").

The Materials discloses information that has been designated as ""Confidential" by Verigy because it contains confidential, proprietary and trade secret information relating to Verigy's design specifications, technical procurement processes; research regarding customer device requirements; block diagrams; product development and strategic plans, product strategy; forecasted business demand; actual product consumption; business processes and tools; product technology roadmaps; product features and performance; product architecture; product development schedules; qualification processes and results; contract manufacturer agreements and business relationship; inventions; provisional patent applications; and future manufacturing strategies (collectively, the "Trade Secrets"). There is not yet a protective order in place in this action. Verigy's confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that Verigy's overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

Although the information in the Materials is submitted under seal, Verigy relies on this information to show that its *ex parte* Application should be granted. Pursuant to Local Civil Rule

1  79-5(b)-(c), Defendants therefore lodge the Materials with this Court, and respectfully request
2  leave to file the aforementioned documents under seal to protect Verigy's Trade Secrets.
3      Respectfully submitted.

Dated:  August 23, 2007                        BERGESON, LLP

                                            By:_____/s/_____
                                                      Melinda M. Morton
                                                      Attorneys for Plaintiff
                                                      VERIGY US, INC.