1   DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
2   JOHN W. FOWLER, Bar No. 037463
    jfowler@be-law.com
3   MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
4   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
5   San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
6   Facsimile:   (408) 297-6000

7   Attorneys for Plaintiff
    VERIGY US, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  VERIGY US, INC, a Delaware Corporation       Case No. C07 04330 RMW (HRL)

13                   Plaintiff,

14          vs.                                   **[PROPOSED] ORDER GRANTING
                                                  PLAINTIFF'S ADMINISTRATIVE
                                                  MOTION FOR LEAVE TO FILE
15  ROMI OMAR MAYDER, an individual;             DOCUMENTS UNDER SEAL**
    WESLEY MAYDER, an individual; SILICON
16  TEST SYSTEMS, INC., a California Corporation;
    and SILICON TEST SOLUTIONS, LLC, a
17  California Limited Liability Corporation,      Judge:  Honorable Ronald M. Whyte
    inclusive,                                     Ctrm:    6
18
                     Defendants.                   Complaint Filed:     August 22, 2007
19                                                 Trial Date:          None Set

20

21

22

23

24

25

26

27

28

Now before the Court is Verigy's Administrative Motion For Leave To File Document Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Melinda Morton filed therewith, the Court finds there to be good cause for granting Plaintiff's request to file documents under seal.

GOOD CAUSE having been show, the Court finds that:

(1)    The parties possess overriding confidentiality interest that overcomes the right of public access to the record in Exhibit A to Verigy's Amended Proposed Order Granting Plaintiff Verigy Us, Inc.'s Application for Temporary Restraining Order, Order to Show Cause re: Preliminary Injunction, and an Order Authorizing Expedited Discovery.

(2)    The parties' overriding confidentiality interests support sealing the record;

(3)    A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(4)    The proposed sealing is narrowly tailored; and

(5)    No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
Hon. Ronald M. Whyte
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. C07 04330 RMW (HRL)