1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm: 6<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |
| Defendants. | |

PROOF OF SERVICE

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On August 24, 2007, I served the **SEALED DOCUMENTS** within:

1. **PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND AN ORDER AUTHORIZING EXPEDITED DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND AN ORDER AUTHORIZING EXPEDITED DISCOVERY;**
2. **AMENDED ORDER GRANTING PLAINTIFF VERIGY US, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER AUTHORIZING EXPEDITED DISCOVERY; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION;**
3. **ORDER GRANTING PLAINTIFF VERIGY US, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER AUTHORIZING EXPEDITED DISCOVERY; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION;**
4. **DECLARATION OF IRA LEVENTHAL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER;**
5. **DECLARATION OF ANDREW N. LEE IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION;**
6. **DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND AN ORDER AUTHORIZING EXPEDITED DISCOVERY;**
7. **DECLARATION OF KEN HANH DUC LAI IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION;**
8. **DECLARATION OF ROBERT POCHOWSKI**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__  BY PERSONAL SERVICE: I caused a copy of said documents to be hand delivered to the interested parties at the address set forth below. FRCP Title II, §5(b)(2)(A)(i).

| ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC. Daniel S. Mount, Esq. Kevin M. Pasquinelli, Esq. MOUNT & STOELKER PC River Park Tower, Suite 1650 333 W. San Carlos San Jose, CA 95110 Ph: 408.279.7000 ext. 1126 Fax: 408.998.1473 kpasquinelli@mount.com | ATTORNEYS FOR DEFENDANTS SILICON TEST SOLUTIONS, LLC. Daniel E. Hanley, Esq. 1091 Lincoln Avenue San Jose, CA 95125 Ph: 408.293.0344 Fax: 408.977.1552 www.danhanleylaw.com |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 24, 2007, at San Jose, California.

_/s/ Gail Simmons_
Gail Simmons