1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm:    6<br><br>Complaint Filed:    August 22, 2007<br>Trial Date:             None Set |
| Defendants. | |

PROOF OF SERVICE

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs.  My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110.  I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On August 29, 2007, I served the within:

**STIPULATED PROTECTIVE ORDER (MODIFIED BY THE COURT) (28)**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

  X    BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed below. FRCP Title II, §5(b)(2)(D).

| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.** <br> Daniel S. Mount, Esq. <br> Kevin M. Pasquinelli, Esq. <br> MOUNT & STOELKER PC <br> River Park Tower, Suite 1650 <br> 333 W. San Carlos <br> San Jose, CA 95110 <br> Ph:  408.279.7000 ext. 1126 <br> Fax: 408.998.1473 <br> dmount@mount.com <br> kpasquinelli@mount.com | **ATTORNEYS FOR DEFENDANTS SILICON TEST SOLUTIONS, LLC.** <br> Daniel E. Hanley, Esq. <br> 1091 Lincoln Avenue <br> San Jose, CA 95125 <br> Ph:  408.293.0344 <br> Fax: 408.977.1552 <br> dan@hanleylaw.com |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 29, 2007, at San Jose, California.

/s/
Gail Simmons