Daniel S. Mount, Esq. (State Bar No. 77517)
Kathryn G. Spelman (State Bar No. 154512)
Dan Fingerman (State Bar No. 229683)
Kevin Pasquinelli (State Bar No. 246985)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, Suite 1650
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473

Attorneys for Defendant Romi Omar Mayder,
an individual, Wesley Mayder, an individual,
Silicon Test Systems, Inc. a California
Corporation, and Silicon Test Solutions, LLC

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

***E-FILED - 9/6/07***

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC. a California Corporation, SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Civil Case No.:  C07-04330 RMW (HRL)<br><br>**STIPULATION RE CHANGE TO THE EXISTING ORDER; and ORDER**<br><br>Date:   August 29, 2007<br>Dept.:  Hon. Judge Whyte |

MOUNT & STOELKER, P.C.
333 WEST SAN CARLOS
RIVERPARK TOWER, STE. 1650
SAN JOSE, CALIFORNIA 95110-2726
TELEPHONE (408) 279-7000

MOUNT & STOELKER, P.C.
333 WEST SAN CARLOS
RIVERPARK TOWER, STE. 1650
SAN JOSE, CALIFORNIA 95110-2726
TELEPHONE (408) 279-7000

**STIPULATION**

Plaintiff, VERIGY US, INC ("Verigy"), by and through its counsel of record, Jay Fowler, Esq and Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, Silicon Test Solutions, LLC ("Defendants") by and through its counsel of record, Daniel S. Mount, Esq., do hereby stipulate and agree as follows:

Whereas this Court issued an order on 8/24/2007 (Order Granting Plaintiff Verigy US, Inc.'s Application for Temporary Restraining Order and Order Authoring Expedited Discovery; Order to Show Cause Re: Preliminary Injunction) ("the Order") defining an expedited discovery schedule in the matter of Verigy v. Mayder, the parties now wish to modify that order, and request court approval of the following hearing and discovery schedule:

1.  The hearing on the order to appear and show cause why a preliminary injunction should not be entered against Defendants shall be moved from Friday, September 7, 2007 to October 19, 2007 at 9:00 a.m.

2.  The existing date for Defendants to file, and serve upon plaintiff's attorneys opposition to the issuance of a preliminary injunction with respect to the matters contained in the Order shall be moved from August 25, 2007 to September 20, 2007 at 5:00 p.m.

3.  The existing date for Plaintiff to file and serve upon Defendants' counsel, any reply and/or supplemental papers in support of its motion for preliminary injunction with respect to matters contained in the Order shall be moved from September 4, 2007 to October 4, 2007 at 5:00 p.m.

4.  Deposition of Romi Omar Mayder will be taken by Plaintiffs beginning the afternoon of September 6, and completing on September 7, 2007, unless otherwise agreed to by both parties or by order of the Court.

5.  Deposition of Ira Leventhal will be taken by Defendants beginning the afternoon of September 13, 2007, and completing on September 14, 2007, unless otherwise agreed to by both parties or by order of the Court.

6.    The parties agree to make themselves available for deposition of a third party, Bob

Pochowski, on September 12, 2007 or September 17, 2007, pending availability of Mr.

Pochowski.

7.    Should Defendants include an expert witness declaration in support of their opposition to

the issuance of a preliminary injunction, Defendants and Plaintiffs will be available to

depose the expert witness September 25, 2007 or September 26, 2007. Should the expert

witness not be available either of these days, the parties will mutually agree on another

date no later than September 28, 2007.

8.    Should Plaintiff include an expert witness declaration in support of their reply brief to

Defendants' opposition to the issuance of a preliminary injunction, Plaintiff will make

available that expert witness for deposition at a mutually agreeable time the week of

October 8, 2007.

9.    In all other respects, the Order remains in effect and is extended until the Court enters a

decision on the preliminary injunction set for hearing on October 19, 2007 unless prior to

that date and time, the Order is vacated or extended by this court for good cause shown, or

unless Plaintiff and Defendants stipulate to such extension or vacation, such stipulation

being subject to the court's approval.

Dated:  **8 - 30 - 07**            Mount & Stoelker, P.C.



By: _Kevin M Pasquinelli_
Daniel S. Mount, Esq.
Daniel H. Fingerman, Esq.
Kevin M. Pasquinelli, Esq.
Attorneys for Defendants


Dated:  **8/30/07**

BERGESON, LLP


By: _____
Daniel J. Bergeson, Esq.
John W. Fowler, Esq.
Melinda M. Morton, Esq.
Attorneys for Plaintiff Verigy

MOUNT & STOELKER, P.C.
333 WEST SAN CARLOS
RIVERPARK TOWER, STE. 1650
SAN JOSE, CALIFORNIA 95110-2726
TELEPHONE (408)279-7000

1

2

**ORDER OF THE COURT**

3    In accordance with the foregoing stipulation of the Parties;

4    AND with good cause appearing;

5    The Court enters the Stipulation as an Order of the Court.

6    IT IS SO ORDERED.

7

8    Dated: __ 9/6_____, 2007          By: _Ronald M. Whyte_____

9                                             Honorable Ronald M. Whyte
                                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOUNT & STOELKER, P.C.
333 WEST SAN CARLOS
RIVERPARK TOWER, STE. 1650
SAN JOSE, CALIFORNIA 95110-2726
TELEPHONE (408) 279-7000