IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 5, 2007        BERGESON, LLP

By: _____
Melinda M. Morton, Esq.
Attorneys for Plaintiff Verigy

Dated: September 5, 2007        MOUNT & STOELKER, P.C.

By: _____
Kevin M. Pasquinelli, Esq.
Attorneys for Defendants

### ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2007        By: _____
Honorable Ronald M. Whyte
United States District Judge