1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Howard R. Lloyd<br>Ctrm:   2 |
| Defendants. | Complaint Filed:   August 22, 2007<br>Trial Date:            None Set |

1    Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff" or "Verigy") requests that the following materials be filed under seal, as they contain confidential information that is protected by the Stipulated Protective Order entered by the Court on August 29, 2007.  The documents submitted under seal include:

   1.    Portions of Verigy's Notice of Motion and Motion to Compel Amended Response and Responsive Information to Request for Production No. 17 from Romi Mayder and Silicon Test Systems, Inc.; Supporting Memorandum of Points and Authorities in Support (the "MPA"); and

   2.    Exhibits D, E, F,G, H, J,K, and L to the Declaration of Melinda M. Morton.

   These materials (hereafter "the Materials") each disclose information that has been designated as "Highly Confidential—Attorneys' Eyes Only" (portions of the MPA and Exhibits D, E, F, K, and L) or "Confidential" (portions of the MPA and Exhibits G, H, and J) by the parties under the protective order, without objection to those designations (although Verigy reserves its rights to challenge such designations pursuant to the Stipulated Protective Order).  Although the information in the Materials has been designated as protected from disclosure under the Protective Order, Verigy relies on this information in support of its Motion to Compel.  The parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed.  Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

   Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this Court, and respectfully requests leave to file the aforementioned documents under seal.

   Respectfully submitted.

Dated:  October 2, 2007                    BERGESON, LLP

                                           By:_____/s/_____
                                              Melinda M. Morton
                                              Attorneys for Plaintiff
                                              VERIGY US, INC.

1

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL                                CASE NO. C07 04330 RMW (HRL)