1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | **DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge:  Honorable Howard R. Lloyd<br>Ctrm:    2 |
| Defendants. | |

1     I, Melinda M. Morton, declare as follows:

2     1.    I am an attorney licensed to practice law before all of the courts of the State of California. I am an associate with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy" or "Plaintiff") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2.    I submit this declaration in support of Verigy's Administrative Motion for Leave to File Document Under Seal.

3.    I have reviewed the following materials ("the Materials"):

    (a)    Portions of Verigy's Notice of Motion and Motion to Compel Amended Response and Responsive Information to Request for Production No. 17 from Romi Mayder and Silicon Test Systems, Inc.; Supporting Memorandum of Points and Authorities in Support (the "MPA"); and

    (b)    Exhibits D, E, F,G, H, J,K, and L to the Declaration of Melinda M. Morton.

4.    I have determined that these Materials (hereafter "the Materials") each disclose information that has been designated as "Highly Confidential—Attorneys' Eyes Only" (portions of the MPA and Exhibits D, E, F, K, and L) or "Confidential" (portions of the MPA and Exhibits G, H, and J) by the parties under the protective order, without objection to those designations (although Verigy reserves its rights to challenge such designations pursuant to the Stipulated Protective Order).

5.    The confidentiality interest of the parties therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest.

//

1

DECLARATION OF MELINDA M. MORTON                              CASE NO. C07 04330 RMW (HRL)

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 2nd day of October, 2007 at San Jose, California.

```
                                                    /s/
                                              Melinda M. Morton
```