1    DANIEL J. BERGESON, Bar No. 105439
     dbergeson@be-law.com
2    JOHN W. FOWLER, Bar No. 037463
     jfowler@be-law.com
3    MELINDA M. MORTON, Bar No. 209373
     mmorton@be-law.com
4    BERGESON, LLP
     303 Almaden Boulevard, Suite 500
5    San Jose, CA 95110-2712
     Telephone:  (408) 291-6200
6    Facsimile:   (408) 297-6000

7    Attorneys for Plaintiff
     VERIGY US, INC.

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12   VERIGY US, INC, a Delaware Corporation      Case No. C07 04330 RMW (HRL)

13                    Plaintiff,

14        vs.                                    **[PROPOSED] ORDER GRANTING
                                                 PLAINTIFF'S ADMINISTRATIVE
15   ROMI OMAR MAYDER, an individual;            MOTION FOR LEAVE TO FILE
     WESLEY MAYDER, an individual; SILICON       DOCUMENTS UNDER SEAL**
16   TEST SYSTEMS, INC., a California Corporation;
     and SILICON TEST SOLUTIONS, LLC, a          Judge:  Honorable Howard R. Lloyd
17   California Limited Liability Corporation,    Ctrm:    2
     inclusive,
18
                     Defendants.
19

20

21

22

23

24

25

26

27

28

1      Now before the Court is Verigy's Administrative Motion For Leave To File Documents

2   Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under

3   Seal and the supporting declaration of Melinda Morton filed therewith, the Court finds there to be

4   good cause for granting Plaintiff's request to file documents under seal.

5      GOOD CAUSE having been shown, the Court finds that:

6      (1)   The parties possess overriding confidentiality interest that overcomes the

7            right of public access to the record in the following documents:

8            a.  Portions of Verigy's Notice of Motion and Motion to Compel Amended

9               Response and Responsive Information to Request for Production No. 17

10              from Romi Mayder and Silicon Test Systems, Inc.; Supporting

11              Memorandum of Points and Authorities in Support (the "MPA"); and

12           b.  Exhibits D, E, F, G, H, J, K, and L to the Declaration of Melinda M.

13              Morton.

14     (2)   The parties' overriding confidentiality interests support sealing the record;

15     (3)   A substantial probability exists that the parties' overriding confidentiality

16           interest will be prejudiced if the record is not sealed;

17     (4)   The proposed sealing is narrowly tailored; and

18     (5)   No less restrictive means exist to achieve this overriding interest.

19

20

21     IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under

22   Seal is GRANTED.

23

**IT IS SO ORDERED.**

24

Dated: _____, 2007

25
                                    _____
                                    Honorable Howard R. Lloyd
26                                  UNITED STATES DISTRICT JUDGE

27

28
                                         1