1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

| | |
|---|---|
| 12  VERIGY US, INC, a Delaware Corporation | Case No.  C07 04330 RMW (HRL) |
| 13                 Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE FOR MOTION TO COMPEL** |
| 14       vs. | |
| 15  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Howard R. Lloyd<br>Ctrm:    2 |
| 16 | |
| 17 | Complaint Filed:    August 22, 2007<br>Trial Date:             None Set |
| 18                 Defendants. | |

**STIPULATION**

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP and Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, and Silicon Test Solutions, LLC ("Defendants") by and through their counsel of record, Mount & Stoelker, PC, do hereby stipulate and agree as follows:

Whereas the parties wish to resolve a discovery dispute prior to the hearing on the preliminary injunction, and request court approval of the following hearing and briefing schedule:

1. The hearing on Plaintiff's proposed motion to compel shall be heard on October 16, 2007 at 9:00 a.m. or as soon thereafter as the Court may hear the matter;
2. Plaintiff shall file and serve its motion to compel on Tuesday, October 2, 2007;
3. Defendants shall file and serve their opposition to the motion no later than October 9, 2007 at 5:00 p.m.
4. Plaintiff shall file and serve any reply and/or supplemental papers in support of its motion by October 12, 2007 at 5:00 p.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 2, 2007         BERGESON, LLP

By: _____
Melinda M. Morton, Esq.
Attorneys for Plaintiff Verigy

Dated: October 2, 2007         MOUNT & STOELKER, P.C.

By: _____
Kevin M. Pasquinelli, Esq.
Attorneys for Defendants

---

STIPULATION AND [PROPOSED] ORDER RE BRIEFING
AND HEARING SCHEDULE FOR MOTION TO COMPEL                    Case No. C07 04330 RMW (HRL)

1

**<u>ORDER</u>**

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2007          By: _____
                                              Honorable Howard R. Lloyd
                                              UNITED STATES MAGISTRATE COURT
                                              JUDGE