**STIPULATION**

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP and Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, and Silicon Test Solutions, LLC ("Defendants") by and through their counsel of record, Mount & Stoelker, PC, do hereby stipulate and agree as follows:

Whereas the parties wish to resolve a discovery dispute prior to the hearing on the preliminary injunction, and request court approval of the following hearing and briefing schedule:

1. The hearing on Plaintiff's proposed motion to compel shall be heard on October 16, 2007 at 9:00 a.m. or as soon thereafter as the Court may hear the matter;

2. Plaintiff shall file and serve its motion to compel on Tuesday, October 2, 2007;

3. Defendants shall file and serve their opposition to the motion no later than October 9, 2007 at 5:00 p.m.

4. Plaintiff shall file and serve any reply and/or supplemental papers in support of its motion by October 12, 2007 at 5:00 p.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 2, 2007

BERGESON, LLP

By: _____
Melinda M. Morton, Esq.
Attorneys for Plaintiff Verigy

Dated: October 2, 2007

MOUNT & STOELKER, P.C.

By: _____
Kevin M. Pasquinelli, Esq.
Attorneys for Defendants

---

STIPULATION AND [PROPOSED] ORDER RE BRIEFING
AND HEARING SCHEDULE FOR MOTION TO COMPEL

1

Case No. C07 04330 RMW (HRL)