1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |

12 |                    Plaintiff, | **DECLARATION OF**<br>**JOHN W. FOWLER IN SUPPORT OF** |

13 |        vs. | **PLAINTIFF'S MOTION TO COMPEL** |

14 | ROMI OMAR MAYDER, an individual; | Judge:  Honorable Howard R. Lloyd |
   | WESLEY MAYDER, an individual; SILICON | Ctrm:    2 |
15 | TEST SYSTEMS, INC., a California Corporation; |  |
   | and SILICON TEST SOLUTIONS, LLC, a | Complaint Filed:       August 22, 2007 |
16 | California Limited Liability Corporation, | Trial Date:                None Set |
   | inclusive, |  |
17 |  |  |
   |                    Defendants. |  |
18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF JOHN W. FOWLER                                      Case No. C07 04330 RMW (HRL)

1         I, John W. Fowler, declare as follows:

2         1.     I am an attorney licensed to practice law before all of the courts of the State of

3 California.  I am a partner in the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy

4 US, Inc. ("Verigy") in the above-captioned action.  I have personal knowledge of the facts set

5 forth in this declaration, and, if called to do so, I could and would competently testify thereto.

6         2.     I submit this declaration in support of Verigy's Motion to Compel Defendants to

7 produce a bit for bit copy – a mirror image - of Mr. Mayder's computer's hard drive (the

8 "Motion").

9         3.     During a telephone conference on August 29, 2007, counsel for Defendants, Kevin

10 M. Pasquinelli, agreed to produce a bit for bit copy – a mirror image - of Mr. Mayder's computer's

11 hard drive.

12         4.     On September 26, 2007, after the deposition of defendant Romi Mayder, my

13 colleagues Melinda Morton, Don Gagliardi and I met and conferred with Mr. Pasquinelli and Mr.

14 Mount regarding the outstanding discovery issues.  During the meet and confer, Defendants'

15 counsel agreed to produce the mirror images of Defendants' hard drives provided that any

16 attorney-client documents were segregated and removed prior to production.  The parties agreed to

17 hire a third-party neutral expert to remove any such documents.  Defendants' counsel was to

18 provide a list of search terms the next day for the expert to use to segregate any privileged

19 documents, and we agreed that a list showing any documents with the search terms would be

20 circulated among counsel to discuss appropriate action.  Ms. Morton agreed to propose one or

21 more potential neutral forensics experts, and the parties agreed that the hard drives would be

22 turned over to the neutral expert by October 2, 2007.

23         I declare under penalty of perjury under the laws of the United States of America that the

24 foregoing is true and correct and that this declaration was executed this 2nd day of October, 2007

25 at San Jose, California.

26

27
                                      John W. Fowler

28

                                               1

DECLARATION OF JOHN W. FOWLER                          Case No. C07 04330 RMW (HRL)