1    I, John W. Fowler, declare as follows:

2    1.    I am an attorney licensed to practice law before all of the courts of the State of

3    California. I am a partner in the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy

4    US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set

5    forth in this declaration, and, if called to do so, I could and would competently testify thereto.

6    2.    I submit this declaration in support of Verigy's Motion to Compel Defendants to

7    produce a bit for bit copy – a mirror image - of Mr. Mayder's computer's hard drive (the

8    "Motion").

9    3.    During a telephone conference on August 29, 2007, counsel for Defendants, Kevin

10    M. Pasquinelli, agreed to produce a bit for bit copy – a mirror image - of Mr. Mayder's computer's

11    hard drive.

12    4.    On September 26, 2007, after the deposition of defendant Romi Mayder, my

13    colleagues Melinda Morton, Don Gagliardi and I met and conferred with Mr. Pasquinelli and Mr.

14    Mount regarding the outstanding discovery issues. During the meet and confer, Defendants'

15    counsel agreed to produce the mirror images of Defendants' hard drives provided that any

16    attorney-client documents were segregated and removed prior to production. The parties agreed to

17    hire a third-party neutral expert to remove any such documents. Defendants' counsel was to

18    provide a list of search terms the next day for the expert to use to segregate any privileged

19    documents, and we agreed that a list showing any documents with the search terms would be

20    circulated among counsel to discuss appropriate action. Ms. Morton agreed to propose one or

21    more potential neutral forensics experts, and the parties agreed that the hard drives would be

22    turned over to the neutral expert by October 2, 2007.

23    I declare under penalty of perjury under the laws of the United States of America that the

24    foregoing is true and correct and that this declaration was executed this 2nd day of October, 2007

25    at San Jose, California.

26

27

28    _____
     John W. Fowler

1