copies of the hard drives be produced *minus any personal information related to Mayder and/or any attorney client privileged communications.* I advised Mr. Pasquinelli that this might be acceptable provided his firm was willing to provide us with written assurances that nothing relevant or conceivably relevant to the litigation would be withheld apart from privileged communications. Mr. Pasquinelli said he would get back to me with his client's response the same day in light of the urgency in bring this motion. As of 5 p.m. PDT on October 1, 2007, he had not done so.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 1st day of October, 2007 at San Jose, California.

_____
Donald P. Gagliardi