1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

| | |
|---|---|
| 12  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 13                 Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF VERIGY US, INC.'S MOTION TO COMPEL** |
| 14       vs. | |
| 15  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Howard R. Lloyd<br>Ctrm: 2<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |
| 16 | |
| 17 | |
| 18 | |
| 19                 Defendants. | |

1    This matter having come before the Court on the Motion of plaintiff Verigy US, Inc. for an Order compelling Defendants ROMI OMAR MAYDER ("Mayder"), and SILICON TEST SYSTEMS, INC. ("STSI") to produce bit for bit copies – *i.e.,* mirror images – of Mayder's and STSI's computer hard drives;

AND, the Court having read the Notice of Motion and Motion, the declaration of Melinda M. Morton, the memorandum of points and authorities submitted in support of the motion, the complete files and records in this action, and the arguments of Counsel;

AND, good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1.    Defendants ROMI OMAR MAYDER ("Mayder") and SILICON TEST SYSTEMS, INC. ("STSI") produce bit for bit copies – *i.e.,* mirror images – of Romi Mayder's and STSI's computer hard drives within two (2) days of date of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2007        By: _____
                                    Honorable Howard R. Lloyd
                                    UNITED STATES MAGISTRATE JUDGE