1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm:   6<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:              None Set |
| Defendants. | |

<u>CERTIFICATE OF SERVICE</u>

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On October 2, 2007, I served the within:

1. **CONFIDENTIAL VERSION OF VERIGY'S NOTICE OF MOTION AND MOTION TO COMPEL AMENDED RESPONSE AND RESPONSIVE INFORMATION TO REQUEST FOR PRODUCTION NO. 17 FROM ROMI MAYDER AND SILICON TEST SYSTEMS, INC.; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; AND**
2. **CONFIDENTIAL VERSION OF DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL.**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

  X   BY PERSONAL SERVICE: I caused a copy of said documents to be hand delivered to the interested parties at the address set forth below. FRCP Title II, §5(b)(2)(A)(i).

| |  |
|---|---|
| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.**<br>Daniel S. Mount, Esq.<br>Kevin M. Pasquinelli, Esq.<br>MOUNT & STOELKER PC<br>River Park Tower, Suite 1650<br>333 W. San Carlos<br>San Jose, CA 95110<br>Ph:  408.279.7000 ext. 1126<br>Fax:  408.998.1473<br>dmount@mount.com<br>kpasquinelli@mount.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 2, 2007, at San Jose, California.

                            /s/
                         Gail Simmons