1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

**\*E-FILED: 10/3/2007\***

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL)
13 |                   Plaintiff,            | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE FOR MOTION TO COMPEL**
14 |       vs.                               |
15 | ROMI OMAR MAYDER, an individual;        | Judge: Honorable Howard R. Lloyd
   | WESLEY MAYDER, an individual; SILICON   | Ctrm:  2
16 | TEST SYSTEMS, INC., a California Corporation; |
   | and SILICON TEST SOLUTIONS, LLC, a      |
17 | California Limited Liability Corporation, | Complaint Filed: August 22, 2007
   | inclusive,                              | Trial Date:      None Set
18 |                                         |
   |                   Defendants.           | **(MODIFIED BY THE COURT)**
19

**STIPULATION**

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP and Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, and Silicon Test Solutions, LLC ("Defendants") by and through their counsel of record, Mount & Stoelker, PC, do hereby stipulate and agree as follows:

Whereas the parties wish to resolve a discovery dispute prior to the hearing on the preliminary injunction, and request court approval of the following hearing and briefing schedule:

1. The hearing on Plaintiff's proposed motion to compel shall be heard on October 19, 2007 at 10:00 a.m. or as soon thereafter as the Court may hear the matter;

2. Plaintiff shall file and serve its motion to compel on Tuesday, October 2, 2007;

3. Defendants shall file and serve their opposition to the motion no later than October 9, 2007 at 5:00 p.m.

4. Plaintiff shall file and serve any reply and/or supplemental papers in support of its motion by October 12, 2007 at 5:00 p.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 2, 2007             BERGESON, LLP

                                   By: _____
                                   Melinda M. Morton, Esq.
                                   Attorneys for Plaintiff Verigy


Dated: October 2, 2007             MOUNT & STOELKER, P.C.

                                   By: _____
                                   Kevin M. Pasquinelli, Esq.
                                   Attorneys for Defendants

**ORDER**  (as modified by the court)

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____**October 3**___, 2007        By: _____
                                                    Honorable Howard R. Lloyd
                                                    UNITED STATES MAGISTRATE COURT JUDGE

2
STIPULATION AND [PROPOSED] ORDER RE BRIEFING
AND HEARING SCHEDULE FOR MOTION TO COMPEL          Case No. C07 04330 RMW (HRL)