DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Plaintiff and Counter-Defendant
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07-04330 RMW (HRL)<br><br>**VERIGY US, INC.'S ANSWER TO COUNTERCLAIMS**<br><br>Complaint Filed:  August 22, 2007<br>Trial Date:        None Set |
| AND RELATED COUNTERCLAIMS. | |

1  Plaintiff and counter-defendant Verigy US, Inc. ("Verigy"), hereby answers the
2  counterclaims brought against it by defendants and counter-claimants Silicon Test System, Inc.
3  and Silicon Test Solutions, LLC, Romi Omar Mayder ("Mayder"), and Wesley Mayder
4  (collectively, "defendants").

## GENERAL ALLEGATIONS

6  1.  On information and belief, Verigy admits the allegations of Paragraph 1.
7  2.  On information and belief, Verigy admits the allegations of Paragraph 2.
8  3.  On information and belief, Verigy admits the allegations of Paragraph 3.
9  4.  On information and belief, Verigy admits the allegations of Paragraph 4.
10 5.  Admitted.
11 6.  Admitted.
12 7.  Admitted.
13 8.  Admitted.
14 9.  Admitted.

## FIRST COUNTERCLAIM

16 10. The responses in paragraphs 1-9 are repeated as though fully set forth herein.
17 11. Verigy admits that it filed a complaint alleging misappropriation of trade secrets
18 against defendants and that Verigy has filed a trade secret disclosure. Except as expressly
19 admitted herein, Verigy denies each and every remaining allegation contained in Paragraph 11.
20 12. Admitted.
21 13. Verigy admits that defendants seek a declaration as set forth in paragraph 13 of their
22 counterclaims. Except as expressly admitted herein, Verigy denies each and every remaining
23 allegation contained in Paragraph 13.

## SECOND COUNTERCLAIM

25 14. The responses in paragraph 1-13 are repeated as though fully set forth herein.
26 15. Admitted.
27 16. Admitted.
28 17. Verigy admits that defendants seek a declaration as set forth in paragraph 13 of their

counterclaims.  Except as expressly admitted herein, Verigy denies each and every remaining allegation contained in Paragraph 17.

### THIRD COUNTERCLAIM

18. The responses in paragraphs 1-17 are repeated as though fully set forth herein.

19. Admitted.

20. Admitted.

21. Verigy admits that defendants seek a declaration as set forth in paragraph 13 of their counterclaims.  Except as expressly admitted herein, Verigy denies each and every remaining allegation contained in Paragraph 21.

### PRAYER

Verigy denies that defendants are entitled to any of the relief for which they pray as to any cause of action.

Verigy instead prays for judgment of dismissal of defendants' counterclaims as well as for relief as set forth in Verigy's Complaint.

Dated:  October 3, 2007                     BERGESON, LLP


By:_____/s/_____
         Melinda Morton

Attorneys for Plaintiff and Counter-defendant
VERIGY US, INC.