1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

| | |
|---|---|
| 12  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 13              Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF VERIGY US, INC.'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** |
| 14         vs. | |
| 15  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON | **[Fed.R.Civ.P. 12(f)]** |
| 16  TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a | Date: November 9, 2007 Time: 9:00 a.m. |
| 17  California Limited Liability Corporation, inclusive, | Place: Courtroom 6 Judge: Hon. Ronald M. Whyte |
| 18              Defendants. | Complaint Filed:    August 22, 2007 |
| 19 | Trial Date:            None Set |

This matter having come before the Court on the Motion of plaintiff Verigy US, Inc. for an Order striking affirmative defenses set forth in defendants' Answer to Plaintiff's Initial Complaint and Counterclaim ("Answer") filed by defendants and counter-claimants Silicon Test System, Inc. and Silicon Test Solutions, LLC, Romi Omar Mayder ("Mayder"), and Wesley Mayder (collectively, "defendants");

AND, the Court having read the Notice of Motion and Motion, the memorandum of points and authorities submitted in support of the motion, the complete files and records in this action, and the arguments of Counsel;

AND, good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to strike the affirmative defenses set forth in defendants' Answer to Plaintiff's Initial Complaint and Counterclaim is granted.

**IT IS SO ORDERED.**

Dated: _____, 2007          By: _____
                                       Honorable Ronald M. Whyte
                                       UNITED STATES DISTRICT COURT JUDGE