1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
   Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
2  Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
   Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
3  Mount & Stoelker, P.C.
4  RiverPark Tower, Suite 1650
   333 West San Carlos Street
5  San Jose CA  95110-2740
   Phone: (408) 279-7000
6  Fax:     (408) 998-1473
   Email: dmount@mount.com
7          kspelman@mount.com
           dfingerman@mount.com
8          kpasquinelli@mount.com

10 Attorneys for Defendants Romi Mayder, Wesley Mayder,
   Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **Defendants' Administrative Motion For Leave To File Documents Under Seal** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | Date:  November 9, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Ronald M. Whyte |
| Defendants. | |

1  Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Defendants request that the following materials be filed under seal because they contain information that has been designated as confidential or highly confidential under the Stipulated Protective Order entered by this court on August 29, 2007. The documents submitted under seal include:

1. Portions of the Defendants' Brief in Response to Order to Show Cause Re Preliminary Injunction;
2. Portions of the declaration of Romi Mayder, including exhibits;
3. Portions of the declaration of Dr. Richard A. Blanchard, including exhibits;
4. Declaration of Tom Schneck, including exhibits;
5. The declaration of Dick Weber;
6. Portions of the declaration of Kevin Pasquinelli, including exhibits;

These materials contain information that has been designated "Confidential" or "Highly Confidential — Attorneys' Eyes Only" by one or more parties under the Stipulated Protective Order. Although the Defendants reserve the right to challenge the designation of certain material by Verigy, information in these materials has been designated as protected from disclosure under the Stipulated Protective Order at the present time. The Defendants rely on that information in support of their response to the order to show cause. The parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored, and no less-restrictive means exist to achieve the parties' overriding interests.

The Defendants therefore lodge the above-identified materials with this court pursuant to Civil Local Rule 79-5(b) and 79-5(c) and request leave to file the aforementioned documents under seal.

Dated: October 11, 2007         Mount & Stoelker, P.C.
                                Daniel H. Fingerman

                                _____/s/_____
                                Attorneys for Defendants Romi Mayder, Wesley Mayder,
                                Silicon Test Systems Inc., and Silicon Test Solutions LLC