Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com
           kspelman@mount.com
           dfingerman@mount.com
           kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **Declaration of Dan Fingerman in Support of Defendants' Administrative Motion For Leave To File Documents Under Seal** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | Date:   November 9, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. Ronald M. Whyte |
| Defendants. | |

I, Dan Fingerman, declare as follows:

1. I am an attorney with the law firm of Mount & Stoelker, P.C., counsel for the Defendants in this action, Romi Mayder, Wesley Mayder, Silicon Test Systems Inc., and Silicon Test Solutions LLC (collectively, "Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called upon to testify in this Court as to those facts, my testimony would be as stated herein.

2. I submit this declaration in support of the Defendants' Administrative Motion For Leave To File Documents Under Seal.

3. I have reviewed the following materials with the assistance of Kevin Pasquinelli (another attorney who works with me at Mount & Stoelker, as counsel of record for the Defendants):

   (a) Portions of the Defendants' Brief in Response to Order to Show Cause Re Preliminary Injunction;
   (b) Portions of the declaration of Romi Mayder, including exhibits;
   (c) Portions of the declaration of Dr. Richard A. Blanchard, including exhibits;
   (d) Declaration of Tom Schneck, including exhibits;
   (e) The declaration of Dick Weber;
   (f) Portions of the declaration of Kevin Pasquinelli, including exhibits;

4. Kevin Pasquinelli and I have determined that the above-identified materials each contain information that has been designated "Confidential" or "Highly Confidential — Attorneys' Eyes Only" by one or more parties under the Stipulated Protective Order (although the Defendants have reserve the right to challenge certain designations asserted by Verigy).

5. I have concluded that the parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed. The proposed sealing is narrowly tailored, and I am not aware of any less-restrictive means to achieve the parties' overriding interests.

//
//
//

Case No. 5:07-cv-04330 (RMW) (HRL)                                                                                               Page 1
Declaration of Dan Fingerman

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct and that this declaration was executed on the date below at San Jose, California.

4  Dated: October 11, 2007         Mount & Stoelker, P.C.
                                   Daniel H. Fingerman

                                   /s/
                                   Attorneys for Defendants Romi Mayder, Wesley Mayder,
                                   Silicon Test Systems Inc., and Silicon Test Solutions LLC

Z:\CLIENTS\S CLIENTS\Sites001\Attorney_Notes\Working Pleadings\Mtn to seal docs 10-11-07 - DHF Decl.doc

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000