Daniel S. Mount, Esq. (State Bar No. 77517)
Kathryn G. Spelman (State Bar No. 154512)
Dan Fingerman (State Bar No. 229683)
Kevin Pasquinelli (State Bar No. 246985)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, Suite 1650
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473

Attorneys for Defendant Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, and Silicon Test Solutions, LLC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC. a California Corporation, SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Civil Case No.: C07-04330 RMW (HRL)<br><br>DECLARATION OF RICHARD O. FOSTER, FORMERLY DIRECTOR OF MANUFACTURING FOR ANRITSU CORPORATION<br><br>Date:  N/A<br>Time:  N/A<br>Dept.: Judge: Hon. Judge Whyte |

1

I, Richard O. Foster, declare as follows:

1) I have personal knowledge of all the facts set forth in this declaration and, if called upon to testify in this Court as to those facts, my testimony would be as stated herein.

2) I am now retied, but previously was Director of Manufacturing for Anritsu Company ("Anritsu"), the North American subsidiary of Anritsu Corporation based in Tokyo, Japan. As Director, I oversaw the manufacturing in Morgan Hill, CA of General Purpose Test Equipment, and Precision Radio Frequency ("RF") and Microwave Components. One key market for Anritsu was, and remains, Automated Test Equipment manufacturers, such as Verigy and Teradyne (a Verigy competitor in ATE). I worked at Anritsu for over 20 years.

3) ATE systems have a probe card/board which interfaces between the ATE tester and the Device Under Test ("DUT"). Most probe boards contain integrated circuits that allow the tester to selectively transmit the same signal to different DUTS either simultaneous (called fan-out) or sequentially (called time multiplexing). Integrated circuit switches, usually field effect transistors ("FETS"), are used to implement the selective transmission of tester channels.

4) During 1994 and 1995, Anritsu was asked by Teradyne to provide certain modules which enhanced the capabilities of their testers. An internal strategic evaluation of this business opportunity revealed that Teradyne's business (and therefore Anritsu's) could be significantly impacted if additional switches (a technology already in use) were added to the probe cards thus offloading the burden from the expensive ATE testers. This would reduce the cost per channel for testing semiconductor wafers and chips. In this manner, more devices under test ("DUTS") could be tested with the same number of tester channels. Anritsu did not consider these       ideas trade secrets because these

2

techniques were well known and, in fact, were requested in the equipment being supplied to Teradyne by Anritsu.

I declare, under penalty of perjury the foregoing is true and correct, executed this 4th day of October 2007 in Pismo Beach, California.

_____
Richard O. Foster

---

3

**DELCARATION OF RICHARD O. FOSTER**
Civil Case No.: C07-04330 RMW (HRL)