1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

**Exhibit A: NanoNexus Probe Card**



DELCARATION OF FRANK SWIATOWIEC
Civil Case No.: C07-04330 RMW (HRL)

TELEPHONE (408) 279-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

DELCARATION OF FRANK SWIATOWIEC
Civil Case No.: C07-04330 RMW (HRL)

Exhibit B: Southwest Test Resource Sharing Presentation

