# RESOURCE SWITCHING

- I HAVE A 20,000 PIN PROBE CARD SO I NEED 20,000 TEST CHANNELS ON MY METROLOGY TOOL.. RIGHT?

## NO

- IN A TYPICAL 300mm PROBE CARD APPLICATION AS MANY AS 50% OR MORE OF THE PROBES WILL BE 'BUSSED' PROBES – POWERS AND GNDS
- 6,000 TO 8,000 TEST CHANNELS IS SUFFICIENT FOR NOW
- 10 – 12,000 WILL BE NEEDED VERY SOON

## RESOURCE SWITCHING

- TYPICALLY THE TEST SYSTEM WILL NOT HAVE ENOUGH TEST CHANNELS TO TEST THE WHOLE WAFER IN ONE HIT
- TO OVERCOME THIS, BUT STILL ONLY DO ONE TOUCHDOWN THE PROBE CARD CAN HAVE HUNDREDS OR POTENTIALLY THOUSANDS OF SWITCHES ON IT
- SO, I HAVE A 20,000 PIN PROBE CARD WITH 800 SWITCHES
- THE SWITCHES WILL ALWAYS BE DRIVEN FROM THE SAME EDGE ON THE PROBE CARD... RIGHT?