# RESOURCE SWITCHING

## NO

EXPERIENCE SHOWS THAT THE
SWITCHES CAN BE DRIVEN FROM MANY
DIFFERENT EDGES

ALSO WITH MORE DIE NOW BEING
CONTACTED IN ONE TOUCHDOWN MORE
SWITCHING OF RESOURCES IS NEEDED....

# RESOURCE SWITCHING

## WHAT DOES THAT MEAN?

TRADITIONALLY THE SWITCH ON A
PROBE CARD HAS BEEN A RELAY, WITH
SO MANY NOW REQUIRED REAL ESTATE
AND WEIGHT ARE ISSUES

SOLUTION - USE A SOLID STATE SWITCH
SUCH AS A POWER MOSFET

A SOLID STATE SWITCH WILL NEED TO BE
DRIVEN BY THE METROLOGY TOOL IN A
DIFFERENT WAY TO A RELAY