f. [redacted]

[redacted content lines 2–20]

### Section D of the Filed Disclosure

88. [redacted]

91.

92.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

a.

94.

95.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

96.

**E. Additional Trade Secret Claims from the Leventhal Declaration Are Either Known in the Industry, Public on Not used in Flash Enhancer**

97.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000 

[Lines 1–24: redacted]

---

[redacted] II: Leventhal Deposition Transcript pp 77 line 9 to page 78.
[7] Exhibit I: Leventhal Deposition Transcript pg 83 line 14.
[8] Exhibit I: Leventhal Deposition Transcript pg 121, lines 17 – 23.

37
EXPERT WITNESS DECLARATION OF DR. RICHARD BLANCHARD
Civil Case No.: C07-04330 RMW (HRL)



b

[9] Exhibit I: Leventhal Deposition Transcript pg 90 lines 12 to 16.
[10] Exhibit I: Leventhal Deposition Transcript pg 91 lines 7-9.
[11] Exhibit I: Leventhal Deposition Transcript pg 91 lines 13-14.
[12] Exhibit I: Leventhal Deposition Transcript pg 92 line 11 to pg 93 line 16.
[13] Exhibit I: Leventhal Deposition Transcript pg 93 line 25 to pg 94 line 2.
[14] Exhibit I: Leventhal Deposition Transcript pg 94 lines 3-6.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000



MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

[15] Exhibit I: Leventhal Deposition Transcript pg 94 lines 21-23.
[16] Exhibit I: Leventhal Deposition Transcript pg 97 lines 20-23.
[17] Exhibit I: Leventhal Deposition Transcript pg 103, lines 17-18.
[18] Exhibit I:, Leventhal Deposition Transcript pg 104, lines 21-22.
[19] Exhibit I:, Leventhal Deposition Transcript pg 114:12 – 115:20 (emphasis added)
[20] Exhibit I: Leventhal Declaration, Exhibit B, page 3.

39
EXPERT WITNESS DECLARATION OF DR. RICHARD BLANCHARD
Civil Case No.: C07-04330 RMW (HRL)

1 ████████████████████████████████████
2 ████████ ████████████████████
3 ██████████████████████████████
4 ████████████ ████████████████████
5 ████████████████████████████████
6 ████████████████████████████████
7 ███ ████████████████████████████
8 ████████████████ ████████████████
9 ████████████████████████████████████
10 ████████████████████████████████
11 ████████████████████████████████ █
12 ████████████████████████████████████
13 ████████████████████████████████ █
14 ████████████████████████████████████
15 ████████████████████████████████ █
16 ████████████

I declare, under penalty of perjury the foregoing is true and correct. Executed this 11th day of October, 2007 in _____, California.

_____
Dr. Richard Blanchard

---

[21] Exhibit I: Leventhal Declaration, Exhibit B, page 3.
[22] Exhibit I: Leventhal Declaration, Exhibit B, page 3.
[23] Exhibit I:, Leventhal Deposition Transcript pg 131, line 7 to pg 132, line 2.
[24] Pasquinelli Declaration, exhibit C, Probelogic probe card specifications.
[25] Exhibit I: Leventhal Deposition Transcript pg 133, lines 13-14.
[26] Exhibit I:, Leventhal Deposition Transcript pg 133, lines 1-25.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

**Exhibits**

A. CV of Richard A. Blanchard

B. Two Technologies Compared: NOR vs. NAND White Paper, M-Systems, July, 2003 (S050042-055)

C. US 6,366,112

D. US 4,563,640

E. US 4,027,935

F. US 4,918,383

G. US 2005/0237073

H. Declaration of Robert Pochowski in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order to show Cause Re Preliminary Injunction

I. Declaration of Ira Leventhal in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order

J. IC Interconnect Request for Quote (050014-09)

K. ASIC Technical Evaluation Form (050021-23)

L. Peregrine Semiconductor News Release (050084-85)

M. Hittite: HMC344LH5 (050061-67)

N. RFMD: RF1450 (050068-79)

O. GaAs IC SP4T Non-Reflective Switch DC-2 GHz (050080-83)

P. Tyco: Reflective GaAs SP4T Switch DC-4 GHz (050056-59)

Q. Honeywell: HRF-SW1000 SPDT Absorptive RF Switch DC to 4GHz Operation (050036-41)

R. Honeywell: HRF-SW1020 SP4T Absorptive RF Switch DC to 2.5GHz Operation (050024-35)

S. Honeywell Data Sheets HRF-SW46SPDT (050088-97)

T. Honeywell Statement of Work (050098-103)

U. Aerospace Electronic Systems: Response to Picasso RFQ (050104-105)

V. Silicon Test Solutions: DC/Signal Routing Switch 46 Channel 1:2 Topology Serial Programming (050107-115)

W. Silicon Test Solutions: DC/Signal Routing Switch 48 Channel 1:2 Topology Serial Programming (050117-125)

X. Silicon Test Solutions: DC/Signal Routing Switch 48 Channel 1:2 Topology Serial Programming (050127-137)

Y. Silicon Test Solutions: DC/Signal Routing Switch 48 Channel 1:2 Topology Serial Programming (050139-153)

Z. Silicon Test Solutions: DC/Signal Routing Switch 48 Channel 1:2 Topology Serial Programming (050154-169)

AA. Silicon Test Solutions: DC/Signal Routing Switch 48 Channel 1:2 Topology Serial Programming (050170-183)

BB. Silicon Test Solutions: DC/Signal Routing Switch 48 Channel 1:2 Topology Serial Programming dated Feb. 20, 2007

CC. Silicon Test Solutions: DC/Signal Routing Switch 48 Channel 1:2 Topology Serial Programming (050185-200)

DD. Silicon Test Solutions: Patent Disclosure written by Pochowski

EE. Evaluation Engineering: Memory Test: Testing Mobile Memories, September 2005

FF. [REDACTED] Version 1.3 (pages 1-29)

GG. [REDACTED] (002037-001812)

HH. [REDACTED] 019079-289)

II. The Deposition of Ira Leventhal, October 4, 2007

JJ. IBIS Information Secification

KK. MS Power Point Presentation [REDACTED]

LL. SDI Protocol Article

MM. MS Power Point Presentation fo[REDACTED]

NN. Advanced [REDACTED]

OO. US Patent Application 11/333,037

PP. US 6,798,225, US 6,678,850, US 6,784,674, US 6,300,786, US 6,246,1250, US 6,888,366.

QQ. Evaluation Engineering Article o[REDACTED]

RR. Evaluation Engineering Article on Fewer Touchdowns

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

SS. Hynix HY27UH08AG(5/D)M Series 16Gbit NAND Flash Data Sheet

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000