# EXHIBIT H

# EXHIBIT FILED UNDER SEAL