# EXHIBIT I

# EXHIBIT FILED UNDER SEAL