# EXHIBIT J

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY  SITES050014



An ISO/TS 16949:2002 and ISO 9001:2000
Registered Company

1025 Elkton Drive
Colorado Springs, CO 80907
Phone: 719-533-1030 ext. 10
Fax: 719-533-1021
Email: ici@icinterconnect.com
Website: www.icinterconnect.com

## Request for Quote

IC Interconnect offers a wide range of services to meet customer needs. In order that ICI might provide the most comprehensive response please fill out this RFQ with as much information as possible. ICI's engineering staff will assess your requirements and evaluate them against our technology offerings in terms of process parameters and design rules. The sales staff will then be in a position to provide a budgetary quote for you to work with. In the event that this level of detail is premature, please feel free to contact us by phone or e-mail to discuss your application.

**Contact Name:**
**Company Name:**
**Company Address:**

**Phone:**
**Fax:**
**Email:**

**Device Name:**

### Services Requested: (select)

☐ 1. Ni/Au UBM + Solder Bumping (Flip Chip) (please fill out sections A through D)

☐ 2. Ni/Au UBM + Ball Placement (WLCSP) (please fill out sections A through D)

☐ 3. Ni/Au as a wire bond surface (please fill out sections A through C)

☐ 4. Ni/Au as a hard mini bump (please fill out sections A through C)

☐ 5. Solder Deposition on your UBM (please fill out sections A, B and D)

☐ 6. Reliability Modeling (submit, you will be contacted for details)

☐ 7. Laser Mark (please fill out sections A, B and E)

☐ 8. Flip Chip Assembly (submit, you will be contacted for details)

*[handwritten: Publicly available RFQ's]*

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY  SITES050014

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY   SITES050015

### A. Program Information

**Application Description:**

[                                              ]

**Files Available (select all that apply)**
- [ ] GDSII
- [ ] Wafer Map
- [ ] Specifications

**Program Status (select)**
- [ ] In production
  - Wafer Volume [          ] wafers/week
- [ ] Design in qualification
  - Wafer Volume Forecast [          ] wafers/week
- [ ] Die design complete and taped out
- [ ] Die function defined not yet taped out
- [ ] R&D

**Timing (select)**
- [ ] Immediate
- [ ] Within the next three to six months
- [ ] Within the next six months to a year




HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY   SITES050015

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050016

### B. General Wafer Information

**Wafer Type (select)**
- [ ] Silicon
- [ ] GaAs
- [ ] SiGe
- [ ] Lithium Based
- [ ] Glass
- [ ] Quartz
- [ ] Ceramic
- [ ] Other _____

**Wafer Dimensions**
- Thickness _____ micron
- Diameter _____ mm

**Final Grind Condition (select)**
- [ ] Full thickness
- [ ] Mechanical grind
- [ ] Chem or Plasma

**Passivation Type (select)**
- [ ] Silicon Nitride
- [ ] Silicon Oxide
- [ ] Silicon OxyNitride
- [ ] Polyimide
- [ ] BCB
- [ ] Other _____

**Passivation**
- Thickness _____ micron

**Backside Condition (select)**
- [ ] Oxide
- [ ] Si
- [ ] Polymer
- [ ] Ag
- [ ] Au
- [ ] Other _____



HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050016

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY   SITES050017

### C. Ni/Au Plating Related Information

**Pad Metal Composition (select)**
☐ Aluminum   [    ]%Al   [    ]%Si   [    ]%Cu
☐ Copper
☐ Other   [                              ]

**Pad Metal Thickness**   t= [          ] micron,   ± [          ] micron

**Passivation Opening Size and Shape (select)**
☐ Round       dia= [          ] micron
☐ Rectangle   x=   [          ] micron,  y= [          ] micron
☐ Other       [                              ]

**Open Metal (other than pads to be bumped)**
  in the Streets   ⊙ yes   ○ no
  in the Die       ⊙ yes   ○ no
  open Fuses       ⊙ yes   ○ no

**Wafer contains Ink Dots**   ⊙ yes   ○ no

**Desired Ni Thickness**   t= [          ] micron

**Minimum Spacing between open Metal (edge to edge)**   [          ] micron




HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY   SITES050017

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050018

### D. Solder Related Information

**Bond Pad Layout: (select)**
- ☐ Full Area Array
- ☐ Peripheral (1 row)
- ☐ Peripheral (2 rows)
- ☐ Other [                    ]

**Solder Alloy**
- ☐ 63Sn/37Pb
- ☐ 90Pb/10Sn
- ☐ 95.5Sn/3.8Ag/0.7Cu
- ☐ Other [                    ]

**Minimum Pitch within a Die** (centerline to centerline)   [        ] micron

**Minimum Pitch Die to Die** (centerline to centerline)   [        ] micron

**Minimum Distance from Pad edge to Die edge**   [        ] micron

**Die Stepping Distance**   x= [        ] micron       y= [        ] micron

**Saw Street Width**   [        ] micron

**Solderable Metal Size and Shape:**
- ☐ Round       dia= [        ] micron
- ☐ Rectangle   x= [        ] micron,  y= [        ] micron
- ☐ Other [                                      ]

**Desired Solder Bump Height**   [        ] micron




HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050018

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050019

### E. Laser Mark Related Information

**Mark Color: (select)**
☐ Light
☐ Dark

**Number of Die per wafer** ☐

**Die Size**   x= ☐ micron     y= ☐ micron

**Number of Characters per Die** ☐

 

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050019