# EXHIBIT K

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY  SITES050021



 Home | Register | Log In     Search

**Company | Technology | Products | Support | Downloads | Contact**

## Downloads

Literature

Register

Request For Quote

Downloads Login

## Technical Evaluation Form

\* fields marked are mandatory

### Contact Information

| | | | |
|---|---|---|---|
| *First Name: | | *Company: | |
| *Last Name: | | *E-mail: | |
| *Job Title: | | Street: | |
| *Phone: | | *City: | |
| Mobile: | | State/Province: | Choose a State (US only) |
| Fax: | | *Country: | UNITED STATES |
| Website: | | Zip Code: | |
| End-product industry segment | Choose one | Alternative contact first name: | |
| End product segment – other | | Alternative contact last name: | |
| | | Alternative contact phone: | |

### Project Schedule

| | | | |
|---|---|---|---|
| *Project Name | | | |
| *Expected RTL ready date | [ Select ] | *Net list expected date | [ Select ] |
| *Prototype Requested Issue Date | [ Select ] | *Production Requested Issue Date | [ Select ] |

### Expected Volumes & ASP

| | Prototype (units) | Pre Production (unit) | Production volume Y1 | Production volume Y2 | Production volume Y3 | Lifetime (yrs) |
|---|---|---|---|---|---|---|
| Quantity | * 0 | * 0 | * 0 | 0 | 0 | * 0 |
| Required ASP ($) | | | | | | |

### Technical Info

| | | | |
|---|---|---|---|
| *ASIC Gate Count (K): | | *Required External Memory size (Bits) | |
| *Total I/O count | | *Required SPRAM size (Bits): | |

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY  SITES050022   5/10/2007 8:13 PM

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050022

| | | | |
|---|---|---|---|
| *I/O Operating Voltages | [                ] | *Required 2PRAM size (Bits) | [                ] |
| *Number of clock domains | [ Choose one ▼ ] | Power requirements (mW) | [                ] |
| Number of FFs | [                ] | Special IPs needed? | [ Choose one ▼ ] |
| | | Special IP - Other | |
| *Package type | [ Choose one ▼ ] | Processors | [ Choose one ▼ ] |
| *Package type (other) | | Processors - Other | |
| | | FPGA vendor used: | [ Choose one ▼ ] |
| *Max Frequency (MHz) | [                ] | FPGA - Other | |
| | | FPGA - Logic Cells / Logic Elements: | [                ] |

**Comments**

[                                                                  ]

**Detailed Technical Info**

**Memory Information:**

| Type SP / DP / ROM | QTY | Word | Bit | Sync / Async | Total Bits |
|---|---|---|---|---|---|
| [ Choose one ▒ ] | [    ] | [    ] | [    ] | [ Choose one ▒ ] | [    ] |
| [ Choose one ▒ ] | [    ] | [    ] | [    ] | [ Choose one ▒ ] | [    ] |
| [ Choose one ▒ ] | [    ] | [    ] | [    ] | [ Choose one ▒ ] | [    ] |
| [ Choose one ▒ ] | [    ] | [    ] | [    ] | [ Choose one ▒ ] | [    ] |
| [ Choose one ▒ ] | [    ] | [    ] | [    ] | [ Choose one ▒ ] | [    ] |
| Total Memory Size | [    ] | | | | |

| I/O Information | QTY | Direction | Type | Voltage level (V) | Drive (mA) | Frequency (MHz) |
|---|---|---|---|---|---|---|
| [    ] | [    ] | [ Choose one ▒ ] | [    ] | [    ] | [    ] | [    ] |

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050022

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050023

| | | Choose one | | | | |
|---|---|---|---|---|---|---|
| | | Choose one | | | | |
| | | Choose one | | | | |
| | | Choose one | | | | |
| **Total I/O Count** | | **Operating Temp.** | | | | |
| **Design Language** | | | | | | |
| **Design Tools** | | | | | | |

**IPs:**

| Type | Description | QTY |
|---|---|---|
| | | |
| | | |

**PLLs:**

| Type | Description | QTY |
|---|---|---|
| | | |
| | | |
| | | |

Submit form

Sitemap | Jobs | Copyright © 1999-2007 eASIC Corporation

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050023    9/26/2007 8:13 PM