# EXHIBIT M



# Hittite
MICROWAVE CORPORATION v00.0805

RoHS ✓
EARTH FRIENDLY

## HMC344LH5

### GaAs MMIC SP4T NON-REFLECTIVE SWITCH, DC - 12 GHz

### Typical Applications

This switch is suitable for DC - 12.0 GHz 50-Ohm Systems

- Telecom Infrastructure
- Military Radio, Radar & ECM
- Space Systems
- Test Instrumentation

### Features

Broadband Performance: DC - 12 GHz

High Isolation: 42 dB @ 6 GHz

Low Insertion Loss: 1.8 dB @ 6 GHz

Integrated 2:4 TTL Decoder

Hermetic SMT Package, 25 mm²

Screening to MIL-PRF-38535 (Class B or S) Available

### Functional Diagram



TOP VIEW

### General Description

The HMC344LH5 is a broadband non-reflective GaAs MESFET SP4T switch in a hermetic SMT leadless package. Covering DC to 12 GHz, this switch offers high isolation and low insertion loss. This switch also includes an on board binary decoder circuit which reduces the required logic control lines to two. The switch operates using a negative control voltage of 0/-5V, and requires a fixed bias of -5V. Simple external level shifting circuitry allows this switch to be controlled with most TTL/CMOS positive logic families. The HMC344LH5 allows the use of surface mount manufacturing techniques and is suitable for high reliability military, industrial and space applications.

### Electrical Specifications, $T_A$ = +25° C, With Vee = -5V & 0/-5V Control, 50 Ohm System

| Parameter | | Frequency | Min. | Typ. | Max. | Units |
|---|---|---|---|---|---|---|
| Insertion Loss | | DC - 2.0 GHz | | 1.5 | 1.9 | dB |
| | | DC - 6.0 GHz | | 1.8 | 2.2 | dB |
| | | DC - 8.0 GHz | | 2.1 | 2.5 | dB |
| | | DC - 12.0 GHz | | 3.0 | 3.4 | dB |
| Isolation | | DC - 2.0 GHz | 48 | 53 | | dB |
| | | DC - 4.0 GHz | 43 | 48 | | dB |
| | | DC - 6.0 GHz | 37 | 42 | | dB |
| | | DC - 8.0 GHz | 35 | 40 | | dB |
| | | DC - 12.0 GHz | 30 | 35 | | dB |
| Return Loss | "On State" | DC - 10.0 GHz | | 17 | | dB |
| | | DC - 12.0 GHz | | 12 | | dB |
| Return Loss | "Off State" | DC - 8.0 GHz | | 16 | | dB |
| | | DC - 12.0 GHz | | 10 | | dB |
| Input Power for 1 dB Compression | | 0.5 - 12.0 GHz | 24 | 27 | | dBm |
| Input Third Order Intercept (Two-Tone Input Power = +7 dBm Each Tone) | | 0.5 - 4.0 GHz | | 50 | | dBm |
| | | 4.0 - 8.0 GHz | | 47 | | dBm |
| | | 8.0 - 12.0 GHz | | 44 | | dBm |
| Switching Characteristics tRISE, tFALL (10/90% RF) tON, tOFF (50% CTL to 10/90% RF) | | DC - 12.0 GHz | | 35 | | ns |
| | | | | 75 | | ns |

For price, delivery, and to place orders, please contact Hittite Microwave Corporation:
20 Alpha Road, Chelmsford, MA 01824 Phone: 978-250-3343  Fax: 978-250-3373
Order On-line at www.hittite.com

8 - 178

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050060

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050060

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050062




v05.0505

# HMC344LH5

## GaAs MMIC SP4T NON-REFLECTIVE SWITCH, DC - 12 GHz

### Insertion Loss vs. Temperature



### Isolation



### Return Loss



### 0.1 and 1 dB Input Compression Point



### Input Third Order Intercept Point



### Bias Voltage & Current

| Vee Range = -5.0 Vdc ± 10% | | |
|---|---|---|
| Vee (Vdc) | Iee (Typ.) (mA) | Iee (Max.) (mA) |
| -5.0 | 3.0 | 6.0 |

### Control Voltages

| State | Bias Condition |
|---|---|
| Low | -3V to 0 Vdc @ 40 uA Typical |
| High | -5 to -4.2 Vdc @ 5 uA Typical |

\* Isolation is recorded above insertion loss & measured at output of switch.

