# EXHIBIT N

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY    SITES050068


rfmd.com

# RF1450
## SP4T SWITCH

RoHS Compliant & Pb-Free Product
Package Style: QFN, 16-pin, 3mm x 3mm

## Features

- Low Insertion Loss 0.4 dB @ 1 GHz
- High Isolation 29 dB @ 1 GHz
- $V_{DD}$ = 2.5V to 2.85V, Down to 1.8V with Reduced Specifications
- High Linearity IMD <-110 dBm
- Harmonics: -75 dBc @ 1 GHz
- GaAs pHEMT Process

## Applications

- Cellular Handset Applications
- Multi-Mode GSM, W-CDMA Applications
- GSM/GPRS/EDGE Switch Applications
- Cellular Infrastructure Applications



Functional Block Diagram

## Product Description

The RF1450 is a single-pole four-throw (SP4T) high power switch specially designed to handle GSM power applications. Excellent linearity performance achieved by the RF1450 makes it ideal for multimode GSM/EDGE/W-CDMA applications. Additionally, RF1450 includes integrated decoding logic, allowing just two control lines needed for switch control. The RF1450 is packaged in a very compact 3mm x 3mm x 0.9mm, 16-pin, leadless QFN package.

## Ordering Information

| | |
|---|---|
| RF1450 | SP4T Switch |
| RF1450PCBA-410 | Fully Assembled Evaluation Board |

### Optimum Technology Matching® Applied

| | | | |
|---|---|---|---|
| ☐ GaAs HBT | ☐ SiGe BiCMOS | ☑ GaAs pHEMT | ☐ GaN HEMT |
| ☐ GaAs MESFET | ☐ Si BiCMOS | ☑ Si CMOS | |
| ☐ InGaP HBT | ☐ SiGe HBT | ☐ Si BJT | |

RF MICRO DEVICES®, RFMD®, Optimum Technology Matching®, Enabling Wireless Connectivity™, PowerStar®, POLARIS™ TOTAL RADIO™ and UltimaBlue™ are trademarks of RFMD, LLC. BLUETOOTH is a trademark owned by Bluetooth SIG, Inc., U.S.A. and licensed for use by RFMD. All other trade names, trademarks and registered trademarks are the property of their respective owners. ©2006, RF Micro Devices, Inc.

Rev A0 DS070531    7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.    1 of 12

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY    SITES050068

# RF1450


rfmd.com

### Absolute Maximum Ratings

| Parameter | Rating | Unit |
|---|---|---|
| $V_{BATT}$ | 6.0 | V |
| $V_{DD}$ | 3.0 | V |
| Maximum Input Power (0 GHz to 2 GHz, 2.5 V Control) | +36 | dBm |
| Operating Temperature | -20 to +85 | °C |
| Storage Temperature | -35 to +100 | °C |

 **Caution!** ESD sensitive device.

The information in this publication is believed to be accurate and reliable. However, no responsibility is assumed by RF Micro Devices, Inc. ("RFMD") for its use, nor for any infringement of patents, or other rights of third parties, resulting from its use. No license is granted by implication or otherwise under any patent or patent rights of RFMD. RFMD reserves the right to change component circuitry, recommended application circuitry and specifications at any time without prior notice.

RoHS status based on EU Directive 2002/95/EC (at time of this document revision).

| Parameter | Specification | | | Unit | Condition |
|---|---|---|---|---|---|
| | Min. | Typ. | Max. | | |
| **Insertion Loss** | | | | | |
| 0.5 GHz to 1.0 GHz | | 0.40 | 0.55 | dB | |
| 1.0 GHz to 2.0 GHz | | 0.45 | 0.60 | dB | |
| 2.1 GHz | | 0.50 | 0.65 | dB | |
| 2.5 GHz | | 0.60 | 0.90 | dB | |
| **Isolation** | | | | | |
| 0.5 GHz to 1.0 GHz | 27 | 29 | | dB | |
| 1.0 GHz to 2.0 GHz | 22 | 24 | | dB | |
| 2.1 GHz | 21 | 23 | | dB | |
| 2.5 GHz | 19 | 21 | | dB | |
| **RF Port Return Loss** | | | | | |
| 0.5 GHz to 2.2 GHz | 15 | | | dB | All RF ports in Insertion Loss state. |
| Input Power at 0.1 dB Compression Point | 37 | | | dBm | f = 0.9 GHz |
| | 34 | | | dBm | f = 1.8 GHz |
| Second Harmonic ($2f_0$) | | -80 | | dBc | f = 0.9 GHz, $P_{IN}$ = 34.5 dBm |
| | | -85 | | dBc | f = 1.8 GHz, $P_{IN}$ = 31.5 dBm |
| Third Harmonic ($3f_0$) | | -80 | | dBc | f = 0.9 GHz, $P_{IN}$ = 34.5 dBm |
| | | -80 | | dBc | f = 1.8 GHz, $P_{IN}$ = 31.5 dBm |
| IMD | | -110 | | dBm | Fundamental Frequency Power Level = +20 dBm @ 1950 MHz  Blocker Power Level = -15 dBm @ 1760 MHz |
| Power Handling in Mismatched Condition | | 34.5 | | dBm | VSWR > 20; f = 0.9 GHz |
| | | 31.0 | | dBm | VSWR > 20; f = 1.8 GHz |
| Switching Speed | | | 5 | µs | |
| Start-up Time | | | 25 | µs | Maximum set up time for the switch to reach fully compliant operation |

