# EXHIBIT O

## GaAs IC SP4T Non-Reflective Switch DC–2 GHz



**AS115-61**

### Features
- -3 V to -5 V Operation
- High Isolation (50 dB @ 0.9 GHz)
- Low Insertion Loss (0.7 dB @ 0.9 GHz)
- LQFP-32 Plastic Package
- Non-Reflective All Ports

**LQFP-32**



### Description
The AS115-61 is a high isolation SP4T FET IC non-reflective switch. The switch operates with 0 and -3 V or -5 V over the frequency range of DC–2 GHz. The insertion loss is 0.7 dB and isolation is 50 dB at 0.9 GHz. The switch is ideal for cellular base station switch matrices.

### Electrical Specifications at 25°C (0, -5 V)

| Parameter[1] | Frequency[2] | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|
| Insertion Loss[3] | DC–0.5 GHz |  | 0.5 | 0.7 | dB |
|  | DC–1.0 GHz |  | 0.7 | 0.9 | dB |
|  | DC–2.0 GHz |  | 1.1 | 1.3 | dB |
| Isolation | DC–0.5 GHz | 50 | 58 |  | dB |
|  | DC–1.0 GHz | 45 | 51 |  | dB |
|  | DC–2.0 GHz | 35 | 39 |  | dB |
| VSWR[4] | DC–1.0 GHz |  | 1.55:1 | 1.6:1 |  |
|  | DC–2.0 GHz |  | 1.65:1 | 1.8:1 |  |

### Operating Characteristics at 25°C (0, -5 V)

| Parameter[1] | Condition | Frequency | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|
| Switching Characteristics[5] | Rise, Fall (10/90% or 90/10% RF) |  |  | 15 |  | ns |
|  | On, Off (50% CTL to 90/10% RF) |  |  | 30 |  | ns |
|  | Video Feedthru |  |  | 30 |  | mV |
| Input Power for 1 dB Compression | 0/-3 V | 0.50–2.0 GHz |  | +24 |  | dBm |
|  | 0/-5 V | 0.50–2.0 GHz |  | +30 |  | dBm |
| Intermodulation Intercept Point (IP3) | For Two-tone Input Power +13 dBm | 0.50–2.0 GHz |  | +40 |  | dBm |
|  |  | 0.05 GHz |  | +29 |  | dBm |
| Control Voltages | $V_{Low}$ = 0 to -0.2 V @ 20 µA Max. |  |  |  |  |  |
|  | $V_{High}$ = -3 V @ 100 µA to -5 V @ 500 µA Max. |  |  |  |  |  |

1. All measurements made in a 50 Ω system, unless otherwise specified.
2. DC = 300 kHz.
3. Insertion loss changes by 0.003 dB/°C.
4. Input/output.
5. Video feedthru measured with 1 ns risetime pulse and 500 MHz bandwidth.

Skyworks Solutions, Inc. [781] 376-3000 • Fax [781] 376-3100 • Email sales@skyworksinc.com • www.skyworksinc.com

Specifications subject to change without notice. 3/99A

1

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050080

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050080

GaAs IC SP4T Non-Reflective Switch DC–2 GHz

AS115-61

## Typical Performance Data (0, -5 V)



Insertion Loss vs. Frequency



Isolation vs. Frequency



VSWR vs. Frequency

## Absolute Maximum Ratings

| Characteristic | Value |
|---|---|
| RF Input Power | 2 W > 500 MHz 0/-7 V<br>0.5 W @ 50 MHz 0/-7 V |
| Control Voltage | +0.2 V, -10 V |
| Operating Temperature | -40°C to +85°C |
| Storage Temperature | -65°C to +150°C |
| $\Theta_{JC}$ | 25°C/W |

## Pin Out



## Truth Table

| Insertion Loss Path $J_1$ to: | $J_3$ | | $J_2$ | | $J_5$ | | $J_4$ | |
|---|---|---|---|---|---|---|---|---|
| | $V_1$ | $V_2$ | $V_3$ | $V_4$ | $V_5$ | $V_6$ | $V_7$ | $V_8$ |
| $J_2$ | 0 | -5 | -5 | 0 | -5 | 0 | -5 | 0 |
| $J_3$ | -5 | 0 | 0 | -5 | -5 | 0 | -5 | 0 |
| $J_4$ | 0 | -5 | 0 | -5 | -5 | 0 | 0 | -5 |
| $J_5$ | 0 | -5 | 0 | -5 | 0 | -5 | -5 | 0 |

2   Skyworks Solutions, Inc. [781] 376-3000 • Fax [781] 376-3100 • Email sales@skyworksinc.com • www.skyworksinc.com
Specifications subject to change without notice. 3/99A

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050082

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050083

This datasheet has been download from:

www.datasheetcatalog.com

Datasheets for electronics components.

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLYSITES050083