# EXHIBIT P

**tyco** Electronics



### Reflective GaAs SP4T Switch
### DC - 4 GHz

## Features

- Low Insertion Loss: 0.7 dB Typical
- Fast Switching Speed: 4 nS Typical
- Ultra Low DC Power Consumption
- Small Package Size: 0.250" Square

## Description

M/A-COM's SW-243 GaAs MMIC SP4T switch is packaged in a CR-4 surface mount ceramic style package. The SW-243 is a reflective switch, optimized for low insertion loss. The CR-4 package is hermetically sealed, making these switches ideal for space, military radios, or other environmentally harsh applications.

Typical applications include synthesizer switching, switch matrices and filter banks in systems such as military radios, and space equipment.

The SW-243 is fabricated as a monolithic GaAs MMIC using a 1.0 micron MESFET process.

## Functional Schematic



## Pin Configuration[3]

| Pin No. | Function | Pin No. | Function |
|---|---|---|---|
| 1 | RF Port 1 | 9 | Control A3 |
| 2 | Control A1 | 10 | Control B3 |
| 3 | Control B1 | 11 | Control B4 |
| 4 | Control B2 | 12 | Control A4 |
| 5 | Control A2 | 13 | RF Port 4 |
| 6 | RF Port 2 | 14 | Ground |
| 7 | Ground | 15 | RF Common |
| 8 | RF Port 3 | 16 | Ground |

3. Bottom of case is RF ground.

## Ordering Information

| Part Number | Package |
|---|---|
| SW-243 | Ceramic (CR-4) |

## Absolute Maximum Ratings [1,2]

| Parameter | Absolute Maximum |
|---|---|
| Input Power<br>0.05 GHz<br>0.5 - 4.0 GHz | +26 dBm<br>+33 dBm |
| Control Voltage | $-8.5 V \leq Vc \leq +5 V$ |
| Operating Temperature | -55°C to +125°C |
| Storage Temperature | -65°C to +150°C |

1. Exceeding any one or combination of these limits may cause permanent damage to this device.
2. M/A-COM does not recommend sustained operation near these survivability limits.

1

M/A-COM Inc. and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice. M/A-COM makes no warranty, representation or guarantee regarding the suitability of its products for any particular purpose, nor does M/A-COM assume any liability whatsoever arising out of the use or application of any product(s) or information.

- **North America** Tel: 800.366.2266 / Fax: 978.366.2266
- **Europe** Tel: 44.1908.574.200 / Fax: 44.1908.574.300
- **Asia/Pacific** Tel: 81.44.844.8296 / Fax: 81.44.844.8298

Visit www.macom.com for additional data sheets and product information.

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050056

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050056

**tyco**
Electronics



## Reflective GaAs SP4T Switch
## DC - 4 GHz

### Electrical Specifications: $T_A$ = -55 to +85°C, Vc = 0 V / -5 V, $Z_0$ = 50 Ω [4,5]

| Parameter | Conditions | Units | Min | Typ | Max |
|---|---|---|---|---|---|
| Insertion Loss | DC - 0.5 GHz | dB | — | — | 0.8 |
|  | DC - 1 GHz | dB | — | — | 0.9 |
|  | DC - 2 GHz | dB | — | — | 1.0 |
|  | DC - 4 GHz | dB | — | — | 1.3 |
| Isolation | DC - 0.5 GHz | dB | 35 | — | — |
|  | DC - 1 GHz | dB | 30 | — | — |
|  | DC - 2 GHz | dB | 25 | — | — |
|  | DC - 4 GHz | dB | 20 | — | — |
| VSWR | DC - 0.5 GHz | Ratio | — | — | 1.25:1 |
|  | DC - 1 GHz | Ratio | — | — | 1.25:1 |
|  | DC - 2 GHz | Ratio | — | — | 1.5:1 |
|  | DC - 4 GHz | Ratio | — | — | 1.9:1 |
| Trise, Tfall [5] | 10% to 90% RF, 90% to 10% RF | nS | — | 2 | — |
| Ton, Toff [5] | 50% control to 90% RF, 50% control to 10% RF | nS | — | 4 | — |
| Transients [5] | In-Band | mV | — | 25 | — |
| Input P1dB | 0.5 - 4 GHz, 0 / -5 VDC | dBm | — | 26 | — |
|  | 0.05 GHz, 0 / -5 VDC | dBm | — | 20 | — |
|  | 0.5 - 4 GHz, 0 / -8 VDC | dBm | — | 32 | — |
|  | 0.05 GHz, 0 / -8 VDC | dBm | — | 23 | — |
| IP2 | For two-tone input power up to +13 dBm |  |  |  |  |
|  | 0.5 - 4 GHz | dBm | — | 68 | — |
|  | 0.05 GHz | dBm | — | 55 | — |
| IP3 | For two-tone input power up to +13 dBm |  |  |  |  |
|  | 0.5 - 4 GHz | dBm | — | 46 | — |
|  | 0.05 GHz | dBm | — | 37 | — |
| Control Current | \|Vc\| = 0 to 0.2 V | µA | — | — | 5 |
|  | \|Vc\| = 5 V | µA | — | 10 | — |
|  | \|Vc\| = 8 V | µA | — | — | 100 |

4. See MIL-STD-883 for environmental screening options.
5. Faster switching speed can be achieved with enhanced driver waveform.

### Handling Procedures

Please observe the following precautions to avoid damage:

### Static Sensitivity

Gallium Arsenide Integrated Circuits are sensitive to electrostatic discharge (ESD) and can be damaged by static electricity. Proper ESD control techniques should be used when handling these devices.

### Truth Table [6,7]

| Condition | | | | | | | | RF Switch Position | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | V1 | A2 | V2 | A3 | V3 | A4 | V4 | RF1 | RF2 | RF3 | RF4 |
| 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | On | Off | Off | Off |
| 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | Off | On | Off | Off |
| 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | Off | Off | On | Off |
| 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | Off | Off | Off | On |

6. 0 = 0 V to -0.2 V, 1 = -5 V to -8 V
7. When an RF output port is "off" it is shorted to ground through an "on" shunt MESFET.

2

M/A-COM Inc. and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice. M/A-COM makes no warranty, representation or guarantee regarding the suitability of its products for any particular purpose, nor does M/A-COM assume any liability whatsoever arising out of the use or application of any product(s) or information.

- North America Tel: 800.366.2266 / Fax: 978.366.2266
- Europe Tel: 44.1908.574.200 / Fax: 44.1908.574.300
- Asia/Pacific Tel: 81.44.844.8296 / Fax: 81.44.844.8298

Visit www.macom.com for additional data sheets and product information.

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050058

**tyco** Electronics 

## Reflective GaAs SP4T Switch
## DC - 4 GHz

### Typical Performance Curves

*Insertion Loss*



*VSWR*



*Isolation*



**CR-4**



3

M/A-COM Inc. and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice. M/A-COM makes no warranty, representation or guarantee regarding the suitability of its products for any particular purpose, nor does M/A-COM assume any liability whatsoever arising out of the use or application of any product(s) or information.

- **North America** Tel: 800.366.2266 / Fax: 978.366.2266
- **Europe** Tel: 44.1908.574.200 / Fax: 44.1908.574.300
- **Asia/Pacific** Tel: 81.44.844.8296 / Fax: 81.44.844.8298

Visit www.macom.com for additional data sheets and product information.

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050059