# EXHIBIT S



# Honeywell High Performance Products

## Honeywell

High Isolation Switches

## Honeywell As Your RFIC Partner

Honeywell's family of RF switches offers an effective solution for your RFIC needs. We fuse our proven reliability with innovative technology solutions to offer the value, quality and service you need in a RFIC provider.

By partnering with Honeywell, you're teaming up with a pioneer of Silicon On Insulator (SOI) CMOS technology with over 24 years of experience in SOI IC designing, development and manufacturing. We use latest six sigma based process controls to ensure your products maintain the quality and stability you expect from Honeywell.

With SOI CMOS technology, our products integrate CMOS control logic and ESD protection, operate from a single positive supply voltage, and have exceptionally high channel-to-channel isolation. In addition, CMOS SOI technology provides the performance of GaAs with the economy of conventional bulk CMOS.

## Products You Can Rely On

The Honeywell family of RF switches is ideal for use in a wide range of wireless applications that require accuracy, compact packaging and low power consumption. Our switches operate optimally in cellular, Personal Communications Service (PCS) and Global System for Communications (GSC) basestations and 2.4 GHz Wireless Local Area Network applications.

In addition to providing quality products, we offer support to ensure our devices work effectively as designed in your components. You receive the added benefit of our expertise in designing and developing ICs when you choose Honeywell as your supplier.

Visit our *www.mysoiservices.com* to receive more information about our products and to locate a sales representative near you. Order evaluation boards through our worldwide distributor, Richardson Electronics, at *http://www.rfpowernet.com.*

## SPDT Absorptive RF Switch ? HRF-SW1000

The Honeywell HRF-SW1000 is a high performance Single Pole Double Throw (SPDT) absorptive RF switch. The SW1000 switch, available in a space-saving 3"x 3" 12-pin LPCC™ package, is ideal for use in wireless basestation applications that require a combination of high isolation and ultra low DC power. It is designed using Honeywell's patented Silicon On Insulator (SOI) CMOS technology to offer high integration and reduced cross talk.

### Features
- High isolation > 40 dB @ 2 GHz
- Low insertion loss of 1.1dB @ 2 GHz
- DC To 4GHz operating frequency
- Impedance matched for 50 Ohm systems
- Integrated CMOS control logic
- Integrated ESD protection on digital I/O
- Single positive supply voltage




The **HRFSW1001** is a SPDT Absorptive RF Switch compatible with 75 Ohm systems, and also offers first in class isolation levels and low insertion loss.

## SP4T Absorptive RF Switch - HRF-SW1020

The Honeywell HRF-SW1020 is a high performance Single Pole Four Throw (SP4T) absorptive RF switch. The SW1020 switch, available in a space-saving 4"x4" 20 pin LPCC™ package, boasts and isolation level of >50 dB @ 1 GHz. It is designed using Honeywell's patented Silicon On Insulator (SOI) CMOS technology to offer high integration and reduced cross talk.

### Features

- High isolation > 40 dB @ 2 GHz
- Low insertion loss of 1.2dB @ 2 GHz
- DC to 3 GHz operating frequency
- Impedance matched for 50 Ohm systems
- Integrated CMOS control logic
- Integrated ESD protection on digital I/O
- Single positive supply voltage




The **HRFSW1021** is a **SP4T** Absorptive RF Switch compatible with 75 Ohm systems, and also offers first in class isolation levels and low insertion loss.

Our new **HRF-SW1022 RF** switch, matched for 50 Ohm systems, operates to 6 GHz with excellent isolation and low insertion loss at high frequency.

## SP6T Absorptive RF Switch - HRF-SW1030

The Honeywell HRF-SW1030 is a high performance Single Pole Six Throw (SP6T) absorptive RF switch. The SW1030 switch, available in a space-saving 4"x4" 24-pin LPCC™ package, features an all off state and is ideal for applications requiring integrated decoders and ultra low DC power. It is designed using Honeywell's patented Silicon On Insulator (SOI) CMOS technology to offer high integration and reduced cross talk.

