# EXHIBIT T

# EXHIBIT FILED UNDER SEAL