# EXHIBIT U

# EXHIBIT FILED
# UNDER SEAL