# EXHIBIT V

# EXHIBIT FILED UNDER SEAL