# EXHIBIT W

# EXHIBIT FILED UNDER SEAL