# EXHIBIT X

# EXHIBIT FILED UNDER SEAL