# EXHIBIT BB

# EXHIBIT FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

Case 5:07-cv-04330-RMW   Document 53-28   Filed 10/11/2007   Page 2 of 2

# EXHIBIT FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL