# EXHIBIT CC

# EXHIBIT FILED UNDER SEAL