# EXHIBIT DD

# EXHIBIT FILED UNDER SEAL