# EXHIBIT FF

# EXHIBIT FILED UNDER SEAL