# EXHIBIT GG

# EXHIBIT FILED UNDER SEAL