# EXHIBIT HH

# EXHIBIT FILED UNDER SEAL