# EXHIBIT II

# EXHIBIT FILED UNDER SEAL