# EXHIBIT KK

# EXHIBIT FILED UNDER SEAL