# EXHIBIT MM

# EXHIBIT FILED UNDER SEAL