# EXHIBIT NN

# EXHIBIT FILED UNDER SEAL