CASE NUMBER C07-4330 RMW

VERIGY U.S., INC. a Delware corporation

vs.

ROMI OMAR MAYDER, et al

**DOCUMENT NUMBER 56 IS REMOVED FROM THE DOCKET PURSUANT TO ORDER #63 POSTED ON OCTOBER 17, 2007**