# EXHIBIT A

 **Silicon Test Solutions**
www.SiliconTests.com

**Robert Pochowski**
Vice President

1307 South Mary Avenue Suite 203
Sunnyvale, CA 94087
Phone 1 (408) 730-6900
Fax 1 (408) 730-6969
Bob.Pochowski@SiliconTests.com

*Innovative Semiconductor Test*

# EXHIBIT B

# EXHIBIT FILED UNDER SEAL

# EXHIBIT C

# EXHIBIT FILED UNDER SEAL

# EXHIBIT D

# EXHIBIT FILED UNDER SEAL

# EXHIBIT E

# EXHIBIT FILED UNDER SEAL