Case 5:07-cv-04330-RMW   Document 59   Filed 10/12/2007   Page 1 of 3

Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
        kspelman@mount.com
        dfingerman@mount.com
        kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **Defendants' Administrative Motion to Remove Incorrectly Filed Document, Docket No. 56** |
| vs. | |
| | Judge:   Hon. Ronald M. Whyte |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | |
| Defendants. | |

## Introduction

In this case, Verigy alleges that the defendants misappropriated its trade secrets. Naturally, many papers filed in this case discuss the parties' confidential and trade-secret information. To safeguard the confidentiality of that information, both parties have designated many documents as "Confidential" or "Highly Confidential" and filed papers under seal for the court's consideration.

Through an inadvertent error, the Defendants e-filed a highly confidential document, which briefly exposed it to public view. Upon realizing this error the next morning, the Defendants too immediate steps to correct the error and to safeguard the confidentiality of that document. The document has been temporarily "locked" by the court's e-filing staff, and a corrected version of the document has been e-filed.

The Defendants now request a court order permanently removing the incorrectly filed document and substituting the corrected version in its place.

## Argument

On October 11, 2007, the Defendants submitted their Brief in Response to Order to Show Cause Re Preliminary Injunction (Docket No. 49) and supporting documents. The brief and many of its supporting documents contain information that both parties have designated "Confidential" or "Highly Confidential — Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Docket No. 28).

One of the supporting documents that contains Highly Confidential information was the Declaration of Thomas Schneck and its exhibits (Docket No. 56). Exhibit C is one of the exhibits that contains Highly Confidential information. In accordance with Civil L.R. 79-5, this declaration and its confidential exhibits (including Exhibit C) were lodged under seal, and a motion seeking court approval to seal them was simultaneously filed. A redacted version of the declaration was also publicly e-filed.

The next morning, the Defendants' counsel realized that a portion Exhibit C was inadvertently left in the redacted, publicly e-filed version of Mr. Schneck's declaration. Dan Fingerman, one of the Defendants' attorneys of record, took immediate action to shield that document from public view. He

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1 telephoned the e-filing help desk and explained the error.  The e-filing staff placed a temporary

2 "lock" on the document and asked that a corrected version be e-filed.[1]

3 Mr. Fingerman promptly e-filed a corrected version of the redacted declaration and its

4 exhibits (Docket No. 58).  Mr. Fingerman also promptly notified opposing counsel of the error and

5 the steps being undertaken to correct it.[2]

6 A temporary "lock" remains on Docket No. 56.  A corrected version has been filed as Docket

7 No. 58.  The Defendants now request a court order permanently removing Docket No. 56 from the

8 record and recognizing that Docket No. 58 is a corrected version of that document.

9 The Defendants also request that this inadvertent error not be deemed a waiver of the Highly

10 Confidential status of the document in question.  The Defendants immediately notified opposing

11 counsel of the error and invoked ¶ 5.3 of the Stipulated Protective Order to designate the document in

12 question as "Highly Confidential — Attorneys Eyes Only."

14 Dated: October 12, 2007          Mount & Stoelker, P.C.
                                   Daniel H. Fingerman

                                            /s/
16                                 Attorneys for Defendants Romi Mayder, Wesley Mayder,
                                   Silicon Test Systems Inc., and Silicon Test Solutions LLC

19 Z:\CLIENTS\S CLIENTS\Sites001\Attorney_Notes\Working Pleadings\Admin Mtn to remove document 10-12-07.doc

---

[1] *See* Fingerman Declaration at ¶¶ 5–8 and Exhibits 1 and 2
[2] *See* Fingerman Declaration at ¶ 9 and Exhibit 3

Case No. 5:07-cv-04330 (RMW) (HRL)                                                                      Page 2
Defendants' Administrative Motion to Remove Incorrectly Filed Document, Docket No. 56

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000