Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
        kspelman@mount.com
        dfingerman@mount.com
        kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **[Proposed] Order Granting Defendants' Administrative Motion to Remove Incorrectly Filed Document, Docket No. 56** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | Judge:   Hon. Ronald M. Whyte |
| Defendants. | |

1  Now before the court is the Defendants' Administrative Motion to Remove Incorrectly Filed
2  Document, Docket No. 56.  Upon consideration of the motion and the supporting declaration filed
3  therewith, the court finds there to be good cause for granting the motion.
4  A portion of the document filed as Docket No. 56 contains highly confidential information
5  and was publicly e-filed through inadvertent error.  Defendants' counsel took immediate and
6  appropriate action to correct the error.  A corrected version of the document has been e-filed as
7  Docket No. 58.  The Defendants also promptly invoked ¶ 5.3 of the Stipulated Protective Order
8  (Docket No. 28) to preserve the "Highly Confidential — Attorneys' Eyes Only" status of the portion
9  of the document in question.
10  It is therefore ordered that the Defendants' Administrative Motion to Remove Incorrectly
11  Filed Document, Docket No. 56 is GRANTED.

12

13  Dated: _____          _____

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000