Daniel S. Mount, Esq. (State Bar No. 77517)
Kathryn G. Spelman, Esq. (State Bar No. 154512)
Dan Fingerman, Esq. (State Bar No. 229683)
Kevin Pasquinelli, Esq. (State Bar No. 246985)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, Suite 1650
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473

Attorneys for Defendants Romi Omar Mayder,
Wesley Mayder, Silicon Test Systems, Inc. and
Silicon Test Solutions, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC. a California Corporation, SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Civil Case No.: C07-04330 RMW (HRL)<br><br>**PROOF OF SERVICE BY PERSONAL SERVICE** |

Civil Case No. : C07-04330 RMW (HRL)
Proof of Service by Electronic Mail

Case No. 5:07-CV-04330 (RMW) (HRL)

## PROOF OF SERVICE

I am a citizen of the United States. My business address is RiverPark Tower, Suite 1650, 333 W. San Carlos, San Jose, CA 95110. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the **SEALED** document(s) listed below as follows:

**CORRECTED DECLARATION OF DR. RICHARD BLANCHARD**

| | |
|---|---|
| John W. Fowler, Esq.<br>Daniel J. Bergeson, Esq.<br>Melinda Mae Morton, Esq.<br>Bergeson, LLP<br>303 Almaden Boulevard, Ste. 500<br>San Jose, CA 95110-2712<br>Fax: (408) 297-6000<br>E-mail: jfowler@be-law.com | Attorney for Verigy US, Inc. |

☐ (BY MAIL) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail at San Jose, California.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be transmitted by electronic mail on this date to the email addresses listed above.

☐ (BY FAX) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY FEDERAL EXPRESS) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be delivered to a Federal Express pickup at San Jose, California.

☒ (BY PERSONAL SERVICE) I caused such document(s), placed in sealed envelope(s), to be delivered by hand this date to the offices of the addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 15, 2007.

_____
MICHELLE MCMANUS