IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERIGY U.S., INC.,

    Plaintiff,

-v-

ROMI OMAR MAYDER, et al.,

    Defendant.

*E-FILED - 10/17/07*

CASE NO.: C-07-04330-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Defendant's Brief in Response to Order to Show Cause Re: Preliminary Injunction; Declaration of Dick Weber of Intel Corporation, Declaration of Romi Omar Mayder; Declaration of Dr. Richard Blanchard; Declaration of Thomas Schneck; Declaration of Kevin Pasquinelli; [Corrected] Declaration of Dr. Richard Blanchard lodged with the court on October 12, 2007 and October 15, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 17, 2007

                                                _____
                                                RONALD M. WHYTE
                                                United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28