1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   Verigy US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC., a California Corporation, and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07-04330 RMW (HRL)<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR ITS REPLY AND SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION**<br>**[Civ. L.R. 7-11]**<br><br>Complaint Filed:     August 22, 2007<br>Trial Date:             None Set |

Pursuant to Civil L.R. 7-11, plaintiff Verigy US, Inc. ("Verigy") hereby requests leave to exceed the page limit for its Reply and Supplemental Brief in support of its application for a preliminary injunction ("Application").

Plaintiff makes this request because defendants' opposition to the Application is voluminous and contains substantial new material to which a response is required. In addition, pursuant to the Stipulated Order re: Briefing and Hearing Schedule for Preliminary Injunction (Docket N0. 33), plaintiff's filing will be a combined reply and supplemental brief, for which it is anticipated that 15 pages will not be sufficient.

Defense counsel has not responded to repeated requests to stipulate to an extension of the page limitation. Accordingly, by this request, the plaintiff requests an extension of the page limit for its reply and supplemental brief from the 15 pages allowed under Local Rule 7-4(b) to up to 25 pages.

Dated: October 18, 2007                                          BERGESON, LLP

                                                                 By:        /s/
                                                                     Melinda M. Morton
                                                                     Attorneys for Plaintiff
                                                                     Verigy US, INC.