1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   Verigy US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No. C07-04330 RMW (HRL) |
13 | Plaintiff, | **DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR ITS REPLY AND SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION APPLICATION** |
14 | vs. | |
15 | ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC., a California Corporation, and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
16 | | |
17 | | |
18 | | Complaint Filed: August 22, 2007<br>Trial Date:      None Set |
19 | Defendants. | |

I, Melinda M. Morton, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am an associate with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Verigy's Motion for Administrative Relief to Exceed Page Limit for Its Reply and Supplemental Brief in support of its application for preliminary injunction.

3. On October 17, 2007, at approximately 3:00 p.m., I telephoned Kevin Pasquinelli and requested that defendants stipulate that plaintiff could file a reply and supplemental brief of up to 25 pages. Mr. Pasquinelli stated that he would get back to me. I followed up with an email on October 18, 2007. Attached hereto as Exhibit A is a true and correct copy of my October 18, 2007 email to Mr. Pasquinelli. As of the time of filing of this declaration, I have not heard back from Mr. Pasquinelli.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 18th day of October, 2007 at San Jose, California.

Melinda M. Morton

# EXHIBIT A

**Mindy Morton**

| | |
|---|---|
| **From:** | Mindy Morton |
| **Sent:** | Thursday, October 18, 2007 1:44 PM |
| **To:** | 'Kevin M. Pasquinelli' |
| **Cc:** | Michelle McManus; John Fowler |
| **Subject:** | RE: Monitor Request |

Kevin,

We plan to file our request for extra pages today. Could you let me know as soon as possible if you are willing to stipulate to our request for 25 pages?

Thanks,
Mindy

Mindy M. Morton, Esq.
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Main: 408 291-6200
Direct: 408 291-6203
Fax: 408 297-6000
Email: mmorton@be-law.com

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law. If you are not an intended recipient, do not forward this email. Interception of this message may be a federal crime. Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited. If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete the original message (including any attachments).

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2007 Bergeson, LLP [All Rights Reserved].

10/18/2007