1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
3 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
4 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
6 | Facsimile: (408) 297-6000

7 | Attorneys for Plaintiff
Verigy US, INC.
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

| VERIGY US, INC, a Delaware Corporation | Case No. C07-04330 RMW (HRL) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC., a California Corporation, and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
| Defendants. | |

**ORDER**

Plaintiff Verigy US, Inc. ("Verigy") has requested leave to exceed the page limit for its Reply and Supplemental Brief in support of its application for a preliminary injunction. For good cause shown, IT IS HEREBY ORDERED that Verigy's request to increase the page limit to 25 pages is granted.

Dated: October ___, 2007

_____
Honorable Ronald M. Whyte
United States District Court Judge