1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No.  C07 04330 RMW (HRL) |
|---|---|
13 | Plaintiff, | |
14 | vs. | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE FOR PRELIMINARY INJUNCTION** |
15 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
16 | | |
17 | | Complaint Filed:   August 22, 2007<br>Trial Date:           None Set |
18 | Defendants. | |
19 | | |

**STIPULATION**

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP and Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, Silicon Test Solutions, LLC ("Defendants") by and through their counsel of record, Mount & Stoelker, PC, do hereby stipulate and agree as follows:

WHEREAS this Court issued an order on August 24, 2007 (Order Granting Plaintiff Verigy US, Inc.'s Application for Temporary Restraining Order and Order Authoring Expedited Discovery; Order to Show Cause Re: Preliminary Injunction) ("the Order"); and

WHEREAS this Court issued an order on September 19, 2007 modifying the Briefing Schedule and hearing on the order to show cause re: preliminary injunction (Docket No. 33); and

WHEREAS the parties now wish to modify the September 19, 2007 Order, and request court approval of the following hearing and briefing schedule:

1. The hearing on the order to appear and show cause why a preliminary injunction should not be entered against Defendants shall be continued to Friday, December 14, 2007 at 9:00 a.m. or as soon thereafter as the Court may hear the matter.

2. Plaintiff shall file and serve any reply and/or supplemental papers of up to twenty-five (25) pages in support of its motion for preliminary injunction by November 16, 2007 at 5:00 p.m.

3. Defendants may file and serve a sur-reply of up to seventeen (17) pages in support of its opposition to the motion for preliminary injunction by November 30, 2007 at 5:00 p.m.

4. In all other respects, the Order remains in effect and is extended until the Court enters a decision on the preliminary injunction set for hearing on December 14, 2007 unless prior to that date and time, the Order is vacated or extended by this court for good cause

shown, or unless Plaintiff and Defendants stipulate to such extension or vacation, such stipulation being subject to the court's approval.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 19, 2007                    BERGESON, LLP

By: _____/s/_____
Melinda M. Morton, Esq.
Attorneys for Plaintiff Verigy

Dated: October 19, 2007                    MOUNT & STOELKER, P.C.

By: _____
Daniel Mount, Esq.
Attorneys for Defendants

## **ORDER**

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2007                    By: _____

Honorable Ronald M. Whyte
United States District Judge