shown, or unless Plaintiff and Defendants stipulate to such extension or vacation, such

stipulation being subject to the court's approval.


**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


Dated: October 19, 2007                      BERGESON, LLP


                                             By: _____/s/_____
                                             Melinda M. Morton, Esq.
                                             Attorneys for Plaintiff Verigy



Dated: October 19, 2007                      MOUNT & STOELKER, P.C.


                                             By: _____
                                             Daniel Mount, Esq.
                                             Attorneys for Defendants


## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing

therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2007            By: _____

                                             Honorable Ronald M. Whyte
                                             United States District Judge