Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**Defendants' Administrative Motion for Leave to File Exhibit C to the Letter Brief re: Motion to Compel Disk Drive Discovery Under Seal**<br><br>Judge:  Hon. Howard R. Lloyd<br>Ctrm: 2<br><br>Complaint filed: August 22, 2007<br>Trial Date: None Set |

Pursuant to Civil Local Rules 7-11 (a) and 79-5(b), Defendants (Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc., a California Corporation; Silicon Test Solutions LLC, A California Limited Liability Corporation) request that the following materials be filed under seal, as they contain confidential information that is protected by the Stipulated Protective Order entered by the Court on August 29, 2007. The documents submitted under seal include:

1. Exhibit C to Defendants Letter Brief discussing Plaintiffs proposed search terms. (the Exhibit)

The Exhibit has been designated as "Highly Confidential-Attorneys' Eyes Only" as Plaintiff has previously requested protection for the codenames of its projects. Defendants reserve their right to challenge such designations pursuant to the Stipulated Protective Order. Although the information in the Exhibit has been designated as protected from disclosure under the Protective Order, Defendants rely on this information in support of its Letter Brief. The parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

Pursuant to Local Civil Rule 79-5(b)-(c), Defendants lodge the Exhibit with this Court, and respectfully request leave to file the aforementioned documents under seal.

Respectfully submitted

Dated: October 22, 2007        Mount & Stoelker, P.C.
                               Daniel H. Fingerman

                               /s/
                               Attorneys for Defendants Romi Mayder, Wesley Mayder,
                               Silicon Test Systems Inc., and Silicon Test Solutions LLC

Case No. 5:07-cv-04330 (RMW) (HRL)                                                          Page 1
Defendants' Administrative Motion to File Exhibit C to the Letter Brief re: Motion to Compel Disk Drive Discovery