Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
        kspelman@mount.com
        dfingerman@mount.com
        kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**Declaration of Kevin M. Pasquinelli in Support of Defendant's Administrative Motion for Leave to File Exhibit C to the Letter Brief re: Motion to Compel Disk Drive Discovery Under Seal**<br><br>Judge: Hon. Howard R. Lloyd<br>Ctrm: 2<br><br>Complaint filed: August 22, 2007<br>Trial Date: None Set |

I, Kevin M. Pasquinelli, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California. I am an associate with the law firm of Mount & Stoelker, P.C. I have personal knowledge of the fact set forth in this declaration, and if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Defendant's Administrative Motion for Leave to File Exhibit C to the Letter Brief re: Motion to Compel Disk Drive Discovery Under seal.

3. I have reviewed Exhibit C to the Letter Brief regarding the motion to compel discovery of Defendants disk drives.

4. I have determined that the Exhibit contains information previously designated as "Highly Confidential – Attorney Eyes Only" by Plaintiffs under the stipulated protective order. (Defendants reserve the right to challenge such designations pursuant to the Stipulated Protective Order).

5. I am informed and believe that Verigy (Plaintiff) contends that its confidentiality interest of overcomes the right of public access to the record, and that a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed. Further, Verigy contends that the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 22nd day of October, 2007 in San Jose, California.

                                                          /s/

                                            Kevin M. Pasquinelli

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000