Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
        kspelman@mount.com
        dfingerman@mount.com
        kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **[Proposed] Order Granting Defendants' Administrative Motion for Leave to File Exhibit C to the Letter Brief re: Motion to Compel Disk Drive Discovery Under Seal** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | Judge:   Hon. Howard R. Lloyd<br>Ctrm: 2<br><br>Complaint filed: August 22, 2007<br>Trial Date: None Set |
| Defendants. | |

Now before the Court is Defendants Administrative Motion for Leave to File Documents under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Kevin M. Pasquinelli filed therewith, the Court finds there to be good cause for granting Plaintiffs request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

1. The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Exhibit C to Defendants Letter Brief discussing Plaintiffs proposed search terms. (the Exhibit)
2. The parties' overriding confidentiality interests support sealing the record;
3. A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed.
4. The proposed sealing is narrowly tailored; and
5. No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Defendants' Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2007        _____

                                        Honorable Howard R. Lloyd
                                        UNITED STATES DISTRICT JUDGE

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000