# Exhibit A

Case 5:07-cv-04330-RMW    Document 80-2    Filed 10/22/2007    Page 1 of 4

**MOUNT & STOELKER, P.C.**                    ATTORNEYS
_____

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE: (408) 279-7000
FACSIMILE: (408) 998-1473

October 22, 2007

**Via Hand Delivery**

Magistrate Judge Lloyd
Courtroom 2, 5th Floor
U.S. District Court
Northern District of California
280 S. First Street
San Jose CA 95113

      Re: *Verigy v. Mayder*, Case No. 5:07-cv-04330 (RMW) (HRL)
          Our File No. SITES001

Dear Magistrate Judge Lloyd:

    We are sending this chambers copy of the defendants' letter brief to you for hand delivery before e-filing it.

    The ECF web site has been down each time we have tried to e-file this document today. We will e-file this document as soon as the ECF web site allows it, and we will follow the guidelines of General Order 45 at IV.E. ("Technical Failures").

    To avoid any prejudice to Verigy, we sending a copy of this letter to Verigy's counsel via electronic mail (as well as a copy of the defendants' letter brief and its attachments) at the same time we are sending this to the court.

Sincerely,

/s/ Dan Fingerman

Dan Fingerman

Enclosure
cc: Mindy A. Morton, via electronic mail (including a copy of letter brief and attachments)

# Exhibit B

# Daniel H. Fingerman

| | |
|---|---|
| **From:** | Daniel H. Fingerman |
| **Sent:** | Monday, October 22, 2007 12:50 PM |
| **To:** | 'Mindy Morton'; 'John Fowler' |
| **Cc:** | Daniel S. Mount; Kevin M. Pasquinelli; Michelle McManus |
| **Subject:** | Defendants' letter brief |
| **Categories:** | sites001 |

 

Letter Brief to Judge Lloyd 10...    DHF-Lloyd 10-22-07 re ECF web ...

```
Mindy and John,

We have been unable to reach the ECF web site today to file the
defendants' letter brief.  We have been unable to reach any web site that
is a subdomain of uscourts.gov — including any portion of the N.D.Cal. web
site.

To avoid any prejudice to Verigy, I am attaching a copy of the defendants'
letter brief to this email.  Also, we sent a chambers copy of the
defendants' letter brief to Magistrate Judge Lloyd with the attached cover
letter, explaining that the ECF web site is down.

We would appreciate the reciprocal courtesy of receiving from you a copy of
Verigy's filing via electronic mail.

I did receive an email from the ECF system at 11:58am, indicating that you
were able to file Verigy's letter brief.  I tried to e-file the defendant's
letter brief immediately after receiving that email; but, again, I got no
response from the ECF web server.  We have also been unable to obtain a
copy of Verigy's filing via the ECF or PACER systems.  We appreciate your
anticipated courtesy in this matter.

Dan Fingerman, Esq.
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 W San Carlos Street
San Jose CA  95110-2740
Tel: (408) 279-7000
Fax: (408) 998-1473
Eml: dfingerman@mount.com
Web: www.mount.com

This email and its attachments are intended solely for the intended
recipient hereof and may contain legally privileged or other confidential
information.  If you have received this email or its attachments in error,
please destroy the original and any copies thereof and immediately notify
Mount & Stoelker, P.C. at (408) 279-7000.
```

1