Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**Declaration of Kevin M. Pasquinelli in Response to Plaintiff's Administrative Motion for Leave to File Documents Under Seal Regarding Motion to Compel**<br><br>Date:   October 19, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Howard R. Lloyd |

I, Kevin M. Pasquinelli, declare as follows:

1. I am an attorney with the law firm of Mount & Stoelker, P.C., counsel for the Defendants in this action, Romi Mayder, Wesley Mayder, Silicon Test Systems Inc., and Silicon Test Solutions LLC (collectively, "Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called upon to testify in this Court as to those facts, my testimony would be as stated herein.

2. I submit this declaration in response to Defendants' Administrative Motion For Leave To File Documents Under Seal dated October 2, 2007 as required by Northern California Local District Rule 79-5(d). L.R. 79-5(d) requires that when party submits a file under seal designated confidential by the opposing party, the "the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality."

3. I have reviewed the following materials:

   (a) The Declaration of Melina M. Morton in Support of Plaintiff's Motion to Compel:

   i. Exhibit D: Defendant Silicon Test Systems, Inc.'s Response to Request for Production of Documents and Things (Set One)

   ii. Exhibit E: Defendant Romi Omar Mayder's Response to Request for Production of Documents and Things (Set One)

   iii. Exhibit F: Document Production SITES001423 – Emails between Wesley Mayder and Romi Mayder.

   iv. Exhibit K: Email and Production of Documents

4. The above-identified materials each contain information that has been designated "Confidential" or "Highly Confidential — Attorneys' Eyes Only" by Defendants under the Stipulated Protective Order.

5. I have concluded that Defendants' confidentiality interest overcomes the right of public access to the record, as a substantial probability exists that Defendants' overriding confidentiality interests will be prejudiced if the record does not remain sealed. The proposed sealing

is narrowly tailored, and I am not aware of any less-restrictive means to achieve these overriding interests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the date below at San Jose, California.

Dated: October 31, 2007

Mount & Stoelker, P.C.
Kevin M. Pasquinelli

_____/s/_____
Attorneys for Defendants Romi Mayder, Wesley Mayder, Silicon Test Systems Inc., and Silicon Test Solutions LLC

Z:\CLIENTS\S CLIENTS\Sites001\Attorney_Notes\Working Pleadings\Declaration of KMP in response Mtn to seal docs 10-2-07.doc