Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**[Proposed] Order Granting Defendants' Declaration of Kevin M. Pasquinelli in Response to Plaintiff's Administrative Motion for Leave to File Documents Under Seal Regarding Motion to Compel**<br><br>Date: October 19, 2007<br>Time: 10:00 a.m.<br>Judge:  Hon. Howard R. Lloyd<br>Ctrm: 2 |

Now before the Court is Plaintiff's Administrative Motion for Leave to File Documents under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the declaration of Kevin M. Pasquinelli, filed in response, the Court finds there to be good cause for the documents filed under seal to remain sealed.

GOOD CAUSE having been shown, the Court finds that:

1. The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents:

   a. Exhibit D: Defendant Silicon Test Systems, Inc.'s Response to Request for Production of Documents and Things (Set One)

   b. Exhibit E: Defendant Romi Omar Mayder's Response to Request for Production of Documents and Things (Set One)

   c. Exhibit F: Document Production SITES001423 – Emails between Wesley Mayder and Romi Mayder.

   d. Exhibit K: Email and Production of Documents

2. The parties' overriding confidentiality interests support sealing the record;

3. A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed.

4. The proposed sealing is narrowly tailored; and

5. No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2007      _____

Honorable Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

Case No. 5:07-cv-04330 (RMW) (HRL)                                                            Page 1
[Proposed] Order Granting Defendants' Declaration of Kevin M. Pasquinelli in Response to Plaintiff's Administrative Motion for Leave to File Documents Under Seal Regarding Motion to Compel