United States District Court
For the Northern District of California

**\*E-FILED 11/2/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., | No. C07-04330 RMW (HRL) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION TO STRIKE** |
| v. | |
| ROMI OMAR MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC., and SILICON TEST SOLUTIONS, LLC, | |
| Defendants. | |

By letter filed on October 25, 2007, plaintiff Verigy US, Inc. ("Verigy") requests that this court strike Exhibit C and all references to it in defendants' October 22, 2007 briefing (Docket #78) and this court's October 24, 2007 order (Docket #81).[1]  Verigy's letter will be deemed a motion to strike, and briefing on that motion shall proceed as follows:

- **November 8, 2007**:    Defendants' opposition due
- **November 15, 2007**:    Plaintiff's reply due

This court intends to decide the matter upon the papers submitted.  However if, upon review of the parties' papers, the court determines that it may benefit from a hearing, it will so notify the

---

[1] In an abundance of caution, the court has temporarily blocked public access to these documents pending resolution of the instant dispute over the claimed confidentiality of the information in question.

1 parties.

2     IT IS SO ORDERED.

3 Dated: November 2, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:07-cv-4330 Notice electronically mailed to:**

Daniel J. Bergeson dbergeson@be-law.com, swalker@be-law.com

Daniel Harlan Fingerman dfingerman@mount.com, mmcmanus@mount.com

John W. Fowler jfowler@be-law.com, swalker@be-law.com

Melinda Mae Morton mmorton@be-law.com, gsimmons@be-law.com

Daniel S. Mount dmount@mount.com, mmcmanus@mount.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.