**E-FILED on**   11/2/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., <br><br>        Plaintiff, <br><br>   v. <br><br>ROMI OMAR MAYDER; WESLEY MAYDER; SILICON TEST SYSTEMS, INC.; and SILICON TEST SOLUTIONS, LLC, <br><br>        Defendants. | No. C-07-04330 RMW <br><br>ORDER CONSOLIDATING HEARING ON MOTION TO STRIKE WITH MOTION FOR PRELIMINARY INJUNCTION <br><br>**[Re Docket No. 86]** |

On October 30, 2007, the court entered an order pursuant to a stipulation between the parties changing the briefing schedule and continuing the hearing date for plaintiff's motion for preliminary injunction from November 9, 2007 to December 14, 2007. That stipulation and order did not continue the hearing on plaintiff's motion to strike defendants' affirmative defenses, which is also scheduled for November 9, 2007. To avoid hearing matters in this action piecemeal, the court hereby consolidates the hearing for a preliminary injunction and the hearing on the motion to strike to the same date. Both matters shall now be heard on December 14, 2007.

DATED:     11/2/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER CONSOLIDATING HEARING ON MOTION TO STRIKE WITH MOTION FOR PRELIMINARY INJUNCTION—No. C-07-04330 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Melinda Morton | mmorton@be-law.com |
| Daniel J. Bergeson | dbergeson@be-law.com |
| John W. Fowler | jfowler@be-law.com |

**Counsel for Defendants:**

| | |
|---|---|
| Daniel Harlan Fingerman | dfingerman@mount.com |
| Daniel S. Mount | dmount@mount.com |
| Kevin Martin Pasquinelli | kpasquinelli@mount.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 11/2/07

/s/ MAG
**Chambers of Judge Whyte**