Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**[Proposed] Order Denying Verigy's Letter-Motion to Strike Exhibit C**<br><br>Hearing: None<br>Judge:   Hon. Howard R. Lloyd |

1   Now before the court is Verigy's Letter-Motion to Strike Exhibit C.  Verigy's *ex parte* letter to
2   the court, while inappropriate under the Federal Rules of Civil Procedure and this District's Civil
3   Local Rules, was deemed a motion to strike, and was fully briefed.  The court decides the motion
4   based on the papers submitted, without a hearing.

5   Upon consideration of Verigy's motion, the defendants' opposition, and Verigy's reply, the
6   court finds there to be good cause for denying the motion.

7   It is therefore ordered that Verigy's Letter-Motion to Strike Exhibit C is DENIED.

9   Dated: _____     _____

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Case No. 5:07-cv-04330 (RMW) (HRL)                                                                                    Page 1
[Proposed] Order Denying Verigy's Letter-Motion to Strike Exhibit C