```
 1  DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
 2  JOHN W. FOWLER, Bar No. 037463
    jfowler@be-law.com
 3  MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
 4  BERGESON, LLP
    303 Almaden Boulevard, Suite 500
 5  San Jose, CA 95110-2712
    Telephone: (408) 291-6200
 6  Facsimile:  (408) 297-6000

 7  Attorneys for Plaintiff
    VERIGY US, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF JOHN W. FOWLER IN SUPPORT OF VERIGY'S MOTION TO STRIKE**<br><br>Hearing: None Set<br>Judge: Honorable Howard R. Lloyd<br><br>Complaint Filed:  August 22, 2007<br>Trial Date:       None Set |

---

DECLARATION OF JOHN W. FOWLER                                Case No. C07 04330 RMW (HRL)

I, John W. Fowler, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California and am admitted to practice in this Court. I am a partner in the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Verigy's Motion To Strike Confidential Settlement Communications (the "Motion").

3. On or about July 9, 2007, I notified defendants by letter that Verigy had reason to believe that Romi Mayder was using Verigy Confidential Information in his businesses in violation of Mr. Mayder's agreement with Verigy.

4. Romi Mayder then telephoned me and told me that he was not using any Verigy Confidential Information. I declined to discuss this issue with Mr. Mayder and advised him that he should retain an attorney. Shortly thereafter I was contacted by Mount and Stoelker who advised me that the firm represented Romi Mayder. A few days later Mount and Stoelker told me they represented all of the defendants.

5. A conference call was scheduled for July 18, 2007 with counsel and the parties to explore the possibility of pre-litigation settlement.

6. On July 17, 2007, in preparation for the conference, I sent the enclosed email (Exhibit A) to Mr. Pasquinelli and Mr. Mount asking for agreement that Section 1152 of the California Evidence Code would apply to anything said in the conference. Not having received a response, at the beginning of the July 18 conference I refused to proceed until Mr. Mount agreed that communications between us regarding Verigy's dispute with Mr. Mayder and his companies would be confidential settlement discussions protected by the applicable state and federal rules. Mr. Mount agreed to this condition and further agreed that any follow up discussions would be covered as well. Our settlement discussions on July 18 included the issues of preservation of Mr. Mayder's computer drives and a possible agreement on procedures to determine whether Defendants had or were using Verigy Confidential Information. We discussed a possible

1

agreement for the examination of electronic data and documents by a qualified third party in an effort to resolve the dispute without litigation. The subject of this Motion, Exhibit C, was a communication directly related to the continuation of those settlement negotiations. Exhibit C was emailed to Defendants' counsel in an effort to reach agreement on the how to facilitate a settlement.

8. I routinely reviewed all emails between Ms. Morton and counsel for the Defendants including her July 24 email to Defendants' counsel. A true copy of that email is attached to her letter to the Court dated October 27, 2007 as Exhibit B. In that email she reminds Defendants' counsel that the document attached (a proposed protocol) was a Confidential Settlement Communication under both state and federal rules. Defendants did not at any time suggest that these documents or communications were not confidential settlement communications. Had Defendants' counsel indicated at any time that our communications were not confidential I would have terminated the negotiations. Specifically, I would have instructed Ms. Morton not to communicate further regarding a search protocol and not to send our proposed search terms.

9. Verigy abandoned these pre-litigation settlement negotiations after it discovered from Robert Powchowski, a former business associate of Romi Mayder, that Romi Mayder, contrary to his initial representation to me, had in fact used Verigy Confidential Information in his STS ventures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 15th day of November, 2007 at San Jose, California.

/s/
John W. Fowler

DECLARATION OF JOHN W. FOWLER  2  Case No. C07 04330 RMW (HRL)

# EXHIBIT A

**Shauna Walker**

| | |
|---|---|
| **From:** | John Fowler |
| **Sent:** | Tuesday, July 17, 2007 10:56 AM |
| **To:** | 'Kevin M. Pasquinelli'; 'Daniel S. Mount'; 'Michelle McManus' |
| **Cc:** | Mindy Morton; Shauna Walker |
| **Subject:** | RE:Verigy v. Mayder |

Dan and Kevin:

Do you agree that our conference tomorrow is for the purpose of resolving issues regarding Verigy's trade secrets and that Section 1152 of the California Evidence Code applies to anything said during the conference?

Jay

---

**From:** Shauna Walker
**Sent:** Tuesday, July 17, 2007 9:38 AM
**To:** 'Kevin M. Pasquinelli'; Daniel S. Mount; Michelle McManus
**Cc:** John Fowler; Mindy Morton
**Subject:** RE: Confirmation of meeting time.

Here is the call-in information for Wednesday (7/18/07) at 10:00 a.m. PDT:

Please dial 1-877-322-9654. You will be asked to enter your participant code number (710836). You will be automatically joined to the conference call. Should you need assistance during the conference call, please press # then 0 for a list of menu options.

Thank you,

Shauna M. Walker
Assistant to Daniel J. Bergeson, Esq.
Assistant to Caroline McIntyre, Esq.
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA  95110-2712
Main:  408 291-6200
Direct: 408 291-5211
Facsimile: 408 297-6000
Email: swalker@be-law.com

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law.  If you are not an intended recipient, do not forward this email.  Interception of this message may be a federal crime.  Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited.  If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete the original message (including any attachments).

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2007 Bergeson, LLP [All Rights Reserved].

11/15/2007

**From:** Kevin M. Pasquinelli [mailto:kpasquinelli@MOUNT.com]
**Sent:** Monday, July 16, 2007 3:50 PM
**To:** John Fowler
**Cc:** Daniel S. Mount; Michelle McManus; Shauna Walker
**Subject:** Confirmation of meeting time.

John,

I was literally picking up the phone to speak with you when the email arrived.

Wednesday July 18 @ 10:00 a.m. for a conference call is fine. Dan Mount and I are both available, as is Mr. Mayder. Dan has a 12:00 appointment, but that should give us sufficient time to initially discuss the situation.

Kevin

---

**From:** John Fowler [mailto:jfowler@be-law.com]
**Sent:** Monday, July 16, 2007 3:43 PM
**To:** Kevin M. Pasquinelli
**Cc:** Daniel S. Mount; Michelle McManus; Shauna Walker
**Subject:** RE: Potential Meeting times

Kevin:

Wednesday July 18, at 10 AM. Please confirm that Mr. Mayder will be on the call. Mr. Leventhal will be on our side of the call. After you confirm my secretary will provide the conference call numbers.

Jay Fowler

---

**From:** Kevin M. Pasquinelli [mailto:kpasquinelli@MOUNT.com]
**Sent:** Friday, July 13, 2007 6:18 PM
**To:** John Fowler
**Cc:** Daniel S. Mount; Kevin M. Pasquinelli; Michelle McManus
**Subject:** Potential Meeting times

Jay,

Dan Mount is available for discussions in the Verigy/STS matter on the following dates and times:
Tuesday, July 17 1-5
Wednesday, July 18 9-11:30 and 2-5
Thursday, July 19 11-1, 3-5

Let me know which of these times you team can make it and I will confirm Romi's availability for those times.

Thanks,

Kevin

*Kevin Pasquinelli, Esq.*
Mount & Stoelker P.C.
RiverPark Tower, Suite 1650
333 W San Carlos

11/15/2007

San Jose, CA 95110
Tel: (408) 279-7000 x1126
Fax: (408) 998-1473
e-mail: kpasquinelli@mount.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify Mount & Stoelker, P.C. at (408) 279-7000 and permanently delete the original and any copy of any e-mail and any printout thereof.

11/15/2007