1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 VERIGY US, INC, a Delaware Corporation,      Case No. C07 04330 RMW (HRL)

13                    Plaintiff,

14         vs.                                  **[PROPOSED] ORDER GRANTING
                                                VERIGY'S MOTION TO STRIKE**
15 ROMI OMAR MAYDER, an individual;
   WESLEY MAYDER, an individual; SILICON
16 TEST SYSTEMS, INC., a California Corporation; Hearing:
   and SILICON TEST SOLUTIONS, LLC, a          Judge: Honorable Howard R. Lloyd
17 California Limited Liability Corporation,
   inclusive,
18
                      Defendants.               Complaint Filed:   August 22, 2007
19                                              Trial Date:        None Set

20

---

[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO STRIKE     Case No. C07-04330 RMW (HRL)

Plaintiff Verigy U.S. Inc. moved the Court for an order striking Exhibit C and all references to it from Defendants' October 22, 2007 briefing (Docket #78) and this Court's October 24, 2007 order (Docket #81). The Court, having considered Verigy's motion, Defendants' opposition and Verigy's reply, finds there to be good cause for granting the motion, and therefore orders that:

That the following are hereby stricken from the October 22, 2007 letter brief of Mount and Stoelker, PC (Docket #78):

a) Exhibit C; and,

b) the second, third, and forth sentences of the second full paragraph of page two beginning with "Indeed" and ending with "this request."

The Court also modifies its Order on Plaintiff's Motion to Compel dated October 24, 2007 by striking the following:

a) the last two sentences of the first full paragraph of page 3, beginning with "At" (page 3, line 18) and ending with "overbroad" (page 4, line2); and

b) the last sentence of the first full paragraph of page 4, beginning with "Indeed," (page 4, line 4) and ending with "Ex. C" (page 4, line 6).

DATED: _____

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE