DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Honorable Ronald M. Whyte<br>Ctrm: 6 |
|---|---|

I, Melinda M. Morton, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am an associate with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy" or "Plaintiff") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Verigy's Administrative Motion for Leave to File Document Under Seal.

3. I have reviewed the following materials ("the Materials"):

   (a) Portions of Verigy's Reply and Supplemental Brief;

   (b) Portions of the Declaration of Robert Pochowski and Exhibits 1 through 11;

   (c) Portions of the Declaration of Ken Hanh Duc Lai and Exhibits 1, 3, and 4;

   (d) Portions of the Declaration of Ira Leventhal and Exhibits 1 and 2;

   (e) Exhibits 1-16, 18-25, and 28 to the Declaration of Melinda M. Morton; and

   (f) Portions of the Declaration of Heather Flick and Exhibit 1; and

   (g) Portions of the Declaration of Wei Wei and Exhibits D through I.

4. I have determined that these Materials (hereafter "the Materials") each disclose information that has been designated as "Highly Confidential—Attorneys' Eyes Only or "Confidential" by the parties under the protective order, without objection to those designations (although Verigy reserves its rights to challenge such designations pursuant to the Stipulated Protective Order).

5. The confidentiality interest of the parties therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest.

//

1
2    I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct and that this declaration was executed this 16th day of November,
4  2007 at San Jose, California.
5
6                                                                    /s/
                                                              Melinda M. Morton
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

DECLARATION OF MELINDA M. MORTON                                    CASE NO. C07 04330 RMW (HRL)