| | | |
|---|---|---|
| 1 | Dated: November 16, 2007 | BERGESON, LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Melinda M. Morton |
| 4 | | Attorneys for Plaintiff |
| | | Verigy US, INC. |