Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
        kspelman@mount.com
        dfingerman@mount.com
        kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**[Proposed] Order Granting Defendants' Motion For Administrative Relief re New Matter in Verigy's Reply in Support of Verigy's *Ex Parte* Letter-Motion to Strike Exhibit C**<br><br>Judge:   Hon. Howard R. Lloyd |

1   Now before the court is the Defendants' Motion For Administrative Relief re Verigy's
2   Improper Reply in Support of Verigy's *Ex Parte* Letter-Motion to Strike Exhibit C.  Upon
3   consideration of the motion and the papers filed in support of and opposition thereto, the court finds
4   there to be good cause for granting the motion.
5   It is therefore ordered that the defendants' motion for administrative relief is GRANTED.
6   The court will not consider new matter that Verigy improperly raised for the first time by way
7   of reply: the declaration of John Fowler and sections 1 and 4 of Verigy's reply brief in support of its
8   *ex parte* letter-motion to strike.

10  Dated: _____          _____

Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

Case No. 5:07-cv-04330 (RMW) (HRL)                                                                 Page 1
[Proposed] Order