1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  VERIGY US, INC, a Delaware Corporation          Case No. C07-04330 RMW (HRL)

14              Plaintiff,                          **DECLARATION OF MELINDA M.**
                                                    **MORTON IN SUPPORT OF PLAINTIFF'S**
15       vs.                                        **REPLY AND SUPPLEMENTAL BRIEF**
                                                    **RE ORDER TO SHOW CAUSE RE**
16  ROMI OMAR MAYDER, an individual;               **PRELIMINARY INJUNCTION**
    WESLEY MAYDER, an individual; SILICON
17  TEST SYSTEMS, INC., a California Corporation;   Date:   December 14, 2007
    and SILICON TEST SOLUTIONS, LLC, a             Time:   9:00 a.m.
18  California Limited Liability Corporation,       Place:  Courtroom 6
    inclusive,                                      Judge:  Hon. Ronald M. Whyte
19
                Defendants.
20                                                  Complaint Filed:    August 22, 2007
                                                    Trial Date:         None Set
21

22

23          **HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

24              **DOCUMENT SUBMITTED UNDER SEAL**

25

26

27

28

1        I, Melinda M. Morton, declare as follows:

2        1.    I am an attorney licensed to practice law before all of the courts of the State of

3    California. I am an associate with the law firm of Bergeson, LLP, counsel of record for Plaintiff

4    Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts

5    set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

6        2.    I submit this declaration in support of Verigy's Reply and Supplemental Brief Re

7    Order to Show Cause Re Preliminary Injunction (the "Reply").

8        3.    Attached hereto as Exhibit 1 is a true and correct copy of the deposition transcript

9    of Romi Mayder, Volume 1, dated Sept. 26, 2007.

10        4.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the

11    deposition transcript of Romi Mayder, Volume 2, dated Oct. 11, 2007.

12        5.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the

13    deposition transcript of Romi Mayder, Volume 3, dated Nov. 9, 2007.

14        6.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the

15    deposition transcript of Ira Leventhal, dated Oct. 4, 2007.

16        7.    Attached hereto as Exhibit 5 is a true and correct copy of a document produced in

17    litigation, numbered VER00044-VER00055, marked as Exhibit 30 in the deposition of Romi

18    Mayder.

19        8.    Attached hereto as Exhibit 6 is a true and correct copy of a document produced in

20    litigation, numbered VER00026-VER00029, marked as Exhibit 29 in the deposition of Romi

21    Mayder.

22        9.    Attached hereto as Exhibit 7 is a true and correct copy of a document produced in

23    litigation, numbered VER00108-VER00136, marked as Exhibit 31 in the deposition of Romi

24    Mayder.

25        10.    Attached hereto as Exhibit 8 is a true and correct copy of a document produced in

26    litigation, numbered SITES049604-SITES049655, marked as Exhibit 6 in the deposition of Romi

27    Mayder.

28    //

11.     Attached hereto as Exhibit 9 is a true and correct copy of a document produced in litigation, numbered SITES001423.

12.     Attached hereto as Exhibit 10 is a true and correct copy of a document produced in litigation, numbered SITES002846-SITES002847.

13.     Attached hereto as Exhibit 11 is a true and correct copy of a document produced in litigation, numbered POC00229.

14.     Attached hereto as Exhibit 12 is a true and correct copy of a document produced in litigation, numbered SITES012941-SITES012944.

15.     Attached hereto as Exhibit 13 is a true and correct copy of a document produced in litigation, numbered SITES051546, and marked as Exhibit 43 in the deposition of Romi Mayder.

16.     Attached hereto as Exhibit 14 is a true and correct copy of a document produced in litigation, numbered SITES003082.

17.     Attached hereto as Exhibit 15 is a true and correct copy of a document produced in litigation, numbered SITES051347.

18.     Attached hereto as Exhibit 16 is a true and correct copy of a document produced in litigation, numbered SITES003817-SITES003846.

19.     Attached hereto as Exhibit 17 is a true and correct copy of an email from Kevin Pasquinelli to Richard Blanchard, dated Sept. 4, 2007.

20.     Attached hereto as Exhibit 18 is a true and correct copy of a document produced in litigation, numbered VER04458.

21.     Attached hereto as Exhibit 19 is a true and correct copy of a document produced in litigation, numbered VER01384-VER01412.

22.     Attached hereto as Exhibit 20 is a true and correct copy of a document produced in litigation, numbered VER00026.

23.     Attached hereto as Exhibit 21 is a true and correct copy of a document produced in litigation, numbered VER04414-VER004444.

24.     Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the deposition transcript of Robert Pochowski, dated Oct. 2, 2007.

2

1    25.    Attached hereto as Exhibit 23 is a true and correct copy of a document produced in

2    litigation, numbered SITES050367-SITES050389.

3    26.    Attached hereto as Exhibit 24 is a true and correct copy of a document produced in

4    litigation, numbered SITES008884-SITES008885.

5    27.    Attached hereto as Exhibit 25 is a true and correct copy of a document produced in

6    litigation, numbered SITES050970-SITES050973.

7    28.    Attached hereto as Exhibit 26 is a true and correct copy of an article printed from

8    Stanford University's website.

9    29.    Attached hereto as Exhibit 27 is a true and correct copy of an email from Kevin

10   Pasquinelli, dated Oct. 24, 2007, and attached Privilege Log.

11   30.    Attached hereto as Exhibit 28 is a true and correct copy of Plaintiff's C.C.P.

12   Section 2019.210 Disclosure, dated Aug. 24, 2007.

13   I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct and that this declaration was executed this 16th day of November,

15   2007 at San Jose, California.

16

17                                                              /s/
                                                        Melinda M. Morton
18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 2
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 2
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 4
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 5
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 6
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 7
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 8
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 9
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 10
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 11
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 12
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 13
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 14
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 15
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 16
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 17

# Richard Blanchard

| | |
|---|---|
| From: | Kevin M. Pasquinelli [kpasquinelli@MOUNT.com] |
| Sent: | Tuesday, September 04, 2007 7:13 PM |
| To: | RBlanchard@SVEWG.com |
| Cc: | Michelle McManus |
| Subject: | Response to 1:2 Topology Question |
| Attachments: | Kevin M. Pasquinelli.vcf |

Dr. Blanchard,

Today you asked the question "What exactly does the 1:2 topology mean regarding DC supply routing?"

Answer: It means the switch can function in all possible modes of operation with one input and two outputs. More specifically, it's a single pole, double throw switch that can also fanout to both switch connectins. In other words . . If "A" is the input and "X" and "Y" are the outputs:
A can be connected to X only
A can be connected to Y only
A can be connected to neither outputs - float
A can be connected to both X&Y outputs -- essentially a 1:2 fanout

Make sense?

Kevin

*Kevin Pasquinelli, Esq.*
Mount & Stoelker P.C.
RiverPark Tower, Suite 1650
333 W San Carlos
San Jose, CA 95110
Tel: (408) 279-7000 x1126
Fax: (408) 998-1473
e-mail: kpasquinelli@mount.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify Mount & Stoelker, P.C. at (408) 279-7000 and permanently delete the original and any copy of any e-mail and any printout thereof.

# EXHIBIT 18
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 19
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 20
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 21
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 22
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 23
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 24
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 25
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 26



**Office of**
**TECHNOLOGY**
**LICENSING**

- About OTL

● For Inventors
  - Our Process
  - Our Policies
  - Patents
  - Resources
  - Disclosures

● For Industry

  ● Featured
    Technologies

### Suggestions for Keeping Laboratory Notebooks

*These guidelines were obtained from the University of California, San Francisco and are being reprinted and distributed with the permission of the UCSF Office of Technology Management.*

A U.S. patent is granted to the inventor who was the first to conceive the inventions. Hence, a properly maintained inventor's laboratory notebook is often the first evidence of conception.

1. When properly kept, a laboratory notebook is important because it establishes a permanent record which can be referred to in the future to prove what was done during the course of a project and particularly what inventions were made and when. When improperly kept, it may fail to prove what was conceived or done, and it may fail to fix important critical dates.

