1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No. C07-04330 RMW (HRL)
13 |                  Plaintiff,            | **DECLARATION OF IRA LEVENTHAL IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**
14 |            vs.                         |
15 | ROMI OMAR MAYDER, an individual,       |
   | WESLEY MAYDER, an individual, SILICON  |
16 | TEST SYSTEMS, INC., a California Corporation, | Date: December 14, 2007
   | and SILICON TEST SOLUTIONS, LLC, a     | Time: 9:00 a.m.
17 | California Limited Liability Corporation, | Place: Courtroom 6
   | inclusive,                             | Judge: Hon. Ronald M. Whyte
18 |                  Defendants.           |
19 |                                        | Complaint Filed: August 22, 2007
20 |                                        | Trial Date:      None Set

21

22

23              **HIGHLY CONFIDENTIAL**

24              **ATTORNEYS EYES ONLY**

25          **DOCUMENT SUBMITTED UNDER SEAL**

26

27

28

DECLARATION OF IRA LEVENTHAL
CASE NO. C07-04330 RMW (HRL)

1   I, Ira Leventhal, declare as follows:

2   1.   I am the Senior Research and Development Manager at Plaintiff Verigy US, Inc.
3   (Verigy). I have served in that role since June 2006. Verigy is a spin-off from Agilent
4   Technologies, Inc. ("Agilent") and successor-in-interest to certain of Agilent's intellectual
5   property. Agilent is a spin-off from Hewlett Packard Company ("HP") and successor-in-interest
6   to certain of HP's intellectual property. Prior to the spin off of Verigy from Agilent in June 2006,
7   I served in the position of Research and Development Integrating Manager at Agilent for
8   approximately six years. Except for matters asserted on information and belief, which I am
9   informed and believe to be true, I make this declaration of my personal knowledge and, if called as
10  a witness, I could and would testify competently to the facts set forth herein.

11  2.   I have reviewed the Silicon Test Systems data sheet for the "Flash Enhancer –
12  ███████████████████████████████████████████████████ Attached hereto as
13  Exhibit 1 is a true and correct copy of the Flash Enhancer data sheet I reviewed. I have not
14  reviewed any other documents produced by Defendants due to their confidentiality designations. I
15  find the device described in the data sheet to be strikingly similar to the product that was being
16  developed by Verigy in the ███ program. The similarities between the two devices include but
17  are not limited to the following:





3.  I have reviewed the invention disclosures and patent applications that Romi Mayder authored while at Verigy and find numerous similarities between these disclosures/applications and the device described in the Silicon Test Systems Flash Enhancer data sheet. These similarities include but are not limited to the following:



Although ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, this distinction is not a significant one because ▮▮▮▮▮▮▮▮ can be exchanged for another that provides the necessary specifications without affecting the innovations that are described in the disclosures/applications. This is exactly what happened in the ▮▮▮ project, where the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that were a better fit to the application requirements.

4.  During the course of our product development at Verigy, there have been numerous internal documents created which were not marked confidential because they were never intended for external distribution. It is and has always been common knowledge among our employees that

1  these documents contain confidential information that is not to be disclosed or distributed outside
2  of the company. Documents that are meant for external distribution are created with standard
3  templates for Microsoft Word or Powerpoint that contain confidentiality statements in the header
4  or footer of each page. It is standard practice to use these embedded confidentiality statements as
5  opposed to including the statements in the body of the text or slide. As such, internal "working
6  documents" would often not include confidentiality statements until the information was
7  transferred to one of the template formats for potential external distribution. It is my
8  understanding and experience that it is common practice in my group to treat documents as
9  confidential unless the documents are intended for public distribution or public display.

10  5.  Both the
15  eRooms and the VPN require authentication and a password before allowing access.

16  6. The elements of the ▮▮▮▮ project that are Verigy trade secrets include but are not
17  limited to the following:





3
DECLARATION OF IRA LEVENTHAL
CASE NO. C07-04330 RMW (HRL)

[Lines 1–23 redacted]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ____ day of November, 2007 in Shanghai, China.

_____
Ira Leventhal

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16 day of November, 2007 in Shanghai, China.

_____
Ira Leventhal

---
4
DECLARATION OF IRA LEVENTHAL
CASE NO. C07-04330 RMW (HRL)

# EXHIBIT 1
## TO LEVENTHAL DECLARATION

# CONFIDENTIAL

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 2
## TO LEVENTHAL DECLARATION

# HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# EXHIBIT FILED UNDER SEAL