DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07-04330 RMW (HRL)<br><br>**DECLARATION OF HEATHER FLICK IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date: December 14, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed:  August 22, 2007<br>Trial Date:  None Set |

**CONFIDENTIAL**

**DOCUMENT SUBMITTED UNDER SEAL**

---

DECLARATION OF HEATHER FLICK
CASE NO. C07-04330 RMW (HRL)

I, Heather Flick, declare as follows:

1. I am an attorney licensed in the state of California and admitted to practice in the United States District Court for the Northern District of California. Except for matters asserted on information and belief, which I am informed and believe to be true, I make this declaration of my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. From September 20, 2006 to present I have represented Robert Pochowski, an individual, as counsel.

3. I have never represented Romi Mayder nor any of the STS Companies named in the present action.

4. I have never met Romi Mayder. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ I certainly did not have any written or oral communication with Mayder on September 6, 2006 because on that date I had not yet met Mr. Pochowski.

5. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

6. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

7. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

8. Mayder emailed some information to me at Mr. Pochowski's request, including a copy of someone else's Agreement Regarding Confidential Information and Proprietary Developments (ARCIPD). I have never seen Mayder's actual ARCIPD.

9. The primary focus of my representation of Mr. Pochowski over the past ▬▬

1

DECLARATION OF HEATHER FLICK
CASE NO. C07-04330 RMW (HRL)

1 ████████████████████████████████████
2 ████████████████████████████████████
3 ████

4   10   It is my understanding that as of September 8, 2006 at the latest, Daniel Hanley Esq. of San Jose represented Mayder and the STS Companies as counsel. Mr. Hanley was the attorney who formed the LLC for STS on September 8, 2006. Attached hereto as Exhibit 1 is a true and correct copy of attorney Hanley's letter to Mr. Pochowski noting he represented Mayder and the STS Companies.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, CA on November 15, 2007.

_____
Heather Flick

|    |
|----|
| 1  |
| 2  |
| 3  |
| 4  |
| 5  |
| 6  |
| 7  |
| 8  |
| 9  |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

10.     It is my understanding that as of September 8, 2006 at the latest, Daniel Hanley Esq. of San Jose represented Mayder and the STS Companies as counsel. Mr. Hanley was the attorney who formed the LLC for STS on September 8, 2006. Attached hereto as Exhibit 1 is a true and correct copy of attorney Hanley's letter to Mr. Pochowski noting he represented Mayder and the STS Companies.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, CA on November 15, 2007.

*[signature]*

Heather Flick

---

2

DECLARATION OF HEATHER FLICK
CASE NO. C07-04330 RMW (HRL)

# EXHIBIT 1
## TO FLICK DECLARATION

# CONFIDENTIAL

# EXHIBIT FILED UNDER SEAL