1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
3 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
4 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
6 | Facsimile: (408) 297-6000

7 | Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm:   6<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:   None Set |
| Defendants. | |

<u>CERTIFICATE OF SERVICE</u>

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On November 16, 2007, I served the within:

**PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF HEATHER FLICK IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF IRA LEVENTHAL IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF KEN HANH DUC LAI IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF WEI WEI IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF ROBERT POCHOWSKI IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

\_X\_    BY PERSONAL SERVICE: I caused a copy of said documents to be hand delivered to the interested parties at the address set forth below.  FRCP Title II, §5(b)(2)(A)(i).

| | |
|---|---|
| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.** <br> Daniel S. Mount, Esq. <br> Kevin M. Pasquinelli, Esq. <br> MOUNT & STOELKER PC <br> River Park Tower, Suite 1650 <br> 333 W. San Carlos <br> San Jose, CA 95110 <br> Ph:   408.279.7000 ext. 1126 <br> Fax:  408.998.1473 <br> dmount@mount.com <br> kpasquinelli@mount.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 16, 2007, at San Jose, California.

/s/
Gail Simmons