1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   Verigy US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No. C07-04330 RMW (HRL) |
|---|---|
| Plaintiff, | **ERRATA RE: PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| vs. | |
| ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC., a California Corporation, and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Date: December 14, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte |
| Defendants. | Complaint Filed:  August 22, 2007<br>Trial Date:  None Set |

1  Plaintiff Verigy, US, Inc. submits the following errata in support of its Reply and
2  Supplemental Brief Re: Order to Show Cause Re: Preliminary Injunctions.
3  Page 29, line 17 of the Declaration of Wei Wei should read " does *not* provide a solution
4  where…" (missing word is italicized).
5  Page 31, line 11 of the Declaration of Wei Wei should read "…and, therefore, they *are* not
6  the same solutions as the…" (missing word is italicized)
7  Plaintiff will submit a corrected Declaration of Wei Wei for the convenience of the Court
8  and Defendants.

10  Dated:  November 16, 2007                    BERGESON, LLP

12                                                By:_____/s/_____
                                                         Melinda M. Morton
                                                         Attorneys for Plaintiff
13                                                       Verigy US, INC.