I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19 day of November, 2007 at San Jose, California.

_____
Wei Wei

CORRECTED DECLARATION OF WEI WEI
CASE NO. C07-04330 RMW (HRL)