DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>                    Plaintiff,<br><br>        vs.<br><br>ROMI OMAR MAYDER, an individual;<br>WESLEY MAYDER, an individual; SILICON<br>TEST SYSTEMS, INC., a California Corporation;<br>and SILICON TEST SOLUTIONS, LLC, a<br>California Limited Liability Corporation,<br>inclusive,<br><br>                    Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Honorable Ronald M. Whyte<br>Ctrm:    6<br><br>Complaint Filed:     August 22, 2007<br>Trial Date:             None Set |

<u>CERTIFICATE OF SERVICE</u>

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs.  My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110.  I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On November 19, 2007, I served the within:

**CORRECTED DECLARATION OF WEI WEI IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENTAL BRIEF RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER***;**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

 X    BY PERSONAL SERVICE: I caused a copy of said documents to be hand delivered to the interested parties at the address set forth below.  FRCP Title II, §5(b)(2)(A)(i).

| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.** <br> Daniel S. Mount, Esq. <br> Kevin M. Pasquinelli, Esq. <br> MOUNT & STOELKER PC <br> River Park Tower, Suite 1650 <br> 333 W. San Carlos <br> San Jose, CA 95110 <br> Ph:  408.279.7000 ext. 1126 <br> Fax:  408.998.1473 <br> dmount@mount.com <br> kpasquinelli@mount.com | |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 19, 2007, at San Jose, California.

_____/s/_____
Gail Simmons