DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

E-FILED 11/21/07

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>　　　　　　Defendants. | Case No. C07 04330 RMW (HRL)<br><br>[~~XXXXXXXX~~]<br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL<br><br>Judge:  Honorable Ronald M. Whyte<br>Ctrm:   6 |

Now before the Court is Verigy's Administrative Motion For Leave To File Documents Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Melinda Morton filed therewith, the Court finds there to be good cause for granting Plaintiff's request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents:

    a. Portions of Verigy's Reply and Supplemental Brief;
    b. Portions of the Declaration of Robert Pochowski and Exhibits 1- 11;
    c. Portions of the Declaration of Ken Hanh Duc Lai and Exhibits 1, 3, & 4;
    d. Portions of the Declaration of Ira Leventhal and Exhibits 1 and 2;
    e. Exhibits 1-16, 18-25, & 28 to the Declaration of Melinda Morton; and
    f. Portions of the Declaration of Heather Flick and Exhibit 1; and
    g. Portions of the Declaration of Wei Wei and Exhibits D through I.

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: __11/21/07__, 2007      /s/ Ronald M. Whyte
_____
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL        CASE NO. C07 04330 RMW (HRL)