1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712                    ***E-FILED 11/21/07***
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL)
13 |                Plaintiff,              |
   |                                        | [PROPOSED] ORDER GRANTING
14 |        vs.                             | PLAINTIFF'S ADMINISTRATIVE
   |                                        | MOTION FOR LEAVE TO FILE
15 | ROMI OMAR MAYDER, an individual;       | DOCUMENTS UNDER SEAL
   | WESLEY MAYDER, an individual; SILICON  |
16 | TEST SYSTEMS, INC., a California Corporation; |
   | and SILICON TEST SOLUTIONS, LLC, a     | Judge: Honorable Ronald M. Whyte
17 | California Limited Liability Corporation, | Ctrm:  6
   | inclusive,                             |
18 |                                        |
   |                Defendants.             |
19

Now before the Court is Verigy's Administrative Motion For Leave To File Documents Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Melinda Morton filed therewith, the Court finds there to be good cause for granting Plaintiff's request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Portions of the Corrected Declaration of Wei Wei and Exhibits D through I.

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: __11/21/07_____, 2007        /s/ Ronald M. Whyte
                                         _____
                                         Honorable Ronald M. Whyte
                                         UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL        CASE NO. C07 04330 RMW (HRL)