Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Defendants Romi Mayder, Wesley Mayder, Silicon Test Systems Inc., and Silicon Test Solutions LLC file this Notice of Appearance of Counsel, and hereby notify the Court and all counsel of record that Kathryn G. Spelman of the law firm Mount & Stoelker, P.C. hereby appears as their counsel of record in this litigation. All pleadings, discovery, correspondence and other materials should be served upon counsel at the addresses referenced on the first page of this notice.

| | |
|---|---|
| Dated: November 26, 2007 | MOUNT & STOELKER, P.C. |
| | By:     /s/ |
| | Kathryn G. Spelman, Esq. |
| | Daniel S. Mount, Esq. |
| | Daniel H. Fingerman, Esq. |
| | Kevin M. Pasquinelli, Esq. |
| | Attorneys for Defendants, |
| | Romi Mayder, Wesley Mayder, Silicon Test Systems Inc., and Silicon Test Solutions LLC |

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000