1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   Verigy US, INC.

*E-FILED - 11/29/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| VERIGY US, INC, a Delaware Corporation | Case No. C07-04330 RMW (HRL) |
|---|---|
| Plaintiff, | **[] ORDER** |
| vs. | |
| ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC., a California Corporation, and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
| Defendants. | |

1  **ORDER**

2  Plaintiff Verigy US, Inc. ("Verigy") has requested leave to exceed the page limit for its
3  Reply and Supplemental Brief in support of its application for a preliminary injunction. For good
4  cause shown, IT IS HEREBY ORDERED that Verigy's request to increase the page limit to 25
5  pages is granted.

7  Dated: November 29, 2007                    *Ronald M. Whyte*
                                               Honorable Ronald M. Whyte
8                                              United States District Court Judge