Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
          kspelman@mount.com
          dfingerman@mount.com
          kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, <br><br> Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL) <br><br> **Defendants' Administrative Motion For Leave To File Documents Under Seal** <br><br> Date:   November 9, 2007 <br> Time:  9:00 a.m. <br> Judge: Hon. Ronald M. Whyte |

1  Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Defendants request that the following
2  materials be filed under seal because they contain information that has been designated as
3  confidential or highly confidential under the Stipulated Protective Order entered by this court on
4  August 29, 2007. The documents submitted under seal include:

5      a. Portions of the Defendants' Sur-Reply in Opposition to Order to Show Cause Re
6         Preliminary Injunction;
7      b. The Supplemental Declaration of Romi Mayder, including exhibits;
8      c. The Supplemental declaration of Dr. Richard Blanchard, including exhibits;
9      d. The Declaration of Ben Francois, Investor in Silicon Test Systems, Inc;
10     e. The Supplemental Declaration of Dick Weber of Intel Corporation, including exhibits;
11     f. The Declaration of Kevin M. Pasquinelli in Support of Defendants Sur Reply for
12        Order to Show Cause Re Preliminary Injunction, including exhibits;

13 These materials contain information that has been designated "Confidential" or "Highly
14 Confidential — Attorneys' Eyes Only" by one or more parties under the Stipulated Protective Order.
15 Although the Defendants reserve the right to challenge the designation of certain material by Verigy,
16 information in these materials has been designated as protected from disclosure under the Stipulated
17 Protective Order at the present time. The Defendants rely on that information in support of their
18 response to the order to show cause. The parties' confidentiality interest therefore overcomes the
19 right of public access to the record, as a substantial probability exists that the parties' overriding
20 confidentiality interests will be prejudiced if the record is not sealed. Further, the proposed sealing is
21 narrowly tailored, and no less-restrictive means exist to achieve the parties' overriding interests.

22 The Defendants therefore lodge the above-identified materials with this court pursuant to
23 Civil Local Rule 79-5(b) and 79-5(c) and request leave to file the aforementioned documents under
24 seal.

25 Dated: November 30, 2007      Mount & Stoelker, P.C.
26                               Daniel H. Fingerman

27                               /s/
28                               Attorneys for Defendants Romi Mayder, Wesley Mayder,
                              Silicon Test Systems Inc., and Silicon Test Solutions LLC

Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000