Exhibit D to the
Supplemental Declaration of Romi Mayder
(declaration filed under seal)

FormFactor Announces Support of Advantest's New T5377 DRAM Test System; Capabilities of...ts Extend Cost-of-Test Benefits to the Companies' DRAM Customers. - Free Online Library

Case 5:07-cv-04330-RMW    Document 125    Filed 11/30/2007    Page 2 of 6

Periodicals    Literature

**Member login**
User name
Password
Remember me
Join us  Forgot password?

T E X T
T E X T
T E X T

**Submit articles free**

Keyword    Title    Author

over 3,000,000 articles and books

The Free Library > Business and Industry > Business > Business Wire > December 3, 2003
The Free Library > Date > 2003 > December > 3 > Business Wire

# FormFactor Announces Support of Advantest's New T5377 DRAM Test System; Capabilities of FormFactor and Advantest Products Extend Cost-of-Test Benefits to the Companies' DRAM Customers.

## Article Details

Printer friendly  Cite/link  Email  Feedback

Publication: Business Wire
Geographic Code: 1USA
Date: Dec 3, 2003
Words: 790
Previous Article: Ulticom Announces Third Quarter Fiscal 2003 Results: Sales of $9,691,000, Earnings Per Diluted Share of $0.03.
Next Article: Hot Topic, Inc. Reports 7.3% November Comp Store Sales Increase; November Net Sales Increased 30%.

IC Manufacturing                                    Ads by Google
Looking for a career boost at ASML? Find your possibilities right here!
www.asml.com

Semiconductor fabrication
perform assembly, package and test for semiconductor back-end process.
www.semiteq.co.kr

Wafer Fab Training
Ion Implant Training and Engineering Seminars
coresystems.com/default.aspx

IC Manufacturing                                    Ads by Google
Looking for a career boost at ASML? Find your possibilities right here!
www.asml.com

Semiconductor fabrication
perform assembly, package and test for semiconductor back-end process.
www.semiteq.co.kr

Wafer Fab Training
Ion Implant Training and Engineering Seminars
coresystems.com/default.aspx

IC Manufacturing                                    Ads by Google
Looking for a career boost at ASML? Find your possibilities right here!
www.asml.com

Semiconductor fabrication
perform assembly, package and test for semiconductor back-end process.
www.semiteq.co.kr

Wafer Fab Training
Ion Implant Training and Engineering Seminars
coresystems.com/default.aspx

Link to this page    Digg This Story

Link to this page    Digg This Story

Link to this page    Digg This Story

<SCRIPT LANGUAGE='JavaScript' TYPE='text/javascript' > document.write('<a href="http://a.tribalfusion.com/h.click?aHmM7iRU7NYTnp4Tbh4E7Xmq7DYbJdWHBPoPUKpGQpptMD5EMf2Hes4mFGnUnZdYGUR1cJ31cjOmEbR3bF4WrnBUArXPqb1Sc3pSHjrYHjuTPrp2cU3XrQZaVmyv2AUcQAjE3WZbrXdMZanWlx4mYT5sjQugV5ap/http://clk.atdmt.com/MRT/go/trblfwxp0640000021mrt/direct/01/806255070/" target="_blank"><img src="http://view.atdmt.com/MRT/view/trblfwxp0640000021mrt/direct/01/806255070/" /></a>');</SCRIPT> <NOSCRIPT> <A HREF='http://a.tribalfusion.com/h.click?aHmM7iRU7NYTnp4Tbh4E7Xmq7DYbJdWHBPoPUKpGQpptMD5EMf2Hes4mFGnUnZdYGUR1cJ31cjOmEbR3bF4WrnBUArXPqb1Sc3pSHjrYHjuTPrp2cU3XrQZaVmyv2AUcQAjE3WZbrXdMZanWlx4mYT5sjQugV5ap/http://clk.atdmt.com/MRT/go/trblfwxp0640000021mrt/direct/01/806255070/' TARGET='_blank' > <IMG SRC='http://view.atdmt.com/MRT/view/trblfwxp0640000021mrt/direct/01/806255070/' BORDER='0' > </A> </NOSCRIPT>

<SCRIPT LANGUAGE='JavaScript' TYPE='text/javascript' > document.write('<a href="http://a.tribalfusion.com/h.click?aGmM7iREnQQsvoPtbw1WvoVAvu2c310UnLV6Pn2PM7QPfA4WMt1dYlmW6o5AUR4sQ8VcQbVsFgRPZbwTWF5TFM55blqWEjpTTY7SavFQcFCRFevRWraWsvP2FmuotinYTuM3dbFSsJA4A3ZcptAnTWQPy2tybk/http://clk.atdmt.com/MRT/go/trblfwxp0640000021mrt/direct/01/135533934/" target="_blank"><img src="http://view.atdmt.com/MRT/view/trblfwxp0640000021mrt/direct/01/135533934/" /></a>');</SCRIPT> <NOSCRIPT> <A HREF='http://a.

FormFactor Announces Support of Advantest's New T5377 DRAM Test System; Capabilities of...ts Extend Cost-of-Test Benefits to the Companies' DRAM Customers. - Free Online Library

Case 5:07-cv-04330-RMW    Document 125    Filed 11/29/2007    Page 3 of 6

Business Editors/High-Tech Writers

SEMICON Japan 2003

LIVERMORE, Calif.--(BUSINESS WIRE)--Dec. 3, 2003

FormFactor, Inc. (Nasdaq:FORM), a leading provider of advanced wafer probe cards, today announced support of Advantest's T5377, the company's latest dynamic random access memory (DRAM) wafer sort test system. FormFactor's PH100 and PH150 are the industry's most advanced volume-produced large-area probe cards for DRAM test, providing high parallelism to match the capabilities of the newly announced Advantest T5377. Advantest will display a FormFactor PH150 probe card alongside the T5377 in the company's booth at Semicon Japan, Dec. 3-5, 2003, in Chiba, Japan.

In its November 2003 review of the DRAM market, DeDios and Associates, a DRAM industry analyst firm, forecasts that DRAM bit-growth will exceed 45 percent per year for the next three years. The rapid bit growth will be fueled by migration to 300 mm wafer manufacturing, which will in turn drive increased capital investment in wafer test. New 300 mm DRAM wafer test operations can employ FormFactor's tester resource enhancement (TRE)(TM) technology in combination with Advantest's T5377 to significantly reduce cost of test and capital equipment investments.

Wet Bench & Plating Tools    Ads by Google
Leading Manufacturer of Wet Benches manual or fully automatic operation
www.amerimade.com

Wafer inspection tools
KLA Tencor Surfscan, Estek/ADE. Refurbished to OEM. Quick quote.
www.BrumleySouth.com

Wet Bench & Plating Tools    Ads by Google
Leading Manufacturer of Wet Benches manual or fully automatic operation
www.amerimade.com

Wafer inspection tools
KLA Tencor Surfscan, Estek/ADE. Refurbished to OEM. Quick quote.
www.BrumleySouth.com

Wet Bench & Plating Tools    Ads by Google
Leading Manufacturer of Wet Benches manual or fully automatic operation
www.amerimade.com

Wafer inspection tools
KLA Tencor Surfscan, Estek/ADE. Refurbished to OEM. Quick quote.
www.BrumleySouth.com

The combination of the Advantest T5377 and FormFactor PH150 probe cards' TRE capabilities enables expansion of the system's native 64-device-in-parallel capability to test up to 256 devices in parallel utilizing FormFactor's large-area, high-pin-count wafer probe cards. The Advantest T5377 with FormFactor wafer probe cards utilizing TRE can test 300 mm DRAM wafers in as few as six touchdowns, delivering a greater than 3 times improvement in throughput versus the native 64 device in parallel capability.

FormFactor's PH100 and PH150 advanced wafer probe cards use the MicroSpring (TM) interconnect, FormFactor's patented probe contact technology, to make reliable contact and provide greater than 9000 wafer contacts per probe card. The MicroSpring interconnect combines superior accuracy, reliability and signal integrity with the highest parallelism, and is proven to enable 300 mm DRAM wafer test in as few as six touchdowns.

"FormFactor's support of Advantest's new DRAM test system is the latest example of how we work closely with our tester partners to reduce cost of test and capital investment for the semiconductor industry," said Mark Brandemuehl, vice president of marketing for FormFactor, Inc. "The industry is responding by rapidly adopting FormFactor's highly parallel wafer probing solutions to reduce capital investment requirements, particularly for 300 mm wafer test capacity expansions."

In 2002, FormFactor ranked first in the world in overall wafer test probe card sales and led the market for advanced probe cards, according to VLSI Research. Used in the early stage of DRAM, Flash and microprocessor manufacturing, FormFactor's advanced wafer probe cards detect defective chips before they are assembled or packaged.

About FormFactor

FormFactor, Inc. (Nasdaq:FORM) is an industry leader in the design, development, manufacture, sale and support of precision, high-performance advanced semiconductor wafer probe cards. The company's products are based on its proprietary MicroSpring interconnect technology and proprietary design processes,

Related Articles

FormFactor, Inc. Ships the World's First Production 64-Device In-Parallel Dram Probe Card; Technology Pioneer Advances the State of the Art in High...
FormFactor Number One in Advanced Probe Card Market; VLSI Study Shows FormFactor Leads Fastest-Growing Market Segment.
FormFactor First to Introduce Six-Touchdown Probe Card to Test 300mm DRAM Wafers.
FormFactor Enables Cost-Effective Fully Tested Die with Industry's First Production-Ready High Frequency Wafer Test Solution.
FormFactor Selected by Tera Probe as Strategic Wafer Test Solution Provider; Major Wafer Testing Service Chooses FormFactor KGD Technology Wafer...
Fujitsu and Advantest to Establish Joint Venture to Create Semiconductor Prototypes Using Electron Beam Direct Lithography.
Fujitsu and Advantest Establish Joint Venture for LSI Prototyping Services: e-Shuttle, Inc.; World's First Commercialization of Electron Beam Direct...
Advantest Showcases Total Test Solutions at Semicon Japan 2006.
Advantest, Cadence to Collaborate on Zero-Defect Testing Requirements for Automotive Electronics.
FormFactor Unveils Harmony XP(TM) Wafer Probe Card, the Industry's First Two-Touchdown 300-mm DRAM Wafer Probe Solution.

FormFactor Announces Support of Advantest's New T5377 DRAM Test System; Capabilities of...ts Extend Cost-of-Test Benefits to the Companies' DRAM Customers. - Free Online Library

Case 5:07-cv-04330-RMW    Document 125    Filed 11/30/2007    Page 4 of 6

which enable FormFactor to produce wafer probe cards for test applications that require reliability, speed, precision and signal integrity. FormFactor is headquartered in Livermore, California. For more information, visit the company's web site at www.formfactor.com.

FormFactor, TRE, and MicroSpring are trademarks of FormFactor, Inc.

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws. These statements include a number of risks and uncertainties. In addition, statements regarding design wins and bookings should not be read as predictions or projections of future performance. These statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: the demand for certain semiconductor devices; the rate at which semiconductor manufacturers make the transition to 110 and 90 nanometer technology nodes; the performance and market acceptance of the Company's new products or technologies; the implementation of volume production of the Company's new products; changes in semiconductor manufacturers' test strategies, equipments or processes; and the Company's relationships with customers and companies that manufacture semiconductor test equipment. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward looking statement is contained in the Company's latest Form 10-Q filed with the Securities and Exchange Commission ("SEC") and subsequent SEC filings made by the Company. Copies of filings made by the Company with the SEC are available at http://investors.formfactor.com/edgar.cfm. The Company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

COPYRIGHT 2003 Business Wire
No portion of this article can be reproduced without the express written permission from the copyright holder.
Copyright 2003, Gale Group. All rights reserved. Gale Group is a Thomson Corporation Company.

**Please bookmark with social media, your votes are noticed and appreciated:**

**Please bookmark with social media, your votes are noticed and appreciated:**

**Please bookmark with social media, your votes are noticed and appreciated:**



Ads by Google

Low Defect CMP Wafers
200 and 300mm Blanket and Patterned semiconductor wafers. 65nm IC MFG.
www.silybwafers.com

Silicon Wafer Processing
Silicon backgrinding, dicing, inspection and pick-place services.
www.chipworksllc.com

Ads by Google

Low Defect CMP Wafers
200 and 300mm Blanket and Patterned semiconductor wafers. 65nm IC MFG.
www.silybwafers.com

Silicon Wafer Processing
Silicon backgrinding, dicing, inspection and pick-place services.
www.chipworksllc.com

Ads by Google

Low Defect CMP Wafers
200 and 300mm Blanket and Patterned semiconductor wafers. 65nm IC MFG.
www.silybwafers.com

Silicon Wafer Processing
Silicon backgrinding, dicing, inspection and pick-place services.
www.chipworksllc.com

Reader ratings: [Vote: 1 star] [Vote: 2 star] [Vote: 3 star] [Vote: 4 star] [Vote: 5 star] 0 [0 vote(s)]

Reader ratings: [Vote: 1 star] [Vote: 2 star] [Vote: 3 star] [Vote: 4 star] [Vote: 5 star] 0 [0 vote(s)] You can rate this article by selecting 1 to 5 stars on the left.

Reader ratings:  0 [0 vote(s)] You can rate this article by selecting 1 to 5 stars on the left.

**Reader Opinion**

Title:

Comment:

FormFactor Announces Support of Advantest's New T5377 DRAM Test System; Capabilities of...ts Extend Cost-of-Test Benefits to the Companies' DRAM Customers. - Free Online Library

Case 5:07-cv-04330-RMW    Document 125    Filed 11/30/2007    Page 5 of 6

Ads by Google

**Semiconductor Equipment**
Online Auctions of Semiconductor processing Equipment
www.EARBid.com

**Semiconductor Experts**
Intel Semiconductor Find New & Obsolete Semiconductors!
www.cci-inc.com

**SUSS Probe Systems**
Innovative wafer test solutions. RF, DC, MEMS, Opto and more!
www.suss.com

**Dicing Service & Repair**
K&S 7100, K&S 980, K&S 7500 Service Dicing Saws
www.SperryTek.com

Ads by Google

**Semiconductor Equipment**
Online Auctions of Semiconductor processing Equipment
www.EARBid.com

**Semiconductor Experts**
Intel Semiconductor Find New & Obsolete Semiconductors!
www.cci-inc.com

**SUSS Probe Systems**
Innovative wafer test solutions. RF, DC, MEMS, Opto and more!
www.suss.com

**Dicing Service & Repair**
K&S 7100, K&S 980, K&S 7500 Service Dicing Saws
www.SperryTek.com

Ads by Google

**Semiconductor Equipment**
Online Auctions of Semiconductor processing Equipment
www.EARBid.com

**Semiconductor Experts**
Intel Semiconductor Find New & Obsolete Semiconductors!
www.cci-inc.com

**SUSS Probe Systems**
Innovative wafer test solutions. RF, DC, MEMS, Opto and more!
www.suss.com

**Dicing Service & Repair**
K&S 7100, K&S 980, K&S 7500 Service Dicing Saws
www.SperryTek.com

The Free Library > Business and Industry > Business > Business Wire > December 3, 2003
The Free Library > Date > 2003 > December > 3 > Business Wire

The Free Library > Business and Industry > Business > Business Wire > December 3, 2003
The Free Library > Date > 2003 > December > 3 > Business Wire

Publications by Name    Publications by Date    Authors    Literature
A-D E-O P-T U-Z    84 85 86 87 88 89 90 91 92 93 94 95    A B C D E F G H I J K L M    A B C D E F G H I J K L M
                   96 97 98 99 00 01 02 03 04 05 06 07    N O P Q R S T U V W X Y Z    N O P Q R S T U V W X Y Z

Terms of use | Copyright © 2007 Farlex, Inc. | Feedback | For webmasters | Submit articles

file:///Z|/CLIENTS/S%20CLIENTS/Sites001/Attorney_Notes/Declaratio…ces+Support+of+Advantest's+New+T5377+DRAM+Test...-a0110823702.htm (4 of 5) [11/29/2007 10:39:01 PM]

FormFactor Announces Support of Advantest's New T5377 DRAM Test System; Capabilities of...ts Extend Cost-of-Test Benefits to the Companies' DRAM Customers. - Free Online Library

