Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
         kspelman@mount.com
         dfingerman@mount.com
         kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **[Proposed] Order Granting Defendants' Administrative Motion For Leave To File Documents Under Seal** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | |
| Defendants. | |

Now before the court is the Defendants' Administrative Motion For Leave To File Documents Under Seal. Upon consideration of the motion and the supporting declaration filed therewith, the court finds there to be good cause for granting the Defendants' request to file documents under seal. Good cause having been shown, the court finds that the parties possess an overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Portions of Joint Case Management Conference Statement

The parties' overriding confidentiality interests support sealing these portions of the record. A substantial probability exists that the parties' overriding confidentiality interest would be prejudiced if the record is not sealed. The proposed sealing is narrowly tailored, and no less restrictive means exist to achieve the parties' overriding interests.

It is therefore ordered that the Defendants' Administrative Motion For Leave To File Documents Under Seal is GRANTED.

Dated: _____    _____

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Case No. 5:07-cv-04330 (RMW) (HRL)    Page 1
[Proposed] Order Granting Defendants' Administrative Motion For Leave To File Documents Under Seal