1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12 VERIGY US, INC, a Delaware Corporation,     Case No. C07 04330 RMW (HRL)

13            Plaintiff,

14     vs.                                     **STIPULATION SELECTING ADR
                                               PROCESS [ADR L.R. 3-5]**
15 ROMI OMAR MAYDER, an individual;
   WESLEY MAYDER, an individual; SILICON
16 TEST SYSTEMS, INC., a California Corporation;
   and SILICON TEST SOLUTIONS, LLC, a
17 California Limited Liability Corporation,
   inclusive,                                  Judge:  Honorable Ronald M. Whyte
18
            Defendants.
19                                             Complaint Filed:     August 22, 2007
                                               Trial Date:          None Set
20

21

22

23

24

25

26

27

28

1  Counsel report that they have met and conferred regarding ADR and have reached the

2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

3  The parties stipulate to participate in the following ADR process:

4  **Private Process:**

5  _X_ Private ADR (*mutually agreeable private mediator to conduct mediation*)

6

7  The parties agree to hold the ADR session by

8  _X_ the presumptive deadline (*The deadline is 90 days from the date of the order referring*

9  *the case to an ADR process unless otherwise ordered.*)

10  **Private Process:**

11  _X_ Private ADR (*mutually agreeable private mediator to conduct mediation after parties*

12  *have engaged in document discovery*)

13  (*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

14  Concurrence in the filing of this document has been obtained from all signatories

15  Dated: November 19, 2007        /s/ Melinda M. Morton
                                              Attorney for Plaintiff

16

17  Dated: November 21, 2007        /s/ Kevin Pasquinelli
                                              Attorney for Defendants

18

19

20

21

22

23

24

25

26

27

28

1

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated:  November 19, 2007                    _____/s/_____
                                             Kenneth M. Siegel for Plaintiff Verigy US, Inc.

STIPULATION SELECTING ADR PROCESS/CERTIFICATION                    C07-04330 RMW (HRL)

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated:  November 19, 2007        _____/s/_____
                                  Melinda M. Morton, Counsel for Plaintiff

STIPULATION SELECTING ADR PROCESS/CERTIFICATION                    C07-04330 RMW (HRL)

1    SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2        Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has

3    read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

4    California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the

5    available dispute resolution options provided by the Court and private entities, and considered

6    whether this case might benefit from any of them.

7
     Dated:  November 21, 2007            _____/s/_____
8                                         Romi Mayder for Defendants
                                          Romi Mayder, Silicon Test Systems, Inc.
9                                         and Silicon Test Solutions, LLC
     Dated:  December 4, 2007             _____/s/_____
10                                        Wesley Mayder for Defendant
                                          Wesley Mayder
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1    SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2        Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has

3    read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

4    California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the

5    available dispute resolution options provided by the Court and private entities, and considered

6    whether this case might benefit from any of them.

7

Dated: November 21, 2007        _____/s/_____

8                                Daniel S. Mount, Counsel for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION SELECTING ADR PROCESS/CERTIFICATION                    C07-04330 RMW (HRL)

[PROPOSED] ORDER

Pursuant to the foregoing Stipulation Selecting ADR Process submitted by the parties, the captioned matter is hereby referred to mediation.

IT IS SO ORDERED.

Dated: _____       _____
HON. JUDGE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION SELECTING ADR PROCESS/CERTIFICATION                    C07-04330 RMW (HRL)