1     Counsel report that they have met and conferred regarding ADR and have reached the
2 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.
3     The parties stipulate to participate in the following ADR process:
4 **Private Process:**
5     _X_ Private ADR *(mutually agreeable private mediator to conduct mediation)*
6
7 The parties agree to hold the ADR session by
8     _X_ the presumptive deadline *(The deadline is 90 days from the date of the order referring*
9 *the case to an ADR process unless otherwise ordered.)*
10 **Private Process:**
11     _X_ Private ADR *(mutually agreeable private mediator to conduct mediation after parties*
12 *have engaged in document discovery)*
13     *(For e-filers, please consult General Order No. 45, Section X regarding signatures.)*
14 Concurrence in the filing of this document has been obtained from all signatories
15 Dated: November ___, 2007     /s/ Melinda M. Morton
                                               Attorney for Plaintiff
16
17 Dated: November 21, 2007
                                               Attorney for Defendants

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: November 19, 2007

_____
Kenneth M. Siegel for Plaintiff Verigy US, Inc.

2

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: November 21, 2007

_____
Romi Mayder for Defendants
Romi Mayder, Silicon Test Systems, Inc.
and Silicon Test Solutions, LLC

Dated: ~~November~~ December 4th, 2007

_____
Wesley Mayder for Defendant
Wesley Mayder

---

STIPULATION SELECTING ADR PROCESS/CERTIFICATION              4              C07-04330 RMW (HRL)

|   |   |
|---|---|
| 1 | SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL |
| 2 | Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has |
| 3 | read either the handbook entitled "Dispute Resolution Procedures in the Northern District of |
| 4 | California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the |
| 5 | available dispute resolution options provided by the Court and private entities, and considered |
| 6 | whether this case might benefit from any of them. |

Dated: November 21, 2007

_____
Daniel S. Mount, Counsel for Defendants

STIPULATION SELECTING ADR PROCESS/CERTIFICATION          5          C07-04330 RMW (HRL)