Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **ERRATA RE: DEFENDANTS SUPPLEMENTAL DECLARATION OF ROMI OMAR MAYDER** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | Hearing Date: December 14, 2007<br>Time:    9:00 a.m.<br>Judge:   Hon. Ronald M. Whyte |
| Defendants. | |

1  Defendants submit the follow errata in support of The Supplemental Declaration of Romi
2  Omar Mayder.
3  Exhibit E, containing Form Factor Inc.'s public announcement of its probe card resource
4  sharing memory test systems, was erroneously marked Exhibit D in the public redacted version of the
5  exhibit. The cover sheet currently labeled Exhibit D should be labeled Exhibit E.

Dated: December 4, 2007     Mount & Stoelker, P.C.
                            Kevin M. Pasquinelli

                            _____/s/_____
                            Attorneys for Defendants Romi Mayder, Wesley Mayder,
                            Silicon Test Systems Inc., and Silicon Test Solutions LLC

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Case No. 5:07-cv-04330 (RMW) (HRL)                                                          Page 1
ERRATA RE: DEFENDANTS SUPPLEMENTAL DECLARATION OF ROMI OMAR MAYDER