1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

| | |
|---|---|
| 12  VERIGY US, INC, a Delaware Corporation, | Case No. C07 04330 RMW (HRL) |
| 13                 Plaintiff, | |
| 14       vs. | **PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST DEFENDANTS ROMI MAYDER AND SILICON TEST SYSTEMS, INC.** |
| 15  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
| 18 | Judge: Honorable Ronald M. Whyte |
| 19                 Defendants. | |
| 20 | Complaint Filed:  August 22, 2007<br>Trial Date:         None Set |

Plaintiff Verigy U.S., Inc. ("Verigy") moves this Court for an Order requiring defendants Romi Mayder ("Mayder") and Silicon Test Systems, Inc. ("STS") to appear and show cause why they should not be found in contempt for violating this Court's Temporary Restraining Order (the "Order") entered on August 24, 2007. Mayder and STS Elation Systems have violated paragraphs 1(a) and/or (b) by "disclosing, using, marketing, disseminating,…,making any use of, [and/or] attempting to disclose or use" the STS product, which is either identified in Exhibit A to the Order (*see* 1 (a), (b) and 5) or "developed with the use of, derived from, or incorporating all or any part of items 1(a), (b) and 5 of Exhibit A to the Order. (Order at 5, Ex. A.)

This Application is based on the Order, Plaintiffs' Memorandum of Points and Authorities in Support of its Application to Show Cause, Plaintiffs' proposed Order to Show Cause and the Declaration of Melinda Morton submitted herewith, on all other papers and pleadings filed in this action, and on such oral and documentary evidence as may be presented at the hearing of this application.

Dated: December 5, 2007                                BERGESON, LLP


By: _____/s/_____
                Melinda M. Morton

Attorneys for Plaintiff
VERIGY US, INC.