1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12

13 | VERIGY US, INC, a Delaware Corporation | Case No. C07-04330 RMW (HRL) |
   |---|---|
14 | Plaintiff, | **DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST DEFENDANTS ROMI MAYDER AND SILICON TEST SYSTEMS, INC.** |
15 | vs. | |
16 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
17 | | |
18 | | Judge: Hon. Ronald M. Whyte |
19 | | |
   | Defendants. | Complaint Filed:   August 22, 2007 |
20 | | Trial Date:             None Set |

21

22
                       **PUBLIC REDACTED VERSION OF**
23

24                **HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

25                      **DOCUMENT SUBMITTED UNDER SEAL**

26

27

28

---
DECLARATION OF MELINDA M. MORTON ISO APPLICATION FOR OSC RE CONTEMPT
CASE NO. C07-04330 RMW (HRL)

1  I, Melinda M. Morton, declare as follows:

2  1.  I am an attorney licensed to practice law before all of the courts of the State of
3  California. I am an associate with the law firm of Bergeson, LLP, counsel of record for Plaintiff
4  Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts
5  set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

6  2.  I submit this declaration in support of Verigy's Application For An Order To Show
7  Cause Re: Contempt Against Defendants Romi Mayder ("Mayder") And Silicon Test Systems,
8  Inc. ("STS").

9  3.  Attached hereto as Exhibit A is a true and correct copy of a December 3, 2007
10 email from Mayder to two Verigy employees, requesting that Verigy sign an NDA with STS so
11 that Verigy could work together with Mayder and STS to integrate STS' product with Verigy's V
12 5400 product for ▓▓▓▓.

13 4.  Attached hereto as Exhibit B is a true and correct copy of excerpts from the
14 deposition transcript of Romi Mayder, Volume 2, dated Oct. 11, 2007.

15 5.  Attached hereto as Exhibit C is a true and correct copy of excerpts from the
16 deposition transcript of Romi Mayder, Volume 3, dated November 9, 2007.

17 6.  Attached hereto as Exhibit D is a true and correct copy of a document produced in
18 litigation, numbered POC00497-POC00518.        .

19 7.  Attached hereto as Exhibit E is a true and correct copy of a document produced in
20 litigation, numbered SITES050367- SITES050389.

21 8.  Attached hereto as Exhibit F is a true and correct copy of a document produced in
22 litigation, numbered SITES002846-SITES002847.

23 9.  Attached hereto as Exhibit G is a true and correct copy of a document produced in
24 litigation, numbered SITES050958-SITES0050961.

25 10. Attached hereto as Exhibit H is a true and correct copy of a document produced in
26 litigation, numbered SITES051238.

27 11. Attached hereto as Exhibit I is a true and correct copy of a document produced in
28 litigation, numbered SITES051239-SITES0051241.

1

DECLARATION OF MELINDA M. MORTON ISO APPLICATION FOR OSC RE CONTEMPT
CASE NO. C07-04330 RMW (HRL)

1    12.    Attached hereto as Exhibit J is a true and correct copy of a document produced in litigation, numbered SITES051251-SITES0051252.

13.    Attached hereto as Exhibit K is a true and correct copy of a document produced in litigation, numbered SITES051372-SITES0051373.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 5th day of December, 2007 at San Jose, California.

/S/
Melinda M. Morton