1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
3 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
4 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
6 | Facsimile:  (408) 297-6000

7 | Attorneys for Plaintiff
VERIGY US, INC.
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation

    Case No. C07 04330 RMW (HRL)

13 |                    Plaintiff,

    **[PROPOSED] ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST DEFEDNATS ROMI MAYDER AND SILICON TEST SYSTEMS, INC.**

14 |         vs.

15 | ROMI OMAR MAYDER, an individual;
WESLEY MAYDER, an individual; SILICON
16 | TEST SYSTEMS, INC., a California Corporation;
and SILICON TEST SOLUTIONS, LLC, a
17 | California Limited Liability Corporation,
inclusive,
18 |
                     Defendants.
19 |

    Judge: Honorable Ronald M. Whyte
    Ctrm:   6

    Complaint Filed:   August 22, 2007
    Trial Date:        None Set

20
21
22
23
24
25
26
27
28

TO DEFENDANTS ROMI MAYDER and SILICON TEST SYSTEMS, INC.:

Plaintiff Verigy US, Inc.'s ("Verigy") Application for an Order to Show Cause Re Contempt came on for hearing before the Court on December_, 2007.  Based on the memorandum of points and authorities, the Declaration of Melinda Morton filed herewith; the evidence and argument presented in connection with this Application; and good cause appearing therefor,

**DEFENDANTS ARE FURTHER HEREBY ORDERED TO APPEAR AND SHOW CAUSE** in this Court on December ___, 2007, at ____ a.m., unless otherwise ordered by this Court, why you:

(a) should not be adjudged to be in contempt of this Court's August 24, 2007 Order;

(b) you should not be ordered to pay Verigy's reasonable attorneys' fees and costs in connection with the contempt proceedings;

(c) you should not be ordered to cease using, disclosing, disseminating, marketing, or attempting to use or disclose the STS product containing Verigy's Trade Secret Property and/or developed with the use of, derived from, or incorporating all or any part of Verigy's Trade Secret Property, as enjoined by this Court's August 24, 2007 Order;

(d) why you should not be ordered to pay sanctions to Verigy, the amount of which will be set in the Court's discretion.

**IT IS SO ORDERED**.

Dated:  December ___, 2007         By: _____
                                        Hon. Ronald M. Whyte
                                        United States District Judge