1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge:  Honorable Ronald M. Whyte<br>Ctrm:    6<br><br>Complaint Filed:     August 22, 2007<br>Trial Date:           None Set |
| Defendants. | |

<u>CERTIFICATE OF SERVICE</u>

I declare as follows: I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On December 5, 2007, I served the within:

1. **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST DEFENDANTS ROMI MAYDER AND SILICON TEST SYSTEMS, INC.** *– SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;
2. **DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST DEFENDANTS ROMI MAYDER AND SILICON TEST SYSTEMS, INC.** *– SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

  X    BY PERSONAL SERVICE: I caused a copy of said documents to be hand delivered to the interested parties at the address set forth below. FRCP Title II, §5(b)(2)(A)(i).

| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.**<br>Daniel S. Mount, Esq.<br>Kevin M. Pasquinelli, Esq.<br>Kathryn G. Spelman, Esq.<br>Daniel Fingerman, Esq.<br>MOUNT & STOELKER PC<br>River Park Tower, Suite 1650<br>333 W. San Carlos<br>San Jose, CA 95110<br>Ph: 408.279.7000 ext. 1126<br>Fax: 408.998.1473<br>dmount@mount.com<br>kpasquinelli@mount.com<br>kspelman@mount.com<br>dfingerman@mount.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 5, 2007, at San Jose, California.

/s/
Gail Simmons