# EXHIBITS A THROUGH D

# CONFIDENTIAL

# FILED UNDER SEAL