# EXHIBITS E THROUGH K

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL