IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERIGY US, INC.,

        Plaintiff,

    v.

ROMI OMAR MAYDER, et al.,

        Defendant.

***E-FILED - 12/6/07***

CASE NO.: C-07-04330-RMW

**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for December 7, 2007, has been continued to **December 14, 2007 @ 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to file a Joint Case Management Statement by December 7, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:  December 6, 2007

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1    Copy of Order E-Filed to Counsel of Record:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28