Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:   (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **[Proposed] Order Granting Defendants' Administrative Motion For Leave To File Documents Under Seal** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | |
| Defendants. | |

1       Now before the court is the Defendants' Administrative Motion For Leave To File Documents
2  Under Seal.  Upon consideration of the motion and the supporting declaration filed therewith, the
3  court finds there to be good cause for granting the Defendants' request to file documents under seal.
4  Good cause having been shown, the court finds that the parties possess an overriding confidentiality
5  interest that overcomes the right of public access to the record in the document entitled "Defendants'
6  Response to Verigy's Application for OSC Re: Contempt".
7       The parties' overriding confidentiality interests support sealing the above-identified document.
8  A substantial probability exists that the parties' overriding confidentiality interest would be
9  prejudiced if the record is not sealed.  The proposed sealing is narrowly tailored, and no less
10 restrictive means exist to achieve the parties' overriding interests.
11      It is therefore ordered that the Defendants' Administrative Motion For Leave To File
12 Documents Under Seal is GRANTED.

14 Dated: _____        _____

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000