1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

                                                    *E-FILED - 12/12/07*
11                          SAN JOSE DIVISION

12  VERIGY US, INC, a Delaware Corporation,    Case No. C07 04330 RMW (HRL)

13                 Plaintiff,

14        vs.                                  **STIPULATION SELECTING ADR
                                               PROCESS [ADR L.R. 3-5]**
15  ROMI OMAR MAYDER, an individual;           AND ORDER
    WESLEY MAYDER, an individual; SILICON
16  TEST SYSTEMS, INC., a California Corporation;
    and SILICON TEST SOLUTIONS, LLC, a
17  California Limited Liability Corporation,   Judge:  Honorable Ronald M. Whyte
    inclusive,
18
                   Defendants.
19
                                               Complaint Filed:  August 22, 2007
20                                             Trial Date:       None Set

21

STIPULATION SELECTING ADR PROCESS/CERTIFICATION                C07-04330 RMW (HRL)

1  Counsel report that they have met and conferred regarding ADR and have reached the

2 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

3  The parties stipulate to participate in the following ADR process:

4 **<u>Private Process:</u>**

5  _X_ Private ADR (*mutually agreeable private mediator to conduct mediation*)

6

7 The parties agree to hold the ADR session by

8  _X_ the presumptive deadline (*The deadline is 90 days from the date of the order referring

9 the case to an ADR process unless otherwise ordered.*)

10  **<u>Private Process:</u>**

11  _X_ Private ADR (*mutually agreeable private mediator to conduct mediation after parties

12 have engaged in document discovery*)

13  (*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

14 Concurrence in the filing of this document has been obtained from all signatories

15 Dated: November 19, 2007  /s/ Melinda M. Morton
            Attorney for Plaintiff

16

17 Dated: November 21, 2007  /s/ Kevin Pasquinelli
            Attorney for Defendants

18

19

20

21

22

23

24

25

26

27

28

1  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2     Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he has read
3 either the handbook entitled "Dispute Resolution Procedures in the Northern District of
4 California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the
5 available dispute resolution options provided by the Court and private entities, and considered
6 whether this case might benefit from any of them.

7 Dated: November 19, 2007            /s/
8                                                   Kenneth M. Siegel for Plaintiff Verigy US, Inc.

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated:  November 19, 2007        /s/
                                 Melinda M. Morton, Counsel for Plaintiff

1         SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2         Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: November 21, 2007            /s/
                                   Romi Mayder for Defendants
                                   Romi Mayder, Silicon Test Systems, Inc.
                                   and Silicon Test Solutions, LLC

Dated: December 4, 2007            /s/
                                   Wesley Mayder for Defendant
                                   Wesley Mayder

1       SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2       Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: November 21, 2007            /s/
                                        Daniel S. Mount, Counsel for Defendants

1 [] ORDER

2   Pursuant to the foregoing Stipulation Selecting ADR Process submitted by the parties, the
3 captioned matter is hereby referred to private mediation.

4

5   IT IS SO ORDERED.

6

7 Dated: 12/12/07                                          /s/ Ronald M. Whyte
                                                          HON. JUDGE RONALD M. WHYTE
8                                                          UNITED STATES DISTRICT JUDGE