| | |
|---|---|
| DANIEL J. BERGESON, Bar No. 105439<br>dbergeson@be-law.com<br>JOHN W. FOWLER, Bar No. 037463<br>jfowler@be-law.com<br>MELINDA M. MORTON, Bar No. 209373<br>mmorton@be-law.com<br>MICHAEL W. STEBBINS, Bar No. 138326<br>mstebbins@be-law.com<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone:  (408) 291-6200<br>Facsimile:   (408) 297-6000<br><br>Attorneys for Plaintiff<br>VERIGY US, INC. | **PUBLIC REDACTED VERSION** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>                    Plaintiff,<br><br>        vs.<br><br>ROMI OMAR MAYDER, an individual;<br>WESLEY MAYDER, an individual; SILICON<br>TEST SYSTEMS, INC., a California Corporation;<br>and SILICON TEST SOLUTIONS, LLC, a<br>California Limited Liability Corporation,<br>inclusive,<br><br>                    Defendants. | Case No. C07-04330 RMW (HRL)<br><br>**DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE IN SUPPORT OF SUR-REPLY TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:  December 14, 2007<br>Time:  9:00 a.m.<br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:        None Set |

**HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

**DOCUMENT SUBMITTED UNDER SEAL**

**PUBLIC REDACTED VERSION**

1  I, Michael W. Stebbins, declare as follows:

2  1. I am an attorney licensed to practice law before all of the courts of the State of California. I am Special Counsel with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I submit this declaration in support of Verigy's Objections to Defendants' Evidence in Support of Sur-Reply to Order to Show Cause Re Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of the deposition transcript of Romi Omar Mayder, Volume 1, dated Sept. 26, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of a non-disclosure agreement between Agilent Technologies (Verigy's predecessor-in-interest) and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

4. Attached hereto as Exhibit 3 is a true and correct copy of pages 3 to 6 of the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5. Attached hereto as Exhibit 4 is a true and correct copy of a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

6. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████

4     I declare under penalty of perjury under the laws of the United States of America that the

5 foregoing is true and correct and that this declaration was executed this 13th day of December,

6 2007 at San Jose, California.

7

8                                                        /s/
                                        Michael W. Stebbins