# EXHIBIT 1

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT 2

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT 3

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT 4

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL