1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL)
14 |                  Plaintiff,             |
15 |        vs.                              | **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**
16 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON |
17 | TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a | Judge: Honorable Ronald M. Whyte
   | California Limited Liability Corporation, | Ctrm:   6
18 | inclusive,                              |
19 |                 Defendants.             |
20

Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff" or "Verigy") requests that the following materials be filed under seal, as they contain confidential information that is protected by the Stipulated Protective Order entered by the Court on August 29, 2007. The documents submitted under seal include:

1. Portions of the Objections to Defendants' Evidence in Support of Sur-Reply to Order to Show Cause Re: Preliminary Injunction, dated December 13, 2007.
2. Portions of the Declaration of Michael W. Stebbins in Support of Plaintiff's Objections to Defendants' Evidence in Support of Sur-Reply to Order to Show Cause Re: Preliminary Injunction, dated December 13, 2007.

These materials (hereafter "the Materials") each disclose information that has been designated as "Highly Confidential—Attorneys' Eyes Only" or "Confidential" by the parties under the protective order, without objection to those designations (although Verigy reserves its rights to challenge such designations pursuant to the Stipulated Protective Order). Although the information in the Materials has been designated as protected from disclosure under the Protective Order, Verigy relies on this information in support of its motion for preliminary injunction. The parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this Court, and respectfully requests leave to file the aforementioned documents under seal.

Respectfully submitted.

Dated: December 13, 2007         BERGESON, LLP

By: /s/
    Michael W. Stebbins
    Attorneys for Plaintiff
    VERIGY US, INC.

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL                CASE NO. C07 04330 RMW (HRL)