DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Ronald M. Whyte<br>Ctrm: 6<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |

<u>CERTIFICATE OF SERVICE</u>

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs.  My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110.  I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On December 13, 2007, I served the within:

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE IN SUPPORT OF SUR-REPLY TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION *– SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;**

**DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE IN SUPPORT OF SUR-REPLY TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION *– SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

  X    BY PERSONAL SERVICE: I caused a copy of said documents to be hand delivered to the interested parties at the address set forth below.  FRCP Title II, §5(b)(2)(A)(i).

| |  |
|---|---|
| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.**<br>Daniel S. Mount, Esq.<br>Kevin M. Pasquinelli, Esq.<br>Kathryn G. Spelman, Esq.<br>Daniel Fingerman, Esq.<br>MOUNT & STOELKER PC<br>River Park Tower, Suite 1650<br>333 W. San Carlos<br>San Jose, CA 95110<br>Ph:  408.279.7000/Fax:  408.998.1473<br>dmount@mount.com<br>kpasquinelli@mount.com |  |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 13, 2007, at San Jose, California.

_____/s/_____

Gail Simmons