UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: December 14, 2007

Case No. C-07-04330-RMW       JUDGE: Ronald M. Whyte

**VERIGY US, INC.**                                   -v- **ROMI OMAR MAYDER, et al.**
Title

Appeared                                              Appeared
**Attorneys Present**                                 **Attorneys Present**

**COURT CLERK:** Jackie Garcia                        **COURT REPORTER:** Jana Ridenour

PROCEEDINGS

HEARING FOR PRELIMINARY INJUNCTION AND PLAINTIFF'S MOTION TO STRIKE

ORDER AFTER HEARING

Hearing Held. The Court had a limited time for the parties argument. The Court continued the hearing on the motion for preliminary injunction to 1/15/08 @ 2:00 pm. The parties agreed to submit the motion to strike on the papers. The Court to send out a ruling. The Court to consider issuing an order to show cause. The matter is deemed submitted.