1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff                    ***E-FILED - 1/2/08***
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12  VERIGY US, INC, a Delaware Corporation    Case No. C07 04330 RMW (HRL)

13                 Plaintiff,

14        vs.                                 [] ORDER GRANTING
                                              PLAINTIFF'S ADMINISTRATIVE
                                              MOTION FOR LEAVE TO FILE
15  ROMI OMAR MAYDER, an individual;          DOCUMENTS UNDER SEAL
    WESLEY MAYDER, an individual; SILICON
16  TEST SYSTEMS, INC., a California Corporation;
    and SILICON TEST SOLUTIONS, LLC, a
17  California Limited Liability Corporation,  Judge:  Honorable Ronald M. Whyte
    inclusive,                                Ctrm:    6
18
                   Defendants.
19

20  _____

21

22

23

24

25

26

27

28

1    Now before the Court is Verigy's Administrative Motion For Leave To File Documents

2    Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under

3    Seal and the supporting declaration of Melinda M. Morton filed therewith, the Court finds there to

4    be good cause for granting Plaintiff's request to file documents under seal.

5    GOOD CAUSE having been shown, the Court finds that:

6    (1)    The parties possess overriding confidentiality interest that overcomes the

7    right of public access to the record in the following documents:

8    a.    Portions of Plaintiff's Memorandum of Points and Authorities in

9    Support of the Application for an Order to Show Cause Re: Contempt

10    Against Defendants Romi Mayder and Silicon Test Systems, Inc. ("the

11    Application").

12    b.    Exhibits A through K of the Declaration of Melinda M. Morton in

13    Support of the Application.

14    (2)    The parties' overriding confidentiality interests support sealing the record;

15    (3)    A substantial probability exists that the parties' overriding confidentiality

16    interest will be prejudiced if the record is not sealed;

17    (4)    The proposed sealing is narrowly tailored; and

18    (5)    No less restrictive means exist to achieve this overriding interest.

19
20    IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under

21    Seal is GRANTED.

22
23    **IT IS SO ORDERED.**

    Dated: _ 1/2/08 _____, 2007

24    _Ronald M. Whyte_____

25    Honorable Ronald M. Whyte
     UNITED STATES DISTRICT JUDGE

26

27

28
                                                    1