| | |
|---|---|
| 1 | DANIEL J. BERGESON, Bar No. 105439<br>dbergeson@be-law.com |
| 2 | JOHN W. FOWLER, Bar No. 037463<br>jfowler@be-law.com |
| 3 | MELINDA M. MORTON, Bar No. 209373<br>mmorton@be-law.com |
| 4 | MICHAEL W. STEBBINS, Bar No. 138326<br>mstebbins@be-law.com |
| 5 | BERGESON, LLP<br>303 Almaden Boulevard, Suite 500 |
| 6 | San Jose, CA 95110-2712<br>Telephone: (408) 291-6200 |
| 7 | Facsimile: (408) 297-6000 |
| 8 | Attorneys for Plaintiff<br>VERIGY US, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                    Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**VERIGY'S MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING PROJECTION TECHNOLOGY INTO THE COURT**<br><br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed:    August 22, 2007<br>Trial Date:              None Set |

Counsel for Plaintiff Verigy US, Inc., ("Verigy") hereby requests the Court's permission to bring equipment to the Federal Courthouse for use in presenting exhibits and evidence during the Preliminary Injunction hearing on Tuesday, January 15, 2008 in the courtroom of the Honorable Ronald M. Whyte, Courtroom 6, 4th Floor. Verigy intends to bring projection equipment, laptop computers for connection to the projection equipment, and a projection screen. Verigy therefore seeks leave of the Court to bring laptop computers, an electronic projector, a projection screen, and the necessary cables to connect the above equipment into the courthouse on Tuesday, January 15, 2008.

Dated: January 8, 2008                    BERGESON, LLP


                                          By:      /s/
                                              Melinda M. Morton

                                          Attorneys for Plaintiff
                                          VERIGY US, INC.


**IT IS SO ORDERED.**

Dated: January ___, 2008                  By: _____

                                              Hon. Judge Ronald M. Whyte
                                              District Court Judge