Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual;<br>WESLEY MAYDER, an individual;<br>SILICON TEST SYSTEMS INC., a<br>California corporation; SILICON TEST<br>SOLUTIONS LLC, a California limited<br>liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**Defendants' Administrative Motion For Leave To File Documents Under Seal**<br><br>Judge:   Hon. Ronald M. Whyte |

Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Defendants request that the document entitled "Defendants' Brief in Response to Verigy's Evidentiary Objection" and Exhibits B and Exhibit C to the Declaration of Kevin M. Pasquinelli in Support of Defendants Brief in Response to Verigy's Evidentiary Objection be filed under seal because it contains information that has been designated as confidential or highly confidential under the Stipulated Protective Order entered by this court on August 29, 2007.

These documents contain information that has been designated "Confidential" or "Highly Confidential — Attorneys' Eyes Only" by one or more parties under the Stipulated Protective Order. Although the Defendants reserve the right to challenge the designation of certain material by Verigy, information in these materials has been designated as protected from disclosure under the Stipulated Protective Order at the present time. The Defendants rely on that information in support of their response to the order to show cause. The parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored, and no less-restrictive means exist to achieve the parties' overriding interests.

The Defendants therefore lodge the above-identified materials with this court pursuant to Civil Local Rule 79-5(b) and 79-5(c) and request leave to file the aforementioned documents under seal.

Dated: January 14, 2008          Mount & Stoelker, P.C.
                                 Kevin M. Pasquinelli

                                 /s/
                                 Attorneys for Defendants Romi Mayder, Wesley Mayder,
                                 Silicon Test Systems Inc., and Silicon Test Solutions LLC