Daniel S. Mount, Esq. (State Bar No. 77517)
Kathryn G. Spelman, Esq. (State Bar No. 154512)
Dan Fingerman, Esq. (State Bar No. 229683)
Kevin Pasquinelli, Esq. (State Bar No. 246985)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, Suite 1650
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473

Attorneys for Defendants Romi Omar Mayder,
Wesley Mayder, Silicon Test Systems, Inc. and
Silicon Test Solutions, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>                    Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC. a California Corporation, SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                    Defendants. | **Civil Case No.:**  C07-04330 RMW (HRL)<br><br>**PROOF OF SERVICE BY PERSONAL SERVICE** |

MOUNT & STOELKER, P.C.
333 WEST SAN CARLOS
RIVERPARK TOWER, STE 1650
SAN JOSE, CALIFORNIA 95110-2726
TELEPHONE (408) 279-7000

Case No. 5:07-CV-04330 (RMW) (HRL)

## PROOF OF SERVICE

I am a citizen of the United States.  My business address is RiverPark Tower, Suite 1650, 333 W. San Carlos, San Jose, CA  95110.  I am employed in the County of Santa Clara where this service occurs.  I am over the age of 18 years and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the **SEALED** document(s) listed below as follows:

**DEFENDANTS' BRIEF IN RESPONSE TO VERIGY'S EVIDENTIARY OBJECTION**

**DECLARATION OF KEVIN M. PASQUINELLI IN SUPPORT OF DEFENDANTS BRIEF IN RESPONSE TO VERIGY'S EVIDENTIARY OBJECTION**

John W. Fowler, Esq.                                    Attorney for Verigy US, Inc.
Daniel J. Bergeson, Esq.
Melinda Mae Morton, Esq.
Bergeson, LLP
303 Almaden Boulevard, Ste. 500
San Jose, CA 95110-2712
Fax: (408) 297-6000
E-mail:  jfowler@be-law.com
            dbergeson@be-law.com
            mmorton@be-law.com

☐ (BY MAIL) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail at San Jose, California.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be transmitted by electronic mail on this date to the email addresses listed above.

☐ (BY FAX)  I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY FEDERAL EXPRESS)  I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be delivered to a Federal Express pickup at San Jose, California.

☒ (BY PERSONAL SERVICE)  I caused such document(s), placed in sealed envelope(s), to be personally delivered by hand on this date to the offices of the addressee(s).

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, STE. 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1    ☒  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2        I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on January 14, 2008.

3

4

5                                        MICHELLE MCMANUS

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, STE. 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000