DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

*E-FILED - 1/15/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROMI OMAR MAYDER, an individual;<br>WESLEY MAYDER, an individual; SILICON<br>TEST SYSTEMS, INC., a California Corporation;<br>and SILICON TEST SOLUTIONS, LLC, a<br>California Limited Liability Corporation,<br>inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. C07 04330 RMW (HRL)<br>　　Order Granting<br>**VERIGY'S MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING PROJECTION TECHNOLOGY INTO THE COURT**<br><br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed:　　August 22, 2007<br>Trial Date:　　　　　None Set |

Counsel for Plaintiff Verigy US, Inc., ("Verigy") hereby requests the Court's permission to bring equipment to the Federal Courthouse for use in presenting exhibits and evidence during the Preliminary Injunction hearing on Tuesday, January 15, 2008 in the courtroom of the Honorable Ronald M. Whyte, Courtroom 6, 4th Floor.  Verigy intends to bring projection equipment, laptop computers for connection to the projection equipment, and a projection screen.  Verigy therefore seeks leave of the Court to bring laptop computers, an electronic projector, a projection screen, and the necessary cables to connect the above equipment into the courthouse on Tuesday, January 15, 2008.

Dated:  January 8, 2008                           BERGESON, LLP


                                                  By:        /s/
                                                        Melinda M. Morton

                                                  Attorneys for Plaintiff
                                                  VERIGY US, INC.


**IT IS SO ORDERED.**

Dated: January 15, 2008                           By:  *Ronald M. Whyte*

                                                       Hon. Judge Ronald M. Whyte
                                                       District Court Judge

---