1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
7  Facsimile: (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

| | |
|---|---|
| 14  VERIGY US, INC, a Delaware Corporation | Case No. C07-04330 RMW (HRL) |
| 15                        Plaintiff, | **SUPPLEMENTAL DECLARATION OF MICHAEL W. STEBBINS ACCOMPANYING REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S EVIDENTIARY OBJECTIONS** |
| 16       vs. | |
| 17  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
| 18 | |
| 19 | Date: January 15, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte |
| 20                        Defendants. | |
| 21 | |
| 22 | Complaint Filed: August 22, 2007<br>Trial Date: None Set |

23

24
               **HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
25
                    **DOCUMENT SUBMITTED UNDER SEAL**
26

27

28

---
SUPPLEMENTAL DECLARATION OF MICHAEL W. STEBBINS
CASE NO. C07-04330 RMW (HRL)

I, Michael W. Stebbins, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am Special Counsel with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I submit this supplemental declaration in reply to defendants' response to Verigy's Objections to Defendants' Evidence in Support of Sur-Reply to Order to Show Cause Re Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Intel's outside counsel, Anthony Marks, Esq., Perkins Coie Brown & Bain, dated December 17, 2007, stating that Weber's declarations "overstep his authority, and are inaccurate."

3. Attached hereto as Exhibit 6 is a true and correct copy of a documents produced by Intel Corporation (Bates labeled 170DOC000008 through 170DOC000011) in response to a deposition subpoena to Intel served on December 21, 2007 (which subpoena is attached as Exhibit B to the Declaration of Kevin M. Pasquinelli I/S/O Defendants' Brief in Response to Verigy's Evidentiary Objection, dated January 14, 2008 ["the Subpoena"]).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 15th day of January, 2008 at San Jose, California.

/s/
Michael W. Stebbins

SUPPLEMENTAL DECLARATION OF MICHAEL W. STEBBINS
CASE NO. C07-04330 RMW (HRL)