# EXHIBIT 5

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT 6

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL