UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 15, 2008

Case No. C-07-04330-RMW    JUDGE: Ronald M. Whyte

**VERIGY US, INC.**    -v- **ROMI OMAR MAYDER, et al.**
Title

Appeared    Appeared
**Attorneys Present**    **Attorneys Present**

**COURT CLERK:** Jackie Garcia    **COURT REPORTER:** Lee-Anne Shortridge

PROCEEDINGS

HEARING FOR PRELIMINARY INJUNCTION

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides. The Court took the motion under submission. The Court set a Case Management Conference for 2/15/08 @ 10:30 am. The Court to issue a final ruling to the parties. The matter is deemed submitted.