1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   VERIGY US, INC.,                        *E-FILED - 2/13/08*

11              Plaintiff,                    CASE NO.: C-07-04330-RMW

12        v.                                  CLERK'S NOTICE OF CONTINUANCE
                                              OF CASE MANAGEMENT
13   ROMI OMAR MAYDER, et al.,                CONFERENCE

14              Defendant.

15

16

17        PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled

matter which was previously set for February 15, 2008, has been continued to **February 29, 2008 @**
18
**10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6,
19
4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required
20
to file a Joint Case Management Statement by February 22, 2008.
21
          If the above-entitled matter settles counsel are required to notify the Court by contacting the
22
Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.
23

24

25
DATED:  February 13, 2008
26
                                              _____
27                                                     JACKIE GARCIA
                                                     Courtroom Deputy for
28                                              Honorable Ronald M. Whyte

1

2    Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28