**MOUNT & STOELKER, P.C.**                                          ATTORNEYS

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE: (408) 279-7000
FACSIMILE: (408) 998-1473

March 3, 2008

**Via Electronic Case Filing**

Hon. Ronald M. Whyte
United States District Court
Courtroom 6, 4th Floor
280 S. First Street
San Jose, CA 95113

    Re:    *Verigy US, Inc. v. Romi Omar Mayder, et al.*
           Case No. C07 04330 RMW (HRL)

Dear Judge Whyte:

    Today, Plaintiffs filed an *ex parte* letter with this Court. It is Defendants understanding that such communication is improper under the FRCP, the Local Rules of this Court, as well as the existing protective order. We ask the court to clarify whether existing rules apply to this case, or if the Court has granted waiver.

    We have communicated about some, but not all, of the issues raised in Plaintiffs letter. In light of the rules we think apply, we thought it inappropriate to argue before you with letters.

    Thank you for your consideration of this matter.

                                  Sincerely,

                                  Kevin M. Pasquinelli
                                  Mount & Stoelker
                                  Attorneys for Defendants
                                  _____/s/_____

Cc: Melinda Morton,
Jay Fowler
By email (email is acceptable service of process as previously agreed by the parties)