UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 29, 2008

Case No. C-07-04330-RMW    JUDGE: Ronald M. Whyte

**VERIGY US, INC.**                    -v- **ROMI OMAR MAYDER, et al.**
Title

**M. Morton**                           **D. Mount & K. Pasquinelli**
Attorneys Present                       Attorneys Present

**COURT CLERK: Jackie Garcia**          **COURT REPORTER: Not Reported**

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The parties received the Court's pending ruling on plaintiff's motion for preliminary injunction and motion to strike. The parties agreed to continue the CMC to 3/14/08 @ 10:30 am.