**E-FILED on** 3/4/08

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROMI OMAR MAYDER; WESLEY MAYDER; SILICON TEST SYSTEMS, INC.; and SILICON TEST SOLUTIONS, LLC, <br><br> Defendants. | No. C-07-04330 RMW <br><br> ORDER REQUESTING DEFENDANTS' RESPONSE TO VERIGY'S MARCH 3, 2008 LETTER |

On March 3, 2008, Verigy submitted a letter to the court requesting certain clarifications to this court's February 29, 2008 order granting in part Verigy's motion for a preliminary injunction. The court requests that defendants respond to the requests raised in Verigy's letter by way of a letter, not to exceed 3 pages. Such response should be filed with the court on or before March 6, 2008.

DATED: 3/4/08

RONALD M. WHYTE
United States District Judge

ORDER REQUESTING DEFENDANTS' RESPONSE TO VERIGY'S MARCH 3, 2008 LETTER—No. C-07-04330 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Melinda Morton | mmorton@be-law.com |
| Daniel J. Bergeson | dbergeson@be-law.com |
| John W. Fowler | jfowler@be-law.com |

**Counsel for Defendants:**

| | |
|---|---|
| Daniel Harlan Fingerman | dfingerman@mount.com |
| Daniel S. Mount | dmount@mount.com |
| Kevin Martin Pasquinelli | kpasquinelli@mount.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/4/08                    /s/ MAG
                                     **Chambers of Judge Whyte**

ORDER REQUESTING DEFENDANTS' RESPONSE TO VERIGY'S MARCH 3, 2008 LETTER—No. C-07-04330 RMW MAG
2