**MOUNT & STOELKER, P.C.**                    ATTORNEYS

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE: (408) 279-7000
FACSIMILE: (408) 998-1473

March 7, 2008

**Via Electronic Case Filing**

Hon. Ronald M. Whyte
United States District Court
Courtroom 6, 4th Floor
280 S. First Street
San Jose, CA 95113

    Re:    *Verigy US, Inc. v. Romi Omar Mayder, et al.*

    Case No. C07 04330 RMW (HRL)

Dear Judge Whyte:

    After filing Defendants responsive letter brief to this Court's *Order Requesting Defendants' Response to Verigy's March 3, 2008 Letter* I received a communication from Plaintiff's counsel suggesting a reduction to some of the Confidentiality markings in the table of Attachment B.

    As stated in the 03.06.08 letter to this Court "If any markings are not consistent, or over protected, Defendants are willing to discuss reducing the confidentiality marking as per the Protective Order." As such, I request that the Supplemental Attachment B below replace "Attachment B: List of Highly Confidential Markings" from the 03.06.08 letter. The changes are noted in italics.

    Thank you for considering this matter.

                                  Sincerely,

                                  Kevin M. Pasquinelli
                                Mount & Stoelker
                                Attorneys for Defendants

                                  /s/

Cc: Melinda Morton,
Jay Fowler
By email (email is acceptable service of process as previously agreed by the parties)

## Supplemental Attachment B: List of Highly Confidential Markings

| Location: Page/Lines | Subject Matter deemed HC | Position |
|---|---|---|
| Pg 2, line 18 | Chip pricing for product. | Should remain HC |
| Pg 5, Lines 10 – 16 | References STS Patents and discussions with chip developer. References Mayder Declaration previously marked HC. | *References to suppliers H and P should remain HC. All other text in the line may be reduced.* |
| Pg 11, lines 20-23 | References Verigy ASIC architecture | Acceptable to reduce from HC to Confidential, as the information primarily concerns Verigy projects. |
| Pg 12, lines 14-20 | References the Supplemental Declaration of Dr. Richard Blanchard regarding STS product architecture. Previously marked HC. | Should remain HC |
| Pg 12, lines 25-27 through Pg 13, line 2. | References the Declaration of Dr. Richard Blanchard regarding STS product architecture. Previously marked HC. | Should remain HC |
| Pg 13, lines 9-10 | References Mayder Declaration, which is HC and discusses key requirements for a fan-out solution. | Should remain HC |
| Pg 15, lines 16-19 | References Mayder Declaration, which is HC. | *Only the first Question referenced is HC. All other text may be reducede.* |
| Pg 17, lines 2-7. | References STS product evolution and discussions with Honeywell. | Should remain HC |
| Pg 19, line 17 through Pg 21, line 10 | Detailed STS product specifications and Intel Declaration. | Should remain HC |
| Pg 21, line 24 through Pg 23, line 9 | Detailed STS product specifications and references to Blanchard declaration. | Should remain HC |
| Pg 25, lines 3 – 9 | Discusses details of STS customers and business plans. | Should remain HC |