1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge:  Honorable Ronald M. Whyte<br>Ctrm:    6 |
| Defendants. | |

1     Now before the Court is Verigy's Administrative Motion For Leave To File Documents Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Melinda M. Morton filed therewith, the Court finds there to be good cause for granting Plaintiff's request to file documents under seal.

    GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Exhibits 1 and 2 of the Declaration of Michael W. Stebbins in Support of the Application for an Order to Show Cause Re: Contempt Against Defendants Romi Mayder and Silicon Test Systems, Inc.

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

    IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2008

                                          Honorable Ronald M. Whyte
                                          UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL     CASE NO. C07 04330 RMW (HRL)