1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
7  Facsimile:  (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07-04330 RMW (HRL)<br><br>**DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST DEFENDANTS ROMI MAYDER AND SILICON TEST SYSTEMS, INC.**<br><br>Date: April 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:            None Set |

**PUBLIC REDACTED VERSION OF**

**DOCUMENT SUBMITTED UNDER SEAL**

I, Michael W. Stebbins, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I submit this declaration in support of Verigy's Application for an Order to Show Cause Re: Contempt Against Defendants Romi Mayder and Silicon Test Systems, Inc ("Contempt Motion"). I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. For the Court's convenience, I am attaching documents previously filed with the Court in conjunction with Verigy's Motion for a Preliminary Injunction. These documents were received after the Contempt Motion was filed, but they provide further evidentiary support for the acts described in the Contempt Motion and supporting declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of a documents produced by Intel Corporation (Bates labeled 170DOC000008 through 170DOC000011) in response to a deposition subpoena to Intel served on December 21, 2007 (which subpoena is attached as Exhibit B to the Declaration of Kevin M. Pasquinelli I/S/O Defendants' Brief in Response to Verigy's Evidentiary Objection, dated January 14, 2008).

4. Attached hereto as Exhibit 2 is a true and correct copy of portions of the Transcript of Deposition of David L. McMann, dated January 9, 2008 ("McMann Depo."). These excerpts specifically show that:

- Mayder never told Intel that Verigy alleged that he had stolen its trade secrets, he merely stated that ███████████████████████████████████████ ███████" (McMann Depo. at 22:1-9; 42:5-13.)
- Mayder never told Intel that he had worked on a resource sharing solution while employed at Verigy immediately prior to starting Silicon Test Systems, Inc. (McMann Depo. at 54:14-55:8.)
- Mayder did not inform Intel that there was a temporary restraining order in this action. (McMann Depo. at 35:18-21.)

1

DECLARATION OF MICHAEL W. STEBBINS
CASE NO. C07-04330 RMW (HRL)

- Mayder delivered Flash Enhancer prototypes to Intel. (McMann Depo. at 35:22-24.)
- After learning of the temporary restraining order, Intel stopped evaluating the Flash Enhancer product and its outside counsel took possession of them. (McMann Depo. at 37:15-38:22.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 7th day of March, 2008 at San Jose, California.

/S/
Michael W. Stebbins

# EXHIBITS 1 AND 2

# CONFIDENTIAL

# SUBMITTED UNDER SEAL