1   DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
2   JOHN W. FOWLER, Bar No. 037463
    jfowler@be-law.com
3   MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
4   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
5   San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
6   Facsimile:   (408) 297-6000

7   Attorneys for Plaintiff
    VERIGY US, INC.

8

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12   VERIGY US, INC, a Delaware Corporation          Case No.  C07 04330 RMW (HRL)

13                    Plaintiff,

14        vs.                                        **STIPULATION AND [PROPOSED] ORDER
                                                     RE: PRELIMINARY INJUNCTION ORDER**
15   ROMI OMAR MAYDER, an individual;
     WESLEY MAYDER, an individual; SILICON
16   TEST SYSTEMS, INC., a California Corporation;
     and SILICON TEST SOLUTIONS, LLC, a              Complaint Filed:     August 22, 2007
17   California Limited Liability Corporation,       Trial Date:          None Set
     inclusive,
18
                      Defendants.
19

20

21

22

23

24

25

26

27

28

1    **STIPULATION**

2    Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP and

3    Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test

4    Systems, Inc. a California Corporation, Silicon Test Solutions, LLC ("Defendants") by and

5    through their counsel of record, Mount & Stoelker, PC, do hereby stipulate and agree as follows:

6    Whereas this Court issued a public order on February 29, 2008 (Order Granting in Part

7    Plaintiff's Motion for a Preliminary Injunction; Order Granting Motion to Strike Affirmative

8    Defenses) ("the Order") the parties now wish to modify that order, and request court approval of

9    the following:

10    1.    Page 28, lines 5-7 will no longer be treated as confidential, except for the STS product

11    code word on lines 5 and 6, so that the public version of lines 5-7 of page 28 of the

12    Order shall now read "licensing, leasing, transferring or disposing of ████████,

13    Flash Enhancer, or any product developed with the use of, derived from, or

14    incorporating all or any part of ████████ or Flash Enhancer."

15    2.    Defendants shall respond to Verigy's motion for contempt, docket No. 132, no later

16    than March 21, 2008.  Verigy's reply shall be due no later than March 28, 2008.

17    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

18

19    Dated: March 18, 2008                    BERGESON, LLP

20

21    By: _____/s/_____

      Melinda M. Morton, Esq.

22    Attorneys for Plaintiff Verigy

23

24    Dated: March 18, 2008                    MOUNT & STOELKER, P.C.

25

26    By: _____/s/_____

      Kevin M. Pasquinelli, Esq.

27    Attorneys for Defendants

28

1

2                                        **ORDER**

3          In accordance with the foregoing stipulation of the parties, and with good cause appearing

4    therefor, the Court enters the Stipulation as an Order of the Court.

5    IT IS SO ORDERED.

6        Dated: _____, 2008                    By: _____

7                                                            Honorable Ronald M. Whyte
                                                            United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28