1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION            *E-Filed 3/18/08*

12 | VERIGY US, INC, a Delaware Corporation | Case No.  C07 04330 RMW (HRL)

13 |           Plaintiff,

14 |      vs.                              | **STIPULATION AND [] ORDER**
                                            | **RE: PRELIMINARY INJUNCTION ORDER**
15 | ROMI OMAR MAYDER, an individual;
   | WESLEY MAYDER, an individual; SILICON
16 | TEST SYSTEMS, INC., a California Corporation;
   | and SILICON TEST SOLUTIONS, LLC, a    | Complaint Filed:  August 22, 2007
17 | California Limited Liability Corporation, | Trial Date:       None Set
   | inclusive,
18
   |           Defendants.
19

**STIPULATION**

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP and Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, Silicon Test Solutions, LLC ("Defendants") by and through their counsel of record, Mount & Stoelker, PC, do hereby stipulate and agree as follows:

Whereas this Court issued a public order on February 29, 2008 (Order Granting in Part Plaintiff's Motion for a Preliminary Injunction; Order Granting Motion to Strike Affirmative Defenses) ("the Order") the parties now wish to modify that order, and request court approval of the following:

1. Page 28, lines 5-7 will no longer be treated as confidential, except for the STS product code word on lines 5 and 6, so that the public version of lines 5-7 of page 28 of the Order shall now read "licensing, leasing, transferring or disposing of ▮▮▮▮▮▮▮, Flash Enhancer, or any product developed with the use of, derived from, or incorporating all or any part of ▮▮▮▮▮▮▮ or Flash Enhancer."

2. Defendants shall respond to Verigy's motion for contempt, docket No. 132, no later than March 21, 2008. Verigy's reply shall be due no later than March 28, 2008.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 18, 2008          BERGESON, LLP

By: _____/s/_____
Melinda M. Morton, Esq.
Attorneys for Plaintiff Verigy

Dated: March 18, 2008          MOUNT & STOELKER, P.C.

By: _____/s/_____
Kevin M. Pasquinelli, Esq.
Attorneys for Defendants

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: ___3/18/2008_____          By: *Ronald M. Whyte*

                                                         Honorable Ronald M. Whyte
                                                         United States District Judge