Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
         kspelman@mount.com
         dfingerman@mount.com
         kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**Declaration of Kevin Pasquinelli in Support of Defendants' Administrative Motion For Leave To File Documents Under Seal**<br><br>Judge:   Hon. Ronald M. Whyte |

I, Kevin Pasquinelli, declare as follows:

1. I am an attorney with the law firm of Mount & Stoelker, P.C., counsel for the Defendants in this action, Romi Mayder, Wesley Mayder, Silicon Test Systems Inc., and Silicon Test Solutions LLC (collectively, "Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called upon to testify in this Court as to those facts, my testimony would be as stated herein.

2. I submit this declaration in support of the Defendants' Administrative Motion For Leave To File Documents Under Seal.

3. I have reviewed the document entitled "Defendants' Opposition to OSC re Contempt". I have determined that this document contains information that has been designated "Confidential" or "Highly Confidential — Attorneys' Eyes Only" by one or more parties under the Stipulated Protective Order (although the Defendants reserve the right to challenge certain designations asserted by Verigy).

4. I have reviewed the document entitled "Declaration of Kevin M. Pasquinelli in Support of Defendants Response to Order to Show Cause Re: Contempt." I have determined that this document contains exhibits that have been designated "Confidential" or "Highly Confidential — Attorneys' Eyes Only" by one or more parties under the Stipulated Protective Order (although the Defendants reserve the right to challenge certain designations asserted by Verigy).

5. I have reviewed the document entitled "Declaration of Romi Mayder in Support of OSC Re: Contempt." I have determined that this document contains information that has been designated "Confidential" or "Highly Confidential — Attorneys' Eyes Only" by one or more parties under the Stipulated Protective Order (although the Defendants reserve the right to challenge certain designations asserted by Verigy).

6. I have concluded that the parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed. The proposed sealing is narrowly tailored, and I am not aware of any less-restrictive means to achieve the parties' overriding interests.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct and that this declaration was executed on the date below at San Jose, California.

4  Dated: March 21, 2008             Kevin M. Pasquinelli
5                                             /s/