1  Daniel S. Mount, Esq. (State Bar No. 77517)
   Kathryn G. Spelman (State Bar No. 154512)
2  Dan Fingerman (State Bar No. 229683)
   Kevin Pasquinelli (State Bar No. 246985)
3  Mount & Stoelker, P.C.
4  333 West San Carlos
   RiverPark Tower, Suite 1650
5  San Jose CA  95110-2740
   Phone: (408) 279-7000
6  Fax:    (408) 998-1473

7
   Attorneys for Defendants Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc., and
8  Silicon Test Solutions, LLC.

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13  VERIGY US, INC, a Delaware Corporation     )    Civil Case No.:  C07-04330 RMW (HRL)
                                               )
14                        Plaintiff,           )
                                               )
15                                             )
    vs.                                        )    DECLARATION OF KEVIN M.
16                                             )    PASQUINELLI IN SUPPORT OF
                                               )    DEFENDANTS RESPONSE TO
17  ROMI OMAR MAYDER, an individual,           )    ORDER TO SHOW CAUSE RE:
    WESLEY MAYDER, an individual,              )    CONTEMPT
18  SILICON TEST SYSTEMS, INC. a               )
    California Corporation, SILICON TEST       )
19  SOLUTIONS, LLC, a California Limited       )
    Liability Corporation, inclusive,         )
20                                             )    Hearing Date:  April 11, 2008
                                               )    Time:  9:00 a.m.
21                      Defendants.            )    Judge: Hon. Judge Whyte
                                               )
22                                             )
                                               )
23  _____ )

24

25                            PUBLIC VERSION

26

27

28
                                      1
    DECLARATION OF KEVIN M. PASQUINELLI IN SUPPORT OF DEFENDANTS RESPONSE TO ORDER TO SHOW CAUSE RE:
                                   CONTEMPT
                        Civil Case No.:  C07-04330 RMW (HRL)

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

1    I, Kevin M. Pasquinelli, declare as follows:

2    1.    I am an attorney with the law firm of Mount & Stoelker, P.C., counsel for Defendants Romi

3    Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc., and Silicon Test Solutions, LLC.  I have

4    personal knowledge of the facts set forth in this declaration and, if called upon to testify in this Court

5    as to those facts, my testimony would be as stated herein.

6    Timeline of Production of The RFQ

7

8    2.    On or before 8/29/2007 Verigy Filed a Complaint in this matter attaching the Declaration of

9    Robert Pochowski ("Pochowski Declaration") in support thereof. The declaration itself is designated

10   "Confidential" under the Protective Order. Exhibit A to the Robert Pochowski declaration ("the

11   RFQ") is marked "Highly Confidential" under the protective order. Attached as Exhibit A is a true

12   and correct copy of the "Highly Confidential" version of Exhibit A to the Pochowki Declaration.

13   3.    On or before 9/20/2007 Verigy produced documents in response to the Initial Requests for

14   Production of Documents propounded on Plaintiff by Defendants. Within this production is a second

15   copy of the RFQ which is designated "Highly Confidential" identified starting with Bates number

16   VER2209. Attached as Exhibit B is a true and correct copy of the RFQ produced at this time.

17

18   4.    On or before 9/28/2007 Robert Pochowski produced documents in response to a *Subpoena*

19   *Duces Tecum* propounded on Mr. Pochowski by Defendants. Mr. Pochowski produced a copy of the

20   RFQ designated "Confidential" identified starting with Bates number POC000004. Attached as

21   Exhibit C is a true and correct copy of the RFQ produced at this time.

22   5.    On 10/8/2007 Verigy produced documents, reduced in confidentiality designation. Attached

23   as Exhibit D is a true and correct copy of a letter from Melinda Morton, Esq, accompanying the

24   production of documents. In this production is the RFQ redesignated as "Confidential", a reduction

25

26

27

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

28

1  from "Highly Confidential". Attached as Exhibit E is a true and correct copy of the RFQ, produced

2  at this time.

3       I declare, under penalty of perjury under the laws of the United States, the foregoing is true

4  and correct. Executed this 21st day of March, 2007 in San Jose, California.

5

6

7                    Mount & Stoelker, P.C.
                     Kevin M. Pasquinelli

8                    _____/s/_____

9                    Attorney for Defendants Romi Mayder, Wesley Mayder, Silicon
                     Test Systems, Inc., and Silicon Test Solutions, LLC

10

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                3
                    **DECLARATION OF KEVIN M. PASQUINELLI IN SUPPORT OF DEFENDANTS**
                    **OSC RE: CONTEMPT**
                    **Civil Case No.:  C07-04330 RMW (HRL)**

# EXHIBITS A-E
# FILED
# UNDER SEAL