Daniel S. Mount, Esq. (State Bar No. 77517)
Kathryn G. Spelman (State Bar No. 154512)
Dan Fingerman (State Bar No. 229683)
Kevin Pasquinelli (State Bar No. 246985)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, Suite 1650
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473

Attorneys for Defendant Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, Silicon Test Solutions, LLC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual, WESLEY MAYDER, an individual, SILICON TEST SYSTEMS, INC. a California Corporation, SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Civil Case No.: C07-04330 RMW (HRL)<br><br>DECLARATION OF ROMI OMAR MAYDER IN SUPPORT OF OSC RE: CONTEMPT<br><br>Hearing Date: April 11, 2007<br>Time: 9:00<br>Dept.: Judge: Hon. Judge Whyte |

PUBLIC (REDACTED) VERSION

1
DECLARATION OF ROMI OMAR MAYDER IN SUPPORT OF DEFENDANTS RESPONSE FOR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
Civil Case No.: C07-04330 RMW (HRL)

I, Romi Omar Mayder, declare as follows:

1. I am a defendant in this case and have personal knowledge of the all facts set forth in this declaration and, if called upon to testify in this Court as to those facts, my testimony would be as stated herein.

2. On about July 6, 2007 I received a cease and desist letter from Jay Fowler of Bergeson, LLP on behalf of Verigy, USA Inc. accusing me of misappropriating Verigy trade secrets.

3. On July 18, 2007 I, and my attorneys, met with Verigy and their attorneys to discuss how this conflict might be resolved. Shortly thereafter, I agreed not to destroy any potential evidence in the case and make backup copies of the potentially relevant disk drives.

4. 

I was hopeful that I could resolve this dispute with Verigy quickly, without the need for litigation.

6. On or before August 28, 2007 I was informed that Verigy had filed a complaint and that this Court had issued a Temporary Restraining Order ("TRO") against Defendants.

7. After reviewing the publicly available TRO, I asked Dr. Richard Blanchard to give me an objective opinion on whether Flash Enhancer contained any Verigy trade secrets. Dr. Blanchard signed the protective order, reviewed the TRO, Verigy's moving papers, and STS documents related to Flash Enhancer. After his review of the documents and a substantial discussion of my knowledge of the facts, Dr. Blanchard's objective opinion was that Flash Enhancer contained no trade secrets.

8.  I hired Dr. Blanchard to testify as an expert witness in this case. I am informed and believe that Dr. Blanchard's declaration, submitted in prior motions to this court, affirms his initial opinion, that Flash Enhancer does not contain any Verigy trade secrets.

9.  [REDACTED]

I declare, under penalty of perjury under the laws of the State of California, the foregoing is true and correct. Executed this 21st day of March 2008, in San Jose, California.

Romi Omar Mayder
Defendant

---

3
DECLARATION OF ROMI OMAR MAYDER IN SUPPORT OF DEFENDANTS RESPONSE FOR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
Civil Case No.: C07-04330 RMW (HRL)

# EXHIBIT A FILED UNDER SEAL