1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL)
13 |                Plaintiff,              |
   |                                        | **PLAINTIFF'S ADMINISTRATIVE**
14 |      vs.                               | **MOTION FOR LEAVE TO FILE**
   |                                        | **DOCUMENTS UNDER SEAL**
15 | ROMI OMAR MAYDER, an individual;       |
   | WESLEY MAYDER, an individual; SILICON  |
16 | TEST SYSTEMS, INC., a California Corporation; | Judge: Honorable Ronald M. Whyte
   | and SILICON TEST SOLUTIONS, LLC, a     | Ctrm:    6
17 | California Limited Liability Corporation, |
   | inclusive,                             |
18 |                                        |
   |                Defendants.             |
19

1 | Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff"
2 | or "Verigy") requests that the following materials be filed under seal, as they contain confidential
3 | information that is protected by the Stipulated Protective Order entered by the Court on August
4 | 29, 2007. The documents submitted under seal include:
5 |     1. Portions of Plaintiff's Reply Memorandum of Points and Authorities in Support of
6 | the Application for an Order to Show Cause Re: Contempt Against Defendants Romi
7 | Mayder and Silicon Test Systems, Inc.
8 |     2. Exhibits 3, 4, 9, and 10 of the Reply Declaration of Michael W. Stebbins in Support
9 | of the Application.
10 | These materials (hereafter "the Materials") disclose information that has been designated
11 | as "Highly Confidential—Attorneys' Eyes Only" or "Confidential" by the parties under the
12 | Protective Order, without objection to those designations (although Verigy reserves its rights to
13 | challenge such designations pursuant to the Stipulated Protective Order). Although the
14 | information in the Materials has been designated as protected from disclosure under the Protective
15 | Order, Verigy must rely on this information in support of its Application. The parties'
16 | confidentiality interest therefore overcomes the right of public access to the record, as a substantial
17 | probability exists that the parties' overriding confidentiality interest will be prejudiced if the
18 | record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive
19 | means exist to achieve this overriding interest
20 | Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this
21 | Court, and respectfully requests leave to file the aforementioned documents under seal.
22 | Respectfully submitted.
23 | Dated: March 28, 2008                            BERGESON, LLP
24 |
25 |                                                             By:     /s/
26 |                                                                  Melinda M. Morton
27 |                                                                  Attorneys for Plaintiff
28 |                                                                   VERIGY US, INC.

1

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL                                               CASE NO. C07 04330 RMW (HRL)