1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.

             UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

                    SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>                    Plaintiff,<br><br>     vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                    Defendants. | Case No. C07-04330 RMW (HRL)<br><br>**REPLY DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST DEFENDANTS ROMI MAYDER AND SILICON TEST SYSTEMS, INC.**<br><br>Date:  April 11, 2008<br>Time:  9:00 a.m.<br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:        None Set |

**PUBLIC REDACTED VERSION OF HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLYDOCUMENT SUBMITTED UNDER SEAL**

I, Michael W. Stebbins, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I submit this declaration in support of Verigy's Application for an Order to Show Cause Re: Contempt Against Defendants Romi Mayder and Silicon Test Systems, Inc ("Contempt Motion"). I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit 3 is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Bates labeled POC00208 through POC00222.

3. Attached hereto as Exhibit 4 is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Bates labeled POC00263 through POC00280.

4. Attached hereto as Exhibit 5 is a true and correct copy of a press release issued by Romi Mayder, dated March 5, 2008, which was formerly found at http://www.pr-usa.net/index.php?option=com_content&task=view&id=80343&Itemid=82.

5. Attached hereto as Exhibit 6 is a true and correct copy of an e-mail from Verigy's counsel to defendants' counsel, dated March 5, 2008 at 4:25 p.m., as well as an earlier e-mail with a time of 3:38 p.m. on that same date from defendants' counsel to Verigy's counsel, regarding the press release attached as Exhibit 5.

6. Attached hereto as Exhibit 7 is a true and correct copy of an e-mail from defendants' counsel to Verigy's counsel, dated March 5, 2008 at 5:28 p.m., also regarding the press release attached as Exhibit 5. Defendants' counsel eventually agreed to withdraw the press release.

7. Attached hereto as Exhibit 8, however, is a true and correct copy of printouts of web page links which picked up the press release attached as Exhibit 5, including finance.google.com, www.livermorereport.com and www.ipnewsflash.com. Each of these links was downloaded and printed on March 28, 2008.

8. Attached hereto as Exhibit 9 is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓" which was attached as Exhibit D to the Declaration of Romi Omar Mayder in Support of Defendants' Response for Order to Show Cause Re: Preliminary Injunction, filed on October 11, 2007.

9. Attached hereto as Exhibit 10 is a true and correct copy of an email, dated May 5, 2006 from Andy Lee to Grenville Hughes, which attaches the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓," dated May 3, 2006, Bates labeled VER00670 through VER00682, and which was attached as Exhibit A to the Declaration of Andrew Lee in Support of Verigy's Ex Parte Application for Temporary Restraining Order, filed on August 22, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 28th day of March, 2008 at San Jose, California.

                                                    /s/
                                       Michael W. Stebbins