# EXHIBIT 3

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT 4

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT 5

## Breaking News: US Court Denies Injunction Sought by Verigy

US Court Denies Injunction Sought by VerigySAN JOSE, Calif.--(PR-USA)--Verigy (NASDAQ:VRGY - News), a spinoff of Agilent Technologies, was denied a preliminary injunction prohibiting defendants Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc. and Silicon Test Solutions, LLC from bringing STS products to the ATE market.Specifially the US court found that Romi Mayder could have developed STS products without exposure Verigy trade secrets. Silicon Test Systems values its intellectual property highly and thus STS is very pleased with the court's decision.About Silicon Test SystemsSilicon Test Systems a California Corporation founded in December 2006. STS is funded by several deep pocket investors with extensive experience in the semiconductor industry. About VerigyVerigy designs, develops, manufactures, sells and services advanced test systems and solutions for the memory and system-on-chip segments of the semiconductor industry. Verigy's scalable platform systems are used by leading semiconductor companies worldwide in design validation, characterization, and high volume manufacturing test. Formerly part of Agilent Technologies, the company began doing business as Verigy on June 1, 2006, and completed its initial public offering on June 13, 2006. Information about Verigy can be found at www.verigy.com.Contact:Romi Mayder(408) 656-9582romi.mayder@silicontests.com Source: VerigySilicon Test Systems

# EXHIBIT 6

## Michael Stebbins

**From:** Mindy Morton

**Sent:** Wednesday, March 05, 2008 4:25 PM

**To:** 'Kevin M. Pasquinelli'; Daniel S. Mount

**Cc:** Michael Stebbins; John Fowler; Gail C. Simmons

**Subject:** RE: final update

Kevin,

It doesn't seem as though you understand my previous request during our conversation earlier this afternoon for a retraction of the previous press release.

First, this new press release (and the previous release that preceded it) violates the preliminary injunction order. Mayder is prohibited from "directly or indirectly marketing" the STS product. Both press releases clearly constitute marketing.

Second, this "correction" does not state anywhere that the previous release is retracted. We have demanded a full retraction and will accept nothing less.

Third, Verigy sought a *preliminary* injunction by this motion, not a *permanent* injunction. This "correction" incorrectly represents the relief sought.

Fourth, at best, this "correction" is misleading, and potentially actionable as trade libel and/or defamation.

If the full retraction does not occur (and, once again, neither this nor any other "correction" will be sufficient), Verigy will have no choice but to seek relief from the Court.

Verigy hereby gives notice that it intends to seek a temporary restraining order regarding this issue if a retraction does not occur. Verigy also intends to seek sanctions for contempt for violating the preliminary injunction order.

Thank you for your prompt attention to this matter.

Mindy M. Morton, Esq.
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Main:  408 291-6200
Direct: 408 291-6203
Fax: 408 297-6000
Email: mmorton@be-law.com

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law. If you are not an intended recipient, do not forward this email. Interception of this message may be a federal crime. Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited. If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete

3/27/2008

the original message (including any attachments).

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2008 Bergeson, LLP [All Rights Reserved].

**From:** Kevin M. Pasquinelli [mailto:kpasquinelli@MOUNT.com]
**Sent:** Wednesday, March 05, 2008 3:38 PM
**To:** Mindy Morton
**Cc:** Kevin M. Pasquinelli; Michelle McManus
**Subject:** FW: final update

Mindy,

I have reviewed the release on Google finance. In order to alleviate any of your concerns regarding STS's representations concerning the Court's order, my client will be posting the following updated release.

Kevin

## UPDATE: US Court Denies Injunction Sought by Verigy

SAN JOSE, Calif.--(PR-USA)--Verigy (NASDAQ:VRGY - News), a spinoff of Agilent Technologies (NYSE: A), on February 29, 2008, was denied its request to permanently prohibit defendants Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc. and Silicon Test Solutions, LLC (STS) from bringing STS products to the Automated Test Market (ATE) market.

Instead, the Court granted a limited injunction, prohibiting STS from marketing or selling its products for five (5) months. The prohibition expires on July 29, 2008. The Court held that a limited injunction was proper because Mr. Mayder, STS?s founder and CEO, received a ?head start? by beginning work on his new venture while still employed at Verigy. The Court reasoned that a non-permanent, temporary, limited injunction was appropriate because ?there is publicly-available information regarding implementation of fan-out technology and the fact that STS?s products are directed toward different customer requirements? than Verigy.

Specifically the US court found that Romi Mayder could have developed STS products without the ?benefit of Verigy trade secrets by referring to publicly available references regarding fan-out technology and collecting and integrating STS customer requirements.? Silicon Test Systems highly values its intellectual property, and is very pleased with the court?s decision. The public version of the order is available at http://www.ecf.cand.uscourts.gov/.

**About Silicon Test Systems**
Silicon Test Systems a California Corporation founded in December 2006. STS is funded by several deep pocket investors with extensive experience in the semiconductor industry.

*Kevin Pasquinelli, Esq.*
Mount & Stoelker P.C.
RiverPark Tower, Suite 1650
333 W San Carlos
San Jose, CA 95110

Tel: (408) 279-7000 x1126
Fax: (408) 998-1473
e-mail: kpasquinelli@mount.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify Mount & Stoelker, P.C. at (408) 279-7000 and permanently delete the original and any copy of any e-mail and any printout thereof.

3/27/2008

# EXHIBIT 7

## Michael Stebbins

| | |
|---|---|
| **From:** | Kevin M. Pasquinelli [kpasquinelli@MOUNT.com] |
| **Sent:** | Wednesday, March 05, 2008 5:28 PM |
| **To:** | Mindy Morton; Daniel S. Mount |
| **Cc:** | Michael Stebbins; John Fowler; Gail C. Simmons; Kevin M. Pasquinelli; Michelle McManus |
| **Subject:** | RE: final update |

Mindy,

The preliminary injunction restrains STS from marketing and selling Flash Enhancer. I believe that the language below is proper and does not constitute marketing of the Flash Enhancer product. The language below merely quotes from the Court's Order.

You state that the language is misleading, and potentially actionable as trade libel and/or defamation. Can you explain why you feel it constitutes trade libel (e.g. I know of no factually false statements.)? Similarly, can you explain why you feel it could constitute defamation? (my last review of defamation required that a publication be damaging to Plaintiffs reputation and that it be false. Can you please point out the statement you feel is false?)

Kevin

---

**From:** Mindy Morton [mailto:mmorton@be-law.com]
**Sent:** Wednesday, March 05, 2008 4:25 PM
**To:** Kevin M. Pasquinelli; Daniel S. Mount
**Cc:** Michael Stebbins; John Fowler; Gail C. Simmons
**Subject:** RE: final update

Kevin,

It doesn't seem as though you understand my previous request during our conversation earlier this afternoon for a retraction of the previous press release.

First, this new press release (and the previous release that preceded it) violates the preliminary injunction order. Mayder is prohibited from "directly or indirectly marketing" the STS product. Both press releases clearly constitute marketing.

Second, this "correction" does not state anywhere that the previous release is retracted. We have demanded a full retraction and will accept nothing less.

Third, Verigy sought a *preliminary* injunction by this motion, not a *permanent* injunction. This "correction" incorrectly represents the relief sought.

Fourth, at best, this "correction" is misleading, and potentially actionable as trade libel and/or defamation.

If the full retraction does not occur (and, once again, neither this nor any other "correction" will be sufficient), Verigy will have no choice but to seek relief from the Court.

3/27/2008

Verigy hereby gives notice that it intends to seek a temporary restraining order regarding this issue if a retraction does not occur. Verigy also intends to seek sanctions for contempt for violating the preliminary injunction order.

Thank you for your prompt attention to this matter.

Mindy M. Morton, Esq.
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Main: 408 291-6200
Direct: 408 291-6203
Fax: 408 297-6000
Email: mmorton@be-law.com

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law. If you are not an intended recipient, do not forward this email. Interception of this message may be a federal crime. Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited. If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete the original message (including any attachments).

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2008 Bergeson, LLP [All Rights Reserved].

**From:** Kevin M. Pasquinelli [mailto:kpasquinelli@MOUNT.com]
**Sent:** Wednesday, March 05, 2008 3:38 PM
**To:** Mindy Morton
**Cc:** Kevin M. Pasquinelli; Michelle McManus
**Subject:** FW: final update

Mindy,

I have reviewed the release on Google finance. In order to alleviate any of your concerns regarding STS's representations concerning the Court's order, my client will be posting the following updated release.

Kevin

## UPDATE: US Court Denies Injunction Sought by Verigy

SAN JOSE, Calif.–(PR-USA)–Verigy (NASDAQ:VRGY - News), a spinoff of Agilent Technologies (NYSE: A), on February 29, 2008, was denied its request to permanently prohibit defendants Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc. and Silicon Test Solutions, LLC (STS) from bringing STS products to the Automated Test Market (ATE) market.

Instead, the Court granted a limited injunction, prohibiting STS from marketing or selling its products for five (5) months. The prohibition expires on July 29, 2008. The Court held that a limited injunction was proper because Mr. Mayder, STS?s founder and CEO, received a ?head start? by beginning work on his new venture while still employed at Verigy. The Court reasoned that a non-permanent, temporary, limited injunction was appropriate because ?there is publicly-available information regarding implementation of fan-out technology and the fact that STS?s products are directed toward different customer requirements? than Verigy.

Specifically the US court found that Romi Mayder could have developed STS products without the ?benefit of Verigy trade secrets by referring to publicly available references regarding fan-out technology and collecting and integrating STS customer requirements.? Silicon Test Systems highly values its intellectual property, and is very pleased with the court?s decision. The public version of the order is available at http://www.ecf.cand.uscourts.gov/.

**About Silicon Test Systems**
Silicon Test Systems a California Corporation founded in December 2006.  STS is funded by several deep pocket investors with extensive experience in the semiconductor industry.

*Kevin Pasquinelli, Esq.*

Mount & Stoelker P.C.
RiverPark Tower, Suite 1650
333 W San Carlos
San Jose, CA 95110
Tel: (408) 279-7000 x1126
Fax: (408) 998-1473
e-mail: kpasquinelli@mount.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify Mount & Stoelker, P.C. at (408) 279-7000 and permanently delete the original and any copy of any e-mail and any printout thereof.

3/27/2008

# EXHIBIT 8

Web  Images  Maps  News  Shopping  Gmail  more ▾                    Portfolios | Sign In

Search Finance

e.g. "CSCO" or "Google"

## News for Verigy Ltd. (NASDAQ:VRGY)

Showing stories 1 - 10 of about 33

Show all news | Show only top news

Jump to news for

2008 Mar (5)
     Feb (7)
     Jan (8)
2007 Dec (3)
     Nov (3)
     Oct (0)
     Sep (0)
     Aug (2)
     Jul (2)
     Jun (1)
     May (1)
     Apr (1)

### CORRECTING and REPLACING Papers Invited for VOICE 2008, Verigy's 3rd Annual ...
WELT ONLINE - Mar 11, 2008
Fifth graph , fourth and fifth sentences of release should read :
Registration for VOICE 2008 will be available online beginning May 15 ,
2008 and early registration will be $250 for attendees ...

### Breaking News: US Court Denies Injunction Sought by Verigy
PR-USA.net (press release) - Mar 5, 2008
SAN JOSE , Calif . - - ( PR - USA ) - - Verigy ( NASDAQ : VRGY - News ) ,
a spinoff of Agilent Technologies , was denied a preliminary injunction
prohibiting defendants Romi Omar Mayder , Wesley ...

### United States District Court Grants Preliminary Injunction to Verigy Against ...
Business Wire (press release) - Mar 5, 2008
CUPERTINO , Calif . - - ( BUSINESS WIRE ) - - Verigy ( NASDAQ :
VRGY ) , a premier semiconductor test company , today announced that
on February 29 , 2008 , the US District Court for the Northern ...

### ASE Test Selects Verigy V93000 Port Scale RF for Complex RF-SOCs
Business Wire (press release) - Mar 3, 2008
CUPERTINO , Calif . - - ( BUSINESS WIRE ) - - Verigy ( NASDAQ :
VRGY ) , a premier semiconductor test company , today announced that
ASE Test , one of the largest independent semiconductor testing ...

### Saifun Selects Verigy V5000e for Debug and Design Characterization of ...

FOXBusiness - Feb 27, 2008
CUPERTINO , Calif . , Feb 26 , 2008 ( BUSINESS WIRE ) - - Verigy
( NASDAQ : VRGY ) , a premier semiconductor test company , today
announced that Saifun Semiconductors Ltd . ( NASDAQ : SFUN ) ...
Rambus Picks Verigy V93000 HSM Series for Testing Next-Generation ... - FOXBusiness

### Verigy Announces Financial Results for First Quarter, 2008
FOXBusiness - Feb 21, 2008
CUPERTINO , Calif . , Feb 20 , 2008 ( BUSINESS WIRE ) - - Verigy Ltd .
( NASDAQ : VRGY ) , a premier semiconductor test company , today
reported financial results for its first quarter , ended ...

### Verigy 1Q net earnings in line with Street view; shares fall in late trading
CNNMoney.com - Feb 20, 2008
SAN FRANCISCO , Feb . 20 , 2008 ( Thomson Financial delivered by
Newstex ) - - Verigy ( NASDAQ : VRGY ) Ltd . late Wednesday reported
first - quarter net earnings of $32 million , or 52 cents ...
Verigy (VRGY) Reports Q1 In-Line; Guides Below - StreetInsider.com (subscription)
Verigy more than doubles Q1 profit Silicon Valley / San Jose Business Journal -
Bizjournals.com
Business Wire (press release)

### Chip Makers to Procure Fewer Memory Testers
PR-USA.net (press release) - Feb 19, 2008
San Jose , Calif . - - ( PR - USA ) - - Verigy ( NASDAQ : VRGY - News ) , a
spin off of Agilent ( NYSE : A - News ) , filed a lawsuit in the US District

Court for the Northern District of California ...
<u>VERIGY (VRGY) subpoenas Intel Corporation (C07-04330)</u> - PR-USA.net (press release)

## Chip Makers to Procure Fewer Memory Testers
PR-USA.net (press release) - Feb 18, 2008
CUPERTINO , Calif . - - ( Business Wire ) - - Verigy ( NASDAQ : VRGY -
News ) , a spin off of Agilent ( NYSE : A - News ) filed a lawsuit in the US
District Court for the Northern District of ...

## Verigy to Present at the Goldman Sachs 2008 Technology Investment Symposium
WELT ONLINE - Feb 13, 2008
Verigy ( NASDAQ : VRGY ) , a premier semiconductor test company ,
today announced that Keith Barnes , chairman , chief executive officer ,
and president , and Bob Nikl , chief financial officer ...

# Goooogle ▶

Result Page:    1 2 3 4    **Older**

---

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please <u>see disclaimer</u>.

©2008 Google    <u>Google Home</u> – <u>Help</u> - <u>Privacy Policy</u> - <u>Terms of Service</u>

Case 5:07-cv-04330-RMW　　Document 189-3　　Filed 03/28/2008　　Page 16 of 23



## THE LIVERMORE REPORT

**ditech** Wipe away hidden fees

$3 fla

**ABOUT US　TYCOONS　SEC FILINGS　STOCK OPTIONS　IPOS　HEDGE FUNDS**

**OIL PRODUCERS　POLITICOS　LAW**

Alibaba.com • CreditCard.com • Blackstone Group • Lockup Expirations

**FREE access to SEC EDGAR filings and business news.
Specific subjects included are the year 2007 total
compensation of the highest paid company executives, new
IPO's; subprime loans; Big Winners; Big Losers, Insider
Trades; Backdated Options; "Tycoons" like Carl Icahn,
George Soros, Sumner Redstone, and Warren Buffett; late
SEC Filers, auditor changes, poison pills**

*Advanced Search − Enter the ticker
symbol of the company and the
name of A person. EXAMPLE: To find
all stories and related SEC filings on ➡
Carl Icahn's efforts to gain control of
Motorola, search for "MOT Carl
Icahn".*

# Spinoffs

**Capital Markets Experts**
Starting a new broker dealer?
Investment Adviser Registration?
capitalmarketscompliance.com

**Fund Administration**
100% Web Based fully integrated
solution for hedge fund back office
www.globalfundsolutions.com

**Free spinoff research**
Don't pay for expensive services!
How to get a free list of spinoffs?
www.spinofflist.com

**Success in Currency T**
Turning $2,000 Into $22
Never Been This Safe an
MoneyAndMarkets.com

Ads b

## US Court Denies Injunction Sought by Verigy - PR-USA.net (press release)

US Court Denies Injunction Sought by Verigy

PR-USA.net (press release), Bulgaria - 1 hour ago

(PR-USA)--Verigy (NASDAQ:VRGY - News), a **spinoff** of Agilent Technologies, was denied a preliminary
injunction prohibiting defendants Romi Omar Mayder, ...

Published Wednesday, March 05, 2008 1:58 PM

**Free Finance Resources**

**Free spinoff research** →
Don't pay for expensive services! How to get a free list of spinoffs?
www.spinofflist.com

**Fund Administration**
100% Web Based fully integrated solution for hedge fund back office
www.globalfundsolutions.com

**Capital Markets Experts**
Starting a new broker dealer? Investment Adviser Registration?
capitalmarketscompliance.com

**Hedge Fund Jobs**
Search over 2,000+ Job Listings Post resume to eFinancialCareers.
www.efinancialcareers.com



**Best Practices Kit -
Budgeting, Forecasting
and Reporting**: Learn how
to escape...



**On Wall Street**: Is dedicated
to helping brokers, advisors,
consultants and other...

Ads by Google

■ Save to del.icio.us • About • Advertising • Contact

**Powered By** EDGAR Online    EDGAR Online, Inc. shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.
Copyright © 2007-2008, The Livermore Report. All rights reserved.

Friday 28th 2008 07:52gister M MET  newsletter  |  help  |  about  |
disclaimer

US4253435



# IP Ne 
**iPoint**

| **Patent**
| **Agent**

Main Features:
Research
Monitoring
Analysis



**Home**  |  Tools  |  Register  -  About  ttorney and partner at v. Kreisler Selting Werner

news   notices   caselaw   books   top links   SimpleView   all feeds   subm_ _ne  IP@wsflash

## Item View

**US Court Denies Injunction Sought by Verigy**
found 2008-03-05 21:10:30 on www.pr-usa.net

## IP News

Tessera Technologies' Patent Case
Proceeds
found 1 h ago on www.forbes.com

Micron loses suit with Rambus, will
appeal
found 2 h ago on www.topix.net

Out of the Gate: Tessera Shares Take
Off
found 2 h ago on www.chron.com

ICAD Gets New CAD Patent For
Integrating Information From Multiple ...
found 3 h ago on www.tradingmarkets.com

ICAD Wins New CAD Patent For
Integrating Information From Multiple ...
found 3 h ago on www.tradingmarkets.com

iCAD gets patent for mammography
tech
found 3 h ago on www.bizjournals.com

Atrua refutes Authentec's patent
infringement allegation
found 4 h ago on www.telecom.paper.nl

Pfizer patent chief charged with
distributing child pornography
found 5 h ago on www.iht.com

All That Got Stolen Was Microsoft's
Thunder
found 5 h ago on informationweek.com

Entwickler basteln Komponier-Software
fürs iPhone
found 5 h ago on www.spiegel.de

## Caselaw

BPAI: 10301755
found 1 h ago on des.uspto.gov

BPAI: 10940943
found 1 h ago on des.uspto.gov

BPAI: 10675064
found 1 h ago on des.uspto.gov

BPAI: 90006861
found 2 h ago on des.uspto.gov

BPAI: 10250890
found 3 h ago on des.uspto.gov

## Notices

**WIPO: Cybersquatting Dispute Cases
Continue to Rise**
found 2 h ago on www.wipo.int

**SIPO: IPR Symposium of Chinese,
Japanese and South Korean SMEs
Held in Tokyo**
found 10 h ago on www.sipo.gov.cn

**SIPO: State Council: Encouraging
Technological Innovation in Service
Sector and Expanding the Pilot ...**
found 10 h ago on www.sipo.gov.cn

**SIPO: SIPO Open Door Day Starts
Online Registration**
found 12 h ago on www.sipo.gov.cn

## Mission

**IP
Newsflash
is an IP
meta-
information
portal that**

portal that
browses
your
information
channels

Impressum    Disclaimer    Mobile Press    About    Help    Contact    - © Rolf Claessen

partner websites: Chemistry Index    for you and    IP Kosten    patent attorneys v. Kreisler Selting Werner
presents
no guarantee for correctness or completeness    only
relevant,
recent and
customizable
IP
information
on a single
page.

IP
Newsflash is
for time-
hungry
patent
professionals
who want to
stay up to
date but
dislike the
tedious task
of browsing
through
countless
sources of
information.

This website
brings to
you news as
well as
notices and
caselaw
from the
European
Patent
Office, the
US Patent
and

**T a g
C l o u d**
acacia

activation

airlines

appeal

apple

avistar

blu-ray

brad

canada

card

case

chip  cipla

continental

court

deal

display

dispute

drug

drug

found

generic

gibson

google

guitar

hero

icad

infringe

infringement

intelligent

iphone

itc

judgement

## Patent Family Search

[        ] [ Search ]

Enter any valid publication number
e.g. US6359159 to retrieve the
INPADOC patent family with legal
status.

| publication number | hits |
|---|---|
| DE69631904 | |
| EP910369 | |
| EP0927458 | |
| DE3908413 | |
| DE1074025 | |

## EP Monitor



3222

Oct   Nov   Dec   Jan   Feb   Mar

## Top Links

| Rank | Visits | Site | Linked |
|---|---|---|---|
| 1. | 1849 | www.ipmenu.com | 2004-06-08 |
| 2. | 1724 | www.markenblog.de | 2006-03-19 |
| 3. | 1321 | en.wikipedia.org | 2005-05-05 |
| 4. | 1036 | www.sims.berkeley.edu | 2004-06-26 |
| 5. | 934 | www.carookee.com | 2004-06-08 |
| 6. | 896 | www2.sims.berkeley.edu | 2006-05-18 |
| 7. | 750 | www.mp3board.com | 2004-07-03 |
| 8. | 709 | press.ffii.org | 2006-08-25 |
| 9. | 698 | www.patentbaristas.com | 2005-04-14 |
| 10. | 572 | www.patentportal.eu | 2006-09-04 |

# EXHIBIT 9

# HIGHLY CONFIDENTIAL -
## ATTORNEYS EYES ONLY

# FILED UNDER SEAL

# EXHIBIT 10

# HIGHLY
# CONFIDENTIAL

# FILED UNDER SEAL