1  DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
4  JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
5  BERGESON, LLP
303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
VERIGY US, INC.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13  VERIGY US, INC, a Delaware Corporation        Case No. C07 04330 RMW (HRL)

14                  Plaintiff,

15        vs.                                     **CERTIFICATE OF SERVICE**

16  ROMI OMAR MAYDER, an individual;
WESLEY MAYDER, an individual; SILICON
17  TEST SYSTEMS, INC., a California Corporation;   Judge:  Honorable Ronald M. Whyte
and SILICON TEST SOLUTIONS, LLC, a              Ctrm:    6
18  California Limited Liability Corporation,
inclusive,                                      Complaint Filed:      August 22, 2007
19                                                Trial Date:           None Set
                Defendants.
20

21

22

23

24

25

26

27

28

1    CERTIFICATE OF SERVICE

2          I declare as follows:  I am an employee in Santa Clara County, the county in which the

3    service described below occurs.  My business address is 303 Almaden Boulevard, Suite 500, San

4    Jose, California 95110.  I am over the age of eighteen (18) years and am not a party to the cause

5    for which I am serving the document(s) named below.

6          On March 28, 2008, I served the within:

7    **1. PLAINTIFF'S REPLY IN SUPPORT OF APPLICATION FOR AN ORDER TO SHOW
     CAUSE RE: CONTEMPT AGAINST DEFENDANTS ROMI MAYDER AND SILICON**

8    **TEST SYSTEMS, INC. –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT
     TO STIPULATED PROTECTIVE ORDER***;**

9    **2. REPLY DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF
     PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE RE:**

10   **CONTEMPT AGAINST DEFENDANTS ROMI MAYDER AND SILICON TEST
     SYSTEMS, INC. –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO*

11   *STIPULATED PROTECTIVE ORDER***;**

12   on the parties below by placing a true copy thereof in a sealed envelope and served same as

13   follows:

14     X   BY PERSONAL SERVICE: I caused a copy of said documents to be hand
     delivered to the interested parties at the address set forth below.  FRCP Title

15   II, §5(b)(2)(A)(i).

16   | **ATTORNEYS FOR DEFENDANTS** | |
     | **ROMI O. MAYDER, WESLEY MAYDER,** | |
17   | **SILICON TEST SYSTEMS, INC.** | |
     | Daniel S. Mount, Esq. | |
18   | Kevin M. Pasquinelli, Esq. | |
     | Kathryn G. Spelman, Esq. | |
19   | Daniel Fingerman, Esq. | |
     | MOUNT & STOELKER PC | |
20   | River Park Tower, Suite 1650 | |
     | 333 W. San Carlos | |
21   | San Jose, CA 95110 | |
     | Ph:  408.279.7000 ext. 1126 | |
22   | Fax:  408.998.1473 | |
     | dmount@mount.com | |
23   | kpasquinelli@mount.com | |
     | kspelman@mount.com | |
24   | dfingerman@mount.com | |

25         I declare under penalty of perjury that the foregoing is true and correct, and that this

26   declaration was executed on March 28, 2008, at San Jose, California.

27                           /s/
                            Gail Simmons

28