Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**Declaration of Kevin M. Pasquinelli in Support of Defendants' Motion to Compel Production of Responsive Documents**<br><br>Date:   May 20, 2008<br>Time:   10:00 a.m.<br>Judge:  Hon. Howard R. Lloyd<br>Ctrm:   2<br>Trial Date: None Set |

**Public Version - Redacted**

I, Kevin M. Pasquinelli, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California. I am an associate with the law firm of Mount & Stoelker, P.C. I have personal knowledge of the facts set forth in this declaration, and if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of *Defendants' Notice of Motion and Motion to Compel Amended Responses and Production of Responsive Documents to Defendants' Second Set of Requests for Production of Documents on Plaintiff Verigy, Motion for Sanctions.*

3. Attached as Exhibit A is a true and correct copy of Verigy's Ca CCP §2019.210 Disclosure statement filed with the Court in this case on August 24, 2007.

4. Attached as Exhibit B is a true and correct copy of this Court's *Order Granting in Part Plaintiff's Motion for a Preliminary Injunction.*

5. Attached as Exhibit C is a true and correct copy of *Defendants Second Set of Requests for Production of Documents on Plaintiff Verigy.*

6. On about 2/8/08 I received production of approximately two hundred (200) pages of documents from Verigy on a CD ROM. I observed that the documents consist mostly of sign in sheets, privacy policies and a standard version of Verigy's Confidential Disclosure Agreement ("CDA").

7. Attached as Exhibit D is a true and correct copy of an email that I received on 3/12/2008 from Melinda Morton, Esq, attorney for Verigy.

8. Attached as Exhibit E is a true and correct copy of an email that I transmitted to Melinda Morton, Esq on 3/13/2008.

Case No. 5:07-cv-04330 (RMW) (HRL)  
Declaration of Kevin M. Pasquinelli in Support of Defendant's Motion to Compel

Page 1

9. On about 3/21/2008 I received 9 pages of documents produced in this case as attachments to emails. The attachments contained two signed Non-Disclosure Agreements, and one blank sign-in log.

10. Attached as Exhibit F is a true and correct copy of an email that I transmitted to Melinda Morton, Esq on 3/24/2008.

11. Attached as Exhibit G is a true and correct copy of an email that I received on 3/26/2008 from Melinda Morton, Esq, attorney for Verigy.

12. Attached as Exhibit H is a true and correct copy of an email that I transmitted to Melinda Morton, Esq on 4/2/2008.

13. Attached as Exhibit I is a true and correct copy of emails exchanged between the parties from 4/2/2008 through 4/8/2008.

14. Attached as Exhibit J is a true and correct copy of *Verigy's Response to Defendants Second Set of Requests for Production of Documents on Plaintiff Verigy*

15. On 10/2/2007 Verigy filed a motion with this Court to compel production of a "bit for bit copy of all hard drives" in use by Defendants. For brevity, the motion is not attached. The public version is available as document #37.

16. On 10/24/07 this Court issued an order allowing discovery of Defendants' hard drives according to a carefully prescribed protocol. Fore brevity, the motion is not attached. The public version is available as document #81.

17. On 4/8/2008 I had a live telephone conversation regarding matters relevant to this motion with Michael Stebbins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of April, 2008 in San Jose, California.

/s/

Kevin M. Pasquinelli

## Exhibits List

Exhibit A: Verigy's CCP §2019.210 Disclosure [Highly Confidential]

Exhibit B: Order Granting in Part Plaintiff's Motion for A Preliminary Injunction [Highly Confidential]

Exhibit C: *Defendants Second Set of Requests for Production of Documents on Plaintiff Verigy* [Highly Confidential]

Exhibit D Email transmitted on 3/12/2008 to Melinda Morton, Esq, attorney for Verigy. [Public]

Exhibit E Email received from Melinda Morton, Esq on 3/13/2008.[Public]

Exhibit F Email transmitted to Melinda Morton, Esq on 3/24/2008.[Public]

Exhibit G Email received on 3/26/2008 from Melinda Morton, Esq, attorney for Verigy. [Public]

Exhibit H Email transmitted to Melinda Morton, Esq on 4/2/2008.[Public]

Exhibit I Emails exchanged between the parties from 4/4/2008 through 4/8/2008.[Public]

Exhibit J: *Verigy's Response to Defendants Second Set of Requests for Production of Documents on Plaintiff Verigy.*[Highly Confidential]

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Case No. 5:07-cv-04330 (RMW) (HRL)
Declaration of Kevin M. Pasquinelli in Support of Defendant's Motion to Compel

Page 4