# EXHIBITS A-C FILED UNDER SEAL