## Kevin M. Pasquinelli

| | |
|---|---|
| **From:** | Kevin M. Pasquinelli |
| **Sent:** | Wednesday, March 12, 2008 4:12 PM |
| **To:** | Mindy Morton |
| **Cc:** | Kevin M. Pasquinelli; Michelle McManus |
| **Subject:** | Response to RFPs |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Mindy,

I have received essentially no production of documents as per our initial request and your agreement to produce. I have received one CD of information which only contained a few documents, which appeared to regard Verigy trade secret and NDA legal policies.

There has been no production of documents related to the 2019 statement's claims of trade secrets, as was agreed to. Please tell me when Verigy will be producing those documents. If not reasonably immediate I will be forced to make a motion to compel.

Kevin

*Kevin Pasquinelli, Esq.*

Mount & Stoelker P.C.
RiverPark Tower, Suite 1650
333 W San Carlos
San Jose, CA 95110
Tel: (408) 279-7000 x1126
Fax: (408) 998-1473
e-mail: kpasquinelli@mount.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify Mount & Stoelker, P.C. at (408) 279-7000 and permanently delete the original and any copy of any e-mail and any printout thereof.