### Kevin M. Pasquinelli

**From:** Mindy Morton [mmorton@be-law.com]
**Sent:** Thursday, March 13, 2008 10:55 AM
**To:** Kevin M. Pasquinelli
**Cc:** Gail C. Simmons
**Subject:** RE: Response to RFPs

Kevin,
 I expect that any additional documents will be produced next week.

Mindy M. Morton, Esq.
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Main:  408 291-6200
Direct: 408 291-6203
Fax: 408 297-6000
Email: mmorton@be-law.com
_____
The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law.  If you are not an intended recipient, do not forward this email.  Interception of this message may be a federal crime.  Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited.  If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete the original message (including any attachments).
_____
IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.  2008 Bergeson, LLP [All Rights Reserved].

**From:** Kevin M. Pasquinelli [mailto:kpasquinelli@MOUNT.com]
**Sent:** Wednesday, March 12, 2008 4:12 PM
**To:** Mindy Morton
**Cc:** Kevin M. Pasquinelli; Michelle McManus
**Subject:** Response to RFPs

Mindy,

I have received essentially no production of documents as per our initial request and your agreement to produce. I have received one CD of information which only contained a few documents, which appeared to regard Verigy trade secret and NDA legal policies.

There has been no production of documents related to the 2019 statement's claims of trade secrets, as was agreed to. Please tell me when Verigy will be producing those documents. If not reasonably immediate I will be forced to make a motion to compel.

Kevin

4/8/2008

*Kevin Pasquinelli, Esq.*
Mount & Stoelker P.C.
RiverPark Tower, Suite 1650
333 W San Carlos
San Jose, CA 95110
Tel: (408) 279-7000 x1126
Fax: (408) 998-1473
e-mail: kpasquinelli@mount.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify Mount & Stoelker, P.C. at (408) 279-7000 and permanently delete the original and any copy of any e-mail and any printout thereof.

*Kevin Pasquinelli, Esq.*

4/8/2008