Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
        kspelman@mount.com
        dfingerman@mount.com
        kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**[Proposed] Order Granting Defendants' Notice of Motion and Motion to Compel Amended Responses and Production of Responsive Documents to Defendants Second Set of Requests for Production of Documents on Plaintiff Verigy, Motion for Fees and Sanctions**<br><br>**Date:   May 20, 2008**<br>**Time:  10:00 a.m.**<br>**Judge: Hon. Howard R. Lloyd**<br>**Ctrm:  2** |

1  Now before the court is the *Defendants' Notice of Motion and Motion to Compel Amended Responses and Production of Responsive Documents to Defendants Second Set of Requests for Production of Documents on Plaintiff Verigy, Motion for Fees and Sanctions.* Upon consideration of the motion, Verigy's response brief, Defendants reply brief, the supporting declarations filed therewith, and the hearing on this matter, the court finds there to be good cause for granting the Defendants' request.

### A. Production of Documents within 14 Days of the Court's Order

Good cause having been shown, the court finds that Verigy has "hypertechnically" interpreted the RFPs for its own benefit, to avoid producing responsive documents to its overly broad 2019 Disclosure. Therefore, Defendants request for the Court to issue an order compelling Verigy to produce responsive documents, for requests Nos. 16 through 75, that substantiate and define the trade secrets is GRANTED, the documents to be produced within fourteen (14) days of issuance of this order.

### B. Recovery of Costs and Fees to Bring Motion

Verigy's objections and failure to comply with the plain and obvious meaning of the RFPs was improper. As such, Defendants request for attorneys' fees and costs incurred in bringing this motion is GRANTED. Accordingly, Defendants are to create a bill of costs and fees for filing with this Court.

Dated: _____   _____

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000