1  Daniel S. Mount, Esq. (State Bar No. 77517)
   Kathryn G. Spelman, Esq. (State Bar No. 154512)
2  Dan Fingerman, Esq. (State Bar No. 229683)
   Kevin Pasquinelli, Esq. (State Bar No. 246985)
3  Mount & Stoelker, P.C.
4  333 West San Carlos
   RiverPark Tower, Suite 1650
5  San Jose CA  95110-2740
   Phone: (408) 279-7000
6  Fax:    (408) 998-1473

7
   Attorneys for Defendants Romi Omar Mayder,
8  Wesley Mayder, Silicon Test Systems, Inc. and
   Silicon Test Solutions, LLC
9

                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN JOSE DIVISION

12
13  VERIGY US, INC, a Delaware           Civil Case No.:  C07-04330 RMW (HRL)
    Corporation
14
                    Plaintiff,           PROOF OF SERVICE BY PERSONAL
15                                       SERVICE
    vs.
16
    ROMI OMAR MAYDER, an individual,
17  WESLEY MAYDER, an individual,
    SILICON TEST SYSTEMS, INC. a
18  California Corporation, SILICON TEST
    SOLUTIONS, LLC, a California Limited
19  Liability Corporation, inclusive,

20                  Defendants.

21
22
23
24
25
26
27
28

Civil Case No. : C07-04330 RMW (HRL)
Proof of Service by Personal Service

Case No. 5:07-CV-04330 (RMW) (HRL)

## PROOF OF SERVICE

I am a citizen of the United States. My business address is RiverPark Tower, Suite 1650, 333 W. San Carlos, San Jose, CA 95110. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the **SEALED** document(s) listed below as follows:

DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL AMENDED RESPONSES AND PRODUCTION OF RESPONSIVE DOCUMENTS TO DEFENDANTS SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON PLAINTIFF VERIGY, MOTION FOR FEES AND SANCTIONS.

DECLARATION OF KEVIN M. PASQUINELLI IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF RESPONSIVE DOCUMENTS

| | |
|---|---|
| John W. Fowler, Esq. | Attorney for Verigy US, Inc. |
| Daniel J. Bergeson, Esq. | |
| Melinda Mae Morton, Esq. | |
| Bergeson, LLP | |
| 303 Almaden Boulevard, Ste. 500 | |
| San Jose, CA 95110-2712 | |
| Fax: (408) 297-6000 | |
| E-mail: jfowler@be-law.com | |
| dbergeson@be-law.com | |
| mmorton@be-law.com | |

☐ (BY MAIL) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail at San Jose, California.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be transmitted by electronic mail on this date to the email addresses listed above.

☐ (BY FAX) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY FEDERAL EXPRESS) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be delivered to a Federal Express pickup at San Jose, California.

☒ (BY PERSONAL SERVICE) I caused such document(s), placed in sealed envelope(s), to be personally delivered by hand on this date to the offices of the addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 10, 2008.

_____
MICHELLE MCMANUS