UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

DATE: April 11, 2008

Case No. C-07-04330 RMW        JUDGE: Ronald M. Whyte

VERIGY US, INC.,        -v- ROMI OMAR MAYDER ET AL.,
Title

Mindy Morton                                Dan Fingerman, Dan Mount, Kevin Pasquinelli
Attorneys Present                           Attorneys Present

COURT CLERK: Corinne Lew                    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

Motion for Order to Show Cause Re: Contempt Against Defendants

**ORDER AFTER HEARING**

**Motion Hearing Held. The Court heard oral argument from both sides. The Court to send out ruling to all parties. Motion deemed submitted.**