JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com

Attorneys for defendant
WESLY MAYDER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>              Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**NOTICE OF APPEARANCE OF RUSSO & HALE LLP AS COUNSEL FOR DEFENDANT WESLEY MAYDER**<br><br><br><br><br>Complaint Filed: August 22, 2007<br>Trial Date: None set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

        NOTICE IS HEREBY GIVEN that the law firm of Russo & Hale LLP will serve and now appears as counsel for defendant Wesley Mayder in the above-referenced matter.

                                            Respectfully submitted,

Dated: April 18, 2008                       RUSSO & HALE LLP


                        By:    ____/s/_____
                                            Jack Russo

                                            Attorneys for defendant
                                            WESLEY MAYDER