JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com

Attorneys for defendant
WESLEY MAYDER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| Plaintiff, | **NOTICE OF WITHDRAWAL AND REPLACEMENT OF COUNSEL FOR DEFENDANT WESLEY MAYDER** |
| v. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | [Civil Local Rule 11-5] |
| Defendants. | Complaint Filed: August 22, 2007<br>Trial Date: None set |
| AND RELATED CROSSCLAIMS. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Wesley Mayder hereby gives notice that Mount & Stoelker, P.C. has withdrawn as his counsel. Mount & Stoelker, P.C. has obtained defendant Wesley Mayder's permission to withdraw from the above-styled cases, and to substitute in the law firm of Russo & Hale LLP which recently entered an appearance.

Dated: April 18, 2008

Respectfully submitted,

RUSSO & HALE LLP

By: _____/s/_____
       Jack Russo

Attorneys for defendant
WESLEY MAYDER