1  JACK RUSSO (State Bar No. 96068)
   RUSSO & HALE LLP
2  401 Florence Street
   Palo Alto, CA 94301
3  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
4  Email: jrusso@computerlaw.com

5  Attorneys for defendant                    *E-FILED - 4/28/08*
   WESLEY MAYDER

6
                    IN THE UNITED STATES DISTRICT COURT
7
             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                           SAN JOSE DIVISION
9

10  VERIGY US, INC., a Delaware Corporation,      Case No. 5:07-cv-04330-RMW (HRL)

11              Plaintiff,                         [] ORDER PERMITTING
                                                  WITHDRAWAL AND REPLACEMENT OF
12         v.                                     COUNSEL

13  ROMI OMAR MAYDER, an individual;
    WESLEY MAYDER, an individual; SILICON
14  TEST SYSTEMS, INC., a California
    Corporation; and SILICON TEST
15  SOLUTIONS, LLC, a California Limited
    Liability Corporation, inclusive,
16

17              Defendants.                        Complaint Filed: August 22, 2007
                                                   Trial Date: None set
18

19  AND RELATED CROSSCLAIMS.

20

21      On April 18, 2008, defendant Wesley Mayder filed a Notice of Withdrawal of Mount and

22  Stoelker, P.C. as counsel.  That same day, Russo & Hale LLP filed Notice of Appearance as

23  counsel for Wesley Mayder.  Good cause appearing therefore, IT IS HEREBY ORDERED that

24  Mount and Stoelker, P.C. is granted leave to withdraw and Russo & Hale LLP is granted leave to

25  replace Mount and Stoelker, P.C. as counsel for defendant Wesley Mayder in the above-styled

26  actions.

27  Dated:  4/28/08                              *Ronald M. Whyte*
                                                 _____
28                                               Judge of the Federal Court

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ™   [] Order Permitting Withdrawal of Counsel       1          Case No. 5:07-cv-04330-RMW (HRL)