1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373        *ORDER E-FILED 4/29/2008*
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 VERIGY US, INC, a Delaware Corporation   | Case No. C07 04330 RMW (HRL)
13              Plaintiff,                  | STIPULATION AND [PROPOSED] ORDER
                                            | RE: BRIEFING AND HEARING
14      vs.                                 | SCHEDULE FOR MOTION TO COMPEL
15 ROMI OMAR MAYDER, an individual;         | Judge: Honorable Howard R. Lloyd
   WESLEY MAYDER, an individual; SILICON    | Ctrm:  2
16 TEST SYSTEMS, INC., a California Corporation;
   and SILICON TEST SOLUTIONS, LLC, a
17 California Limited Liability Corporation,| Complaint Filed: August 22, 2007
   inclusive,                               | Trial Date:      None Set
18
19              Defendants.

**STIPULATION**

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP and Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, and Silicon Test Solutions, LLC ("Defendants") by and through their counsel of record, Mount & Stoelker, PC, do hereby stipulate and agree as follows:

Whereas the parties are attempting to resolve the discovery dispute, the parties respectfully request court approval of the following modified hearing and briefing schedule, which postpones the hearing and briefing schedule by one week:

1. The hearing on Defendants' proposed motion to compel, currently set for May 20, 2008, shall be heard on May 27, 2008 at 9:00 a.m. or as soon thereafter as the Court may hear the matter;
2. Plaintiff shall file and serve their opposition to the motion no later than May 6, 2008.
3. Defendants shall file and serve any reply papers in support of their motion by May 13, 2008.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 28, 2008     BERGESON, LLP

By: _____
Melinda M. Morton, Esq.
Attorneys for Plaintiff Verigy

Dated: April 28, 2008     MOUNT & STOELKER, P.C.

By: _____
Kevin M. Pasquinelli, Esq.
Attorneys for Romi O. Mayder, Silicon Test Systems, Inc. and Silicon Test Solutions, LLC.

---

STIPULATION AND [PROPOSED] ORDER RE BRIEFING
AND HEARING SCHEDULE FOR MOTION TO COMPEL        Case No. C07 04330 RMW (HRL)

1

1  Dated: April 28, 2008                    MOUNT & STOELKER, P.C.

                                            By: _____
                                            Kevin M. Pasquinelli, Esq.
                                            Attorney for Wesley Mayder (to the extent authority
                                            exists – substitution of counsel pending)

### ORDER

~~In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.~~

~~IT IS SO ORDERED.~~

~~Dated: _____, 2008_____ By: ==========================~~
                                            ~~Honorable Howard R. Lloyd~~
                                            ~~UNITED STATES MAGISTRATE COURT~~
                                            ~~JUDGE~~

The parties' request for a continuance is granted. However, in view of the court's unavailability on May 27, 2008 and June 3, 2008, the hearing on defendants' motion to compel is continued to June 10, 2008, 10:00 a.m. in Courtroom 2. Plaintiff's opposition is due by May 20, 2008. Defendants' reply is due by May 27, 2008.

Dated: April 29, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Howard R. Lloyd]