1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
3 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
4 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
6 | Facsimile:  (408) 297-6000

7 | Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Howard R. Lloyd
Ctrm:   2 |
| Defendants. | |

1   Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff"
2   or "Verigy") requests that the following materials be filed under seal, as they contain confidential
3   information that is protected by the Stipulated Protective Order entered by the Court on August
4   29, 2007. The documents submitted under seal include: Exhibits B through H and Exhibit N of
5   the Declaration of Melinda M. Morton in Support of Verigy's Motion for Protective Order Re
6   Requests for Admission Propounded by Defendants.

7   These materials (hereafter "the Materials") disclose information that has been designated
8   as "Confidential" or "Highly Confidential – Attorneys Eyes Only" by the parties or the Court
9   under the Protective Order, without objection to those designations (although Verigy reserves its
10  rights to challenge such designations pursuant to the Stipulated Protective Order). The Materials
11  are especially sensitive because they contain references to Verigy's trade secrets and trade secret
12  designations. Although the information in the Materials has been designated as protected from
13  disclosure under the Protective Order, Verigy must rely on this information in support of its
14  Application. The parties' confidentiality interest therefore overcomes the right of public access to
15  the record, as a substantial probability exists that the parties' overriding confidentiality interest
16  will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored
17  and no less restrictive means exist to achieve this overriding interest

18  Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this
19  Court, and respectfully requests leave to file the aforementioned documents under seal.

20  Respectfully submitted.

21  Dated: May 13, 2008                            BERGESON, LLP

22
                                                  By:       /s/
23                                                      Melinda M. Morton
                                                        Attorneys for Plaintiff
24                                                      VERIGY US, INC.

1

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL                                              CASE NO. C07 04330 RMW (HRL)