1   DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
2   JOHN W. FOWLER, Bar No. 037463
    jfowler@be-law.com
3   MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
4   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
5   San Jose, CA 95110-2712
    Telephone: (408) 291-6200
6   Facsimile: (408) 297-6000

7   Attorneys for Plaintiff
    VERIGY US, INC.
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

| | |
|---|---|
| 12  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 13             Plaintiff, | |
| 14       vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| 15  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
| | Judge: Honorable Howard R. Lloyd |
| | Ctrm:  6 |
| 18             Defendants. | |

1   Now before the Court is Verigy's Administrative Motion For Leave To File Documents
2   Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under
3   Seal and the supporting declaration of Melinda M. Morton filed therewith, the Court finds there to
4   be good cause for granting Plaintiff's request to file documents under seal.

   GOOD CAUSE having been shown, the Court finds that:

   (1)   The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Exhibits B through H and Exhibit N of the Declaration of Melinda M. Morton in Support of Verigy's Motion for Protective Order Re Requests for Admission Propounded by Defendants.

   (2)   The parties' overriding confidentiality interests support sealing the record;

   (3)   A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

   (4)   The proposed sealing is narrowly tailored; and

   (5)   No less restrictive means exist to achieve this overriding interest.

   IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Honorable Howard R. Lloyd
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL        CASE NO. C07 04330 RMW (HRL)