DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING VERIGY'S MOTION FOR PROTECTIVE ORDER RELIEVING VERIGY OF DUTY TO RESPOND TO SECOND SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANTS**<br><br>Date: June 17, 2008<br>Time: 10:00 a.m.<br>Ctrm: 2<br>Judge: Honorable Howard R. Lloyd<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |

1   This matter having come before the Court on the Motion of plaintiff Verigy US, Inc. for a protective order relieving Verigy of the duty to respond to defendants' second set of requests for admission, totaling 278 requests;

AND the Court having read the Notice of Motion and Motion, the declaration of Melinda M. Morton, the memorandum of points and authorities submitted in support of the motion, the complete files and records in this action, and the arguments of Counsel;

AND, good cause appearing;

**IT IS HEREBY ORDERED THAT:**

Verigy's Motion for a Protective Order is GRANTED, and Defendants' Second Set of Requests for Admission is quashed.  Further, Defendants will pay Verigy's reasonable attorneys' fees in an amount to be set by the Court after viewing Verigy's declaration of fees and costs.

**IT IS SO ORDERED**.

Dated: _____, 2008        By: _____
                                    The Honorable Howard R. Lloyd
                                    United States District Judge

---

1
[PROPOSED] ORDER GRANTING VERIGY'S MOTION FOR PROTECTIVE ORDER RELIEVING DUTY TO RESPOND TO 2ND RFA
CASE NO. C07 04330 RMW (HRL)