1   DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
2   MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
3   MICHAEL W. STEBBINS, Bar No. 138326
    mstebbins@be-law.com
4   JOHN W. FOWLER, Bar No. 037463
    jfowler@be-law.com
5   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
6   San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
7   Facsimile:   (408) 297-6000

8   Attorneys for Plaintiff
    VERIGY US, INC.

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13  VERIGY US, INC, a Delaware Corporation        Case No. C07 04330 RMW (HRL)

14                      Plaintiff,

15          vs.                                   **CERTIFICATE OF SERVICE**

16  ROMI OMAR MAYDER, an individual;
    WESLEY MAYDER, an individual; SILICON
17  TEST SYSTEMS, INC., a California Corporation;  Judge:  Honorable Howard R. Lloyd
    and SILICON TEST SOLUTIONS, LLC, a            Ctrm:    2
18  California Limited Liability Corporation,
    inclusive,                                    Complaint Filed:      August 22, 2007
19                                                Trial Date:           None Set
                        Defendants.
20

21

22

23

24

25

26

27

28

1                                CERTIFICATE OF SERVICE

2          I declare as follows:  I am an employee in Santa Clara County, the county in which the

3   service described below occurs.  My business address is 303 Almaden Boulevard, Suite 500, San

4   Jose, California 95110.  I am over the age of eighteen (18) years and am not a party to the cause

5   for which I am serving the document(s) named below.

6          On May 13, 2008, I served the within:

7   **1.  DECLARATION OF MELINDA MORTON IN SUPPORT OF VERIGY'S MOTION
        FOR PROTECTIVE ORDER RE REQUESTS FOR ADMISSION PROPOUNDED BY**
8   **DEFENDANTS –** *SUMITTED UNDER SEAL – HIGHLY CONFIDENTIAL PURSUANT*
        *TO STIPULATED PROTECTIVE ORDER***;**
9

10  on the parties below by placing a true copy thereof in a sealed envelope and served same as

11  follows:

12   X    BY PERSONAL SERVICE: I caused a copy of said documents to be hand
        delivered to the interested parties at the address set forth below.  FRCP Title
13       II, §5(b)(2)(A)(i).

14  | ATTORNEYS FOR DEFENDANTS | ATTORNEYS FOR DEFENDANT |
    |---|---|
    | **ROMI O. MAYDER, WESLEY MAYDER,** | **WESLEY MAYDER** |
    | **SILICON TEST SYSTEMS, INC.** | Jack Russo, Esq. |
    | Daniel S. Mount, Esq. | Russo & Hale LLP |
    | Kevin M. Pasquinelli, Esq. | 401 Florence Street |
    | Kathryn G. Spelman, Esq. | Palo Alto, CA 94301 |
    | Daniel Fingerman, Esq. | Ph:  650.327.9800 |
    | MOUNT & STOELKER PC | Fax: 650.327.3737 |
    | River Park Tower, Suite 1650 | jrusso@computerlaw.com |
    | 333 W. San Carlos | |
    | San Jose, CA 95110 | |
    | Ph:   408.279.7000 ext. 1126 | |
    | Fax:  408.998.1473 | |
    | dmount@mount.com | |
    | kpasquinelli@mount.com | |
    | kspelman@mount.com | |
    | dfingerman@mount.com | |

23          I declare under penalty of perjury that the foregoing is true and correct, and that this

24  declaration was executed on May 13, 2008, at San Jose, California.

25                                              /s/
                                            Gail Simmons
26

27

28