DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>　　　　　　　Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO SHORTEN TIME FOR IT'S MOTION FOR PROTECTIVE ORDER RELIEVING VERIGY OF DUTY TO RESPOND TO SECOND SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANTS**<br><br>Ctrm: 2<br>Judge: Honorable Howard R. Lloyd<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |

1  Pursuant to Civil Local Rules 6-1 and 6-3, Plaintiff Verigy US, Inc. ("Verigy") will and
2  hereby does move this Court for an order granting its Motion to Shorten Time on its motion for a
3  protective order relieving Verigy of the duty to respond to defendants' second set of requests for
4  admission, totaling 278 requests.  Upon consideration of the motion, any opposition thereto, and
5  the entire record herein, it is hereby
6  ORDERED that Verigy's Motion to Shorten Time is GRANTED and that the time for
7  hearing the motion for a protective order relieving Verigy of the duty to respond to defendants'
8  second set of requests for admission, totaling 278 requests is shortened as follows:
9  (1) Defendants must file and serve their Opposition, if any, to the Motion for a
10  Protective Order on or before May 27, 2008; and
11  (2) Plaintiff must file and serve its Reply, if any, to the Motion for a Protective Order
12  on or before June 3, 2008.
13  (3) The hearing for the motion will take place on June 10, 2008 at 10:00 a.m.

15  **IT IS SO ORDERED**.

16  Dated: _____, 2008           By: _____
                                           The Honorable Howard R. Lloyd
17                                         United States District Judge

---

1
[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO SHORTEN TIME FOR IT'S MOTION FOR PROTECTIVE ORDER
RELIEVING DUTY TO RESPOND TO 2ND RFA                    CASE NO. C07 04330 RMW (HRL)