1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
3 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
4 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
6 | Facsimile: (408) 297-6000

7 | Attorneys for Plaintiff
VERIGY US, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
|---|---|
| Plaintiff, | **DECLARATION OF MELINDA MORTON IN SUPPORT OF VERIGY'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm: 6 |
| Defendants. | Complaint Filed: August 22, 2007<br>Trial Date: None Set |

---

DECLARATION OF MELINDA M. MORTON IN SUPPORT OF VERIGY'S SUPPLEMENTAL CMC STATEMENT
C07-04330 RMW (HRL)

I, Melinda M. Morton, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am a partner in the law firm of Bergeson, LLP, counsel of record for plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Verigy's Supplemental Case Management Statement.

3. On Thursday, May 15, 2008, at 11:10 a.m., I sent an email to Defendants' counsel informing them of Verigy's intention to file a supplemental case management statement and asking counsel to inform me by noon on May 16, 2008 whether they intended to participate in the proposed joint case management statement. A true and correct copy of my May 15, 2008 email to Defendants' counsel is attached hereto as Exhibit A. As of 2:00 p.m. today, I have not received any response from Defendants' counsel. Defendants filed a "corrected" answer at 1:11 p.m. today, so counsel is apparently available but chose not to respond to my request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 16th day of May, 2008 at San Jose, California.

                                                        /s/
                                        Melinda M. Morton