# EXHIBIT A

## Mindy Morton

| | |
|---|---|
| **From:** | Mindy Morton |
| **Sent:** | Thursday, May 15, 2008 11:10 AM |
| **To:** | 'JRusso@computerlaw.com'; Tim Hale; 'Kevin M. Pasquinelli' |
| **Cc:** | Gail C. Simmons; Michael Stebbins; John Fowler |
| **Subject:** | Supplemental CMC Statement |
| **Attachments:** | Verigy - Suppl Case Management Statement 5-14-08.doc |

Pursuant to the local rules, we are supposed to file a joint CMC statement including any changes from the previous CMC statement. I have drafted a statement including the changes I am aware of. We would like to file this tomorrow. Please let me know by noon tomorrow whether you will be participating in the joint statement or if we should file the statement only on Verigy's behalf. If you do intend to join, please send any additions by noon tomorrow so we can circulate the final joint version and get it filed in a timely manner. Please note that if the STS Defendants wish to include confidential material again, they will need to be responsible for the costs and efforts of filing the document under seal and filing a motion for leave to file under seal. Please feel free to give me a call if you have any questions or concerns.

Regards,
Mindy
Mindy M. Morton, Esq.
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Main: 408 291-6200
Direct: 408 291-6203
Fax: 408 297-6000
Email: mmorton@be-law.com

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law. If you are not an intended recipient, do not forward this email. Interception of this message may be a federal crime. Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited. If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete the original message (including any attachments).

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2008 Bergeson, LLP [All Rights Reserved].