Case No. 5:07-CV-04330 (RMW) (HRL)

## PROOF OF SERVICE

I am a citizen of the United States. My business address is RiverPark Tower, Suite 1650, 333 W. San Carlos, San Jose, CA 95110. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the document(s) listed below as follows: **Declaration of Kevin Pasquinelli (including exhibits), Defendants Opposition to Verigy's Notice of Motion and Motion to Shorten Time**

Daniel J. Bergeson, Esq.  
John W. Fowler, Esq.  
Melinda Mae Morton, Esq.  
Bergeson, LLP  
303 Almaden Boulevard, Ste. 500  
San Jose, CA 95110-2712  
Fax: (408) 297-6000  
E-mail: jfowler@be-law.com  
  mmorton@be-law.com

Attorneys for Verigy US, Inc.

☐ (BY MAIL) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail at San Jose, California.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be transmitted by electronic mail on this date to the email addresses listed above.

☐ (BY FAX) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY FEDERAL EXPRESS) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be delivered to a Federal Express pickup at San Jose, California.

☒ (BY PERSONAL SERVICE) I caused such document(s), placed in sealed envelope(s), delivered by hand this date to the offices of the addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am a member of the bar of this court at whose direction the service was made. Executed on May 16, 2008.

_____  
Kevin M. Pasquinelli, Esq.

Proof of Service                                                                Case No. 5:07-CV-04330 (RMW) (HRL)