**\*E-FILED 5/20/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., | No. C07-04330 RMW (HRL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME** |
| v. | |
| ROMI OMAR MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC., and SILICON TEST SOLUTIONS, LLC, | **[Re: Docket No. 202]** |
| Defendants. | |

Plaintiff moves for an order shortening time with respect to its motion for protective order (Docket No. 201). Defendants oppose the motion. Upon consideration of the moving and responding papers, the court does not find sufficient good cause and denies the motion to shorten time. Plaintiff's motion for protective order is set for hearing on June 17, 2008. Briefing shall proceed in accordance with the court's Civil Local Rules.

Insofar as defendants appear to be requesting their attorney's fees incurred in connection with plaintiff's motion for an order shortening time, that request is also denied.

IT IS SO ORDERED.

Dated:   May 20, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:07-cv-4330 Notice electronically mailed to:**

Daniel J. Bergeson dbergeson@be-law.com, swalker@be-law.com

Daniel Harlan Fingerman dfingerman@mount.com, mmcmanus@mount.com

John W. Fowler jfowler@be-law.com, swalker@be-law.com

Melinda Mae Morton mmorton@be-law.com, gsimmons@be-law.com

Daniel S. Mount dmount@mount.com, mmcmanus@mount.com

Kevin Martin Pasquinelli kpasquinelli@mount.com

Jack Russo jrusso@computerlaw.com, mrisch@computerlaw.com

Kathryn G. Spelman kspelman@mount.com, mmcmanus@mount.com

Michael William Stebbins mstebbins@be-law.com, vross@be-law.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.