United States District Court
Northern District of California

# DOCUMENT LOCATOR

**CASE NUMBER**  CV-07-04330 RMW

**DATE FILED**  5-20-08

**DOCUMENT NUMBER**  210

  Reporter's Transcript  _____

  Trial Exhibits  _____

  Lodged Documents  _____

  Sealed Documents  _____

  CJA Financial Documents  _____

  Judgment and Commitment  _____

  Other  Removed pdf attachment

**LOCATION**  per dkt # 211

  Expando File
  (Located next to case file)  _____

  Overflow Shelf  _____

  Sealed Room  _____

  Financial File (Vault)  _____

  Volume 1 (Top)  _____

  Other  _____