United States District Court
For the Northern District of California

**E-FILED on** __5/22/08__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROMI OMAR MAYDER; WESLEY MAYDER; SILICON TEST SYSTEMS, INC.; and SILICON TEST SOLUTIONS, LLC, <br><br> Defendants. | No. C-07-04330 RMW <br><br> ORDER TO REMOVE INCORRECTLY FILED DOCUMENT <br><br> **[Re Docket No. 210]** |

Due to court's filing error, the clerk shall remove the document attached to Docket No. 210.

DATED: __5/22/08__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO REMOVE INCORRECTLY FILED DOCUMENT—No. C-07-04330 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Melinda Morton | mmorton@be-law.com |
| Daniel J. Bergeson | dbergeson@be-law.com |
| John W. Fowler | jfowler@be-law.com |

**Counsel for Defendants:**

| | |
|---|---|
| Daniel Harlan Fingerman | dfingerman@mount.com |
| Daniel S. Mount | dmount@mount.com |
| Kevin Martin Pasquinelli | kpasquinelli@mount.com |
| Jack Russo | jrusso@computerlaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 5/22/08

/s/ MAG
**Chambers of Judge Whyte**