Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
         kspelman@mount.com
         dfingerman@mount.com
         kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

**\*ORDER E-FILED 5/23/2008\***

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | [XXXXXX] [Proposed] Order Granting Defendants' Administrative Motion For Leave To File Documents Under Seal |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | [Re: Docket No. 191] |
| Defendants. | |

1    Now before the court is the *Defendants' Administrative Motion For Leave To File Documents
2    Under Seal*.  Upon consideration of the motion and the supporting declaration filed therewith, the
3    court finds there to be good cause for granting the Defendants' request to file documents under seal.
4    Good cause having been shown, the court finds that the parties possess an overriding confidentiality
5    interest that overcomes the right of public access to the record for portions of the document entitled
6    *Defendants' Notice of Motion and Motion to Compel Amended Responses and Production of
7    Responsive Documents to Defendants Second Set of Requests for Production of Documents on
8    Plaintiff Verigy, Motion for Fees and Sanctions*, and exhibits A, B, C and J to the *Declaration of
9    Kevin M. Pasquinelli in Support of Defendants' Motion to Compel Production of Responsive
10   Documents.*"

11   The parties' overriding confidentiality interests support sealing the above-identified
12   documents.  A substantial probability exists that the parties' overriding confidentiality interest would
13   be prejudiced if the record is not sealed.  The proposed sealing is narrowly tailored, and no less
14   restrictive means exist to achieve the parties' overriding interests.

15   It is therefore ordered that the *Defendants' Administrative Motion For Leave To File
16   Documents Under Seal* is GRANTED.

18   Dated:  May 23, 2008

     Howard R. Lloyd
     United States Magistrate Judge

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000