1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
3 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
4 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
5 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
6 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
7 | Facsimile: (408) 297-6000

8 | Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>          Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**VERIGY'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER RELIEVING VERIGY OF DUTY TO RESPOND TO SECOND SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANTS**<br><br>Date: June 17, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Howard R. Lloyd<br><br>Complaint Filed:     August 22, 2007<br>Trial Date:          None Set |

**NOTICE OF WITHDRAWAL OF MOTION**

Pursuant to Civil Local Rule 7-7, Verigy US, Inc. ("Verigy") hereby withdraws its motion for a protective order relieving Verigy of the duty to respond to Defendants' Second Set of Requests for Admission, as the issue was made moot at the Court's Case Management Conference held May 23, 2008. The Court ordered a limit of 96 Requests for Admission per side, thus resolving the dispute concerning Defendants' Second Set of Requests for Admission.

Dated: May 23, 2008                    BERGESON, LLP

                                       By: _____/s/_____
                                             Melinda M. Morton

                                       Attorneys for Plaintiff
                                       VERIGY US, INC.

---

1

VERIGY'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER RE: SECOND SET OF REQUESTS FOR ADMISSION
C07-04330 RMW (HRL)