# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: May 23, 2008

Case No. C-07-04330-RMW     JUDGE: Ronald M. Whyte

**VERIGY US, INC.**     -V- ROMI OMAR MAYDER, et al.
Title

| Appeared | Appeared |
|---|---|
| Attorneys Present (Plaintiff) | Attorneys Present (Defendant) |

COURT CLERK: Jackie Garcia     COURT REPORTER: Not Reported

## PROCEEDINGS

## FURTHER CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: If the case is to proceed by way of a jury trial, the Court set a date of 12/8/08 @ 1:30 PM; If the case is to proceed as a bench trial, the Court set a date of 12/15/08 @ 1:30 PM. Plaintiff shall notify the Court within 1 week as to their decision of a jury or bench trial. Pretrial Conference set for 11/26/08 @ 2:00 PM; Joint Pretrial Statement due 11/17/08; Deadline for Hearing any Dispositive Motions set for 10/17/08 @ 9:00 AM; Discovery cutoff 8/29/08; Disclosure of Experts by 9/19/08; Expert Discovery cutoff 10/3/08. Discovery Limits: Depositions - 12 per side; Interrogatories - 25 additional to those that the parties have propounded; Request for Admissions - 30 more from today, (in addition to the 66 plaintiff has answered) for a total of 96 per side; Document Request - no limit, but narrowly tailored. The parties are to meet and confer with regard to the contempt issue, and if the parties are unable to reach an agreement, the parties are to notify the Court by way of a joint letter. Plaintiff to prepare the order following the conference.