Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com
         kspelman@mount.com
         dfingerman@mount.com
         kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation,<br><br>Defendants. | Case No. 5:07-cv-04330 (RMW) (HRL)<br><br>**NOTICE OF WITHDRAWAL AND REPLACEMENT OF COUNSEL FOR DEFENDANTS ROMI OMAR MAYDER, SILICON TEST SYSTEMS, INC., AND SILICON TEST SOLUTIONS, LLC** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Romi Omar Mayder, Silicon Test Systems Inc., and Silicon Test Solutions LLC hereby give notice that Mount & Stoelker, P.C. has withdrawn as their counsel. Defendants Romi Mayder, Silicon Test Systems Inc., and Silicon Test Solutions, LLC's grant permission for Mount & Stoelker, P.C. to withdraw from the above cases, and to substitute in the law firm of Russo & Hale LLP which recently entered an appearance for Defendant Wesley Mayder.

Dated: May 23, 2008

MOUNT & STOELKER, P.C.

By: _____
Kathryn G. Spelman, Esq.
Daniel S. Mount, Esq.
Daniel H. Fingerman, Esq.
Kevin M. Pasquinelli, Esq.
Withdrawing Attorneys for Defendants,
Romi Mayder, Silicon Test Systems Inc., and
Silicon Test Solutions LLC

Dated: May 23, 2008

RUSSO & HALE LLP

By: _____
Jack Russo, Esq.
Substituting Attorneys for Defendants,
Romi Mayder, Silicon Test Systems Inc., and
Silicon Test Solutions LLC

Dated: May 23, 2008

Romi Mayder

By: _____
Romi Mayder, an Individual

Dated: May 23, 2008

Silicon Test Systems, Inc.

By: _____
Romi Mayder
President and CEO
Silicon Test Systems, Inc.

Dated: May 23, 2008

Silicon Test Solutions, LLC

By: _____
Romi Mayder
Silicon Test Solutions, LLC