1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation, | Case No. C07-04330 RMW (HRL) |
|---|---|
| Plaintiff, | |
| vs. | **VERIGY US, INC.'S NOTICE OF DECISION REGARDING JURY TRIAL** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Complaint Filed: August 22, 2007<br>Trial Date: None Set |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1 | Pursuant to the Court's May 23, 2008 Minute Order, Plaintiff Verigy US, Inc. ("Verigy"), hereby notifies the court that Plaintiff has elected to proceed with a bench trial, starting on December 15, 2008.

Dated: May 30, 2008						BERGESON, LLP


							By:_____/s/_____
								Melinda Morton

							Attorneys for Plaintiff
							VERIGY US, INC.