RUSSO & HALE LLP
ATTORNEYS AT LAW
401 FLORENCE STREET
PALO ALTO, CALIFORNIA 94301
COMPUTERLAW.COM℠

TELEPHONE
(650) 327-9800

FAX
(650) 327-3737

May 30, 2008

**VIA ELECTRONIC CASE FILING**

Honorable Ronald M. Whyte
Judge of the District Court
Courtroom Six, Fourth Floor
280 South 1st Street
San Jose, CA 95113

    Re:  **Verigy US, Inc. v. Romi Omar Mayder et al.; No. C-07-04330 RMW (HRL)**

Dear Judge Whyte:

    Pursuant to your instructions at the last case management conference, counsel for plaintiff Verigy US, Inc. and counsel for Wesley Mayder have jointly reached and submit for the Court's consideration the attached stipulation to modify the Court's Order Granting Plaintiff's Motion to Find Defendants in Contempt of Court for Violating the TRO (the "Order") to remove mention of defendant Wesley Mayder, against whom plaintiff did not move for contempt, and to specify the finding of contempt against defendants Romi Omar Mayder and Silicon Test Systems, Inc., the parties named in plaintiff's motion.

    In addition to the modifications jointly stipulated as attached, it is also submitted by counsel for defendant Wesley Mayder, but disagreed by counsel for plaintiff, that the reference to "they founded" at page 1, line 22 of the Order should also be modified to "the companies Romi Omar Mayder founded." Both parties are prepared to submit whatever briefing on this issue the Court may require.

    Respectfully submitted,

RUSSO & HALE LLP

/s/
Jack Russo

Attorneys for defendant Wesley Mayder
Attorneys for defendants Romi Omar
Mayder, Silicon Test Systems, Inc., and
Silicon Test Solutions LLC

BERGESON, LLP

/s/
Melinda Morton

Attorneys for plaintiff
Verigy US, Inc.