JACK RUSSO (State Bar No. 96068)
JOHN A.D. KELLEY (State Bar No. 100714)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
Email: jkelley@computerlaw.com

Attorneys for defendant
WESLEY MAYDER

Attorneys for defendants
ROMI OMAR MAYDER, SILICON TEST SYSTEMS, INC., and SILICON TEST SOLUTIONS, LLC

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for plaintiff
VERIGY US, INC.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br><br><br><br><br><br><br>Complaint Filed: August 22, 2007<br>Trial Date: None set |

## STIPULATION

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP, Defendants Romi Omar Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, and Silicon Test Solutions, LLC by and through their counsel of record, Mount & Stoelker, PC, and Defendant Wesley Mayder, an individual, by and through his counsel of record, Russo & Hale LLP, do hereby stipulate and agree as follows:

WHEREAS this Court issued an order on May 22, 2008 entitled "Order Granting Plaintiff's Motion to Find Defendants in Contempt of Court for Violating the TRO" ("the Order"); and

WHEREAS, Verigy's Notice of Motion and Motion sought contempt only against Defendants Romi Mayder and Silicon Test Systems, Inc. (the "Charged Defendants"); and

WHEREAS, the parties now wish to modify the Order to clarify the charged defendants and request court approval of the following changes:

1. "Charged Defendants" shall be defined as defendants Romi Mayder and Silicon Test Systems, Inc., and all references to "defendants" in the Order shall be changed to "Charged Defendants," except those references in Section I.C. of the Order concerning the Preliminary Injunction Order.

2. The Order caption shall be changed to "Order Granting Plaintiff's Motion to Find Defendants Romi Mayder and Silicon Test Systems, Inc. in Contempt of Court for Violating the TRO."

3. Despite these changes, the extension of the preliminary injunction in Section II.C shall apply to all Defendants, including Wesley Mayder.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 30, 2008                    BERGESON, LLP

                                       By:    _____/s/_____
                                              Melinda M. Morton, Esq.
                                              Attorneys for plaintiff Verigy US, Inc.

Dated: May 30, 2008                           RUSSO & HALE, LLP

                              By:    _____/s/_____
                                     Jack Russo, Esq.
                                     Attorneys for defendant Wesley Mayder

                                     Attorneys for defendants Romi Mayder, Silicon Test
                                     Systems, Inc. and Silicon Test Solutions, LLC

**ORDER**

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2008                    By: _____

                                              Honorable Ronald M. Whyte
                                              United States District Judge