| | |
|---|---|
| 1 | DANIEL J. BERGESON, Bar No. 105439 |
|   | dbergeson@be-law.com |
| 2 | MELINDA M. MORTON, Bar No. 209373 |
|   | mmorton@be-law.com |
| 3 | JOHN W. FOWLER, Bar No. 037463 |
|   | jfowler@be-law.com |
| 4 | BERGESON, LLP |
|   | 303 Almaden Boulevard, Suite 500 |
| 5 | San Jose, CA 95110-2712 |
|   | Telephone:  (408) 291-6200 |
| 6 | Facsimile:   (408) 297-6000 |
| 7 | Attorneys for Plaintiff |
|   | VERIGY US, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation, | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **STIPULATION RE: CROSS COMPLAINT** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge:  Honorable Ronald M. Whyte |
| Defendants. | Complaint Filed: August 22, 2007<br>Trial Date: None Set |

---

STIPULATION RE: CROSS COMPLAINT                                                                           C07-04330 RMW (HRL)

1  Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP,
2  Defendants Romi Omar Mayder, an individual, Defendant Wesley Mayder, an individual ,Silicon
3  Test Systems, Inc. a California Corporation, Silicon Test Solutions, LLC by and through their
4  counsel of record, Russo & Hale LLP, do hereby stipulate and agree, that pursuant to Civil Local
5  Rule 6-1(a):

6  Verigy will file its response to Defendants' Corrected Answer and Cross-Complaint no
7  later than June 11, 2008.

9  Dated: June 4, 2008              BERGESON, LLP
                                    By:      /s/
10                                  Melinda M. Morton, Esq.
                                    Attorneys for Plaintiff Verigy

13 Dated: June 4, 2008              RUSSO & HALE, LLP
                                    By:      /s/
14                                  Jack Russo, Esq.
                                    Attorneys for Defendants Romi Mayder, Wesley
15                                  Mayder, Silicon Test Systems, Inc. and Silicon Test
                                    Solutions, LLC