Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com
          kspelman@mount.com
          dfingerman@mount.com
          kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

**E-FILED 6/5/2008**

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | [~~Proposed~~] Order Granting Defendants' Administrative Motion For Leave To File Documents Under Seal |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | [Re: Docket No. 217] |
| Defendants. | |

1  Now before the court is the *Defendants' Administrative Motion For Leave To File Documents
2  Under Seal*. Upon consideration of the motion and the supporting declaration filed therewith, the
3  court finds there to be good cause for granting the Defendants' request to file documents under seal.
4  Good cause having been shown, the court finds that the parties possess an overriding confidentiality
5  interest that overcomes the right of public access to the record for portions of the document entitled
6  *Defendants Reply Brief to Verigy's Opposition to Defendants Motion to Compel Amended Responses
7  and Production of Responsive Documents.*

8  The parties' overriding confidentiality interests support sealing the above-identified
9  documents. A substantial probability exists that the parties' overriding confidentiality interest would
10 be prejudiced if the record is not sealed. The proposed sealing is narrowly tailored, and no less
11 restrictive means exist to achieve the parties' overriding interests.

12 It is therefore ordered that the *Defendants Reply Brief to Verigy's Opposition to Defendants
13 Motion to Compel Amended Responses and Production of Responsive Documents* is GRANTED.

15 Dated: June 5, 2008

_____
Howard R. Lloyd
United States Magistrate Judge

---

Case No. 5:07-cv-04330 (RMW) (HRL)

[Proposed] Order Granting Defendants' Administrative Motion For Leave To File Documents Under Seal

Page 1