1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
3 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
4 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
6 | Facsimile: (408) 297-6000

7 | Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: HEARING FOR MOTION TO COMPEL** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Howard R. Lloyd<br>Ctrm: 2<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULE FOR MOTION TO COMPEL
Case No. C07 04330 RMW (HRL)

**STIPULATION**

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP and Defendants Romi Omar Mayder, an individual, Wesley Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, and Silicon Test Solutions, LLC ("Defendants") by and through their new counsel of record, Russo & Hale, LLP do hereby stipulate and agree as follows:

WHEREAS, Russo & Hale, LLP has just substituted in as counsel for all Defendants; and

WHEREAS, counsel met last week in person and are currently working on a stipulated order for the Motion to Compel and plan on having at least one more in person meeting (if needed) to see if the dispute can be resolved through a such a stipulated order; and

WHEREAS the parties respectfully request court approval of the following modified hearing schedule, which postpones the hearing by one week:

1. The hearing on Defendants' proposed motion to compel, currently set for June 10, 2008, shall be heard on June 17, 2008 at 10:00 a.m. or as soon thereafter as the Court may hear the matter;

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 9, 2008                    BERGESON, LLP

By: _____/s/_____
Melinda M. Morton, Esq.
Attorneys for Plaintiff Verigy

Dated: June 9, 2008                    RUSSO & HALE, LLP
By: ___/s/___
Jack Russo, Esq.
Attorneys for Defendants Romi Mayder, Wesley Mayder, Silicon Test Systems, Inc. and Silicon Test Solutions, LLC

1
## ORDER

2  In accordance with the foregoing stipulation of the parties, and with good cause appearing
3  therefor, the Court enters the Stipulation as an Order of the Court.
4  IT IS SO ORDERED.
5  Dated: _____June 9_____, 2008          By: _____
                                                  Honorable Howard R. Lloyd
6                                                 UNITED STATES MAGISTRATE COURT
                                                  JUDGE