1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
4  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
5  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
6  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
7  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
8  Facsimile:   (408) 297-6000

9  Attorneys for Plaintiff
   VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF DONALD P. GAGLIARDI IN SUPPORT OF VERIGY'S REQUEST FOR ATTORNEYS FEES & COSTS**<br><br>Judge:  Honorable Ronald M. Whyte<br>Crtrm. 6<br><br>Complaint Filed:    August 22, 2007<br>Bench Trial Date:  December 15, 2008 |

I, Donald P. Gagliardi, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California and am a partner with the law firm of Bergeson, LLP, counsel of record for plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, could and would competently testify thereto.

2. I am a 1988 graduate of Stanford Law School, with almost twenty years experience in the practice of law. Prior to joining Bergeson, LLP, I was a Law clerk to Hon. John T. Elfvin, a U.S. District Judge in the Western District of New York, and to Hon. Edward A. Infante, U.S. Magistrate Judge for Northern District Court of California. My area of practice is in business litigation. I have handled a variety of cases in state and federal courts. I have previously served as a special master in discovery disputes in the Northern District of California. I also serve as an arbitrator and judge pro tem in the Santa Clara County Superior Court.

3. My ordinary and usual billing rate as of January 2008 is $480 per hour. I have expended in excess of 6.3 hours in preparing Verigy's request for attorney's fees. Accordingly, Verigy has reasonably and necessarily incurred in excess of $3,024.00 for my fees related to the contempt motion.

4. Attached hereto and incorporated herein by reference as Exhibit A is chart of reasonable attorney's fees expended in conjunction with its motion of contempt. I have personally reviewed the entries related to my work and believe them to be true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of June, 2008 at San Jose, California.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Donald P. Gagliardi

---

1

DECLARATION OF DONALD P. GAGLIARDI IN SUPPORT
OF VERIGY'S REQUEST FOR ATTORNEYS FEES & COSTS　　　　　CASE NO. C07 04330 RMW (HRL)