# EXHIBIT A

**Attorneys' Fees Expended in Conjunction with Verigy's Motion to Find Defendants in Contempt**

| Date | Attorney | Description of Task | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/04/2007 | Mindy Morton | Research and draft contempt motion. | 4.7 | 435.00 | 2,044.50 |
| 12/04/2007 | Michael Stebbins | Discussion with M. Morton re: basis for contempt motion. | 0.4 | 465.00 | 186.00 |
| 12/05/2007 | Mindy Morton | Draft, revise and file contempt motion. | 5.7 | 435.00 | 2,479.50 |
| 12/05/2007 | Michael Stebbins | Review, analysis and revision of contempt motion; discussion with M. Morton re: same. | 1.2 | 465.00 | 558.00 |
| 12/07/2007 | Michael Stebbins | Telephone call to Intel inside counsel. | 0.2 | 465.00 | 93.00 |
| 12/14/2007 | Michael Stebbins | Telephone calls to re: TRO and Intel FRCP 30(b)(6) deposition. | 0.4 | 465.00 | 186.00 |
| 12/17/2007 | Michael Stebbins | Telephone calls with Intel re: deposition and/or declaration. | 0.4 | 465.00 | 186.00 |
| 12/19/2007 | Michael Stebbins | Telephone call with T. Marks (Intel's outside counsel) and discussion with J. Fowler re: Intel deposition. | 0.4 | 465.00 | 186.00 |
| 12/21/2007 | Michael Stebbins | Telephone calls with Intel counsel; Review, revise and finalize subpoena. | 1.3 | 465.00 | 604.50 |
| 01/02/2008 | Michael Stebbins | Initial review of documents received from Intel. | 1.5 | 470.00 | 705.00 |
| 01/08/2008 | Michael Stebbins | Prepare for and travel to deposition of Intel in Sacramento. | 2.0 | 470.00 | 940.00 |
| 01/09/2008 | Michael Stebbins | Prepare for and attend deposition of Intel (including travel to and from Sacramento); subsequent discussion with M. Morton re: status and strategy. | 2.0 | 470.00 | 940.00 |
| 03/07/2008 | Michael Stebbins | Review and execute | 0.6 | 470.00 | 282.00 |

**Exhibit A**
Verigy's Request for Attorneys' Fees and Costs Expended in Conjunction with Its Contempt Motion
*Verigy US, Inc. v. Mayder, et al.k*, Case No. C07-04330
Page 1 of 4

| | | | | | |
|---|---|---|---|---|---|
| | | declaration for contempt motion. | | | |
| 03/07/2008 | Mindy Morton | Research, draft and file contempt declaration. | 2.6 | 450.00 | 1,170.00 |
| 03/21/2008 | Mindy Morton | Research regarding contempt motion; review and analyze opposition to contempt motion; confer with client regarding same. | 3.6 | 450.00 | 1,620.00 |
| 03/24/2008 | Michael Stebbins | Review and analysis of defendants' opposition brief to motion for contempt and supporting declarations; review original moving papers and discussion with M. Morton re: Strategy for preparing reply papers. | 3.2 | 470.00 | 1,504.00 |
| 03/24/2008 | Mindy Morton | Review and analyze opposition to contempt motion; research regarding same. | 4.1 | 450.00 | 1,845.00 |
| 03/25/2008 | Mindy Morton | Research regarding contempt motion. | 7.1 | 450.00 | 3,195.00 |
| 03/25/2008 | Michael Stebbins | Prepare evidentiary objections in opposition to OSC re: contempt, including legal research, review and analysis; discussion with M. Morton re: legal research for reply brief on contempt motion. | 1.8 | 470.00 | 846.00 |
| 03/27/2008 | Michael Stebbins | Review and revise portions of reply brief in support of motion for contempt; discussion with M. Morton re: same. | 4.5 | 470.00 | 2,115.00 |
| 03/27/2008 | Mindy Morton | Research and draft contempt reply brief. | 11.4 | 450.00 | 5,130.00 |
| 03/28/2008 | Michael Stebbins | Review and revise portions of reply brief I/S/O motion for contempt; revise and | 4.8 | 470.00 | 2,256.00 |

**Exhibit A**
Verigy's Request for Attorneys' Fees and Costs Expended in Conjunction with Its Contempt Motion
*Verigy US, Inc. v. Mayder, et al.k,* Case No. C07-04330
Page 2 of 4

| | | | | | |
|---|---|---|---|---|---|
| | | finalize supporting Stebbins reply Declaration; discussion with M. Morton re: same. | | | |
| 03/28/2008 | Mindy Morton | Revise and file reply brief and declaration. | 8.7 | 450.00 | 3,915.00 |
| 04/10/2008 | Mindy Morton | Prepare for contempt hearing; research regarding same; review and analyze documents. | 2.6 | 450.00 | 1,170.00 |
| 04/11/2008 | Mindy Morton | Prepare for and attend contempt hearing. | 2.3 | 450.00 | 1,035.00 |
| 05/28/2008 | Don Gagliardi | Review bills regarding request for fees. | 1.0 | 480.00 | 480.00 |
| 05/29/2008 | Don Gagliardi | Continue preparing request for attorneys' fees. | 0.8 | 480.00 | 384.00 |
| 05/30/2008 | Don Gagliardi | Continue drafting request for fees on contempt motion. | 1.3 | 480.00 | 624.00 |
| 06/02/2008 | Don Gagliardi | Continue draft request for attorneys' fees. | 3.2 | 480.00 | 1,536.00 |
| **Total** | | | | | 38,215.50[1] |

---

[1] **Summary**

| Professional | Hours | Amount |
|---|---|---|
| Don Gagliardi | 6.3 | 3,024.00 |
| Mindy Morton | 52.8 | 23,604.00 |
| Michael Stebbins | 24.7 | 11,587.50 |

**Exhibit A**
Verigy's Request for Attorneys' Fees and Costs Expended in Conjunction with Its Contempt Motion
*Verigy US, Inc. v. Mayder, et al.k,* Case No. C07-04330
Page 3 of 4

**Costs Expended in Conjunction with Verigy's Motion to Find Defendants in Contempt**

| Date | Description | Cost |
|---|---|---|
| 01/09/2008 | Parking for deposition of Intel in Sacramento | 12.00 |
| 01/09/2008 | Mileage for deposition of Intel in Sacramento | 120.07 |
| 01/11/2008 | Hotel for deposition of Intel in Sacramento on 1/9/08 | 283.19 |
| 01/30/2008 | County Legal & Notary Service #JP79065 Service of plaintiff's Ps and As in support of application for an order to show cause re: contempt (12/05/07) | 53.00 |
| 01/30/2008 | County Legal & Notary Service #JP79074: Filing of Plaintiff's Ps and As in support of application for an order to show cause re: contempt (12/06/07) | 48.00 |
| 01/30/2008 | County Legal & Notary Service #JP79072: Filing of plaintiff's application for an order to show cause re: contempt and supporting documents (12/06/07) | 48.00 |
| 01/31/2008 | Esquire deposition service for 1/9/08 deposition | 1,317.78 |
| 03/11/2008 | County Legal & Notary Service #JP82205: Service of declaration of M. Stebbins in support of contempt | 57.00 |
| 03/24/2008 | Westlaw (MMM) | 79.44 |
| 04/09/2008 | County Legal & Notary Service #JP82822: Filing of plaintiff's reply brief in support of application for an order to show cause re: contempt (03/28/08) | 91.00 |
| 04/09/2008 | County Legal & Notary Service #JP82856: Service of plaintiff's reply brief in support of application for an order to show cause re: contempt (03/28/08) | 60.00 |
| 04/09/2008 | County Legal & Notary Service #JP83077: Filing of plaintiff's reply brief in support of application for an order to show cause re: contempt and supporting documents - under seal (04/02/08) | 48.00 |
| 04/23/2008 | County Legal & Notary Service #JP82207: Delivery to Judge (03/10/08) | 48.00 |
| 04/23/2008 | County Legal & Notary Service #JP82204: Delivery to Judge (03/10/08) | 91.00 |
| 04/23/2008 | County Legal & Notary Service #JP82840: Delivery to Judge (03/31/08) | 48.00 |
| Total | | 2,404.48 |

**Total Fees and Costs $40,619.98**

**Exhibit A**
Verigy's Request for Attorneys' Fees and Costs Expended in Conjunction with Its Contempt Motion
*Verigy US, Inc. v. Mayder, et al.k,* Case No. C07-04330
Page 4 of 4