1    5.    Attached hereto and incorporated herein by reference as Exhibit A is a chart of

2    reasonable attorney's fees and costs expended in conjunction with its motion of contempt.  I have

3    personally reviewed the entries related to my work as well as the costs entries and believe them to

4    be true and correct.

5    6.    The costs incurred in conjunction with the contempt motion include courier fees to

6    file and serve the confidential versions of the briefs and declarations to the Court and to

7    Defendants' counsel, Westlaw research fees, and costs for the Intel deposition.

8    I declare under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct and that this declaration was executed this 9th day of June, 2008 at

10    San Jose, California.

11

12    _____

13    Melinda M. Morton

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2