1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
4  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
5  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
6  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
7  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
8  Facsimile:   (408) 297-6000

9  Attorneys for Plaintiff
   VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07-04330 RMW (HRL) |
| Plaintiff, | **DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF VERIGY'S REQUEST FOR ATTORNEYS FEES & COSTS** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge:  Honorable Ronald M. Whyte<br>Crtrm. 6 |
| Defendants. | Complaint Filed:   August 22, 2007<br>Bench Trial Date:   December 15, 2008 |

I, Michael W. Stebbins, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I am a 1988 graduate of Santa Clara University School of Law, with almost twenty years experience in the practice of law. Prior to joining Bergeson, LLP in the beginning of 2007, I was a partner at the San Jose law firm of Terra Law, LLP and Palo Alto law firm of Tomlinson Zisko, LLP practicing intellectual property, commercial disputes and employment litigation. I have handled a variety of cases in state, federal and appellate courts. I have extensive experience handling a wide range of business litigation, including cases involving trade secret misappropriation and employee solicitation, technology licensing, patent, trademark, and copyright infringement, false advertising and unfair competition, construction, real estate, insurance coverage, and environmental matters. I also emphasize general employment counseling to management and executives.

3. My ordinary and usual billing rate as of 2007 was $465 per hour, and the rate charged to Verigy on this matter as of January 2008, is $470 per hour. I have expended in excess of 24.7 hours in conjunction with Verigy's contempt motion in this matter. Accordingly, Verigy US, Inc. has reasonably and necessarily incurred in excess of $11,587.50 for my fees related to the contempt motion.

4. Attached hereto and incorporated herein by reference as Exhibit A is chart of reasonable attorney's fees expended in conjunction with its motion of contempt. I have personally reviewed the entries related to my work and believe them to be true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of June, 2008 at San Jose, California.

/s/
Michael W. Stebbins