# EXHIBIT C

**\*Redacted\* Transcript of 2' 31" voice mail received at (650) 327-9802 on May 8, 2008.**

Uh, Jack, uh this is Jay Fowler with the Bergeson firm, uh, down in San Jose, and I'm calling about two matters. Uh, one, uh, uh, both of them in the—in the, uh, Verigy case in which, I think, you represent Wesley Mayder. Uh, first, ahm, we're about to serve some discovery responses and they contain confidential information. So, we need to have, uh, we need to have, uh, the protective order which we've sent to you signed and returned, uh, before we can serve 'em on you. Uhm, so we'd appreciate you looking into that and we'll give you the, you know, we'll serve the stuff as soon as we get the responses. Excuse me, as soon as we get the copy of the protective order. Uh, second, uh, you sent me a letter last month, uh, on April 17, uh, requesting that we, uh, dismiss, uh, Wesley Mayder and I'm calling back to tell you—I think today was your deadline—uh, so I've gone over the letter again and, uh, quite frankly, uhm, I don't see, uh, I disagree with you and, uh, we're going to decline your request to, uh, dismiss Wesley.

Ah, let me add a couple more things about this, uh, technic—uh, I, ah, recently looked at the rule and it looks like you can't file this thing unless you give us a, uh, twenty-one da—unless you serve on us, uhm, uh, twenty-one da—like, twenty-one days, uh, the actual, uhm, the actual uhm, uhm, motion and, and I know, don't— we, you didn't serve a motion on us, so I want you to, to, uh, understand—I—I'm sure you—you're aware of that, and that, uh, before filing anything, uh, you would uh serve for 21 days again, that's a requirement. Uhm, second, uh, I—I—I'm not interested in an early hearing. I—I do believe I elect to be uh, uh given time to complete, uh, Wesley's deposition and, uh, uh, Jon Davidson's depositions. Right now we're under a—a—an order limiting us to a—a single deposition per side and, uh, we weren't going to use up that single deposition on this particular point. So we have to have time to, uh, to get, uh, authority to take a couple of depositions and included would be the depositions of Wesley and Jon so, uhm, from that point of view at least it's ah, it's premature also. Um, my number is (408) 291-2755 and let me add one more thing, I'm glad we were able to resolve the, ah, the ███ case. Buh-bye.