# EXHIBIT B

Wesley's Contribution to STS

```
WESLEY K. MAYDER                                              1343
298 CARLYN AVE.
CAMPBELL, CA  95008-1917                Date  1/4/07

Pay to the
Order of    Silicon Test Systems        | $ 250,000 00/100
— two hundred fifty thousand —          Dollars

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

Memo
```