# EXHIBIT C

