# EXHIBIT A

## Unknown

**From:** Hughes, Grenville (MN14) [Grenville.Hughes@honeywell.com]
**Sent:** Thursday, January 11, 2007 7:10 AM
**To:** Romi Mayder
**Cc:** Ruffing, Michelle (MN14)
**Subject:** STS

Romi,
Following up on yesterday's telecom:
1) Bob Pochowski called me on 1/8 and asked :
    a. If Honeywell has established an exclusive relationship with STS and
    b. If Honeywell would be interested in developing a similar sort of chip with his company
2) I indicated that I was not free to discuss Honeywell's relationship with Silicon Test Systems and that I would get back to him on 1b)
3) We understand that STS do not have a "Non-Compete" Agreement in place with Bob
4) We will advise Bob that we will not be in a position to support his development activities for at least the next 10 to 12 months.
5) As we discussed I'd be obliged if you could send us some "system-level" information that we could present, and give to our sales Reps, at our National Sales Meeting next week in Florida.

Thanks,
Gren

5/9/2008