# EXHIBIT C

Wesley's Contribution to STS

```
WESLEY K. MAYDER                                    1343
299 CARLYN AVE.
CAMPBELL, CA  95008-1917             Date  1/4/02

Pay to the
Order of   Silicon Test Systems         $ 250,000 00/100

- two hundred fifty thousand -                Dollars

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

Memo
⑇121042882⑈1723528408⑉ 1343
```