# EXHIBIT 2

**ACTION BY WRITTEN CONSENT
OF THE INCORPORATOR
OF
Silicon Test Systems Inc.,**
a California Corporation,
As of December 29, 2006

The undersigned incorporator of Silicon Test Systems Inc., a California corporation, took the following actions on the above date, pursuant to the California Business Corporation Act:

Until otherwise determined by the Board, the number of members comprising the Board of Directors shall be one (1). Each person named below has been elected by me as a director of said corporation to hold office until the first annual meeting of stockholders or until his or her successor is elected and qualified:

Romi Mayder

Signed as of the above date.

LegalZoom.com, Inc., Incorporator

_____