1  JACK RUSSO (State Bar No. 96068)
   RUSSO & HALE LLP
2  401 Florence Street
   Palo Alto, CA 94301
3  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
4  Email: jrusso@computerlaw.com

5  Attorneys for Defendant
   WESLEY MAYDER

6

                IN THE UNITED STATES DISTRICT COURT
7
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN JOSE DIVISION
9

10  VERIGY US, INC., a Delaware Corporation,        Case No. 5:07-cv-04330-RMW (HRL)

11                  Plaintiff,                       **[PROPOSED] ORDER GRANTING
                                                     DEFENDANT WESLEY MAYDER'S
12          v.                                       MOTION FOR SUMMARY JUDGMENT AS
                                                     TO ALL CLAIMS FOR RELIEF**
13  ROMI OMAR MAYDER, an individual;
    WESLEY MAYDER, an individual; SILICON            **Date: July 18, 2008**
14  TEST SYSTEMS, INC., a California                 **Time: 9:00 a.m.**
    Corporation; and SILICON TEST                    **Ctrm: 6**
15  SOLUTIONS, LLC, a California Limited             **Before the Hon. Ronald Whyte**
    Liability Corporation, inclusive,
16                                                   Complaint Filed: August 22, 2007
                                                     Trial Date: December 8, 2008
17                  Defendants.                      (Defendants have elected to reserve their jury
                                                     trial rights under F.R.C.P., Rule 39)
18

19  AND RELATED CROSSCLAIMS.

20

21

22

23

24

25

26

27

28

USSO & HALE LLP
Palo Alto, California
www.computerlaw.com ᔚᔚ

**[Prop] Order Grant. Def.'s Mot. Summ. J.**                    **Case No. 5:07-cv-04330-RMW (HRL)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Wesley Mayder's Motion for Summary Judgment (the "Motion") came on regularly for hearing on July 18, 2008 at 9:00 a.m. before the above-listed Court.  All parties were represented by counsel.  Good cause appearing therefore, and satisfactory proof having been made, IT IS HEREBY ORDERED that defendant Wesley Mayder's Motion is GRANTED: summary Judgment is GRANTED to defendant Wesley Mayder as to all claims for relief brought against him.

IT IS SO ORDERED.

Dated: _____, 2008          By:     _____
                                                Hon. Ronald M. Whyte, Judge of the District Court

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

[Prop] Order Grant. Def.'s Mot. Summ. J.          1          Case No. 5:07-cv-04330-RMW (HRL)