# EXHIBIT B

Wesley's Contribution to STS

```
                                                                    1343
WESLEY K. MAYDER
298 CARLYN AVE.
CAMPBELL, CA  95008-1917                    Date  1/4/07

Pay to the
Order of   Silicon Test Systems       | $ 250,000 00/100

— two hundred fifty thousand —                    Dollars

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

:Memo _____

⑆121042882⑈172362840822⑈ 1343
```