# EXHIBIT C

Wesley's Contribution to STS

```
WESLEY K. MAYDER                                        1343
299 CARLYN AVE.
CAMPBELL, CA 95008-1917          Date  1/4/02

Pay to the   Silicon Test Systems        | $ 250,000.00
Order of

- two hundred fifty thousand -            Dollars

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

Memo
⑈ 121042882⑈ 1723528408⑈ 1343
```