# EXHIBIT D



NUMBER
01

SHARES

## Silicon Test Systems Inc.
INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
Authorized To Issue 90,000 Shares Common Stock At $0.01 Par Value

This Certifies That _Wesley Mayder and Mona Mayder_ is hereby issued _twenty thousand_ _fully paid_ and non-assessable Shares of the Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this _5th_ day of January A.D. 2007

_Ram Mayder_
SECRETARY

_Ram Mayder_
PRESIDENT