# EXHIBIT 1

Case 5:07-cv-04330-RMW    Document 231-22    Filed 06/10/2008    Page 1 of 2

2961011



# State of California
## Secretary of State

S

### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME (Please do not alter if name is preprinted.)

SILICON TEST SYSTEMS INC.

This Space For Filing Use Only

**DUE DATE:** MARCH 26, 2007

**CALIFORNIA CORPORATE DISCLOSURE ACT (Corporations Code section 1502.1)**
A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 1331 Sierra Ave. — CITY AND STATE: San Jose CA — ZIP CODE: 95126
3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY: 1331 Sierra Ave. — CITY: San Jose CA — STATE: CA — ZIP CODE: 95126

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title or the specific officer may be added; however, the preprinted titles on this form must not be altered.)

4. CHIEF EXECUTIVE OFFICER: Romi Mayder — ADDRESS: 1331 Sierra Ave. — CITY AND STATE: San Jose — ZIP CODE: 95126
5. SECRETARY: Romi Mayder — ADDRESS: 1331 Sierra Ave. — CITY AND STATE: San Jose — ZIP CODE: 95126
6. CHIEF FINANCIAL OFFICER: Romi Mayder — ADDRESS: 1331 Sierra Ave. — CITY AND STATE: San Jose — ZIP CODE: 95126

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

7. NAME: Romi Mayder — ADDRESS: 1331 Sierra Ave. — CITY AND STATE: San Jose — ZIP CODE: 95126
8. NAME: — ADDRESS: — CITY AND STATE: — ZIP CODE:
9. NAME: — ADDRESS: — CITY AND STATE: — ZIP CODE:

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.)

11. NAME OF AGENT FOR SERVICE OF PROCESS: LegalZoom.com
12. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — STATE: CA — ZIP CODE

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION: Semiconductor Device Testing

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

Romi Mayder — TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE: Romi Mayder | TITLE: C.E.O. | DATE: Jan. 2, 2007

SI-200 C (REV 07/2006) — APPROVED BY SECRETARY OF STATE