JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com

Attorneys for Defendant
WESLEY MAYDER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WESLEY MAYDER'S MOTION FOR RULE 11 SANCTIONS**<br><br>**Date: July 18, 2008**<br>**Time: 9:00 a.m.**<br>**Ctrm: 6**<br>**Before the Hon. Ronald Whyte**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 39) |

USSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

[Prop] Order Grant. Def.'s Mot. Rule 11 Sanctions        Case No. 5:07-cv-04330-RMW (HRL)

1    Defendant Wesley Mayder's Motion for sanctions under Federal Rule of Civil Procedure,

2    Rule 11 (the "Motion") came on regularly for hearing on July 18, 2008 at 9:00 a.m. before the

3    above-listed Court.  All parties were represented by counsel.  Good cause appearing therefore, and

4    satisfactory proof having been made, IT IS HEREBY ORDERED that defendant Wesley Mayder's

5    Motion is GRANTED.  Defendant Wesley Mayder shall submit a declaration as to reasonable

6    attorneys' fees and costs within _____ days.

7    IT IS SO ORDERED.

8
Dated: _____, 2008        By:    _____

9                                                              Hon. Ronald M. Whyte, Judge of the District Court

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

[Prop] Order Grant. Def.'s Mot. Rule 11 Sanctions        1            Case No. 5:07-cv-04330-RMW (HRL)