1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation, | Case No. C07 04330 RMW (HRL) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: BRIEFING SCHEDULE FOR WESLEY MAYDER'S RULE 11 AND SUMMARY JUDGMENT MOTIONS** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
| | Judge: Honorable Ronald M. Whyte |
| Defendants. | |
| | Complaint Filed: August 22, 2007<br>Trial Date: None Set |

STIPULATION RE: BRIEFING SCHEDULE                           C07-04330 RMW (HRL)

## STIPULATION

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP, and Defendants Romi Omar Mayder, an individual, Defendant Wesley Mayder, an individual ,Silicon Test Systems, Inc. a California Corporation, Silicon Test Solutions, LLC by and through their counsel of record, Russo & Hale LLP, do hereby stipulate and agree as follows:

WHEREAS, Wesley Mayder's Rule 11 and Summary Judgment Motions (the "Motions") are now set for hearing on August 8, 2008, and the parties wish to allow time for discovery relating to the Motions, the parties request court approval of the following briefing schedule:

1. Verigy shall file and serve any opposition to the Motions on or before July 18, 2008.
2. Defendant Wesley Mayder shall file and serve any reply to the Motions on or before July 25, 2008.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 13, 2008            BERGESON, LLP
                                By:_____/s/_____
                                Melinda M. Morton, Esq.
                                Attorneys for Plaintiff Verigy

Dated: June 13, 2008            RUSSO & HALE, LLP
                                By:_____/s/_____
                                Jack Russo, Esq.
                                Attorneys for Defendants Romi Mayder, Wesley Mayder, Silicon Test Systems, Inc. and Silicon Test Solutions, LLC

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2008            By: _____

                                        Honorable Ronald M. Whyte
                                        United States District Judge