JACK RUSSO (State Bar No. 96068)
JOHN KELLEY (State Bar No. 100714)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
Email: jkelley@computerlaw.com

Attorneys for Defendants and Counterclaimants
ROMI MAYDER, SILICON TEST SOLUTIONS
LLC, and SILICON TEST SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: AWARD OF ATTORNEYS' FEES & COSTS TO VERIGY U.S. INC. CONCERNING CONTEMPT MOTION**<br><br>Judge:   Hon. Ronald M. Whyte<br><br>Complaint Filed: August 22, 2007 |

**STIPULATION**

Plaintiff and Counter-Defendant Verigy U.S., Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP, and Defendants and Counterclaimants Romi Mayder, Silicon Test Systems Inc., and Silicon Test Solutions LLC (the "Charged Defendants"), by and through their counsel of record, Russo & Hale LLP, do hereby stipulate and agree as follows:

WHEREAS, the parties wish to resolve all issues raised by the pending Verigy's Request For Attorneys' Fees pursuant to the May 22 Order,[1] the parties respectfully request approval by the Court of the following stipulated Order:

1. The Charged Defendants shall pay Verigy a total of thirty thousand dollars ($30,000.00) in full satisfaction of all amounts for attorneys' fees and costs that could be awarded to Verigy pursuant to the May 22 Order, and Verigy shall not seek any award of any additional attorneys' fees or costs based upon the May 22 Order;

2. On or before June 20, 2008, Verigy shall provide a letter to the Charged Defendants' counsel of record, Russo & Hale LLP, making clear that Verigy consents to the payment in full of such amount to Verigy's counsel of record, Bergeson, LLP;

3. On or before June 27, 2008, the Charged Defendants shall make such payment in full by means of a check payable to Verigy's counsel of record, Bergeson, LLP; and

//
//
//
//
//
//
//
//

---

[1] See "Verigy's Request for Attorneys' Fees & Costs Expended in Conjunction with its Contempt Motion" filed June 9, 2008 (Docket No. 229) ("Verigy's Request for Attorneys' Fees"), and the "Order Granting Plaintiff's Motion to Find Defendants in Contempt [Etc.] (Redacted Version)" filed May 22, 2008 (Docket No. 212-2) ("May 22 Order").

4. Verigy's Request For Attorneys' Fees is hereby withdrawn, and, except for the payment of such amount as expressly provided above, the parties agree to bear their own respective attorneys' fees and costs in connection with Verigy's Request For Attorneys' Fees.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 13, 2008          BERGESON, LLP

By: _____/s/_____
Melinda M. Morton, Esq.

Attorneys for Plaintiff and Counter-Defendant,
VERIGY U.S., INC.

Dated: June 13, 2008          RUSSO & HALE LLP

By: _____/s/_____
John Kelley, Esq.

Attorneys for Defendants and Counterclaimants
ROMI MAYDER, SILICON TEST SOLUTIONS LLC and SILICON TEST SYSTEMS, INC.

## **ORDER**

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

**IT IS SO ORDERED.**

Dated: _____, 2008

Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE