1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905).
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6          jkelley@computerlaw.com

7  Attorneys for Defendants and Counterclaimants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS, LLC and WESLEY
   MAYDER
9
                 IN THE UNITED STATES DISTRICT COURT
10
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  VERIGY US, INC., a Delaware Corporation,          Case No. 5:07-cv-04330-RMW (HRL)

14                  Plaintiff,                        **NOTICE OF ENTRY OF CLERK'S
                                                      NOTICE OF CONTINUANCE
15                  v.                                REGARDING DEFENDANT WESELY
                                                      MAYDER'S MOTION FOR SUMMARY
16  ROMI MAYDER, an individual; WESLEY                JUDGMENT AND MOTION FOR RULE 11
    MAYDER, an individual; SILICON TEST               SANCTIONS**
17  SYSTEMS, INC., a California Corporation;
    and SILICON TEST SOLUTIONS, LLC, a
18  California Limited Liability Corporation,
    inclusive,
19
                                                      Complaint Filed: August 22, 2007
20                  Defendants.                       Trial Date: December 8, 2008 (jury trial)
                                                      (Defendants have elected to reserve their jury
21                                                    trial rights under F.R.C.P., Rule 38)

22
    AND RELATED CROSSCLAIMS.
23

24

25

26

27

28

1     TO PLAINTIFF VERIGY U.S. INC AND ITS COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that the Clerk's Notice of Continuance regarding defendant

3  Wesley Mayder's Motion for Summary Judgment and Motion for Rule 11 Sanctions was filed on

4  June 12, 2008 and now appears as Document No. 234 in the above-referenced matter.  A copy of

5  this Notice of Continuance is attached hereto as Exhibit 1 and incorporated herein by this

6  reference.

7  Dated: June 13, 2008                    RUSSO & HALE LLP

8
                                By:    _____/s/_____
9                                       Tim C. Hale

10                                      Attorneys for Defendants and Counterclaimants
                                        ROMI MAYDER, SILICON TEST SYSTEMS,
11 INC.,                                SILICON TEST SOLUTIONS, LLC and WESLEY
                                        MAYDER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28