1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.                                   *E-FILED - 6/18/08*
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  VERIGY US, INC, a Delaware Corporation    |   Case No. C07 04330 RMW (HRL)

13                  Plaintiff,
                                              |   [] ORDER GRANTING
14        vs.                                 |   PLAINTIFF'S ADMINISTRATIVE
                                              |   MOTION FOR LEAVE TO FILE
15  ROMI OMAR MAYDER, an individual;          |   DOCUMENTS UNDER SEAL
    WESLEY MAYDER, an individual; SILICON
16  TEST SYSTEMS, INC., a California Corporation;
    and SILICON TEST SOLUTIONS, LLC, a        |   Judge: Honorable Ronald M. Whyte
17  California Limited Liability Corporation, |   Ctrm:  6
    inclusive,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

---

[] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL          CASE NO. C07 04330 RMW (HRL)

1  Now before the Court is Verigy's Administrative Motion For Leave To File Documents
2  Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under
3  Seal and the supporting declaration of Melinda M. Morton filed therewith, the Court finds there to
4  be good cause for granting Plaintiff's request to file documents under seal.

5  GOOD CAUSE having been shown, the Court finds that:

6  (1) The parties possess overriding confidentiality interest that overcomes the
7  right of public access to the record in the following documents: Exhibits 1
8  and 2 of the Declaration of Michael W. Stebbins in Support of the
9  Application for an Order to Show Cause Re: Contempt Against Defendants
10  Romi Mayder and Silicon Test Systems, Inc.

11  (2) The parties' overriding confidentiality interests support sealing the record;

12  (3) A substantial probability exists that the parties' overriding confidentiality
13  interest will be prejudiced if the record is not sealed;

14  (4) The proposed sealing is narrowly tailored; and

15  (5) No less restrictive means exist to achieve this overriding interest.

16
17  IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under
    Seal is GRANTED.
18
19
    **IT IS SO ORDERED.**
20
    Dated: __6/18_____, 2008         *Ronald M. Whyte*
21                                         _____
                                           Honorable Ronald M. Whyte
22                                         UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

1