Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
        kspelman@mount.com
        dfingerman@mount.com
        kpasquinelli@mount.com

Attorneys for Defendants Romi Mayder, Wesley Mayder,
Silicon Test Systems Inc., and Silicon Test Solutions LLC

*E-FILED - 6/18/08*

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| VERIGY U.S. INC., a Delaware corporation | Case No. 5:07-cv-04330 (RMW) (HRL) |
| Plaintiff, | **[] Order Granting Defendants' Administrative Motion For Leave To File Documents Under Seal** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS INC., a California corporation; SILICON TEST SOLUTIONS LLC, a California limited liability corporation, | |
| Defendants. | |

1  Now before the court is the Defendants' Administrative Motion For Leave To File Documents
2  Under Seal.  Upon consideration of the motion and the supporting declaration filed therewith, the
3  court finds there to be good cause for granting the Defendants' request to file documents under seal.
4  Good cause having been shown, the court finds that the parties possess an overriding confidentiality
5  interest that overcomes the right of public access to the record in the documents entitled "Defendants'
6  Opposition to OSC re Contempt", "Declaration of Kevin M. Pasquinelli in Support of Defendants
7  Response to Order to Show Cause Re: Contempt.", "Declaration of Romi Mayder in Support of OSC
8  Re: Contempt."

9  The parties' overriding confidentiality interests support sealing the above-identified
10 documents.  A substantial probability exists that the parties' overriding confidentiality interest would
11 be prejudiced if the record is not sealed.  The proposed sealing is narrowly tailored, and no less
12 restrictive means exist to achieve the parties' overriding interests.
13 It is therefore ordered that the Defendants' Administrative Motion For Leave To File
14 Documents Under Seal is GRANTED.

Dated: __6/18/08_____       *Ronald M. Whyte*_____

Case No. 5:07-cv-04330 (RMW) (HRL)                                                              Page 1
[] Order Granting Defendants' Administrative Motion For Leave To File Documents Under Seal