# EXHIBIT A

# CONFIDENTIAL

# FILED UNDER SEAL