**\*E-FILED 6/30/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., | No. C07-04330 RMW (HRL) |
| Plaintiff, | **ORDER DEEMING MOOT PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ROMI OMAR MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC., and SILICON TEST SOLUTIONS, LLC, | **[Re: Docket No. 200]** |
| Defendants. | |

Plaintiff requests that certain exhibits to the "Declaration of Melinda Morton in Support of Verigy's Motion for Protective Order re Requests for Admission Propounded by Defendants" be filed under seal. The declaration and exhibits in question were submitted in support of plaintiff's briefs as to discovery motions which have since been withdrawn in their entirety. Accordingly, plaintiff's motion to seal these documents is deemed moot.

If plaintiff wishes to retrieve the documents submitted for sealing, this court will hold them for three (court) days from the date of this order. If the documents are not retrieved, the court will dispose of them. *See* CIV. L.R. 79-5(e). If plaintiff intends to retrieve its documents, it should notify this court's chambers in advance.

Dated: June 30, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-4330 Notice has been electronically mailed to:**

Daniel J. Bergeson dbergeson@be-law.com, swalker@be-law.com

John W. Fowler jfowler@be-law.com, swalker@be-law.com

Donald P. Gagliardi dgagliardi@be-law.com, emtofelogo@be-law.com, gsimmons@be-law.com

Tim C. Hale thale@computerlaw.com

John A.D. Kelley jkelley@computerlaw.com

Melinda Mae Morton mmorton@be-law.com, gsimmons@be-law.com

Jack Russo jrusso@computerlaw.com, mrisch@computerlaw.com

Michael William Stebbins mstebbins@be-law.com, vross@be-law.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.