# EXHIBIT A

## Certificate of Amendment of Articles of Incorporation

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

APR 9 2008

The undersigned certify that:

1. They are the **president** and the **secretary** respectively of Silicon Test Systems Inc., a California corporation.

2. Article FOURTH of the Articles of Incorporation of this corporation is amended to read follows:

   **The corporation is authorized to issue one class of shares, designated as "Common Stock", and the total number of shares of Common Stock authorized to be issued is 200,000.**

3. The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4. The foregoing amendment of Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902, California Corporations Code. The total number of outstanding shares of the corporation is 86,750. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

DATE: April 7, 2008

_____
Romi Mayder, President

_____
Romi Mayder, Secretary

STSI 000143

A0676761

# State of California
## Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___1___ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

MAY 9 2008

DEBRA BOWEN
Secretary of State

Sec/State Form CE-107 (REV 1/2007)

OSP06 99734

STSI 000144