**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT D TO THE SUPPLEMENTAL DECLARATION OF ROMI MAYDER

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):_____
_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[x] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
_____

# EXHIBIT D

Case 5:07-cv-04330-RMW    Document 259-5    Filed 07/09/2008    Page 2 of 3

# Exhibit Designated

# **CONFIDENTIAL**

# Under Stipulated Protective Order