# EXHIBIT G

Case 5:07-cv-04330-RMW    Document 259-8    Filed 07/09/2008    Page 1 of 2

February 28, 2008

To whom it may concern,

**Subject: California business entity named <u>Silicon Test Solutions, LLC</u>**
**Assigned Number 200625510210**

Silicon Test Solutions, LLC was opened on Sept.8, 2006 and closed on Jan.28, 2008. This business entity has never conducted business. We were advised by Ms. Stamback, employee number 29626670, of the IRS to write this letter to the IRS and California State Franchise Tax Board. She informed us that this is best procedure to follow to close the LLC.

Kind Regards,

Romi Mayder
President
Silicon Test Solutions, LLC
408-656-9582

Cc:  California State Franchise Tax Board
Cc:  Internal Revenue Service