# EXHIBIT H

**From:** <romi.mayder@silicontests.com>
**To:** <ben@barryestates.com>, <wes@wedirect.com>, <bedandbackshop@yahoo.com>,
...
**Date:** 12/28/2007 4:27 PM
**Subject:** Weekly Meeting of the STS Shareholders

Hi All,

I would like to start holding weekly meetings with the shareholders of STS starting in 2008. The meetings will be held every Friday at 3:00pm. The dial-in number is 1-800-204-5502 and the pin number is 541086. The first meeting will start on January 11.

I hope that you can all attend each week.

Kind Regards
Romi

WESM 00758