1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for Defendants and Counterclaimants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS, LLC and WESLEY
   MAYDER

9

10                IN THE UNITED STATES DISTRICT COURT

11             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

| | |
|---|---|
| 13  VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| 14  Plaintiff, | **CERTIFICATE OF SERVICE** |
| 15  v. | |
| 16  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
| 20  Defendants. | |
| 21  AND RELATED CROSSCLAIMS. | |

23      I am a resident of the State of California, over the age of eighteen years, and not a party to

24  the within action. I work with the law firm of RUSSO & HALE LLP, whose address is 401

25  Florence Street, Palo Alto, California 94301. On May 14, 2008, I caused to be served the

26  following document(s) by the method(s) listed below:

27      **1.    MANUAL FILING NOTIFICATION**

28      **2.    SUPPLEMENTAL DECLARATION OF ROMI MAYDER IN SUPPORT OF**

**MOTION FOR SUMMARY JUDGMENT (F.R.C.P., RULE 56) AND MOTION FOR RULE 11 SANCTIONS (F.R.C.P., RULE 11)**

3. **EXHIBITS B – E (SUBMITTED UNDER SEAL)**

4. **CERTIFICATE OF SERVICE [UNEXECUTED]**

| | |
|---|---|
| ☐ MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, the document(s) described herein would be sealed in an envelope which would be deposited with the United States Postal Service on the above-listed date with postage thereon fully prepaid in the ordinary course of business. | ☐ FAX: I caused to be transmitted via facsimile the document(s) listed above to the fax number(s) set forth below on above-listed date.  The transmission was reported as complete and without error by the facsimile machine at telephone number (650) 327-3737, and a copy of the properly-issued transmission report(s) are attached hereto. |
| ☒ FEDEX: I am readily familiar with the practice of Russo & Hale LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein were deposited on the date set forth below in a box or other facility regularly maintained by FedEx for overnight delivery in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below. | ☐ PERSONAL: I personally served the above-listed documents to the person(s) at the address(es) set forth below by: (a) handing to the person(s); or, (b) leaving it at the person'(s) office with a clerk or other person in charge, or if no on was in charge, leaving it in a conspicuous place in the office. |
| ☐ HAND:  I personally delivered the above-listed documents on the date set forth above to an authorized courier to be served by hand by said courier on the date set forth above to the person(s) at the address(es) set forth below. | ☒ ELECTRONIC MAIL: I caused a true copy of the foregoing document(s) to be served on counsel via e-mail at the addresses set forth below. Each e-mail was complete and no reports of error were received. |

Counsel for plaintiff Verigy US, Inc.:

Melinda M. Morton
John W. Fowler
Michael W. Stebbins
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110
Fax:     (408) 297-6000
Email: mmorton@be-law.com
          jfowler@be-law.com
          mstebbins@be-law.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct based upon my personal knowledge.

1  Executed on July 9, 2008 in Palo Alto, California.

2                                                            _____/s/_____
   Lucy Goodnough

3  I attest under penalty of perjury that concurrence in the filing of this document has been

4  obtained from Lucy Goodnough.

5  Dated: July 9, 2008          By:    _____/s/_____
   Jack Russo