# EXHIBIT 4

1  DANIEL J. BERGESON, Bar No. 105439                                    **REDACTED**
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  VERIGY US, INC, a Delaware Corporation          Case No.

13                    Plaintiff,              **DECLARATION OF KEN HANH DUC
                                              LAI IN SUPPORT OF PLAINTIFF'S
14       vs.                                  EX PARTE APPLICATION FOR
                                              TEMPORARY RESTRAINING ORDER
15  ROMI OMAR MAYDER, an individual;          TO SHOW CAUSE RE PRELIMINARY
    WESLEY MAYDER, an individual; SILICON     INJUNCTION**
16  TEST SYSTEMS, INC., a California Corporation;
    and SILICON TEST SOLUTIONS, LLC, a
17  California Limited Liability Corporation,
    inclusive,
18
                      Defendants.
19

20

21
                      **REDACTED VERSION OF**
22
                     **HIGHLY CONFIDENTIAL**
23
                    **ATTORNEYS EYES ONLY**
24

25              **DOCUMENT SUBMITTED UNDER SEAL**

26

27

28

1    I, Ken Hanh Duc Lai, declare as follows:

2    1.    I make this declaration of my personal knowledge and, if called as a witness, I

3    could and would testify competently to the facts set forth herein.

4    2.    I am a product marketing manager in the memory test division at Plaintiff Verigy

5    US, Inc. (Verigy). Prior to the spin off of Verigy from its predecessor in interest, Agilent

6    Technologies Inc, in June 2006, I served as an applications manager at Agilent from November

7    1999. As the applications and product manager at Agilent and Verigy, I was responsible for

8    supporting our customers and the memory test division with applications related work. I worked

9    with Romi Omar Mayder ("Mayder") on the ███████ project.

10    3.    Attached hereto as Exhibit A is a true and correct copy of ████████

11    ████████████████████████████████████████

12    ████████████████████████████████████████

13    ████████████████████████████████████████

14    ████████████████████. I consider this ██████████████████ to be a

15    confidential, proprietary and trade secret Verigy document that is the product of years of research

16    and experience. This document is never shared with any third parties. In fact, any information on

17    this spreadsheet that was compiled from third-party customers would likely be considered their

18    proprietary and confidential materials. Verigy and/or Agilent have signed non-disclosure

19    agreements with these third parties to ensure that information like this remains confidential.

20    4.    Attached hereto as Exhibit B is a true and correct copy of ████████

21    ████████████████████████████████████████

22    ████████████████████████████████████████

23    ██████████████████████████████, and I created these documents

24    using ██████████████.

25    5.    Attached hereto as Exhibit C is a true and correct copy of ████████

26    ████████████████████████████████████████

27    ████████████████████████████████████████

28

1

1  ██████████████████████████████████, and I created these documents

2  using the ██████████████

3    6.    Attached hereto as Exhibit D is a true and correct copy of ████████████

4  ████████████████████████████████████████████████████████████

5  resource extension for our client Toshiba. These visio documents are graphical renderings of the

6  ██████████████████████████████████, and I created these documents

7  using ██████████████

8    7.    I consider all of the ████████ attached as Exhibits B, C and D to be confidential,

9  proprietary and trade secret Verigy documents. These documents are never shared with any third

10  parties. ████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████

13  ██████████████.

14    I declare under penalty of perjury under the laws of the United States that the foregoing is

15  true and correct.

16    Executed this 17th day of August, 2007 in Cupertino, California.

17

18    _____

19    Ken Hanh Duc Lai

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# EXHIBITS FILED
# UNDER SEAL

# EXHIBIT B

# EXHIBITS FILED UNDER SEAL

# EXHIBIT C

# EXHIBITS FILED
# UNDER SEAL

# EXHIBIT D

# EXHIBITS FILED UNDER SEAL