# EXHIBIT 7

| | |
|---|---|
| **From:** | Kevin M. Pasquinelli |
| **Sent:** | Wednesday, March 05, 2008 3:38 PM |
| **To:** | Mindy Morton |
| **Cc:** | Kevin M. Pasquinelli; Michelle McManus |
| **Subject:** | FW: final update |

Mindy,

I have reviewed the release on Google finance. In order to alleviate any of your concerns regarding STS's representations concerning the Court's order, my client will be posting the following updated release.

Kevin

**UPDATE: US Court Denies Injunction Sought by Verigy**

SAN JOSE, Calif.--(PR-USA)--Verigy (NASDAQ:<u>VRGY</u> - <u>News</u>), a spinoff of Agilent Technologies (NYSE: A), on February 29, 2008, was denied its request to permanently prohibit defendants Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc. and Silicon Test Solutions, LLC (STS) from bringing STS products to the Automated Test Market (ATE) market.

Instead, the Court granted a limited injunction, prohibiting STS from marketing or selling its products for five (5) months. The prohibition expires on July 29, 2008. The Court held that a limited injunction was proper because Mr. Mayder, STS?s founder and CEO, received a ?head start? by beginning work on his new venture while still employed at Verigy. The Court reasoned that a non-permanent, temporary, limited injunction was appropriate because ?there is publicly-available information regarding implementation of fan-out technology and the fact that STS?s products are directed toward different customer requirements? than Verigy.

Specifically the US court found that Romi Mayder could have developed STS products without the ?benefit of Verigy trade secrets by referring to publicly available references regarding fan-out technology and collecting and integrating STS customer requirements.? Silicon Test Systems highly values its intellectual property, and is very pleased with the court?s decision. The public version of the order is available at http://www.ecf.cand.uscourts.gov/.

**About Silicon Test Systems**
Silicon Test Systems a California Corporation founded in December 2006.  STS is funded by several deep pocket investors with extensive experience in the semiconductor industry.

*Kevin Pasquinelli, Esq.*

Mount & Stoelker P.C.
RiverPark Tower, Suite 1650
333 W San Carlos
San Jose, CA 95110
Tel: (408) 279-7000 x1126
Fax: (408) 998-1473
e-mail: kpasquinelli@mount.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify Mount & Stoelker, P.C. at (408) 279-7000 and permanently delete the original and any copy of any e-mail and any printout thereof.