# EXHIBIT 11

Powered by BNET.com

FindArticles > Business Wire > Sept 9, 2004 > Article > Print friendly

## FormFactor Announces First High-Parallelism Flash Memory Wafer Probe Interface for the Agilent Versatest Series Model V5400 Test System

LIVERMORE, Calif. -- FormFactor's Wafer Probe Technology Complements the Agilent V5400's High Parallelism Capabilities to Increase Throughput and Reduce Costs

FormFactor, Inc. (Nasdaq:FORM), a leading provider of advanced wafer probe cards, announced today that the company has developed the first flash memory wafer probe card for Agilent's new Versatest Series Model V5400 test system. The combination of the new Agilent memory test system and FormFactor's new 72-DUT (device under test) PH100 wafer probe card delivers higher levels of parallelism than previous generations of flash memory wafer test systems, enabling increased throughput and a lower total cost of test.

New higher-density flash memory devices require longer test times, which slow wafer test throughput rates and creates the need for additional wafer test capacity in flash memory production test. High parallelism wafer test solutions offer flash manufacturers a cost-effective means of adding wafer test capacity, improving throughput rates while requiring a lower capital equipment investment. Additionally, feature-rich mobile products are driving demand for Flash memory shipped as Known Good Die (KGD) or in an SIP (system-in-a-package). This is creating the need for wafer level final test.

FormFactor's 72-DUT flash wafer probe interface doubles the previous 36-DUT standard for NOR flash wafer test parallelism, complementing the Agilent V5400 test system's high-parallelism wafer test capabilities. FormFactor's patented MicroSpring(R) interconnect technology enables very high pin counts on the company's wafer probe cards, permitting higher parallelism while offering superior accuracy, reliability and signal integrity. Together, the Agilent V5400 and FormFactor wafer probe card provide a high-value wafer test solution for the new generation of flash memory devices.

"Agilent selected FormFactor to develop the first flash memory wafer probe card for the V5400 based on FormFactor's reputation for reliability and the company's proven expertise in high-parallelism wafer test," said Ben Morris, Product Manager, Memory Test Division of Agilent Technologies. "FormFactor also worked closely with us to ensure a fast probe card design process, helping us meet our mutual customer's volume production ramp schedule."

"FormFactor is committed to partnering with semiconductor test companies to optimize the wafer test cell for performance and cost. Our partnership with Agilent leverages FormFactor's wafer probe technologies to produce the high parallelism required for low-cost, high-throughput flash wafer level final test," said Larry Levy, director of flash product marketing for FormFactor, Inc. "Flash memory manufacturers are looking for solutions to enable cost effective wafer level final test and we look forward to continued work with Agilent in pursuit of even greater levels of parallelism and wafer test efficiency."

About FormFactor

FormFactor, Inc. (Nasdaq:FORM) is an industry leader in the design, development, manufacture, sale and support of precision, high-performance advanced semiconductor wafer probe cards. The company's products are based on its proprietary technology, including its MicroSpring interconnect technology and design processes, which enables FormFactor to produce wafer probe cards for test applications that require reliability, speed, precision and signal integrity. FormFactor is headquartered in Livermore, California. For more information, visit the company's web site at www.formfactor.com.

FormFactor and MicroSpring are registered trademarks of FormFactor, Inc.

Forward-Looking Statement

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the

federal securities laws. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: the specific test requirements of semiconductor manufacturers, the performance and market acceptance of FormFactor's new products or technologies, and whether and at what rate various manufacturers move to wafer-level final test. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in FormFactor's report on Form 10-Q for the fiscal period ended June 26, 2004, filed with the Securities and Exchange Commission ("SEC"), and subsequent filings. Copies of filings made by FormFactor with the SEC are available at http://investors.formfactor.com/edgar.cfm. FormFactor assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

COPYRIGHT 2004 Business Wire
COPYRIGHT 2008 Gale, Cengage Learning