JACK RUSSO (State Bar No. 96068)
TIM C. HALE (State Bar No. 114905)
JOHN KELLEY (State Bar No. 100714)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
      thale@computerlaw.com
      jkelley@computerlaw.com

Attorneys for defendants and counterclaimants
WESLEY MAYDER, ROMI MAYDER, SILICON TEST SOLUTIONS LLC and SILICON TEST SYSTEMS INC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**DECLARATION OF JACK RUSSO IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION AND MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER**<br><br>**Date: August 15, 2008**<br>**Time: 9:00 a.m.**<br>**Ctrm: 6**<br>**Before the Hon. Ronald Whyte**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |

CONTAINS MATERIAL DESIGNATED HIGHLY CONFIDENTIAL –ATTORNEYS' EYES

ONLY BY VERIGY US, INC. UNDER STIPULATED PROTECTIVE ORDER

DOCUMENT SUBMITTED UNDER SEAL

---

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Decl. Jack Russo in Supp. Mot.
Summ. Adj. & Mod. Prelim. Inj.**

**Case No. 5:07-cv-04330-RMW (HRL)**

I, Jack Russo, declare as follows:

1. I am a member in good standing of the State Bar of California, and am admitted to practice before this Court and have been for over 25 years. I am the Managing Partner for the law firm of Russo & Hale LLP, counsel for the defendants in this action. I serve as an arbitrator, mediator, and neutral evaluator for this Court (and have done so for over 10 years) and I also serve as an arbitrator, mediator and Judge Pro Temp for the Santa Clara Superior Court (and have also done so for over 10 years.) The matters stated herein are true and correct of my personal knowledge, unless stated on information and belief, which matters I believe to be true. I could and would competently testify to the matters set forth herein if called as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy of the complaint filed by Plaintiff Verigy US, Inc. ("Verigy") in this matter. Neither my firm nor I represented any of the defendants in 2006 or in 2007; we first became counsel for defendant Wes Mayder earlier this year and recently, we have become counsel for all of the defendants in this action.

3. Attached hereto as Exhibit 2 are a series of recent email exchanges (after me and my firm became counsel for all the defendants in this action this year) between myself and counsel for Verigy, Mindy Morton, Esq.

4. In these emails and in both phone conversations and at least one in-person meeting that I had with counsel for Plaintiff, I was attempting to obtain Plaintiff's consent to allowing defendants to get, see and read the entire TRO that the Court entered against them–something that plaintiff and its counsel had prevented by claiming that parts of the TRO and attached exhibits were for attorneys' eyes only under the Protective Order entered in this case. These actions by plaintiff and its counsel deprived defendants of the opportunity to see, read, review and/or fully understand what they were prohibited from doing.

5. Attached as Exhibit 3 is a true and correct copy of the Temporary Restraining Order entered in this matter on August 24, 2007.

//
//

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

Decl. Jack Russo in Supp. Mot.
Summ. Adj. & Mod. Prelim. Inj.    1    Case No. 5:07-cv-04330-RMW (HRL)

1  I declare under penalty of perjury under the laws of the State of California and the United States of America that this Declaration is true and correct and was entered into on July 9, 2008 in Palo Alto, California.

                _____/s/ Jack Russo_____
                Jack Russo