| | |
|---|---|
| 1 | JACK RUSSO (State Bar No. 96068) |
| 2 | RUSSO & HALE LLP |
|   | 401 Florence Street |
| 3 | Palo Alto, CA 94301 |
|   | Telephone: (650) 327-9800 |
| 4 | Facsimile: (650) 327-3737 |
|   | Email: jrusso@computerlaw.com |

JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com

Attorneys for Defendants
WESLEY MAYDER, ROMI MAYDER, SILICON TEST SOLUTIONS LLC and SILICON TEST SYSTEMS INC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**DECLARATION OF GARY MAYDER IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION AND MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER**<br><br><br>**Date: August 15, 2008**<br>**Time: 9:00 a.m.**<br>**Ctrm: 6**<br>**Before the Hon. Ronald Whyte**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |

**Decl. Gary Mayder Supp. Mot. Summ . Adj.**       Case No. 5:07-cv-04330-RMW (HRL)

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

I, Gary Mayder, declare, under penalty of perjury, as follows:

1. The matters stated herein are true and correct of my personal knowledge, unless stated on information and belief, which matters I believe to be true.

## FAMILY

2. I am currently 68 years old and I have three sons. Their names are Wesley Mayder (38 years old), Romi Mayder (37 years old), and Michael Mayder (34 years old). I have six grandchildren whose names are Jessica Mayder (3 years old), Kylie Mayder (6 months old), Claire Mayder (22 months old), William Mayder (6 years old), Isaiah Mayder (5 years old), and Quintin Mayder (2 years old).

## EDUCATION

3. I graduated from the University of California at Berkeley in 1965 with a Masters of Science degree in Electrical Engineering. I also graduated from the University of California at Berkeley in 1963 with a Bachelor of Science degree in Electrical Engineering. My father, L. Wesley Mayder, graduated from the University of California at Berkeley in 1939 with a Bachelor of Science degree in Engineering. My only brother, Noel Mayder, graduated from the University of California at Berkeley in 1967 with a Bachelor of Science degree in Engineering. My son, Romi Mayder, followed in my footsteps and received his Bachelor of Science degree from the University of California at Berkeley in Electrical Engineering in 1992. My other two sons, Wesley Mayder and Michael Mayder, are not involved in the field of Electrical Engineering.

## EXPERIENCE

4. In 1964, I started my career in the Electrical Engineering working at Honeywell International (previously Garrett Corporation). I was an avionics development engineer working on the electrical circuitry design of the U.S. Airforce F14 fighter jet and also NASA's Apollo spacecraft. The semiconductor devices used in the F14 fighter jet were required to be radiation hardened because of the U.S. Airforce's requirement that all U.S. Airforce fighter jets be able to withstand EMP (electromagnetic pulses) caused by a thermonuclear detonation. The most

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Decl. Gary Mayder Supp. Mot. Summ . Adj.**   1   **Case No. 5:07-cv-04330-RMW (HRL)**

1  common semiconductor process used to fabricate radiation hardened devices was and still is SOI
2  (Silicon on Insulator).  Honeywell's wafer fabrication site in Minneapolis, Minnesota is a U.S.
3  National asset.   I left Honeywell in 1979 to join a business in the field of semiconductor memory
4  device testing located in Silicon Valley.

5      5.      In 1979, I joined Best IC laboratories in Sunnyvale, CA as a principal owner and
6  V.P. of Engineering.  We focused on testing memory devices for memory manufacturers such as
7  Oki Data, AMD, Activision, Mostek.  In that era, the memory devices that we tested consisted of
8  RAM (radom access memory) and ROM (read only memory).  In 1981, I received a certificate of
9  course completion from Fairchild Test Systems Group regarding software programming of the
10 Xircom 5581 test system.  My son, Romi Mayder, later worked for Schlumberger which purchased
11 Fairchild Test Systems Group.  In 1981, I also received a certificate of course completion from
12 Fairchild Test Systems Group regarding software programming of Sentry test systems, a product
13 line of Fairchild Test Sytems Group.

14      6.      In 1983, I joined AMI (American Microsystems) as section manager of memory
15 test.  We tested both RAM and ROM.  Our customers included Atari and Activision.

16      7.      In 1985, I joined GTE (General Telephone Electronics) as the test engineer for
17 satellite communications.  We developed test systems for testing satellite communications.

18      8.      In 1987, I joined Intersection Development Corporation (IDC) as Director of
19 Engineering.  We developed vehicle detection sensors for automobile traffic. In 1999, I retired and
20 currently reside in Sacramento, CA.

### MY SON, ROMI, FOLLOWS IN MY FOOTSTEPS

22      10.     From an early age, I influenced my son, Romi, to pursue a career in Electrical
23 Engineering based upon my experience as an electrical engineer.  My other two boys did not seem
24 to have the same interest level in Engineering and science as Romi did and they pursued careers in
25 finance and business. I often worked on engineering projects in my garage at home with my son,
26 Romi, and my nephew Husam Qubain ("Husam") who lived with us in Palo Verdes, CA.  My
27 nephew, Husam, grew up with my three sons.  Husam attended college in Southern California and
28 received a Bachelor of Science degree in Engineering.  After graduating from college, Husam

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Decl. Gary Mayder Supp. Mot. Summ . Adj.**        2        **Case No. 5:07-cv-04330-RMW (HRL)**

obtained a job at Honeywell International. Husam worked at Honeywell for well over 10 years.

11. Romi worked after school and during summer vacations throughout high school and college at Best IC Labs and was exposed to memory test issues. Isam Qubain, my boys' uncle and President of Best IC laboratories, continued to mentor Romi long after I left Best IC Laboratories. I was impressed with Romi's capacity for understanding engineering and science. Romi helped to assemble complex assemblies such as probe cards and load boards used for memory testing for many years after I left Best IC Laboratories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 5, 2008 in Sacramento, California.

                                                          _____/s/_____
                                                          Gary Mayder

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Gary Mayder.

Dated: July 10, 2008              By:        _____/s/_____
                                                                        Jack Russo

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Decl. Gary Mayder Supp. Mot. Summ. Adj.**       3       Case No. 5:07-cv-04330-RMW (HRL)