| | |
|---|---|
| 1 | JACK RUSSO (State Bar No. 96068) |
| | TIM C. HALE (State Bar No. 115905) |
| 2 | JOHN KELLEY (State Bar No. 100714) |
| | RUSSO & HALE LLP |
| 3 | 401 Florence Street |
| | Palo Alto, CA 94301 |
| 4 | Telephone: (650) 327-9800 |
| | Facsimile: (650) 327-3737 |
| 5 | Email: jrusso@computerlaw.com |
| |         thale@computerlaw.com |
| 6 |         jkelley@computerlaw.com |
| 7 | Attorneys for defendants and counterclaimants |
| | WESLEY MAYDER, ROMI MAYDER, |
| 8 | SILICON TEST SOLUTIONS LLC and |
| | SILICON TEST SYSTEMS INC |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| Plaintiff, | **[PROPOSED] ORDER RE MOTION FOR SUMMARY ADJUDICATION AND MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER** |
| v. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | **Date: August 15, 2008**<br>**Time: 9:00 a.m.**<br>**Ctrm: 6**<br>**Before the Hon. Ronald Whyte** |
| Defendants. | Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |
| AND RELATED CROSSCLAIMS. | |

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

[Proposed] Order          Case No. 5:07-cv-04330-RMW (HRL)

1  The motion by Defendants for (1) summary adjudication as to Plaintiff's Ninth Claim for
2  Relief and as to certain facts and issues concerning public disclosure of information in published
3  patents, patent applications, and other materials and for (2) modification of the pending
4  Preliminary Injunction Order in this action came on regularly for hearing before the Court at the
5  above-named date and time.  All parties were represented at the hearing thereon by competent
6  counsel.  Good cause appearing therefor, and satisfactory proof having been made, the Court
7  ORDERS as follows:
8  1. Summary Adjudication for the Defendants as to Plaintiff's Ninth Claim for Relief, for
9  alleged violation of the Lanham Act, Section 43(a), is GRANTED;
10  2. Summary Adjudication for the Defendants as to the issue of whether information
11  contained within publicly available patents, patent applications, and other materials may or may
12  not constitute trade secrets is GRANTED, and none of the information contained in the patents,
13  patent applications, and other materials filed by Defendants with the Court on their motion shall
14  constitute the trade secrets of Plaintiff in this action; and,
15  3. In light of the foregoing and for other good cause shown, the pending Preliminary
16  Injunction Order entered in this action is modified as follows:
17  Notwithstanding anything contained in the pending Preliminary Injunction Order:
18  a. Defendants and any other persons acting in concert with them are hereafter
19  permitted to develop, market, advertise, sell, license, and in all other ways otherwise
20  commercially exploit the Flash Enhancer product and any enhancements thereto for all
21  devices and/or systems in exchange for escrowing fifteen percent (15%) of the gross
22  revenues obtained from any such sales pending the outcome of this case; and,
23  b. Without limiting the generality of the foregoing, Defendants and any other
24  persons acting in concert with them are hereafter permitted to develop, market, advertise,
25  sell, license, and in all other ways otherwise commercially exploit the Flash Enhancer
26  product and any enhancements thereto for any (a) any non-Verigy systems and (b) any
27  customers producing NOR and/or NAND memory devices and/or systems in exchange for
28  escrowing fifteen percent (15%) of the gross revenues obtained from such sales pending

1   the outcome of this case; and,

2     c. Without limiting the generality of any of the foregoing, Defendants and any other persons acting in concert with them are hereafter permitted to develop and further test the Flash Enhancer product and any enhancements thereto with and in cooperation with beta test users, provide samples of Flash Enhancer and any enhancements thereto to beta test users, and communicate fully with such beta test users concerning the operation, performance, testing, modification, and future sales or licensing of Flash Enhancer and any enhancements thereto, and any related matters in exchange for escrowing fifteen percent (15%) of the gross revenues obtained from any such sales pending the outcome of the trial (and any subsequent appeals) in this matter.

IT IS SO ORDERED:

Dated: _____, 2008

                   _____
                   United States District Judge