# EXHIBIT A

Silicon Valley Expert Witness Group, Inc.
Consultant Curriculum Vitae

# Richard A. Blanchard, Ph.D.

## Expertise

- MOS and Bipolar Device Technology
- Semiconductor Device Physics
- Microchip Fabrication & Analysis
- Electronic Systems
- Electrical & Electronic Failures

- Assembly & Packages
- CMOS, DMOS & BiCMOS
- Power IC's & Power Electronics
- Printed Circuit Board Manufacturing
- Semiconductor Process & Control

## Professional Summary

Dr. Blanchard has over 35 years of combined industry, research, academic, and consulting experience. His research covers semiconductor device and electronics design, semiconductor device physics, semiconductor manufacturing processes and equipment, failure analysis, reverse engineering of semiconductor and electronic circuits, and reliability modeling. Dr. Blanchard's work has resulted in more that 120 U.S. issued patents. He has also written or co-authored numerous books and articles in the semiconductor design and process development areas as well as failure analysis.

## Employment History

From:    1998          **Silicon Valley Expert Witness Group, Inc.**
To:      Date          Mountain View, CA
         Position:     *Expert Consultant*
                       Silicon Valley Expert Witness Group, Inc. (SVEWG) is a high technology, "Silicon Valley" consulting company specializing in expert witness litigation support and technology consulting. SVEWG has an extensive roster of world-class technology experts used in the defense and promotion of intellectual property rights and other litigation disputes. SVEWG Principals offer extensive in-house technology, legal and business expertise and have direct access to senior litigation and technology consultants worldwide.

From:    1991          **Failure Analysis Associates, Inc. (Now named "Exponent")**
To:      1998          Menlo Park, CA
         Position:     *Principal Engineer & Division Manager*
                       Responsible for the Electrical/Electronic Division of Failure Analysis Associates providing consulting services to the electrical and electronics industry. Specific duties include:
                       - Semiconductor devices. Failure analysis and reverse engineering

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

     of solid-state electronic components and circuits. Semiconductor processing and semiconductor process equipment. Semiconductor manufacturing and process control.
- Failure analysis of electric and electronic systems, subsystems, and components, including causes of electrical fires
- Reliability modeling and lifetime prediction of electrical and electronic systems and subsystems
- Automotive electronics. Design of discrete devices and integrated circuits
- Power Electronics. Power MOS and Smart Power Technologies

| | | |
|---|---|---|
| From: | 1987 | **IXYS Corporation** |
| To: | 1991 | |
| | Position: | *Senior Vice President* |

Responsible for the development of IC products. Established an in-house CAD capability. Recruited an IC design team and coordinated the definition and development of IXYS ICs. Identified, qualified and monitored the IC foundries that manufactured these circuits. Set up testing capability at IXYS. Coordinated assembly on IC's. Worked on various MOSFET and IGBT device, test, and assembly problems.

| | | |
|---|---|---|
| From: | 1982 | **Siliconix, Inc.** |
| To: | 1987 | |
| | Position: | *Vice President, Engineering* |

Other titles held at Siliconix, Inc. were Engineering Manager (1982-1983) and Director (1983-1984). Responsible for the development of advanced process technology and the design of both discrete devices (JFETs, lateral and vertical DMOS transistors) and integrated circuits (low and high voltage CMOS, D/CMOS and bipolar-JFET). These responsibilities included providing technical and administrative direction to two IC design groups in the United Kingdom and the U.S., one device and process design group and a "quick-turn" processing line. Two CAD groups, one in the U.K. and one in the U.S., and a CAE group developing computer software and hardware for the engineering community rounded out the department. Personally responsible for many key innovations and inventions in power MOS and D/CMOS IC technology and their assembly and test requirements. He submitted approximately 20 patent disclosures while employed at Siliconix, Inc. He holds the two key "trench FET" patents, of which he is the sole inventor.

| | | |
|---|---|---|
| From: | 1976 | **Supertex, Inc.** |
| To: | 1982 | |
| | Position: | *Founder and Vice President, MOS Power Products* |

**Resume of Richard A. Blanchard, Ph.D.**          Page 2
Printed: 07/10/08

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

>Responsible for investigation of new semiconductor devices and new technologies. In charge of Power MOS device research, design and development. His work lead to the design and development of both the discrete power MOS device family and the high voltage IC (HVIC) family sold by Supertex, Inc. Responsible for an in-house assembly area as well as engineering aspects of power MOS and HVIC testing.

| | | |
|---|---|---|
| From: | 1976 | **Cognition, Inc.** |
| To: | 1978 | |
| | Position: | *Founder and Consulting Engineer* |

Responsible for developing the process technology for fabricating monolithic silicon pressure sensors. A process line was established for the manufacture of piezoresistive pressure sensors, including the precision etching of thin silicon diaphragms.

| | | |
|---|---|---|
| From: | 1974 | **Foothill College** |
| To: | 1978 | |
| | Position: | *Associate Professor, Assistant Division Chairman, Engineering & Technology Division* |

Accomplishments included developing the curriculum for the Semiconductor Technology Program, and establishing a small processing facility for teaching students the fundamentals of semiconductor technology. Supervised approximately 60 instructors in the evening and off-campus programs.

| | | |
|---|---|---|
| From: | 1974 | **Independent Consultant** |
| To: | 1976 | |
| | Duties: | Consultant to the semiconductor industry, including court appointed "Special Master" in the <u>Fairchild Semiconductor Corporation v. National Semiconductor Corporation</u> Isoplanar patent suit. |

| | | |
|---|---|---|
| From: | 1970 | **Fairchild Semiconductor** |
| To: | 1974 | Mountain View, CA |
| | Position: | *Senior Engineer, Department Manager* |

Responsible for the fabrication of the integrated circuits in the Polaroid SX-70 camera. Technologies directly related to this work include standard bipolar technology, bipolar- MOS technology, silicon gate technology and flip-chip assembly technology.

**Resume of Richard A. Blanchard, Ph.D.**                                   Page 3
Printed: 07/10/08

## Silicon Valley Expert Witness Group, Inc.
## Consultant Curriculum Vitae

**Deposition and Trial Testimony (Past Five Years)**

Apple Computer, Inc. v. Tatung Co., International Court of Arbitration of the International Chamber of Commerce, Case No. 10099 AER.  (D, R)

Anne Camilleri as Guardian for Andrea Camilleri, an incompetent Adult, vs. Costco Companies, Inc., Thompson Merchandising, Everstar Merchandise, So Yang Enterprises Co. Ltd. And Does 1 to 1000.  Superior Court of the State of California, County of San Mateo, Case No. 407 06 & Case No. 408 615.  (D)

Micrel, Inc. v. Federal Insurance Company, Superior Court of the State of California and Santa Clara County, Case No. CV786627.  (D, R)

Sun Microsystems v. Kingston Technology, United States District Court, Northern District of California, Case No. C99-03610VRW.  (D, R)

Level One v. Altima, United States International Trade Commission, Washington, D.C., Investigation No. 337-TA-435.  (D, R, T)

Optus Networks Pty Ltd CAN 008 570 330 and Ors v. Leighton Contractors Pty Ltd CAN 000 893 667 and Ors, Supreme Court of New South Wales Sydney Registry Common Law Division Construction List, No. 55059 of 1997.  (R, T)

Federal Insurance Company v. Metex Corporation, Superior Court of the State of California, County of San Francisco, No. 988899.  (D, R)

Pekin Insurance Company and Green Bay Motor Sports, Inc. v. American Suzuki Motor Corporation, Circuit Court of the State of Wisconsin, County of Brown, No. 01-CV-416 (4/2002).  (D)

Kenneth Toner and Daniel J. Harper, as Trustee of the Recall Claimants Trust v. Cadet Manufacturing Company, I.R.C.A. S.P.A., Zoppas Industries S.P.A. and Still-man Heating Products Inc., Superior Court of the State of Washington, County of King, No. 98-2-10876-2SEA (4/2002). (D)

Allen Scott Schneider, Tami Schneider v. Sentry Alarm, Inc., Sylvester's Alarm, Inc. a.k.a. Sylvester's Security Services, Inc. Automatic Alarm, Inc., Superior Court of the State of California, County of Santa Clara, Case No. CV 795867.  (D)

David Bryte, Personal Representative of the Estate of Lova E. Bryte, deceased, et al, plaintiffs v. Sunbeam Corporation & Sears Roebuck and Co., defendants. In the United States District Court for the Northern District of West Virginia, Case No. 2:00-CV-93. (D, R)

SimpleTech, Inc. v. Atmel Corporation, Superior Court of the State of California, County of Santa Clara, Case No. CV 809851 (2004).  (D, R)

Pavel Kuzmenko; Karina Kuzmenko and Kristina Kuzmenko v. Morningside Apartments, William R. Canihan, and MacFrugal's Bargain Close Out, Superior Court of the State of California, County of Sacramento, Case No. 01AS00112 (2004).  (D)

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

State Farm Fire & Casualty Insurance Company; as subrogee for Terry Swan, and Terry Swan, individually v. Sears, Roebuck and Co., a foreign corporation, the United States District Court for the Western District of Washington, Case No. C01-129 (C).  (D, R)

Rexford Agin, Susan Agin and Daniel Agin v. Sunbeam Products, Inc., in the United States District Court for the Southern District of Ohio Eastern Division, Civil Action No. C2030052. (D, R)

Bobby Cook, as Personal Representative of the Estate of Cathy Lynn Cook, Deceased; and Bobby Cook, Individually v. Sunbeam Corporation, Sunbeam Products, Inc., Wal-Mart Stores, Inc., and Wal-Mart Stores, East, Inc., United States District Court for the Northern District of Alabama Southern Division, Case No. CV-01-B-2000-S.  (D, R)

IXYS Corporation v. Advanced Power Technology, Inc., United States District Court for the Northern District of California San Francisco Division, Case No. C 02-3942 MHP.  (D, R)

Motorola, Inc. v. Analog Devices, Inc., United States District Court for the Eastern District of Texas Beaumont Division, Civil Action No. 1:03-CV-0131 (RHC).  (D, R)

Siliconix Inc., a Delaware corporation v. Alpha and Omega Semiconductor Inc., a California corporation, and Alpha and Omega Semiconductor Limited, a Bermuda corporation, United States District Court for the Northern District of California San Francisco Division, Case No. C03-04803 WHA (Inventor).  (D)

Sunex, Inc. v. Omnivision Technologies/Omnivision Technologies, Inc., a Delaware Corporation v. Sunex, Inc, Superior Court of the State of California County of San Diego, North County Division, Case No. 031205.  (D)

Fujitsu Limited v. Cirrus Logic, Inc., Amkor Technology, Inc., Sumitomo Bakelite Co., Ltd., and Sumitomo Plastics America, Inc., Superior Court of the State of California County of Santa Clara, Case. No. 1-03-CV-009885.  (D)

Silicon Laboratories, Inc. v. Ali Niknejad & Axiom Microdevices, Inc., United States District Court for the Western Division of Texas Austin Division, Civil Action No. A-04-CA-155-SS. (D, T)

Joel R. Bertelson, Daniel E. Mendl, Daniel E. Mendl as Trustee, The Bigfoot Ranch, II, Inc., Daniel E. Mendl as Attorney In Fact for Katherine Hope Bertelson and Union Mutual Fire Insurance Co. and New England Guaranty Insurance Co., Inc. v. Sunbeam Products, Inc. and The Allen Agency, Inc., Superior Court of the State of Vermont Chittenden County, SS, Docket No. S0312-04 CnC.  (D)

Micrel Inc. v. Monolithic Power Systems, Michael R. Hsing, James C. Moyer, and DOES 1-20 inclusive, Unites States District Court for the Northern District of California San Francisco Division, Case No. C04-04770 JSW (JCS).  (D)

Siliconix, Inc. v. Denso Corporation, United States District Court for the Northern District of California, San Francisco Division, Case No. C05-01507 WHA and Consolidated Actions Nos. C04-00344 WHA and C05-03617 WHA.  (D)

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

Tessera, Inc. v. Micron Technology, Inc. and Infineon, United States District Court for the Eastern District of Texas Marshall Division, Case No. 2-05CV94.  (R)

Siliconix, Inc. v. Semiconductor Components Industries, LLC d/b/a On Semiconductor, American Arbitration Association, Phoenix, Arizona, Case No. 76 133 Y 00327 05 DEAR.  (D)

John Rumans, Jeanne Rumans and Jessica Rumans v. Sunbeam Products, Inc., United States District Court for the Western District of Missouri Western Division, Case No. 05-1226-CV-W-HFS. (D)

Markel American Insurance Company, Insurance Company of North America and State Farm Fire and Casualty Company v. Cadet Heater Manufacturing Company v. ZIMM (Third-Party Defendants), United States District Court for the District of Oregon, Case No. 3:05-CV-1188 KI (Lead Case). (D, R)

Verigy US, Inc. v. Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc., and Silicon Test Solutions, LLC, United States District Court for the Northern District of California San Jose Division, Case No. C07-04330 RMW (HRL).  (D)

Nathan J. Sheridan v. Fladeboe Volkswagen, Inc., Volkswagen of America, Inc., Superior Court of the State of California for the County of Orange, Case No. 06CC09510.  (D)

Quantum Research Group v. Apple Computer Company, Inc., Cypress Semiconductor Corp., Cypress Microsystems, and Fingerworks, Inc., Unites States District of Maryland, Civil Action No. 1:05-CV-03408-WMN.  (D)

Safeco Insurance v. Eaton Electrical, Inc., et al., Marin Superior Court, Case No. 60820.  (D)

State Farm Fire and Casualty Co., as Subrogee of Benjamin Parr and June Parr, and Benjamin Parr and June Parr, Individually v. Sunbeam Products, Inc., United States District Court, Central District, Peoria Division, Case No. 1:06-CV-01208.  (D)

D = Deposition
R = Report
T = Testimony in Court

# Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 7,339,252 | 03/04/2008 | Semiconductor Having Thick Dielectric Regions |
| 7,304,347 | 12/04/2007 | Method for Fabricating a Power Semiconductor Device Having a Voltage Sustaining Layer with a Terraced Trench Facilitating Formation of Floating Islands |
| 7,244,970 | 07/17/2007 | Low Capacitance Two-Terminal Barrier Controlled TVS Diodes |

# Silicon Valley Expert Witness Group, Inc.
## Consultant Curriculum Vitae

| | | |
|---|---|---|
| 7,224,027 | 05/29/2007 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching and Diffusion from Regions of Oppositely Doped Polysilicon |
| 7,202,494 | 04/10/2007 | FinFET Including a Supperlattice |
| 7,199,427 | 04/03/2007 | DMOS Device with a Programmable Threshold Voltage |
| 7,138,289 | 11/21/2006 | Technique for Fabricating Multilayer Color Sensing Photodetectors |
| 7,094,621 | 08/22/2006 | Fabrication on diaphragms and 'Floating' Regions of Single Crystal Semiconductor for MEMS Devices |
| 7,091,552 | 08/15/2006 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching and Ion Implantation |
| 7,084,455 | 08/01/2006 | Power Semiconductor Device Having a Voltage Sustaining Region that Includes Terraced Trench with Continuous Doped Columns Formed in an Epitaxial Layer |
| 7,067,376 | 06/27/2006 | High Voltage power MOSFET Having Low On-Resistance |
| 7,061,072 | 06/13/2006 | Integrated Circuit Inductors Using Driven Shields |
| 7,023,069 | 04/04/2006 | Method for Forming Thick Dielectric Regions Using Etched Trenches |
| 7,019,360 | 03/28/2006 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching Using an Etchant Gas that is also a Doping Source |
| 7,015,104 | 03/21/2006 | Technique for Forming the Deep Doped Columns in Superjunction |
| 6,992,350 | 01/31/2006 | High Voltage Power MOSFET Having Low On-Resistance |
| 6,949,432 | 09/27/2005 | Trench DMOS Transistor Structure Having a Low Resistance Path to a Drain Contact Located on an Upper Surface |
| 6,921,938 | 07/26/2005 | Double Diffused Field Effect Transistor Having Reduced On-Resistance |
| 6,906,529 | 06/14/2005 | Capacitive Sensor Device With Electrically Configurable Pixels |
| 6,882,573 | 04/19/2005 | DMOS Device with a Programmable Threshold Voltage |
| 6,861,337 | 03/01/2005 | Method for Using a Surface Geometry for a MOS-Gated Device in the Manufacture of Dice Having Different Sizes |
| 6,812,526 | 11/02/2004 | Trench DMOS Transistor Structure Having a Low Resistance Path to a Drain Contact Located on an Upper Surface |
| 6,812,056 | 11/02/2004 | Technique for Fabricating MEMS Devices Having Diaphragms of "Floating" Regions of Single Crystal Material |
| 6,794,251 | 09/21/2004 | Method of Making a Power Semiconductor Device |
| 6,790,745 | 09/14/2004 | Fabrication of Dielectrically Isolated Regions of Silicon in a Substrate |
| 6,777,745 | 08/17/2004 | Symmetric Trench MOSFET Device and Method of Making Same |
| 6,750,523 | 06/15/2004 | Photodiode Stacks for Photovoltaic Relays and the Method of Manufacturing the Same |
| 6,750,104 | 06/15/2004 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching Using an Etchant Gas that is also a Doping Source |
| 6,734,495 | 05/11/2004 | Two Terminal Programmable MOS-Gated Current Source |
| 6,730,963 | 05/04/2004 | Minimum Sized Cellular MOS-Gated Device Geometry |

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| 6,724,044 | 04/20/2004 | MOSFET Device Having Geometry that Permits Frequent Body Contact |
| 6,724,039 | 04/20/2004 | Semiconductor Device Having a Schottky Diode |
| 6,713,351 | 03/30/2004 | Double Diffused Field Effect Transistor Having Reduced On-Resistance |
| 6,710,414 | 03/23/2004 | Surface Geometry for a MOS-Gated Device that Allows the Manufacture of Dice Having Different Sizes |
| 6,710,400 | 03/23/2004 | Method for Fabricating a High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Rapid Diffusion |
| 6,689,662 | 02/10/2004 | Method of Forming a Higher Voltage Power MOSFET Having Low On-Resistance |
| 6,686,244 | 02/03/2004 | Power Semiconductor Device Having a Voltage Sustaining Region that Includes Doped Columns Formed with a Single Ion Implantation Step |
| 6,660,571 | 12/09/2003 | High Voltage Power MOSFET Having Low On-Resistance |
| 6,656,797 | 12/02/2003 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching and Ion Implantation |
| 6,649,477 | 11/18/2003 | Method for Fabricating a Power Semiconductor Device Having a Voltage Sustaining Layer with a Terraced Trench Facilitating Formation of Floating Islands |
| 6,627,949 | 09/30/2003 | High Voltage Power MOSFET Having Low On-Resistance |
| 6,624,494 | 09/23/2003 | Method for Fabricating a Power Semiconductor Device Having a Floating Island Voltage Sustaining Layer |
| 6,621,107 | 09/16/2003 | Trench DMOS Transistor with Embedded Trench Schottky Rectifier |
| 6,593,619 | 07/15/2003 | High Voltage Power MOSFET Having Low On-Resistance |
| 6,593,174 | 07/15/2003 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Method for Making Same |
| 6,576,516 | 06/10/2003 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching and Diffusion from Regions of Oppositely Doped Polysilicon |
| 6,566,201 | 05/20/2003 | Method for Fabricating a High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Rapid Diffusion |
| 6,538,279 | 03/25/2003 | High-Side Switch With Depletion-Mode Device |
| 6,492,663 | 12/10/2002 | Universal Source Geometry for MOS-Gated Power Devices |
| 6,479,352 | 11/12/2002 | Method of Fabricating High Voltage Power MOSFET Having Low On-Resistance |
| 6,472,709 | 10/29/2002 | Trench DMOS Transistor Structure Having a Low Resistance Path to a Drain Contact Located on an Upper Surface |
| 6,468,866 | 10/22/2002 | Single Feature Size MOS Technology Power Device |
| 6,465,304 | 10/15/2002 | Method for Fabricating a Power Semiconductor Device Having a Floating Island Voltage Sustaining Layer |
| 6,432,775 | 08/13/2002 | Trench DMOS Transistor Structure Having a Low Resistance Path to a |

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| | | Drain Contact Located on an Upper Surface |
| 6,420,764 | 07/16/2002 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Methods for Making Same |
| 6,403,427 | 06/11/2002 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Method for Making Same |
| 6,399,961 | 06/04/2002 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Method for Making Same |
| 6,369,426 | 04/09/2002 | Transistor with Integrated Photodetector for Conductivity Modulation |
| 6,368,918 | 04/09/2002 | Method of Fabricating an Embedded Flash EEPROM with a Tunnel Oxide Grown on a Textured Substrate |
| 6,331,794 | 12/18/2001 | Phase Leg with Depletion-mode Device |
| 6,316,336 | 11/13/2001 | Method for Forming Buried Layers With Top-Side Contacts and the Resulting Structure |
| 6,291,845 | 19/18/2001 | Fully-Dielectric-Isolated FET Technology |
| 6,272,050 | 08/07/2001 | Method and Apparatus for Providing an Embedded Flash-EEPROM Technology |
| 6,239,752 | 05/29/2001 | Semiconductor Chip Package that is also an Antenna |
| 6,225,662 | 05/01/2001 | Semiconductor Structure with Heavily Doped Buried Breakdown Region |
| 6,215,170 | 04/10/2001 | Structure for Single Conductor Acting as Ground and Capacitor Plate Electrode Using Reduced Area |
| 6,198,114 | 03/06/2001 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Method for Making Same |
| 6,069,385 | 05/30/2000 | Trench MOS-Gated Device |
| 6,064,109 | 05/16/2000 | Ballast Resistance for Producing Varied Emitter Current Flow Along the Emitter's Injecting Edge |
| 6,046,473 | 04/04/2000 | Structure and Process for Reducing the On-Resistance of MOS-Gated Power Devices |
| 6,011,298 | 01/04/2000 | High Voltage Termination with Buried Field-Shaping Region |
| 5,985,721 | 11/16/1999 | Single Feature Size MOS Technology Power Device |
| 5,981,998 | 11/09/1999 | Single Feature Size MOS Technology Power Device |
| 5,981,318 | 11/09/1999 | Fully-dielectric-isolated FET Technology |
| 5,960,277 | 09/28/1999 | Method of Making a Merged Device with Aligned Trench FET and Buried Emitter Patterns |
| 5,897,355 | 05/27/1999 | Method of Manufacturing Insulated Gate Semiconductor Device to Improve Ruggedness |
| 5,869,371 | 02/09/1999 | Structure and Process for Reducing the On-Resistance of MOS-gated Power Devices |
| 5,856,696 | 01/05/1999 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains |
| 5,821,136 | 10/13/1998 | Inverted Field-Effect Device with Polycrystalline Silicon/Germanium Channel |
| 5,801,396 | 09/01/1998 | Inverted Field-Effect Device with Polycrystalline Silicon/Germanium Channel |

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| 5,798,549 | 08/25/1998 | Conductive Layer Overlaid Self-Aligned MOS-Gated Semiconductor Devices |
| 5,773,328 | 06/30/1998 | Method Of Making A Fully-Dielectric-Isolated Fet |
| 5,756,386 | 05/26/1998 | Method of Making Trench MOS-Gated Device with A Minimum Number of Masks |
| 5,710,443 | 01/20/1998 | Merged Device with Aligned Trench Fet and Buried Emitter Patterns |
| 5,708,289 | 01/13/1998 | Pad Protection Diode Structure |
| 5,701,023 | 12/23/1997 | Insulated Gate Semiconductor Device Typically Having Subsurface-Peaked Portion of Body Region For Improved Ruggedness |
| 5,691,555 | 11/25/1997 | Integrated Structure Current Sensing Resistor For Power Devices Particularly For Overload Self-Protected Power MOS Devices |
| 5,668,025 | 09/16/1997 | Method of Making a FET with Dielectrically Isolated Sources and Drains |
| 5,663,079 | 09/02/1997 | Method of Making Increased Density MOS-Gated Semiconductor Devices |
| 5,648,670 | 07/15/1997 | Trench MOS-Gated Device with a Minimum Number of Masks |
| 5,640,037 | 06/17/1997 | Cell with Self-Aligned Contacts |
| 5,637,889 | 06/10/1997 | Composite Power Transistor Structures Using Semiconductor Materials With Different Bandgaps |
| 5,591,655 | 01/07/1997 | Process for Manufacturing a Vertical Switched-Emitter Structure with Improved Lateral Isolation |
| 5,589,415 | 12/31/1996 | Method For Forming a Semiconductor Structure with Self-Aligned Contacts |
| 5,576,245 | 11/19/1996 | Method of Making Vertical Current Flow Field Effect Transistor |
| 5,574,301 | 11/12/1996 | Vertical Switched-Emitter Structure with Improved Lateral Isolation |
| 5,528,063 | 06/18/1996 | Conductive-Overlaid Self-Aligned MOS-Gated Semiconductor Devices |
| 5,485,027 | 01/16/1996 | Isolated DMOS IC Technology |
| 5,298,781 | 03/29/1994 | Vertical Current Flow Field Effect Transistor with Thick Insulator Over Non-Channel Areas |
| 5,237,481 | 08/17/1993 | Temperature Sensing Device for Use in a Power Transistor |
| 5,218,228 | 06/08/1993 | High Voltage MOS Transistors with Reduced Parasitic Current Gain |
| 5,164,325 | 11/17/1992 | Method of Making a Vertical Current Flow Field Effect Transistor |
| 5,156,989 | 10/20/1992 | Complementary Isolated DMOS IC Technology |
| 5,132,235 | 07/21/1992 | Method for Fabricating a High Voltage MOS Transistor |
| 5,034,785 | 07/23/1992 | Planar Vertical Channel DMOS Structure |
| 4,983,535 | 01/08/1991 | Vertical DMOS Transistor Fabrication Process |
| 4,978,631 | 12/18/1990 | Current Source with a Process Selectable Temperature Coefficient |
| 4,958,204 | 09/18/1990 | Junction Field-Effect Transistor with a Novel Gate |
| 4,956,700 | 19/11/1990 | Integrated Circuit with High Power, Vertical Output Transistor Capability |
| 4,952,992 | 08/28/1990 | Method and Apparatus for Improving the On-Voltage Characteristics of a Semiconductor Device |
| 4,929,991 | 05/29/1990 | Rugged Lateral DMOS Transistor Structure |

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| 4,920,388 | 04/24/1990 | Power Transistor with Integrated Gate Resistor |
| 4,916,509 | 04/10/1990 | Method for Obtaining Low Interconnect Resistance on a Grooved Surface and the Resulting Structure |
| 4,914,058 | 04/03/1990 | Grooved DMOS Process with Varying Gate Dielectric Thickness |
| 4,896,196 | 01/23/1990 | Vertical DMOS Power Transistor with an Integral Operating Condition Sensor |
| 4,893,160 | 01/09/1990 | Method for Increasing the Performance of Trenched Devices and the Resulting Structure |
| 4,868,537 | 09/19/1989 | Doped $SiO_2$ Resistor and Method of Forming Same |
| 4,851,366 | 07/25/1989 | Method for Providing Dielectrically Isolated Circuit |
| 4,845,051 | 07/04/1989 | Buried Gate JFET |
| 4,832,586 | 05/30/1989 | Dual-Gate High Density FET |
| 4,827,324 | 05/02/1989 | Implantation of Ions into an Insulating Layer of Increase Planar PN Junction Breakdown Voltage |
| 4,824,795 | 04/25/1989 | Method for Obtaining Regions of Dielectrically Isolated Single Crystal Silicon |
| 4,813,882 | 03/28/1989 | Power MOS Transistor with Equipotential Ring |
| 4,799,100 | 01/17/1989 | Method and Apparatus for Increasing Breakdown of a Planar Junction |
| 4,798,810 | 01/17/1989 | Method for Manufacturing a Power MOS Transistor |
| 4,794,436 | 12/27/1988 | High Voltage Drifted-Drain MOS Transistor |
| 4,791,462 | 12/13/1988 | Dense Vertical J-MOS Transistor |
| 4,774,196 | 09/27/1988 | Method of Bonding Semiconductor Wafers |
| 4,767,722 | 08/30/1988 | Method for Making Planar Vertical Channel DMOS Structures |
| 4,759,836 | 07/26/1988 | Ion Implantation of Thin Film $CrSi_2$ and SiC Resistors |
| 4,707,909 | 11/24/1987 | Manufacture of Trimmable High Value Polycrystalline Silicon Resistors |
| 4,682,405 | 07/28/1987 | Method for Forming Lateral and Vertical DMOS Transistors |
| 4,402,003 | 08/30/1983 | Composite MOS/Bipolar Power Device |
| 4,398,339 | 08/16/1983 | Fabrication Method for High Power MOS Device |
| 4,393,391 | 07/12/1988 | Power MOS Transistor With a Plurality of Longitudinal Grooves to Increase Channel Conducting Area |
| 4,345,265 | 08/17/1982 | MOS Power Transistor with Improved High-Voltage Capability |
| 4,344,081 | 08/10/1982 | Combined DMOS and a Vertical Device and Fabrication Method Therefore |
| 4,145,703 | 03/20/1979 | High Power MOS Device and Fabrication Method Therefore |

## Education

| | | | |
|---|---|---|---|
| 1982 | Stanford University | | Ph.D., Electrical Engineering |
| | | | Thesis: "Optimization of Discrete High Power MOS Transistors." |
| 1970 | M.I.T. | | MSEE |
| | | | Thesis: "The Use of a Thermal Feedback Mechanism in Power Transistor Structures." |
| 1968 | M.I.T. | | BSEE |

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

## Publications – Books

Blanchard, R. A., Burgess, David, "Wafer Failure Analysis for Yield Enhancement," *Accelerated Analysis,* 2000.

Blanchard, R.A., "Electronic Failure Analysis Handbook," co-author of three chapters, P. L. Martin, ed., *McGraw-Hill,* 1999.

Blanchard, R.A., Trapp, O., Lopp, L., "Semiconductor Technology Handbook," Portola Valley, California, *Technology Associates*, 1993.

Blanchard, R.A., "Discrete Semiconductor Switches: Still Improving," Chapter 3, Section 6, Modern Power Electronics, B. K. Bose, ed., Piscataway, N.J, *IEEE Press*, 1992.

Blanchard, R.A., "Power Integrated Circuits: Physics, Design, and Application," (Chapter 3 with J. Plummer) *McGraw-Hill*, 1986.

Blanchard, R.A., Gise, P., "Modern Semiconductor Fabrication Technology," *Reston Publishing Company*, 1986.

Blanchard, R.A. and others, "MOSPOWER Applications Handbook," *Siliconix, Inc.*, 1984; Sections 1.3, 2.9, 2.9.1, 2.11, 4.2, 5.6, 5.6.2, 7.1.

Blanchard, R.A., Gise, P., "Semiconductor and Integrated Circuit Fabrication Techniques," *Reston Publishing Company*, 1979.

## Publications - Papers

Blanchard, R.A., Wong, Chuck, "Off-line Battery Charger Circuit with Secondary-Side PWM Control," HFPC 2000 Proceedings, October 2000.

Blanchard, R. A., Kusko, Alexander, "Electrical Arcing—Its Impact on Power Quality," Power Quality Assurance, May/June 1996.

Blanchard, R. A., Kusko, Alexander, "Standby vs. Online UPS," Power Quality Assurance, March/April 1996.

Blanchard, R. A., Kusko, Alexander, "Power Electronic Equipment Protection," Power Quality Assurance, January/February 1996.

Blanchard, R.A., Li, R., "Quantitative Analysis and Measurements of Computer Local Area Network (LAN) Failures," PCIM/Power Quality/Mass Transit '95 Conference, Long Beach, California, to be presented September 9-15, 1995.

Blanchard, R.A., Medora, N., Kusko, A., "Power Factor Correction ICs - A Topological Overview," Proceedings, High Frequency Power Conversion Conference, HFPC '95, San Jose, California, May 1995.

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

Blanchard, R.A., Kusko, A., "Operation of Electrical Loads Supplied from Sine-Wave Current Source UPS," Proceedings, High Frequency Power Conversion Conference, San Jose, California, April 1994.

Cogan, A., Maluf, Blanchard, R.A., "A Very Large-Area, High-Power, High-Voltage DMOS Transistor," Electronic Components Conference, May 1987.

Blanchard, R.A., Dawes, W., et al., "Transient Hardened Power FETs," *IEEE Transactions on Nuclear Science*, Vol. NS-33 (6), December 1986.

Blanchard, R.A., Severns, R., Cogan, A., Fortier, T., "Special Features of Power MOSFETs in High-Frequency Switching Circuits," Proceedings, High Frequency Power Conversion Conference, Virginia Beach, Virginia, May 1986.

Blanchard, R.A., Fortier, T., Cogan, A., Harnden, J., "Low-On-Resistance, Low Voltage Power MOSFETs for Motor-drive Applications," Proceedings, Electro 86 Session 10, Boston, Massachusetts, May 1986.

Blanchard, R.A., "The Use of MOSFETs in High-Dose-Rate Radiation Environments," Proceedings, APEC 86, New Orleans, Louisiana (With R. Severns).

Blanchard, R.A., Thibodeau, P., "Use of Depletion-Mode MOSFETs in Synchronous Rectification," Proceedings of the 1986 Power Electronics Specialist Conference, Vancouver, B.C., Canada, 1986.

Blanchard, R.A., Dawes, W., et al., "Power MOSFET Usage in Radiation Environments; Circuit Design Techniques and Improved Fabrication Methods," *Digest of Papers GOMAC* 1986, San Diego, California. Received the Meritorious Paper of the Conference Award.

Blanchard, R.A., Williams, "D/CMOS Technology: SMARTPOWER Processes that Solve Different Design Problems," Proceedings of Electro '86, Session 13, March 15, 1986.

Blanchard, R.A., Cogan, A., "Future Trends in Semiconductor Switching," Proceedings, SATECH 85, Chicago, Illinois, October 1985.

Blanchard, R.A., Thibodeau, P. "The Design of a High Efficiency, Low Voltage Power Supply Using MOSFET Synchronous Rectification and Current Mode Control," PESC '85 Record, Toulouse, France, June 1985.

Blanchard, R.A., Severns, R., "The Use of MOSFETs in High-Dose-Rate Radiation Environments," Proceedings of APEC, 1986.

Blanchard, R.A., Numann, "SMARTPOWER Technology: Empty Promises or Emerging Products?" *Powertechniques*, July 1985.

Blanchard, R.A., "SMARTPOWER ICs: Process Innovation Produces Significant New Circuits," *Electronic Components News*, May 1984.

Blanchard, R.A., "The Application of High-Power MOS-Gated Structures," Proceedings, Electro 85, New York, New York, May 1985.

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

Blanchard, R.A., Buchanan, Tubis, "Power MOS Technology Invades Telecom," Proceedings of Intelec '84, October 1984.

Blanchard, R.A., Severns, R., "Practical Synchronous Rectification Using MOSFETs," Proceedings of Powercon 11, 1984.

Blanchard, R.A., "Process Improvements and Innovations Spur New Power ICs," *Electronic Engineering Times*, September 24, 1984.

Blanchard, R.A., "MOSPOWER Devices and Coming on Strong," *Electronic Products*, pp 71-76, July 2, 1984.

Alexander, M., Blanchard, R.A., Abramczyk, E., "Depletion-Mode MOSFETs Open a Channel into Power Switching," *Electronic Design*, June 28, 1984.

Blanchard, R.A., Severns, R., "MOSFETs Schottky Diodes Vie for Low-Voltage-Supply Designs," *EDN*, June 28, 1984.

Blanchard, R. A., "MOSPOWER Devices Boost Power-Supply Performance," *Electronic Engineering Times*, June 4, 1984.

Blanchard, R.A., Allan, G., "Understanding MOS Power Transistor Characteristics Minimizes Incoming Testing Requirements," *Test & Measurement World*, pp 78-87, January 1984.

Blanchard, R.A., Severns, R., "Practical Synchronous Rectification Using MOSFETs," Proceedings, Powercon 11, Dallas, Texas, 1984.

Blanchard, R.A., Buchanan, W., Tubis, C., "Power MOS Technology Invades Telecom," Proceedings, Intelec 84, New Orleans, Louisiana, October 1984.

Blanchard, R.A., "Power Control with Integrated CMOS/DMOS Output," Proceedings of Electro 1983, May 1983.

Blanchard, R.A., Berger, P., "Discrete and Integrated MOSPOWER Transistors in Power Conversion and Power Control Applications," Proceedings of PCI, Orlando, Florida, November 1983.

Blanchard, R.A., "MOSFETs in Arrays and Integrated Circuits," Proceedings of Electro '83, Session 7, April 1983.

Blanchard, R.A., "Status and Emerging Direction of MOS Power Technology," Proceedings of PCI/MOTOR CON '83, April 1983.

Blanchard, R.A., Alexander, M., "Use MOSPOWER as Synchronous Rectifiers in Switched-Mode Power Supplies," *Powerconversion International*, Vol. 9., No. 4, pp 16-26, April 1983.

Blanchard, R.A., "Power Control With Integrated CMOS/DMOS Output," Proceedings, Electro 1983, New York, New York, May 1983.

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

Blanchard, R.A., Alexander, M., "Use of MOSPOWER as Synchronous Rectifiers in Switched-Mode Power Supplies," *Powerconversion International*, Vol. 9, No. 4, March 1983.

Blanchard, R.A., Severns, R., "Designing Switched-Mode Power Converters for Very Low Temperature Operation," Proceedings, Powercon 10, San Diego, California, March 1983.

Blanchard, R.A., Harnden, J., "MOSFETs Control More Power in the Same-sized Package," *Electronic Design*, pp 107-114, December 9, 1982.

Blanchard, R.A., Oxner, "Logic-Compatible MOSFETs Simplify High-Power Interfacing," *EDN*, pp 105-109, November 24, 1982.

Blanchard, R.A., "Bipolar and MOS Transistors: Emerging Partners for the 1980's," Proceedings, Intelec 1982, Washington, D.C., October 1982.

Blanchard, R.A., "The Use of MOS Power Transistors in Hybrid Circuits," *The International Journal for Hybrid Microelectronics*, Vol. 5(2), p. 130-137, November, 1982.

Blanchard, P.A., "A New High-Power MOS Transistor for Very High Current, High Voltage Switching Applications," Proceedings of Powercon 8, 1981.

Blanchard, R.A., "VMOS Power Transistors in Automotive Systems - An Update," International Automotive Engineering Congress and Exposition, Detroit, Michigan, February 1981.

Blanchard, R.A., Glogoija, M., Baker, R., White, K., "A New High-Power MOS Transistor for Very High Current, High Voltage Switching Applications," Proceedings, Powercon 8, Dallas, Texas, 1981.

Blanchard, R.A., "Power MOS transistors: Structure and Performance," *Powerconversion International*, March/April 1980.

Blanchard, R.A., "The VMOS Power Device - A Direct Interface between Microprocessors and Electromechanical Actuators," International Automotive Engineering Congress and Exposition, Detroit, Michigan, March 1977

Horiuchi, S., Blanchard, R.A., "Boron Diffusion in Polycrystalline Silicon Layers," *Solid-State Electronics*, Vol. 18, p. 529-532, 1974.

Blanchard, R.A., Lane, R., Grav, P., Stafford, K., "A Completely Monolithic Sample/Hold Amplifier Using Compatible Bipolar and Silicon-Gate FET Devices," *IEEE Journal of Solid-State Circuits*, Vol. SC-9 (6), December 1974.

Blanchard, R.A., "High Voltage Simultaneous Diffusion Silicon-Gate CMOS." *IEEE J.S.S.C.*, SC-9, No. 3, pp 103-110, June 1974.

**Silicon Valley Expert Witness Group, Inc.**
**Consultant Curriculum Vitae**

## Professional Associations and Achievements

- Senior Member, Institute of Electrical and Electronics Engineers
- Member, Electronic Device Failure Analysis Society
- Member, International Microelectronics & Packaging Society
- Member, American Vacuum Society
- Member, National Fire Protection Association
- Court Appointed Special Master

---

**Silicon Valley Expert Witness Group, Inc.**

| Mountain View, CA | Dallas, TX | Washington, DC |
|---|---|---|
| (650) 917-0700 | (214) 575-4600 | (202) 842-5030 |

E-mail: info@svewg.com