# EXHIBIT X

**Silicon Valley**
**Expert Witness Group Inc.**
S  V  E  W  G
An LECG Company

Silicon Valley Expert Witness Group
2570 W. El Camino Real, Suite 550
Mountain View, CA 94040
(650) 917-0700

# INVOICE

| DATE: | INVOICE #: |
|---|---|
| 9/30/2007 | 6512 |

BILL TO:

Mount & Stoelker, P.C.
Kevin Pasquinelli, Esq.
River Park Tower, Suite 1650
333 W. San Carlos Street
San Jose, CA 95110

SVEWG Ref No:  2077w

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Silicon Test Sy... | 9/3/07:  Review material provided by client on project. | 2.2 | 395.00 | 869.00 |
| Silicon Test Sy... | 9/4/07:  Review material provided by client on project. | 1.7 | 395.00 | 671.50 |
| Silicon Test Sy... | 9/7/07:  Further review and comparison of documents from client. | 1.4 | 395.00 | 553.00 |
| Silicon Test Sy... | 9/9/07:  Review material provided by client on project. | 0.5 | 395.00 | 197.50 |
| Silicon Test Sy... | 9/10/07:  Meeting with client to review material. | 2.4 | 395.00 | 948.00 |
| Silicon Test Sy... | 9/19/07:  Review new material from client.  Meeting with client. | 3.8 | 395.00 | 1,501.00 |
| | HOURLY FEES SUB-TOTAL: | | | 4,740.00 |
| | | | | |
| Expenses | 9/10/07:  Mileage. | | 18.139 | 18.14 |
| Expenses | 9/10/07:  Parking. | | 6.875 | 6.88 |
| | OUT OF POCKET EXPENSES SUB-TOTAL: | | | 25.02 |

Matter:  Verigy v. Silicon Test Systems
Consultant:  Richard A. Blanchard, Ph.D. on the behalf of Silicon Test Systems

| SVEWG Federal Tax ID: 77-0555357 | **TOTAL:** | $4,765.02 |
|---|---|---|

**Silicon Valley**
**Expert Witness Group Inc.**
S  V  E  W  G
**An LCCG Company**

Silicon Valley Expert Witness Group
2570 W. El Camino Real, Suite 550
Mountain View, CA 94040
(650) 917-0700

# INVOICE

| DATE: | INVOICE #: |
|-------|-----------|
| 10/31/2007 | 6565 |

BILL TO:

Mount & Stoelker, P.C.
Kevin Pasquinelli, Esq.
River Park Tower, Suite 1650
333 W. San Carlos Street
San Jose, CA 95110

SVEWG Ref No: 2077w

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Silicon Test Sy... | 10/1/07: Review documents from client. | 1.7 | 395.00 | 671.50 |
| Silicon Test Sy... | 10/3/07: Meeting with client and begin work on report. | 1.6 | 395.00 | 632.00 |
| Silicon Test Sy... | 10/4/07: Work on report and review documents. | 1.1 | 395.00 | 434.50 |
| Silicon Test Sy... | 10/5/07: Meeting with client and work on report. | 5.3 | 395.00 | 2,093.50 |
| Silicon Test Sy... | 10/7/07: Review material and work on expert report. | 1.6 | 395.00 | 632.00 |
| Silicon Test Sy... | 10/8/07: Review material and work on expert report. | 5.2 | 395.00 | 2,054.00 |
| Silicon Test Sy... | 10/9/07: Review material and work on expert report. | 6.1 | 395.00 | 2,409.50 |
| Silicon Test Sy... | 10/10/07: Review material and work on expert report. | 5.4 | 395.00 | 2,133.00 |
| Silicon Test Sy... | 10/11/07: Review material and work on expert report. | 2.3 | 395.00 | 908.50 |
| Silicon Test Sy... | 10/14/07: Review material and prepare for deposition. | 1.7 | 395.00 | 671.50 |
| Silicon Test Sy... | 10/15/07: Review material and prepare for deposition. | 5.3 | 395.00 | 2,093.50 |
| Silicon Test Sy... | 10/16/07: Review material and prepare for deposition. | 4.8 | 395.00 | 1,896.00 |
| Silicon Test Sy... | 10/17/07: Review material and prepare for deposition. | 3.1 | 395.00 | 1,224.50 |
| Silicon Test Sy... | 10/18/07: Review material and prepare for deposition. | 6.2 | 395.00 | 2,449.00 |
| Silicon Test Sy... | 10/19/07: Deposition prep and deposition. | 8 | 395.00 | 3,160.00 |
| Silicon Test Sy... | 10/28/07: Review material. | 1.8 | 395.00 | 711.00 |
| Silicon Test Sy... | 10/31/07: Review own expert report and support documents. | 1.4 | 395.00 | 553.00 |
| | HOURLY FEES SUB-TOTAL: | | | 24,727.00 |
| | | | | |
| Administrative ... | Administrative assistance. | 6 | 75.00 | 450.00 |

Matter: Verigy v. Silicon Test Systems
Consultant: Richard A. Blanchard, Ph.D. on the behalf of Silicon Test Systems

| SVEWG Federal Tax ID: 77-0555357 | **TOTAL:** | $25,177.00 |
|-----------------------------------|-----------|------------|

**Silicon Valley**
**Expert Witness Group Inc.**
An LCCG Company

Silicon Valley Expert Witness Group
2570 W. El Camino Real, Suite 550
Mountain View, CA 94040
(650) 917-0700

# INVOICE

| DATE: | INVOICE #: |
|---|---|
| 11/30/2007 | 6639 |

BILL TO:

Mount & Stoelker, P.C.
Kevin Pasquinelli, Esq.
River Park Tower, Suite 1650
333 W. San Carlos Street
San Jose, CA  95110

SVEWG Ref No:  2077w

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Silicon Test Sy... | 11/2/07:  Review material and meeting with client to prepare for deposition. | 3.1 | 395.00 | 1,224.50 |
| Silicon Test Sy... | 11/3/07:  Review Volume 1 of deposition. | 1.8 | 395.00 | 711.00 |
| Silicon Test Sy... | 11/4/07:  Preparation for deposition.  Review own report etc. | 3.6 | 395.00 | 1,422.00 |
| Silicon Test Sy... | 11/5/07:  Preparation for deposition.  Deposition. | 7 | 395.00 | 2,765.00 |
| Silicon Test Sy... | 11/18/07:  Review own 2nd deposition. | 1.3 | 395.00 | 513.50 |
| Silicon Test Sy... | 11/19/07:  Review Plaintiff's expert report. | 1.8 | 395.00 | 711.00 |
| Silicon Test Sy... | 11/20/07:  Attend deposition of plaintiff's expert. | 4 | 395.00 | 1,580.00 |
| Silicon Test Sy... | 11/27/07:  Work on declaration. | 1.8 | 395.00 | 711.00 |
| Silicon Test Sy... | 11/29/07:  Review and finalize declaration. | 0.6 | 395.00 | 237.00 |
|  | HOURLY FEES SUB-TOTAL: |  |  | 9,875.00 |
|  |  |  |  |  |
| Expenses | Mileage for 3 visits. |  | 54.42 | 54.42 |

Matter:  Verigy v. Silicon Test Systems
Consultant:  Richard A. Blanchard, Ph.D. on the behalf of Silicon Test Systems

| SVEWG Federal Tax ID: 77-0555357 | **TOTAL:** | $9,929.42 |
|---|---|---|