1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13  VERIGY US, INC, a Delaware Corporation   |   Case No. C07 04330 RMW (HRL)

14                        Plaintiff,         |   **[PROPOSED] ORDER GRANTING VERIGY'S ADMINISTRATIVE MOTION TO CLARIFY DEFENDANTS' MOTION FOR "MODIFICATION" OR, IN THE ALTERNATIVE, MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR "MODIFICATION"**

15       vs.

16  ROMI OMAR MAYDER, an individual;
    WESLEY MAYDER, an individual; SILICON
17  TEST SYSTEMS, INC., a California Corporation;
    and SILICON TEST SOLUTIONS, LLC, a
18  California Limited Liability Corporation,
    inclusive,
19
                          Defendants.         |   Courtroom: 6
20                                            |   Hon.  Ronald M. Whyte

21                                            |   Complaint Filed:   August 22, 2007
                                              |   Trial Date:        None
22

1     This matter having come before the Court on the Administrative Motion of plaintiff Verigy

2 US, Inc. for an order clarifying whether Verigy is to respond to Defendants' Motion for

3 Modification or, in the alternative, an order enlarging time for hearing on the motion;

4     AND the Court having read the Notice of Motion and Motion, the declaration of Michael

5 W. Stebbins, the memorandum of points and authorities submitted in support of the motion, the

6 complete files and records in this action, and the arguments of Counsel;

7     AND, good cause appearing;

8     **IT IS HEREBY ORDERED THAT:**

9     Verigy's Administrative Motion for an order clarifying whether Verigy is to respond to

10 Defendants' Motion for Modification on the motion is GRANTED, and

11 _____.

12     In the alternative, Verigy's Administrative Motion to enlarge time is GRANTED, and the

13 Motion for Modification is set for hearing on August 29, 2008 at 10:00 a.m.

14

15     **IT IS SO ORDERED**.

16 Dated: _____, 2008     By: _____
                                                                       The Honorable Howard R. Lloyd

17                                                                         United States District Judge

18

19

20

21

22

23

24

25

26

27

28