# EXHIBIT B

Wesley's Contribution to STS

```
WESLEY K. MAYDER                                              1343
298 CARLYN AVE.
CAMPBELL, CA  95008-1917              Date  1/4/07

Pay to the
Order of  Silicon Test Systems        | $ 250,000 00/100
- two hundred fifty thousand -        Dollars

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

Memo _____          _____

⑆121042882⑆ 1723628408⑈ 1343
```