1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for defendants and counterclaimants
   WESLEY MAYDER, ROMI MAYDER, SILICON
8  TEST SOLUTIONS LLC and SILICON TEST
   SYSTEMS INC

9              IN THE UNITED STATES DISTRICT COURT

10          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**DECLARATION OF JACK RUSSO IN SUPPORT OF OPPOSITION TO VERIGY'S ADMINISTRATIVE MOTION**<br><br>**Ctrm: 6**<br>**Before the Hon. Ronald Whyte**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ᵐ

**Decl. Jack Russo in Supp. Resp. Admin. Mot.**          **Case No. 5:07-cv-04330-RMW (HRL)**

I, Jack Russo, declare as follows:

1. I am a member in good standing of the State Bar of California, and am admitted to practice before this Court. I am the Managing Partner for the law firm of Russo & Hale LLP, counsel for the defendants in this action. The matters stated herein are true and correct of my personal knowledge, unless stated on information and belief, which matters I believe to be true. I could and would competently testify to the matters set forth herein if called as a witness.

2. I have read in the Administrative Motion filed by Verigy requesting an extension of time to respond to a motion filed by the defendants that my offices refused to stipulate to a two week extension of time requested by Verigy. That is a half truth, at best. What did occur is that after Verigy's counsel requested the two-week extension, I wrote back to said counsel and requested that in exchange for granting the extension Verigy provide certain information and/or documents that Defendants need to prepare for upcoming depositions. Verigy's counsel simply never responded to this offer for "trading" concessions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2008 in Palo Alto, California.

                                            _____/s/ Jack Russo_____
                                            Jack Russo

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Decl. Jack Russo in Supp. Resp. Admin. Mot.**   1   **Case No. 5:07-cv-04330-RMW (HRL)**