1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
4  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL)
14 | Plaintiff, |
15 | vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**
16 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | 
   | | Judge:  Honorable Ronald M. Whyte
   | | Ctrm:    6
   | Defendants. |

Now before the Court is Verigy's Administrative Motion For Leave To File Documents Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Melinda M. Morton filed therewith, the Court finds there to be good cause for granting Plaintiff's request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Memorandum of Points and Authorities in Opposition to Wesley Mayder's Motion for Rule 11 Sanctions; Memorandum of Points and Authorities in Opposition to Wesley Mayder's Motion for Summary Judgment; Declaration of Robert Pochowski in Opposition to Wesley Mayder's Motion for Rule 11 Sanctions & Motion for Summary Judgment and Exhibit A-D; Exhibits A and B to the Declaration of Donald P. Gagliardi in Opposition to Wesley Mayder's Rule 11 Sanctions, and Exhibits A and B to the Declaration of Donald P. Gagliardi in Opposition to Wesley Mayder's Motion for Summary Judgment.

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL         CASE NO. C07 04330 RMW (HRL)