1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
3 | DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
4 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
5 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
6 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
7 | Facsimile: (408) 297-6000

8 | Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Ronald M. Whyte<br>Ctrm:   6<br><br>Complaint Filed:   August 8, 2008<br>Trial Date:   None Set |

<u>CERTIFICATE OF SERVICE</u>

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On July 18, 2008, I served the within:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO WESLEY MAYDER'S RULE 11 MOTION–** *DOCUMENTS SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF DONALD P. GAGLIARDI IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO WESLEY MAYDER'S RULE 11 MOTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO WESLEY MAYDER'S MOTION FOR SUMMARY JUDGMENT –** *DOCUMENTS SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF DONALD P. GAGLIARDI IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO WESLEY MAYDER'S MOTION FOR SUMMARY JUDGMENT–** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF ROBERT POCHOWSKI IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO WESLEY MAYDER'S MOTION FOR SUMMARY JUDGMENT & RULE 11 MOTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__   BY PERSONAL SERVICE: I caused a copy of said documents to be hand delivered to the interested parties at the address set forth below. FRCP Title II, §5(b)(2)(A)(i).

| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.** Jack Russo, Esq. John Kelley, Esq. Tim Hale, Esq. | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Russo & Hale LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>Ph:  650.327.9800<br>Fax: 650.327.3737<br>jrusso@computerlaw.com<br>jkelley@computerlaw.com<br>thale@computerlaw.com | |

6  I declare under penalty of perjury that the foregoing is true and correct, and that this

7 declaration was executed on July 18, 2008, at San Jose, California.

8

9                                        /s/
                              Emma Tofelogo-Fernandez
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28