# EXHIBIT A

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT B

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT C

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT D

# CONFIDENTIAL

# FILED UNDER SEAL