| | |
|---|---|
| DANIEL J. BERGESON, Bar No. 105439<br>dbergeson@be-law.com<br>MELINDA M. MORTON, Bar No. 209373<br>mmorton@be-law.com<br>DONALD P. GAGLIARDI, Bar No. 138979<br>dgagliardi@be-law.com<br>JOHN W. FOWLER, Bar No. 037463<br>jfowler@be-law.com<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone: (408) 291-6200<br>Facsimile: (408) 297-6000<br><br>Attorneys for Plaintiff<br>VERIGY US, INC. | **PUBLIC VERSION** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>            Plaintiff,<br><br>  vs.<br><br>ROMI OMAR MAYDER, an individual;<br>WESLEY MAYDER, an individual; SILICON<br>TEST SYSTEMS, INC., a California Corporation;<br>and SILICON TEST SOLUTIONS, LLC, a<br>California Limited Liability Corporation,<br>inclusive,<br><br>            Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF DONALD P. GAGLIARDI IN OPPOSITION TO WESLEY MAYDER'S MOTION FOR RULE 11 SANCTIONS**<br><br>Date: August 8, 2008<br>Time: 9:00 am<br>Ctrm.: 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 15, 2008 |

**DOCUMENT SUBMITTED UNDER SEAL**

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

I, Donald P. Gagliardi, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California and am a partner with the law firm of Bergeson, LLP, counsel of record for plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, could and would competently testify thereto.

2. On or about the afternoon of July 9, 2008, I deposed defendant Wesley Mayder in the above-captioned action. Attached hereto and incorporated herein by reference as Exhibit A are true and correct copies of pertinent portions of the deposition testimony of Wesley Mayder, including exhibits thereto.

3. On or about the morning of July 9, 2008, I attended the deposition of John Davidson, taken by my partner John W. Fowler, in the above captioned action. Attached hereto and incorporated herein by reference as Exhibit B are true and correct copies of pertinent portions of the deposition testimony of Jon Davidson, including exhibits thereto.

4. Attached hereto as Exhibit C is a true and correct copy of the application for a seller's permit, form BOE 400 SPA, downloaded by personnel in my office on July 16, 2008 from the California Board of Equalization's website at http://www.boe.ca.gov/pdf/boe400spa.pdf.

5. I am a 1988 graduate of Stanford Law School, with almost twenty years experience in the practice of law. Prior to joining Bergeson, LLP, I was a Law clerk to Hon. John T. Elfvin, a U.S. District Judge in the Western District of New York, and to Hon. Edward A. Infante, U.S. Magistrate Judge for Northern District Court of California. My area of practice is in business litigation. I have handled a variety of cases in state and federal courts. I have previously served as a special master in discovery disputes in the Northern District of California. I also serve as an arbitrator and judge pro tem in the Santa Clara County Superior Court.

6. My ordinary and usual billing rate as of January 2008 is $480 per hour. I have expended in excess of 25 hours in preparing Verigy's papers in opposition to defendant Wes Mayder's motion for imposition of sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. Accordingly, Verigy has reasonably and necessarily incurred in excess of $3,024.00 for my fees related to the Rule 11 motion.

1    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 17th day of July, 2008 at San Jose, California.

/s/
Donald P. Gagliardi