9. I spoke with Romi Mayder the next day and asked him to explain, but he simply stated that he and Wesley Mayder had decided to go on without me. A few days later, I received a letter from Dan Hanley, the Mayders' attorney, dated December 13, 2006, informing me that I was no longer part of STS. Attached hereto as Exhibit D is a true and correct copy of Hanley's letter to me. The letter indicates that Wesley Mayder had been part of the company since it was officially formed on September 8, 2006, which was a great surprise to me. It also states that

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this _17_ day of July, 2008 at Sunnyvale, California.

_____
Robert Pochowski