1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
           thale@computerlaw.com
6          jkelley@computerlaw.com

7  Attorneys for defendants and counterclaimants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS LLC, and WESLEY
   MAYDER
9

                    IN THE UNITED STATES DISTRICT COURT
10
                  IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13 | VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL)

14 |                     Plaintiff,            | **DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS'**
15 |                         v.                | **ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

16 | ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST
17 | SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a | **Before: Judge Ronald Whyte**
18 | California Limited Liability Corporation, inclusive,
                                               | Complaint Filed: August 22, 2007
19                                             | Trial Date: December 8, 2008 (jury trial)
                                               | (Defendants have elected to reserve their jury
20 |                     Defendants.            | trial rights under F.R.C.P., Rule 38)

21
   AND RELATED CROSSCLAIMS.
22

23
24
25
26
27
28

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ᴿᴹ

Hale Decl. Supp. Admin. Mot. Seal. Docs.                    Case No. 5:07-cv-04330-RMW (HRL)

I, Tim C. Hale, hereby declare as follows:

1. I am an attorney with the law firm of Russo & Hale LLP, counsel for defendants Romi Mayder, Silicon Test Systems, Inc., Silicon Test Solutions LLC, and Wesley Mayder in this action. I am a member in good standing for over 20 years of the State Bar of California, licensed to practice in the Northern District of California. I make the statements herein of my personal knowledge, and if called upon to testify in this Court, my testimony would be as stated herein.

2. I submit this declaration in support of defendants' Administrative Motion for Leave to File Documents Under Seal.

3. I have reviewd the documents designated as

 (a) Exhibit 3 to the Declaration of Jack Russo in Support of Defendants' Motion for Summary Adjudication and Motion to Modify Preliminary Injunction Order, and

 (b) Exhibits B-F to the Supplemental Declaration of Romi Mayder in Support of Defendant's Motion for Summary Judgment and Motion for Rule 11 Sanctions.

I have determined that the document listed as (a) above is a copy of a document that has previously been designated as "Confidential" by this Court and is filed under seal. I have determined that these documents listed as (b) above contain information that has been designated as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" by one or more defendants under the Stipulated Protective Order.

4. I have concluded that defendant Silicon Test Systems, Inc.'s confidentiality interest overcomes the right of public access to the record, as a substantial probability exists that its overriding confidentiality interest will be prejudiced if the record is not sealed. The proposed sealing is narrowly tailored, and I am not aware of any less-restrictive means to achieve Silicon Test Systems' overriding interests.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on July 22, 2008 in Palo Alto, California.

                     _____/s/_____
                     Tim C. Hale