1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for defendants and counterclaimants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS LLC, and WESLEY
   MAYDER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | **Before: Judge Ronald Whyte**<br>**Ctrm: 6** |
| Defendants. | Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |
| AND RELATED CROSSCLAIMS. | |

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**[Proposed] Order Grant. Defs.' Admin.
Mot. Leave to File Docs. Under Seal**

**Case No. 5:07-cv-04330-RMW (HRL)**

1 | Now before the Court is defendants Romi Mayder, Silicon Test Systems, Inc., Silicon Test Solutions LLC, and Wesley Mayder's (collectively, the "Defendants") Administrative Motion for Leave to File Documents Under Seal (the "Motion") as to certain documents identified as Exhibit 3 to the Declaration of Jack Russo in Support of Defendants' Motion for Summary Adjudication and Motion to Modify Preliminary Injunction Order, and Exhibits B-F to the Supplemental Declaration of Romi Mayder in Support of Defendant's Motion for Summary Judgment and Motion for Rule 11 Sanctions.

Upon consideration of the Motion and the supporting Declaration of Tim C. Hale filed therewith, the Court finds as follows:

(a) The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the above-named documents.

(b) The parties' overriding confidentiality interests support sealing the record;

(c) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(d) The proposed sealing is narrowly tailored; and

(e) No less restrictive means exist to achieve this overriding interest.

Good cause appearing therefor, and satisfactory proof having been made, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED:

IT IS SO ORDERED.

Dated: _____, 2008       _____
                                            Honorable Ronald M. Whyte
                                            Judge of the United States District Court

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

[Proposed] Order Grant. Defs.' Admin.
Mot. Leave to File Docs. Under Seal           1           Case No. 5:07-cv-04330-RMW (HRL)