IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIGY US, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>ROMI OMAR MAYDER, et al.,<br><br>       Defendant. | ***E-FILED - 7/23/08***<br><br>CASE NO.: C-07-04330-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE**<br><br>**NEW DATE: SEPTEMBER 5, 2008**<br><br>**TIME: 9:00 AM** |

PLEASE TAKE NOTICE that, on the court's own motion, ***Defendant Wesley Mayder's Motion for Summary Judgment and Motion for Rule 11 Sanctions; Defendant Romi Mayder's Motion for Summary Adjudication and for Modification of Preliminary Injunction***, calendared for August 29, 2008, has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: July 23, 2008

                                          BY: */s/ Jackie Garcia*
                                                JACKIE GARCIA
                                                Courtroom Deputy for
                                                Honorable Ronald M. Whyte

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28