# EXHIBIT A



# State of California
## Secretary of State

File # __2 0 0 6 2 5 5 1 0 2 1 0__

**FILED**
in the office of the Secretary of State
of the State of California

**SEP 0 8 2006**

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

This Space For Filing Use Only

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

---

**ENTITY NAME** (End the name with the words "Limited Liability Company," "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")

1. NAME OF LIMITED LIABILITY COMPANY

SILICON TEST SOLUTIONS, LLC

**PURPOSE** (The following statement is required by statute and may not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Daniel E. Hanley

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE

1091 Lincoln Avenue | San Jose | CA | 95125

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☑ MORE THAN ONE MANAGER

☐ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SIGNATURE OF ORGANIZER

DATE 9/8/06

Daniel E. Hanley
TYPE OR PRINT NAME OF ORGANIZER

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

8. NAME    Daniel E. Hanley, Esq

FIRM    Law Offices of Daniel E. Hanley

ADDRESS    1091 Lincoln Avenue

CITY/STATE/ZIP    San Jose, Ca 95125

LLC-1 (REV 03/2005)    APPROVED BY SECRETARY OF STATE



# State of California
## Secretary of State



### STATEMENT OF INFORMATION
(Limited Liability Company)

**FILED**
in the office of the Secretary of State
of the State of California

**OCT 3 0 2006**

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

Silicon Test Solutions, LLC

This Space For Filing Use Only

**DUE DATE:** DEC - 8 2006

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER
200625510210

3. STATE OR PLACE OF ORGANIZATION
CA

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 1331 Sierra Ave.   CITY AND STATE: San Jose CA   ZIP CODE: 95126

5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY): 1331 Sierra Ave.   CITY: San Jose CA   STATE: CA   ZIP CODE: 95126

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

6. NAME: Romi Mayder   ADDRESS: 1331 Sierra Ave.   CITY AND STATE: San Jose CA   ZIP CODE: 95126

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

7. NAME: Romi Mayder   ADDRESS: 1331 Sierra Ave   CITY AND STATE: San Jose CA   ZIP CODE: 95126

8. NAME:    ADDRESS:    CITY AND STATE:    ZIP CODE:

9. NAME:    ADDRESS:    CITY AND STATE:    ZIP CODE:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS
Daniel E. Hanley

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 1091 Lincoln Avenue   CITY: San Jose   STATE: CA   ZIP CODE: 95126

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
Semiconductor Device Testing

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

Romi Mayder
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM

SIGNATURE

TITLE: C.E.O.

DATE: 10/4/06

LLC-12 (REV 07/2006)

APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

### CERTIFICATE OF GOOD STANDING
### CALIFORNIA LIMITED LIABILITY COMPANY

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That on the **8th day of September, 2006, SILICON TEST SOLUTIONS, LLC,** became recognized under the laws of the State of California by filing its Articles of Organization in this office; and

That according to the records of this office, the said limited liability company is authorized to exercise all its powers, rights and privileges and is in good legal standing in the State of California; and

That no information is available in this office on the financial condition of this limited liability company.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of August 20, 2007.



**DEBRA BOWEN**
**Secretary of State**

bi

NP-25 (REV 1/2007)                                                    OSP 06 99731