07/24/2008 THU 16:44 FAX 530 582 4325 old greenwood pavillion ☒004/004
JUL-24-2008(THU) 05:48 DANIEL E. HANLEY (FAX)4085717952 P.004/004
Case 5:07-cv-04330-RMW Document 275-7 Filed 07/25/2008 Page 1 of 1

1  Operating Agreement was agreed upon and none was signed by the three parties who I had
2  believed were going to sign it.
3      8.    It is not common, though it does happen that sometimes, in my experience, one
4  person will start a limited liability company and it will be filed with the view that the various
5  proposed members are going to actually agree on an Operating Agreement but then they fail to do
6  so and the LLC is then subsequently cancelled; that is precisely what occurred in this case.
7      I declare, under penalty of perjury, under the laws of the United States of America, that the
8  foregoing is true and correct. Executed on July 24, 2008 in Truckee, California

David Hanley
Daniel Hanley

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com

Hanley Decl. Supp. Defs.' Reply
Mot. Summ. J. & R. 11 Sanctions

2

Case No. 5:07-cv-04330-RMW (HRL)