1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for defendants and counterclaimants
   WESLEY MAYDER, ROMI MAYDER, SILICON
8  TEST SOLUTIONS LLC and SILICON TEST
   SYSTEMS INC

9                   IN THE UNITED STATES DISTRICT COURT

10              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF JACK RUSSO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RULE 11 SANCTIONS BY DEFENDANT WESLEY MAYDER** |
| v. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | **Date: August 8, 2008**<br>**Time: 9:00 a.m.**<br>**Ctrm: 6**<br>**Before the Hon. Ronald Whyte** |
| Defendants. | Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |
| AND RELATED CROSSCLAIMS. | |

CONTAINS MATERIAL DESIGNATED

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

UNDER STIPULATED PROTECTIVE ORDER

DOCUMENT SUBMITTED UNDER SEAL

---

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Suppl. Decl. Jack Russo Supp.
Mot. Summ. J. & R. 11 Sanctions**              **Case No. 5:07-cv-04330-RMW (HRL)**

I, Jack Russo, declare as follows:

1. I am a member in good standing of the State Bar of California, and am admitted to practice before this Court and have been for over 25 years. I am the Managing Partner for the law firm of Russo & Hale LLP, counsel for the defendants in this action. I serve as an arbitrator, mediator, and neutral evaluator for this Court (and have done so for over 10 years) and I also serve as an arbitrator, mediator and Judge Pro Temp for the Santa Clara Superior Court (and have also done so for over 10 years.) The matters stated herein are true and correct of my personal knowledge, unless stated on information and belief, which matters I believe to be true. I could and would competently testify to the matters set forth herein if called as a witness.

2. I attended the deposition of defendant Wesley Mayder on July 9, 2008. Attached hereto as Exhibit A are true and correct copies of a few select pages of the transcript from that deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 25, 2008 in Palo Alto, California.

        /s/ Jack Russo
        Jack Russo

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Suppl. Decl. Jack Russo Supp. Mot. Summ. J. & R. 11 Sanctions**   1   Case No. 5:07-cv-04330-RMW (HRL)