07/24/2008 THU 16:44 FAX 530 582 4325 old greenwood pavillion ☐004/004
JUL-24-2008(THU) 05:48 DANIEL E. HANLEY (FAX)4085771552 P.004/004
Case 5:07-cv-04330-RMW   Document 276-7   Filed 07/25/2008   Page 1 of 1

1 | Operating Agreement was agreed upon and none was signed by the three parties who I had
2 | believed were going to sign it.
3 |     8.    It is not common, though it does happen that sometimes, in my experience, one
4 | person will start a limited liability company and it will be filed with the view that the various
5 | proposed members are going to actually agree on an Operating Agreement but then they fail to do
6 | so and the LLC is then subsequently cancelled; that is precisely what occurred in this case.
7 |     I declare, under penalty of perjury, under the laws of the United States of America, that the
8 | foregoing is true and correct. Executed on July 24, 2008 in Truckee, California

David Hanley

Daniel Hanley

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com

Hanley Decl. Supp. Defs.' Reply
Mot. Summ. J. & R. 11 Sanctions

2

Case No. 5:07-cv-04330-RMW (HRL)