1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for defendants and counterclaimants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS LLC, and WESLEY
   MAYDER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| Plaintiff, | **DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION AS TO PLAINTIFF'S THRID THROUGH FIFTH CLAIMS FOR RELIEF** |
| v. | |
| ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | **Before: Judge Ronald Whyte**<br><br>Date: September 5, 2008<br>Time: 9:00 a.m.<br>Dept.: 6<br>Before the Hon. Ronald M. Whyte |
| Defendants. | Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |
| AND RELATED COUNTERCLAIMS. | |

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ᵐ

Hale Decl. Supp. Mot. Summ. Adj. 3rd -5th Claims     Case No. 5:07-cv-04330-RMW (HRL)

I, Tim C. Hale, hereby declare as follows:

1. I am a member of the law firm of Russo & Hale LLP, counsel for defendants Romi Mayder, Silicon Test Systems, Inc., Silicon Test Solutions LLC, and Wesley Mayder in this action. I am a member in good standing for over 20 years of the State Bar of California, licensed to practice in the Northern District of California. I make the statements herein of my personal knowledge, and if called upon to testify in this Court, my testimony would be as stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed by Plaintiff Verigy US, Inc. in this matter.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on July 28, 2008 in Palo Alto, California.

                                                _____/s/\_\_Tim C. Hale_____
                                                        Tim C. Hale

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Hale Decl. Supp. Mot. Summ. Adj. 3rd -5th Claims**     1     Case No. 5:07-cv-04330-RMW (HRL)