1  provide them with additional post-employment help and I provided them (without any concern or

2  complaint by Verigy) additional help including drafting patent applications that were assigned to

3  Verigy (not for me) and which I helped Verigy get filed.  After my employment ended on

4  September 21, 2006, Verigy never asked me to sign an NDA (non-disclosure agreement) and I

5  never did sign an NDA with Verigy.  Many Verigy employees contacted me by phone at STS's

6  publicly listed phone number and also at my home phone to ask me many technical questions.  It is

7  my belief and understanding that I answered these questions to the satisfaction of Verigy.

8       9.     On information and belief, my understanding is that I have not taken any non-public

9  information that was or that could be Verigy's or Agilent's trade secret information; if Verigy

10 proves otherwise, it will only have proven that I did so solely based on access to such information

11 while employed by these companies and never based upon any access that was unauthorized.

12      I declare under penalty of perjury under the laws of the United States of America that the

13 foregoing is true and correct.  Executed on July 28, 2008 in San Jose, California.

14

15                                        Romi Mayder

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSSO & HALE
LLP
Palo Alto, California
www.computerlaw.com ℠

4

**Decl. Romi Mayder  Mot. Summ . Adj.**                    Case No. 5:07-cv-04330-RMW (HRL)