JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com

Attorneys for Defendants
WESLEY MAYDER
ROMI MAYDER
SILICON TEST SOLUTIONS LLC
SILICON TEST SYSTEMS INC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**[PROPOSED] ORDER RE MOTION FOR SUMMARY ADJUDICATION RE PLAINTIFF'S THIRD THROUGH FIFTH CLAIMS FOR RELIEF**<br><br>**Date: September 5, 2008**<br>**Time: 9:00 a.m.**<br>**Ctrm: 6**<br>**Before the Hon. Ronald Whyte**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |

        The motion by Defendants for summary adjudication on Plaintiff's Third through Fifth

Claims for Relief came on regularly for hearing before the Court at the above-named date and

time.  All parties were represented at the hearing thereon by competent counsel.  Good cause

appearing therefor, and satisfactory proof having been made, the Court ORDERS as follows:

//

//

1         Summary adjudication is granted to Defendants on Plaintiff's Third through Fifth Claims

2    for Relief, and such claims are hereby dismissed from this action.

3

4    IT IS SO ORDERED:

5

6    Dated: September __, 2008                    _____

                                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28