1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation, | Case No. C07 04330 RMW (HRL)
13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION AND MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER**
14 | vs. |
15 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, |
   | | Judge: Hon. Ronald M. Whyte
   | | Complaint Filed: August 22, 2007
   | | Trial Date:     December 8, 2008
   | Defendants. |                 December 15, 2008

## STIPULATION

1.   Pursuant to Civil L.R. 6-2, Plaintiff Verigy US, Inc. ("Verigy"), and Defendants Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc., and Silicon Test Solutions, LLC, by and through their respective counsel of record, do hereby stipulate and agree, and hereby jointly request, that the Court alter the current briefing schedule for Defendants' pending Motion for Summary Adjudication and Motion to Modify Preliminary Injunction Order ("the Motion"), filed on July 10, 2008 ("the Motion"), which is currently set for hearing on September 5, 2008.

2.   When the Motion was originally filed, the hearing was set for August 15, 2008. By

1  Order, dated July 23, 2008, the Court changed the hearing on the Motion to August 29, 2008 and
2  indicated that Plaintiff's opposition would be due on August 8, 2008, and that Defendants' reply
3  would be due on August 15, 2008.  By subsequent Order on that same date, the Court moved the
4  hearing on the Motion to September 5, 2008, but did not alter the briefing schedule set by the
5  Order which issued earlier that day.

6        3.     Given the additional continuance of the Motion hearing to September 5, 2008, the
7  parties jointly request that the briefing schedule be adjusted (and continued) by one week to
8  conform to the time parameters set forth in the Federal Rules, making Plaintiff's opposition due on
9  August 15, 2008 and Defendants' reply due on August 22, 2008.

10      IT SO STIPULATED.

11 Dated: August 1, 2008

    BERGESON, LLP
    By: _____/s/_____
    Michael W. Stebbins, Esq.
    Attorneys for Plaintiff
    VERIGY US, INC.

15 Dated: August 1, 2008

    RUSSO & HALE, LLP
    By: _____/s/_____
    Tim Hale, Esq.
    Attorneys for Defendants
    ROMI OMAR MAYDER, WESLEY
    MAYDER, SILICON TEST SYSTEMS,
    INC., and SILICON TEST SOLUTIONS,
    LLC

## **ORDER**

In consideration of the foregoing stipulation and good cause appearing therefor, IT IS SO ORDERED.

DATED: _____      _____
                                                                          Honorable Ronald M. Whyte
                                                                          UNITED STATES DISTRICT JUDGE