NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

COLIN G. MCCARTHY, ESQ.
BERGESON, LLP
303 ALMADEN BOULEVARD, 5TH FLOOR
SAN JOSE, CA 95113
Telephone: (408) 291-6200

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| VERIGY US, INC. | CASE NUMBER |
|---|---|
| Plaintiff, | C07-04330 RMW (HRL) |
| ROMI OMAR MAYDER, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUBPOENA IN A CIVIL CASE; PLAINTIFF VERIGY US, INC.'S NOTICE OF TAKING RULE 30(b)(6) DEPOSITION OF SPANSION INC. AND REQUEST FOR DOCUMENTS

in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : SPANSION INC.

    By Serving          :Margaret Wilson, Agent For Service Of Process

    Address             : ( Business ) CT CORPORATION SYSTEM

                                818 West Seventh Street
                                Los Angeles, Ca 90017

    Date of Service     : August 4, 2008

    Time of Service     : 9:10AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: August 4, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered LOS ANGELES
Number 4553

Signature: _JIMMY LIZAMA_