| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| COLIN G. MCCARTHY, ESQ.<br>BERGESON, LLP<br>303 ALMADEN BOULEVARD, 5TH FLOOR<br>SAN JOSE, CA 95113<br>Telephone: (408) 291-6200<br><br>Attorney for: Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| VERIGY US, INC. | CASE NUMBER |
|---|---|
| Plaintiff, | C07-04330 RMW (HRL) |
| ROMI OMAR MAYDER, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUBPOENA IN A CIVIL CASE; PLAINTIFF VERIGY US, INC.'S NOTICE OF TAKING RULE 30(b)(6) DEPOSITION OF NUMONYX, INC. AND REQUEST FOR DOCUMENTS

in the within action by personally delivering true copies thereof to the person served as follows:

    Served             : NUMONYX, INC.

    By Serving       : Becky De George, Agent For Service Of Process

    Address          : ( Business ) CSC-LAWYERS INCORPORATING SERVICE

                         2730 Gateway Oaks Drive, Suite 100
                         Sacramento, Ca 95833
    Date of Service  : August 4, 2008

    Time of Service  : 10:52AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: August 4, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SACRAMENTO              Signature: _____
Number 2005-26                                       TANYA THOMAS