DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

*E-FILED - 8/6/08*

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>　　　　　　　　Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**STIPULATION AND [] ORDER RE: BRIEFING SCHEDULE OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION AND MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER**<br><br>Judge: Hon. Ronald M. Whyte<br>Complaint Filed:　August 22, 2007<br>Trial Date:　　　　December 8, 2008<br>　　　　　　　　　December 15, 2008 |

**STIPULATION**

1.　Pursuant to Civil L.R. 6-2, Plaintiff Verigy US, Inc. ("Verigy"), and Defendants Romi Omar Mayder, Wesley Mayder, Silicon Test Systems, Inc., and Silicon Test Solutions, LLC, by and through their respective counsel of record, do hereby stipulate and agree, and hereby jointly request, that the Court alter the current briefing schedule for Defendants' pending Motion for Summary Adjudication and Motion to Modify Preliminary Injunction Order ("the Motion"), filed on July 10, 2008 ("the Motion"), which is currently set for hearing on September 5, 2008.

2.　When the Motion was originally filed, the hearing was set for August 15, 2008. By

1  Order, dated July 23, 2008, the Court changed the hearing on the Motion to August 29, 2008 and
2  indicated that Plaintiff's opposition would be due on August 8, 2008, and that Defendants' reply
3  would be due on August 15, 2008.  By subsequent Order on that same date, the Court moved the
4  hearing on the Motion to September 5, 2008, but did not alter the briefing schedule set by the
5  Order which issued earlier that day.

6         3.     Given the additional continuance of the Motion hearing to September 5, 2008, the
7  parties jointly request that the briefing schedule be adjusted (and continued) by one week to
8  conform to the time parameters set forth in the Federal Rules, making Plaintiff's opposition due on
9  August 15, 2008 and Defendants' reply due on August 22, 2008.

10        IT SO STIPULATED.

11 Dated: August 1, 2008                         BERGESON, LLP
                                                  By: _____/s/_____
12                                                Michael W. Stebbins, Esq.
                                                  Attorneys for Plaintiff
13                                                VERIGY US, INC.

14

15 Dated: August 1, 2008                         RUSSO & HALE, LLP
                                                  By: _____/s/_____
16                                                Tim Hale, Esq.
                                                  Attorneys for Defendants
17                                                ROMI OMAR MAYDER, WESLEY
                                                  MAYDER, SILICON TEST SYSTEMS,
18                                                INC., and SILICON TEST SOLUTIONS,
                                                  LLC
19

20

21                                  **ORDER**

22     In consideration of the foregoing stipulation and good cause appearing therefor, IT IS SO
23 ORDERED.

24

25

26 DATED: ____8/6/08_____        _____*Ronald M. Whyte*_____
                                           Honorable Ronald M. Whyte
27                                         UNITED STATES DISTRICT JUDGE

28