1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
4  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

| | |
|---|---|
| 13  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 14                       Plaintiff, | |
| 15       vs. | **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| 16  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm:   6 |
| 19                       Defendants. | Complaint Filed:  August 22, 2007<br>Trial Date:         None Set |
| 22  AND RELATED CROSS ACTIONS | |

1        Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff" or "Verigy") requests that the following materials be filed under seal, as they contain confidential information that is protected by the Stipulated Protective Order entered by the Court on August 29, 2007.  The documents submitted under seal include:  Portions of the Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Adjudication and for Modification of Preliminary Injunction; Portions of the Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Adjudication as to Verigy's Third-Fifth Claims for Relief; Portions of the Declaration of Wei Wei in Opposition to Defendants' Motion for Summary Adjudication and for Modification of Preliminary Injunction and Exs. B, D, and E thereto; Exhibits A-D of the Morton Decl. in Opposition to Defendants' Motion for Summary Adjudication as to Verigy's Third-Fifth Claims for Relief; and Exs. A-C of the Stebbins Decl. in Opposition to Defendants' Motion for Summary Adjudication and for Modification of Preliminary Injunction.

        These materials (hereafter "the Materials") disclose information that has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by the parties under the Protective Order, without objection to those designations (although Verigy reserves its rights to challenge such designations pursuant to the Stipulated Protective Order).  Although the information in the Materials has been designated as protected from disclosure under the Protective Order, Verigy must rely on this information in support of its Application.  The parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed.  Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

//

//

1  Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this Court, and respectfully requests leave to file the aforementioned documents under seal.

Respectfully submitted.

Dated: August 15, 2008                    BERGESON, LLP

By:       /s/
          Melinda M. Morton
          Attorneys for Plaintiff
          VERIGY US, INC.

---

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL                              CASE NO. C07 04330 RMW (HRL)

2