1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
3 | DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
4 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
5 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
6 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
7 | Facsimile: (408) 297-6000

8 | Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Honorable Ronald M. Whyte<br>Ctrm: 6 |

1  Now before the Court is Verigy's Administrative Motion For Leave To File Documents
2  Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under
3  Seal and the supporting declaration of Melinda M. Morton filed therewith, the Court finds there to
4  be good cause for granting Plaintiff's request to file documents under seal.

5  GOOD CAUSE having been shown, the Court finds that:

6  (1) The parties possess overriding confidentiality interest that overcomes the
7  right of public access to the record in the following documents: Portions of
8  the Memorandum of Points and Authorities in Opposition to Defendants'
9  Motion for Summary Adjudication and for Modification of Preliminary
10 Injunction; Portions of the Memorandum of Points and Authorities in
11 Opposition to Defendants' Motion for Summary Adjudication as to
12 Verigy's Third-Fifth Claims for Relief; Portions of the Declaration of Wei
13 Wei in Opposition to Defendants' Motion for Summary Adjudication and
14 for Modification of Preliminary Injunction and Exs. B, D, and E thereto;
15 Exhibits A-D of the Morton Decl. in Opposition to Defendants' Motion for
16 Summary Adjudication as to Verigy's Third-Fifth Claims for Relief; and
17 Exs. A-C of the Stebbins Decl. in Opposition to Defendants' Motion for
18 Summary Adjudication and for Modification of Preliminary Injunction.
19 (2) The parties' overriding confidentiality interests support sealing the record;
20 (3) A substantial probability exists that the parties' overriding confidentiality
21 interest will be prejudiced if the record is not sealed;
22 (4) The proposed sealing is narrowly tailored; and
23 (5) No less restrictive means exist to achieve this overriding interest.

24 //
25 //
26 //
27
28

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL                    CASE NO. C07 04330 RMW (HRL)

1      IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under
2 Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2008

                                          Honorable Ronald M. Whyte
                                          UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL        CASE NO. C07 04330 RMW (HRL)