DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

**REDACTED VERSION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>        Plaintiff,<br><br>   vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>        Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF MELINDA M. MORTON IN SUPPORT OF VERIGY'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION AS TO VERIGY'S 3RD-5TH CLAIMS FOR RELIEF**<br><br>Date:   September 5, 2008<br>Time:   9:00 am<br>Ctrm.:   6<br>Judge:  Hon. Ronald M. Whyte<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:        None Set |

**HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

**DOCUMENT SUBMITTED UNDER SEAL**

I, Melinda M. Morton, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy" or "Plaintiff") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Verigy's Opposition to Defendants' Motion for Summary Adjudication as to Verigy's 3rd-5th Claims for Relief.

3. As part of this investigation, Verigy retained a computer forensics expert, Kristin Haworth, a managing director at FTI Consulting.

4. Also as part of this investigation, the Court appointed David Stenhouse of Navigant Consulting, a third party expert, to examine Romi Mayder's computers to determine which Verigy documents had been transferred there. Verigy bore all costs of this investigation, which total in excess of $17,000. Attached hereto as Exhibit A is a true and correct copy of the invoices addressed to me from Navigant.

5. Attached hereto as Exhibit B are true and correct copies of excerpts from the deposition of Romi Mayder, Volume II, taken on October 11, 2007.

6. Attached hereto as Exhibit C is a true and correct copy of documents produced in discovery by Chris Straube and marked as Exhibits 149 and 150 to the Straube deposition on July 31, 2008.

//
//
//
//
//
//
//
//
1

7. Attached hereto as Exhibit D is a true and correct copy of a document produced in discovery by Honeywell International Inc., bates-labeled HW000080-85 and marked as Exhibit 193 to the Straube deposition on August 14, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 15th day of August, 2008 at San Jose, California.

                                                      /s/
                                       Melinda M. Morton

DECLARATION OF MELINDA M. MORTON          CASE NO. C07 04330 RMW (HRL)

# EXHIBIT A

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT B

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT C

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT D

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL