1 | DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
3 | MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
4 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
6 | Facsimile: (408) 297-6000

7 | Attorneys for Plaintiff
VERIGY US, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm: 6<br><br>Complaint Filed: August 8, 2008<br>Trial Date: None Set |
| Defendants. | |

<u>CERTIFICATE OF SERVICE</u>

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On August 15, 2008, I served the within:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY AJUDICATION AND FOR MODIFICATION OF PRELIMINARY INJUNCTION –** *DOCUMENTS SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY AJUDICATION AND FOR MODIFICATION OF PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF WEI WEI IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY AJUDICATION AND FOR MODIFICATION OF PRELIMINARY INJUNCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' SUMMARY ADJUDICATION MOTION AS TO 3RD-5TH CLAIMS FOR RELIEF –** *DOCUMENTS SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' SUMMARY ADJUDICATION MOTION AS TO 3RD-5TH CLAIMS FOR RELIEF –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

   X       BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed below. FRCP Title II, §5(b)(2)(D).

| |  |
|---|---|
| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.**<br>Jack Russo, Esq.<br>John Kelley, Esq.<br>Tim Hale, Esq.<br>Russo & Hale LLP | |

| | |
|---|---|
| 401 Florence Street<br>Palo Alto, CA 94301<br>Ph: 650.327.9800<br>Fax: 650.327.3737<br>jrusso@computerlaw.com<br>jkelley@computerlaw.com<br>thale@computerlaw.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 15, 2008, at San Jose, California.

                                /s/
                         Melinda M. Morton