DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

**PUBLIC REDACTED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VERIGY US, INC, a Delaware Corporation

Plaintiff,

vs.

ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,

Defendants.

Case No. C07-04330 RMW (HRL)

**DECLARATION OF WEI WEI IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION AND MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER**

Date: September 5, 2008
Time: 9:00 a.m.
Place: Courtroom 6
Judge: Hon. Ronald M. Whyte

Complaint Filed: August 22, 2007
Trial Date: None Set

**HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

**DOCUMENT SUBMITTED UNDER SEAL**

I, Wei Wei, declare as follows:

1. I am a Manager for Exponent Failure Analysis Associates ("Exponent") and work in Exponent's Electrical and Semiconductors practice. I have been employed by Exponent since September 2004. I have been retained by Verigy US, Inc. ("Verigy") to provide technical opinions related to Verigy's [redacted] Application Specific Integrated Circuit ("ASIC") technology and the development of the [redacted] ASIC, which is based on the [redacted] ASIC, by Verigy's former employee, Romi Omar Mayder ("Mayder"). It is my understanding that Mayder is currently the president of Silicon Test Systems, Inc. ("STS"), one of the defendants in this lawsuit. I have been asked to review Defendants' Motion for Summary Adjudication and Motion to Modify Preliminary Injunction Order, dated July 10, 2008 ("the Motion") and the Declaration of Dr. Richard Blanchard of the same date filed in support of the Motion ("Blanchard Decl.") and to provide a declaration addressing the statements made in that declaration.

2. My qualifications to testify in this matter are set forth in my curriculum vitae, a true and correct copy of which is attached hereto as **Exhibit A**. I have more than five years of experience related to integrated circuit design and direct experience as a project leader of several integrated circuit designs, including an ASIC chip. One of my responsibilities was specifically the development of the ASIC design specifications.

3. My analysis, reasoning and opinions are listed in the sections below. This declaration is based on information and materials made available to me, which included the Motion and the Blanchard Declaration, as well as all the materials previously provided to me in this lawsuit. Should additional information or materials provide further insight, I reserve the right to amend my opinions.

4. Dr. Blanchard included several patents or patent applications and one book excerpt in his most recent declaration. Based on this newly presented material, without specific reference or detailed analysis, Dr. Blanchard essentially repeated several opinions from his previous declarations submitted in opposition to Verigy's motion for preliminary injunction:

a. "The overall concept for probe card circuit multiplexing technology ([omitted]) is publically available or well known in the semiconductor test industry and is also readily ascertainable" (Blanchard Decl. 3:2-5). Dr. Blanchard made essentially the

same statements in his previous Declaration on October 11, 2007 (October 11, 2007 Blanchard Decl. 18:12-13, 19:11-12).

b. "Exhibits A-F that were attached to the Declaration of Robert Pochowski dated August 16, 2007 ([omitted]) are all based upon information that is publicly available or well known in the semiconductor test industry and that is also readily ascertainable" (Blanchard Decl. 3:6-10). Dr. Blanchard made essentially the same statement in his previous Declaration on October 11, 2007 (October 11, 2007 Blanchard Decl. 21:4-5).

c. The key functionalities of [redacted] are "(i) either publically available or well known in the semiconductor test industry, (ii) readily ascertainable; or (iii) the type of information that I would expect would be specified by the requirements of a particular customer of the semiconductor test industry" (Blanchard Decl. 3:6-10). Dr. Blanchard made essentially the same statement in his Supplemental Declaration dated November 29, 2007 (Blanchard Suppl. Decl. 16:8-13).

d. "Techniques for using a serial bus with 'daisy-chain' support for providing control signals, which could be used for programming, is and has been well known in the field of electrical engineering and more specifically in the semiconductor test industry for a number of years." (Blanchard Decl. 3:28-4:3). Dr. Blanchard made essentially the same statement in his Supplemental Declaration dated November 29. 2007 (Blanchard Suppl. Decl. 16:8-13).

5. I have reviewed the patents and patent applications presented in Dr. Blanchard's recent Declaration and compared them with the [redacted] ASIC, which, as I analyzed in my previous Declaration dated November 16, 2007, is an integrated solution designed to "meet Verigy's confidential marketing product requirements to provide a solution to expand tester resources of existing testers on the probe card for flash memory testing with minimum impact on the tester" (Wei Decl. 25:18-25:20). It has several primary functionalities and key features, including specific switch technology and topology, ability to pass high voltage, high power and high speed signals, and on-chip serial programming interface with daisy chain support for the configuration of the switches, among other features. (Wei Decl. 25:24-26:13.) The patents and patent applications presented in Dr. Blanchard's recent Declaration either (a) disclose technologies that were discussed in both Dr. Blanchard's and my previous declarations and/or depositions, (b) disclose technologies that have little relevance to the [redacted] ASIC, or (c) disclose in general certain resource sharing mechanisms that may be similar to but are not the same as [redacted] and which do not contain enough details from which the key functionalities and features of [redacted] could be ascertained or said to be obvious. These patents at most provide a few more examples of public

domain information of certain individual elements of [REDACTED] or the tester resource-sharing concept, but do not provide a solution that is the same as set forth in the [REDACTED] RFQ. Therefore, I have no reason to change or even question my previous conclusion that "there is no publicly available solution that is the same as the [REDACTED] ASIC." (Wei Decl. 2:8-9.) The solution described in Verigy's [REDACTED] RFQ is a unique and secret solution that is not generally known to the public. These newly identified patents and patent applications also do not provide any additional information that would require me to change my previous opinion that STS's [REDACTED] was based on [REDACTED] and essentially [REDACTED], and the fact that [REDACTED] was based on an admitted copy of Verigy's [REDACTED] RFQ. (Wei Decl. 25:1-15.) The detailed analyses of the patents and patent applications attached to the Blanchard Declaration are as follows:

6. **References That Disclose Technologies Previously Addressed**. Seven of the 21 patents/applications disclose technologies that were discussed in both Dr. Blanchard's and my previous declarations and/or depositions. These technologies are not the same as [REDACTED] These patents and/or patent applications are as follows and are discussed in the subsequent paragraphs:

- FormFactor U.S. Patent Application 2007/0261009 (November 8, 2007) (Blanchard Decl. Ex. H)
- FormFactor U.S. Patent 7,245,134 (issued on July 17, 2007) (Ex. L)
- FormFactor U.S. Patent Application 2008/0100320 (May 1, 2008) (Ex. C)
- FormFactor U.S. Patent 7,307,433 (December 11, 2007) (Ex. S)
- FormFactor U.S. Patent Application 2008/0010814 (January 17, 2008) (Ex. B)
- FormFactor U.S. Patent 7,245,139 (July 17, 2007) (Ex. M)
- Verigy U.S. Patent Application 2007/0247140 (October 25, 2007) (Ex. G)

7. The '009 application is a continuation of the '134 patent, whose original application is 2006/0170435 (August 3, 2006). All three references are therefore related and discuss essentially the same technology. The '435 application was discussed in great detail in Dr. Blanchard's prior declaration, dated November 29, 2007, and my previous declaration (Blanchard Suppl. Decl. 9:11-12:18; Wei Decl. 26:20 – 28:11).

8. The '320 application is a division of the '433 patent, whose original application is 2005/0237073 (October 27, 2005). All three references discuss essentially the same technology.

The '073 application was discussed in great detail in one of Dr. Blanchard's prior declarations, dated October 11, 2007, and my previous declaration (Blanchard Decl. 14:23-17:6; Wei Decl. 28:12 – 29:21).

9. The '814 application is a division of the '139 patent, which is a continuation of U.S. Patent 6,798,225 (September 28, 2004). All three references discuss essentially the same technology. The '225 patent was discussed in detail in Dr. Blanchard's previous declaration, dated October 11, 2007, and my previous declaration (Blanchard Decl. 19:5-9; Wei Decl. 31:13).

10. The '140 application was filed by Verigy, which listed Mayder as a co-inventor. I was asked questions about it during my deposition in this case that occurred on November 20, 2007 (Wei Deposition. 92:15-95:17). Attached hereto as **Exhibit B** is a true and correct copy of relevant pages of the transcript of that deposition.

11. **References That Have Little To Do With** [REDACTED] Nine of the 21 patents/applications disclose technologies that have little relevance to the [REDACTED] ASIC, an integrated solution "to expand tester resources of existing testers on a probe card" (Wei Decl. 25:19.) These references do not describe any solution that contains all the key elements and features described in the [REDACTED] RFQ, nor do they provide enough details from which such elements/features may be ascertained. These patents/applications are as follows and are discussed in the subsequent paragraphs:

- FormFactor U.S. Patent Application 2007/0290676 (December 20, 2007) (Blanchard Decl. Ex. J)
- FormFactor U.S. Patent 7,262,624 (August 28, 2007) (Ex. O)
- FormFactor U.S. Patent 7,362,092 (April 22, 2008) (Ex. T)
- Verigy U.S. Patent Application 2007/0220387 (September 20, 2007) (Ex. F)
- Advantest U.S. Patent 7,257,753 (August 14, 2007) (Ex. N)
- Advantest U.S. Patent 7,272,765 (September 18, 2007) (Ex. P)
- Advantest U.S. Patent 7,290,192 (October 30, 2007) (Ex. R)
- Verigy U.S. Patent 7,240,259 (July 3, 2007) (Ex. K)
- FormFactor U.S. Patent 6,784,677 (August 21, 2004) (Ex. W)

12. The '676 application is a continuation of the '624 patent. These two references disclose a bi-directional buffer design for interfacing with the test system channel with focus on the *buffer design*. The '092 patent discloses an isolation buffer with controlled equal time delays

with focus on the *design of the isolation buffers*. The '387 application, which listed Mayder as a co-inventor, discloses a method and apparatus to determine time differences between different fan out/multiplexer branches along the test signal path, with the focus on *how to determine time difference among different branches*. While these references disclose certain technologies which may be remotely related to certain aspects of the [REDACTED] ASIC, none of these four patents/applications discuss or disclose an integrated solution "to expand tester resources of existing testers on a probe card" like the [REDACTED] ASIC.

13. The '753, '765 and '192 patents disclose tester internal structures rather than a solution "to expand tester resources of existing testers on a probe card", like the [REDACTED] ASIC. The '753 patent discloses a tester that can perform tests for a plurality of DUTs (Device Under Test) in parallel and also perform repairs. The '765 and '192 patents disclose a tester that contains a switch matrix that connects the control signals of the test modules. In comparison, [REDACTED] is a solution that connects test channels/modules to DUTs on a probe card. Furthermore, the test apparatus described in the '753 patent has a *one-to-one* match between the test channels and the DUT pins, the test apparatus described in '765 and '195 patents has a *multiple test channel to one DUT pin* match, and both of them differ from the *one tester channel to one or multiple DUT pin(s)* match of [REDACTED] While these references disclose certain technologies which may also be used in the testing of integrated circuits, none of these three patents specifically discuss, disclose or are particularly relevant to an integrated solution "to expand tester resources of existing testers on a probe card" like the [REDACTED] ASIC. The same is true for the '259 patent. It discloses *a pin coupler structure* for a tester that interfaces *multiple test channels to a single pin* on the DUT, which is the opposite of [REDACTED] routing one test channel to one or multiple DUT pin(s).

14. The '677 patent discloses a closed-grid bus architecture for wafer interconnect structure and demonstrates *"daisy chain" connections through resistor and circuit board traces*. While this reference discloses a technology that may be related to one aspect of [REDACTED] it does not discuss or disclose an integrated solution "to expand tester resources of existing testers on a probe card" like the [REDACTED] ASIC. This reference, dated August 21, 2004, is notable, however, because it is the only one in the Blanchard Declaration that predates Mayder's

employment with Verigy, which I understand terminated in September 2006. All the other references in the Blanchard Declaration were published much more recently in either 2007 or 2008. Other than the '677 patent, the oldest reference attached to the Blanchard Declaration dates from July 3, 2007 (the '259 patent discussed in the previous paragraph).

15. In summary, these nine patents or applications either discuss individual aspects of certain tester apparatus such as buffers or determining time delay, or discuss a tester internal structure that has different tester channel to DUT matching than the [REDACTED] ASIC. None of these references specifically discuss or disclose an integrated solution "to expand tester resources of existing testers on a probe card" like the [REDACTED] ASIC, and it would be difficult to use them to ascertain the functionality and features of [REDACTED].

16. **References That Disclose Generic Resource Sharing Mechanisms.** The other five of the 21 patents/applications disclose in general certain tester resource sharing mechanisms, but they do not encompass the same functionalities and features of [REDACTED] and are therefore not the same. These references also do not contain enough details from which to ascertain the key functionalities and features of [REDACTED]. These patents or patent applications are as follows and are discussed in the subsequent paragraphs:

- FormFactor U.S. Patent Application 2008/0136432 (June 2008) (Blanchard Decl. Ex. D)
- Advantest U.S. Patent 7,372,288 (May 13, 2008) (Ex. U)
- Verigy U.S. Patent Application 2007/0266288 (November 15, 2007) (Ex. I)
- Verigy U.S. Patent 7,279,919 (October 9, 2007) (Ex. Q)
- Micron U.S. Patent Application 2007/00200579 (August 30, 2007) (Ex. E)

17. The '432 application discloses, in general, a source sharing system for testing semiconductor devices that includes some switching elements, memory, and microprocessor to provide control of the switches. The '288 patent discloses a test apparatus for testing multiple electronic devices, with a generic switching fan out/multiplexing concept on a motherboard, with an off-board test control section. The '288 application discloses a re-configurable architecture for automated test equipment, which includes a generic re-configurable test processor in block diagrams without detailing the specifics of the control or switching topology, or whether it is integrated or not. The '919 patent discloses a system and method of allocating testing resources to

sites on a probe card. It discloses re-configurable routing methods in Figure 25 and Figure 26 that incorporate multiplexes and de-multiplexes in generic block diagrams without detailing the controls or any specifics of the switching topology. The '579 application discloses an integrated circuit load board and an integrated test circuit on the board. The integrated test circuit board described in Figure 5 of the '579 application contains some fan out concepts with some registers and control logic that are different than that of the [REDACTED] ASIC. These five references at most provide a few more examples of certain aspects of the tester resource-sharing concept, but are different than the [REDACTED] ASIC. They also do not contain details from which to ascertain the functionalities and features of [REDACTED]

18. It should also be noted that, of the foregoing 21 references, only five have dates that are more recent than the January 15, 2008 hearing on Verigy's motion for preliminary injunction preliminary: (1) FormFactor U.S. Patent Application 2008/0010814 (January 17, 2008) (Ex. B); (2) FormFactor U.S. Patent Application 2008/0100320 (May 1, 2008) (Ex. C); (3) FormFactor U.S. Patent Application 2008/0136432 (June 2008) (Ex. D); (4) Advantest U.S. Patent 7,372,288 (May 13, 2008) (Ex. U); and (5) FormFactor U.S. Patent 7,362,092 (April 22, 2008) (Ex. T).

19. **Timeline Estimate for Development of a Similar ASIC.** Dr. Blanchard's recent declaration opined that it would have taken Romi Mayder 4-6 months to independently create a Flash Enhancer specification without the benefit of Verigy's trade secrets (Blanchard Decl. 4:17-25). Dr. Blanchard further reduced his estimate to less than four months based on his belief that customer cooperation is the critical factor in speeding up this process, and on his observation that the specific STS potential customer was particularly motivated to cooperate (Blanchard Decl. 4:25-5:5). In his previous declarations, Dr. Blanchard also made very similar but bolder statements such as "given either of the existing patent disclosures and a sponsoring customer it would take approximately two calendar weeks to create such a document" (Blanchard Suppl. Decl. 17:1-3).

20. Dr. Blanchard's four to six month estimate under the hypothetical scenario that Dr. Blanchard presented in his recent Declaration is not consistent with prior development timelines

undertaken by Mayder himself. Dr. Blanchard also did not consider important portions of the development process in his timeline estimate.

21. First, Dr. Blanchard's assertion is not consistent with the actual development time spent by Mayder to produce the [REDACTED] specifications. It took Mayder approximately 13 to 14 months from the time he began working on the [REDACTED] project at Verigy in November 2005 (October 11, 2007 Mayder Decl. 5:7) to the creation of the STS [REDACTED] datasheet, dated December 21, 2006 (Wei Decl. 38:28). That December 21, 2006 datasheet was, to my understanding, the specification that led to Mayder's commitment to Honeywell to start the design and fabrication of the eventual [REDACTED] product on January 5, 2007 (Wei Decl. 39:6). During this period, Mayder spent approximately seven months at Verigy working on the [REDACTED] project that resulted in the [REDACTED] RFQ that was submitted to Honeywell (Wei Decl. 38:28). Mayder subsequently revised the [REDACTED] RFQ into STS's [REDACTED] RFQ, which was sent to Honeywell for quotation in July 2006, while Mr. Mayder was still employed by Verigy (Wei Decl. 38:11). Mayder's contact with NOR flash memory vendors did not begin until November 2006 (October 11, 2007 Mayder Decl. 13:17-20).

22. Furthermore, Mayder was not alone during the majority of this development time. He was privy to and appears to have relied upon confidential information and numerous resources at Verigy during the seven to eight month [REDACTED] project development. Even prior to and certainly after submission of the original [REDACTED] RFQ, there is also evidence that Mayder was in frequent communication with an early business partner at STS regarding the [REDACTED] project and that he certainly benefited from that collaboration.

23. To reemphasize, the fact is that it took Mayder 13 to 14 months to generate the [REDACTED] RFQ while benefiting from the head start he had by using the [REDACTED] specifications, Picasso specifications, Verigy's vendor relationship, Verigy's confidential marketing information, and other Verigy resources and confidential information.

24. Second, even if, in a hypothetical scenario that Mayder (or an engineer with equivalent experience and background) was to independently develop a [REDACTED]-like ASIC specification, without relying on any of Verigy's trade secrets, I believe it would take much longer

than seven months because ASIC specification development is such a complex process. A developer must constantly search the technologies (internally available or through cooperative manufacturing vendors such as Honeywell) and examine potential customer requirements in order to develop a solution that meets its own marketing and business targets. Without the cooperation of the manufacturing vendor to provide technical and economic information based on a specific technology, a developer cannot accurately assess whether a potential solution using this technology can satisfy the customer's needs and its own economic goals, therefore potentially significantly delaying this process. Dr. Blanchard only emphasizes the customer requirement part and ignores the importance of the cooperation of manufacturing vendors and the developer's business analysis.

25. To estimate the development time of a [redacted]-like specification in the above-mentioned hypothetical scenario, Verigy's [redacted] project is a good reference because it resulted in a [redacted] RFQ upon which the [redacted] was based, and the [redacted] RFQ contains a majority of the features of the eventual [redacted] (Wei Decl. 18:25-26). It took Mayder approximately seven months at Verigy to develop the [redacted] project to reach the RFQ stage, with access to significant Verigy resources and secret information. The [redacted] RFQ was the result of collective effort between Verigy's different departments and personnel. If Mayder were to develop a [redacted] ASIC independently, he would have to invest substantial time, energy and resources in areas like marketing analysis, vendor relationships, and technology feasibility assessment, among other tasks. Given the resources of a small start-up like STS, it would likely take much longer than seven months to do so. Furthermore, I have seen no evidence to suggest that Mayder, as an individual or the founder of a brand new company with no prior products or history, could gather and synthesize the type of sophisticated customer requirement information he had access to at Verigy or obtain the type of cooperation he received from Honeywell without the benefit of the relationship that he established with Honeywell personnel while he was working on the [redacted] at Verigy.

26. Third, as to the importance of cooperation from specific potential customers (the two NOR flash memory vendors) observed by Dr. Blanchard, this only occurred after Mayder had

(a) established a Picasso specification based on the [redacted] (b) obtained critical process feasibility and pricing information through the development of both [redacted] and [redacted] while he was still employed at Verigy; and (c) obtained NAND flash memory customer requirements collected in Verigy's confidential marketing requirements and business analysis. In short, this cooperation was the result of the head start Mayder gained through his use of the [redacted] RFQ and other Verigy confidential information.

27. **<u>The Mayder '791 Patent.</u>** In addition to reviewing the materials presented in Dr. Blanchard's recent Declaration, I also reviewed U.S. Patent 7,348,791 B1, issued on March 25, 2008. The '791 patent lists Mayder as the sole inventor and is assigned to STS. A true and correct copy of the '791 patent is attached hereto as **<u>Exhibit C</u>**.

28. Although the patent describes a particular switch, the key figure listed on the front page as well as in Figure 5 is almost identical to the functional schematics in the [redacted] RFQ that was originally created while Mayder worked at Verigy. This figure also resembles the functional schematics in the [redacted] submitted by Honeywell in response to Verigy's [redacted] RFQ, with striking similarities. The figures are shown below. True and correct copies of the [redacted] datasheet and the [redacted] datasheet are attached hereto as **<u>Exhibit D</u>** and **<u>Exhibit E</u>**, respectively.

Figure 5 of US 7,348,791B1

29. Claim 16 of the '791 patent essentially claims a solution that includes all the primary functionalities of [redacted] such as SPST switches, the ability to pass high voltage, high power and high speed signals (Column 10, lines 34-59), and an on-chip serial programming interface (Column 10, lines 10:31-34). Claim 18 of the '791 patent claims a single chip solution of claim 16.

30. Notwithstanding the positions advanced by Dr. Blanchard in this case, Mayder apparently asserted that this combination of the [redacted] features was non-obvious and novel, and by issuing the '791 patent in this fashion, the U.S. patent office has apparently agreed. However, it is important to note that none of the references that Dr. Blanchard has included with the present Blanchard Declaration are listed as prior art in the '791 patent. Of all the references in Dr. Blanchard's previous declarations, only US patent 6,678,850 B2 (January, 2004) (October 11, 2007 Blanchard Decl. 19:5-9) was listed as prior art in the '791 patent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15 day of August, 2008 at Menlo Park, California.

[signature]

Wei Wei

# EXHIBIT A

Exponent®
*Failure Analysis Associates®*

Exponent
149 Commonwealth Drive
Menlo Park, CA 94025

telephone 650-326-9400
facsimile 650-326-8072
www.exponent.com

# Wei Wei
**Manager**

## Professional Profile

Mr. Wei Wei is a Manager in Exponent's Electrical and Semiconductors practice. He has extensive experience in the area of silicon integrated circuit (IC) design, verification, and fabrication. His experience covers logic and embedded memory IC design, physical layout, and IC photo-mask production. He is also knowledgeable in areas related to electronics systems design and manufacturing, semiconductor manufacturing processes, IC packaging technology and device physics.

Prior to joining Exponent, Mr. Wei was a project leader at a major semiconductor company, where he had led the research and development work of several flash memory based IC devices such as Programmable Logic Devices (PLDs) and configuration memories for Field Programmable Gate Arrays (FPGAs). He had successfully produced several commercial IC products and also worked extensively on related customer or yield issues, such as Electrostatic Discharge (ESD) failures, noise problems, flash memory data retentions, etc.

At Exponent, Mr. Wei specializes in investigations of semiconductor component failures and reliability problems, such as ESD/latch up suceptability, Time Dependant Dielectric Breakdown (TDDB) lifetime, package moisture sensitivity, etc. In addition, he had conducted extensive investigations of failures related to other electronics components and Printed Circuit Boards (PCBs), such as capacitor failures, electrochemical migration, PCB propagating faults, etc. Mr. Wei had also conducted a number of product safety reviews on electronics products, performing tasks such as component stress level analysis, circuit board failure mode and effect analysis, and customized laboratory testing. He had also been involved in several intellectual property litigation cases related to semiconductor IC design and manufacturing.

## Academic Credentials and Professional Honors

M.S., Electrical Engineering, University of Washington, 1999
B.S., Microelectronics, Peking University, Beijing, China, 1997

## Languages

Chinese

**Patents**

Patent 7,110, 311 B2: Sense Amplifier For Reduced Sense Delay In Low Power Mode

**Presentations**

Wei W. A PWB failure case study. CTIA Battery Registration Program Ad-Hoc Meeting, Menlo Park, CA, January 2007

**Prior Experience**

Project Leader, Programmable Logic Device Group, Atmel Corporation, 2001–2004
Design Engineer, Programmable Logic Device Group, Atmel Corporation, 2000–2001
Teaching Assistant, Electrical Engineering Department, University of Washington, 1998–1999

**Professional Affiliations**

- IEEE (SSC, EDS, CPMT societies)
- ESDA
- Certified IPC Trainer (IPC-A-600), Serial No. 600-2895, valid trough May 9, 2010



Ex™

# EXHIBIT B

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT C

US007348791B1

(12) **United States Patent**
**Mayder**

(10) **Patent No.: US 7,348,791 B1**
(45) **Date of Patent: Mar. 25, 2008**

(54) **HIGH VOLTAGE, HIGH FREQUENCY, HIGH RELIABILITY, HIGH DENSITY, HIGH TEMPERATURE AUTOMATED TEST EQUIPMENT (ATE) SWITCH DESIGN**

(75) Inventor: **Romi O. Mayder**, San Jose, CA (US)

(73) Assignee: **Silicon Test System, Inc.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/685,873**

(22) Filed: **Mar. 14, 2007**

(51) **Int. Cl.**
***G01R 31/02*** (2006.01)
***G01R 31/26*** (2006.01)
***G06F 19/00*** (2006.01)

(52) **U.S. Cl.** ....................... **324/764**; 324/765; 702/118

(58) **Field of Classification Search** ................ 324/764, 324/765; 702/118
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,786,615 A 7/1998 Saito
6,500,699 B1 12/2002 Birdsley et al.
6,678,850 B2 1/2004 Roy et al.
6,853,181 B1 2/2005 Ostertag
7,008,092 B2 3/2006 Tanaka et al.
2005/0158890 A1 7/2005 Ostertag
2006/0118884 A1 6/2006 Losehand et al.

*Primary Examiner*—Evan Pert
(74) *Attorney, Agent, or Firm*—Schneck & Schneck

(57) **ABSTRACT**

An electronic switching apparatus for use in automated test equipment. The electronic switching apparatus includes a transconducting device having source and drain regions where at least one of the source and drain regions is configured to be coupled to a voltage source. A voltage comparison means is coupled to the transconducting device for determining a relative magnitude of voltage applied to the source and drain regions and a multiplexer has an input coupled to the voltage comparison means for selecting a higher of the relative magnitudes of voltage. A gate adder having an input is coupled to an output of the multiplexer and an output is coupled to a gate of the transconducting device. The gate adder is configured to add a fixed voltage to the higher of the relative magnitudes of voltage. A bulk adder having an input is coupled to an output of the multiplexer and an output is coupled to a bulk of the transconducting device. The bulk adder is configured to subtract a fixed voltage from the higher of the relative magnitudes of voltage.

**29 Claims, 3 Drawing Sheets**






Fig._1 (Prior Art)




Fig._2 (Prior Art)


300
311
309
307
305
307
303
301

Fig._3


400
INPUT
401
S
403
405
407
D
+2.5 V
-2.5 V
SEL
OUTPUT

Fig._4


555
551
557
555
553
557
503n
501n
505n
504n
502n
506n
(n)L
(n)R
503n+1
501n+1
505n+1
504n+1
502n+1
506n+1
(n+1)L
(n+1)R
503n+22
501n+22
505n+22
504n+22
502n+22
506n+22
(n+22)L
(n+22)R
507
509
508
510
48
LEVEL SHIFTER 111
SERIAL CONTROL REGISTERS 113
SERIAL PROGRAM BUS 115
L: A-O STATE SELECT
R: A-O STATE SELECT
CLK L
DATA IN L
SELECT L
DATA OUT L
CLK R
DATA IN R
SELECT R
DATA OUT R
100
VDH
VDD
VSS
GND
VREF

Fig._5

# HIGH VOLTAGE, HIGH FREQUENCY, HIGH RELIABILITY, HIGH DENSITY, HIGH TEMPERATURE AUTOMATED TEST EQUIPMENT (ATE) SWITCH DESIGN

## TECHNICAL FIELD

The present invention is related generally to electronic device testing. More specifically, the present invention is related to an electronic switching device contained within an ATE system where the electronic switching device is capable of both high voltage and high frequency switching operations.

## BACKGROUND

Complexity levels of electronic device testing vary tremendously, from simple manual low-volume/low-complexity testing performed with perhaps an oscilloscope and voltmeter, to personal computer-based medium-scale testing, to large-scale/high-complexity automated test equipment (ATE). Manual and personal computer-based testing are typically applied when testing discrete devices, specific components of an integrated circuit, or portions of a printed circuit board. In contrast, ATE testing is used to test functionality of a plurality of complex integrated circuits (ICs) such as memory circuits or hundreds of dice on a wafer prior to sawing and packaging.

When testing ICs on a wafer, it is cost effective to test as many devices as possible in parallel, thus reducing the test time per wafer. Test system controllers have evolved to increase the total number of channels and hence the number of devices that can be tested in parallel. However, a test system controller with an increased number of test channels is typically a significant cost factor for a test system, as is a probe card with complex routing lines used to accommodate multiple parallel test channels. Thus, an overall probe card architecture that allows increased test parallelism without requiring increased test system controller channels and without increased probe card routing complexity and cost is desirable.

FIG. 1 shows a block diagram of an automated test system **100** of the prior art. The test system **100** includes a test system controller **101**, a test head **105**, and a test prober **107**. The test system controller **101** is frequently a microprocessor-based computer and is electrically connected to the test head **105** by a communication cable **103**. The test prober **107** includes a stage **109** on which a semiconductor wafer **111** may be mounted and a probe card **113** for testing devices under test (DUTs) on the semiconductor wafer **111**. The stage **109** is movable to contact the wafer **111** with a plurality of test probes **115** on the probe card **113**. The probe card **113** communicates with the test head **105** through a plurality of channel communications cables **117**.

In operation, the test system controller **101** generates test data which are transmitted through the communication cable **103** to the test head **105**. The test head in turn transmits the test data to the probe card **113** through the plurality of communications cables **117**. The probe card then uses these data to probe DUTs (not shown explicitly) on the wafer **111** through the plurality of test probes **115**. Test results are then provided from the DUTs on the wafer **111** back through the probe card **113** to the test head **105** for transmission back to the test system controller **101**. Once testing is completed and known good dice are identified, the wafer **111** is diced.

Test data provided from the test system controller **101** are divided into individual test channels provided through the communications cable **103** and separated in the test head **105** so that each channel is carried to a separate one of the plurality of test probes **115**. Channels from the test head **105** are linked by the channel communications cables **117** to the probe card **113**. The probe card **113** then links each channel to a separate one of the plurality of test probes **115**.



With reference to FIG. **2**, an ATE switching apparatus **200** of the prior art uses a mechanical relay **201** to switch signals feeding a DUT **207** between a high voltage, low frequency driver **203** (frequently referred to as $V_{HH}$) and a high frequency, low voltage driver **205** (frequently called the pin driver). The mechanical relay **201** is chosen to switch the signals as relays inherently have both low resistance and low capacitance values. Low capacitance values of the mechanical relay **201** allow high frequency signals to be routed to the DUT **207**. Further, the mechanical relay **201** allows high voltage signals to pass to the DUT **207** are well. Voltages as high as about 13 volts are frequently encountered in ATE testing. A plurality of the mechanical relays **201** may be mounted on the probe card **113** (FIG. **1**). However, mechanical relays suffer from several inherent problems including physical size, high current consumption, reliability, and switching speed.

Therefore, what is needed is a simple, economical, and robust means of switching both high voltage/low frequency and low voltage/high frequency electrical signals between a probe card and a DUT. Ideally, switching speeds should be high with a low current draw. Further, the switch should also function bidirectionally to allow resulting data from the DUT to be transferred through the probe card to the system controller.

## SUMMARY OF THE INVENTION

In an exemplary embodiment, the present invention is an electronic switching apparatus for use in automated test equipment. The electronic switching apparatus includes a transconducting device having source and drain regions where at least one of the source and drain regions is configured to be coupled to a voltage source. A voltage comparison means is coupled to the transconducting device for determining a relative magnitude of voltage applied to the source and drain regions and a multiplexer has an input coupled to the voltage comparison means for selecting a higher of the relative magnitudes of voltage. A gate adder having an input is coupled to an output of the multiplexer and an output is coupled to a gate of the transconducting device. The gate adder is configured to add a fixed voltage to the higher of the relative magnitudes of voltage. A bulk adder having an input is coupled to an output of the multiplexer and an output is coupled to a bulk of the transconducting device. The bulk adder is configured to subtract a fixed voltage from the higher of the relative magnitudes of voltage.

In another exemplary embodiment, the present invention is an electronic switch for use in automated test equipment. The electronic switch includes a transconducting device electrically isolated from other transconducting devices in a bulk region of a substrate. The transconducting device has source and drain regions with at least one of the source and drain regions configured to be coupled to a voltage source. A voltage comparison means is coupled to the transconducting device for determining a relative magnitude of voltage applied to the source and drain regions and a voltage selection means is coupled to the voltage comparison means for selecting a higher of the relative magnitudes of voltage. A gate adder means is coupled to the voltage selection means

for supplying a gate voltage by adding a fixed voltage to the higher of the relative magnitudes of voltage and a bulk adder means is coupled to the voltage selection means for supplying a bulk voltage by subtracting a fixed voltage from the higher of the relative magnitudes of voltage.

In another exemplary embodiment, the present invention is a method of operating an electronic switching apparatus on an automated test equipment system. The method includes determining whether a source voltage or a drain voltage applied to a field effect transistor has a higher relative magnitude, selecting the voltage with the higher relative magnitude, adding the selected higher relative magnitude to a fixed gate voltage value, thereby forming a gate voltage, subtracting a fixed bulk voltage value from the selected higher relative voltage, thereby forming a bulk voltage, applying the gate voltage to a gate of the field effect transistor, and applying the bulk voltage to a bulk of the field effect transistor.

In another exemplary embodiment, the present invention is an electronic circuit within an automated test equipment system. The circuit includes a plurality of serial control registers and a serial program bus coupled to the plurality of serial control registers. The serial program bus is configured to accept a clock signal and data input/output lines. A plurality of semiconductor-based testing switches is configured to be coupled to at least one external device under test; each of the plurality of semiconductor-based testing switches is further coupled to the plurality of serial control registers such that operation of each of the plurality of semiconductor-based testing switches is configured to be controlled by one or more of the plurality of serial control registers. Each of the plurality of semiconductor-based testing switches is further configured to operate concurrently in a high voltage application and a high frequency application. A plurality of voltage input pins is configured to be coupled to an input of one or more of the plurality of semiconductor-based testing switches and a plurality of signal input pins is configured to be coupled to an input of one or more of the plurality of semiconductor-based testing switches.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an ATE system of the prior art.

FIG. **2** is an ATE switching device of the prior art employing a mechanical relay.

FIG. **3** is an cross-sectional view of an exemplary semiconductor fabrication process used to produce semiconductor-based transconducting devices utilized in the present invention.

FIG. **4** is an exemplary embodiment of an electronic switching apparatus of the present invention.

FIG. **5** is a functional schematic diagram of an exemplary embodiment of a DC and signal routing electronic switching apparatus of the present invention used for testing electronic devices.

## DETAILED DESCRIPTION

In discussions presented herein, it will be appreciated by those skilled in the art that field effect transistors (FETs) and similar transistor types are typically configured as symmetrical devices, and consequently, an interchange of the terminals named source and drain has no effect on an operation of the device. In conventional nomenclature, a conventional electrical current is presumed to flow into the source terminal of a PMOS transistor, and out from the source terminal



of an NMOS transistor. However, certain applications render the terminology ambiguous. One example is a passgate which may experience control current flow in both directions through the devices comprising the passgate. For this reason, although the terms source and drain are applied herein, it is to be understood that they are not intended as limiting with respect to the direction of current through a device. Rather, the direction of current is to be understood on the basis of the bias potentials applied to the device terminals.

Overall, any semiconductor-based transconducting device, such as a field effect transistor (FET) switching device has an advantage of being physically small in size, reliable due to no mechanical parts, and consuming little current. A switching device in an ATE circuit is ideally capable of operating switchably in either a high voltage/low frequency mode or a high frequency/low voltage mode. However, typical FET switches are designed to operate in either a high voltage mode or a high frequency mode but not both.

In FIG. **3**, an exemplary four-terminal FET **300** is fabricated in a metal-on-insulator (MOI) or silicon-on-insulator (SOI) process where an isolated bulk semiconductor material is actively driven by a control signal. The exemplary FET **300** includes a base substrate **301**, a first dielectric layer **303**, a semiconductor layer **305**, a second dielectric layer **309**, and a silicided control gate **311**. A dopant material is, for example, implanted or diffused into the semiconducting layer **305** to form source and drain regions **307**. An electrode (not shown) added in later process steps allows access to the semiconducting layer **305** through a body terminal. Use of the body terminal is described below with reference to FIG. **4**.

In a specific exemplary embodiment, the semiconducting layer **305** is approximately 2 μm (2000 nm) in thickness and is bonded to the first dielectric layer **303**. The base substrate **301** may be a silicon wafer. Alternatively, another elemental group IV semiconductor or compound semiconductor (e.g., Groups III-V or II-VI) may be selected for the base substrate **301**. In lightweight applications or flexible circuit applications, such as employed in a cellular telephone or personal data assistant (PDA), the FET may be formed on a polyethyleneterephtalate (PET) substrate deposited with silicon dioxide and polysilicon followed by an excimer laser annealing (ELA) anneal step. It still other applications, the base substrate **301** may be comprised of a dielectric material directly, such as a quartz photomask, thereby obviating a need for the first dielectric layer **303**. In this case, the semiconducting layer **305** may be formed directly over the photomask.

In a case where the base substrate **301** is a semiconductor wafer, the wafer may contain a buried oxide layer (not shown) placed below a polysilicon layer (not shown) to prevent transport of carriers through the underlying bulk seminconducting material. The polysilicon is then treated at an elevated temperature to reform crystalline (i.e., non-amorphous) silicon. In still another embodiment, the base substrate **301** is formed from intrinsic silicon, thereby effectively limiting transport of carriers due to the high resistivity of intrinsic silicon.

If either the substrate **301** or the semiconducting layer **305** is chosen to be comprised of silicon, the second dielectric layer **309** may be a thermally-grown silicon dioxide layer. Alternatively, the second dielectric layer **309** may be a deposited layer, for example, a silicon dioxide, silicon nitride, or oxynitride layer deposited by atomic layer deposition (ALD) or chemical vapor deposition (CVD) tech-

niques. In a specific exemplary embodiment, the second dielectric layer is comprised of silicon dioxide, 10Å to 100Å in thickness.

Regardless of the fabrication techniques employed, either deep or shallow trenches (not shown) may be subsequently etched into the semiconducting layer **305** to isolate either adjacent devices or adjacent circuits. Any silicon-containing layers may be etched, for example, with potassium hydroxide (KOH) or tetra-methyl ammonium hydroxide (TMAH). An edge wall angle of the shallow trench formed within the semiconducting layer **305** will depend on several factors such as a crystallographic orientation of the semiconducting layer **305** and the type of etchant employed. The edge wall angle determines, to some extent, how densely transistor may be fabricated and still remain electrically isolated from one another.

Deep trench isolation techniques are frequently employed to isolate device elements laterally. Formation of deep trench isolation can be partially accomplished with low-cost dielectric films. Low-cost dielectric films typically have less desirable electrical characteristics (e.g., dielectric breakdown strength or higher shrinkage values) than a high-quality film. However, a high-quality dielectric film is a better choice for filling shallow trench isolation (STI) regions and for producing cap layers over a deep trench fill layer. A skilled artisan can readily envision how either deep or shallow trenches may be beneficial to portions of the present invention described herein.

The MOI or SOI process described above allows the exemplary four-terminal FET **300** to have an isolated bulk in the form of the semiconducting layer **305**. The bulk may be actively driven by a control signal. As is well-known to a skilled artisan, an applied voltage on the gate of the proper polarity and magnitude creates a channel carrier flow from the source to the drain. However, a differential voltage between the gate and the bulk must be maintained below an inherent oxide breakdown voltage. FETs fabricated with standard fabrication techniques achieve high oxide breakdown voltages by using a thick dielectric (e.g., silicon dioxide). However, capacitance within the FET increases as the dielectric thickness increases, thereby limiting high frequency operations. Therefore an MOI or SOI process, by itself, will not allow both high voltage and high frequency operations.

In FIG. **4**, an exemplary electronic switching apparatus **400** uses a four-terminal FET **401** fabricated in accord with the exemplary fabrication process described with reference to FIG. **3**. Functionally, the electronic switching apparatus **400** will vary depending upon use. The electronic switching apparatus **400** will function differently when utilized in high voltage applications as compared with high frequency applications.

Using the electronic switching apparatus **400** for high voltage applications, input voltages to a multiplexer **403** are supplied from source and drain contacts on the four-terminal FET **401**. The source and drain voltages supplied to the multiplexer **403** are measured (e.g., with a comparator, not shown). The multiplexer **403** is arranged to select the higher of the source or drain voltage. The higher of the source or drain voltage is added to a fixed voltage through a gate adder **405** or a bulk adder **407**. For example, the gate adder adds a positive 2.5 V to the higher voltage to be applied to the gate and the bulk adder **407** adds a negative 2.5 V to the higher voltage to be applied to the bulk of the four-terminal FET transistor **401**. Consequently, a differential voltage between the gate and bulk is fixed at about 5 V regardless of the voltage applied to either the source or drain or the voltage differential between them. Operating frequencies up to approximately 10 MHz may be obtained by measurement and application of the drain or source voltage with the fixed voltage. The 10 MHZ frequency is sufficiently fast to allow switching of typical $V_{HH}$ signals commonly used in ATE systems testing DUTs.



For high frequency applications (e.g., 100 MHz or higher), the MOI or SOI fabricated structure of the four-terminal FET **401** has low parasitic capacitance levels. Therefore, high frequency signals may be switched directly without using the multiplexer **403** and other associated circuitry (i.e., the gate **405** and bulk **407** adders) of the exemplary electronic switching apparatus **400**. In high frequency applications, a comparator (not shown) is used to disable the gate **405** and bulk **407** adder. A first input of the comparator is set to 5 volts. A second input to the comparator is coupled to the output of the multiplexer **403**. If the output of the multiplexer **403** is less than 5 volts, then the gate **405** and bulk **407** adder are each disabled. If the output of the multiplexer **403** is greater than or equal to 5 volts, then the gate **405** and bulk **407** adder are enabled for high voltage applications.

With reference to FIG. **5**, a portion of an exemplary application specific integrated circuit (ASIC) based DC and signal routing switch **500** includes a plurality of single-pole single-throw (SPST) switches **501-504**, driver circuits **507-510**, a level shifter **511**, a plurality of serial control registers **513**, and a serial program bus **515**. The ASIC-based DC and signal routing switch **500** has a plurality of inputs including several voltage levels ($V_{DH}$, $V_{DD}$, $V_{SS}$, and $V_{REF}$ plus GND), one or more clock inputs, $CLK_L$ and $CLK_R$, and data. The ASIC-based DC and signal routing switch **500** utilizes built-in control logic employing, for example, a serial bus to configure all internal switches. There is also a toggle feature. In an exemplary embodiment, the toggle feature allows an end user to switch from write DUT A, DUT B, DUT C, and DUT D to read DUT B and DUT D and to read DUT A and DUT C in parallel in less than 10 nanoseconds (ns).

Each of the plurality of SPST switches **501-504** (where "n" is an integer) may be fabricated using the fabrication technology of the FET **300** (FIG. **3**) described above along with the exemplary electronic switching apparatus **400**. The electronic switching apparatus **400** allows a nanosecond-level switching speeds. As a result of the high switching speed, time domain measurements may be performed thus measuring transient responses of DUTs. Each of the plurality of electronic switching apparatus **400** directs signals to multiple DUTS while simultaneously testing the DUTs. In this exemplary embodiment, there are 46 switches (i.e., 23 pairs of SPST switches) in a left circuit branch **551** and 46 switches in a right circuit branch **553**. Each pair of switches **501**, **503** in the left circuit branch **551** define a single-pole double-throw (SPDT) switch **505**. Similarly, each pair of switches **502**, **504** in the right circuit branch **553** define a SPDT switch **506**. Thus, the ASIC-based DC and signal routing switch **500** provides for a 46 input 1:2 DC and high frequency signal distribution array. (A skilled artisan will recognize that any number of switches may actually be incorporated.) As described in more detail below, each 1:2 branch is serially addressable allowing all outputs to be individually controlled. This configuration allows signal routing between multiple inputs and outputs. Further, multiple routing switches **500** may be used in combination for testing more complex and/or multiple numbers of DUTs in parallel simultaneously. Hence, all ports or device pins of a DUT may be tested simultaneously. Further, the ability of

employ multiple routing switches **500** is particularly desirable when performing wafer-level probing.

A plurality of data signal or voltage level inputs **555** may be accessed directly. The direct access may be through primary pins located on, for example, a land grid array (LGA) or ball-grid array (BGA) located on the bottom side of a package in which the ASIC is mounted (not shown). A person of skill in the art will readily recognize that the ASIC may be packaged in various forms including micro-BGA (μBGA), bump-chip carrier (BCC), controlled-collapse chip connection (C4), or a variety of other packaging types known in the art. A plurality of switched outputs **557** are available to route, for example, a data signal or voltage to a plurality of DUTs (not shown). Each of the outputs are individually addressable and configurable through the plurality of serial control registers **513** and the serial program bus **515**. The individual addressability allows flexibility in configuration with particular types and numbers of DUTs.

The driver circuits **507-510** may be, for example, LED drive circuits, photovoltaic drive circuits, or various other types of low-level current drive circuits known in the art. Alternatively, the driver circuits **507-510** could be a combination of various types of drive circuits. Each of the driver circuits **507-510** may be independently addressable through the plurality of serial control registers **513** and the serial program bus **515**.

Each of the left circuit **551** and right circuit **553** branches is coupled to the level shifter **511**. The level shifter **511** changes a logic level at an interface between two types of semiconductor logic systems. Such circuits are known in the art. Additionally, each circuit branch **551, 553** may have independent state control through the plurality of serial control registers **513** and the serial program bus **515**. Consequently, either the left circuit branch **551** or the right circuit branch **553** may be separately serially loaded. Alternatively, a plurality of the ASIC-based DC and signal routing switches **500** may be daisy chained externally for controlling large numbers of DUTs through coupling the ASIC switches **500** with an ATE system.

A state toggle operation may be used with the plurality of serial control registers **513**. A separate state select input for each circuit branch **551, 553** allows separate branch control. As indicated in Table 1 below, selection of 15 states (A-O) may be made through four logic inputs comprised of toggle select lines $T_0$-$T_3$. Thus, 15 selectable switch configurations may be preloaded based on requirements for various DUTs.

TABLE 1

| Mode | $T_3$ | $T_2$ | $T_1$ | $T_0$ |
|---|---|---|---|---|
| Protect | 0 | 0 | 0 | 0 |
| A | 0 | 0 | 0 | 1 |
| B | 0 | 0 | 1 | 0 |
| C | 0 | 0 | 1 | 1 |
| D | 0 | 1 | 0 | 0 |
| E | 0 | 1 | 0 | 1 |
| F | 0 | 1 | 1 | 0 |
| G | 0 | 1 | 1 | 1 |
| H | 1 | 0 | 0 | 1 |
| I | 1 | 0 | 0 | 1 |
| J | 1 | 0 | 1 | 0 |
| K | 1 | 0 | 1 | 1 |
| L | 1 | 1 | 0 | 0 |
| M | 1 | 1 | 0 | 1 |
| N | 1 | 1 | 1 | 0 |
| O | 1 | 1 | 1 | 1 |
| P | NA | NA | NA | NA |



A transient signal protection mode is enabled utilizing the state input toggles. The transient signal protection mode is useful while no active signals are applied to input or output pins of the ASIC-based DC and signal routing switch **500**. The transient signal protection mode is enabled when DUT or other device connections are being performed during normal operation. In this exemplary embodiment, while the ASIC routing switch **500** is powered off, transient signal protection is achieved through normal pad protection structures known in the art. Also, the protect mode could be used to, for example, simply shut off all devices. Alternatively, the protect mode could be used to shut off devices in certain groups according to various user inputs in the programmable section consisting of the plurality of serial control registers **513** and the serial program bus **515**. Further, when a "P" mode is loaded high through the serial program bus **515**, toggle select lines $T_0 \ldots T_3$ are ignored. Thus, output switch positions are locked to mode "A."

In an exemplary embodiment, serial data are shifted through the plurality of serial control registers on a rising edge of a clock input. Note that each of the left **551** and right **553** circuit branched may be supplied with the same clock signal. Alternatively, each clock may have a different frequency or one clock feeding one circuit branch may be delayed with respect to the other circuit branch. Generally, the clock is established prior to data programming.

The serial program bus **515** used to control the internal switches within the ASIC-based DC and signal routing switch **500** supports a standard serial-peripheral interface (SPI) protocol commonly used with EEPROM memory cells. Hence, the ASIC-based DC and signal routing switch **100** can be used on any tester platform such as Advantest®, Verigy, Nextest™, Credence, Ando, Teradyne, and others. The serial program bus **515** greatly reduces the pin count of the ASIC switch array **100** allowing a high density of the ASIC switch arrays **500** to be placed on, for example, a printed circuit board or probe head.

In the foregoing specification, the present invention has been described with reference to specific embodiments thereof. It will, however, be evident to a skilled artisan that various modifications and changes can be made thereto without departing from the broader spirit and scope of the present invention as set forth in the appended claims. For example, although process steps and techniques for the MOI and SOI transistor fabrication are shown and described in detail, a skilled artisan will recognize that other techniques and methods may be utilized which are still included within a scope of the appended claims. For example, there are frequently several techniques used for depositing a film layer (e.g., chemical vapor deposition, plasma-enhanced vapor deposition, epitaxy, atomic layer deposition, etc.). Although not all techniques are amenable to all film types described herein, one skilled in the art will recognize that multiple methods for depositing a given layer and/or film type may be used. Additionally, other circuit elements are known to a skilled artisan that achieve substantially the same effect as exemplary circuits and circuit elements described herein. For example, the multiplexer and/or adder circuits may be selectively replaced with other elements, such as comparators, voltage selectors, or other type of logic elements. The FETs may also be replaced with other types of transconducting devices known to one of skill in the art. These and various other embodiments and techniques are all within a scope of the present invention. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. An electronic switching apparatus for use in automated test equipment, the electronic switching apparatus comprising:

a transconducting device having source and drain regions, at least one of the source and drain regions configured to be coupled to a voltage source;

a voltage comparison means coupled to the transconducting device for determining a relative magnitude of voltages applied to the source and drain regions;

a multiplexer having an input coupled to the voltage comparison means for selecting a higher of the relative magnitudes of voltage;

a gate adder having an input coupled to an output of the multiplexer and an output coupled to a gate of the transconducting device, the gate adder configured to add a fixed voltage to the higher of the relative magnitudes of voltage; and

a bulk adder having an input coupled to the output of the multiplexer and an output coupled to a bulk of the transconducting device, the gate adder configured to subtract a fixed voltage from the higher of the relative magnitude of voltage.

2. The electronic switching apparatus of claim 1 wherein the transconducting device is electrically isolated from any other transconducting devices contained within a bulk region of a substrate.

3. The electronic switching apparatus of claim 1 wherein the source is configured to be coupled to an output from the automated test equipment and the drain is configured to be coupled to a device under test.

4. The electronic switching apparatus of claim 1 wherein the transconducting device is a field effect transistor.

5. The electronic switching apparatus of claim 1 wherein the transconducting device is fabricated on a metal-on-insulator substrate.

6. The electronic switching apparatus of claim 1 wherein the transconducting device is fabricated on a silicon-on-insulator substrate.

7. An electronic switch for use in automated test equipment, the electronic switch comprising:

a transconducting device electrically isolated from other transconducting devices in a bulk region of a substrate, the transconducting device having source and drain regions, at least one of the source and drain regions configured to be coupled to a voltage source;

a voltage comparison means coupled to the transconducting device for determining a relative magnitude of voltages applied to the source and drain regions;

a voltage selection means coupled to the voltage comparison means, the voltage selection means for selecting a higher of the relative magnitudes of voltage;

a gate adder means coupled to the voltage selection means, the gate adder means for supplying a gate voltage by adding a fixed voltage to the higher of the relative magnitudes of voltage; and

a bulk adder means coupled to the voltage selection means, the bulk adder means for supplying a bulk voltage by subtracting a fixed voltage from the higher of the relative magnitude of voltage.

8. The electronic switching apparatus of claim 7 wherein the source is configured to be coupled to an output from the automated test equipment and the drain is configured to be coupled to a device under test.

9. The electronic switching apparatus of claim 7 wherein the transconducting device is a field effect transistor.

10. The electronic switching apparatus of claim 7 wherein the transconducting device is fabricated on a metal-on-insulator substrate.

11. The electronic switching apparatus of claim 7 wherein the transconducting device is fabricated on a silicon-on-insulator substrate.

12. A method of operating an electronic switching apparatus on an automated test equipment system, the method comprising:

determining whether a source voltage or a drain voltage applied to a field effect transistor has a higher relative magnitude;

selecting the voltage with the higher relative magnitude;

adding the selected higher relative magnitude to a fixed gate voltage value, thereby forming a gate voltage;

subtracting a fixed bulk voltage value from the selected higher relative voltage, thereby forming a bulk voltage;

applying the gate voltage to a gate of the field effect transistor; and

applying the bulk voltage to a bulk of the field effect transistor.

13. The method of claim 12 wherein the fixed gate voltage value and the fixed bulk voltage value are each selected to be of equal magnitude and opposite polarity.

14. The method of claim 13 wherein the fixed gate voltage value is selected to by positive 2.5 volts.

15. The method of claim 13 wherein the fixed gate voltage value is selected to by negative 2.5 volts.

16. An electronic circuit within an automated test equipment system, the circuit comprising:

a plurality of serial control register;

a serial program bus coupled to the plurality of serial control registers, the serial program bus configured to accept a clock signal and data input/output lines;

a plurality of semiconductor-based testing switches configured to be coupled to at least one external device under test, each of the plurality of semiconductor-based testing switches further coupled to the plurality of serial control registers such that operation of each of the plurality of semiconductor-based testing switches is configured to be controlled by one or more of the plurality of serial control registers, each of the plurality of semiconductor-based testing switches including:

a multiplexer configured to determine a relative magnitude of voltages applied across the switches;

a first adder configured to add a fixed voltage to the higher of the relative magnitudes of voltage and apply the voltage to each of the plurality of semiconductor-based testing switches; and

a second adder configured to subtract a fixed voltage from the higher of the relative magnitudes of voltage and apply the voltage to each of the plurality of semiconductor-based testing switches;

a plurality of voltage input pins configured to be coupled to an input of one or more of the plurality of semiconductor-based testing switches; and

a plurality of signal input pins configured to be coupled to an input of one or more of the plurality of semiconductor-based testing switches.

17. The electronic circuit of claim 16 wherein the serial program bus is further configured to accept a select line.

18. The electronic circuit of claim 16 wherein all components of the circuit are fabricated as a single application specific integrated circuit.

19. The electronic circuit of claim 16 further comprising a level shifter coupled to the plurality of serial control registers.

**20**. The electronic circuit of claim **16** further comprising one or more current driver circuits.

**21**. The electronic circuit of claim **16** further comprising:

a plurality of diagnostic switches, each of the plurality of diagnostic switches coupled to at least one of the plurality of semiconductor-based testing switches; and

a plurality of diagnostic registers, each of the plurality of diagnostic registers coupled to at least one of the plurality of diagnostic switches and configured to control an operation of the diagnostic switch.

**22**. The electronic circuit of claim **21** wherein ones of the plurality of diagnostic switches are configured to couple ones of the plurality of semiconductor-based testing switches, thus allowing any input signal to run into a common port and read back from an adjacent common port.

**23**. The electronic circuit of claim **16** wherein the plurality of semiconductor-based testing switches is split into two branches.

**24**. The electronic circuit of claim **23** wherein each of the two branches includes 46 semiconductor-based testing switches.

**25**. The electronic circuit of claim **16** wherein pairs of the plurality of semiconductor-based testing switches each form an single-pole double-throw switch.

**26**. The electronic circuit of claim **16** wherein the plurality of semiconductor-based testing switches is configured to be toggled between reading from and writing to one or more devices under test.

**27**. The electronic circuit of claim **16** wherein each of the plurality of semiconductor-based testing switches is an FET.

**28**. The electronic circuit of claim **16** wherein each of the plurality of semiconductor-based testing switches further includes:

a transconducting device having source and drain regions, at least one of the source and drain regions configured to be coupled to a voltage source; and

a voltage comparison means coupled to the transconducting device for determining a relative magnitude of voltage applied to the source and drain regions.

**29**. The electronic circuit of claim **28** wherein:

the first adder is a gate adder having an input coupled to an output of the multiplexer and an output coupled to a gate of the transconducting device; and

the second adder is a bulk adder having an input coupled to an output of the multiplexer and an output coupled to a gate of the transconducting device.

* * * * *

# EXHIBIT D

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT E

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL