1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL)
14 |                Plaintiff,              |
15 |      vs.                               | **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**
16 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON
17 | TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a | Judge: Honorable Howard R. Lloyd
   |                                         | Ctrm:   2
18 | California Limited Liability Corporation, inclusive, | Complaint Filed:   August 22, 2007
19 |                Defendants.              | Trial Date:        None Set
20
21
22 | AND RELATED CROSS-ACTIONS
23
24
25
26
27
28

1 | Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff" or "Verigy") requests that the following materials be filed under seal, as they contain confidential information that is protected by the Stipulated Protective Order entered by the Court on August 29, 2007. The documents submitted under seal include: Exhibits A-F and H-I of the Michael W. Stebbins Declaration In Support Of Verigy's Motion For Protective Order Relieving Verigy Of Duty To Respond Further To Second Amended Notice Of Rule 30(B)(6) Deposition Propounded By Defendants.

These materials (hereafter "the Materials") disclose information that has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by the parties under the Protective Order, without objection to those designations (although Verigy reserves its rights to challenge such designations pursuant to the Stipulated Protective Order). Although the information in the Materials has been designated as protected from disclosure under the Protective Order, Verigy must rely on this information in support of its Application. The parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this Court, and respectfully requests leave to file the aforementioned documents under seal.

Respectfully submitted.

Dated: August 25, 2008                    BERGESON, LLP

By:      /s/
     Colin G. McCarthy
     Attorneys for Plaintiff
     VERIGY US, INC.