DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
COLIN G. MCCARTHY, Bar No. 191410
cmcarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>                Plaintiff,<br><br>  vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF COLIN G. MCCARTHY IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:  Honorable Howard R. Lloyd<br>Ctrm:    2<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:             None Set |

I, Colin G. McCarthy, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am an associate with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy" or "Plaintiff") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Verigy's Administrative Motion for Leave to File Document Under Seal.

3. I have reviewed the following materials ("the Materials"):

   (a) Exhibits A-F and H-I of the Michael W. Stebbins Declaration In Support Of Verigy's Motion For Protective Order Relieving Verigy Of Duty To Respond Further To Second Amended Notice Of Rule 30(B)(6) Deposition Propounded By Defendants.

4. I have determined that these Materials (hereafter "the Materials") each disclose information that has been designated as "Highly Confidential—Attorneys' Eyes Only" (Documents 1-5) or "Confidential" (Document 6) by Verigy because they contain confidential, proprietary and trade secret information relating to Verigy's design specifications, technical procurement processes; research regarding customer device requirements; block diagrams; product development and strategic plans, product strategy; forecasted business demand; actual product consumption; business processes and tools; product technology roadmaps; product features and performance; product architecture; product development schedules; qualification processes and results; contract manufacturer agreements and business relationship; inventions; provisional patent applications; and future manufacturing strategies (collectively, the "Trade Secrets").

5. The confidentiality interest of the parties therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest.

I declare under penalty of perjury under the laws of the United States of America that the

1

1  foregoing is true and correct and that this declaration was executed this 25th day of August, 2008
2  at San Jose, California.
3
4                                                                /s/
                                                         Colin G. McCarthy
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DECLARATION OF COLIN G. MCCARTHY ISO MOTION TO FILE UNDER SEAL
CASE NO. C07 04330 RMW (HRL)