1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL)
14 | Plaintiff, |
15 | vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**
16 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, |
   | | Judge: Honorable Howard R. Lloyd
   | | Ctrm:    2
   | Defendants. | Complaint Filed:  August 22, 2007
   | | Trial Date:       None Set

Now before the Court is Verigy's Administrative Motion For Leave To File Document Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Colin G. McCarthy filed therewith, the Court finds there to be good cause for granting Plaintiff's request to file documents under seal.

GOOD CAUSE having been show, the Court finds that:

(1) The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Exhibits A-F and H-I of the Michael W. Stebbins Declaration In Support Of Verigy's Motion For Protective Order Relieving Verigy Of Duty To Respond Further To Second Amended Notice Of Rule 30(B)(6) Deposition Propounded By Defendants.

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2008

                                       Hon. Howard R. Lloyd
                                       UNITED STATES MAGISTRATE JUDGE