DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

**PUBLIC VERSION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF VERIGY'S MOTION FOR PROTECTIVE ORDER RELIEVING VERIGY OF DUTY TO RESPOND FURTHER TO SECOND AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION PROPOUNDED BY DEFENDANTS**<br><br>Date: September 30, 2008<br>Time: 10:00 am<br>Ctrm.: 2, 5th Floor<br>Judge: Hon. Howard R. Lloyd<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |

**PUBLIC VERSION OF HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

**DOCUMENT SUBMITTED UNDER SEAL**

I, Michael W. Stebbins, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am a partner in the law firm of Bergeson, LLP, counsel of record for plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto. I submit this declaration in support of Verigy's motion for protective order relieving Verigy of the obligation to respond to second amended deposition notice of Rule 30(b)(6) propounded by defendants.

2. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of Defendants' Notice of Rule 30(b)(6) Deposition of Verigy, US, Inc., dated August 4, 2008. During the week of August 4, 2008, I had a conversation with Tim Hale, Esq., one of Defendants' counsel, in which I asked him to refine the original 30(b)(6) notice due to its length, overbreadth and complexity.

3. Attached hereto and incorporated herein by reference as **Exhibit B** is a true and correct copy of Defendants' Amended Notice of Rule 30(b)(6) Deposition of Verigy, US, Inc., dated August 7, 2008.

4. Attached hereto and incorporated herein by reference as **Exhibit C** is a true and correct copy of Defendants' Second Amended Notice of Rule 30(b)(6) Deposition of Verigy, US, Inc., dated August 15, 2008 ("Second Amended Depo Notice").

5. Attached hereto and incorporated herein by reference as **Exhibit D** is a true and correct copy of email threads involving meet-and-confer discussions among counsel concerning Defendants' Amended and Second Amended Depo Notice.

6. Attached hereto and incorporated herein by reference as **Exhibit E** is a true and correct copy of Verigy's Objection to Defendant STS, Inc. Second Amended Rule 30(b)(6) Notice of Deposition of Verigy.

7. Notwithstanding Verigy's objections and this motion, Verigy has agreed to produce four (4) separate witnesses as corporate designees on the majority of the topics included in Defendants' Second Amended Notice and to allow each of those witnesses to be deposed for a

1

full seven (7) hour day.  Attached hereto and incorporated herein by reference as **Exhibit F** is a true and correct copy of a list of the topics Verigy has agreed to produce witnesses for, along with the names of Verigy's corporate designees.  Verigy has informed Defendants' counsel of this information and its intentions to produce these witnesses for four full days of deposition on August 26 through 29, 2008, subject to objections and this motion.  However, Defendants have asked Verigy to withdraw its objections and to produce witnesses as to all of the topics in the Second Amended Depo Notice.

8. Defendants have already served numerous interrogatories, some on the same subject matter covered in Defendants Second Amended Depo Notice.  Aside from other problems, the number of those interrogatories, including subparts, exceeds the twenty five (25) permitted by this Court as stated in its May 24, 2008 Order after CMC Hearing.  Defendant's Silicon Test Systems, Inc.'s Second Set of Interrogatories to Plaintiff Verigy US, Inc. [Corrected}, dated July 14, 2008, and Plaintiff Verigy US, Inc.'s Response to Defendant Silicon Test Systems, Inc.'s [Corrected] Second Set of Interrogatories, dated August 13, 2008, are attached hereto and incorporated herein by reference as **Exhibits G and H**, respectively.

9. Attached hereto and incorporated herein by reference as **Exhibit I** is a true and correct copy of Plaintiff's Amended CCP § 2019.210 Disclosure.

10. Attached hereto and incorporated herein by reference as **Exhibit J** is a true and correct copy of Verigy's 30(b)(6) Notice of Deposition of Defendant STS, Inc., dated August 8, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 25th day of August, 2008 at San Jose, California.

/s/
Michael W. Stebbins