DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING PROTECTIVE ORDER RELIEVING VERIGY OF DUTY TO RESPOND FURTHER TO DEFENDANTS' SECOND AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION**<br><br>Date:　September 30, 2008<br>Time:　10:00 am<br>Ctrm.:　2, 5th Floor<br>Judge:　Hon. Howard R. Lloyd<br><br>Complaint Filed:　August 22, 2007<br>Trial Date:　None Set |

[PROPOSED] ORDER GRANTING VERIGY'S MOTION FOR PROTECTIVE
ORDER RE RULE 30(b)(6) DEPO PROPOUNDED BY DEFENDANTS　　　Case No. C07 04330 RMW (HRL)

This matter having come before the Court on the Motion of plaintiff Verigy US, Inc. for a protective order relieving it of the duty to further respond to Defendants' Second Amended Notice of Rule 30(b)(6) Deposition of Verigy US, Inc., and the Court having reviewed the motion and the respective briefs, and heard the arguments of respective counsel, and good cause appearing, accordingly,

**IT IS HEREBY ORDERED THAT:**

(a) Verigy's Motion for a Protective Order is GRANTED with respect to Defendants' Second Amended Notice of Rule 30(b)(6) Deposition of Verigy US, Inc. (Second Amended Depo Notice);

(b) Verigy need not respond to such discovery, and in particular, Topic Nos. 14, 19-20, 34 and 36 of the Second Amended Depo Notice, except insofar as it has otherwise agreed to do so and also subject to any objections by Verigy served on Defendants prior to the deposition dates (August 26, 27, 28 and 29, 2008);

(c) Verigy is relieved from providing any further or additional testimony pursuant to Federal of Rule of Civil Procedure 30(b)(6); and

(d) Verigy is and shall not be prejudiced at trial by its agreement to produce corporate designee witness on certain specified topics to the extent the production of such witness was subject to the aforementioned objections.

**IT IS SO ORDERED**.

Dated: _____     _____
                                                    Hon. Howard R. Lloyd
                                                    UNITED STATES MAGISTRATE JUDGE