1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for defendants and counterclaimants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS LLC, and WESLEY
   MAYDER

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | VERIGY US, INC., a Delaware Corporation,    | Case No. 5:07-cv-04330-RMW (HRL)
14 |           Plaintiff,                        | **DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL POCHOWSKI DOCUMENTS**
15 |           v.                                |
16 | ROMI MAYDER, an individual; WESLEY          | **Before: Judge Ronald Whyte**
   | MAYDER, an individual; SILICON TEST        |
17 | SYSTEMS, INC., a California Corporation;    | Date: September 30, 2008
   | and SILICON TEST SOLUTIONS, LLC, a         | Time: 9:00 a.m.
18 | California Limited Liability Corporation,   | Ctrm.: 2
   | inclusive,                                  | Before Mag. Howard Lloyd
19 |                                             |
20 |           Defendants.                       | Complaint Filed: August 22, 2007
   |                                             | Trial Date: December 8, 2008 (jury trial)
21 |                                             | (Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38)
22 |                                             |
23 | AND RELATED COUNTERCLAIMS.                  |

24
                    **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
25
                          **DOCUMENT SUBMITTED UNDER SEAL**
26

27

28

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

Hale Decl. Supp. Mot. Compel Documents                    Case No. 5:07-cv-04330-RMW (HRL)

I, Tim C. Hale, hereby declare as follows:

1. I am a member of the law firm of Russo & Hale LLP, counsel for defendants Romi Mayder, Silicon Test Systems, Inc., Silicon Test Solutions LLC, and Wesley Mayder in this action. I am a member in good standing for over 20 years of the State Bar of California, licensed to practice in the Northern District of California. I make the statements herein of my personal knowledge, and if called upon to testify in this Court, my testimony would be as stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of what I am informed and believe was the first document request propounded by the Defendants in this action and which I am informed and believe was served upon Verigy by Defendants' prior counsel.

3. Attached hereto as Exhibit 2 is a true and correct copy of what I am informed and believe is Plaintiff Verigy US, Inc.'s ("Verigy") response to Defendants' first document request.

4. Attached hereto as Exhibit 3 is a true and correct copy of what I am informed and believe is a privilege log that Verigy produced along with its response to the first request for documents from Defendants.

5. Attached hereto as Exhibit 4 is a true and correct copy of selected pages of what I am informed and believe is the deposition transcript from a deposition taken in this action from Robert Pochowski on October 2, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter I received from Verigy counsel, Mr. Stebbins, written in response to my earlier letter to him in which I identified the issues we had with the withheld documents, a true and correct copy of which is attached hereto as Exhibit 6. In that letter, Mr. Stebbins made clear that Verigy's basis for claiming a common interest with Mr. Pochowski was that both Verigy and Pochowski either were involved or feared involvement in legal action with a common adversary, Romi Mayder. That is not a proper basis for claiming common interest, and as noted in Defendants' papers, the interest between Verigy and Pochowski is much more likely to be at odds, not common.

7. Attached hereto as Exhibit 7 is a true and correct copy of selected pages of what I am informed and believe is the deposition transcript from a deposition taken in this action of Robert Pochowski on November 19, 2007.

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Hale Decl. Supp. Mot. Compel Documents**   1   Case No. 5:07-cv-04330-RMW (HRL)

1  8. After I sent my initial letter to Verigy's counsel (Ex. 6) and received the letter back from Mr. Stebbins, I awaited the return of Mr. Pochowski's attorney, Heather Flick, who Mr. Stebbins said was out until July 24, 2008.  On July 31, 2008, having heard nothing from Mr. Stebbins or Ms. Flick, I again wrote Mr. Stebbins asking about the meet and confer.  Mr. Stebbins responded suggesting a date the following week, August 5, 2008, for the meet and confer.  On August 5, 2008, Ms. Flick,  Paul Ehrlich, Esq., Mr. Stebbins and Ms. Morton and I met and conferred telephonically, but were unable to resolve the issues presented in this discovery motion.

9. Attached hereto as Exhibit 8 is a true and correct copy of an amended privilege log served by Verigy after the parties' meet and confer session.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  Executed on August 26, 2008 in Palo Alto, California.

                                                  /s/   Tim C. Hale_____
                                                  Tim C. Hale

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Hale Decl. Supp. Mot. Compel Documents**   2   Case No. 5:07-cv-04330-RMW (HRL)