**MANUAL FILING NOTIFICATION**

Regarding: **EXHIBIT 1 TO THE AUGUST 26, 2008 DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS FROM PLAINTIFF VERIGY IN RESPONSE TO SECOND AND THIRD DOCUMENT REQUESTS**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):_____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[x] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____

# EXHIBIT 1

Case 5:07-cv-04330-RMW    Document 295-3    Filed 08/26/2008    Page 2 of 3

Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Under Stipulated Protective Order