# EXHIBIT 3

DATE REC'D/ORIG 9/19/07 @ 7:05 p.m.
FILE # STES001
CALN'D BY mm   APPRV'D BY KMP
DATE _____
DATE _____
DATE _____
COPY TO CLIENT DSM, KGS, LCMP, OHP

Bergeson, LLP

## Verigy v. Romi Mayder, et al
### C07-04330 RMW (HRL)
### September 19, 2007
### PRIVILEGE LOG OF VERIGY

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PRIV0001-PRIV0002 | 07/20/07 | Email | Ken Siegel | Heather Flick | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 2. | PRIV0003-PRIV0005 | 07/20/07 | Email | Ken Siegel | Heather Flick | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 3. | PRIV0006-PRIV0009 | 08/06/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 4. | PRIV0010-PRIV0011 | 08/10/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 5. | PRIV0012-PRIV0018 | 08/10/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 6. | PRIV0019-PRIV0025 | 08/11/07 | Email | Heather Flick | Mindy Morton | Heather Flick | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 7. | PRIV0026-PRIV0033 | 08/11/07 | Email and attachment | Robert Pochowski | Mindy Morton | John Fowler, Heather Flick, Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 8. | PRIV0034 | 08/11/07 | Email | Robert Pochowski | Mindy Morton | Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 9. | PRIV0035 | 08/13/07 | Email | Robert Pochowski | Mindy Morton, Robert Pochowski | | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 10. | PRIV0036-PRIV0041 | 08/14/07 | Email and attachment | Heather Flick | Mindy Morton | Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |

1

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 11. | PRIV0042-PRIV0043 | 08/14/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 12. | PRIV0044 | 08/14/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 13. | PRIV0045-PRIV0048 | 08/14/07 | Email | Robert Pochowski | Mindy Morton, Heather Flick | Joseph Ehrlich, John Fowler, Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 14. | PRIV0049 | 08/14/07 | Email | Robert Pochowski | Mindy Morton | Joseph Ehrlich, John Fowler, Heather Flick, Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 15. | PRIV0050-PRIV0059 | 08/14/07 | Email and attachment | Robert Pochowski | Mindy Morton, Heather Flick | Joseph Ehrlich, John Fowler | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 16. | PRIV0060-PRIV0061 | 08/30/07 | Email | Heather Flick | Mindy Morton | John Fowler, Joseph Ehrlich | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 17. | PRIV0062-PRIV0064 | 08/30/07 | Email | Heather Flick | Mindy Morton | John Fowler, Joseph Ehrlich | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 18. | PRIV0065-PRIV0066 | 08/31/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 19. | PRIV0067-PRIV0075 | 09/11/07 | Email and attachment | Joseph Ehrlich | Mindy Morton | Robert Pochowski, Heather Flick | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 20. | PRIV0076-PRIV0079 | 09/13/07 | Email and attachment | John Fowler | Joseph Ehrlich | Mindy Morton Shauna Walker | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 21. | PRIV0080-PRIV0089 | 09/14/07 | Email and attachment | Joseph Ehrlich | Mindy Morton, John Fowler Heather Flick | | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 22. | PRIV0090 | 07/20/07 | Email | Ken Siegel | Robert Pochowski | Gayn Erickson | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |

2

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 23. | PRIV0091-PRIV0093 | 07/20/07 | Email | Heather Flick | Ken Siegel | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 24. | PRIV0094 | 07/24/07 | Email | Ken Siegel | Heather Flick | Mindy Morton | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 25. | PRIV0095 | 07/26/07 | Email | Heather Flick | Ken Siegel | Mindy Morton, Robert Pochowski | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 26. | PRIV0096-PRIV0101 | 08/09/07 | Email and attachment | Heather Flick | Mindy Morton | | Discussions regarding Common Interest. | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 27. | PRIV0102 | 08/16/07 | Fax | Robert Pochowski | Mindy Mortion | | Discussions regarding Common Interest | Correspondence with counsel. | COMMON INTEREST PRIVILEGE |
| 28. | Communications between Verigy and Bergeson | 06/29/07 to present | Email, mail, fax | Verigy employees | Bergeson | | Discussions regarding Legal Advice | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE ATTORNEY WORK PRODUCT |
| 29. | Communications between Bergeson and Verigy | 06/29/07 to present | Email, mail, fax | Bergeson | Verigy employees | | Discussions regarding Legal Advice | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE ATTORNEY WORK PRODUCT |

3