# EXHIBIT 8

Bergeson, LLP

**Verigy v. Romi Mayder, et al**
**C07-04330 RMW (HRL)**
**September 28, 2007**
**SECOND AMENDED PRIVILEGE LOG OF VERIGY**

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PRIV0001-PRIV0002 | 07/20/07 | Email | Ken Siegel | Heather Flick | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 2. | PRIV0003-PRIV0005 | 07/20/07 | Email | Ken Siegel | Heather Flick | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 3. | PRIV0006-PRIV0009 | 08/06/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 4. | PRIV0010-PRIV0011 | 08/10/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 5. | PRIV0012-PRIV0018 | 08/10/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 6. | PRIV0019-PRIV0025 | 08/11/07 | Email | Heather Flick | Mindy Morton | Heather Flick | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 7. | PRIV0026-PRIV0033 | 08/11/07 | Email and attachment | Robert Pochowski | Mindy Morton | John Fowler, Heather Flick, Robert Pochowski | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE |

1

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 8. | PRIV0034 | 08/11/07 | Email | Robert Pochowski | Mindy Morton | Robert Pochowski | Discussions regarding discovery requests. | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 9. | PRIV0035 | 08/13/07 | Email | Robert Pochowski | Mindy Morton, Robert Pochowski | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 10. | PRIV0036-PRIV0041 | 08/14/07 | Email and attachment | Heather Flick | Mindy Morton | Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 11. | PRIV0042-PRIV0043 | 08/14/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 12. | PRIV0044 | 08/14/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 13. | PRIV0045-PRIV0048 | 08/14/07 | Email | Robert Pochowski | Mindy Morton, Heather Flick | Joseph Ehrlich, John Fowler, Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 14. | PRIV0049 | 08/14/07 | Email | Robert Pochowski | Mindy Morton | Joseph Ehrlich, John Fowler, Heather Flick, Robert Pochowski | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 15. | PRIV0050-PRIV0059 | 08/14/07 | Email and attachment | Robert Pochowski | Mindy Morton, Heather Flick | Joseph Ehrlich, John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 16. | PRIV0060-PRIV0061 | 08/30/07 | Email | Heather Flick | Mindy Morton | John Fowler, Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 17. | PRIV0062-PRIV0064 | 08/30/07 | Email | Heather Flick | Mindy Morton | John Fowler, Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 18. | PRIV0065-PRIV0066 | 08/31/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 19. | PRIV0067-PRIV0075 | 09/11/07 | Email and attachment | Joseph Ehrlich | Mindy Morton | Robert Pochowski, Heather Flick | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 20. | PRIV0076-PRIV0079 | 09/13/07 | Email and attachment | John Fowler | Joseph Ehrlich | Mindy Morton Shauna Walker | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 21. | PRIV0080-PRIV0089 | 09/14/07 | Email and attachment | Joseph Ehrlich | Mindy Morton, John Fowler, Heather Flick | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 22. | PRIV0090 | 07/20/07 | Email | Ken Siegel | Robert Pochowski | Gayn Erickson | Discussions regarding Verigy documents. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 23. | PRIV0091-PRIV0093 | 07/20/07 | Email | Heather Flick | Ken Siegel | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 24. | PRIV0094 | 07/24/07 | Email | Ken Siegel | Heather Flick | Mindy Morton | Discussions regarding information needed. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 25. | PRIV0095 | 07/26/07 | Email | Heather Flick | Ken Siegel | Mindy Morton, Robert Pochowski | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 26. | PRIV0096-PRIV0101 | 08/09/07 | Email and attachment | Heather Flick | Mindy Morton | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 27. | PRIV0102 | 08/16/07 | Fax | Robert Pochowski | Mindy Morton | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 28. | Communications between Verigy and Bergeson | 06/29/07 to present | Email, mail, fax | Verigy employees | Bergeson | | Discussions regarding Legal Advice | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE ATTORNEY WORK PRODUCT |
| 29. | Communications between Bergeson | 06/29/07 to present | Email, mail, fax | Bergeson | Verigy employees | | Discussions regarding Legal Advice | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE |

4

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| | and Verigy | | | | | | | | ATTORNEY WORK PRODUCT |
| 30. | PRIV0103-PRIV0105 | 09/21/07 | Agreement | Verigy | Robert Pochowski | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 31. | PRIV0106 | 09/26/07 | Letter | Lara Brostko | Robert Pochowski | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 32. | PRIV0107 | 08/29/07 | Email | Mindy Morton | Heather Flick | John Fowler | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 33. | PRIV0108-PRIV0124 | 08/30/07 | Email and attachment | Mindy Morton | Heather Flick | John Fowler, Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 34. | PRIV0125-PRIV0127 | 08/30/07 | Email | Mindy Morton | Heather Flick | | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 35. | PRIV0128-PRIV0129 | 08/31/07 | Email | Mindy Morton | Heather Flick | | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 36. | PRIV0130-PRIV0131 | 08/30/07 | Email | Mindy Morton | Heather Flick | John Fowler, Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 37. | PRIV0132-PRIV0148 | 09/05/07 | Email and attachment | Mindy Morton | Heather Flick | Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT |

5

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 38. | PRIV0149-PRIV0150 | 09/11/07 | Email | Mindy Morton | Joseph Ehrlich | | Discussions regarding discovery requests. | Correspondence with counsel. | PRIVILEGE WORK PRODUCT DOCTRINE COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 39. | PRIV0151-PRIV0152 | 09/12/07 | Email | Mindy Morton | Joseph Ehrlich | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 40. | PRIV0153-PRIV0167 | 09/12/07 | Email | Mindy Morton | Joseph Ehrlich | John Fowler, Shauna Walker, Mindy Morton | Discussions regarding protective order. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 41. | PRIV0168 | 09/12/07 | Email | John Fowler | Gail Simmons, Joseph Ehrlich, | Shauna Walker, Mindy Morton | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 42. | PRIV0169 | 09/13/07 | Email | John Fowler | Joseph Ehrlich | Mindy Morton, Lara Brostko, Shauna Walker | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 43. | PRIV0170-PRIV0173 | 09/14/07 | Email and attachment | Shauna Walker | Joseph Ehrlich | John Fowler, Mindy Morton | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 44. | PRIV0174-PRIV0176 | 09/19/07 | Email | John Fowler | Joseph Ehrlich | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 45. | PRIV0177-PRIV0187 | 09/19/07 | Email and attachment | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 46. | PRIV0188-PRIV0198 | 09/19/07 | Email and attachment | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 47. | PRIV0199 | 09/19/07 | Email | Mindy Morton | Heather Flick | Kris Haworth | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 48. | PRIV0200 | 09/19/07 | Email | Mindy Morton | Heather Flick | Kris Haworth | Discussions regarding expert. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 49. | PRIV0201 | 09/19/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 50. | PRIV0202 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 51. | PRIV0203-PRIV0204 | 09/19/07 | Email | Mindy Morton | Heather Flick | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

| DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 52. | PRIV0205 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 53. | PRIV0206 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 54. | PRIV0207-PRIV0208 | 09/19/07 | Email | Mindy Morton | Heather Flick | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 55. | PRIV0209 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 56. | PRIV0210-PRIV0211 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 57. | PRIV0212-PRIV0213 | 09/19/07 | Email | Mindy Morton | Heather Flick | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 58. | PRIV0214-PRIV0216 | 09/19/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 59. | PRIV0217 | 09/19/07 | Email | Mindy Morton | Heather Flick | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 60. | PRIV0218-PRIV0220 | 09/20/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Heather Flick | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 61. | PRIV0221 | 09/20/07 | Email | Heather Flick | Robert Pochowski, Joseph Ehrlich | Mindy Morton, John Fowler | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 62. | PRIV0222 | 09/20/07 | Email | Heather Flick | Robert Pochowski, Joseph Ehrlich | Mindy Morton, John Fowler | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 63. | PRIV0223 | 09/20/07 | Email | Heather Flick | Joseph Ehrlich | Mindy Morton, John Fowler, Michael Stebbins | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 64. | PRIV0224 | 09/20/07 | Email | Heather Flick | Mindy Morton, John Fowler, Michael Stebbins | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

9

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 65. | PRIV0025-PRIV0234 | 09/20/07 | Email and attachment | Michael Stebbins | Heather Flick, Joseph Ehrlich | Mindy Morton, John Fowler | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 66. | PRIV0235-PRIV0246 | 09/21/07 | Email and attachment | Mindy Morton | Heather Flick, Joe Ehrlich | John Fowler | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 67. | PRIV0247 | 09/23/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Heather Flick | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 68. | PRIV0248-PRIV0249 | 09/23/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Heather Flick | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

10

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 69. | PRIV0250-PRIV0251 | 09/24/07 | Email | Joseph Ehrlich | Mindy Morton, Heather Flick | | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 70. | PRIV0252 | 09/24/07 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | | Discussions regarding privilege log. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 71. | PRIV0253-PRIV0254 | 09/24/07 | Email | Joseph Ehrlich | Mindy Morton | Heather Flick | Discussions regarding privilege log. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 72. | PRIV0255 | 09/25/07 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | John Fowler | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 73. | PRIV0256-PRIV0257 | 09/25/07 | Email | John Fowler | Mindy Morton, Heather Flick, Joseph Ehrlich | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 74. | PRIV0258 | 09/26/07 | Email | John Fowler, Mindy Morton | Robert Pochowski, Heather Flick | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 75. | PRIV0259 | 09/26/07 | Email | Mindy Morton | Joseph Ehrlich | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

11

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 76. | PRIV0260 | 09/26/07 | Email | Joseph Ehrlich | Mindy Morton, John Fowler | Robert Pochowski, Heather Flick | Discussions regarding discovery requests. | Correspondence with counsel. | WORK PRODUCT DOCTRINE COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 77. | PRIV0261-PRIV0262 | 09/26/07 | Email | Robert Pochowski | Joseph Ehrlich, Robert Pochowski | John Fowler, Heather Flick, Mindy Morton | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 78. | PRIV0263-PRIV0264 | 09/26/07 | Email | Joseph Ehrlich | Robert Pochowski | John Fowler, Heather Flick, Mindy Morton | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 79. | PRIV0266-PRIV0267 | 10/15/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 80. | PRIV0268-PRIV0269 | 10/16/07 | Email | Heather Flick | Mindy Morton, Robert Pochowski | John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 81. | PRIV0270-PRIV0271 | 10/18/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

12

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 82. | PRIV0272 | 10/19/07 | Email | Robert Pochowski | Mindy Morton, Heather Flick, Joseph Ehrlich | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 83. | PRIV0273-PRIV0274 | 10/19/07 | Email | Robert Pochowski | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 84. | PRIV0275-PRIV0276 | 10/23/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 85. | PRIV0278-PRIV0279 | 10/26/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 86. | PRIV0280-PRIV0281 | 10/31/07 | Email and attachment | Heather Flick | Mindy Morton, John Fowler | Joseph Ehrlich, Robert Pochowski, Richelle Gullion | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 87. | PRIV0282-PRIV0283 | 11/06/07 | Email | Heather Flick | Mindy Morton, Joseph Ehrlich, Robert Pochowski | John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 88. | PRIV0284-PRIV0285 | 11/06/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 89. | PRIV0286-PRIV0288 | 11/07/07 | Email | Joseph Ehrlich | Mindy Morton, Heather Flick, Robert Pochowski | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 90. | PRIV0290-PRIV0292 | 11/07/07 | Email | Heather Flick | Mindy Morton, Robert Pochowski | Joseph Ehrlich, John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 91. | PRIV0293-PRIV0294 | 11/12/07 | Email | Heather Flick | Mindy Morton, Robert Pochowski, Joseph Ehrlich | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 92. | PRIV0295-PRIV0296 | 11/13/07 | Email and attachments | Heather Flick | Mindy Morton | Joseph Ehrlich, John Fowler, Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 93. | PRIV0299-PRIV0300 | 11/13/07 | Email | Robert Pochowski | Mindy Morton, Heather Flick, Joseph Ehrlich | Robert Pochowski | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-WORK PRIVILEGE |
| 94. | PRIV0301-PRIV0302 | 11/15/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Robert Pochowski | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

14

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 95. | PRIV0303-PRIV0304 | 11/15/07 | Email and attachments | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 96. | PRIV0305-PRIV0307 | 11/15/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 97. | PRIV0308-PRIV0309 | 11/15/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 98. | PRIV0310 | 11/15/07 | Email | Robert Pochowski | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 99. | PRIV0311-PRIV0313 | 11/15/07 | Email and attachment | Robert Pochowski | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 100. | PRIV0314-PRIV0315 | 12/17/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding case update. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 101. | PRIV0325 | 05/14/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding patent applications. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

15

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 102. | PRIV0326-PRIV0327 | 05/14/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding patent applications. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 103. | PRIV0328-PRIV0329 | 05/14/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding case update. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 104. | PRIV0330 | 05/17/08 | Email | Robert Pochowski | Mindy Morton | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 105. | PRIV0331 | 05/19/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 106. | PRIV0332 | 05/19/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 107. | PRIV0333 | 05/19/08 | Email and attachment | Mindy Morton | Robert Pochowski | | Discussion regarding patent. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 108. | PRIV0334-PRIV0335 | 05/21/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding patent applications. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 109. | PRIV0336-PRIV0338 | 05/21/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

16

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 110. | PRIV0339 | 05/22/08 | Email | Robert Pochowski | Mindy Morton | Robert Pochowski | Discussion regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 111. | PRIV0340 | 05/22/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 112. | PRIV0341 | 06/06/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 113. | PRIV0342 | 06/06/08 | Email | Robert Pochowski | Mindy Morton | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 114. | PRIV0343-PRIV0344 | 06/06/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 115. | PRIV0345 | 06/09/08 | Email | Robert Pochowski | Mindy Morton | | Discussion regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 116. | PRIV0346 | 06/18/08 | Email and attachment | Mindy Morton | Heather Flick, Robert Pochowski | Michael Stebbins, Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

17

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 117. | PRIV0347-PRIV0348 | 06/19/08 | Email | Joseph Ehrlich | Mindy Morton | Heather Flick, Robert Pochowski | Discussions regarding declaration | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 118. | PRIV0349-PRIV0351 | 06/19/08 | Email | Mindy Morton | Joseph Ehrlich | Michael Stebbins, Heather Flick, Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 119. | PRIV0352-PRIV0354 | 06/23/08 | Email | Robert Pochowski | Joseph Ehrlich | Mindy Morton, Heather Flick, Robert Pochowski | Discussion regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 120. | PRIV0355-PRIV0357 | 06/23/08 | Email | Joseph Ehrlich | Mindy Morton | Heather Flick, Robert Pochowski | Discussions regarding declaration | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 121. | PRIV0358 | 07/10/08 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 122. | PRIV0359 | 07/10/08 | Email | Heather Flick | Joseph Ehrlich, Mindy Morton | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

18

| DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 123. | PRIV0360-PRIV0361 | 07/10/08 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 124. | PRIV0362-PRIV0363 | 07/10/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 125. | PRIV0364-PRIV0366 | 07/10/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 126. | PRIV0367 | 07/15/08 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 127. | PRIV0368 | 07/15/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 128. | PRIV0369 | 07/16/08 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 129. | PRIV0370 | 07/16/08 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 130. | PRIV0371-PRIV0372 | 07/16/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 131. | PRIV0373-PRIV0374 | 07/16/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 132. | PRIV0375-PRIV0377 | 07/16/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 133. | PRIV0378 | 07/17/08 | Email | Susan Romero | Robert Pochowski, Mindy Morton | Heather Flick | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 134. | PRIV0379 | 07/17/08 | Email | Mindy Morton | Robert Pochowski | Heather Flick | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 135. | PRIV0380 | 07/17/08 | Email | Mindy Morton | Robert Pochowski, Susan Romero | Heather Flick | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE |

20

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 136. | PRIV0381 | 07/25/08 | Email | Michael Stebbins | Heather Flick | Mindy Morton, Gail Simmons, John Fowler. | Discussions regarding common interest doctrine. | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 137. | PRIV0382-PRIV0383 | 07/25/08 | Email | Heather Flick | Michael Stebbins | Mindy Morton, Gail Simmons, John Fowler, Joseph Ehrlich | Discussions regarding common interest doctrine. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 138. | PRIV0384-PRIV0385 | 07/25/08 | Email | Joseph Ehrlich | Michael Stebbins, Heather Flick | Mindy Morton, Gail Simmons, John Fowler | Discussions regarding common interest doctrine. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 139. | PRIV0386-PRIV0389 | 07/25/08 | Email | Michael Stebbins | Heather Flick, Joseph Ehrlich | Mindy Morton, Gail Simmons, John Fowler. | Discussions regarding common interest doctrine. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 140. | PRIV0390-PRIV0391 | 07/28/08 | Email and attachments | Joseph Ehrlich | John Fowler, Mindy Morton | Heather Flick, Robert Pochowski | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

21