JACK RUSSO (State Bar No. 96068)
TIM C. HALE (State Bar No. 114905)
JOHN KELLEY (State Bar No. 100714)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
  thale@computerlaw.com
  jkelley@computerlaw.com

Attorneys for Defendants and Counterclaimants
ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
SILICON TEST SOLUTIONS LLC, and WESLEY
MAYDER

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>   Defendants. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUASH SUBPOENA DUCES TECUM**<br><br>**Date: October 7, 2008**<br>**Time: 10:00 a.m.**<br>**Ctrm: 2**<br>**Before the Hon. Howard R. Lloyd**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |
| AND RELATED COUNTERCLAIMS. | |

The Motion to Quash Subpoena Duces Tecum filed by Defendants ROMI MAYDER et. al. (the "Motion") came on regularly for hearing at the above-referenced date and time. All parties were represented by counsel. Good cause appearing therefore, and satisfactory proof having been made, it is hereby ORDERED:

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Motion to Quash is GRANTED. The subpoena duces tecum issued by Plaintiff

Verigy US, Inc. on or about August 5, 2008 to Mount & Stoelker is hereby quashed

IT IS SO ORDERED:

Dated: October ___, 2008                    _____

United States Magistrate Judge