1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13 | VERIGY US, INC., a Delaware Corporation, | Case No. C07 04330 RMW (HRL)
14 |                  Plaintiff,              | **STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON MOTION FOR PERMISSION FOR VERIGY'S EXPERTS TO ACCESS "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" DOCUMENTS**
15 |       vs.                                |
16 | ROMI OMAR MAYDER, an individual;         |
   | WESLEY MAYDER, an individual; SILICON    |
17 | TEST SYSTEMS, INC., a California Corporation; |
   | and SILICON TEST SOLUTIONS, LLC, a       |
18 | California Limited Liability Corporation, | Date: September 5, 2008
   | inclusive,                               | Time: 9 a.m.
19 |                                          | Crtrm: 6, 4th Floor
   |                  Defendants.             | Judge: Hon. Ronald M. Whyte
20
21                                             Complaint Filed: August 22, 2007
                                               Trial Date:      None Set
22

The parties, by and through their respective counsel, hereby agree and stipulate, and jointly request that the Court enter this stipulation as an Order of the Court, as follows:

WHEREAS, Plaintiff, Verigy US, INC. ("Verigy") has filed or will shortly be filing its motion for permission for its experts, Gary Gillette and Bernie West, to access "Highly Confidential-Attorney's Eyes Only" documents under the Stipulated Protective Order;

WHEREAS Verigy seeks to allow its experts access to such information in connection with preparing their expert reports in this matter,

WHEREAS, the deadline for expert reports is September 15, 2008;

WHEREAS Verigy's motion cannot be heard as a regularly noticed motion prior to September 15; and

WHEREAS, the parties have other motions scheduled to be heard by the Court on September 5, 2008, before Judge Whyte and seek to have this motion heard on the same day before the same Judge.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that, subject to approval by this Court, the time for hearing Verigy's pending Motion is shortened as follows:

(1) Verigy's motion for permission for its experts to access "Highly Confidential – Attorney's Eyes Only" information may be heard on shortened time on September 5, 2008 at 9 a.m. Courtroom 6 of the above-named Court or as soon thereafter as may be convenient for the Court;

(2) Defendants shall file and serve any opposition papers, on or before Wednesday, September 3, 2008; and

(3) Verigy waives reply papers on its motion.

SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: August 28, 2008                BERGESON, LLP

                                      By: _____/s/_____
                                            Melinda M. Morton

                                      Attorneys for Plaintiff
                                      VERIGY US, INC.

- 1 -
STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON MOTION FOR PERMISSION FOR VERIGY'S EXPERTS TO ACCESS "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" DOCUMENTS
Case No. c07-04330 RMW (HRL)

Dated: August 28, 2008

RUSSO & HALE, LLP

By: _____/s/_____
         Tim Hale

Attorneys for Defendants
ROMI O. MAYDER, WESLEY MAYDER
SILICON TEST SYSTEMS, INC., SILICON
TEST SOLUTIONS, LLC

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

- 2 -