1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
4  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
7  Facsimile:  (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

| | |
|---|---|
| 14  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 15                      Plaintiff, | **[Proposed] ORDER GRANTING PERMISSION FOR VERIGY'S EXPERTS TO ACCESS DOCUMENTS PURSUANT TO STIPULATED PROTECTIVE ORDER** |
| 16       vs. | |
| 17  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | |
| 20                      Defendants. | |
| 22  AND RELATED CROSS-ACTIONS | |

1   This matter having come before the Court on the Motion of plaintiff Verigy US, Inc.'s
2   request for permission to have its experts access documents designated "Highly Confidential-
3   Attorney's Eyes Only" pursuant to the Stipulated Protective Order, and the Court having reviewed
4   the motion and the respective briefs, and heard the arguments of respective counsel, and good
5   cause appearing, accordingly,

6   **IT IS HEREBY ORDERED** that

7   Verigy's motion is **GRANTED**. Verigy's experts, Garry Gillette and Burnell West, shall
8   have to access documents designated "Highly Confidential-Attorney's Eyes Only" pursuant to the
9   Stipulated Protective Order.

10  Further, in view of the delay in Verigy being permitted to allow its experts access to such
11  information, owing to the necessity of Verigy bringing its motion, each of Messrs. Gillette and
12  West are hereby **GRANTED** a one-week extension on the deadline for each to serve his expert
13  report in this action from September 15 through and including September 22, 2008.

15  **IT IS SO ORDERED**.

17  Dated: September __, 2008                    _____
                                                  Hon. Howard R. Lloyd
18                                                UNITED STATES DISTRICT JUDGE

- 1 -
[Proposed] ORDER GRANTING PERMISSION FOR VERIGY'S EXPERTS TO ACCESS
DOCUMENTS PURSUANT TO STIPULATED PROTECTIVE ORDER     Case No. C07-04330 RMW (HRL)