DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON MOTION FOR PERMISSION FOR VERIGY'S EXPERTS TO ACCESS "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" DOCUMENTS**<br><br>Date: September 9, 2008<br>Time: 10:00 a.m.<br>Crtrm: 2, 5th Floor<br>Judge: Hon. Howard R. Lloyd<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |

1    The parties, by and through their respective counsel, hereby agree and stipulate, and jointly request that the Court enter this stipulation as an Order of the Court, as follows:

WHEREAS, Plaintiff, Verigy US, INC. ("Verigy") has filed or will shortly be filing its motion for permission for its experts, Garry Gillette and Burnell West, to access "Highly Confidential-Attorney's Eyes Only" documents under the Stipulated Protective Order;

WHEREAS Verigy seeks to allow its experts access to such information in connection with preparing their expert reports in this matter,

WHEREAS, the deadline for expert reports is September 15, 2008; and

WHEREAS Verigy's motion cannot be heard as a regularly noticed motion prior to September 15;

IT IS HEREBY STIPULATED AND AGREED by and between all parties that, subject to approval by this Court, the time for hearing Verigy's pending Motion is shortened as follows:

(1) Verigy's motion for permission for its experts to access "Highly Confidential – Attorney's Eyes Only" information may be heard on shortened time on September 9, 2008 at 10:00 a.m. Courtroom 6 of the above-named Court or as soon thereafter as may be convenient for the Court;

(2) Defendants shall file and serve any opposition papers, on or before Wednesday, September 3, 2008; and

(3) Verigy waives reply papers on its motion.

SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: August 29, 2008                BERGESON, LLP

                                      By: _____/s/_____
                                                 Melinda M. Morton

                                      Attorneys for Plaintiff
                                      VERIGY US, INC.

- 1 -
STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON MOTION FOR PERMISSION FOR VERIGY'S EXPERTS TO ACCESS "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" DOCUMENTS
Case No. C07-04330 RMW (HRL)

Dated: August 29, 2008

RUSSO & HALE, LLP

By: ____/s/_____
        Tim Hale

Attorneys for Defendants
ROMI O. MAYDER, WESLEY MAYDER
SILICON TEST SYSTEMS, INC., SILICON
TEST SOLUTIONS, LLC

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. Howard R. Lloyd
UNITED STATES DISTRICT JUDGE