1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326       *ORDER E-FILED 8/29/2008*
   mstebbins@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13 | VERIGY US, INC., a Delaware Corporation, | Case No. C07 04330 RMW (HRL)

14 |         Plaintiff,                      | STIPULATION AND [PROPOSED]
                                              | ORDER TO SHORTEN TIME ON
15 | vs.                                     | MOTION FOR PERMISSION FOR
                                              | VERIGY'S EXPERTS TO ACCESS
16 | ROMI OMAR MAYDER, an individual;        | "HIGHLY CONFIDENTIAL –
   | WESLEY MAYDER, an individual; SILICON   | ATTORNEY'S EYES ONLY"
17 | TEST SYSTEMS, INC., a California Corporation; | DOCUMENTS
   | and SILICON TEST SOLUTIONS, LLC, a
18 | California Limited Liability Corporation, | Date: September 9, 2008
   | inclusive,                              | Time: 10:00 a.m.
19 |                                          | Crtrm: 2, 5th Floor
   |         Defendants.                     | Judge: Hon. Howard R. Lloyd
20

21                                             Complaint Filed:  August 22, 2007
                                               Trial Date:       None Set
22

23

24

25

26

27

28

1    The parties, by and through their respective counsel, hereby agree and stipulate, and jointly
2 request that the Court enter this stipulation as an Order of the Court, as follows:
3    WHEREAS, Plaintiff, Verigy US, INC. ("Verigy") has filed or will shortly be filing its
4 motion for permission for its experts, Garry Gillette and Burnell West, to access "Highly
5 Confidential-Attorney's Eyes Only" documents under the Stipulated Protective Order;
6    WHEREAS Verigy seeks to allow its experts access to such information in connection with
7 preparing their expert reports in this matter,
8    WHEREAS, the deadline for expert reports is September 15, 2008; and
9    WHEREAS Verigy's motion cannot be heard as a regularly noticed motion prior to
10 September 15;
11    IT IS HEREBY STIPULATED AND AGREED by and between all parties that, subject to
12 approval by this Court, the time for hearing Verigy's pending Motion is shortened as follows:
13    (1)    Verigy's motion for permission for its experts to access "Highly Confidential –
14         Attorney's Eyes Only" information may be heard on shortened time on September 9,
15         2008 at 10:00 a.m. Courtroom 6 of the above-named Court or as soon thereafter as
16         may be convenient for the Court;
17    (2)    Defendants shall file and serve any opposition papers, on or before Wednesday,
18         September 3, 2008; and
19    (3)    Verigy waives reply papers on its motion.
20 SO STIPULATED THROUGH COUNSEL OF RECORD.

21 Dated: August 29, 2008                    BERGESON, LLP

22                                           By: _____/s/_____
                                                 Melinda M. Morton
23
                                             Attorneys for Plaintiff
24                                           VERIGY US, INC.

- 1 -
STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON MOTION FOR PERMISSION FOR
VERIGY'S EXPERTS TO ACCESS "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" DOCUMENTS
Case No. C07-04330 RMW (HRL)

Dated: August 29, 2008

RUSSO & HALE, LLP

By: ___/s/_____
    Tim Hale

Attorneys for Defendants
ROMI O. MAYDER, WESLEY MAYDER
SILICON TEST SYSTEMS, INC., SILICON
TEST SOLUTIONS, LLC

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: _____August 29___, 2008

_____
Hon. Howard R. Lloyd
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE