

1  DANIEL J. BERGESON, Bar No. 105439                    **PUBLIC VERSION**
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  VERIGY US, INC, a Delaware Corporation      Case No.  C07 04330 RMW (HRL)

13                        Plaintiff,            **DECLARATION OF MELINDA M.
                                                MORTON IN SUPPORT OF VERIGY'S
14         vs.                                  MOTION FOR SUMMARY
                                                ADJUDICATION OF ITS 3RD AND 8TH
15  ROMI OMAR MAYDER, an individual;            CLAIMS FOR RELIEF**
    WESLEY MAYDER, an individual; SILICON
16  TEST SYSTEMS, INC., a California Corporation;
    and SILICON TEST SOLUTIONS, LLC, a          Date:    October 3, 2008
17  California Limited Liability Corporation,    Time:    9:00 am
    inclusive,                                   Ctrm.:   6
18                                               Judge:   Hon. Ronald M. Whyte
                          Defendants.
19
                                                Complaint Filed:    August 22, 2007
20                                              Trial Date:         None Set

21  _____

22  AND RELATED CROSS ACTIONS

23

24            **DOCUMENT SUBMITTED UNDER SEAL**

25         **HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

26          **PURSUANT TO STIPULATED PROTECTIVE ORDER**

27

28

DECLARATION OF MELINDA M. MORTON            CASE NO. C07 04330 RMW (HRL)

1    I, Melinda M. Morton, declare as follows:

2    1.    I am an attorney licensed to practice law before all of the courts of the State of

3    California.  I am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff

4    Verigy US, Inc. ("Verigy" or "Plaintiff") in the above-captioned action.  I have personal

5    knowledge of the facts set forth in this declaration, and, if called to do so, I could and would

6    competently testify thereto.

7    2.    I submit this declaration in support of Verigy's Motion for Summary Adjudication

8    of its 3rd and 8th Claims for Relief.

9    3.    Attached hereto as Exhibit A is a true and correct copy of excerpts from the

10    deposition transcript of Romi Mayder, Volume 2, dated October 11, 2007.

11    4.    Attached hereto as Exhibit B is a true and correct copy of Exhibit 29 from the

12    deposition of Romi Mayder, Volume 2, dated October 11, 2007.

13    5.    Attached hereto as Exhibit C is a true and correct copy of Exhibit 30 from the

14    deposition of Romi Mayder, Volume 2, dated October 11, 2007.

15    6.    Attached hereto as Exhibit D is a true and correct copy of Exhibit 33 from the

16    deposition of Romi Mayder, Volume 2, dated October 11, 2007.

17    7.    Attached hereto as Exhibit E is a true and correct copy of Exhibit 31 from the

18    deposition of Romi Mayder, Volume 2, dated October 11, 2007.

19    I declare under penalty of perjury under the laws of the United States of America that the

20    foregoing is true and correct and that this declaration was executed this 29th day of August, 2008

21    at San Jose, California.

22

23    _____

                                    /s/

24    Melinda M. Morton

25

26

27

28

1

# EXHIBIT A

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT B

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT C

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT D

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT E

# CONFIDENTIAL

# FILED UNDER SEAL