DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING VERIGY'S MOTION FOR SUMMARY ADJUDICATION OF ITS THIRD AND EIGHTH CLAIMS FOR RELIEF**<br><br>Date:　October 3, 2008<br>Time:　9:00 am<br>Ctrm.:　6<br>Judge:　Hon. Ronald M. Whyte<br><br>Complaint Filed:　August 22, 2007<br>Trial Date:　None Set |

1 | This matter having come before the Court on the Motion of plaintiff Verigy US, Inc. for
2 | summary adjudication of its third and eighth claims for relief;
3 | AND the Court having considered the Notice of Motion and Motion, the declarations of
4 | Melinda M. Morton and Amy Price, the memorandum of points and authorities submitted in
5 | support of the motion, the complete files and records in this action, and the arguments of Counsel;
6 | AND, good cause appearing;
7 | **IT IS HEREBY ORDERED THAT:**
8 | Verigy's Motion for Summary Adjudication of Its 3rd and 8th Claims for Relief is
9 | **GRANTED.**

12 | Dated: _____, 2008         By: _____
13 |                                 The Honorable Ronald M. Whyte
                                     United States District Judge

---

1
[PROPOSED] ORDER GRANTING VERIGY'S MOTION FOR SUMMARY
ADJUDICATION OF ITS 3RD AND 8TH CLAIMS FOR RELIEF        CASE NO. C07 04330 RMW (HRL)