1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm:  6<br><br>Complaint Filed:  August 22, 2007<br>Trial Date:  None Set |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. C07 04330 RMW (HRL)

## PROOF OF SERVICE

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On August 29, 2008, I served the within:

1. VERIGY'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION OF ITS THIRD AND EIGHTH CLAIMS FOR RELIEF; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES;
2. DECLARATION OF MELINDA M. MORTON IN SUPPORT OF VERIGY'S MOTION FOR SUMMARY ADJUDICATION OF ITS THIRD AND EIGHTH CLAIMS FOR RELIEF [CONFIDENTIAL VERSION]; and
3. DECLARATION OF AMY PRICE IN SUPPORT OF VERIGY'S MOTION FOR SUMMARY ADJUDICATION OF ITS THIRD AND EIGHTH CLAIMS FOR RELIEF [CONFIDENTIAL VERSION].

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__   BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed below. FRCP Title II, §5(b)(2)(D).

**ATTORNEYS FOR DEFENDANTS
ROMI O. MAYDER, WESLEY MAYDER,
SILICON TEST SYSTEMS, INC.,
and SILICON TEST SOLUTIONS, LLC**

Jack Russo, Esq.
John Kelley, Esq.
Tim Hale, Esq.
Russo & Hale LLP
401 Florence Street
Palo Alto, CA 94301
jrusso@computerlaw.com
jkelley@computerlaw.com
thale@computerlaw.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 29, 2008, at San Jose, California.

/s/
Melinda Morton