1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
7  Facsimile:  (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

| | |
|---|---|
| 13  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 14                         Plaintiff, | **DECLARATION OF MELINDA M. MORTON IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| 15       vs. | |
| 16  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm:   6 |
| 19                         Defendants. | Complaint Filed:   August 22, 2007<br>Trial Date:            None Set |
| 21  AND RELATED CROSS-ACTIONS | |

1   I, Melinda M. Morton, declare as follows:

2   1.   I am an attorney licensed to practice law before all of the courts of the State of
3   California. I am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff
4   Verigy US, Inc. ("Verigy" or "Plaintiff") in the above-captioned action. I have personal
5   knowledge of the facts set forth in this declaration, and, if called to do so, I could and would
6   competently testify thereto.

7   2.   I submit this declaration in support of Verigy's Administrative Motion for Leave to
8   File Document Under Seal.

9   3.   I have reviewed the following materials ("the Materials"): Portions of the Motion
10  for Summary Adjudication of its 3rd and 8th Claims for Relief; Supporting Memorandum of
11  Points and Authorities; Portions of the Declaration of Melinda M. Morton in Support of Verigy's
12  Motion for Summary Adjudication of its 3rd and 8th Claims for Relief and Exhibits A - D thereto;
13  Exhibit A to the Declaration of Amy Price.

14  4.   I have determined that these Materials (hereafter "the Materials") each disclose
15  information that has been designated as "Highly Confidential—Attorneys' Eyes Only" or
16  "Confidential" by Verigy because they contain confidential, proprietary and trade secret
17  information relating to Verigy's design specifications, technical procurement processes; research
18  regarding customer device requirements; block diagrams; product development and strategic
19  plans, product strategy; forecasted business demand; actual product consumption; business
20  processes and tools; product technology roadmaps; product features and performance; product
21  architecture; product development schedules; qualification processes and results; contract
22  manufacturer agreements and business relationship; inventions; provisional patent applications;
23  and future manufacturing strategies (collectively, the "Trade Secrets").

24  5.   The confidentiality interest of the parties therefore overcomes the right of public
25  access to the record, as a substantial probability exists that the parties' overriding confidentiality
26  interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly
27  tailored and no less restrictive means exist to achieve this overriding interest.

28  I declare under penalty of perjury under the laws of the United States of America that the

1 | foregoing is true and correct and that this declaration was executed this 29th day of August, 2008
2 | at San Jose, California.

>                                                                    /s/
>                                                            Melinda M. Morton

---

2
DECLARATION OF MELINDA M. MORTON ISO MOTION TO FILE UNDER SEAL
CASE NO. C07 04330 RMW (HRL)