1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte Ctrm:   6 |
| Defendants. | Complaint Filed:    August 22, 2007 Trial Date:              None Set |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
CASE NO. C07 04330 RMW (HRL)

Now before the Court is Verigy's Administrative Motion For Leave To File Document Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Melinda M. Morton filed therewith, the Court finds there to be good cause for granting Plaintiff's request to file documents under seal.

GOOD CAUSE having been show, the Court finds that:

(1) The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Portions of the Motion for Summary Adjudication of its 3rd and 8th Claims for Relief; Supporting Memorandum of Points and Authorities; Portions of the Declaration of Melinda M. Morton in Support of Verigy's Motion for Summary Adjudication of its 3rd and 8th Claims for Relief and Exhibits A - D thereto; Exhibit A to the Declaration of Amy Price.

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE