**MANUAL FILING NOTIFICATION**

Regarding: *CORRECTED* **DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISCLOSE HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY MATERIALS TO TWO ADDITIONAL EXPERTS, EXS. 1-3**

```
This filing is in paper or physical form only, and is being maintained
in the case file in the Clerk's office.  If you are a participant in
this case, this filing will be served in hard-copy shortly.  For
information on retrieving this filing directly from the court, please
see the court's main web site at http://www.cand.uscourts.gov under
Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system
allows)

[_] Unable to Scan Documents

[_] Physical Object (description):_____
      _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other
media

[x] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General
Order 53).

[_] Other (description): _____
      _____
```

# EXHIBIT 1

Case 5:07-cv-04330-RMW    Document 307-2    Filed 09/04/2008    Page 2 of 7

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Under Stipulated Protective Order

# EXHIBIT 2

Case 5:07-cv-04330-RMW    Document 307-2    Filed 09/04/2008    Page 4 of 7

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Under Stipulated Protective Order

# EXHIBIT 3

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

## Under Stipulated Protective Order