JACK RUSSO (State Bar No. 96068)
TIM C. HALE (State Bar No. 114905)
JOHN KELLEY (State Bar No. 100714)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
       thale@computerlaw.com
       jkelley@computerlaw.com

Attorneys for Defendants and Counterclaimants
ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
SILICON TEST SOLUTIONS, LLC and WESLEY
MAYDER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**CERTIFICATE OF SERVICE** |
| AND RELATED COUNTERCLAIMS. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I work with the law firm of RUSSO & HALE LLP, whose address is 401 Florence Street, Palo Alto, California 94301. On September 4, 2008, I caused to be served the following document(s) by the method(s) listed below:

**1.     MANUAL FILING NOTIFICATION RE *CORRECTED* DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISCLOSE HIGHLY CONFIDENTIAL-**

|   |   |
|---|---|
| **ATTORNEYS' EYES ONLY MATERIALS TO TWO ADDITIONAL EXPERTS, EXS. 1-3** | |
| **2.** ***CORRECTED*** **DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISCLOSE HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY MATERIALS TO TWO ADDITIONAL EXPERTS, W/ COMPLETE SET OF EXHIBITS 1-7** | |
| **3.** **CERTIFICATE OF SERVICE [UNEXECUTED]** | |

| | |
|---|---|
| ☒ MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) described herein would be sealed in an envelope which would be deposited with the United States Postal Service on the above-listed date with postage thereon fully prepaid in the ordinary course of business. | ☐ FAX: I caused to be transmitted via facsimile the document(s) listed above to the fax number(s) set forth below on above-listed date. The transmission was reported as complete and without error by the facsimile machine at telephone number (650) 327-3737, and a copy of the properly-issued transmission report(s) are attached hereto. |
| ☐ FEDEX: I am readily familiar with the practice of Russo & Hale LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein were deposited on the date set forth below in a box or other facility regularly maintained by FedEx for overnight delivery in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below. | ☐ PERSONAL: I personally served the above-listed documents to the person(s) at the address(es) set forth below by: (a) handing to the person(s); or, (b) leaving it at the person'(s) office with a clerk or other person in charge, or if no on was in charge, leaving it in a conspicuous place in the office. |
| ☐ HAND: I personally delivered the above-listed documents on the date set forth above to an authorized courier to be served by hand by said courier on the date set forth above to the person(s) at the address(es) set forth below. | ☒ ELECTRONIC MAIL: I caused a true copy of the foregoing document(s) to be served on counsel via e-mail at the addresses set forth below. Each e-mail was complete and no reports of error were received. |

Counsel for plaintiff Verigy US, Inc.:

Melinda M. Morton
John W. Fowler
Michael W. Stebbins
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110
Fax:     (408) 297-6000
Email: mmorton@be-law.com
         jfowler@be-law.com
         mstebbins@be-law.com

//

//

1   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my personal knowledge.

Executed on September 4, 2008 in Palo Alto, California.

                _____/s/ LucyGoodnough_____
                Lucy Goodnough

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lucy Goodnough.

Dated: September 4, 2008    By:  ___/s/ Tim C. Hale_____
                    Tim C. Hale

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Certificate of Service**      3      **Case No. 5:07-cv-04330-RMW (HRL)**