| | |
|---|---|
| 1 | DANIEL J. BERGESON, Bar No. 105439 |
|   | dbergeson@be-law.com |
| 2 | MELINDA M. MORTON, Bar No. 209373 |
|   | mmorton@be-law.com |
| 3 | DONALD P. GAGLIARDI, Bar No. 138979 |
|   | dgagliardi@be-law.com |
| 4 | MICHAEL W. STEBBINS, Bar No. 138326 |
|   | mstebbins@be-law.com |
| 5 | BERGESON, LLP |
|   | 303 Almaden Boulevard, Suite 500 |
| 6 | San Jose, CA 95110-2712 |
|   | Telephone: (408) 291-6200 |
| 7 | Facsimile: (408) 297-6000 |

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Ronald M. Whyte<br>Ctrm: 6<br><br>Complaint Filed: August 8, 2008<br>Trial Date: None Set |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

# CERTIFICATE OF SERVICE

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On September 4, 2008, I served the within:

**VERIGY'S RESPONSES TO WES MAYDER'S OBJECTIONS TO EVIDENCE IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT & RULE 11 SANCTIONS –** *DOCUMENTS SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

   X     BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed below. FRCP Title II, §5(b)(2)(D).

| | |
|---|---|
| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.**<br>Jack Russo, Esq.<br>John Kelley, Esq.<br>Tim Hale, Esq.<br>Russo & Hale LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>Ph: 650.327.9800<br>Fax: 650.327.3737<br>jrusso@computerlaw.com<br>jkelley@computerlaw.com<br>thale@computerlaw.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 4, 2008, at San Jose, California.

                    /s/
               Gail Simmons

---

1
CERTIFICATE OF SERVICE
CASE NO. C07 04330 RMW (HRL)