JACK RUSSO (State Bar No. 96068)
TIM C. HALE (State Bar No. 114905)
JOHN KELLEY (State Bar No. 100714)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
       thale@computerlaw.com
       jkelley@computerlaw.com

Attorneys for defendants and counterclaimants
ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
SILICON TEST SOLUTIONS LLC, and WESLEY
MAYDER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | **Before: Judge Howard R. Lloyd** |
| ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1  Defendants' motion to compel production of documents, specifically documents withheld
2  from Plaintiff Verigy U.S., Inc.'s ("Verigy") response to Defendants' First Document Request,
3  came on regularly for hearing before the above-named Court. All parties were represented by
4  counsel. Satisfactory proof having been made, and good cause appearing therefore, it is hereby
5  ORDERED:
6  Defendants' motion to compel is GRANTED. Verigy shall produce those documents
7  withheld in whole or in part on the basis of the "common interest privilege" as reflected in
8  Verigy's Amended Privilege Log produced in August, 2008. Such production shall occur within
9  three (3) days hereof.

10  [OR]

11  Defendants' motion to compel is GRANTED at this time only to the extent that the Court
12  orders production of the withheld, allegedly privileged documents contained in the Amended
13  Privilege Log produced by Verigy in August, 2008, and withheld in whole or in part on the basis
14  of the "common interest privilege," to the Court for i*n camera* inspection for privilege. Such
15  production shall occur within three (3) days hereof, and the Court will thereafter make a further
16  ruling on the motion to compel.

17  Dated: _____, 2008                         _____
18                                                              United States District Mag. Judge