DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**VERIGY'S AMENDED NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RELIEVING VERIGY OF DUTY TO RESPOND FURTHER TO SECOND AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION PROPOUNDED BY DEFENDANTS; [Fed.R.Civ.P. 26(c)(1) and 37]**<br><br>Date:     October 14, 2008<br>Time:    10 a.m.<br>Ctrm.:    2, 5th Floor<br>Judge:   Hon. Howard R. Lloyd<br><br>Complaint Filed:     August 22, 2007<br>Trial Date:               None Set |

VERIGY'S AMENDED NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RE DEFENDANTS' SECOND AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF VERIGY US, INC.C07-04330 RMW (HRL)

# AMENDED NOTICE OF MOTION AND MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE AMENDED NOTICE that, on Tuesday, October 14, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Hon. Howard R. Lloyd, United States Magistrate Judge, Courtroom 2, 5th Floor, of the United States District Court for the Northern District of California, San Jose Division, 280 South First Street, San Jose, California, plaintiff Verigy U.S., Inc. ("Verigy"), shall and hereby does move the Court for a protective order relieving Verigy of the duty to respond further to Defendants' Second Amended Notice of Rule 30(b)(6) Deposition of Verigy US, Inc. ("Second Amended Depo Notice") except insofar as Verigy has already agreed to produce a corporate witness on certain topics in the Second Amended Notice, subject to objections.

The motion is made pursuant to Rules 26(c)(1) and 37 of the Federal Rules of Civil Procedure on the grounds that good cause exists for issuance of an order forbidding the aforementioned deposition questioning on certain topics to protect Verigy from annoyance, oppression, harassment, undue burden and expense.

The motion is based upon this notice of motion and motion, the supporting memorandum of points and authorities, the declaration of Michael W. Stebbins, the complete files and records in this action, and such additional evidence and argument as may hereinafter be presented.

Dated: September 8, 2008                    BERGESON, LLP

                                            By:         /s/
                                                Melinda M. Morton

                                            Attorneys for Plaintiff
                                            VERIGY US, INC.