| | |
|---|---|
| DANIEL J. BERGESON, Bar No. 105439<br>dbergeson@be-law.com<br>DONALD P. GAGLIARDI, Bar No. 138979<br>dgagliardi@be-law.com<br>MELINDA M. MORTON, Bar No. 209373<br>mmorton@be-law.com<br>MICHAEL W. STEBBINS, Bar No. 138326<br>mstebbins@be-law.com<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone: (408) 291-6200<br>Facsimile:   (408) 297-6000<br><br>Attorneys for Plaintiff<br>VERIGY US, INC. | **PUBLIC VERSION** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ROMI OMAR MAYDER, an individual;<br>WESLEY MAYDER, an individual; SILICON<br>TEST SYSTEMS, INC., a California Corporation;<br>and SILICON TEST SOLUTIONS, LLC, a<br>California Limited Liability Corporation,<br>inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF MICHAEL W. STEBBINS IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS FROM VERIGY IN RESPONSE TO FIRST DOCUMENT REQUEST**<br><br>Date:   September 30, 2008<br>Time:  10:00 am<br>Courtroom: 2, 5th Floor<br>Hon.  Howard R. Lloyd<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:            None Set |

**PUBLIC VERSION OF DOCUMENT SUBMITTED UNDER SEAL**

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

**PURSUANT TO STIPULATED PROTECTIVE ORDER**

---

DECL. OF MICHAEL W. STEBBINS IN OPP. TO DEFENDANTS MTC FURTHER PROD. OF DOCS FROM
VERIGY IN RESPONSE TO FIRST DOC REQUEST                                      Case No. C07 04330 RMW (HRL)

I, Michael W. Stebbins, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California and before this Court. I am a partner with the law firm of Bergeson, LLP, counsel of record for plaintiff, Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto. As to matters stated on information and belief, I am informed and believe them to be true.

2. Attached hereto as Exhibit A is a true and correct copy of a Common Interest and Joint Defense Agreement between Verigy and Robert Pochowski, dated September 21, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of Verigy's Second Amended Privilege Log in the above-captioned action, setting forth the basis for withholding from production documents asserted by Verigy as privileged, including under the common interest doctrine.

4. On information and belief, Verigy's common interest privilege with respect to documents reflecting communications between Verigy and Mr. Pochowski has not been waived. To my knowledge, based on a reasonable inquiry, both Verigy and Pochowski have maintained the confidentiality of their communications and the documents in dispute.

5. In addition to the letters exchanged between counsel on July 15 and 16, 2008 (which are Exhibits 5 and 6 to the Hale Declaration in support of the instant motion), counsel for the parties had a teleconference on August 5, 2008 to meet and confer on the issue of the common interest doctrine. In that conference, in hopes of resolving the issues short of motion practice, I offered Tim Hale, counsel for defendants, that Verigy would be willing to amend its existing privilege log and thereafter discuss any remaining issues defendants may have with the documents identified on that log. In keeping with that offer, Verigy submitted Exhibit B herein to defendants' counsel on August 8, 2008. However, we heard nothing further from defendants' counsel regarding the common interest issue until being notified of the e-filing of this motion on August 26, 2008. Attached hereto as Exhibit C is a true and correct copy of an e-mail exchange between myself and defendants' counsel regarding my belief that further discussions would occur

- 1 -

1  before the filing of any motion.

2  I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct and that this declaration was executed this 9th day of September,
4  2008 at San Jose, California.

6  /s/
   Michael W. Stebbins