# EXHIBIT A

# HIGHLY CONFIDENTIAL

## ATTORNEYS EYES ONLY

# FILED UNDER SEAL

# EXHIBIT B

Bergeson, LLP

## Verigy v. Romi Mayder, et al
## C07-04330 RMW (HRL)
## September 28, 2007
## SECOND AMENDED PRIVILEGE LOG OF VERIGY

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PRIV0001-PRIV0002 | 07/20/07 | Email | Ken Siegel | Heather Flick | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 2. | PRIV0003-PRIV0005 | 07/20/07 | Email | Ken Siegel | Heather Flick | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 3. | PRIV0006-PRIV0009 | 08/06/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 4. | PRIV0010-PRIV0011 | 08/10/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 5. | PRIV0012-PRIV0018 | 08/10/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 6. | PRIV0019-PRIV0025 | 08/11/07 | Email | Heather Flick | Mindy Morton | Heather Flick | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 7. | PRIV0026-PRIV0033 | 08/11/07 | Email and attachment | Robert Pochowski | Mindy Morton | John Fowler, Heather Flick, Robert Pochowski | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 8. | PRIV0034 | 08/11/07 | Email | Robert Pochowski | Mindy Morton | Robert Pochowski | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 9. | PRIV0035 | 08/13/07 | Email | Robert Pochowski | Mindy Morton, Robert Pochowski | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 10. | PRIV0036-PRIV0041 | 08/14/07 | Email and attachment | Heather Flick | Mindy Morton | Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 11. | PRIV0042-PRIV0043 | 08/14/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 12. | PRIV0044 | 08/14/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 13. | PRIV0045-PRIV0048 | 08/14/07 | Email | Robert Pochowski | Mindy Morton, Heather Flick | Joseph Ehrlich, John Fowler, Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

2

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 14. | PRIV0049 | 08/14/07 | Email | Robert Pochowski | Mindy Morton | Joseph Ehrlich, John Fowler, Heather Flick, Robert Pochowski | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 15. | PRIV0050-PRIV0059 | 08/14/07 | Email and attachment | Robert Pochowski | Mindy Morton, Heather Flick | Joseph Ehrlich, John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 16. | PRIV0060-PRIV0061 | 08/30/07 | Email | Heather Flick | Mindy Morton | John Fowler, Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 17. | PRIV0062-PRIV0064 | 08/30/07 | Email | Heather Flick | Mindy Morton | John Fowler, Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 18. | PRIV0065-PRIV0066 | 08/31/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 19. | PRIV0067-PRIV0075 | 09/11/07 | Email and attachment | Joseph Ehrlich | Mindy Morton | Robert Pochowski, Heather Flick | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 20. | PRIV0076-PRIV0079 | 09/13/07 | Email and attachment | John Fowler | Joseph Ehrlich | Mindy Morton Shauna Walker | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 21. | PRIV0080-PRIV0089 | 09/14/07 | Email and attachment | Joseph Ehrlich | Mindy Morton, John Fowler, Heather Flick | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 22. | PRIV0090 | 07/20/07 | Email | Ken Siegel | Robert Pochowski | Gayn Erickson | Discussions regarding Verigy documents. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 23. | PRIV0091-PRIV0093 | 07/20/07 | Email | Heather Flick | Ken Siegel | Mindy Morton, Gayn Erickson, Robert Pochowski | Discussions regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 24. | PRIV0094 | 07/24/07 | Email | Heather Flick | Heather Flick | Mindy Morton | Discussions regarding information needed. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 25. | PRIV0095 | 07/26/07 | Email | Heather Flick | Ken Siegel | Mindy Morton, Robert Pochowski | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 26. | PRIV0096-PRIV0101 | 08/09/07 | Email and attachment | Heather Flick | Mindy Morton | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 27. | PRIV0102 | 08/16/07 | Fax | Robert Pochowski | Mindy Morton | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 28. | Communications between Verigy and Bergeson | 06/29/07 to present | Email, mail, fax | Verigy employees | Bergeson | | Discussions regarding Legal Advice | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE ATTORNEY WORK PRODUCT |
| 29. | Communications between Bergeson | 06/29/07 to present | Email, mail, fax | Bergeson | Verigy employees | | Discussions regarding Legal Advice | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE |

4

The

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 30. | PRIV0103-PRIV0105 (and Verigy) | 09/21/07 | Agreement | Verigy | Robert Pochowski | | Discussions regarding agreement. | Correspondence with counsel. | ATTORNEY WORK PRODUCT; COMMON INTEREST DOCTRINE; ATTORNEY-CLIENT PRIVILEGE; WORK PRODUCT DOCTRINE |
| 31. | PRIV0106 | 09/26/07 | Letter | Lara Brostko | Robert Pochowski | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE; ATTORNEY-CLIENT PRIVILEGE |
| 32. | PRIV0107 | 08/29/07 | Email | Mindy Morton | Heather Flick | John Fowler | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE; ATTORNEY-CLIENT PRIVILEGE |
| 33. | PRIV0108-PRIV0124 | 08/30/07 | Email and attachment | Mindy Morton | Heather Flick | John Fowler, Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE; ATTORNEY-CLIENT PRIVILEGE; WORK PRODUCT DOCTRINE |
| 34. | PRIV0125-PRIV0127 | 08/30/07 | Email | Mindy Morton | Heather Flick | | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE; ATTORNEY-CLIENT PRIVILEGE |
| 35. | PRIV0128-PRIV0129 | 08/31/07 | Email | Mindy Morton | Heather Flick | | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE; ATTORNEY-CLIENT PRIVILEGE |
| 36. | PRIV0130-PRIV0131 | 08/30/07 | Email | Mindy Morton | Heather Flick | John Fowler, Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE; ATTORNEY-CLIENT PRIVILEGE |
| 37. | PRIV0132-PRIV0148 | 09/05/07 | Email and attachment | Mindy Morton | Heather Flick | Joseph Ehrlich | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE; ATTORNEY-CLIENT |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 38. | PRIV0149-PRIV0150 | 09/11/07 | Email | Mindy Morton | Joseph Ehrlich | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 39. | PRIV0151-PRIV0152 | 09/12/07 | Email | Mindy Morton | Joseph Ehrlich | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 40. | PRIV0153-PRIV0167 | 09/12/07 | Email | Mindy Morton | Joseph Ehrlich | John Fowler, Shauna Walker, Mindy Morton | Discussions regarding protective order. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 41. | PRIV0168 | 09/12/07 | Email | John Fowler | Gail Simmons, Joseph Ehrlich, | Shauna Walker, Mindy Morton | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 42. | PRIV0169 | 09/13/07 | Email | John Fowler | Joseph Ehrlich | Mindy Morton, Lara Brostko, Shauna Walker | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 43. | PRIV0170-PRIV0173 | 09/14/07 | Email and attachment | Shauna Walker | Joseph Ehrlich | John Fowler, Mindy Morton | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 44. | PRIV0174-PRIV0176 | 09/19/07 | Email | John Fowler | Joseph Ehrlich | | Discussions regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 45. | PRIV0177-PRIV0187 | 09/19/07 | Email and attachment | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 46. | PRIV0188-PRIV0198 | 09/19/07 | Email and attachment | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 47. | PRIV0199 | 09/19/07 | Email | Mindy Morton | Heather Flick | Kris Haworth | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 48. | PRIV0200 | 09/19/07 | Email | Mindy Morton | Heather Flick | Kris Haworth | Discussions regarding expert. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 49. | PRIV0201 | 09/19/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 50. | PRIV0202 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 51. | PRIV0203-PRIV0204 | 09/19/07 | Email | Mindy Morton | Heather Flick | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

7

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 52. | PRIV0205 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 53. | PRIV0206 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 54. | PRIV0207-PRIV0208 | 09/19/07 | Email | Mindy Morton | Heather Flick | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 55. | PRIV0209 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 56. | PRIV0210-PRIV0211 | 09/19/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 57. | PRIV0212-PRIV0213 | 09/19/07 | Email | Mindy Morton | Heather Flick | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

8

| DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| 58. | PRIV0214-PRIV0216 | 09/19/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 59. | PRIV0217 | 09/19/07 | Email | Mindy Morton | Heather Flick | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 60. | PRIV0218-PRIV0220 | 09/20/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Heather Flick | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 61. | PRIV0221 | 09/20/07 | Email | Heather Flick | Robert Pochowski, Joseph Ehrlich | Mindy Morton, John Fowler. | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 62. | PRIV0222 | 09/20/07 | Email | Heather Flick | Robert Pochowski, Joseph Ehrlich | Mindy Morton, John Fowler | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 63. | PRIV0223 | 09/20/07 | Email | Heather Flick | Joseph Ehrlich | Mindy Morton, John Fowler, Michael Stebbins | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 64. | PRIV0224 | 09/20/07 | Email | Heather Flick | Mindy Morton, John Fowler, Michael Stebbins | Joseph Ehrlich | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 65. | PRIV0025-PRIV0234 | 09/20/07 | Email and attachment | Michael Stebbins | Heather Flick, Joseph Ehrlich | Mindy Morton, John Fowler | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 66. | PRIV0235-PRIV0246 | 09/21/07 | Email and attachment | Mindy Morton | Heather Flick, Joe Ehrlich | John Fowler | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 67. | PRIV0247 | 09/23/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Heather Flick | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 68. | PRIV0248-PRIV0249 | 09/23/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Heather Flick | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

10

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 69. | PRIV0250-PRIV0251 | 09/24/07 | Email | Joseph Ehrlich | Mindy Morton, Heather Flick | | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE, ATTORNEY-CLIENT PRIVILEGE |
| 70. | PRIV0252 | 09/24/07 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | | Discussions regarding privilege log. | Correspondence with counsel. | COMMON INTEREST DOCTRINE, ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE |
| 71. | PRIV0253-PRIV0254 | 09/24/07 | Email | Joseph Ehrlich | Mindy Morton | Heather Flick | Discussions regarding privilege log. | Correspondence with counsel. | COMMON INTEREST DOCTRINE, ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE |
| 72. | PRIV0255 | 09/25/07 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | John Fowler | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE, ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE |
| 73. | PRIV0256-PRIV0257 | 09/25/07 | Email | John Fowler | Mindy Morton, Heather Flick, Joseph Ehrlich | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE, ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE |
| 74. | PRIV0258 | 09/26/07 | Email | John Fowler, Mindy Morton | Robert Pochowski, Heather Flick | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE, ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE |
| 75. | PRIV0259 | 09/26/07 | Email | Mindy Morton | Joseph Ehrlich | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE, ATTORNEY-CLIENT PRIVILEGE |

11

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 76. | PRIV0260 | 09/26/07 | Email | Joseph Ehrlich | Mindy Morton, John Fowler | Robert Pochowski, Heather Flick | Discussions regarding discovery requests. | Correspondence with counsel. | WORK PRODUCT DOCTRINE COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 77. | PRIV0261-PRIV0262 | 09/26/07 | Email | Robert Pochowski | Joseph Ehrlich, Robert Pochowski | John Fowler, Heather Flick, Mindy Morton | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 78. | PRIV0263-PRIV0264 | 09/26/07 | Email | Joseph Ehrlich | Robert Pochowski | John Fowler, Heather Flick, Mindy Morton | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 79. | PRIV0266-PRIV0267 | 10/15/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 80. | PRIV0268-PRIV0269 | 10/16/07 | Email | Heather Flick | Mindy Morton, Robert Pochowski | John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 81. | PRIV0270-PRIV0271 | 10/18/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

12

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 82. | PRIV0272 | 10/19/07 | Email | Robert Pochowski | Mindy Morton, Heather Flick, Joseph Ehrlich | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 83. | PRIV0273-PRIV0274 | 10/19/07 | Email | Robert Pochowski | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 84. | PRIV0275-PRIV0276 | 10/23/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 85. | PRIV0278-PRIV0279 | 10/26/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 86. | PRIV0280-PRIV0281 | 10/31/07 | Email and attachment | Heather Flick | Mindy Morton, John Fowler | Joseph Ehrlich, Robert Pochowski, Richelle Oullion | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 87. | PRIV0282-PRIV0283 | 11/06/07 | Email | Heather Flick | Mindy Morton, Joseph Ehrlich, Robert Pochowski | John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

13

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 88. | PRIV0284-PRIV0285 | 11/06/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 89. | PRIV0286-PRIV0288 | 11/07/07 | Email | Joseph Ehrlich | Mindy Morton, Heather Flick, Robert Pochowski | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 90. | PRIV0290-PRIV0292 | 11/07/07 | Email | Heather Flick | Mindy Morton, Robert Pochowski | Joseph Ehrlich, John Fowler | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 91. | PRIV0293-PRIV0294 | 11/12/07 | Email | Heather Flick | Mindy Morton, Robert Pochowski, Joseph Ehrlich | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 92. | PRIV0295-PRIV0296 | 11/13/07 | Email and attachments | Heather Flick | Mindy Morton | Joseph Ehrlich, John Fowler, Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 93. | PRIV0299-PRIV0300 | 11/13/07 | Email | Robert Pochowski | Mindy Morton, Heather Flick, Joseph Ehrlich | Robert Pochowski | Discussions regarding deposition. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 94. | PRIV0301-PRIV0302 | 11/15/07 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich, Robert Pochowski | Discussions regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

14

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 95. | PRIV0303-PRIV0304 | 11/15/07 | Email and attachments | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 96. | PRIV0305-PRIV0307 | 11/15/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 97. | PRIV0308-PRIV0309 | 11/15/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 98. | PRIV0310 | 11/15/07 | Email | Robert Pochowski | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 99. | PRIV0311-PRIV0313 | 11/15/07 | Email and attachment | Robert Pochowski | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 100. | PRIV0314-PRIV0315 | 12/17/07 | Email | Heather Flick | Mindy Morton | | Discussions regarding case update. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 101. | PRIV0325 | 05/14/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding patent applications. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |

15

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 102. | PRIV0326-PRIV0327 | 05/14/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding patent applications. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 103. | PRIV0328-PRIV0329 | 05/14/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding case update. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 104. | PRIV0330 | 05/17/08 | Email | Robert Pochowski | Mindy Morton | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 105. | PRIV0331 | 05/19/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 106. | PRIV0332 | 05/19/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 107. | PRIV0333 | 05/19/08 | Email and attachment | Mindy Morton | Robert Pochowski | | Discussion regarding patent. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 108. | PRIV0334-PRIV0335 | 05/21/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding patent applications. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 109. | PRIV0336-PRIV0338 | 05/21/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

16

| | DOC. ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 110. | PRIV0339 | 05/22/08 | Email | Robert Pochowski | Mindy Morton | Robert Pochowski | Discussion regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 111. | PRIV0340 | 05/22/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding agreement. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 112. | PRIV0341 | 06/06/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 113. | PRIV0342 | 06/06/08 | Email | Robert Pochowski | Mindy Morton | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 114. | PRIV0343-PRIV0344 | 06/06/08 | Email | Mindy Morton | Robert Pochowski | | Discussion regarding meeting. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE |
| 115. | PRIV0345 | 06/09/08 | Email | Robert Pochowski | Mindy Morton | | Discussion regarding discovery requests. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 116. | PRIV0346 | 06/18/08 | Email and attachment | Mindy Morton | Heather Flick, Robert Pochowski | Michael Stebbins, Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

17

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 117. | PRIV0347-PRIV0348 | 06/19/08 | Email | Joseph Ehrlich | Mindy Morton | Heather Flick, Robert Pochowski | Discussions regarding declaration | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 118. | PRIV0349-PRIV0351 | 06/19/08 | Email | Mindy Morton | Joseph Ehrlich | Michael Stebbins, Heather Flick, Robert Pochowski | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 119. | PRIV0352-PRIV0354 | 06/23/08 | Email | Robert Pochowski | Joseph Ehrlich | Mindy Morton, Heather Flick, Robert Pochowski | Discussion regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 120. | PRIV0355-PRIV0357 | 06/23/08 | Email | Joseph Ehrlich | Mindy Morton | Heather Flick, Robert Pochowski | Discussions regarding declaration | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 121. | PRIV0358 | 07/10/08 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 122. | PRIV0359 | 07/10/08 | Email | Heather Flick | Joseph Ehrlich, Mindy Morton | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

18

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 123. | PRIV0360-PRIV0361 | 07/10/08 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 124. | PRIV0362-PRIV0363 | 07/10/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 125. | PRIV0364-PRIV0366 | 07/10/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 126. | PRIV0367 | 07/15/08 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 127. | PRIV0368 | 07/15/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 128. | PRIV0369 | 07/16/08 | Email | Mindy Morton | Joseph Ehrlich, Heather Flick | Gail Simmons | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |

19

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 129. | PRIV0370 | 07/16/08 | Email | Heather Flick | Mindy Morton | Joseph Ehrlich | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 130. | PRIV0371-PRIV0372 | 07/16/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 131. | PRIV0373-PRIV0374 | 07/16/08 | Email | Heather Flick | Mindy Morton | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 132. | PRIV0375-PRIV0377 | 07/16/08 | Email | Mindy Morton | Heather Flick | | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 133. | PRIV0378 | 07/17/08 | Email | Susan Romero | Robert Pochowski, Mindy Morton | Heather Flick | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 134. | PRIV0379 | 07/17/08 | Email | Mindy Morton | Robert Pochowski | Heather Flick | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE |
| 135. | PRIV0380 | 07/17/08 | Email | Mindy Morton | Robert Pochowski, Susan Romero | Heather Flick | Discussions regarding declaration. | Correspondence with counsel. | COMMON INTEREST DOCTRINE |

20

| | DOC ID NO. | DATE | DOC TYPE | FROM | TO | CC | SUBJECT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 136. | PRIV0381 | 07/25/08 | Email | Michael Stebbins | Heather Flick | Mindy Morton, Gail Simmons, John Fowler. | Discussions regarding common interest doctrine. | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE COMMON INTEREST DOCTRINE |
| 137. | PRIV0382-PRIV0383 | 07/25/08 | Email | Heather Flick | Michael Stebbins | Mindy Morton, Gail Simmons, John Fowler, Joseph Ehrlich | Discussions regarding common interest doctrine. | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE COMMON INTEREST DOCTRINE |
| 138. | PRIV0384-PRIV0385 | 07/25/08 | Email | Joseph Ehrlich | Michael Stebbins, Heather Flick | Mindy Morton, Gail Simmons, John Fowler | Discussions regarding common interest doctrine. | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE COMMON INTEREST DOCTRINE |
| 139. | PRIV0386-PRIV0389 | 07/25/08 | Email | Michael Stebbins | Heather Flick, Joseph Ehrlich | Mindy Morton, Gail Simmons, John Fowler. | Discussions regarding common interest doctrine. | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE COMMON INTEREST DOCTRINE |
| 140. | PRIV0390-PRIV0391 | 07/28/08 | Email and attachments | Joseph Ehrlich | John Fowler, Mindy Morton | Heather Flick, Robert Pochowski | Discussions regarding discovery requests. | Correspondence with counsel. | ATTORNEY-CLIENT PRIVILEGE WORK PRODUCT DOCTRINE COMMON INTEREST DOCTRINE |

21

# EXHIBIT C

**Michael Stebbins**

| | |
|---|---|
| **From:** | Tim Hale [THale@computerlaw.com] |
| **Sent:** | Wednesday, August 27, 2008 5:50 AM |
| **To:** | Michael Stebbins |
| **Cc:** | Colin McCarthy; Gail C. Simmons; John Fowler; Mindy Morton; JOHN KELLEY; Lucy Goodnough |
| **Subject:** | Defendants' motion to compel re: common interest doctrine |

Michael,

1.  That is not my recollection at all; we started the meet and confer call on the issue of whether we could resolve the issue of whether there even could be a common interest, and we both acknowledged that there was no resolution that way;

2.  You stated that you would be addressing our SECOND concern, namely the adequacy of the descriptions on the privilege log; we waited to get your amended log, and then did not pursue that issue in the motion, so that part was ostensibly resolved between the parties;

3.  I mentioned to you just the other day that we were filing a motion to compel on this issue; you did not act surprised or say anything about needing or wanting to further meet and confer;

4.  If Verigy wants to withdraw any documents from the privilege log and produce them instead it can certainly do that now before filing its opposition.

Tim

>>> "Michael Stebbins" <MStebbins@be-law.com> 8/26/2008 11:47 PM >>>
Tim:


We see that you've filed a motion to compel on the documents being withheld on the basis of the common interest doctrine.  This comes as a surprise since, as discussed in our meet and confer call on August 5, we provided you with an updated and revised privilege log (on August 8, I believe), with the understanding that you'd get back to us and we'd have further discussion about particular documents that you had questions about.  You never got back to us, so it seems to us that we've not met and conferred as required prior to filing a motion to compel.


Perhaps this is set forth in the motion (which I've not fully digested), but shouldn't there be some follow up about specific documents as we'd discussed?


Michael W. Stebbins, Esq.
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110
Telephone:  408 291-6200 Main
Telephone:  408 291-6207 Direct
Facsimile:  408 297-6000

---

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law. If you are not an intended recipient, do not forward this email.  Interception of this message may be a federal crime.  Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited.  If this e-mail has

been transmitted to you in e  or, please notify the person li  d above immediately, and delete the original message (including any attachments).

---

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2008 Bergeson, LLP [All Rights Reserved].

This email is confidential and may be privileged.
It may be read and used only by the intended recipient.
If you have received it in error, please contact the sender immediately.