involvement to assist with their investigation of him. I then decided that my interests were aligned with those of Verigy and directed my counsel to disclose to Verigy's attorneys information I had gathered regarding Mayder's use of Verigy confidential business information and to cooperate fully with Verigy's investigation of Mayder's activities.

8. Since that time I have had confidential email communications with attorneys representing Verigy regarding what I believed would advance our common interests, including providing accurate and complete information to Verigy in a cost effective way regarding the Mayder brothers' activities. At all times when sending or receiving email traffic from or to Verigy attorneys, I believed the communications were confidential. At the time I also believed that my attorneys were either copied or would be sent a copy promptly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of September, 2008 at Milwaukee, Wisconsin.

_____
Robert Pochowski

- 3 -
DECLARATION OF ROBERT POCHOWSKI IN OPPOSITION TO DEFENDANTS'
MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS, ETC   Case No. C07 04330 RMW (HRL)