1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF MELINDA M. MORTON IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS FROM VERIGY IN RESPONSE TO FIRST DOCUMENT REQUEST**<br><br>Date:  September 30, 2008<br>Time:  10:00 am<br>Courtroom:  2, 5th Floor<br>Hon.  Howard R. Lloyd<br><br>Complaint Filed:  August 22, 2007<br>Trial Date:           None Set |

DECL. OF MELINDA M. MORTON IN OPP. TO DEFENDANTS' MTC FURTHER PRODUCTION OF
DOCS FROM VERIGY IN RESPONSE TO FIRST DOCUMENT REQUEST     Case No. C07 04330 RMW (HRL)

I, Melinda M. Morton, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am a Partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff, Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. At the inception of this lawsuit, Defendants' former counsel, Mount & Stoelker, indicated to me that they planned to join Mr. Pochowski as a defendant in this action because he supplied documents they claimed were confidential to Verigy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of September, 2008 at San Jose, California.

/s/
Melinda M. Morton

- 1 -
DECL. OF MELINDA M. MORTON IN OPP. TO DEFENDANTS' MTC FURTHER PRODUCTION OF DOCS FROM VERIGY IN RESPONSE TO FIRST DOCUMENT REQUEST    Case No. C07 04330 RMW (HRL)