1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

| | |
|---|---|
| 13  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 14                     Plaintiff, | |
| 15       vs. | **CERTIFICATE OF SERVICE** |
| 16  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge:  Honorable Howard R. Lloyd<br>Ctrm:    2, 5th Floor<br><br>Complaint Filed:    August 8, 2008<br>Trial Date:            None Set |
| 19                     Defendants. | |

---

CERTIFICATE OF SERVICE
CASE NO. C07 04330 RMW (HRL)

<u>CERTIFICATE OF SERVICE</u>

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs.  My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110.  I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On September 9, 2008, I served the within:

**VERIGY'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS FROM PLAINTIFF VERIGY IN RESPONSE TO FIRST DOCUMENT REQUEST –** *DOCUMENTS SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF MICHAEL W. STEBBINS IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS FROM VERIGY IN RESPONSE TO FIRST DOCUMENT REQUEST –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

  __X__   BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed below.  FRCP Title II, §5(b)(2)(D).

| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.** Jack Russo, Esq. John Kelley, Esq. Tim Hale, Esq. Russo & Hale LLP 401 Florence Street Palo Alto, CA 94301 Ph:  650.327.9800/Fax: 650.327.3737 jrusso@computerlaw.com jkelley@computerlaw.com thale@computerlaw.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 9, 2008, at San Jose, California.

/s/
Emma Tofelogo-Fernandez