DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:  Honorable Howard R. Lloyd<br>Ctrm:    2<br><br>Complaint Filed:    August 22, 2007<br>Trial Date:            None Set |

Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff" or "Verigy") requests that the following materials be filed under seal, as they contain confidential information that is protected by the Stipulated Protective Order entered by the Court on August 29, 2007. The documents submitted under seal include:

1.  Portions of Verigy's Memorandum of Points & Authorities in Opposition to Defendants' Motion to Compel Further Production of Documents from Plaintiff Verigy in Response to First Document Request (the "MPA"); and

2.  Exhibit A to the Declaration of Michael W. Stebbins.

These materials (hereafter "the Materials") each disclose information that has been designated as "Highly Confidential—Attorneys' Eyes Only" (portions of the MPA and Exhibit A to the Declaration of Michael W. Stebbins or "Confidential" by the parties under the protective order, without objection to those designations (although Verigy reserves its rights to challenge such designations pursuant to the Stipulated Protective Order). Although the information in the Materials has been designated as protected from disclosure under the Protective Order, Verigy relies on this information in support of its MPA. The parties' confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this Court, and respectfully requests leave to file the aforementioned documents under seal.

Respectfully submitted.

Dated: September 9, 2008              BERGESON, LLP

                                      By:      /s/
                                          Melinda M. Morton
                                          Attorneys for Plaintiff
                                          VERIGY US, INC.