1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
4  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

| | |
|---|---|
| 13  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 14                      Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| 15        vs. | |
| 16  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Howard R. Lloyd<br>Ctrm:   2<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:              None Set |
| 19                     Defendants. | |
| 21  AND RELATED CROSS-ACTIONS | |

1  Now before the Court is Verigy's Administrative Motion For Leave To File Documents
2  Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under
3  Seal and the supporting declaration of Melinda M. Morton filed therewith, the Court finds there to
4  be good cause for granting Plaintiff's request to file documents under seal.

5  GOOD CAUSE having been shown, the Court finds that:

6  (1) The parties possess overriding confidentiality interest that overcomes the
7  right of public access to the record in the following documents: Portions of
8  Verigy's Memorandum of Points & Authorities in Opposition to
9  Defendants' Motion to Compel Further Production of Documents from
10  Plaintiff Verigy in Response to First Document Request (the "MPA"); and
11  Exhibit A to the Declaration of Michael W. Stebbins.
12  (2) The parties' overriding confidentiality interests support sealing the record;
13  (3) A substantial probability exists that the parties' overriding confidentiality
14  interest will be prejudiced if the record is not sealed;
15  (4) The proposed sealing is narrowly tailored; and
16  (5) No less restrictive means exist to achieve this overriding interest.

17
18  IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under
    Seal is GRANTED.
19

20  **IT IS SO ORDERED.**

21  Dated: _____, 2008

22                                              Honorable Howard R. Lloyd
                                                UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL            CASE NO. C07 04330 RMW (HRL)