**MANUAL FILING NOTIFICATION**

Regarding: **EXHIBIT 1 TO THE DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL FURTHER INTERROGATORY RESPONSES**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):_____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[x] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____

# EXHIBIT 1

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Under Stipulated Protective Order