1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for third party
   BEN FRANCOIS
8
              IN THE UNITED STATES DISTRICT COURT
9
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

| 12 | VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| 13 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 14 | v. | |
| 15-19 | ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, Defendants. | |
| 20-21 | AND RELATED CROSSCLAIMS. | |

22      I am a resident of the State of California, over the age of eighteen years, and not a party to

23  the within action.  I work with the law firm of RUSSO & HALE LLP, whose address is 401

24  Florence Street, Palo Alto, California 94301.  On September 10, 2008, I caused to be served the

25  following document(s) by the method(s) listed below:

26      **1.    MANUAL FILING NOTIFICATION**

27      **2.    DECLARATION OF TIM C. HALE IN SUPPORT OF DEFENDANTS'
               MOTION TO COMPEL FURTHER INTERROGATORY RESPONSES W/
28             EXS. 1 AND 2**

**3.     CERTIFICATE OF SERVICE [UNEXECUTED]**

| | |
|---|---|
| ☐ MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) described herein would be sealed in an envelope which would be deposited with the United States Postal Service on the above-listed date with postage thereon fully prepaid in the ordinary course of business. | ☐ FAX: I caused to be transmitted via facsimile the document(s) listed above to the fax number(s) set forth below on above-listed date. The transmission was reported as complete and without error by the facsimile machine at telephone number (650) 327-3737, and a copy of the properly-issued transmission report(s) are attached hereto. |
| ☒ FEDEX: I am readily familiar with the practice of Russo & Hale LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein were deposited on the date set forth below in a box or other facility regularly maintained by FedEx for overnight delivery in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below. | ☐ PERSONAL: I personally served the above-listed documents to the person(s) at the address(es) set forth below by: (a) handing to the person(s); or, (b) leaving it at the person'(s) office with a clerk or other person in charge, or if no on was in charge, leaving it in a conspicuous place in the office. |
| ☐ HAND: I personally delivered the above-listed documents on the date set forth above to an authorized courier to be served by hand by said courier on the date set forth above to the person(s) at the address(es) set forth below. | ☒ ELECTRONIC MAIL: I caused a true copy of the foregoing document(s) to be served on counsel via e-mail at the addresses set forth below. Each e-mail was complete and no reports of error were received. |

Counsel for plaintiff Verigy US, Inc.:

Melinda M. Morton
John W. Fowler
Michael W. Stebbins
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110
Fax:     (408) 297-6000
Email: mmorton@be-law.com
          jfowler@be-law.com
          mstebbins@be-law.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my personal knowledge.

    Executed on September 10, 2008 in Palo Alto, California.

                                                      /s/ Lucy Goodnough
                                                    Lucy Goodnough

//

//

1  I testify under penalty of perjury that concurrence in the filing of this document has been
2  obtained from Lucy Goodnough.
3  September 10, 2008                    ____/s/ Tim C. Hale_____
                                         Tim C. Hale