| | |
|---|---|
| 1 | JACK RUSSO (State Bar No. 96068) |
| | TIM C. HALE (State Bar No. 114905) |
| 2 | JOHN KELLEY (State Bar No. 100714) |
| | RUSSO & HALE LLP |
| 3 | 401 Florence Street |
| | Palo Alto, CA 94301 |
| 4 | Telephone: (650) 327-9800 |
| | Facsimile: (650) 327-3737 |
| 5 | Email: jrusso@computerlaw.com |
| |        thale@computerlaw.com |
| 6 |        jkelley@computerlaw.com |

Attorneys for defendants and counterclaimants
WESLEY MAYDER, ROMI MAYDER, SILICON
TEST SOLUTIONS LLC and SILICON TEST
SYSTEMS INC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**[PROPOSED] ORDER RE MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES**<br><br>**Date: October 21, 2008**<br>**Time: 10:00 a.m.**<br>**Before the Hon. Howard R. Lloyd**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |

1  Defendants' motion to compel further responses to interrogatories in its Third Set of
2  Interrogatories came on regularly for hearing at the above-referenced time and date. Counsel for
3  all parties appeared. Good cause appearing therefore, and satisfactory proof having been made, it
4  is hereby ORDERED:
5       1. Defendants motion to compel Plaintiff Verigy US, Inc. to respond to interrogatory nos.
6  29-34 is GRANTED.
7       2. Verigy shall respond within ten (10) days hereof.

Dated: October __, 2008                    _____
                                           United States Magistrate Judge