1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| VERIGY US, INC, a Delaware Corporation, | Case No. C07 04330 RMW (HRL) |
|---|---|
| Plaintiff, | **DECLARATION OF MELINDA M. MORTON IN SUPPORT OF VERIGY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS IN RESPONSE TO 3RD & 5TH SETS OF REQUESTS FOR PRODUCTION** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Date:    October 21, 2008<br>Time:    10 a.m.<br>Ctrm.:    2, 5th Floor<br>Judge:   Hon. Howard R. Lloyd |
| Defendants. | Complaint Filed:   August 22, 2007<br>Trial Date:           None Set |
| AND RELATED CROSS-ACTIONS | |

DECLARATION OF MELINDA M. MORTON ISO VERIGY'S MTC POD'S FROM DEFENDANTS IN
RESPONSE TO 3RD AND 5TH SETS OF REQUESTS FOR PRODUCTION          C07 04330 RMW (HRL)

I, Melinda M. Morton, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California, and a partner with the law firm of Bergeson, LLP, counsel of record for plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. Except as to matters stated on information and belief, which I am informed and believe to be true, I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I conducted an online website review of Defendants' Silicon Test Systems website by visiting its site and an internet archives site. In February, 2008 I went to the "Internet Archive" at www.archive.org. This is "a digital library of Internet sites and other cultural artifacts in digital form," which "provides free access to researchers, historians, scholars, and the general public."

3. At that time, I was able to access historical pages of Defendants' website on that site through "The Wayback Machine." Thus there were historic pages of Defendants' website available on the Internet archive as of February, 2008.

4. According the "FAQ" of the Internet Archive website (http://www.archive.org/about/faqs.php#2) the only way to remove these historical pages is to insert a blocking tool in one's website server. The FAQ states that "[t]he Internet Archive is not interested in preserving or offering access to Web sites or other Internet documents of persons who do not want their materials in the collection. By placing a simple robots.txt file on your Web server, you can exclude your site from being crawled as well as exclude any historical pages from the Wayback Machine."

5. I later returned to the Internet Archive site on or about August 20, 2008 for further review of Defendants' historical website pages. On that date there were no longer any pages of Defendants' website available.

6. I personally called the California Board of Equalization at or around July 28, 2008. I was informed that I could not receive a copy of Defendants' seller's permit application. The Board of Equalization representative confirmed that only the applicant can obtain the document. Members of the public can only access information on the actual permit.

- 1 -

1    7.    Attached hereto as **Exhibit A** is a true and correct copy of a form of a seller's permit application I downloaded from the California State Board of Equalization's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 10th day of September, 2008 at San Jose, California.

                              /s/
                       Melinda M. Morton

- 2 -
DECLARATION OF MELINDA M. MORTON ISO VERIGY'S MTC POD'S FROM DEFENDANTS IN RESPONSE TO 3RD AND 5TH SETS OF REQUESTS FOR PRODUCTION    C07 04330 RMW (HRL)