```
 1  DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
 2  MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
 3  COLIN G. MCCARTHY, Bar No. 191410
    cmcarthy@be-law.com
 4  BERGESON, LLP
    303 Almaden Boulevard, Suite 500
 5  San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
 6  Facsimile:   (408) 297-6000

 7  Attorneys for Plaintiff
    VERIGY US, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>    Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM STS, INC. RE 3RD AND 5TH SET OF REQUESTS FOR PRODUCTION** |

[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO COMPEL PRODUCTION OF
DOCUMENTS FROM STS. INC. RE 3RD AND 5TH SETS OF REQUESTS          C07 04330 RMW (HRL)

1   This matter having come before the Court on the motion of plaintiff Verigy US, Inc. ("Verigy") for an order compelling defendant Silicon Test Systems, Inc. ("STS, Inc.") to produce responsive documents to various requests in the 3rd and 5th set of requests for production of documents propounded by Verigy to STS, Inc., and the Court having read the moving and opposition papers, and heard the respective arguments of counsel, and good cause appearing, accordingly,

**IT IS HEREBY ORDERED** that Verigy's motion is GRANTED. STS, Inc. shall produce all non-privileged documents responsive to:

Request Nos. 32, 33, 34, 37, 39, 44, 45, 47, 50, 51 & 53 of the 3rd Set of Requests for Production propounded by Verigy to STS, Inc.; and

Request Nos. 89, 90, 101 & 102 of the 5th Set of Requests for Production propounded by Verigy to STS, Inc.

**IT IS SO ORDERED.**

Dated: October ____, 2008        By: _____
                                      Hon. Howard R. Lloyd
                                      UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO COMPEL PRODUCTION OF
DOCUMENTS FROM STS, INC. RE 3RD AND 5TH SETS OF REQUESTS        C07 04330 RMW (HRL)