1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
13 | Plaintiff, | |
14 | vs. | **CERTIFICATE OF SERVICE** |
15 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Howard R. Lloyd  Ctrm:    2, 5th Floor  Complaint Filed:   August 8, 2008  Trial Date:          None Set |
16 | Defendants. | |

# CERTIFICATE OF SERVICE

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On September 10, 2008, I served the within:

**DECLARATION OF COLIN G. MCCARTHY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS IN RESPONSE TO 3RD AND 5TH SETS OF REQUESTS FOR PRODUCTION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__    BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed below. FRCP Title II, §5(b)(2)(D).

**ATTORNEYS FOR DEFENDANTS**
**ROMI O. MAYDER, WESLEY MAYDER,**
**SILICON TEST SYSTEMS, INC.**
Jack Russo, Esq.
John Kelley, Esq.
Tim Hale, Esq.
Russo & Hale LLP
401 Florence Street
Palo Alto, CA 94301
Ph:  650.327.9800
Fax: 650.327.3737
jrusso@computerlaw.com
jkelley@computerlaw.com
thale@computerlaw.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 10, 2008, at San Jose, California.

/s/
Emma Tofelogo-Fernandez