PUBLIC VERSION

1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF COLIN G. MCCARTHY IN SUPPORT OF VERIGY'S MOTION TO COMPEL DISCOVERY REQUESTS FROM STS, INC. IN RESPONSE TO 2ND INTERROGATORIES and 1ST SET OF REQUESTS FOR ADMISSION**<br><br>Date: October 21, 2008<br>Time: 10 a.m.<br>Ctrm.: 2, 5th Floor<br>Judge: Hon. Howard R. Lloyd<br><br>Complaint Filed: August 22, 2007<br>Trial Date: None Set |
| AND RELATED CROSS-ACTIONS | |

PUBLIC VERSION OF

CONFIDENTIALDOCUMENT - SUBMITTED UNDER SEAL

---

DECLARATION OF COLIN G. MCCARTHY ISO VERIGY'S MTC DISCOVERY REQUESTS FROM STS, INC. IN RESPONSE TO 2ND INTERROGATORIES AND 1ST SET OF REQUESTS FOR ADMISSIONS
Case No. C07 04330 RMW (HRL)

I, Colin G. McCarthy, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am an associate in the law firm of Bergeson, LLP, counsel of record for plaintiff Verigy US, Inc. ("Verigy") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto. I submit this declaration in support of Verigy's Motion To Compel Discovery Requests From Sts, Inc. in Response to 2nd Interrogatories.

2. Plaintiff Verigy has propounded various requests for discovery and STS, Inc. has failed and refused to provide responses to 23(b) - 32 of the 2nd Set of Interrogatories propounded by Verigy to STS, Inc.

3. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of Verigy's second set of interrogatories to Defendants.

4. I met and conferred by telephone with Tim Hale on September 9, 2008, regarding Defendants' response to Verigy's second set of interrogatories to Defendants. I had initially planned to discuss these interrogatories with Mr. Hale on September 4, 2008, but he deferred. Defendants refused to confirm, on September 9, 2008, that they would respond to Interrogatories 23(b) – 32 and stood on their subpart objections, although they agreed to revisit the issue. Mr. Hale had not advised if they would withdraw the objections by the deadline to file this motion.

5. Attached hereto and and incorporated herein by reference as **Exhibit B** is a true and correct copy of STS, Inc's responses and objections to Verigy's 2nd Set of Interrogatories.

6. Defendants have also failed to provide responses to Requests for Admissions ("RFAs") Nos. 27-42 of the 1st Set of RFAs propounded by Verigy to STS, Inc. Mr. Hale agreed in the meet and confer discussion of September 5, 2008 that Defendants would respond to these requests, but they had not done so by the deadline to file this motion.

7. Attached hereto and incorporated herein by reference as **Exhibit C** is a true and correct copy of Verigy's first set of RFAs to Romi Mayder.

8. Attached hereto and incorporated herein by reference as **Exhibit D** is a true and correct copy of Romi Mayder's responses to the first set of RFAs from Verigy.

- 1 -
DECLARATION OF COLIN G. MCCARTHY ISO VERIGY'S MTC DISCOVERY REQUESTS FROM STS, INC. IN RESPONSE TO 2ND INTERROGATORIES AND 1ST SET OF REQUESTS FOR ADMISSIONS
Case No. C07 04330 RMW (HRL)

9. The total number of RFAs Verigy has served to Defendants in this action is 42.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 10th day of September, 2008 at San Jose, California.

                                                    /s/
                                      Colin G. McCarthy

DECLARATION OF COLIN G. MCCARTHY ISO VERIGY'S MTC DISCOVERY REQUESTS FROM STS, INC. IN RESPONSE TO 2ND INTERROGATORIES AND 1ST SET OF REQUESTS FOR ADMISSIONS
Case No. C07 04330 RMW (HRL)

# EXHIBIT A

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT B

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT C

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT D

# CONFIDENTIAL

# FILED UNDER SEAL