1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  Colin G. McCarthy, Bar No. 191410
   cmcarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO COMPEL RESPONSES FROM STS, INC. RE 2ND SET INTERROGATORIES and 1st SET OF REQUESTS FOR ADMISSIONS**<br><br>Date:   October 16, 2008<br>Time:   10 a.m.<br>Ctrm.:  2, 5th Floor<br>Judge:  Hon. Howard R. Lloyd<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:        None Set |

1  This matter having come before the Court on the motion of plaintiff Verigy US, Inc.
2  ("Verigy") for an order compelling defendant Silicon Test Systems, Inc. ("STS, Inc.") to respond
3  to Interrogatory Nos. 14, 15 and 23 -32 of the 2nd Set of Interrogatories propounded by Verigy to
4  STS and RFAs 26-42 of Verigy's lst set of RFAs to STS and the Court having read the moving and
5  opposition papers, and heard the respective arguments of counsel, and good cause appearing,
6  accordingly,

7  **IT IS HEREBY ORDERED** that Verigy's motion is GRANTED.  STS, Inc. shall provide
8  responses to:

9  Interrogatory 14 and 23-32 of the 2nd Set of Interrogatories propounded by Verigy to STS;
10  and

11  Requests For Admissions 26-42 of Verigy's lst set of RFAs to STS.

12  **IT IS SO ORDERED.**

13  Dated: _____, 2008          By: _____
                                                Hon. Howard R. Lloyd
14                                              UNITED STATES MAGISTRATE JUDGE