1   DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
2   MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
3   COLIN G. MCCARTHY, Bar No. 191410
    cmcarthy@be-law.com
4   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
5   San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
6   Facsimile:   (408) 297-6000

7   Attorneys for Plaintiff
    VERIGY US, INC.

8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Honorable Howard R. Lloyd<br>Ctrm:    2, 5th Floor<br><br>Complaint Filed:       August 8, 2008<br>Trial Date:              None Set |
| Defendants. | |

CERTIFICATE OF SERVICE

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On September 10, 2008, I served the within:

**VERIGY'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES FROM STS, INC. RE 2ND SET OF INTERROGATORIES and 1st SET OF REQUESTS FOR ADMISSIONS -** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

**DECLARATION OF COLIN G. MCCARTHY IN SUPPORT OF VERIGY'S MOTION TO COMPEL DISCOVERY REQUESTS FROM STS, INC. IN RESPONSE TO 2ND INTERROGATORIES and 1ST SET OF REQUESTS FOR ADMISSION –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER*;

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__   BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed below. FRCP Title II, §5(b)(2)(D).

| **ATTORNEYS FOR DEFENDANTS ROMI O. MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC.**<br>Jack Russo, Esq.<br>John Kelley, Esq.<br>Tim Hale, Esq.<br>Russo & Hale LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>Ph: 650.327.9800<br>Fax: 650.327.3737<br>jrusso@computerlaw.com<br>jkelley@computerlaw.com<br>thale@computerlaw.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 10, 2008, at San Jose, California.

/s/
Virginia Ross

1
CERTIFICATE OF SERVICE
CASE NO. C07 04330 RMW (HRL)