1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 | VERIGY US, INC, a Delaware Corporation, | Case No. C07 04330 RMW (HRL)
15 |              Plaintiff,                 | **[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM SILICON TEST SYSTEMS INC. IN RESPONSE TO 4TH SET OF REQUESTS FOR PRODUCTION**
16 |   vs.                                   |
17 | ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, |
18 |                                         |
19 |                                         |
20 |              Defendants.                |

1  This matter having come before the Court on the motion of plaintiff Verigy US, Inc.
2  ("Verigy") for an order compelling defendant Silicon Test Systems, Inc. ("STS, Inc.") to produce
3  responsive documents to various requests in the 4th set of requests for production of documents
4  propounded by Verigy to STS, Inc., and the Court having read the moving and opposition papers,
5  and heard the respective arguments of counsel, and good cause appearing, accordingly,

6  **IT IS HEREBY ORDERED** that Verigy's motion is GRANTED. STS, Inc. shall produce
7  all documents responsive to: Request Nos. 54 through 69, 71, 81 and 82 of the 4th Set of Requests
8  for Production propounded by Verigy.

10  **IT IS SO ORDERED.**

11  Dated: _____, 2008        By: _____
                                              Hon. Howard R. Lloyd
12                                            UNITED STATES MAGISTRATE JUDGE

---

1
[PROPOSED] ORDER GRANTING VERIGY'S MOTION TO COMPEL PRODUCTION OF
DOCUMENTS FROM STS, INC. RE 4TH SET OF REQUESTS                C07 04330 RMW (HRL)