1  DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
3  COLIN G. MCCARTHY, Bar No. 191410
cmcarthy@be-law.com
4  BERGESON, LLP
303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
Telephone:  (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
VERIGY US, INC.

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  VERIGY US, INC, a Delaware Corporation          Case No. C07 04330 RMW (HRL)

13                              Plaintiff,

14          vs.                                     **PLAINTIFF'S ADMINISTRATIVE
                                                    MOTION FOR LEAVE TO FILE
                                                    DOCUMENTS UNDER SEAL**
15  ROMI OMAR MAYDER, an individual;
    WESLEY MAYDER, an individual; SILICON
16  TEST SYSTEMS, INC., a California Corporation;    Judge:  Honorable Howard R. Lloyd
    and SILICON TEST SOLUTIONS, LLC, a              Ctrm:    2
17  California Limited Liability Corporation,
    inclusive,                                      Complaint Filed:      August 22, 2007
18                                                  Trial Date:           None Set
                              Defendants.
19

20
    AND RELATED CROSS-ACTIONS
21

22

23

24

25

26

27

28

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL                              CASE NO. C07 04330 RMW (HRL)

1          Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Verigy U.S., Inc. ("Plaintiff"

2    or "Verigy") requests that the following materials be filed under seal, as they contain confidential

3    information that is protected by the Stipulated Protective Order entered by the Court on August

4    29, 2007.  The documents submitted under seal include:

5          1.      Portions of Verigy's Notice of Motion, Memorandum of Points and Authorities

6    ("MPA"), and  Motion to Compel Production of Documents from Silicon Test Systems Inc. in

7    Response to Verigy's 4th Set of Requests for Production ( collectively "MCP on 4th RFP");

8          2.      Exhibits A, C, and D to the Declaration of Colin G. McCarthy in support of MCP

9    on 4th RFP;

10          3.      Portions of Verigy's Notice of Motion, MPA, and Motion to Compel Discovery

11    Responses from STS, Inc. Re 2nd Set of Interrogatories and 1st Set of Requests for Admissions

12    (collectively "MCP on Interrogatories and RFAs");

13          4.      Exhibits A, B, C and D to the Declaration of Colin G. McCarthy in support of MCP

14    on Interrogatories and RFAs;

15          5.      Exhibits G and H to the Declaration of Colin G. McCarthy in Support of Verigy's

16    Notice of Motion and Motion to Compel Production of Documents from Defendants in Response

17    to 3rd & 5th Sets of Requests for Production.  ("MCP on 3rd & 5th RFP")

18          These materials (hereafter "the Materials") each disclose information that has been

19    designated as "Highly Confidential—Attorneys' Eyes Only" (portions of the MPA in support of

20    MCP on 4th RFP and Exhibit C to McCarthy Declaration in support of the same; portions of the

21    MPA in support of the MCP on Interrogatories and RFAs and Exhibit B to McCarthy Declaration

22    in support of the same; and Exhibits G and H to the Declaration of Colin G. McCarthy in support

23    of MCP on 3rd and 5th RFP") or "Confidential" (portions of the MPA in support of MCP on 4th

24    RFP and Exhibits A and D to McCarthy Declaration in support of the same as well as portions of

25    the MPA in support of MCP on Interrogatories and RFAs and Exhibits A, C, and D to McCarthy

26    Declaration in support of the same) by the parties under the protective order, without objection to

27    those designations (although Verigy reserves its rights to challenge such designations pursuant to

28    the Stipulated Protective Order).  Although the information in the Materials has been designated as

1

1    protected from disclosure under the Protective Order, Verigy relies on this information in support

2    of the three motions to compel (MCP on Interrogatories and RFAs; MCP on 4th RFP; and MCP on

3    3rd and 5th RFP).  The parties' confidentiality interest therefore overcomes the right of public

4    access to the record, as a substantial probability exists that the parties' overriding confidentiality

5    interest will be prejudiced if the record is not sealed.  Further, the proposed sealing is narrowly

6    tailored and no less restrictive means exist to achieve this overriding interest

7        Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this

8    Court, and respectfully requests leave to file the aforementioned documents under seal.

9        Respectfully submitted.

10

11    Dated:  September 10, 2008              BERGESON, LLP

12

                               By:_____/s/_____

13                                    Colin G. McCarthy
                                   Attorneys for Plaintiff

14                                    VERIGY US, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2