1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge:  Honorable Howard R. Lloyd<br>Ctrm:    2<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:           None Set |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

Now before the Court is Verigy's Administrative Motion For Leave To File Documents Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Colin G. McCarthy filed therewith, the Court finds there to be good cause for granting Plaintiff's request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interest that overcomes the right of public access to the record in the following documents:

    a. Portions of Verigy's Notice of Motion, Memorandum of Points and Authorities ("MPA"), and Motion to Compel Production of Documents from Silicon Test Systems Inc. in Response to Verigy's 4th Set of Requests for Production ( collectively "MCP on 4th RFP");

    b. Exhibits A, C, and D to the Declaration of Colin G. McCarthy in support of MCP on 4th RFP;

    c. Portions of Verigy's Notice of Motion, MPA, and Motion to Compel Discovery Responses from STS, Inc. Re 2nd Set of Interrogatories and 1st Set of Requests for Admissions (collectively "MCP on Interrogatories and RFAs");

    d. Exhibits A, B, C and D to the Declaration of Colin G. McCarthy in support of MCP on Interrogatories and RFAs;

    e. Exhibits G and H to the Declaration of Colin G. McCarthy in Support of Verigy's Notice of Motion and Motion to Compel Production of Documents from Defendants in Response to 3rd & 5th Sets of Requests for Production. ("MCP on 3rd & 5th RFP").

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

1   (5) No less restrictive means exist to achieve this overriding interest.

2   //

3

4   IT IS THEREFORE ORDERED that Verigy's Motion for Leave to File Documents Under

5   Seal is GRANTED.

6   **IT IS SO ORDERED.**

7   Dated: _____, 2008

8                                                    _____
                                                     Honorable Howard R. Lloyd
9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL          CASE NO. C07 04330 RMW (HRL)