1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>              Plaintiff,<br><br>  vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>              Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**VERIGY'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:  Hon. Ronald M. Whyte<br>Ctrm.:  6, 4th Fl.<br><br>Complaint Filed:  August 22, 2007<br>Trial Date:  None Set |

1    Pursuant to Civil Local Rules 7-11(a) and 79-5(b), plaintiff Verigy U.S., Inc. ("Plaintiff"
2 or "Verigy") requests that the following materials be filed under seal, because they contain
3 confidential information that is protected by the Stipulated Protective Order entered by the Court
4 on August 29, 2007.  The documents submitted under seal include:
5    1.    Portions of Verigy Inc.'s Motion for Summary Adjudication of its First Claim for
6 Relief for Breach of Contract and Twelfth Claim for Relief for Declaratory Relief; Memorandum
7 of Points and Authorities (the "MSA"); and
8    2.    Exhibits B, C, D, E, F, G, H, K, L, M, N, O, P, Q, R, and S to the Declaration of
9 Michael W. Stebbins in support of Verigy Inc.'s Motion for Summary Adjudication of its First
10 Claim for Relief for Breach of Contract and Twelfth Claim for Relief for Declaratory Relief.
11    These materials (hereafter "the Materials") each disclose information that has been
12 designated as "Highly Confidential—Attorneys' Eyes Only" (portions of the MSA and Exhibits B,
13 C, D, E, F, G, H, K, N, O, Q, R, and S to the Declaration of Michael W. Stebbins) or (portions of
14 the MSA and Exhibits L, M, and P to the Declaration of Michael W. Stebbins) by the parties under
15 the protective order, without objection to those designations (although Verigy reserves its rights to
16 challenge such designations pursuant to the Stipulated Protective Order).  Although the
17 information in the Materials has been designated as protected from disclosure under the Protective
18 Order, Verigy relies on this information in support of its MSA.  The parties' confidentiality
19 interest therefore overcomes the right of public access to the record, as a substantial probability
20 exists that the parties' overriding confidentiality interest will be prejudiced if the record is not
21 sealed.  Further, the proposed sealing is narrowly tailored and no less restrictive means exist to
22 achieve this overriding interest.
23    Pursuant to Local Civil Rule 79-5(b)-(c), Verigy therefore lodges the Materials with this
24 Court, and respectfully requests leave to file the aforementioned documents under seal.

25 Dated:  September 12, 2008          BERGESON, LLP

26                      By:_____/s/_____
                               Colin G. McCarthy
27
                           Attorneys for Plaintiff
28                         VERIGY US, INC.

1

VERIGY'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL                         CASE NO. C07 04330 RMW (HRL)