1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
4  COLIN G. MCCARTHY, Bar No. 191410
   cmcarthy@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>                    Plaintiff,<br><br>     vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**[proposed] ORDER GRANTING VERIGY'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:   Hon. Ronald M. Whyte<br>Ctrm.:    6, 4th Fl.<br><br>Complaint Filed:    August 22, 2007<br>Trial Date:             None Set |

1  Now before the Court is Verigy's Administrative Motion for Leave to File Documents
2  Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under
3  Seal and the supporting declaration of Colin G. McCarthy filed therewith, the Court finds good
4  cause for granting Verigy's request to file documents under seal. The Court finds that:

5    (1) The parties possess overriding confidentiality interest that overcomes the
6        right of public access to the record in the following documents:
7    (2) Portions of Verigy Inc.'s Motion for Summary Adjudication of its First
8        Claim for Relief for Breach of Contract and Twelfth Claim for Relief for
9        Declaratory Relief; Memorandum of Points and Authorities (the "MSA");
10       and
11   (3) Exhibits B, C, D, E, F, G, H, K, L, M, N, O, P, Q, R, and S to the
12       Declaration of Michael W. Stebbins in support of Verigy Inc.'s Motion for
13       Summary Adjudication of its First Claim for Relief for Breach of Contract
14       and Twelfth Claim for Relief for Declaratory Relief
15   (4) The parties' overriding confidentiality interests support sealing the record;
16   (5) A substantial probability exists that the parties' overriding confidentiality
17       interest will be prejudiced if the record is not sealed;
18   (6) The proposed sealing is narrowly tailored; and
19   (7) No less restrictive means exist to achieve this overriding interest.

20  IT IS ORDERED that Verigy's Motion for Leave to File Documents Under Seal is
21  GRANTED.
22  SO ORDERED.

23  Dated: _____, 2008    _____
24                                                                 Hon. Ronald M. Whyte
                                                               UNITED STATES DISTRICT JUDGE

25
26
27
28

1

[proposed] ORDER GRANTING VERIGY'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL    CASE NO. C07 04330 RMW (HRL)