1    DANIEL J. BERGESON, Bar No. 105439                    **PUBLIC VERSION**
     dbergeson@be-law.com
2    MELINDA M. MORTON, Bar No. 209373
     mmorton@be-law.com
3    MICHAEL W. STEBBINS, Bar No. 138326
     mstebbins@be-law.com
4    BERGESON, LLP
     303 Almaden Boulevard, Suite 500
5    San Jose, CA 95110-2712
     Telephone: (408) 291-6200
6    Facsimile: (408) 297-6000

7    Attorneys for Plaintiff
     VERIGY US, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13   VERIGY US, INC, a Delaware Corporation,    Case No. C07 04330 RMW (HRL)

14                        Plaintiff,            **DECLARATION OF MICHAEL W.
                                                STEBBINS IN SUPPORT OF PLAINTIFF
15        vs.                                   VERIGY INC.'S MOTION FOR
                                                SUMMARY ADJUDICATION OF ITS
16   ROMI OMAR MAYDER, an individual;           FIRST CLAIM FOR RELIEF FOR
     WESLEY MAYDER, an individual; SILICON      BREACH OF CONTRACT AND
17   TEST SYSTEMS, INC., a California Corporation; TWELTH CLAIM FOR RELIEF FOR
     and SILICON TEST SOLUTIONS, LLC, a         DECLARATORY RELIEF**
18   California Limited Liability Corporation,
     inclusive,                                 Date:    October 17, 2008
19                                              Time:    9:00 am
                         Defendants.            Ctrm.:   6, 4th Fl.
20                                              Judge:   Hon. Ronald M. Whyte

21
                                                Complaint Filed:  August 22, 2007
22                                              Trial Date:       None Set

23
     AND RELATED CROSS ACTIONS
24

25               **DOCUMENT SUBMITTED UNDER SEAL**

26           **HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

27            **PURSUANT TO STIPULATED PROTECTIVE ORDER**

28

1    I, Michael W. Stebbins, declare as follows:

2    1.    I am an attorney licensed to practice law before all of the Courts of the State of

3    California.  I am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff

4    Verigy US, Inc., in the above-captioned action (the "Action").  I have personal knowledge of the

5    facts set forth in this Declaration, and, if called to do so, I could and would competently testify

6    thereto.

7    2.    Attached hereto as Exhibit A is a true and correct copy of a page printed out from

8    Verigy's website.

9    3.    Attached hereto as Exhibit B is a true and correct copy of Verigy's corrected

10    verified response to interrogatory 21, dated August 13, 2008.

11    4.    Attached hereto as Exhibit C is a true and correct copy of excerpts from the

12    deposition transcript of Silicon Test Systems 30(b)(6) deponent, Romi Mayder, dated August 21,

13    2008.

14    5.    Attached hereto as Exhibit D is a true and correct copy of a document produced in

15    discovery in its native format, files labeled VER262136-VER262138.

16    6.    Attached hereto as Exhibit E is a true and correct copy of a document produced in

17    discovery in its native format, files labeled VER250292-VER250293.

18    7.    Attached hereto as Exhibit F is a true and correct copy of a document produced in

19    discovery, numbered VER04414-VER04444.

20    8.    Attached hereto as Exhibit G is a true and correct copy of a document produced in

21    discovery and marked as deposition Exhibit 21 to the Leventhal deposition on October 4, 2007,

22    numbered VER01151-VER01154.

23    9.    Attached hereto as Exhibit H is a true and correct copy of a document produced in

24    discovery, labeled VER02691-VER02692.

25    10.    Attached hereto as Exhibit I is a true and correct copy of domain name registration

26    information for "silicontests.com" printed from networksolutions.com, numbered VER00003-

27    VER00004.

28    //

- 1 -

DECLARATION OF MICHAEL W. STEBBINS ISO PLAINTIFF VERIGY INC.'S MOTION FOR SUMMARY
ADJUDICATION OF ITS 1ST & 12H CLAIMS FOR RELIEF    Case No. C07 04330 RMW (HRL)

1    11.    Attached hereto as Exhibit J is a true and correct copy of the corporate status for

2  Silicon Test Solutions, LLC, printed from the California Secretary of State's website showing a

3  registration date of September 8, 2006, labeled VER00006.

4    12.    Attached hereto as Exhibit K is a true and correct copy of excerpts from the

5  deposition transcripts of Romi Mayder Volumes 1-3, dated Septermber 26, 2007, October 11,

6  2007, and November 9, 2007.

7    13.    Attached hereto as Exhibit L is a true and correct copy of a document produced in

8  discovery and marked as deposition Exhibit 29 to the Mayder deposition on October 11, 2007,

9  numbered VER00026-VER00029.

10    14.    Attached hereto as Exhibit M is a true and correct copy of a document produced in

11  discovery and marked as deposition Exhibit 30 to the Mayder deposition on October 11, 2007,

12  numbered VER00044-VER00055.

13    15.    Attached hereto as Exhibit N is a true and correct copy of a document produced in

14  discovery by Honeywell International Inc. and marked as Exhibit 193 to the Straube deposition on

15  August 14, 2008, labeled HW000080-HW000085.

16    16.    Attached hereto as Exhibit O is a true and correct copy of documents produced in

17  discovery by Chris Straube and marked as Exhibits 149 and 150 to the Straube deposition on July

18  31, 2008.

19    17.    Attached hereto as Exhibit P is a true and correct copy of a document produced in

20  discovery and marked as deposition Exhibit 33 to the Mayder deposition on October 11, 2007,

21  numbered VER01336-VER01337

22    18.    Attached hereto as Exhibit Q is a true and correct copy of the Declaration of Romi

23  Mayder, dated October 11, 2007.

24    19.    Attached hereto as Exhibit R is a true and correct copy of a document produced in

25  discovery, labeled SITES012941-SITES012944.

26  //

27  //

28  //

- 2 -

1      20.     Attached hereto as Exhibit S is a true and correct copy of a document produced in

2  discovery, numbered SITES051347.

3      I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct and that this declaration was executed this 12th day of September

5  2008 at San Jose, California.

Michael W. Stebbins

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL W. STEBBINS ISO PLAINTIFF VERIGY INC.'S MOTION FOR SUMMARY
ADJUDICATION OF ITS 1ST & 12H CLAIMS FOR RELIEF     Case No. C07 04330 RMW (HRL)

# EXHIBIT A



## VERIGY

Login | Registration | Contact Us     search public files   SEARCH

Solutions    Products    About Verigy    Investors    News & Events    Service & Support    Sales

**Verigy provides advanced test systems and solutions for the semiconductor industry enabling designers and manufacturers to lower cost-of-test and improve their competitiveness.**

### Highlights
**Inovys Silicon Debug Solution**
Rapidly detect, diagnose, and visualize electrical failures on complex SOC devices.
More...

**VOICE 2008**
Join the annual conference of V93000 SOC and V5000 Memory Users, including papers, presentations, roundtables, and a supplier expo.
More...

### Products
SoC/SIP
Design for Test (DfX)
High Speed Memory
Memory

### Solutions
Port Scale RF
Nanoelectronics Digital
Consumer Mixed Signal
Inovys Silicon Debug

### News
**Verigy to Present at the Bank of America...**
Verigy announced a presentation scheduled for Wednesday, September 17, 2008...
More...

**Verigy Announces Analyst Event...**
Verigy announced its Analyst Event scheduled for Monday, October 6, 2008...
More...

### Events
**VOICE 2008**
The Annual Conference of V93000 SOC and V5000 Series Users and Partners.
More...

### Quick Links
Careers
Investor Information
Locations
Our History
News
Partner Alliances

SITEMAP | PRIVACY STATEMENT | TERMS OF USE | CONTACT WEBMASTER | CONTACT VERIGY | © VERIGY LTD. 2006-2008

http://www.verigy.com/portal/page/portal/Public9/11/2008

# EXHIBIT B

# EXHIBIT B

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT C

# EXHIBIT C

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT D

# EXHIBIT D

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT E

# EXHIBIT E

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT F

## HIGHLY CONFIDENTIAL

## FILED UNDER SEAL

# EXHIBIT F

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT G

# EXHIBIT G

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT H

# EXHIBIT H

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT I

# NetworkSolutions.

Login

Customer Service    Your cart is empty
Call us toll free



## WHOIS Search Results

Available silicontests extensions:

.net .org .us .mobi .info .biz .de .tv .co.uk .eu
☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

Order Selected Domain(s) »

√10 Let us take you to the top of major search engines!

Guaranteed top ten placement »| Save Now!

### WHOIS Record For



**silicontests.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Visit AboutUs.org for more information about SILICONTESTS.COM AboutUs: SILICONTESTS.COM

**Registrant:**
Mayder, Romi

ATTN: SILICONTESTS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

Domain Name: SILICONTESTS.COM

**Administrative Contact :**
Mayder, Romi
t87uv2rz2je@networksolutionsprivateregistration.com
ATTN: SILICONTESTS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Technical Contact :**

Learn the Secrets of **Search Engine Optimization**

Attend our SEO Seminar

Learn More »

Search Engines

TOP SECRET

VER00003

Mayder, Romi
t87uv2rz2je@networksolutionsprivateregistration.com
ATTN: SILICONTESTS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

Record expires on 15-Jun-2009
Record created on 15-Jun-2006
Database last updated on 30-Oct-2006

Search »

Domain servers in listed order:                    Manage DNS

NS15.WORLDNIC.COM                                 205.178.190.8
NS16.WORLDNIC.COM                                 205.178.189.8

This listing is a Network Solutions Private Registration. Mail correspondence to this
address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will
not be processed. Be sure to include the registrant's domain name in the address.

 Show underlying registry data for this record

Current Registrar: NETWORK SOLUTIONS, LLC.
IP Address:        205.178.145.65 (ARIN & RIPE IP search)
IP Location:       US(UNITED STATES)-VIRGINIA-HERNDON
Record Type:       Domain Name
Server Type:       Apache 2
Lock Status:       clientTransferProhibited
Web Site Status:   Active
DMOZ               no listings
Y! Directory:      see listings
Secure:            No
E-commerce:        No
Traffic Ranking:   Not available
Data as of:        09-Jul-2007

Go »

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name
○ NIC Handle
○ IP Address

Search »


Need to get your business
online?
Our professional designers


PerformanceClicks™ from
Network Solutions
Create and manage your pay

 can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go ⟫ per click advertising from as low as $125/month plus $99 one time set-up fee

   "An outstanding customer service experience" J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

VER00005

# EXHIBIT J

# California Business Portal

**Secretary of State DEBRA BOWEN**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

Business Search
LP/LLC

Printer Friendly Page
New Search
Search Tips
Field Definitions
Status Definitions
LLC Name Availability
LP Name Availability
Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports
LLC FAQS
LP FAQS
LLC Main Page
LP Main Page
Site Search

**Limited Partnerships/Limited Liability Companies** **LP/LLC**

The information displayed here is current as of "Aug 17, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| SILICON TEST SOLUTIONS, LLC | | |
| Number: 200625510210 | Date Filed: 9/8/2006 | Status: active |
| Jurisdiction: CALIFORNIA | | |
| Address | | |
| 1331 SIERRA AVE | | |
| SAN JOSE, CA 95126 | | |
| Agent for Service of Process | | |
| DANIEL E. HANLEY | | |
| 1091 LINCOLN AVENUE | | |
| SAN JOSE, CA 95125 | | |

Printer Friendly

**New Search**

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **Business Entities Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**.

Copyright ©2001 California Secretary of State. Privacy Statement.

VER00006

# EXHIBIT K

# EXHIBIT K

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT L

# EXHIBIT L

# EXHIBIT M

# EXHIBIT M

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT N

# EXHIBIT N

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT O

# EXHIBIT O

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT P

# EXHIBIT P

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT Q

# EXHIBIT Q

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT R

# EXHIBIT R

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

# EXHIBIT S

# EXHIBIT S

# HIGHLY CONFIDENTIAL

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL