| | |
|---|---|
| 1  DANIEL J. BERGESON, Bar No. 105439<br>dbergeson@be-law.com | **PUBLIC VERSION** |
| 2  MELINDA M. MORTON, Bar No. 209373<br>mmorton@be-law.com | |
| 3  MICHAEL W. STEBBINS, Bar No. 138326<br>mstebbins@be-law.com | |
| 4  COLIN G. MCCARTHY, Bar No. 191410<br>cmcarthy@be-law.com | |
| 5  BERGESON, LLP | |
|    303 Almaden Boulevard, Suite 500 | |
| 6  San Jose, CA 95110-2712 | |
|    Telephone: (408) 291-6200 | |
| 7  Facsimile:  (408) 297-6000 | |

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>ROMI OMAR MAYDER, an individual;<br>WESLEY MAYDER, an individual; SILICON<br>TEST SYSTEMS, INC., a California Corporation;<br>and SILICON TEST SOLUTIONS, LLC, a<br>California Limited Liability Corporation,<br>inclusive,<br><br>           Defendants.<br><br>AND REALTED COUNTERCLAIMS. | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING<br>VERIGY'S MOTION FOR SUMMARY<br>ADJUDICATION OF ITS 1ST CLAIM<br>FOR RELIEF FOR BREACH OF<br>CONTRACT AND 12TH CLAIM FOR<br>RELIEF FOR DECLARATORY RELIEF** |

**DOCUMENT SUBMITTED UNDER SEAL**

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

**PURSUANT TO STIPULATED PROTECTIVE ORDER**

1   The Motion by Plaintiff Verigy US, Inc. ("Verigy"), for summary adjudication of liability
2   of its First Claim for Relief for Breach of Contract as against Romi Mayder, and for partial
3   summary adjudication of its Twelfth Claim for Relief for Declaratory Relief with regard to the
4   ▮▮▮▮▮ technology as against Romi Mayder, came on regularly for hearing before the undersigned
5   on October 17, 2008, at 9:00 a.m., in Courtroom 6 of the above-entitled Court.  This Court having
6   read and considered the moving and opposition papers, and heard the oral arguments of respective
7   counsel, and it appearing that there are no genuine issues of material fact in dispute to be tried with
8   respect such claims for relief.
9   IT IS HEREBY ORDERED that:  (1) Verigy's motion for summary adjudication of
10  liability on its First Claim for Relief for Breach of Contract as against Romi Mayder is
11  GRANTED.  The Court specifically finds based on the undisputed facts that Romi Mayder
12  breached the Agreement Regarding Confidential Information and Proprietary Developments
13  ("ARCIPD") that he entered into with his former employer, Verigy.  Thus, there do not exist any
14  genuinely disputed issue of material fact to be tried as to the First Claim for Relief for Breach of
15  Contract except as to the amount of Verigy's damages.  (2) Verigy's motion for partial summary
16  adjudication on its Twelfth Claim for Declaratory Relief against all defendants is also GRANTED.
17  IT IS HEREBY DECLARED, ADJUDGED AND DECREED that Verigy is the legal
18  owner of (a) the so-called ▮▮▮▮▮ marketed by defendant Silicon Test Systems, Inc., (b) the
19  Picasso ASIC provisional patent application filed with the United States Patent and Trademark
20  Office on or about September 29, 2006, and (c) any related intellectual property developed during
21  Romi Mayder's employment with Verigy (collectively, the "**Verigy Material**"), because the
22  development of the **Verigy Material** occurred during Romi Mayder's employment with Verigy
23  and resulted from research and development he performed for Verigy.  Romi Mayder was
24  contractually obligated to assign the **Verigy Material** to Verigy pursuant to the express terms of
25  the ARCIPD.
26  SO ORDERED.
27  Dated: _____, 2008    _____
        Hon. Ronald M. Whyte
28      UNITED STATES DISTRICT JUDGE

- 1 -

[proposed] ORDER GRANTING VERIGY'S MOTION FOR SUMMARY
ADJUDICATION OF ITS 1ST AND 12TH CLAIM FOR RELIEF          Case No. C07 04330 RMW (HRL)