| | |
|---|---|
| 1 | DANIEL J. BERGESON, Bar No. 105439 |
| | dbergeson@be-law.com |
| 2 | MELINDA M. MORTON, Bar No. 209373 |
| | mmorton@be-law.com |
| 3 | MICHAEL W. STEBBINS, Bar No. 138326 |
| | mstebbins@be-law.com |
| 4 | COLIN G. MCCARTHY, Bar No. 191410 |
| | cmcarthy@be-law.com |
| 5 | BERGESON, LLP |
| | 303 Almaden Boulevard, Suite 500 |
| 6 | San Jose, CA 95110-2712 |
| | Telephone: (408) 291-6200 |
| 7 | Facsimile: (408) 297-6000 |

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Hon. Ronald M. Whyte<br>Ctrm.: 6, 4th Fl.<br><br>Complaint Filed: August 8, 2008<br>Trial Date: None Set |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

CERTIFICATE OF SERVICE
CASE NO. C07 04330 RMW (HRL)

1  CERTIFICATE OF SERVICE

2  I declare as follows:

3  I am an employee in Santa Clara County, the county in which the service described below

4  occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I

5  am over the age of eighteen (18) years and am not a party to the cause for which I am serving the

6  document(s) named below.

7  On September 12, 2008, I served the within:

8  **VERIGY'S MOTION FOR SUMMARY ADJUDICATION OF ITS 1ST CLAIM FOR RELIEF FOR BREACH OF CONTRACT AND 12TH CLAIM FOR RELIEF FOR**
9  **DECLARATORY RELIEF –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER;*

10

11  **DECLARATION OF MICHAEL W. STEBBINS IN SUPPORT OF VERIGY'S MOTION FOR SUMMARY ADJUDICATION OF ITS 1ST CLAIM FOR RELIEF FOR BREACH**
12  **OF CONTRACT AND 12TH CLAIM FOR RELIEF FOR DECLARATORY RELIEF –** *SUMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO STIPULATED*
13  *PROTECTIVE ORDER***;**

14  **[PROPOSED] ORDER GRANTING VERIGY'S MOTION FOR SUMMARY ADJUDICATION OF ITS 1ST CLAIM FOR RELIEF FOR BREACH OF CONTRACT**
15  **AND 12TH CLAIM FOR RELIEF FOR DECLARATORY RELIEF**

16  on the parties below by placing a true copy thereof in a sealed envelope and served same as

17  follows:

18  __X__   BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed
19           below. FRCP Title II, §5(b)(2)(D).

20  **ATTORNEYS FOR DEFENDANTS**
    **ROMI O. MAYDER, WESLEY MAYDER,**
21  **SILICON TEST SYSTEMS, INC.**
    Jack Russo, Esq.
22  John Kelley, Esq.
    Tim Hale, Esq.
23  Russo & Hale LLP
    401 Florence Street
24  Palo Alto, CA 94301
    Ph: 650.327.9800
25  Fax: 650.327.3737
    jrusso@computerlaw.com
26  jkelley@computerlaw.com
    thale@computerlaw.com
27

28

1
CERTIFICATE OF SERVICE
CASE NO. C07 04330 RMW (HRL)

1 | I declare under penalty of perjury that the foregoing is true and correct, and that this
2 | declaration was executed on September 12, 2008, at San Jose, California.

/s/<br>
Gail Simmons