1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
           thale@computerlaw.com
6          jkelley@computerlaw.com

7  Attorneys for Defendants and Counterclaimants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS, LLC and WESLEY
   MAYDER

9
                    IN THE UNITED STATES DISTRICT COURT
10
                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | VERIGY US, INC., a Delaware Corporation,   | Case No. 5:07-cv-04330-RMW (HRL)
14 |                    Plaintiff,              | **DECLARATION OF DR. RICHARD A.
   |                                            | BLANCHARD IN SUPPORT OF MOTION
15 |          v.                                | FOR SUMMARY JUDGMENT**
16 | ROMI MAYDER, an individual; WESLEY         | Judge:  Hon. Ronald M. Whyte
   | MAYDER, an individual; SILICON TEST        | Date:   October 17, 2008
17 | SYSTEMS, INC., a California Corporation;   | Time:   9:00 a.m.
   | and SILICON TEST SOLUTIONS, LLC, a         | Dept.:  6
18 | California Limited Liability Corporation,
   | inclusive,                                 | Complaint Filed: August 22, 2007
19 |                                            | Trial Date: December 8, 2008 (jury trial)
   |                                            | (Defendants have elected to reserve their jury
20 |                    Defendants.             | trial rights under F.R.C.P., Rule 38)

21

22  AND RELATED CROSSCLAIMS.

23

24
                **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
25
                      **DOCUMENT SUBMITTED UNDER SEAL**
26

27

28

---

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**Dr. Blanchard Decl. re Mot. Summ Judg.**          **Case No. 5:07-cv-04330-RMW (HRL)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION DESIGNATED

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# UNDER STIPULATED PROTECTIVE ORDER