# EXHIBIT 9

Case 5:07-cv-04330-RMW     Document 323-8     Filed 09/12/2008     Page 1 of 2

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Under Stipulated Protective Order