# EXHIBIT 16

Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Under Stipulated Protective Order