# EXHIBIT 17

Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Under Stipulated Protective Order