# EXHIBIT 18

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Under Stipulated Protective Order