# EXHIBIT 21

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

## Under Stipulated Protective Order