| | | |
|---|---|---|
| 1 | JACK RUSSO (State Bar No. 96068)<br>TIM C. HALE (State Bar No. 114905)<br>JOHN KELLEY (State Bar No. 100714)<br>RUSSO & HALE LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>Telephone: (650) 327-9800<br>Facsimile: (650) 327-3737<br>Email: jrusso@computerlaw.com | **PUBLIC VERSION** |

Attorneys for Defendants
WESLEY MAYDER
ROMI MAYDER
SILICON TEST SOLUTIONS LLC
SILICON TEST SYSTEMS INC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**DECLARATION OF ROMI MAYDER IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>**Date: October 17, 2008<br>Time: 9:00 a.m.<br>Ctrm: 6<br>Before the Hon. Ronald Whyte**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |

Contains Material Designated

**HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

Under Stipulated Protective Order

Document Filed Under Seal

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ᴿᴹ

R. Mayder Decl. Supp. TRO      Case No. 5:07-cv-04330-RMW (HRL)

1  I, Romi Mayder, declare under penalty of perjury as follows:

2  1. The matters stated herein are true and correct of my personal knowledge, unless stated on information and belief, which matters I believe to be true. I could and would competently testify to the matters set forth herein if called as a witness.

2. [redacted]

3. [redacted]

27 //

28 //

USSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

R. Mayder Decl. Supp. TRO     1     Case No. 5:07-cv-04330-RMW (HRL)

1. 4. ███████████████████████████
2. ███████████████████████████████
3. ███████████████████████████████
4. ████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on September 12, 2008 in San Jose, California.

_____
Romi Mayder

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**R. Mayder Decl. Supp. TRO**    2    **Case No. 5:07-cv-04330-RMW (HRL)**