1  4. [redacted]
2  [redacted]
3  [redacted]
4  [redacted]

5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct. This declaration is executed on September 12, 2008 in San Jose,
7  California.

*/s/ Romi Mayder*
Romi Mayder