1
2
3
4 The [redacted], as described in the patent application US20070247140, was really an attempt to
5 sell Verigy's NOR focused test systems for NAND applications by increasing the throughput of
6 NAND devices and thereby making the Verigy's test system cheaper for testing NAND devices.
7 Now, Verigy US Inc. has a competitive problem. The Flash Enhancer directly targets NOR
8 applications (an application that the [redacted] could not address.) [redacted]
9 [redacted] while STS pays only $100 US dollars
10 for each Flash Enhancer stand alone ASIC. Spending a few million dollars for litigation to slow
11 STS down for a few quarters makes good business sense for Verigy US. Inc. Attached as Exhibit
12 P is true and correct copy of the Final Test Report April 2008 issue. On page 3, the editor
13 discusses this current competitive litigation.
14   33.   On information and belief, and for the reasons identified in this declaration, I do not
15 believe that I have breached my duty of loyalty to Verigy and I do not believe that I have accessed
16 any Verigy computer systems without proper authorization.
17   I declare under penalty of perjury under the laws of the United States of America that the
18 foregoing is true and correct. This declaration is executed on September 9, 2008 in San Jose,
19 California.

*Romi Mayder*

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com

R. Mayder Decl. Supp. Opp. Pl.'s Mot. Summ. Adj   10   Case No. 5:07-cv-04330-RMW (HRL)