# EXHIBIT L

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Under Stipulated Protective Order

# EXHIBIT M

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Under Stipulated Protective Order

# EXHIBIT N

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Under Stipulated Protective Order

# EXHIBIT O

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

## Under Stipulated Protective Order

# EXHIBIT P

# Exhibit Designated

# CONFIDENTIAL

# Under Stipulated Protective Order