1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for Defendants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS LLC, and WESLEY
   MAYDER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-cv-04330-RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGEMENT ON PLAINTIFF'S SECOND CLAIM FOR RELIEF AND DEFENDANTS FIRST AND SECOND COUNTERCLAIMS AND GRANTING TRO; [PROPOSED] TEMPORARY RESTRAINING ORDER**<br><br>**Before: Judge Ronald Whyte**<br>**Ctrm:　6**<br>**Date:　October 17, 2008**<br>**Time:　9:00 a.m.**<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

[Proposed] Order Granting Partial Summary
Judgment and TRO

Case No. 5:07-cv-04330-RMW (HRL)

      Defendants' motions for partial summary judgment and for a TRO and preliminary injunction came on regularly for hearing at the above-referenced time and date. Counsel for all parties appeared. Good cause appearing therefor, and satisfactory proof having been made, it is hereby ORDERED:

      1.     Pursuant to F.R.Civ.P. 56, partial summary judgment as to Verigy US, Inc.'s ("<u>Verigy</u>") Second Claim for Relief for trade secret misappropriation and the First and Second Counterclaims is hereby GRANTED in favor of Romi Mayder, Wesley Mayder, Silicon Test Systems, Inc. ("<u>STS</u>") and Silicon Test Solutions, LLC (collectively, "<u>Defendants</u>"), on the grounds that Verigy's second claim for relief is not actionable against Defendants because Verigy's alleged trade secrets Verigy (a) are not actual trade secrets under California law and (b) have not been misappropriated by Defendants.

      2.     Pursuant to F.R.Civ.P. 65, the Court finds that, absent a temporary restraining order granted without further notice, Defendants are likely to suffer irreparable harm, including harm to STS's competitive position, loss of future sales, and loss of goodwill in the marketplace, and, good cause appearing therefor, IT IS FURTHER HEREBY ORDERED THAT:

      A.     Verigy as well as its agents, servants, employees, attorneys, and any other persons in active concert or participation with them, including, without limitation, any customers, potential customers, employees, contractors, shareholders, officers, or directors of Verigy, who receive actual notice of this Temporary Restraining Order, by personal service or otherwise, are hereby restrained and enjoined, from directly or indirectly falsely threatening any actual or potential employees, contractors, stakeholders, vendors, customers, or lenders of STS with trade secret litigation;

      B.     This Temporary Restraining Order is entered on _____, 2008 at _____ __. m. and shall expire on _____, 2008 at _____ __. m unless prior to that date and time, this Temporary Restraining Order is vacated or extended by this Court for good cause shown, or unless all of the parties to this action stipulate in writing to extend or vacate this Temporary Restraining Order, any such stipulation being subject to approval by this Court;

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

[Proposed] Order Granting Summary
Judgment and Preliminary Injunction

1

Case No. 5:07-cv-04330-RMW (HRL)

C.  Pursuant to Civil Local Rule 65-1(c), Verigy is further hereby ordered to appear and show cause why a preliminary injunction should not be entered against Verigy and others acting in concert with Verigy concerning all of the matters contained in this Temporary Restraining Order, and such Order to Show Cause hearing shall take place before this Court on _____, 2008 at _____ __.m., unless otherwise ordered by this Court; with respect to such Order to Show Cause hearing, (1) Defendants shall serve a copy of this Temporary Restraining Order and all supporting papers on counsel for Verigy by 5:00 p.m. on _____, 2008, (2) Verigy shall file and serve on counsel for Defendants any opposition to the issuance of a preliminary injunction concerning all of the matters contained in this Temporary Restraining Order by 5:00 p.m. on _____, 2008, and (3) Defendants shall file and serve on counsel for Verigy any reply or supplemental papers in support of Defendants motion for a preliminary injunction by 5:00 p.m. on _____, 2008; and

D.  Pursuant to F.R.Civ.P.65(c), this Temporary Restraining Order shall be subject to, and is effective upon, Defendants' giving to the Clerk of this Court on or before _____, 2008 security in the form of a surety bond, undertaking, or deposit according to law in the amount of ten thousand dollars and no cents ($10,000.00).

**IT IS SO ORDERED.**

**Dated: _____, 2008**                    **By: _____**
                                                  **Honorable Ronald M. Whyte**
                                                  **United States District Judge**

---

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ℠

**[Proposed] Order Granting Partial Summary Judgment and TRO**     Defs.' MSJ re Trade Secrets     2