1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  JOHN KELLEY (State Bar No. 100714)
   RUSSO & HALE LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
5  Email: jrusso@computerlaw.com
          thale@computerlaw.com
6         jkelley@computerlaw.com

7  Attorneys for Defendants and Counterclaimants
   ROMI MAYDER, SILICON TEST SYSTEMS, INC.,
8  SILICON TEST SOLUTIONS, LLC and WESLEY
   MAYDER

9
                      IN THE UNITED STATES DISTRICT COURT
10
                   IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                                  SAN JOSE DIVISION
12

| | |
|---|---|
| 13  VERIGY US, INC., a Delaware Corporation, | Case No. 5:07-cv-04330-RMW (HRL) |
| 14                Plaintiff, | **DECLARATION OF CHRISTOPHER SARGENT** |
| 15           v. | |
| 16  ROMI MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive, | Judge: Hon. Ronald M. Whyte<br>Date: October 17, 2008<br>Time: 9:00 a.m.<br>Dept.: 6<br><br>Complaint Filed: August 22, 2007<br>Trial Date: December 8, 2008 (jury trial)<br>(Defendants have elected to reserve their jury trial rights under F.R.C.P., Rule 38) |
| 20                Defendants. | |
| 22  AND RELATED CROSSCLAIMS. | |

24
25              **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

                         **DOCUMENT SUBMITTED UNDER SEAL**
26
27
28

1  I, Chris Sargent, do hereby declare under penalty of perjury under the laws of the State of
2  California as follows:
3  1.  I am an associate at the law firm of Russo & Hale and represent Defendants in the
4  above referenced matter. I am a member of the State Bar of California in good standing. I make
5  the statements herein based upon my personal knowledge, except where set forth on information
6  and belief, which statements I believe to be true, and could and would competently testify thereto if
7  called upon as a witness.
8  2.  Attached hereto as Exhibit 1 is a true and correct copy of ▓▓▓▓▓
9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
10  3.  Attached hereto as Exhibit 2 is a true and correct copy of the ▓▓▓▓
11  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12
13  I declare under penalty of perjury under the law of the State of California and under the
14  laws of the United States of America that the foregoing statements are true and correct of my
15  personal knowledge and that this Declaration was entered into on this 12th day of September, 2008,
16  in Palo Alto, California.

17                                              /s/  Christopher Sargent
                                                Christopher Sargent
18

# EXHIBIT 1

Case 5:07-cv-04330-RMW     Document 330     Filed 09/12/2008     Page 3 of 6

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

## Under Stipulated Protective Order

# EXHIBIT 2

# Exhibit Designated

# HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

## Under Stipulated Protective Order