# EXHIBIT 3
# 2 of 6

-5-

strued to be limited to the use of this test standard only.

An alternative embodiment includes terminals on the active probe card to which ATE can be attached. In this embodiment, the boundary-scan test circuitry operates in two modes. One which tests the integrated circuit as per the boundary-scan methodology and a second mode which makes the boundary-scan test circuitry transparent. In the second mode, the externally generated test signals pass to and from the integrated circuit under test unimpeded.

Another alternative embodiment, incorporates analog test circuitry on the active probe card to determine the ac and dc parametric characteristics of the integrated circuit.

## BRIEF DESCRIPTION OF THE DRAWINGS

Additional objects and features of the invention will be more readily apparent from the following detailed description and appended claims when taken in conjunction with the drawings, in which:

FIG 1A depicts the preferred embodiment of the invention;

FIG 1B depicts a cross sectional view of the preferred embodiment in FIG 1A.

FIGS 2 depicts a simplified, illustrative embodiment arranged for testing an 8-pin integrated circuit;

FIG 3 is a block diagram depicting the interconnections of the main functional blocks of the IEEE 1149.1 standard;

A-54691/JAS                                April 15, 1991



-6-

FIG 4 is a block diagram of a boundary-scan test integrated circuit of the preferred embodiment of the invention;

FIG 5 is a block diagram of a bi-directional cell;

5      FIG 6 shows the fuse retention chart for each available cell orientation;

FIG 7 depicts an alternative means for orienting the cells.

FIG 8 is a block diagram of a unidirectional cell;

10      FIG 9 depicts an alternative embodiment of the present invention;

FIG 10 depicts a bi-directional cell of the alternative embodiment; and

FIG 11 depicts a block diagram of a boundary-scan

15  test integrated circuit of the alternative embodiment.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIG 1A, there is shown a top view of a preferred embodiment of the present invention. The active probe card consist essentially of a circular or rectangu-

20  lar printed circuit board 102 having a centrally located circular opening 106 which provides access to the inte-grated circuit to be tested (not shown), one or more concentric rings of spaced conductive pads 103 (through connectors) surrounding the opening, and conductive traces

25  105 connecting the test circuits 108 to the conductive pads 103. A radial array of conductive probes 104, which are positioned to engage the traces of the integrated circuit under test, are attached at one end to the conduc-tive pads 103 and the distal end extends into the opening

30  106. See FIG 1B for a cross sectional view of the area surrounding the central opening. An annular ring 107 constructed of anodized aluminum, or some other non-conductive material, is positioned beneath the probes 104 to provide a fulcrum upon which the probes 104 are

A-54691/JAS                                        April 15, 1991

-7-

supported.  For added support, the probes may be epoxied
at the point of contact with the annular ring 107.

As an alternative to having probe pins as the appara-
tus to contact the integrated circuit under test, it is
5  foreseeable that the present invention would be operable
with membrane probe apparatus and other forms of probe
apparatus known in the art.  Additionally, to facilitate
high speed operation, a ground plane (not shown) may be
included on the top and/or bottom of the active probe card
10  circuit board 102.

The boundary-scan test circuitry is housed in inte-
grated circuits 108.  The arrangement of the circuit
packages is preferably symmetric about the integrated
circuit under test so that significant signal propagation
15  delays and losses are avoided.  The test circuits are
desirably positioned as near to the device under test as
is possible.  Nonetheless, it is foreseeable that for
slower circuit applications the test circuitry could be
housed in a single integrated circuit and conductive
20  traces could be arranged to carry the test signals to the
probe array.

Referring to FIG 1A, test data is supplied to the
test circuits via terminal 110 and the responses to the
test data are available at terminal 112.  The remaining
25  two ports 114 are used to supply the test circuitry with
control and clock signals.  An important feature of this
invention is that only four terminals 110, 112, 114 are
used to load data 110, control the test 114, and retrieve
output data 112 for testing an integrated circuit of any
30  pin number.

A-54691/JAS                                April 15, 1991

-8-

Many forms of test algorithms and apparatus have been
researched.  One, IEEE standard 1149.1, has come to the
forefront.  The active probe card invention, as described
herein, utilizes this new test methodology as an example
5   of the circuitry which may be incorporated into a probe
card.  However, active probe cards incorporating other,
non-standardized circuitry are foreseeable.  In fact, the
present invention can be utilized to add any form of
peripheral circuitry to test an integrated circuit.  Other
10  known applications include incorporating analog test
circuitry into the active probe card to facilitate ac and
dc parametric testing.

FIG 2 depicts the basic test circuitry arrangement
mounted upon an active probe card 200, as called for in
15  IEEE standard 1149.1.  As a simple example, the depicted
card is designed to test an eight pin integrated circuit
202.   The standard uses specially designed integrated
circuits 203 having control circuitry (not shown) and a
number of registers formed into cells 204 integrated into
20  a typical integrated circuit 203.  The standard uses
boundary-scan techniques in which a register circuit or
cell is attached to each input and output lead of the
standard integrated circuit.  The cells are indicated by
reference number 204.  The test data is loaded serially
25  from the test data generator 206 through port 208 into the
cell arrays as depicted by the heavy interconnection 210.
Each integrated circuit 203 is equipped with a bypass
register (not shown) to enable one or more integrated
circuits to be bypassed. After the cells drive the input
30  terminals of the test integrated circuit and the cells
connected to the output ports of the test integrated
circuit have stored the responses to the input signals,
the output test data is retrieved at port 211 to be
analyzed 212.  Control signals are provided to the test

A-54691/JAS                                    April 15, 1991

-9-

circuits by the control signal generator 214 via circuit
traces 216 and 218. These signals control the arrangement
and application of the data to the device under test.
Another important feature of the invention is that the
5    control signal generator 214, the test data generator 206,
and the test data analyzer 212 are each a portion of a
single personal computer 216. The operation of the test
circuitry is described in more detail with respect to
FIG 3.

10    The basic structure of the JTAG based test circuitry
300 housed in a single integrated circuit is depicted in
the block diagram of FIG 3. As noted above, implementa-
tion is completely serial in nature. The test access port
(TAP) controller 302 receives a control signal 304 and a
15    clock signal 306. An optional reset signal 308 may also
be used in some applications, but an additional electrical
contact for the reset signal must be added to the probe
card. The TAP controller 302 maps the signals 304 and 306
into a large instruction set and a number of clock sig-
20    nals, each of which are loaded into the instruction
register 310.

In operation, the test data is loaded into the test
data registers 312 which make up the boundary-scan cells
204. The sequence for loading the data from port 314 is
25    controlled by the instruction register 310. A bypass
register 316 is also provided. The bypass register 316
provides a path by which test data can be routed without
interference to the next test integrated circuit in the
series (see FIG 2). Thus, the serial system can isolate
30    and test individual integrated circuit 202 pin arrange-
ments. The bypass register 316 is selected via the
multiplexor (MUX) 318 based upon current instructions in
the instruction register and current values of the incom-

A-54691/JAS                                    April 15, 1991

/2

-10-

ing test data.  The output 320 of the MUX 318 is connected
to the test data input of the next integrated circuit 203
in the series via MUX 322.  The MUX 322 is controlled by
the TAP controller 302.  It selects either the test data
5   or the instruction data to be shifted out of the test
integrated circuit.

FIG 4 is a block diagram showing greater detail of
the test circuitry arrangement as used in the preferred
embodiment of the invention.  Each cell has an input for
10  instructions 402 (control information), an input for test
data 404, an output for test data 406, an input/output
control signal 403, a connection to a probe pin.  The
connections to probe pins vary depending upon the specific
integrated circuit under test.  To ensure versatility,
15  each cell is bi-directional to begin with.  See FIG 5 for
a bi-directional cell meeting the JTAG standard.  However,
prior to operation the cells are oriented as bi-direc-
tional, uni-directional, or tri-state to match the circuit
within the device under test to which the cell will be
20  attached.  To orient the cells, the active probe card is
driven with a specific set of high current signals to
"burn out" a number of fuses associated with each cell.
The pattern of fuses which are retained determines the
orientation of the cells.

25  The fuses $L_1$-$L_4$, shown in FIG 4, and fuse $L_5$, shown in
FIG 5, are "burned out" in a specific pattern by driving
them with a large current.  The necessary pattern for each
cell orientation is depicted in FIG 6.

30  For example, if fuses $L_2$, $L_3$, and $L_4$ are disconnected
and fuses $L_1$ and $L_5$ are retained, cell 408 becomes a
unidirectional input cell.  The retained fuse will acti-
vate buffer 440 and deactivate buffer 444, ensuring a

A-54691/JAS                                    April 15, 1991

-11-

unidirectional operation. See FIG 5. Referring to FIG 4,
the cell applies a test signal through port 412 to an
input lead of the integrated circuit under test. Another
cell, for example cell 430, may monitor the output result
5  responsive to the input drive of cell 408. As a uni-
directional output cell, fuses $L_1$ and $L_5$ are retained
causing buffer 444 to be active, while buffer 440 is
deactivated. Cell 420 has port 422 connected to a termi-
nal of the integrated circuit under test and monitors the
10  output of the integrated circuit.

It is not critical that fuses be used to determine
the orientation of the cells. This is seen as the
simplest method, but a number of shift registers can be
incorporated into the adapter circuit as part of the Test
15  Data Register to select the orientation of the cells as
instructed by the instruction register. This alternative
arrangement is depicted in FIG 7.

In summary, the test data is loaded into the cells in
a serial fashion until the proper signals are aligned with
20  the inputs of the integrated circuit. The response to
those inputs are monitored by cells at the output termi-
nals of the integrated circuit under test. This describes
utilization of uni-directionally oriented cells.
However, in some applications the associated integrated
25  circuit may utilize bi-directional input/output terminals
or have tri-state signal levels. The IEEE standard has
standardized cell circuitry for testing these kinds of
ports also.

For example, cell 430 of FIG 4 represents a bi-
30  directional cell where the signals from and to the inte-
grated circuit under test flow in both directions.
Orientation is determined by retaining fuses L3 and L5.

A-54691/JAS                                    April 15, 1991

-12-

Port 434 is attached to the integrated circuit under test.
The output enable cell 455, via contact 448, instructs the
integrated circuit under test which direction the bi-
directional pin(s) is operating.  The output enable signal
5   is generated as a test signal at cell 455 exactly as any
other test signal is passed to the integrated circuit
under test.    However, as a cell associated with an
enabling signal for the integrated circuit, the signal
will always flow in one direction; therefore, a simple
10   unidirectional cell is used.  A simple unidirectional cell
is depicted in FIG 8.

        Similarly, tri-state cells (not shown), as called for
in IEEE std. 1149.1, are selected and operated in much the
same manner as the bi-directional cell.    It too has a
15   dedicated unidirectional enabling cell 450 incorporated
into the active probe card 100.  Note that for both the
tri-state and bi-directional modes, all of the integrated
circuit input/output contacts of the same orientation are
operated in one specific state or direction at one time.
20   This is typical for integrated circuits having tri-state
or bi-directional inputs and outputs.  If, however, a
configuration is needed wherein a number of bi-directional
contacts must operate in conflicting directions at any one
time, a custom active probe card can be manufactured to
25   meet the specific demands of that integrated circuit.  One
objective of the current invention is to design the active
probe card to be flexible and user configurable in the
field.  However, as in the case of conflicting directions
or states, some applications will require customized
30   active probe cards to be constructed.  Moreover, many
standard integrated circuits do not use bi-directional or
tri-state signals; therefore, a series of probe cards may
be constructed to enable the user to orient the cells as
input or output cells only.  In an application such as

A-54691/JAS                                        April 15, 1991

-13-

this, the tri-state enable cell and the output enable cell
would not be included in the active probe card circuitry.

It is expected that an  active probe card which is to
test a 256 pin integrated circuit would require approxi-
5   mately 5000 gates to implement.  These gates, which are
used to construct the cells and control circuitry, may be
created in any of the many techniques currently used by
those skilled in the art of integrated circuit manufactur-
ing.

10   An alternative embodiment of the present invention is
depicted in FIG 9.  In this embodiment, Automatic Test
Equipment (ATE) can be attached to the active probe card
500 through ports 502 to drive each of the probe pins 504.
This embodiment of the active probe card has two modes.
15   In the boundary-scan test mode, the active probe card's
on-board test circuitry 506 will test the integrated
circuit under test as described in the foregoing text.
However, in the external test signal mode, the boundary-
scan test circuitry becomes transparent and the external
20   test signals applied to terminals 502 may pass unimpeded
to the integrated circuit under test.  The signals applied
at terminals 502 pass to the other side of the active
probe card via through ports 508.  The traces reemerge at
each integrated circuit 506 through a corresponding set of
25   through connectors 510.

To facilitate this embodiment, the configurable bi-
directional cells are of the form shown in FIG 10.  In
this embodiment, the standard test instrumentation is
attached to port 600 and probe pin is attached to port
30   602.  The configuration (direction of operation) is
oriented as discussed previously.  However, the TAP
controller generates an extra command which will instruct

A-54691/JAS                              April 15, 1991

-14-

the cell as to the mode of operation.  In the transparent
mode, the signal at port 600 is passed through the cell to
port 602, if the cell was oriented as an unidirectional
input cell.  The opposite signal flow would occur when the
5  cell is oriented as a unidirectional output cell.

FIG 11 depicts a test integrated circuit configured
to operate in both modes.  Note that the only difference
from FIG 4 is that each cell has two ports.  For example,
cell 408 is capable of driving the probe pin with a self
10  generated signal through port 412 or it can drive the
probe pin with an external test signal which is receives
from port 410.  Also note that the bi-directional enable
cell 455 now has a port which can accept signals from an
external source as well.

15  Another alternative embodiment replaces the boundary-
scan test architecture with analog circuitry.  The analog
circuitry can be utilized to test ac and dc parametric
characteristics of integrated circuits.  Alternatively,
the boundary-scan test circuits could be augmented by the
20  analog circuitry.   This arrangement would provide an
extremely versatile active probe card.

While the present invention has been described with
reference to a few specific embodiments, the description
is illustrative of the invention and is not to be con-
25  strued as limiting the invention.  Various modifications
may occur to those skilled in the art without departing
from the true spirit and scope of the invention as defined
by the appended claims.

A-54691/JAS                                  April 15, 1991

-15-

WHAT IS CLAIMED IS:

1.    An active probe card for testing an integrated circuit comprising:
    a circuit board;
    test circuitry mounted on said circuit board having a plurality of test signal ports; and
    means for conductively connecting said plurality of test signal ports to an array of connectors of the integrated circuit under test.

2.    The active probe card of Claim 1 wherein said test circuitry conforms to Institute of Electronic and Electrical Engineers standard 1149.1.

3.    The active probe card of claim 1 wherein said conductively connecting means is a plurality of conductive traces connected to said plurality of test signal ports, a conductive pad connected to each conductive trace, a probe pin having one end conductively connected to said pad and its distal end extended to establish contact with one of the connectors in said connector array of the integrated circuit under test.

4.    The active card of claim 3 wherein said circuit card defines a centrally located opening to provide access to the integrated circuit under test and said test circuitry, said conductive traces, and said conductive pads are arranged to surround said opening and said probe pin distal ends extend into said opening.

5.    The active probe card of Claim 1 wherein said test circuitry implements standardized boundary scan integrated circuit test techniques and methodology.

A-54691/JAS                              April 15, 1991

-16-

6.    The active probe card of Claim 1 wherein said test circuitry includes analog circuits to measure dc and ac parametric data of said integrated circuit under test.

7.    The active probe card of Claim 1 wherein said test circuitry further includes bi-directional cells which are user oriented to cooperate with said integrated circuit and said circuit board.

8.    The active probe card of Claim 1 wherein said test circuitry is positioned on said circuit board to maintain a short distance between the integrated circuit under test and said test circuitry.

9.    An active probe card for testing an integrated circuit comprising:
    a circuit board;
    test circuitry mounted on said circuit board having
5  a plurality of test signal ports;
    means for conductively connecting said plurality of test signal ports to an array of connectors of the integrated circuit under test;
    second connecting means for connecting external test
10 signals to said test circuitry; and
    said test circuitry further includes test signal selection means for selecting internal or external test signals to apply to said integrated circuit.

10.  The active probe card of Claim 9 wherein said test circuitry conforms to Institute of Electronic and Electrical Engineers standard 1149.1.

A-54691/JAS                                    April 15, 1991



-17-

3
11. The active probe card of claim 9 wherein said conductively connecting means is a plurality of conductive traces connected to said plurality of test signal ports, a conductive pad connected to each conductive trace, a
5   probe pin having one end conductively connected to said pad and its distal end extended to establish contact with one of the connectors in said connector array of the integrated circuit under test.

4
12. The active card of claim 11 wherein said circuit card defines a centrally located opening to provide access to the integrated circuit under test and said test circuitry, said conductive traces, and said conductive
5   pads are arranged to surround said opening and said probe pin distal ends extend into said opening.

5
13. The active probe card of Claim 9 wherein said test circuitry implements standardized boundary scan integrated circuit test techniques and methodology.

14. The active probe card of Claim 9 wherein said test circuitry includes analog circuits to measure dc and ac parametric data of said integrated circuit under test.

6
15. The active probe card of Claim 9 wherein said test circuitry further includes bi-directional cells which are user oriented to cooperate with said integrated circuit and said circuit board.

7
16. The active probe card of claim 9 wherein said test circuitry is positioned on said circuit board to maintain a short distance between the integrated circuit under test and said test circuitry.

A-54691/JAS                          April 15, 1991

*68.5878*

## DECLARATION FOR PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled <u>ACTIVE PROBE CARD</u>

the specification of which

(check one)    <u>X</u>   is attached hereto.

       _____ was filed on _____ as
       Application Serial No. _____
       and was amended on _____.
                    (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examinatio of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

Direct all telephone calls to James A. Sheridan at (415) 494-8700.

Address all correspondence to:

> FLEHR, HOHBACH, TEST
> ALBRITTON & HERBERT
> Suite 3400, Four Embarcadero Center
> San Francisco, California  94111

File No. A-54691/JAS

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or
  first inventor:          DANIEL B. D'SOUZA _____

Inventor's signature:    _____

Date:                    _____

Residence:               Santa Clara County, California _____

Citizenship:             United States of America _____

Post Office Address:     17999 Saratoga-Los Gatos Road _____

                         Monte Sereno, California   95030 _____

Print Of Drawings
As Originally Filed



FIG 1A



FIG 1B

Case 5:07-cv-04330-RMW    Document 213-1    Filed 09/12/2008    Page 18 of 31



F I G 2

Print Of Drawings
As Originally Filed



FIGURE 3



**FIGURE   4**

Print Of Drawings
As Originally Filed





FIG 5

Print Of Drawings
As Originally Filed

| FUSE | UNI IN | UNI OUT | BI | TRI |
|------|--------|---------|-----|-----|
| L1 | R | X | X | X |
| L2 | X | R | X | X |
| L3 | X | X | R | X |
| L4 | X | X | X | R |
| L5 | R | R | R | X |

R - Retain

X - Disconnect

**FIGURE 6**



FIG.  7

Print Of Drawings
As Originally Filed

07/685878



**FIGURE 8**

Print Of Drawings
As Originally Filed



FIG. 9

Print Of Drawings
As Originally Filed



F1G.10



FIGURE   11



FIG 1A



FIG 1B





FIG 2

956453
07/685878



FIGURE 3

956453
07/685878



**FIGURE 4**