# EXHIBIT 3
# 5 of 6

APPROVED | O.G. FIG. | CLASS | SUBCLASS | BY | DRAFTSMAN

| FUSE | UNI IN | UNI OUT | BI | TRI |
|------|--------|---------|----|----|
| L1 | R | X | X | X |
| L2 | X | R | X | X |
| L3 | X | X | R | X |
| L4 | X | X | X | R |
| L5 | R | R | R | X |

R — RETAIN

X — DISCONNECT

*FIG. 6*



FIG. 7





FIG. 8



FIG. 9



FIG. 10



*FIG. 11*

**PTO UTILITY GRANT**

Paper Number _13_

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*

*Bruce Lehman*

*Commissioner of Patents and Trademarks*

*Sandra D. Morton*

*Attest*

### The United States of America

PTO-1584

**Staple Issue Slip Here**

| SERIAL NUMBER (Series of 1987) 07/685878 | PATENT DATE | | PATENT NUMBER |
|---|---|---|---|

| SERIAL NUMBER 07/685,878 | FILING DATE 04/15/91 | CLASS 324 | SUBCLASS 158 P | GROUP ART UNIT 2607 | EXAMINER BURNS |
|---|---|---|---|---|---|

APPLICANTS

DANIEL B. O'SOUZA, SANTA CLARA, CA.

```
**CONTINUING DATA*********************
   VERIFIED
```
WW B.B 8/23/91

```
**FOREIGN/PCT APPLICATIONS************
   VERIFIED
```
B.B. 8/23/91

FOREIGN FILING LICENSE GRANTED 06/20/91

| Foreign priority claimed ☐ yes ☑ no | AS FILED | STATE OR COUNTRY CA | SHEETS DRWGS. 11 | TOTAL CLAIMS 16 | INDEP. CLAIMS 2 | FILING FEE RECEIVED $ 750.00 | ATTORNEY'S DOCKET NO. A-54591/JAS |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☑ no | | | | | | | |
| Verified and Acknowledged   Examiner's Initials  B.B. | | | | | | | |

ADDRESS

FLEHR, HOHBACH, TEST
ALBRITTON & HERBERT
STE. 3400, FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

TITLE   ACTIVE PROBE CARD

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | | | |
|---|---|---|---|

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claim |
| **ISSUE FEE** | | | **DRAWING** | |
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | Primary Examiner | | |
| | **ISSUE CLASSIFICATION** | | ISSUE BATCH NUMBER | |
| | Class | Subclass | | |
| Label Area | WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only. | | | |

Form PTO-436
Rev. 9/90

APPROVED FOR LICENSE  ☐

INITIALS _____

07/685878

| Entered or Counted | | CONTENTS | Received or Mailed |
|---|---|---|---|
| | 1. | Application        papers + 11 p.ts. | |
| | 2. | *Rec'd Unsigned* | 5-08-91 |
| | 3. | decl. surcharge | 5-31-91 |
| | 4. | Rej 3 (mo) | 9-10-91 8-26 |
| | 5. | Reg. Ext ② | 01-21-92 |
| | 6. | amdt A | 01-21-92 |
| | 7. | Final Reg 3mos | 5-4-92 KM |
| 3.3 | 8. | argument | July 27, 1993 |
| 5.4 | 9. | advisory action | 8-4-92 DH |
| 11-9 | 10. | Notice of abandonment | 11-9-92 |
| | 11. | | |
| | 12. | | |
| | 13. | | |
| | 14. | | |
| | 15. | | |
| | 16. | | |
| | 17. | | |
| | 18. | | |
| | 19. | | |
| | 20. | | |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

Staple Issue Slip Here

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | 8 | 4-24-91 |
| EXAMINER | 299 | 5-1 |
| TYPIST | | |
| VERIFIER | 258 | 6/20/91 |
| CORPS CORR. | | |
| SPEC. HAND | KB | 6-12-91 |
| FILE MAINT. | TW | 5/7/91 |

## INDEX OF CLAIMS

| Final | Original | | Date | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | ✓ | ✓ | | | | |
| | 2 | ✓ | ✓ | | | | |
| | 3 | ✓ | ✓ | | | | |
| | 4 | ✓ | ✓ | | | | |
| | 5 | ✓ | ✓ | | | | |
| | 6 | ✓ | ✓ | | | | |
| | 7 | ✓ | ✓ | | | | |
| | 8 | ✓ | ✓ | | | | |
| | 9 | ✓ | ✓ | | | | |
| | 10 | ✓ | ✓ | | | | |
| | 11 | ✓ | ✓ | | | | |
| | 12 | ✓ | ✓ | | | | |
| | 13 | ✓ | ✓ | | | | |
| | 14 | ✓ | ✓ | | | | |
| | 15 | ✓ | ✓ | | | | |
| | 16 | ✓ | ✓ | | | | |
| | 17 | | | | | | |
| | 18 | | | | | | |
| | 19 | | | | | | |
| | 20 | | | | | | |
| | 21 | | | | | | |
| | 22 | | | | | | |
| | 23 | | | | | | |
| | 24 | | | | | | |
| | 25 | | | | | | |
| | 26 | | | | | | |
| | 27 | | | | | | |
| | 28 | | | | | | |
| | 29 | | | | | | |
| | 30 | | | | | | |
| | 31 | | | | | | |
| | 32 | | | | | | |
| | 33 | | | | | | |
| | 34 | | | | | | |
| | 35 | | | | | | |
| | 36 | | | | | | |
| | 37 | | | | | | |
| | 38 | | | | | | |
| | 39 | | | | | | |
| | 40 | | | | | | |
| | 41 | | | | | | |
| | 42 | | | | | | |
| | 43 | | | | | | |
| | 44 | | | | | | |
| | 45 | | | | | | |
| | 46 | | | | | | |
| | 47 | | | | | | |
| | 48 | | | | | | |
| | 49 | | | | | | |
| | 50 | | | | | | |

SYMBOLS
- ✓ .................. Rejected
- = .................. Allowed
- − (Through numeral) Canceled
- + .................. Restricted
- N .................. Non-elected
- I .................. Interference
- A .................. Appeal
- O .................. Objected

| Final | Original | | Date | | | | |
|---|---|---|---|---|---|---|---|
| | 51 | | | | | | |
| | 52 | | | | | | |
| | 53 | | | | | | |
| | 54 | | | | | | |
| | 55 | | | | | | |
| | 56 | | | | | | |
| | 57 | | | | | | |
| | 58 | | | | | | |
| | 59 | | | | | | |
| | 60 | | | | | | |
| | 61 | | | | | | |
| | 62 | | | | | | |
| | 63 | | | | | | |
| | 64 | | | | | | |
| | 65 | | | | | | |
| | 66 | | | | | | |
| | 67 | | | | | | |
| | 68 | | | | | | |
| | 69 | | | | | | |
| | 70 | | | | | | |
| | 71 | | | | | | |
| | 72 | | | | | | |
| | 73 | | | | | | |
| | 74 | | | | | | |
| | 75 | | | | | | |
| | 76 | | | | | | |
| | 77 | | | | | | |
| | 78 | | | | | | |
| | 79 | | | | | | |
| | 80 | | | | | | |
| | 81 | | | | | | |
| | 82 | | | | | | |
| | 83 | | | | | | |
| | 84 | | | | | | |
| | 85 | | | | | | |
| | 86 | | | | | | |
| | 87 | | | | | | |
| | 88 | | | | | | |
| | 89 | | | | | | |
| | 90 | | | | | | |
| | 91 | | | | | | |
| | 92 | | | | | | |
| | 93 | | | | | | |
| | 94 | | | | | | |
| | 95 | | | | | | |
| | 96 | | | | | | |
| | 97 | | | | | | |
| | 98 | | | | | | |
| | 99 | | | | | | |
| | 100 | | | | | | |

TO4

APPROVED FOR LICENSE

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 324 | 158 59 215 | | |
| 371 | 22 1 26 3 | 8/24/91 | B.B. |
| | | 4/29/92 | B.B. |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

**PATENT APPLICATION FEE DETERMINATION RECORD**

Application or Docket Number
685878

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $ 315.00 | OR | | $ 630.00 |
| TOTAL CLAIMS | 16 minus 20 = | * | x $10= | | OR | x $20= | |
| INDEPENDENT CLAIMS | 2 minus 3 = | * | x 30= | | OR | x 60= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | + 100= | | OR | + 200= | |
| | | | TOTAL | | OR | TOTAL | 630 |

* If the difference in column 1 is less then zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total | * | Minus | ** | = | x $10= | | OR | x $20= | |
| | Independent | * | Minus | *** | = | x 30= | | OR | x 60= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 100= | | OR | + 200= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |
| **AMENDMENT B** | Total | * | Minus | ** | = | x $10= | | OR | x $20= | |
| | Independent | * | Minus | *** | = | x 30= | | OR | x 60= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 100= | | OR | + 200= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |
| **AMENDMENT C** | Total | * | Minus | ** | = | x $10= | | OR | x $20= | |
| | Independent | * | Minus | *** | = | x 30= | | OR | x 60= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 100= | | OR | + 200= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 12-90)

For Fees Effective Nov. 5, 1990

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



BAR CODE LABEL

## U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 07/685,878 | 04/15/91 | 324 | 267 |

**APPLICANT**

DANIEL B. D'SOUZA, SANTA CLARA, CA.

   **CONTINUING DATA*********************
   VERIFIED

   ————

   **FOREIGN/PCT APPLICATIONS***********
   VERIFIED

   ————

   FOREIGN FILING LICENSE GRANTED 06/20/91

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 11 | 16 | 2 | $ 750.00 | A-54691/JAS |

**ADDRESS**

FLEHR, HOHBACH, TEST
ALBRITTON & HERBERT
STE. 3400, FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

**TITLE**

ACTIVE PROBE CARD

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application as originally filed which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                Certifying Officer



07/**685878**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

"EXPRESS MAIL" MAILING LABEL
NUMBER  NB 179 600 377
DATE OF DEPOSIT   April 15, 1991
I HEREBY CERTIFY THAT THIS PAPER OR FEE IS
BEING DEPOSITED WITH THE UNITED STATES

Date:  April 15, 1991
File No. A-54691/JAS

POSTAL SERVICE "EXPRESS MAIL POST OFFICE
TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10 ON
THE DATE INDICATED ABOVE AND IS ADDRESSED

Commissioner of Patents
  and Trademarks
Washington, DC 20231

TO:  THE COMMISSIONER OF PATENTS AND
TRADEMARKS, WASHINGTON, DC 20231.

TYPED NAME  Roberta Morehead

SIGNED  _Roberta Morehead_

Sir:

Transmitted herewith for filing is the patent application of Inventor(s):

DANIEL B. D'SOUZA

For:  **ACTIVE PROBE CARD**

Enclosed are also:

_____  Prior Art Statement

__X__  11  Sheets of drawing, Formal ____, Informal  X

_____  An Assignment of the invention to:

_____

_____  Power of Attorney by Assignee & Exclusion of Inventor Under 37 CFR 1.32

_____  Combined Declaration and Power of Attorney for Patent Application

__X__  Declaration for Patent Application (UNEXECUTED)

_____  Associate Power of Attorney

_____  Small Entity Status Declaration Under 37 CFR _____

| FOR: | (Col. 1)<br>NO. FILED | (Col. 2)<br>NO. EXTRA | SMALL ENTITY<br>RATE | FEE | | OTHER THAN A<br>SMALL ENTITY<br>OR RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $315 | OR | | $630 |
| TOTAL CLAIMS | 16 -20 = | * 0 | x10 = | $_____ | OR | x20 = | $_____ |
| INDEP CLAIMS | 2 -3 = | * 0 | x30 = | $_____ | OR | x60 = | $_____ |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | +60 = | $_____ | OR | +120 = | $_____ |

*If the difference in Col. 1 is less       TOTAL  $_____   OR TOTAL  $630
 than zero, enter "0" in Col. 2.

__X__  Our Check No.  40865  in the amount of $630.00  to cover the filing
       fee is enclosed.

_____  The Commissioner is hereby authorized to charge any additional fees which
        may be required, or credit any overpayment to Deposit Account No. 06-1300
        (Order No. A-    /   ).  Two copies of this sheet are enclosed.

Respectfully submitted,

_James A. Sheridan_ 301

James A. Sheridan
Registration No. 25,435
FLEHR, HOHBACH, TEST,
ALBRITTON & HERBERT
Suite 3400, Four Embarcadero Center
San Francisco, California 94111-4187
Telephone:  (415) 781-1989

07/685878

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

"EXPRESS MAIL" MAILING LABEL
NUMBER  NB 179 800 377
DATE OF DEPOSIT  April 15, 1991
I HEREBY CERTIFY THAT THIS PAPER OR FEE IS
BEING DEPOSITED WITH THE UNITED STATES
POSTAL SERVICE "EXPRESS MAIL POST OFFICE
TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10 ON
THE DATE INDICATED ABOVE AND IS ADDRESSED
TO:  THE COMMISSIONER OF PATENTS AND
TRADEMARKS, WASHINGTON, DC  20231.

TYPED NAME  Roberta Morehead

SIGNED

Date:  April 15, 1991
File No.:  A-54651/JAS

Commissioner of Patents
and Trademarks
Washington, DC  20231

Sir:

Transmitted herewith for filing is the patent application of Inventor(s):

DANIEL B. D'SOUZA

For:  **ACTIVE PROBE CARD**

Enclosed are also:

_____  Prior Art Statement

__X__  __11__  Sheets of drawing, Formal _____, Informal _X_

_____  An Assignment of the invention to:

_____

_____  Power of Attorney by Assignee & Exclusion of Inventor Under 37 CFR 1.32

_____  Combined Declaration and Power of Attorney for Patent Application

__X__  Declaration for Patent Application (UNEXECUTED)

_____  Associate Power of Attorney

_____  Small Entity Status Declaration Under 37 CFR _____

| FOR: | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | SMALL ENTITY RATE | FEE | | OTHER THAN A SMALL ENTITY OR RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $315 | OR | | $630 |
| TOTAL CLAIMS | 16 -20 = | * 0 | x10 = | $_____ | OR | x20 = | $_____ |
| INDEP CLAIMS | 2 -3 = | * 0 | x30 = | $_____ | OR | x60 = | $_____ |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | +60 = | $_____ | OR | +120 = | $_____ |
| *If the difference in Col. 1 is less than zero, enter "0" in Col. 2. | | | TOTAL | $_____ | OR TOTAL | | $630 |

__X__  Our Check No.  __40865__  in the amount of $__630.00__  to cover the filing fee is enclosed.

_____  The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 06-1300 (Order No. A-    /    ). Two copies of this sheet are enclosed.

Respectfully submitted,

James A. Sheridan
Registration No. 25,435
FLEHR, HOHBACH, TEST,
ALBRITTON & HERBERT
Suite 3400, Four Embarcadero Center
San Francisco, California 94111-4187
Telephone:  (415) 781-1989



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO./TITLE |
|---|---|---|---|
| 07/685,878 | 04/15/91 | D'SOUZA | D          A-54691/JAS |

FLEHR, HOHBACH, TEST
ALBRITTON & HERBERT
STE. 3400, FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111                    000

DATE MAILED:          05/08/91

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a
□ large entity, □ small entity (verified statement filed), is $ *120.00*

1. □   The statutory basic filing fee is: □ missing  □ insufficient.  Applicant as a □ large entity
   □ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO
   SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. □   Additional claim fees of $ _____ as a □ large entity □ small entity, including any required multiple
   dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional
   claims for which fees are due.  NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. □   The oath or declaration:
      □ is missing.
      □ does not cover items omitted at time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application
   Number and Filing Date is required.  A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED
   BELOW.

4. □   The oath or declaration does not identify the application to which it applies.  An oath or declaration in
   compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date
   is required.  A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☑   The signature to the oath or declaration is: ☑ missing; □ a reproduction; □ by a person other than the
   inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47.  A properly signed oath or declaration in
   compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date
   is required.  A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW..

6. □   The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____.  An oath or declaration listing the names of all inventors and signed by
   the omitted inventor(s), identifying this application by the above Application Number and Receipt Date is
   required.  A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. □   The application was filed in a language other than English. Applicant must file a verified English
   translation of the application and a fee of $30.00 under 37 CFR 1.17(k), unless this fee has already been
   paid.  NO SURCHARGE IS RERQUIRED FOR THIS ITEM.

8. □   A $50.00 processing fee is required for returned checks.  (37 CFR 1.21(m)).

9. □   Your filing receipt was mailed in error because check was returned without payment.

10. □   Other.

   An Application Number and Filing Date have been assigned to this application. The missing parts and fees
   identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A
   SURCHARGE of $120.00 for large entities and $60.00 for small entities who have filed a verified statement
   claiming such status.  The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM
   THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application,
   WHICHEVER IS LATER, within which to file all missing parts and pay any fees required above to avoid
   abandonment.  Extensions of time may be obtained by filing a petition accompanied by the extension fee
   under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to ATTENTION: Application Division,
Special Handling Unit.

### *A copy of this notice MUST be returned with response.*

_____
For: Manager, Application Division
(703) 557-_____

FORM PTO-1533 (REV. 6-90)                    OFFICE COPY




*120-105- A/N*

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO./TITLE |
|---|---|---|---|
| | | | |

DATE MAILED:

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☑ large entity, ☐ small entity (verified statement filed), is $ *120.00*

1. ☐   The statutory basic filing fee is: ☐ missing   ☐ insufficient. Applicant as a ☐ large entity
   ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐   Additional claim fees of $ _____ as a ☐ large entity ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☐   The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐   The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☑   The signature to the oath or declaration is: ☑ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW..

6. ☐   The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____. An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Receipt Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐   The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $30.00 under 37 CFR 1.17(k), unless this fee has already been paid. NO SURCHARGE IS RERQUIRED FOR THIS ITEM.

8. ☐   A $50.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐   Your filing receipt was mailed in error because check was returned without payment.

10. ☐   Other.
   An Application Number and Filing Date have been assigned to this application. The missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $120.00 for large entities or $60.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to ATTENTION: Application Division, Special Handling Unit.
   080 CJ 06/05/91 07685878                          1 105      120.00 CK

## *A copy of this notice MUST be returned with response.*

For: Manager, Application Division
(703) 557-_____



## DECLARATION FOR PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled  ACTIVE PROBE CARD

the specification of which

(check one)      _____  is attached hereto.

       X  was filed on  April 15, 1991              as
            Application Serial No.  07/685,878
            and was amended on _____.
                     (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examinatio of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                           Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

Direct all telephone calls to **James A. Sheridan** at (415) 494-8700.

Address all correspondence to:

        FLEHR, HOHBACH, TEST
        ALBRITTON & HERBERT
        Suite 3400, Four Embarcadero Center
        San Francisco, California  94111

File No. A-54681/JAS

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of **sole** or
  first inventor:      DANIEL B. D'SOUZA

Inventor's signature:

Date:      5/21/91

Residence:      Santa Clara County, California

Citizenship:      United States of America

Post Office Address:      17999 Saratoga-Los Gatos Road

                     Monte Sereno, California  95030



POWER OF ATTORNEY BY ASSIGNEE
AND EXCLUSION OF INVENTOR UNDER 37 C.F.R.1.32
(Not Accompanying Application)

To the Commissioner of Patents and Trademarks

The undersigned assignee of the entire interest in application
for letters patent entitled ACTIVE PROBE CARD, and having the
following-named inventor:

                    Daniel B. D'Souza

Serial No. __07/685,878____ filed __April 15, 1991____, hereby
appoints the following attorneys to prosecute this application
and to transact all business in the Patent and Trademark Office
connected therewith; said appointment to be to the exclusion of
the inventor(s) and his (their) attorney(s) in accordance with
the provisions of 37 C.F.R. 1.32: Harold C. Hohbach, Reg. 17,757;
Aldo J. Test, Reg. 18,048; Thomas O. Herbert, Reg. 18,612; Donald
N. MacIntosh, Reg. 20,316; Jerry G. Wright, Reg. 20,165; Edward
S. Wright, Reg. 24,903; David J. Brezner, Reg. 24,774; Richard
E. Backus, Reg. 22,701; James A. Sheridan, Reg. 25,435; Robert
B. Chickering, Reg. 24,286; Willis E. Higgins, Reg. 23,025; Gary
S. Williams, Reg. 31,066; Richard F. Trecartin, Reg. No. 31,801;
Stephen C. Durant, Reg. No. 31,506; C. Michael Zimmerman, Reg.
No. 20,451; and Walter H. Dreger, Reg. No. 24,190; provided that
if any one of said attorneys ceases being affiliated with the law
firm of Flehr, Hohbach, Test, Albritton and Herbert as partner,
employee or of counsel, such attorney's appointment as attorney
and all powers derived therefrom shall terminate on the date such
attorney ceases being so affiliated.

Direct all telephone calls to James A. Sheridan at (415) 494-8700.
Address all correspondence to:

        60¹     FLEHR, HOHBACH, TEST, ALBRITTON & HERBERT
            6o2—Suite 3400, Four Embarcadero Center
                    San Francisco, CA  94111
            70 /
                    HITACHI AMERICA, LTD.

                    Name:  John Gleason
                    Title: Vice President

Date: _____May 20_____, 1991

File No. A-54681/JAS



**UNITED STATE  DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO |
|---|---|---|---|
| 07/685,878 | 04/15/91 | D'SOUZA | D | A-54691/JAS |

BURNS,W

EXAMINER

FLEHR, HOHBACH, TEST
ALBRITTON & HERBERT
STE. 3400, FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

| ART UNIT | PAPER NUMBER |
|---|---|
| 267 | 4 |

DATE MAILED:
09/10/91

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined ☐ Responsive to communication filed on _____ ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.
2. ☑ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☑ *LIST OF BONDED DRAFTSMEN*

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _1-16_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims _1-16_ are rejected.

5. ☐ Claims _____ are objected to.

6. ■ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____. has (have) been ☐ approved by the
    examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ■ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

Serial No. 685,878                          -2-

Art Unit   267A


1.   The Abstract of the Disclosure is objected to because the

abstract is of excessive length, and in multi-paragraph form.

Correction is required.  See M.P.E.P. § 608.01(b).

2.   Applicant is reminded of the proper language and format of

an Abstract of the Disclosure.

     The abstract should be in narrative form and generally
limited to a single paragraph on a separate sheet within the
range of 50 to 250 words.  It is important that the abstract not
exceed 250 words in length since the space provided for the
abstract on the computer tape used by the printer is limited.
The form and legal phraseology often used in patent claims, such
as "means" and "said", should be avoided.  The abstract should
describe the disclosure sufficiently to assist readers in
deciding whether there is a need for consulting the full patent
text for details.
     The language should be clear and concise and should not
repeat information given in the title.  It should avoid using
phrases which can be implied, such as, "The disclosure concerns,"
"The disclosure defined by this invention," "The disclosure
describes," etc.

3.   The following is a quotation of the appropriate paragraphs
of 35 U.S.C. § 102 that form the basis for the rejections under
this section made in this Office action:

     A person shall be entitled to a patent unless --

     (b) the invention was patented or described in a printed
     publication in this or a foreign country or in public use or
     on sale in this country, more than one year prior to the
     date of application for patent in the United States.

     (e) the invention was described in a patent granted on an
     application for patent by another filed in the United States
     before the invention thereof by the applicant for patent, or
     on an international application by another who has fulfilled
     the requirements of paragraphs (1), (2), and (4) of section
     371(c) of this title before the invention thereof by the
     applicant for patent.

4.   Claims 1, 3, and 8 are rejected under 35 U.S.C. § 102(e) as

being anticipated by Wiscombe et al, Bove et al, Leedy, Cho, or

Serial No. 685,878                         -3-

Art Unit   267A

Petrich.

     Wiscombe et al, Bove et al, Leedy, Cho, and Petrich each
show a circuit board with test circuitry thereupon, with test
signal ports, and connectors connecting to connectors of tested
circuitry.  The connecting means comprises conductive traces,
pads, and probe pins.

5.    Claim 4 is rejected under 35 U.S.C. § 102(e) as being
anticipated by Cho.

     Cho applies and above, and in addition shows a central
aperture, with probe pins extending into it.

6.    Claim 6 is rejected under 35 U.S.C. § 102(e) as being
anticipated by Cho or Petrich.

     Cho and Petrich each apply as for claims 1, 3, and 8, and in
addition show ac/dc parametric testing with analog circuitry.

7.    Claim 7 is rejected under 35 U.S.C. § 102(e) and (b) as
being anticipated by Petrich or Bove et al.

     Bove et al applies as for claims 1, 3, and 8, and in
addition shows test circuitry (figs. 2, 3) comprising
bidirectional, user-oriented cells.  Petrich applies as for
claims 1, 3, and 8, and in addition (see fig. 7) shows
bidirectional "pin electronics cards" cells being configured by a
user for testing.

8.    The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

Serial No. 685,878                          -4-

Art Unit   2678

A patent may not be obtained though the invention is not
identically disclosed or described as set forth in section
102 of this title, if the differences between the subject
matter sought to be patented and the prior art are such that
the subject matter as a whole would have been obvious at the
time the invention was made to a person having ordinary
skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which
the invention was made.

Subject matter developed by another person, which qualifies
as prior art only under subsection (f) or (g) of section 102
of this title, shall not preclude patentability under this
section where the subject matter and the claimed invention
were, at the time the invention was made, owned by the same
person or subject to an obligation of assignment to the same
person.

9.   Claim 2 is rejected under 35 U.S.C. § 103 as being

unpatentable over Bove et al, or Petrich, or Leedy, or Cho, or

Wiscombe et al.

Bove, Petrich, Leedy, Cho, and Wiscombe apply as for claims

1, 3, and 8.  In addition, it would be a matter of conventional

design choice to configure the circuitry to IEEE std. 1149.1

given that is an official, conventional standard, able to mate

with many types of tested circuits.

10.   Claim 5 is rejected under 35 U.S.C. § 103 as being

unpatentable over Bove et al, Leedy, or Wiscombe as applied to

claims 1, 3, and 8 above, and further in view of Sokolich.

Sokolich shows a probe card (component 16) comprising scan-

testing shift registers.

It would have been obvious to one ordinarily-skilled in the

art to modify the apparatus of Bove, Leedy, or Wiscombe as taught

Serial No. 685,878                              -5-

Art Unit   267A


by Sokolich, to provide shift registers for the test circuitry,
in order to efficiently parallel test a multitude of IC circuits
quickly; and to further modify to (in particular to boundary scan-
testing) using the shift registers, in order to accurately test
complex IC circuitry.

11.   Claims 9, 11, and 14-16 are rejected under 35 U.S.C.
§ 102(e) as being anticipated by Petrich.

      Petrich applies as for claims 1, 3, and 8; and in addition
shows selection means (component 102 of fig. 7) which can select
internal (from components 82, 84, 86 et al) or external (from
component 60) test signals.

12.   Claims 9, 11, and 16 are rejected under 35 U.S.C. § 103 as
being unpatentable over Bove et al, or Leedy or Cho or Wiscombe
as applied to claims 1, 3, and 8 above, and further in view of
Hiwada et al or Petrich.

      Hiwada and Petrich show a test head apparatus with test
circuitry selecting either internal or external test signals.

      It would have been obvious to one ordinarily-skilled in the
art to modify the test apparatus of Bove or Leedy or Cho or
Wiscombe as taught by Hiwada or Petrich, to enable a wider array
of test signals to be generated (permitting more comprehensive
testing) by providing internal/external test selection means.

13.   Claim 10 is rejected under 35 U.S.C. § 103 as being
unpatentable over Petrich; or Bove et al, Leedy, Cho, or Wiscombe

Serial No. 685,878                              -6-

Art Unit   2674

in view of Hiwada or Petrich.

Petrich, Bove, Leedy, Cho, Wiscombe, and Hiwada each apply
as discussed above.  In addition, it would further be a matter of
conventional design choice to have the test head follow IEEE std.
1149.1, as discussed for claim 2.

14.  Claim 12 is rejected under 35 U.S.C. § 103 as being
unpatentable over Cho as applied to claims 4, 9, 11, and 16
above, and further in view of Hiwada or Petrich.

Hiwada and Petrich apply as for claims 9, 11, and 16.  It
would have been obvious to one ordinarily-skilled in the art to
modify the apparatus of Cho as taught by Hiwada or Petrich, as
discussed for claims 9, 11, and 16.

15.  Claim 13 is rejected under 35 U.S.C. § 103 as being
unpatentable over Bove et al, Leedy, or Wiscombe in view of
Hiwada or Petrich as applied to claims 9, 11, and 16 above, and
further in view of Sokolich.

Sokolich applies as for claim 5.  It would have been obvious
to one ordinarily-skilled in the art to modify the apparatus of
Bove, Leedy, or Wiscombe as taught by Hiwada or Petrich; and to
further modify as taught by Sokolich as per claim 5.

16.  Claim 14 is rejected under 35 U.S.C. § 103 as being
unpatentable over Cho in view of Hiwada or Petrich.

Cho, Petrich, and Hiwada apply as for claims 9, 11, and 16,
and in addition, Cho shows ac/dc parametric testing.

Serial No. 685,878                          --7--

Art Unit   267A


17.  Claim 15 is rejected under 35 U.S.C. § 103 as being

unpatentable over Bove in view of Hiwada or Petrich.

     Bove, Hiwada, and Petrich apparently as for claims 9, 11,

and 16; and in addition Bove shows bi-directional cells which are

user-oriented.

18.  The prior art made of record and not relied upon is

considered pertinent to applicant's disclosure.

     Hsieh shows boundary-scan testing.

     Maelzer and Dehmel each show PCB test head apparatus.


W.B. 9/9/91
W. BURNS:rf
September 03, 1991

                                        KENNETH A. WIEDER
                                    SUPERVISORY PATENT EXAMINER
                                         ART UNIT 267A

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 07/685878 | GROUP ART UNIT 267A | ATTACHMENT TO PAPER NUMBER 4 |
|---|---|---|---|---|

**NOTICE OF REFERENCES CITED**

APPLICANT(S) D'Souza

### U.S. PATENT DOCUMENTS

| • | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4963824 | 10/90 | Josieh et al | 324 | 158F | 11/88 |
| | B | 4975639 | 12/90 | Nwada et al | 324 | 158P | 8/88 |
| | C | 4517512 | 5/85 | Petrich et al | — | | |
| | D | 4465972 | 8/84 | Sokolich | 324 | 158P | |
| | E | 5020219 | 6/91 | Leedy | 324 | 158P | 11/89 |
| | F | 5014002 | 5/91 | Wiscombe et al | 324 | 158P | 4/89 |
| | G | 4038599 | 7/77 | Bove et al | 324 | 158P | |
| | H | 4626775 | 12/86 | Cho et al | 324 | 158F | |
| | I | 4724377 | 2/88 | Maelyji et al | 324 | 158F | |
| | J | 4417204 | 11/83 | Delmel et al | 324 | 158F | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| • | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG. | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER B Burns | DATE 8/24/91 |
|---|---|

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

PTO FORM 948
(REV. 5-90)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER 4

APPLICATION NUMBER
685878

# NOTICE OF DRAFTSMAN'S PATENT DRAWING REVIEW

### THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL.

The drawings filed    4/15/91

A. ☐ are approved.

B. ☒ are objected to under 37 CFR 1.84 for the reason(s) checked below.  The examiner will require submission of new, corrected drawings at the appropriate time.  Corrected drawings must be submitted according to the instructions listed on the back of this Notice.

1. Paper and ink. 37 CFR 1.84(a)

   ☐ Sheet(s)_____Poor.

2. Size of Sheet and Margins. 37 CFR 1.84(b)

   Acceptable Paper Sizes and Margins

   | Margin | 8 1/2 by 14 inches | 8 1/2 by 11 inches | DIN size A4 21 by 29.7 cm. |
   |---|---|---|---|
   | Top | 2 inches | 1 inch | 2.5 cm. |
   | Left | 1/4 inch | 1/4 inch | 2.5 cm. |
   | Right | 1/4 inch | 1/4 inch | 1.5 cm. |
   | Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

   ☐ Proper Size Paper Required.
   All Sheets Must be Same Size.
   Sheet(s)_____

   ☒ Proper Margins Required.
   Sheet(s) 6/a+7

   ☐ TOP      ☐ RIGHT
   ☐ LEFT     ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)

   ☒ Lines Pale or Rough and Blurred, must be sharp
   Fig(s) 1a - 11

   ☐ Solid Black Shading Not Allowed.
   Fig(s)_____

4. Hatching and Shading. 37 CFR 1.84(d)

   ☐ Shade Lines are Required.
   Fig(s)_____

   ☐ Criss-Cross Hatching Not Allowed.
   Fig(s)_____

   ☐ Double Line Hatching Not Allowed.
   Fig(s)_____

   ☐ Parts in Section Must be Hatched.
   Fig(s)_____

5. Reference Characters. 37 CFR 1.84(f)

   Numerals must be uniform & sharp 1/8" tall
   ☒ Reference Characters Poor or Incorrectly Sized.
   Fig(s) 1a-11

   ☐ Reference Characters Placed Incorrectly.
   Fig(s)_____

6. Views. 37 CFR 1.84(i) & (j)

   ☐ Figures Must be Numbered Properly.
   _____

   ☐ Figures Must Not be Connected.
   Fig(s)_____

7. ☐ Photographs Not Approved.

8. ☒ Other. for legends must be uniform (1a 1-11)

Telephone inquires concerning this review should be directed to the Chief Draftsman at telephone number (703) 557-6404.

7c
Reviewing Draftsman

6/21/91
Date