For price, delivery, and to place orders, please contact Hittite Microwave Corporation:
20 Alpha Road, Chelmsford, MA 01824 Phone: 978-250-3343  Fax: 978-250-3373
Order On-line at www.hittite.com

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050062

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY  SITES050063



v05.0505

# HMC344LH5

## GaAs MMIC SP4T NON-REFLECTIVE SWITCH, DC - 12 GHz



### Absolute Maximum Ratings

| | |
|---|---|
| Bias Voltage Range (Vee) | -7.0 Vdc |
| Control Voltage Range (A & B) | Vee -0.5V to +1.0 Vdc |
| Channel Temperature | 150 °C |
| Thermal Resistance (Insertion Loss Path) | 157 °C/W |
| Continuous Pdiss (T= 85 °C) (derate 6.4 mW/°C above 85 °C) | 0.42 W |
| Thermal Resistance (Terminated Path) | 264 °C/W |
| Continuous Pdiss (T= 85 °C) (derate 3.8 mW/°C above 85 °C) | 0.25 W |
| Storage Temperature | -65 to +150 °C |
| Operating Temperature | -40 to +85 °C |
| Maximum Input Power | +28 dBm (0.5 - 12.0 GHz) |
| ESD Sensitivity (HBM) | Class 1A |

### Truth Table

| Control Input | | Signal Path State |
|---|---|---|
| A | B | RFC to: |
| High | High | RF1 |
| Low | High | RF2 |
| High | Low | RF3 |
| Low | Low | RF4 |



ELECTROSTATIC SENSITIVE DEVICE
OBSERVE HANDLING PRECAUTIONS

### Outline Drawing



NOTES:
1. PACKAGE BODY MATERIAL: CERAMIC & KOVAR
2. LEAD AND GROUND PADDLE PLATING: GOLD 40 - 80 MICROINCHES.
3. DIMENSIONS ARE IN INCHES [MILLIMETERS].
4. LEAD SPACING TOLERANCE IS NON-CUMULATIVE
5. PAD BURR LENGTH 0.15mm MAX.
   PAD BURR HEIGHT 0.25mm MAX.
6. ALL GROUND LEADS AND GROUND PADDLE MUST BE SOLDERED TO PCB RF GROUND.

For price, delivery, and to place orders, please contact Hittite Microwave Corporation:
20 Alpha Road, Chelmsford, MA 01824 Phone: 978-250-3343 Fax: 978-250-3373
Order On-line at www.hittite.com

8 - 180

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY  SITES050063

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY    SITES050064




**HMC344LH5**

### GaAs MMIC SP4T NON-REFLECTIVE SWITCH, DC - 12 GHz

### Pin Descriptions

| Pin Number | Function | Description | Interface Schematic |
|---|---|---|---|
| 1, 3, 7, 9, 11 | RF4, RF3, RF2, RF1, RFC | This pin is DC coupled and matched to 50 Ohm. Blocking capacitors are required if RF line potential is not equal to 0V. | |
| 2, 8, 10, 12 | GND | Package base must also be connected to PCB RF ground. | GND |
| 4 | Vee | Supply Voltage -5V ± 10% | |
| 5 | B | See truth table and control voltage table. | 100K, Vee |
| 6 | A | See truth table and control voltage table. | |

### TTL Interface Circuit



---

For price, delivery, and to place orders, please contact Hittite Microwave Corporation:
20 Alpha Road, Chelmsford, MA 01824 Phone: 978-250-3343 Fax: 978-250-3373
Order On-line at www.hittite.com

8 - 181

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY    SITES050064



# Hittite
MICROWAVE CORPORATION  v05.0505

**HMC344LH5**

## GaAs MMIC SP4T NON-REFLECTIVE SWITCH, DC - 12 GHz

*Evaluation PCB*



### List of Materials for Evaluation PCB 110760 [1]

| Item | Description |
|---|---|
| J1 - J5 | PCB Mount SMA RF Connector |
| J6 - J9 | DC Pin |
| C1 | 10k pF Capacitor, 0603 Pkg. |
| U1 | HMC344LH5 SP4T Switch |
| PCB [2] | 110758 Evaluation PCB |

[1] Reference this number when ordering complete evaluation PCB
[2] Circuit Board Material: Rogers 4350

The circuit board used in the final application should be generated with proper RF circuit design techniques. Signal lines at the RF port should have 50 ohm impedance and the package ground leads and package base should be connected directly to the ground plane similar to that shown above. The evaluation circuit board shown above is available from Hittite Microwave Corporation upon request.

For price, delivery, and to place orders, please contact Hittite Microwave Corporation:
20 Alpha Road, Chelmsford, MA 01824 Phone: 978-250-3343  Fax: 978-250-3373
Order On-line at www.hittite.com

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050066




v05.0505

# HMC344LH5

## GaAs MMIC SP4T NON-REFLECTIVE SWITCH, DC - 12 GHz

**Notes:**

8

For price, delivery, and to place orders, please contact Hittite Microwave Corporation:
20 Alpha Road, Chelmsford, MA 01824 Phone: 978-250-3343  Fax: 978-250-3373
Order On-line at www.hittite.com

8 - 183

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050066

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050067

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050067