2 of 12     7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.     Rev A0 DS070531

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY    SITES050069



# RF1450

| Parameter | Specification | | | Unit | Condition |
|---|---|---|---|---|---|
| | Min. | Typ. | Max. | | |
| Second Harmonic $2f_0$ | | -80 | | dBc | f=0.9 GHz, $P_{IN}$=34.5 dBm |
| | | -80 | | dBc | f=1.8 GHz, $P_{IN}$=31.5 dBm |
| Third Harmonic $3f_0$ | | -75 | | dBc | f=0.9 GHz, $P_{IN}$=34.5 dBm |
| | | -75 | | dBc | f=1.8 GHz, $P_{IN}$=31.5 dBm |
| IMD | | -105 | | dBm | Fundamental Frequency Power Level=+20 dBm @ 1950 MHz  Blocker Power Level=-15 dBm @ 1760 MHz |
| Supply Voltage ($V_{BAT}$) | 2.9 | | 4.4 | V | |
| Supply Current ($V_{BAT}$) | | | | | |
| Standby Mode | | | 0.1 | µA | |
| Active Mode | | 0.55 | 1.50 | µA | |
| Switched Supply Voltage ($V_{DD}$) | | | | | |
| $V_{HIGH}$ | 1.80 | 2.50 | 2.85 | V | With reduced specifications below 2.5 V $V_{DD}$, see electrical parameters table. |
| $V_{LOW}$ | | 0 | 0.05 | V | |
| Switched Supply Current ($V_{DD}$) | | | | | |
| $i_{HIGH}$ | | 160 | 250 | µA | |
| $i_{LOW}$ | | 0 | | mA | |
| Control Voltage (CTRL1, CTRL2) | | | | | |
| $V_{HIGH}$ | 1.3 | | 2.7 | V | |
| $V_{LOW}$ | | 0 | 0.05 | V | |
| Control Current (CTRL1, CTRL2) | | | | | |
| $i_{HIGH}$ | | 0.5 | | µA | |
| $i_{LOW}$ | | 0.5 | | µA | |

*Through phase is defined as measured normalized using a reference calibration PWB.

Rev A0 DS070531

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.

3 of 12

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY    SITES050071

# RF1450



| Pin | Function | Description |
|---|---|---|
| 1 | GND | Ground. |
| 2 | VDD | Supply. The voltage at this node will be switched and it is important that the switch is operating within the specified start up time. This signal might be used as a mode control. |
| 3 | CTRL2 | Control signal 2. |
| 4 | CTRL1 | Control signal 1. |
| 5 | GND | Ground. |
| 6 | RF4 | RF output 4. |
| 7 | GND | Ground. |
| 8 | RF3 | RF output 3. |
| 9 | GND | Ground. |
| 10 | GND | Ground. |
| 11 | ANT | RF input (connected to antenna). |
| 12 | GND | Ground. |
| 13 | RF1 | RF output 1. |
| 14 | GND | Ground. |
| 15 | RF2 | RF output 2. |
| 16 | VBAT | Constant supply. |
| Pkg Base | GND | Ground. |

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.    Rev A0 DS070531
HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY    SITES050071

**RFMD** rfmd.com

**RF1450**

## Pin Out



## Package Drawing



Dimensions in mm.
Shaded lead is pin 1.



Rev A0 DS070531

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical
support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.

5 of 12

# RF1450



rfmd.com

## General Information

**Control Logic**
The switch is operable in four states (see Truth table, below). The switch is designed for two modes: Active and Stand-by. These modes are controlled by the $V_{DD}$ signal. When VDD is high, the switch is active. The start-up time is defined as the switch activated is critical.

**Truth Table for Switch States**

| State | CTRL1 | CTRL2 | RF Path |
|---|---|---|---|
| 1 | $V_{LOW}$ | $V_{LOW}$ | ANT-RF1 |
| 2 | $V_{LOW}$ | $V_{HIGH}$ | ANT-RF2 |
| 3 | $V_{HIGH}$ | $V_{LOW}$ | ANT-RF3 |
| 4 | $V_{HIGH}$ | $V_{HIGH}$ | ANT-RF4 |

**Turn On Sequence**

|   | VBATT | VDD | CTRL1 | CTRL2 | RF Power |
|---|---|---|---|---|---|
| 1 | ON | OFF | OFF | OFF | OFF |
| 2 | X | ON | OFF | OFF | OFF |
| 3 | X | X | ON | ON | OFF |
| 4 | X | X | X | X | ON |

**Turn Off Sequence**

|   | VBATT | VDD | CTRL1 | CTRL2 | RF Power |
|---|---|---|---|---|---|
| 1 | ON | ON | ON | ON | OFF |
| 2 | ON | ON | OFF | OFF | X |
| 3 | ON | OFF | X | X | X |
| 4 | OFF | X | X | X | X |

Note: $V_{BATT}$ must be applied before applying $V_{DD}$ when turning on the part. The part must be turned off in reverse order, $V_{DD}$ first then $V_{BATT}$.

**Electrical Test Methods**
The electrical parameters for the switch were measured on test PWB provided by the switch supplier. The test PWB includes means for decoupling RF signals from control signal port (shunt capacitor at control signal ports).

All measurements are done with calibration plane at switch pins. The effect of test board losses and phase delay has been removed from the results.

**Reflected Harmonics Measurement**
The reflected harmonics should be measured with the output ports connected to open-circuit or short-circuit impedances. An outline of the measurement set-up is shown in Figure 1. The power in and reflected signal levels are calibrated to the DUT input (reference plane). Note that the power is calibrated in a 50Ω system. The assumption is made that the measurement system is designed so that the harmonic levels of external PA, etc., are far below the signals produced by the DUT.

6 of 12

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.

Rev A0 DS070531

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050073

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050074



**RF1450**

The phase delay for RFOUT1 is altered between 0° and 360°, so that all possible load phases are scanned. The VSWR at the connection shall be 20:1@0.9GHz, 15:1@1.8GHz. The other outputs, shall be connected to open-circuit ($P_{IN}$ left open) or signal ground; both options should be tested. After testing RFOUT1, the same test should be done for the other outputs.



Figure 1. Reflected Harmonics Measurement Set-up

Rev A0 DS070531

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at **(+1) 336-678-5570** or **sales-support@rfmd.com**.

7 of 12

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050074

# RF1450


rfmd.com

## Application Schematic



**Application Diagram and Guidelines**

The decoupling capacitors are optional and, if necessary, may be used for noise reduction. Decoupling capacitors on the control pins protect the control circuitry from possible RF leakage. An ESD filter is needed to protect the switch from antenna ESD events. The filter is formed by LESD inductor and CESD capacitor. The switch has a supply input to feed the built-in logic decoding.

8 of 12

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical
support, contact RFMD at **(+1) 336-678-5570** or **sales-support@rfmd.com**.

Rev A0 DS070531

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050075



# RF1450

## Evaluation Board Layout
### Board Size 2.0" x 2.0"
Board Thickness 0.0658", Board Material FR-4

Component Layer

Topside RF Layer





Ground Plane Layer



Rev A0 DS070531

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical
support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.

9 of 12

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050077

# RF1450



rfmd.com

**Typical Performance**







7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at **(+1) 336-678-5570** or **sales-support@rfmd.com**.

Rev A0 DS070531

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050077



# RF1450

## PCB Design Requirements

**PCB Surface Finish**
The PCB surface finish used for RFMD's qualification process is electroless nickel, immersion gold. Typical thickness is 3µinch to 8µinch gold over 180µinch nickel.

**PCB Land Pattern Recommendation**
PCB land patterns for RFMD components are based on IPC-7351 standards and RFMD empirical data. The pad pattern shown has been developed and tested for optimized assembly at RFMD. The PCB land pattern has been developed to accommodate lead and package tolerances. Since surface mount processes vary from company to company, careful process development is recommended.

**PCB Metal Land Pattern**

A = 0.64 x 0.28 Typ.
B = 0.28 x 0.64 Typ.
C = 1.70 Sq.



Figure 1. PCB Metal Land Pattern (Top View)

Rev A0 DS070531

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.

11 of 12

# RF1450



rfmd.com

**PCB Solder Mask Pattern**

Liquid Photo-Imageable (LPI) solder mask is recommended. The solder mask footprint will match what is shown for the PCB metal land pattern with a 2 mil to 3 mil expansion to accommodate solder mask registration clearance around all pads. The center-grounding pad shall also have a solder mask clearance. Expansion of the pads to create solder mask clearance can be provided in the master data or requested from the PCB fabrication supplier.



**Figure 2. PCB Solder Mask Pattern (Top View)**

**Thermal Pad and Via Design**

The PCB land pattern has been designed with a thermal pad that matches the die paddle size on the bottom of the device.

Thermal vias are required in the PCB layout to effectively conduct heat away from the package. The via pattern has been designed to address thermal, power dissipation and electrical requirements of the device as well as accommodating routing strategies.

The via pattern used for the RFMD qualification is based on thru-hole vias with 0.203 mm to 0.330 mm finished hole size on a 0.5 mm to 1.2 mm grid pattern with 0.025 mm plating on via walls. If micro vias are used in a design, it is suggested that the quantity of vias be increased by a 4:1 ratio to achieve similar results.

12 of 12

7628 Thorndike Road, Greensboro, NC 27409-9421 · For sales or technical support, contact RFMD at (+1) 336-678-5570 or sales-support@rfmd.com.

Rev A0 DS070531

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050079