### Features

- High isolation > 40 dB @ 2 GHz
- Low insertion loss of 1.9 dB @ 2 GHz
- DC to 3 GHz operating frequency
- Impedance matched for 50 Ohm systems
- Integrated CMOS control logic
- Integrated ESD protection on digital I/O
- Single positive supply voltage




For switches compatible with 75 Ohm systems, try our HRF-SW1031 that also offers first in class isolation levels and low insertion loss.

## 4X6 RF Matrix Switch - HRF-SW1040
## (In Development)

The Honeywell HRF-SW1040 is a high performance four (4) input by six (6) output RF distribution switch, that is ideal for use in wireless basestation applications that require minimum power and optimum integration. Under independent parallel control, each of 4 inputs are connected exclusively to any of 6 RF outputs. With dual band operation, four channels are capable of supporting two bands: 1 AMPS and 3 PCS; and 3 AMPS and 1 PCS antenna connections. It is designed using Honeywell's patented Silicon On Insulator (SOI) CMOS technology to offer high integration and reduced cross talk.

### Features

- Dual band (AMPS/PCS) operation
- High isolation ~ 25 dB
- Low insertion loss of ~12dB
- Integrated 2 bit CMOS parallel control logic
- Integrated ESD protection on digital I/O
- Single 3V positive supply voltage, AC coupled RF
- Impedance matched for 50 Ohm systems

## *Customized Services That Provide Added Benefits*

We know that flexibility is what you need in the fast-paced telecommunications industry. To accommodate your needs, we offer additional customized services tailored to meet your needs, from design to delivery.

### My SOI Foundry Services

Honeywell's My SOI Foundry is a complete foundry solution for all your RFIC manufacturing needs. We have been a flexible foundry leader for a variety of markets for over 20 years and are equipped to develop your state-of-the-art ICs using our proven Silicon On Insulator (SOI) technology, responsive service and advanced foundry experience.

Our ISO 9001 certified, on shore, 150mm wafer fab uses the latest six sigma based process controls to ensure your products are developed the way you designed them. We have the manufacturing capacity, cycle time and six sigma quality programs to guarantee your success.

Using your designs and the Honeywell SOI RF/Microwave foundry, we can collaboratively produce the ideal solution for low power cellular, UWB, PCS, GSM basestation and broadband applications, from DC to 10 GHz.

See the Honeywell My SOI Foundry brochure for more on how our capabilities and SOI CMOS technology can generate innovative results for your future designs.

### My SOI Test Services

To consistently ensure our high standard of quality wafers, Honeywell conducts thorough standard testing as well as customized test services, from PM testing of wafers to DC and RF characterizations of package components. We utilize onshore as well as offshore test facilities to provide DC and RF production testing.

### My SOI Packaging Services

You have a variety of options available with My SOI Packaging to ensure you're able to meet and deliver products that delight your customers. We guarantee high quality, fast delivery and custom packaging for large volume or limited production needs. By partnering with the highest quality high-volume packaging companies, we deliver customized packaging — from wafer thinning, backside gold and solder bumping —that provides the flexibility and quality you can rely on.

**Honeywell**

The unlimited

XXX-XXXX-XXX-XXX
#900294
June 2002
Printed in U.S.A. on Recycled Paper
© 2002 Honeywell International Inc.

www.mysoiservices.com

Solid State Electronic Center
12001 Highway 55
Plymouth, MN 55441
U.S.A.
Phone: 1-800-323-8295
Web: ww.mysoiservices.com

# HRF-SW1030
## SP6T Absorptive RF Switch DC to 2.5GHz Operation

**Honeywell**

The Honeywell HRF-SW1030 is a high performance single pole six throw (SP6T) absorptive RF switch that is ideal for use in wireless basestation and handset applications that require minimum power and minimum insertion loss.

The HRF-SW1030 is manufactured with Honeywell's patented Silicon On Insulator (SOI) CMOS technology, which provides the performance of GaAs with the economy and integration capabilities of conventional CMOS technology. These switches are DC coupled to improve lower operating frequency, frequency response and reduce the number of DC bias points required.



*HRF-SW1030 in VQFN Package*

### FEATURES

- Typical High Isolation Of > 42 dB @ 2 GHz
- Typical Low Insertion Loss Of 1.6 dB @ 1 GHz
- Integrated CMOS Control Logic
- DC-coupled, bi-directional RF Path
- Single Positive Supply Voltage
- Ultra Small VQFN Packaging
- Impedance matched for 50 Ohm systems

### RF ELECTRICAL SPECIFICATIONS @ + 25°C

Results @ $V_{DD}$ = 5.0 +/- 10%, $V_{SS}$ = 0 unless otherwise stated, $Z_0$ = 50 Ohms
Contact Honeywell for relative performance at other supply configurations

| Parameter | Test Condition | Frequency | Minimum | Typical | Maximum | Units |
|---|---|---|---|---|---|---|
| Insertion Loss | | 1.0 GHz<br>2.0 GHz<br>2.5 GHz | | 1.6<br>2.1<br>2.4 | 2.5<br>3.3<br>3.8 | dB<br>dB<br>dB |
| Isolation | | 1.0 GHz<br>2.0 GHz<br>3.0 GHz | 36<br>30<br>27 | 50<br>42<br>40 | | dB<br>dB<br>dB |
| Return Loss | | | -10 | -15 | | dB |
| Input P1dB | $V_{SS}$ = Gnd<br>$V_{SS}$ = -5V | 1.0 GHz<br>1.0 GHz | | 16<br>25 | | dBm<br>dBm |
| Input IP3 | Two-Tone Inputs, + 5 dBm<br>$V_{SS}$ = Gnd<br>$V_{SS}$ = -5V | 2.0 GHz<br>2.0 GHz | | 33<br>35 | | dBm<br>dBm |
| Trise, Tfall<br>Ton, Toff | 10% To 90%<br>50% Cntl To 90% / 10% RF | | | 10<br>20 | | ns<br>ns |

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050031

# HRF-SW1030

## DC ELECTRICAL SPECIFICATIONS @ + 25°C

| Parameter | Minimum | Typical | Maximum | Units |
|---|---|---|---|---|
| $V_{DD}$ | 3.3[1] | 5.0 | 5.5 | V |
| $V_{SS}$ | -5.0 | | | V |
| $I_{DD}$ | | <5 | 35 | uA |
| CMOS Logic Level (0) | 0 | | 0.8 | V |
| CMOS Logic Level (1) | $V_{DD}$ − 0.8 | | $V_{DD}$ | V |
| Input Leakage Current | | | 10 | uA |

Note 1 - Performance curves are for VDD = +5.0 +/- 10%

## ABSOLUTE MAXIMUM RATINGS[1]

| Parameter | Absolute Maximum | Units |
|---|---|---|
| $V_{DD}$ | +6.0 | V |
| $V_{SS}$ | -5.5 | V |
| Vin Digital Logic 0 | -0.6 | V |
| Vin Digital Logic 1 | $V_{DD}$ + 0.6 | V |
| Input Power | > 35 | dBm |
| ESD Voltage[2] | 400 | V |
| Moisture Sensitivity Level | Level 3 @ 240°C | |
| Solder Reflow Temperature | 250 | °C |
| Operating Temperature Range | -40 to +85 | °C |
| Storage Temperature Range | -65 to +125 | °C |

Note 1 - Operation of this device beyond any of these parameters may cause permanent damage.
Note 2 - Although the HRF-SW1030 contains ESD protection circuitry on all digital inputs, precautions should be taken to ensure that the Absolute Maximum Ratings are not exceeded.

**Latch-Up:** Unlike conventional CMOS digital attenuators, Honeywell's HRF-SW1030 is immune to latch-up.

## TRUTH TABLE

| C2 | C1 | C0 | RF Output 1 | RF Output 2 | RF Output 3 | RF Output 4 | RF Output 5 | RF Output 6 |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | RFINPUT | | | | | |
| 0 | 1 | 0 | | RFINPUT | | | | |
| 0 | 1 | 1 | | | RFINPUT | | | |
| 1 | 0 | 0 | | | | RFINPUT | | |
| 1 | 0 | 1 | | | | | RFINPUT | |
| 1 | 1 | 0 | | | | | | RFINPUT |

"0" = CMOS Low, "1" = CMOS High
Note: For codes 000 and 111 all outputs are in the terminated isolation state.

## PIN CONFIGURATIONS

| Pin | Function | Pin | Function | Pin | Function | Pin | Function |
|---|---|---|---|---|---|---|---|
| 1 | GROUND | 7 | VDD | 13 | GROUND | 19 | GROUND |
| 2 | GROUND | 8 | C2 | 14 | GROUND | 20 | GROUND |
| 3 | RFOUTPUT5 | 9 | C1 | 15 | RFOUTPUT2 | 21 | RFINPUT |
| 4 | GROUND | 10 | C0 | 16 | GROUND | 22 | GROUND |
| 5 | GROUND | 11 | VSS | 17 | GROUND | 23 | GROUND |
| 6 | RFOUTPUT4 | 12 | RFOUTPUT3 | 18 | RFOUTPUT1 | 24 | RFOUTPUT6 |

**Note:** Bottom ground plate must be grounded for proper RF performance.

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050031

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050032

# HRF-SW1030

## PERFORMANCE CURVES

Insertion Loss



Isolation



HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050032

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY   SITES050033

# HRF-SW1030

## PACKAGE OUTLINE DRAWING



TOP VIEW



BOTTOM VIEW



| SYMBOL | MIN | NOM | MAX |
|---|---|---|---|
| e | | 0.50 BSC | |
| b | 0.18 | 0.25 | 0.30 |
| E2 | 2.55 | 2.65 | 2.75 |
| D2 | 2.55 | 2.65 | 2.75 |
| L | 0.35 | 0.40 | 0.45 |
| INTERNAL FEATURE | FUSE LEAD | | |

Notes

1. Pin 1 identifier can be a combination or a dot and/or chamfer.
2. Dimensions are in millimeters.

## LEAD FINISH

The package leads are Nickel Palladium Gold (NiPdAu). The configuration being manufactured and delivered today is lead-free RoHS compliant. Compliant packages have half-etch leadframes and have date codes of 0300 or greater.

## LEAD FREE QFN SURFACE MOUNT APPLICATION

Please see Application Note AN310 for assembly process recommendations. Application Notes can be found at our website: www.honeywell.com/microwave

## CIRCUIT APPLICATION INFORMATION

These attenuators require a DC reference to ground. They may not operate properly when AC coupled on both the RF input and output without a DC ground reference provided as part of the circuit. See Application Note AN311.

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY   SITES050033

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050034

# HRF-SW1030

## EVALUATION CIRCUIT BOARD

Honeywell's evaluation board provides an easy to use method of evaluating the RF performance of our switch. Simply connect power, DC and RF signals to be measuring switch performance in less than 10 minutes.



**HRF-SW1030 Evaluation Board**

## EVALUATION CIRCUIT BOARD LAYOUT DESIGN DETAILS

| Item | Description |
|---|---|
| PCB | Impedance Matched Multi-Layer FR4 |
| Attenuator | HRF-SW1030 Digital Attenuator |
| Chip Capacitor | Panasonic Model ECU-E1C103KBQ Capacitor, .01uf 0402 10% 16V |
| RF Connector | Johnson Connectors Model 142-0701-801 SMA RF Coaxial Connector |
| DC Pin | Mil-Max Model 800-10-064-10-001 Header Pins |

## ORDERING INFORMATION

| Ordering Number | Delivery Method | Units Per Shipment |
|---|---|---|
| HRF-SW1030-AU-TR | Tape & Reel | 2500 Units per Reel |
| HRF-SW1030-AU-T | Tape | < 2500 |
| HRF-SW1030-E | Evaluation Board | One Board Per Box |

## FIND OUT MORE

For more information on Honeywell's Microwave Products visit us online at **www.honeywell.com/microwave** or contact us at 800-323-8295 (763-954-2474 internationally).

Honeywell reserves the right to make changes to improve reliability, function or design. Honeywell does not assume any liability arising out of the application or use of any product or circuit described herein; neither does it convey any license under its patent rights nor the rights of others.

Honeywell
12001 Highway 55
Plymouth, MN 55441
Tel: 800-323-8295
www.honeywell.com/microwave

Form #1030W
January 2007
©2007 Honeywell International Inc.

**Honeywell**

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050034

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050035

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY SITES050035