2. Assuming that an invention is made during the course of a research project, the date of "conception" and "reduction to practice" may become important. Generally, a sketch and a brief written description are sufficient to establish conception. Reduction to practice can be established only by the actual construction and successful testing of a device incorporating the invention.

During prosecution of a patent application before the Patent Office, or even at times after issuance of a patent, another applicant for a patent may initiate a contest referred to as an "interference," to determine who was the first inventor. Each party has an opportunity to take depositions and to submit documentary proof to show their dates of conception and reduction to practice. The patent for the invention is then awarded in accordance with the facts proven by this evidence.

3. Even if the subject matter of a research project is not made on the basis of a patent application, it may become important to prove what was done. For example, someone else may obtain a patent on subject matter reduced to practice during the course of the work. In patent infringement litigation which may follow, the earlier laboratory work may establish a good defense. In another situation, it may be desirable to prove whether or not an invention occurred in the course of a specific research project.

4. From a legal standpoint, a laboratory entry should be competent to prove certain facts, such as the conception of an idea, the testing of a model, and the results of the test. It is possible for a laboratory entry to be so vague and lacking in clarity that it is not competent to prove such matters. For

example, the entry may be so fragmentary that it is meaningless by itself, and can only be made intelligible when it is interpreted by the author. Such an entry is very little better than ordinary recollection without the aid of a document. Also, entries can be kept in such a manner that it is difficult to determine when the entry was made. Also, it may be an entry known only to one party; that is, not witnessed or explained to anyone else who is available to serve the essential function of corroborating witness.

5. The ideal notebook is one having all of the entries in ink or other permanent medium, using the standard laboratory book having permanent pages. All of the entries are identified with respect to the particular project for which the work was done. The entries include all formulae or diagrams and sketches of circuits and equipment which were considered during the project, including the ones actually built and tested. Diagrams and sketches should be accompanied by explanatory memoranda sufficient to identify and explain the subject matter. Another investigator, by looking over these entries, should be able to determine the nature of the project, when it was commenced, what ideas were considered during the project, the compounds made or circuits and equipment actually built and tested, the results of the tests, the dates with respect to all of the above, and the final conclusions.

6. Even though a laboratory notebook may not be kept in ideal fashion, the entries may be valuable at some future time provided certain simple safeguards are observed. The following comments may be helpful to avoid more common mistakes:

a. All data should be identified with respect to the project to which it relates. If possible, this should be by a project or experimental number, otherwise by a brief descriptive heading.

b. Entries should be consecutively dated. At least one other investigator, not a co-worker or joint inventor, should regularly look over the entries and witness the same by applying his signature and date.

c. In general, fragmentary diagrams or sketches, or diagrams and sketches without any explanatory notes, should be avoided. Circuit diagrams, for instance, should be as comprehensive as possible, using blocks or similar notations to indicate conventional parts.

d. Taking one entry by itself, it should, insofar as possible, be intelligible to another investigator without specific explanation.

e. Loose pages or inserts carrying sketches or other information should be avoided. If a sketch or note is made on a loose piece of paper, and you wish to place it in your book without making another entry, it should be permanently affixed in the notebook.

f. Investigators are encouraged to maintain individual notebooks. However, when there are two or more investigators working on the same project, they should not try to split entries between two or more laboratory books. One book should be complete by itself. When two or more

investigators are making entries in the same book, they should initial their own entries.

g.  Notations should be made of the progress and completion of compounds, assemblies, or models which are being prepared for testing. These entries should make clear, as by reference to a previous sketch, as to how the compound or equipment is being made.

h.  Successful testing of a compound or particular setup or piece of equipment is "reduction to practice" as pointed out above, and is an important date. Notations of such tests should be made, with the compound or equipment being identified, and with comments concerning the results of the test. Tabulated test data can be given if available. Avoid unnecessary derogatory remarks about tests, such as the motation "NG."

i.  Erasures should be avoided. If an error has been made, it is better to cross it out and make a new entry.

j.  While records in pencil are better than no records, it is best to have them in permanent medium, such as ink or indelible pencil.

k.  Entries should never be changed or enlarged at a later date, unless the nature of the change is clearly indicated and dated by itself. Here again, it is better to make a new entry, pointing out the change.

l.  Pencil diagrams or sketches should never be retraced in ink.

m.  Photographs are useful in keeping a complete laboratory notebook. Particularly where a model has been made and successfully tested, it is desirable to take one or more photographs which will serve as a future indentification. The photographs can be permanently pasted into the laboratory notebook, with date and identification, and the name of the photographer.

n.  Laboratory books should never be mutilated, as by tearing or cutting out pages.

o.  When a project is divided between two or more investigators or groups, at least one group should make occasional entries showing the relation of the groups to the project as a whole, and indicating how a compound or equipment being developed by the different groups is to be combined in a common system.

p.  In interference proceedings, the Patent Office has ruled that an inventor is not competent to prove the making and reduction to practice of an invention by his own testimony. His testimony is competent, but it must be corroborated by another witness. The other witness must not be a joint inventor. Because of this possible future difficulty in proving the records, another investigator should look over the entries in the book as frequently as possible, and place his initials at the end of each entry, with the date. Obviously, this date should be as near as possible to the date of the entry.

7. In general, all of the above must be kept within reason. It should be possible to keep records in reasonably complete and clear form without becoming too time-consuming and burdensome.

## Notebook Entries

1. Make in permanent medium.
2. Use consecutive pages.
3. Date entries.
4. Identify subject matter.
5. Include sketches, diagrams, etc.
6. Explain sketches, etc.
7. Photos, drawing, etc., should be identified and permanently attached.
8. Avoid erasures.
9. Don't change entries; make new entry.
10. Periodically have someone look over entries and witness same by applying signature and date.

# EXHIBIT 27

**From:** Kevin M. Pasquinelli [mailto:kpasquinelli@MOUNT.com]
**Sent:** Wednesday, October 24, 2007 6:27 PM
**To:** Mindy Morton; Donald P Gagliardi
**Cc:** John Fowler; Daniel S. Mount; Michelle McManus; Kevin M. Pasquinelli; Daniel H. Fingerman
**Subject:** Confidentiality Marking updates and other Discovery Related Matters

Mindy,

1. As per prior meet and confer communications, attached is a log file with updated confidentiality status organized by Bates code.
2. In preparing the file mentioned in #1, I realized that the following Bates codes were overlapping. I have therefore renumbered them and they are attached with their new Bates codes.
   a. 51878-51879 [renumbered to 52077 THRU 52078]
   b. 51881-51882 [renumbered 52080 thru 52081]
   c. 51881-51882 [renumbered 52080 thru 52081]
   d. 51883-51888 [renumbered 52082 thru 52087]

3. Attached are previously privileged communications with Heather Flick referenced in the privilege log. Bates 52088-52159.
4. Attached is an updated privilege log.
5. In your October 9, 2006 email you asserted that SITES050921-050986 were missing attachments. I address each attachment to each email below.
   a. 50921: previously produced
   b. 50924: previously produced
   c. 50930: previously produced
   d. 50933: previously produced
   e. 50934: previously produced
   f. 50939: previously produced
   g. 50948: previously produced
   h. 50955: Picasso mpp (I cannot currently produce this file as it is a Microsoft project file)
   i. 50961: the jpg file is the one embedded in the email, .p7s files are the email itself
   j. 50965: the jpg file is the one embedded in the email, .p7s files are the email itself
   k. 50969: the jpg file is the one embedded in the email, .p7s files are the email itself
   l. 50973: the jpg file is the one embedded in the email, .p7s files are the email itself
   m. 50978: the jpg file is the one embedded in the email, .p7s files are the email itself
   n. 50986: the jpg file is the one embedded in the email, .p7s files are the email itself
6. Attached are updated responses to RFP's as per our prior meet and confer meeting. (as yet unsigned by Mr. Mayder – I will obtain his review and signature shortly)

Kevin

*Kevin Pasquinelli, Esq.*

Mount & Stoelker P.C.
RiverPark Tower, Suite 1650
333 W San Carlos
San Jose, CA 95110
Tel: (408) 279-7000 x1126
Fax: (408) 998-1473
e-mail: kpasquinelli@mount.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify Mount & Stoelker, P.C. at (408) 279-7000 and permanently delete the original and any copy of any e-mail and any printout thereof.

**SITES001 PROTECTED DOCUMENTS**

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| 107965.html | Romi Mayder to Daniel Hanley | LLC Formation. | 12/19/06 | Email | Attorney Client Privilege |
| 107998.html | Romi Mayder to Dave Schneck | Provisional for Patent | 1/17/07 | Email | Attorney Client Privilege |
| 108002.html | Dave Schneck to Romi Mayder | Non-Disclosure Agreement with Honeywell | 1/18/07 | Email | Attorney Client Privilege |
| 108116.html | Romi Mayder to Daniel Hanley | Operating Agreement | 9/28/06 | Email | Attorney Client Privilege |
| 108646.html | Romi Mayder to Tom Schneck and Dave Schneck, cc to Robert Pochowski | 1st Utility Patent for STS | 11/6/08 | Email | Attorney Client Privilege |
| 108696.html | Romi Mayder to Dave Schneck and Bradley Scheer | Data Sheet for the Picasso ASIC | 11/9/06 | Email | Attorney Client Privilege |
| 108790.html | Romi Mayder to Dave Schneck and Tom Schneck | Power of Attorney for STS-001 | 11/25/06 | Email | Attorney Client Privilege |
| 108833.doc | Patent application | Description of a Universal Application Specific Integrated | Undated | Entire document is protected. | Attorney Client Privilege. Attorney work product. |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | Circuit | | | |
| 108967.html | Romi Mayder to Robert Pochowski with Scheer attachment | Utility Patent Application | 12/8/06 | Scheer attachment protected. | Attorney Client Privilege |
| 108968.html | Romi Mayder to Robert Pochowski with Scheer attachment | Operating Agreement | 12/9/06 | Scheer attachment protected. | Attorney Client Privilege |
| 108982.html | Romi Mayder to Robert Pochowski with Scheer attachment | STS Operating Agreement | 12/11/06 | Scheer attachment protected. | Attorney Client Privilege |
| 109031.html | Romi Mayder to tom@patentvalley.com, Dave Schneck and Bradley Scheer | NDA with Honeywell | 12/17/06 | Email is protected | Attorney Client Privilege |
| 109091.doc | Patent application | Description of a Universal Application Specific Integrated Circuit | Undated | Entire document is protected. | Attorney Client Privilege. Attorney work product. |
| 109269.html | Romi Mayder to Dave Schneck, cc to Tom Scheck and Bradley Scheer | Patents | 1/11/07 | Email is protected | Attorney Client Privilege |
| 109350.html | Romi Mayder to Dave Schneck | Bob's demand letter and another Patent | 1/17/07 | Email is protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | Disclosure | | | |
| 109360.html | Romi Mayder to Dave Schneck | Non-Disclosure Agreement with Honeywell | 1/17/07 | Email is protected | Attorney Client Privilege |
| 109361.html | Romi Mayder to Dave Schneck | Bob's demand letter and another Patent Disclosure | 1/17/07 | Email is protected | Attorney Client Privilege |
| 109362.html | Romi Mayder to Dave Schneck | Provisional for Patent | 1/17/07 | Email is protected | Attorney Client Privilege |
| 109365.html | Romi Mayder to Dave Schneck | Non-Disclosure Agreement with Honeywell | 1/18/07 | Email is protected | Attorney Client Privilege |
| 109367.html | Romi Mayder to Dave Schneck | Non-Disclosure Agreement with Honeywell | 1/18/07 | Email is protected | Attorney Client Privilege |
| 109399.html | Romi Mayder to Dave Schneck | Anything New | 1/25/07 | Email is protected | Attorney Client Privilege |
| 109625.html | Romi Mayder to Daniel Hanley | Latest from H. Flick | 2/20/07 | Email is protected | Attorney Client Privilege |
| 109652.html | Romi Mayder to David Schneck | Settlement Proposal with Bob | 2/21/07 | Email is protected | Attorney Client Privilege |
| 109666.html | Romi Mayder to David Schneck | Upgrade | 2/21/07 | Email is protected | Attorney Client Privilege |
| 109946.html | Romi Mayder to Dave | Our Next Letter | 3/21/07 | Email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Schneck and Bradley Scheer | to Heather | | protected | Privilege |
| 1101.60.html | Daniel Hanley to Romi Mayder | Operating Agreement | 9/28/06 | Email is protected. | Attorney Client Privilege |
| 110169.html | Daniel Hanley to Romi Mayder | Operating Agreement | 9/29/06 | Email is protected | Attorney Client Privilege |
| 110197.txt | Notepad Entry re E-mail to Tom Schneck | E-mail Delayed | 11/6/06 | Entry is protected. | Attorney Client Privilege |
| 110198.html | Romi Mayder to Dave Schneck and Bradley Scheer, cc Pochowski | Patent application | 11/6/06 | Email is protected. | Attorney Client Privilege |
| 110201.txt | Notepad Entry re E-mail to Dave Schneck | E-mail Delayed | 11/6/06 | Entire Document is Protected | Attorney Client Privilege |
| 110202.html | Romi Mayder to Dave Schneck and Bradley Scheer, cc Pochowski | Patent application | 11/6/06 | Email is protected. | Attorney Client Privilege |
| 110206.html | Dave Schneck to Romi Mayder, cc to Bradley Scheer | Data Sheet for the Picasso ASIC | 11/9/06 | Email is protected. | Attorney Client Privilege |
| 110207.html | Dave Schneck to Romi Mayder | e-mail resend: assignment advice | 11/29/06 | Email is protected. | Attorney Client Privilege |
| 110208.txt | | Description of a Universal Application Specific | | | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | Integrated Circuit | | | |
| 110237.txt | David Schneck to Robert Pochowski | Patent Application entitled A Universal Application Specific Integrated Circuit | 12/14/06 | Email is protected. | Attorney Client Privilege |
| 110246.html | Daniel Hanley to Romi Mayder | LLC Formation | 12/19/06 | Email is protected. | Attorney Client Privilege |
| 110251.html | David Schneck to Romi Mayder | Bob's demand letter | 1/17/07 | Email is protected. | Attorney Client Privilege |
| 110252.html | Romi Mayder to Dave Schneck | Bob's demand letter and another Patent Disclosure | 1/17/07 | Email is protected. | Attorney Client Privilege |
| 110253.html | Dave Schneck to Romi Mayder | Non-Disclosure Agreement with Honeywell | 1/18/07 | Email is protected. | Attorney Client Privilege |
| 110254.html | Dave Schneck to Romi Mayder | Non-Disclosure Agreement with Honeywell | 1/18/07 | Email is protected. | Attorney Client Privilege |
| 110256.html | Dave Schneck to Romi Mayder | Resource Enhancement | 1/22/07 | Email is protected. | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | Probe Card - Budgetary Pricing | | | |
| 111455.html | Robert Pochowski to Romi Mayder with Scheer attachment. | Utility Patent Application | 12/8/06 | Scheer Attachment protected. | Attorney Client Privilege |
| 111456.html | Robert Pochowski to Romi Mayder with Scheer attachment. | Operating Agreement | 12/11/06 | Scheer Attachment protected. | Attorney Client Privilege |
| 111457.html | Robert Pochowski to Romi Mayder with Scheer attachment. | STS Operating Agreement | 12/11/06 | Scheer Attachment protected. | Attorney Client Privilege |
| 111458.html | Robert Pochowski to Romi Mayder with Scheer attachment. | STS Operating Agreement | 12/11/06 | Scheer Attachment protected. | Attorney Client Privilege |
| 124651.doc | Patent application | Description of a Universal Application Specific Integrated Circuit | Undated | Entire document is protected. | Attorney Client Privilege Attorney work product. |
| 176767.doc | David Schneck to Robert Pochowski | Patent Application entitled A Universal Application Specific | 12/14/06 | Entire letter is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | Integrated Circuit | | | |
| 176777.doc | David Schneck to Robert Pochowski | Patent Application entitled A Universal Application Specific Integrated Circuit | 12/14/06 | Entire letter is Protected | Attorney Client Privilege |
| ~~33287.html~~ | ~~Robert Pochowski to Heather Flick and Romi Mayder~~ | ~~Cell~~ | ~~9/26/06~~ | ~~Entire Document is Protected~~ | ~~Attorney Client Privilege~~ |
| ~~33294.html~~ | ~~Robert Pochowski to Romi Mayder with Flick Attachment~~ | ~~Cell~~ | ~~9/27/06~~ | ~~Flick Attachment Protected~~ | ~~Attorney Client Privilege~~ |
| ~~33295.html~~ | ~~Robert Pochowski to Romi Mayder with Flick Attachment~~ | ~~Cell~~ | ~~9/27/06~~ | ~~Flick attachment protected~~ | ~~Attorney Client Privilege~~ |
| 33757.html | Romi Mayder to Dave Schneck | Resource Enhancement Probe Card - Budgetary Pricing | 1/22/07 | Email is Protected | Attorney Client Privilege |
| 33788.html | Robert Pochowski to Tom Schneck, cc to Romi Mayder | Provisional | 9/27/06 | Email Document is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| 33794.html | Romi Mayder to Robert Pochowski and Tom Schneck | Provisional | 9/29/06 | Email Document is Protected | Attorney Client Privilege |
| ~~33800.html~~ | ~~Romi Mayder to Robert Pochowski with Flick Attachment~~ | ~~Call~~ | ~~9/27/06~~ | ~~Flick attachment is protected.~~ | ~~Attorney Client Privilege~~ |
| ~~33802.html~~ | ~~Romi Mayder to Robert Pochowski with Flick Attachment~~ | ~~Call~~ | ~~9/27/06~~ | ~~Flick attachment is protected.~~ | ~~Attorney Client Privilege~~ |
| 33836.html | Romi Mayder to Daniel Hanley | Operating Agreement | 9/28/06 | Entire Document is Protected | Attorney Client Privilege |
| ~~33851.html~~ | ~~Romi Mayder to Robert Pochowski and Heather Flick cc to Robert Pochowski~~ | ~~Call~~ | ~~9/27/06~~ | ~~Entire Document is Protected~~ | ~~Attorney Client Privilege~~ |
| 40471.html | Romi Mayder to Robert Pochowski and Tom Schneck | Provisional | 9/29/06 | Entire Document is Protected | Attorney Client Privilege |
| 40477.html | Romi Mayder to Robert Pochowski | Call | 9/27/06 | Entire Document is Protected | Attorney Client Privilege |
| 40479.html | Romi Mayder to Robert Pochowski | Call | 9/27/06 | Entire Document is Protected | Attorney Client Privilege |
| 40515.html | Romi Mayder to Daniel Hanley | Operating Agreement | 9/28/06 | Entire Document is | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | | | Protected | |
| 60168.html | Robert Pochowski to Tom Schneck, cc to Romi Mayder | Provisional | 9/27/06 | Entire Document is Protected | Attorney Client Privilege |
| 60170.html | Romi Mayder to Robert Pochowski, cc to Heather Flick | Answers to your Questions | 9/21/06 | Entire Document is Protected | Attorney Client Privilege |
| 60172.html | Heather Flick to Romi Mayder, cc to Robert Pochowski | Call | 9/27/06 | Entire Document is Protected | Attorney Client Privilege |
| 60174.html | Heather Flick to Robert Pochowski, cc to Romi Mayder | Call | 9/27/06 | Entire Document is Protected | Attorney Client Privilege |
| 82293.html | Romi Mayder to Daniel Hanley | Call | 9/28/06 | Entire Document is Protected | Attorney Client Privilege |
| 82823.html | Romi Mayder to Tom Schneck and David Schneck, cc to Robert Pochowski | 1st Utility Patent for STS | 11/6/06 | Entire Document is Protected | Attorney Client Privilege |
| 82873.html | Romi Mayder to David Schneck and Bradley Scheer | Data Sheet for the Picasso ASIC | 11/9/06 | Entire Document is Protected | Attorney Client Privilege |
| 82967.html | Romi Mayder to Tom Schneck and David Schneck | Power of Attorney for STS-001 | 11/25/06 | Entire Document is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| 83010.doc | Patent application | Description of a Universal Application Specific Integrated Circuit | undated | Entire Document is Protected | Attorney Client Privilege Attorney work product. |
| 83144.html | Romi Mayder to Robert Pochowski with Scheer Attachment | Utility Patent Application | 12/8/06 | Scheer Attachment is protected. | Attorney Client Privilege |
| 83145.html | Romi Mayder to Robert Pochowski with Scheer Attachment | Operating Agreement | 12/9/06 | Scheer Attachment is protected. | Attorney Client Privilege |
| 83159.html | Romi Mayder to Robert Pochowski with Scheer Attachment | STS Operating Agreement | 12/11/06 | Scheer Attachment is protected. | Attorney Client Privilege |
| 83208.html | Romi Mayder to Tom Schneck, Dave Schneck and Bradley Scheer | NDA with Honeywell | 12/17/06 | Entire Document is Protected | Attorney Client Privilege |
| 83269.doc | Patent application | Description of a Universal Application Specific Integrated Circuit | undated | Entire Document is Protected | Attorney Client Privilege Attorney Work Product. |
| 83446.html | Romi Mayder to David Schneck, cc to Tom | Patents | 1/11/07 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Schneck and Bradley Scheer | | | | |
| 83526.doc | Patent disclosure. | Patent Disclosure | 1/17/07 | Entire email is Protected | Attorney Client Privilege Attorney Work Product |
| 83527.html | Romi Mayder to David Schneck | Bob's demand letter and another Patent Disclosure | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 83537.html | Romi Mayder to David Schneck | Non-Disclosure Agreement with Honeywell | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 83538.html | Romi Mayder to David Schneck | Bob's demand letter and another Patent Disclosure | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 83539.html | Romi Mayder to David Schneck | Provisional for Patent | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 83542.html | Romi Mayder to David Schneck | Non-Disclosure Agreement with Honeywell | 1/18/07 | Entire email is Protected | Attorney Client Privilege |
| 83544.html | Romi Mayder to David Schneck | Non-Disclosure Agreement with Honeywell | 1/18/07 | Entire email is Protected | Attorney Client Privilege |
| 83576.html | Romi Mayder to David Schneck | Anything New | 1/25/07 | Entire Document is | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | | | Protected | |
| 83802.html | Romi Mayder to Daniel Hanley | Latest from H. Flick | 2/20/07 | Entire email is Protected | Attorney Client Privilege |
| 83854.html | Romi Mayder to Richard Foster with Schneck Attachment | Settlement Proposal with Bob | 2/23/07 | Schneck attachment protected | Attorney Client Privilege |
| 84123.html | Romi Mayder to David Schneck and Bradley Scheer | Our Next Letter to Heather | 3/21/07 | Entire email is Protected | Attorney Client Privilege |
| 85149.html | Romi Mayder to David Schneck and Bradley Scheer | A few items to add to the reply letter | 7/8/07 | Entire email is Protected | Attorney Client Privilege |
| 85180.html | Romi Mayder to David Schneck, cc to Tom Schneck | Letter to TSE Korea | 7/11/07 | Entire email is Protected | Attorney Client Privilege |
| 85441.html | Daniel Hanley to Romi Mayder | Operating Agreement | 9/28/06 | Entire email is Protected | Attorney Client Privilege |
| 85450.html | Daniel Hanley to Romi Mayder | Operating Agreement | 9/29/06 | Entire email is Protected | Attorney Client Privilege |
| 85479.html | Romi Mayder to Schneck and Schneck | Utility Patent | 11/7/06 | Entire email is Protected | Attorney Client Privilege |
| 85483.html | Romi Mayder to Schneck and Schneck | Utility Patent | 11/7/06 | Entire email is Protected | Attorney Client Privilege |
| 85487.html | David Schneck to Romi Mayder, cc to Bradley | Data Sheet for the Picasso | 11/9/06 | Entire Document is | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Scheer | ASIC | | Protected | |
| 85488.html | David Schneck to Romi Mayder | e-mail resend: assignment advice | 11/29/06 | Entire Document is Protected | Attorney Client Privilege |
| 85489.doc | Patent Application | Description of a Universal Application Specific Integrated Circuit | undated | Entire Document is Protected | Attorney Client Privilege |
| 85518.doc | David Schneck to Robert Pochowski | Patent Application entitled A Universal Application Specific Integrated Circuit | 12/14/06 | Entire Document is Protected | Attorney Client Privilege |
| 85527.html | Daniel Hanley to Romi Mayder | LLC Formation | 12/19/06 | Entire email is Protected | Attorney Client Privilege |
| 85532.html | David Schneck to Romi Mayder | Bob's demand letter | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 85533.html | Romi Mayder to David Schneck | Bob's demand letter and another Patent Disclosure | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 85534.html | David Schneck to Romi | Non-Disclosure | 1/18/07 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Mayder | Agreement with Honeywell | | Protected | Privilege |
| 85535.html | David Schneck to Romi Mayder | Non-Disclosure Agreement with Honeywell | 1/18/07 | Entire email is Protected | Attorney Client Privilege |
| 85537.html | David Schneck to Romi Mayder | Resource Enhancement Probe Card - Budgetary Pricing | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| 85588.html | David Schneck to Romi Mayder | Bob | 4/27/07 | Entire email is Protected | Attorney Client Privilege |
| 85634.html | David Schneck to Romi Mayder | Letter to TSE Korea | 7/11/07 | Entire email is Protected | Attorney Client Privilege |
| 95446.doc | Patent Application | Description of a Universal Application Specific Integrated Circuit | Undated | Entire Document is Protected | Attorney Client Privilege Attorney Work Product. |
| 96569.doc | Patent Application | Description of a Universal Application Specific Integrated Circuit | Undated | Entire Document is Protected | Attorney Client Privilege Attorney Work Product. |
| 108002.html | David Schneck to Romi | Non-Disclosure | 1/18/07 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Mayder | Agreement with Honeywell | | Protected | Privilege |
| 108019.html | David Schneck to Romi Mayder, cc to Bradley Scheer | STS-001 | 2/12/07 | Entire email is Protected | Attorney Client Privilege |
| 108045.html | David Schneck to Romi Mayder | Trademarks for STS Technology | 2/27/07 | Entire email is Protected | Attorney Client Privilege |
| 108076.html | David Schneck to Romi Mayder | sts001 | 315/07 | Entire email is Protected | Attorney Client Privilege |
| 108843.pdf | Bradley Scheer to Romi Mayder | Patent Application entitled A Universal Application Specific Integrated Circuit | 11/30/06 | Entire letter is protected. | Attorney Client Privilege |
| 110191.html | David Schneck to Romi Mayder, cc to Tom Schneck | Another Provisional Patent | 10/23/06 | Entire email is Protected | Attorney Client Privilege |
| 110192.html | David Schneck to Romi Mayder | Another Provisional Patent | 10/23/06 | Entire email is Protected | Attorney Client Privilege |
| 110193.html | David Schneck to Romi Mayder | A 3rd Provisional Patent for STS | 10/24/06 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| 110194.html | David Schneck to Romi Mayder, cc to Bradley Scheer and Merle Garcia | A 3rd Provisional Patent for STS | 10/24/06 | Entire email is Protected | Attorney Client Privilege |
| 110195.html | David Schneck to Romi Mayder | A 3rd Provisional Patent for STS | 10/24/06 | Entire email is Protected | Attorney Client Privilege |
| 110196.html | David Schneck to Romi Mayder | 4th Provisional patent for STS | 10/27/06 | Entire email is Protected | Attorney Client Privilege |
| 110205.html | David Schneck to Romi Mayder and Bradley Scheer | Data Sheet for the Picasso ASIC | 11/9/06 | Entire email is Protected | Attorney Client Privilege |
| 110206.html | David Schneck to Romi Mayder, cc to Bradley Scheer | Data Sheet for the Picasso ASIC | 11/9/06 | Entire email is Protected | Attorney Client Privilege |
| 110218.pdf | Bradley Scheer to Romi Mayder | Patent Application entitled A Universal Application Specific Integrated Circuit | 11/30/06 | Entire letter is protected. | Attorney Client Privilege |
| 110221.html | David Schneck to Romi Mayder and Bradley Scheer | Utility Patent STS-001 | 12/8/06 | Entire email is Protected | Attorney Client Privilege |
| 110222.html | Bradley Scheer to | Power of | 12/11/06 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | David Schneck and Romi Mayder | Attorney Question Again | | Protected | Privilege |
| 110225.html | David Schneck to Daniel Hanley and Romi Mayder | Silicon Test Solutions | 12/12/06 | Entire email is Protected | Attorney Client Privilege |
| 110226.html | David Schneck to Romi Mayder | Silicon Test Solutions | 12/12/06 | Entire email is Protected | Attorney Client Privilege |
| 110227.html | David Schneck to Romi Mayder, Daniel Hanley and Tom Schneck | Silicon Test Solutions | 12/13/06 | Entire email is Protected | Attorney Client Privilege |
| 110237.html | David Schneck to Robert Pochowski | Patent Application entitled A Universal Application Specific Integrated Circuit | 12/14/06 | Entire Document is Protected | Attorney Client Privilege |
| 110238.html | David Schneck to Romi Mayder, cc to Daniel Hanley and Tom Schneck | Letter to Bob re:patent | 12/15/06 | Entire email is Protected | Attorney Client Privilege |
| 110245.html | David Schneck to Romi Mayder | Letter to Bob re: patent | 12/15/06 | Entire email is Protected | Attorney Client Privilege |
| 110247.html | David Schneck to Romi Mayder, cc to Bradley Scheer; Tom Schneck | Patents | 1/11/07 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| 110248.html | David Schneck to Romi Mayder | Another Patent Application for Silicon Test Systems | 1/11/07 | Entire email is Protected | Attorney Client Privilege |
| 110249.html | David Schneck to Romi Mayder, cc to Bradley Scheer | Publication for our Patent STS-001 | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 110251.html | David Schneck to Romi Mayder | Bob's demand letter | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 110253.html | David Schneck to Romi Mayder | Non-Disclosure Agreement with Honeywell | 1/18/07 | Entire email is Protected | Attorney Client Privilege |
| 110254.html | David Schneck to Romi Mayder | Non-Disclosure Agreement with Honeywell | 1/18/07 | Entire email is Protected | Attorney Client Privilege |
| 110255.html | Bradley Scheer to Romi Mayder | STS-003 | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| 110256.html | David Schneck to Romi Mayder | Resource Enhancement Probe Card - Budgetary Pricing | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| 110258.html | David Schneck to Romi Mayder | Letter to Bob's Attorney | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| 110259.html | Bradley Scheer to Romi Mayder | STS-003 | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| 110260.html | David Schneck to Romi | Anything New? | 1/26/07 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Mayder | | | Protected | Privilege |
| 110261.html | Bradley Scheer to Romi Mayder | Electronic Version of the Provisional that you didn't get | 1/26/07 | Entire email is Protected | Attorney Client Privilege |
| 110262.html | David Schneck to Romi Mayder | Anything New? | 1/26/07 | Entire email is Protected | Attorney Client Privilege |
| 110264.html | David Schneck to Romi Mayder, cc to Tom Schneck | Heather Flick letter | 2/9/07 | Entire email is Protected | Attorney Client Privilege |
| 110265.html | Bradley Scheer to Romi Mayder | Improve Block Diagram | 2/13/07 | Entire email is Protected | Attorney Client Privilege |
| 110267.html | David Schneck to Romi Mayder | Latest from H. Flick | 2/20/07 | Entire email is Protected | Attorney Client Privilege |
| 110268.html | Bradley Scheer to Romi Mayder | STS-002 Draft Utility Application | 2/20/07 | Entire email is Protected | Attorney Client Privilege |
| 110270.html | David Schneck to Romi Mayder | Flick draft response | 2/21/07 | Entire email is Protected | Attorney Client Privilege |
| 110271.html | David Schneck to Romi Mayder | Flick draft response | 2/23/07 | Entire email is Protected | Attorney Client Privilege |
| 110273.html | David Schneck to Romi Mayder | letter update | 2/23/07 | Entire email is Protected | Attorney Client Privilege |
| 110274.html | Bradley Scheer to Romi Mayder | STS-005 | 2/23/07 | Entire email is Protected | Attorney Client Privilege |
| 110275.html | David Schneck to Romi Mayder | Trademarks for STS | 2/26/07 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | Technology | | | |
| 110276.html | Bradley Scheer to Romi Mayder | STS-004 | 3/2/07 | Entire email is Protected | Attorney Client Privilege |
| 110277.html | Bradley Scheer to Romi Mayder | STS-006 | 3/8/07 | Entire email is Protected | Attorney Client Privilege |
| 110278.html | David Schneck to Romi Mayder, cc to Bradley Scheer | Threat from Formfactor Inc. | 3/9/07 | Entire email is Protected | Attorney Client Privilege |
| 110279.html | David Schneck to Romi Mayder, cc to Bradley Scheer | sts001 | 3/14/07 | Entire email is Protected | Attorney Client Privilege |
| 110280.html | Bradley Scheer to Romi Mayder, cc to David Schneck | A few Items for our next letter | 3/17/07 | Entire email is Protected | Attorney Client Privilege |
| 110281.doc | Patent Application | Description of High Impedance, High Parallelism, High Temperature Memory Test System Architecture | undated | Entire Document is Protected | Attorney Client Privilege Attorney Work Product |
| 110282.html | Bradley Scheer to Romi Mayder | STS-006 | 3/19/07 | Entire email is Protected | Attorney Client Privilege |
| 110289.html | David Schneck to Romi | Our Next Letter | 3/21/07 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Mayder and Bradley Scheer | to Heather | | Protected | Privilege |
| 110290.html | David Schneck to Romi Mayder and Bradley Scheer | Another Proposed meeting with the VP of Marketing from FormfactorInc. | 3/22/07 | Entire email is Protected | Attorney Client Privilege |
| 33279.html | Tom Schneck to Robert Pochowski, cc to Merle Garcia and Romi Mayder | Provisional | 9/25/06 | Entire email is Protected | Attorney Client Privilege |
| 82219.html | David Schneck to Romi Mayder | Latest letter | 7/10/07 | Entire email is Protected | Attorney Client Privilege |
| 83020.pdf | Bradley Scheer to Romi Mayder | Patent Application entitled A Universal Application Specific Integrated Circuit | 11/30/06 | Entire letter is Protected | Attorney Client Privilege |
| 85472.html | David Schneck to Romi Mayder, cc to Tom Schneck | Another Provisional Patent | 10/23/06 | Entire email is Protected | Attorney Client Privilege |
| 85473.html | David Schneck to Romi Mayder | Another Provisional | 10/23/06 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | Patent | | | |
| 85474.html | David Schneck to Romi Mayder | A 3rd Provisional Patent for STS | 10/24/06 | Entire email is Protected | Attorney Client Privilege |
| 85475.html | David Schneck to Romi Mayder, cc to Bradley Scheer and Merle Garcia | A 3rd Provisional Patent for STS | 10/24/06 | Entire email is Protected | Attorney Client Privilege |
| 85476.html | David Schneck to Romi Mayder | A 3rd Provisional Patent for STS | 10/24/06 | Entire email is Protected | Attorney Client Privilege |
| 85477.html | David Schneck to Romi Mayder | 4th Provisional patent for STS | 10/27/06 | Entire email is Protected | Attorney Client Privilege |
| 85486.html | David Schneck to Romi Mayder and Bradley Scheer | Data Sheet for the Picasso ASIC | 11/9/06 | Entire email is Protected | Attorney Client Privilege |
| 85487.html | David Schneck to Romi Mayder, cc to Bradley Scheer | Data Sheet for the Picasso ASIC | 11/9/06 | Entire email is Protected | Attorney Client Privilege |
| 85499.pdf | Bradley Scheer to Romi Mayder | Patent Application entitled A Universal Application Specific Integrated Circuit | 11/30/06 | Entire letter is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| 85502.html | David Schneck to Romi Mayder and Bradley Scheer | Utility Patent STS-001 | 12/8/06 | Entire email is Protected | Attorney Client Privilege |
| 85503.html | Bradley Scheer to Romi Mayder and David Schneck | Power of Attorney Question Again | 12/11/06 | Entire email is Protected | Attorney Client Privilege |
| 85506.html | David Schneck to Daniel Hanley and Romi Mayder | Silicon Test Solutions | 12/12/06 | Entire email is Protected | Attorney Client Privilege |
| 85507.html | David Schneck to Romi Mayder | Silicon Test Solutions | 12/12/06 | Entire email is Protected | Attorney Client Privilege |
| 85508.html | David Schneck to Romi Mayder, Daniel Hanley and Tom Schneck | Silicon Test Solutions | 12/13/06 | Entire email is Protected | Attorney Client Privilege |
| 85518.doc | David Schneck to Robert Pochowski | Patent Application entitled A Universal Application Specific Integrated Circuit | 12/14/06 | Entire email is Protected | Attorney Client Privilege |
| 85519.html | David Schneck to Romi Mayder, cc to Daniel Hanley and Tom Schneck | Letter to Bob re:patent | 12/15/06 | Entire email is Protected | Attorney Client Privilege |
| 85526.html | David Schneck to Romi | Letter to Bob | 12/15/06 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Mayder | re:patent | | Protected | Privilege |
| 85528.html | David Schneck to Romi Mayder, cc to Bradley Scheer and Tom Schneck | Patents | 1/11/07 | Entire email is Protected | Attorney Client Privilege |
| 85529.html | David Schneck to Romi Mayder | Another Patent Application for Silicon Test Systems | 1/11/07 | Entire email is Protected | Attorney Client Privilege |
| 85530.html | David Schneck to Romi Mayder, cc to Bradley Scheer | Publication for our Patent STS-001 | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 85532.html | David Schneck to Romi Mayder | Bob's demand letter | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| 85534.html | David Schneck to Romi Mayder | Non-Disclosure Agreement with Honeywell | 1/18/07 | Entire email is Protected | Attorney Client Privilege |
| 85535.html | David Schneck to Romi Mayder | Non-Disclosure Agreement with Honeywell | 1/18/07 | Entire email is Protected | Attorney Client Privilege |
| 85536.html | Bradley Scheer to Romi Mayder | STS-003 | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| 85537.html | David Schneck to Romi Mayder | Resource Enhancement Probe Card - Budgetary Pricing | 1/22/07 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| 85539.html | David Schneck to Romi Mayder | Letter to Bob's Attorney | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| 85540.html | Bradley Scheer to Romi Mayder | STS-003 | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| 85541.html | David Schneck to Romi Mayder | Anything New? | 1/26/07 | Entire email is Protected | Attorney Client Privilege |
| 85542.html | Bradley Scheer to Romi Mayder | Electronic Version of the Provisional that you didn't get | 1/26/07 | Entire email is Protected | Attorney Client Privilege |
| 85543.html | David Schneck to Romi Mayder | Anything New? | 1/26/07 | Entire email is Protected | Attorney Client Privilege |
| 85545.html | David Schneck to Romi Mayder, cc to Tom Schneck | Heather Flick letter | 2/9/07 | Entire email is Protected | Attorney Client Privilege |
| 85546.html | Bradley Scheer to Romi Mayder | Improve Block Diagram | 2/13/07 | Entire email is Protected | Attorney Client Privilege |
| 85548.html | David Schneck to Romi Mayder | Latest from H. Flick | 2/20/07 | Entire email is Protected | Attorney Client Privilege |
| 85549.html | Bradley Scheer to Romi Mayder | STS-002 Draft Utility Application | 2/20/07 | Entire email is Protected | Attorney Client Privilege |
| 85551.html | David Schneck to Romi Mayder | Flick draft response | 2/21/07 | Entire email is Protected | Attorney Client Privilege |
| 85552.html | David Schneck to Romi Mayder | Flick draft response | 2/23/07 | Entire email is Protected | Attorney Client Privilege |
| 85554.html | David Schneck to Romi | letter update | 2/23/07 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Mayder | | | Protected | Privilege |
| 85555.html | Bradley Scheer to Romi Mayder | STS-005 | 2/23/07 | Entire email is Protected | Attorney Client Privilege |
| 85556.html | David Schneck to Romi Mayder | Trademarks for STS Technology | 2/26/07 | Entire email is Protected | Attorney Client Privilege |
| 85557.html | Bradley Scheer to Romi Mayder | STS-004 | 3/2/07 | Entire email is Protected | Attorney Client Privilege |
| 85558.html | Bradley Scheer to Romi Mayder | STS-006 | 3/8/07 | Entire email is Protected | Attorney Client Privilege |
| 85559.html | David Schneck to Romi Mayder, cc to Bradley Scheer | Threat from Formfactor Inc. | 3/9/07 | Entire email is Protected | Attorney Client Privilege |
| 85560.html | David Schneck to Romi Mayder, cc to Bradley Scheer | sts001 | 3/14/07 | Entire email is Protected | Attorney Client Privilege |
| 85561.html | Bradley Scheer to Romi Mayder, cc to David Schneck | A few Items for our next letter | 3/17/07 | Entire email is Protected | Attorney Client Privilege |
| 85562.doc | Patent Application | Description of High Impedance, High Parallelism, High Temperature Memory Test | undated | Entire Document is Protected | Attorney Client Privilege. Attorney work product. |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | System Architecture | | | |
| 85563.html | Bradley Scheer to Romi Mayder | STS-006 | 3/19/97 | Entire email is Protected | Attorney Client Privilege |
| 85570.html | David Schneck to Romi Mayder and Bradley Scheer | Our Next Letter to Heather | 3/21/07 | Entire email is Protected | Attorney Client Privilege |
| 85571.html | David Schneck to Romi Mayder and Bradley Scheer | Another Proposed meeting with the VP of Marketing from Formfactor Inc. | 3/22/07 | Entire email is Protected | Attorney Client Privilege |
| 85572.html | David Schneck to Romi Mayder | Flick letter | 3/27/07 | Entire email is Protected | Attorney Client Privilege |
| 85573.html | David Schneck to Romi Mayder, cc to Bradley Scheer | Flick letter | 3/27/07 | Entire email is Protected | Attorney Client Privilege |
| 85574.html | David Schneck to Romi Mayder | Flick letter | 3/27/07 | Entire email is Protected | Attorney Client Privilege |
| 85575.html | Bradley Scheer to Romi Mayder, cc to David Schneck | Update to STS—06 | 3/27/07 | Entire email is Protected | Attorney Client Privilege |
| 85576.html | David Schneck to Romi Mayder | Flick letter | 3/28/07 | Entire email is Protected | Attorney Client Privilege |
| 85578.html | David Schneck to Romi Mayder | sts: flick letter | 3/28/07 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| 85579.html | David Schneck to Romi Mayder | flick letter | 3/28/07 | Entire email is Protected | Attorney Client Privilege |
| 85580.pdf | Schneck and Schneck to STS and Romi Mayder | Invoice | 3/1/07 | Entire email is Protected | Attorney Client Privilege |
| 85581.html | David Schneck to Romi Mayder | STS invoices | 3/29/07 | Entire email is Protected | Attorney Client Privilege |
| 85582.html | Bradley Scheer to Romi Mayder | Probe Card Provisional Patent | 4/23/07 | Entire email is Protected | Attorney Client Privilege |
| 85583.html | Bradley Scheer to Romi Mayder | Probe Card Provisional Patent | 4/24/07 | Entire email is Protected | Attorney Client Privilege |
| 85584.html | Bradley Scheer to Romi Mayder | Probe Card Provisional Patent | 4/25/07 | Entire email is Protected | Attorney Client Privilege |
| 85585.html | Bradley Scheer to Romi Mayder | Probe Card Provisional Patent | 4/26/07 | Entire email is Protected | Attorney Client Privilege |
| 85586.html | Bradley Scheer to Romi Mayder | Probe Card Provisional Patent | 4/27/07 | Entire email is Protected | Attorney Client Privilege |
| 85588.html | David Schneck to Romi Mayder | Letter to Bob | 4/27/07 | Entire email is Protected | Attorney Client Privilege |
| 85596.html | David Schneck to Romi Mayder | latest from Flick | 4/27/07 | Entire email is Protected | Attorney Client Privilege |
| 85598.html | David Schneck to Romi | latest from | 4/27/07 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | Mayder | Flick | | Protected | Privilege |
| 85599.html | David Schneck to Romi Mayder | latest from Flick | 4/30/07 | Entire email is Protected | Attorney Client Privilege |
| 85600.html | David Schneck to Romi Mayder | Proposed Letter to Bob | 4/30/07 | Entire email is Protected | Attorney Client Privilege |
| 85601.html | Bradley Scheer to Romi Mayder | Magnetic Contact Patent | 5/4/07 | Entire email is Protected | Attorney Client Privilege |
| 85602.html | Bradley Scheer to Romi Mayder | Tester on a Probe Card | 5/29/07 | Entire email is Protected | Attorney Client Privilege |
| 85630.html | David Schneck to Romi Mayder | July 10 Letter | 7/10/07 | Entire email is Protected | Attorney Client Privilege |
| 85631.html | David Schneck to Romi Mayder | July 10 Letter | 7/10/07 | Entire email is Protected | Attorney Client Privilege |
| 85633.html | David Schneck to Romi Mayder, cc to Tom Schneck | Letter to TSE Korea | 7/11/07 | Entire email is Protected | Attorney Client Privilege |
| 85634.html | David Schneck to Romi Mayder | Letter to TSE Korea | 7/11/07 | Entire email is Protected | Attorney Client Privilege |
| 87682.html | David Schneck to Romi Mayder, cc to Bradley Scheer | Flick letter | 3/27/07 | Entire email is Protected | Attorney Client Privilege |
| 1st Utility Patent for STS | Romi Mayder, cc to Tom Schneck and Dave Schneck | 1st Utility Patent for STS | 11/6/06 | Entire email is Protected | Attorney Client Privilege |
| A few items for our next letter | Romi Mayder to Dave Schneck and Bradley Scheer | A few items for our next letter | 3/17/07 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| Data Sheet for the Picasso ASIC | Dave Schneck to Romi Mayder, cc to Bradley Scheer | Data Sheet for the Picasso ASIC | 11/9/06 | Entire email is Protected | Attorney Client Privilege |
| Re: Silicon Test Systems | Romi Mayder to Wes Mayder | Re: Silicon Test Systems | 12/18/06 | Entire email is Protected | Attorney Client Privilege |
| FW: 1st Utility Patent for STS | Romi Mayder to Tom Schneck and Dave Schneck | FW: 1st Utility Patent for STS | 11/7/06 | Entire email is Protected | Attorney Client Privilege |
| FW: Operating Agreement | Romi Mayder to Dan Hanley | FW: Operating Agreement | 9/28/06 | Entire email is Protected | Attorney Client Privilege |
| Re: Silicon Test Solutions | Romi Mayder to Wes Mayder | Re: Silicon Test Solutions | 12/14/06 | Attached & embedded emails. | Attorney Client Privilege |
| FW: STS/Intel CNDA | Romi Mayder to Tom Schneck, Dave Schneck and Bradley Scheer | FW: STS/Intel CNDA | 12/18/06 | Entire email is Protected | Attorney Client Privilege |
| Information which may or may not be helpful | Romi Mayder to Dave Schneck | Information which may or may not be helpful | 2/20/07 | Entire email is Protected | Attorney Client Privilege |
| Letter to Bob re: patent | Dave Schneck to Romi Mayder, cc to Daniel Hanley and Tom Schneck | Letter to Bob re: patent | 12/15/06 | Entire email is Protected | Attorney Client Privilege |
| LLC Formation | Daniel Hanley to Romi Mayder | LLC Formation | 12/19/06 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| Non-Disclosure Agreement with Honeywell | Romi Mayder to Dave Schneck | Non-Disclosure Agreement with Honeywell | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| Operating Agreement | Romi Mayder to Robert Pochowski | Operating Agreement | 12/9/06 | Entire email is Protected | Attorney Client Privilege |
| Problems with the Operating Agreement | Romi Mayder to Dan Hanley | Problems with the Operating Agreement | 11/25/06 | Entire email is Protected | Attorney Client Privilege |
| RE: 4th Provisional patent for STS | Dave Schneck to Romi Mayder | RE: 4th Provisional patent for STS | 10/27/06 | Entire email is Protected | Attorney Client Privilege |
| RE: 4th Provisional patent for STS | Romi Mayder to Dave Schneck | RE: 4th Provisional patent for STS | 10/27/06 | Entire email is Protected | Attorney Client Privilege |
| RE: re-write | Dave Schneck to Romi Mayder | RE: re-write | 4/27/07 | Entire email is Protected | Attorney Client Privilege |
| A few items for our next letter | Romi Mayder to Bradley Scheer, cc to Dave Schneck | A few items for our next letter | 3/17/07 | Entire email is Protected | Attorney Client Privilege |
| RE: Data Sheet for Picasso ASIC | Romi Mayder to Dave Schneck and Bradley Scheer | RE: Data Sheet for Picasso ASIC | 11/9/06 | Entire email is Protected | Attorney Client Privilege |
| RE: July 10 Letter | Romi Mayder to Dave Schneck | RE: July 10 Letter | 7/10/07 | Entire email is Protected | Attorney Client Privilege |
| RE: July 10 | Dave Schneck to Romi | RE: July 10 | 7/10/07 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| Letter | Mayder | Letter | | Protected | Privilege |
| RE: Letter to Bob re: patent | Romi Mayder to Dave Schneck | RE: Letter to Bob re: patent | 12/15/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Letter to Bob re: patent | Dave Schneck to Romi Mayder | RE: Letter to Bob re: patent | 12/15/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Letter to Bob re: patent | Dave Schneck to Romi Mayder | RE: Letter to Bob re: patent | 12/15/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Operating Agreement | Daniel E. Hanley to Romi Mayder | RE: Operating Agreement | 9/29/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Operating Agreement | Daniel E. Hanley to Romi Mayder | RE: Operating Agreement | 9/28/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Resource Enhancement Probate Card-Budgetary Pricing | Dave Schneck to Romi Mayder | RE: Resource Enhancement Probate Card-Budgetary Pricing | 1/22/07 | Entire email is Protected | Attorney Client Privilege |
| RE: Silicon Test Solutions | Daniel E. Hanley to Romi Mayder and Dave Schneck | RE: Silicon Test Solutions | 12/12/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Silicon Test Solutions | Romi Mayder to Dave Schneck, Daniel E. Hanley and Tom Schneck | RE: Silicon Test Solutions | 12/13/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Silicon Test Solutions | Dave Schneck to Romi Mayder, Daniel E. Hanley and Tom Schneck | RE: Silicon Test Solutions | 12/13/06 | Entire email is Protected | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| RE: Silicon Test Solutions | Dave Schneck to Romi Mayder | RE: Silicon Test Solutions | 12/12/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Silicon Test Solutions | Dave Schneck to Daniel E. Hanley and Romi Mayder | RE: Silicon Test Solutions | 12/12/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Silicon Test Solutions | Romi Mayder to Daniel E. Hanley, Dave Schneck and Tom Schneck | RE: Silicon Test Solutions | 12/12/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Silicon Test Solutions | Daniel E. Hanley to Romi Mayder | RE: Silicon Test Solutions | 12/13/06 | Entire email is Protected | Attorney Client Privilege |
| RE: Utility Patent Application | Romi Mayder to Robert Pochowski | RE: Utility Patent Application | 12/8/06 | Attached email from Bradly Scheer | Attorney Client Privilege |
| Silicon Test Solutions | Romi Mayder to Dave Schneck and Dan Hanley | Silicon Test Solutions | 12/11/06 | Entire email is Protected | Attorney Client Privilege |
| STS Operating Agreement | Romi Mayder to Robert Pochowski | STS Operating Agreement | 12/11/06 | Attached email from Bradly Scheer | Attorney Client Privilege |
| Utility Patent for Schneck and Schneck | Romi Mayder to Robert Pochowski | Utility Patent for Schneck and Schneck | 12/8/06 | Entire email is Protected | Attorney Client Privilege |
| Bob's demand letter | Dave Schneck to Romi Mayder | Bob's demand letter | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| Re: Latest from H. Flick | Wes Mayder to Romi Mayder | Re: Latest from H. Flick | 2/20/07 | Attached communications | Attorney Client Privilege |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| | | | | with Attorney | |
| FW: latest from Flick | Romi Mayder to Richard Foster | FW: latest from Flick | 4/27/07 | Attached email from Schneck | Attorney Client Privilege |
| FW: Latest from H. Flick | Romi Mayder to Daniel E. Hanley | FW: Latest from H. Flick | 2/20/07 | Entire email is Protected | Attorney Client Privilege |
| Latest from Flick | Dave Schneck to Romi Mayder | Latest from Flick | 4/27/07 | Entire email is Protected | Attorney Client Privilege |
| Latest from Flick | Dave Schneck to Romi Mayder | Latest from Flick | 4/27/07 | Entire email is Protected | Attorney Client Privilege |
| RE: Bob's demand letter and another Patent Disclosure | Romi Mayder to Dave Schneck | RE: Bob's demand letter and another Patent Disclosure | 1/17/07 | Entire email is Protected | Attorney Client Privilege |
| RE: Flick letter | Romi Mayder to Dave Schneck | RE: Flick letter | 3/27/07 | Entire email is Protected | Attorney Client Privilege |
| RE: Flick letter | Dave Schneck to Romi Mayder | RE: Flick letter | 3/27/07 | Entire email is Protected | Attorney Client Privilege |
| RE: Flick letter | Dave Schneck to Romi Mayder | RE: Flick letter | 3/28/07 | Entire email is Protected | Attorney Client Privilege |
| RE: latest from Flick | Romi Mayder to Dave Schneck | RE: latest from Flick | 4/27/07 | Entire email is Protected | Attorney Client Privilege |
| RE: latest from Flick | Dave Schneck to Romi Mayder | RE: latest from Flick | 4/30/07 | Entire email is Protected | Attorney Client Privilege |
| RE: Latest from H. Flick | Romi Mayder to Richard Foster | RE: Latest from H. Flick | 2/21/07 | Attached email from Schneck | Attorney Client Privilege |
| RE: A few | Bradley Scheer to | RE: A few | 3/17/07 | Entire email is | Attorney Client |

| Filename | Sender/Recipient | Subject Matter | Date | Type of Document Protected | Privilege Asserted |
|---|---|---|---|---|---|
| items for our next letter | Romi Mayder, cc to Dave Schneck | items for our next letter | | Protected | Privilege |

# EXHIBIT 28
## TO MORTON DECLARATION

# HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL