# EXHIBIT 7

# EXHIBIT 7
# PART 3 of 5

10060220-1                                    -19-

switches.

20. A method in accordance with claim 19, further comprising operating the at least one multichip module at a speed of at least 100 MHz.

21. A method in accordance with claim 19, further comprising operating the multichip module at a temperature of at least 125° C.

22. A method in accordance with claim 19, further comprising mounting each of the at least one multichip module directly on the probe card.

23. A method in accordance with claim 19, further comprising mounting each of the at least one multichip module directly on the probe card, operating the multichip module at a temperature of at least 125° C, and operating the at least one multichip module at a speed of at least 100 MHz.

10060220-1                              -20-

## Abstract

Apparatus is for processing signals between a tester and devices under test. In one embodiment, the apparatus includes at least one multichip module. Each multichip module has a plurality of micro-electromechanical switches between a set of connectors to the tester and a set of connectors to devices under test. At least one driver is provided to operate each of the micro-electromechanical switches. A method of processing signals between a tester and devices under test is disclosed. In an embodiment, the method includes connecting the tester and the devices under test with at least one multichip module. Each of the at least one multichip module has a plurality of micro-electromechanical switches between a set of connectors to the tester and a set of connectors to the devices under test. The method includes operating each of the micro-electromechanical switches. Other embodiments are also disclosed.

<a>

"APPARATUS, SYSTEMS AND METHODS FOR PROCESSING SIGNALS BETWEEN A TESTER AND A PLURALITY OF DEVICES UNDER TEST AT HIGH TEMPERATURES AND WITH SINGLE TOUCHDOWN OF A PROBE ARRAY"
Inventors: Romi Mayder, et al.
Docket No.: 10060220-1

1/4



FIGURE 1
FIGURE 2
FIGURE 3
</a>

"APPARATUS, SYSTEMS AND METHODS FOR PROCESSING SIGNALS BETWEEN A TESTER AND A PLURALITY OF DEVICES UNDER TEST AT HIGH TEMPERATURES AND WITH SINGLE TOUCHDOWN OF A PROBE ARRAY"
Inventors: Romi Mayder, et al.
Docket No.: 10060220-1

2/4



FIGURE 4

"APPARATUS, SYSTEMS AND METHODS FOR PROCESSING SIGNALS BETWEEN A TESTER AND A PLURALITY OF DEVICES UNDER TEST AT HIGH TEMPERATURES AND WITH SINGLE TOUCHDOWN OF A PROBE ARRAY"
Inventors: Romi Mayder, et al.
Docket No.: 10060220-1

3/4



FIGURE 5

FIGURE 6

FIGURE 7

"APPARATUS, SYSTEMS AND METHODS FOR PROCESSING SIGNALS BETWEEN A TESTER AND A PLURALITY OF DEVICES UNDER TEST AT HIGH TEMPERATURES AND WITH SINGLE TOUCHDOWN OF A PROBE ARRAY"
Inventors: Romi Mayder, et al.
Docket No.: 10060220-1

4/4



FIGURE 8

| DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION | ATTORNEY DOCKET NO. 10060220-1 |
|---|---|

As a below named inventor, I hereby declare that:

My residence/correspondence post office address and citizenship are as stated below next to my name:

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**APPARATUS, SYSTEMS AND METHODS FOR PROCESSING SIGNALS BETWEEN A TESTER AND A PLURALITY OF DEVICES UNDER TEST AT HIGH TEMPERATURES AND WITH SINGLE TOUCHDOWN OF A PROBE ARRAY**

the specification of which is attached hereto unless the following box is checked:

☐ was filed on _____ as US Application Serial No. or PCT International Application Number _____ and was amended on _____ (if applicable).

I hereby state that I have reviewed and understood the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose all information which is material to patentability as defined in 37 CFR 1.56.

**Foreign Application(s) and/or Claim of Foreign Priority**
I hereby claim foreign priority benefits under Title 35, United States Code Section 119 of any foreign application(s) for patent or inventor(s) certificate listed below and have also identified below any foreign application for patent or inventor(s) certificate having a filing date before that of the application on which priority is claimed:

| COUNTRY | APPLICATION NUMBER | DATE FILED | PRIORITY CLAIMED UNDER 35 U.S.C. 119 |
|---|---|---|---|
| N/A | | | YES: ☐ NO: ☐ |
| | | | YES: ☐ NO: ☐ |

**Provisional Application**
I hereby claim the benefit under Title 35, United States Code Section 119(e) of any United States provisional application(s) listed below:

| APPLICATION SERIAL NUMBER | FILING DATE |
|---|---|
| N/A | |

**U. S. Priority Claim**
I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| APPLICATION SERIAL NUMBER | FILING DATE | STATUS (patented/pending/abandoned) |
|---|---|---|
| N/A | | |

**POWER OF ATTORNEY:**
As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: PRACTITIONERS ASSOCIATED WITH CUSTOMER NUMBER 022878.

Send Correspondence to :                     Direct Telephone Calls To:

Customer Number  022878

AGILENT TECHNOLOGIES, INC.        Cynthia S. Mitchell           OR      Gregory W. Osterloth
Legal Department, DL 429             (970) 679-3136                       (303) 291-3204
Intellectual Property Administration
P.O. Box 7599
Loveland, Colorado 80537-0599

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Inventor: Romi Mayder                                Citizenship: U.S.A.
Residence: San Jose, California
Correspondence Post Office Address: P.O. Box 7599, Loveland, Colorado 80537-0599

_/s/ Romi Mayder_                                                Date: Apr. 24, 2006
Inventor's Signature

Rev 02/05 (DecPwr)                                                          Page 1 of 2

BEST AVAILABLE COPY

| DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION (Continued) | ATTORNEY DOCKET NO. 10060220-1 |
|---|---|

Full Name of # 2 Joint Inventor: Pam Stellmacher
Residence: Cupertino, California
Correspondence Post Office Address: P.O. Box 7599, Loveland, Colorado 80537-0599

Citizenship: U.S.A.

*Pam Stellmacher* (Inventor's Signature)   Date: 4/24/06

Full Name of # 3 Joint Inventor: Edmundo Dela Puente
Residence: Cupertino, California
Correspondence Post Office Address: P.O. Box 7599, Loveland, Colorado 80537-0599

Citizenship:

*Edmundo del Puente* (Inventor's Signature)   Date: 4/24/06

Full Name of # 4 Joint Inventor: John Andberg
Residence: Santa Cruz, California
Correspondence Post Office Address: P.O. Box 7599, Loveland, Colorado 80537-0599

Citizenship:

*John Andberg* (Inventor's Signature)   Date: 4/24/06

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

BEST AVAILABLE COPY

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
04/27/2006 HLE333    00000038 501078    11410699

01 FC:1011        300.00 DA
02 FC:1111        500.00 DA
03 FC:1311        200.00 DA
04 FC:1201        200.00 DA
05 FC:1202        150.00 DA
```

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875    Effective December 8, 2004

Application or Docket Number: 11/410649

### APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 23 minus 20 = | 3 | X$25 = | | OR | X$50 = | 150 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 4 minus 3 = | 1 | X100 = | | | X200 = | 200 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | +180= | | | +360= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1350 |

### APPLICATION AS AMENDED – PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus ** | = | X$25 = | | OR | X$50 = | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | = | X100 = | | OR | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus ** | = | X$25 = | | OR | X$50 = | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | = | X100 = | | OR | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/410,699 | 04/24/2006 | Romi Mayder | 10060220-1 |

CONFIRMATION NO. 4586

## NOTICE OF INFORMAL APPLICATION

This application is considered to be informal since it does not comply with the regulations for the reason(s) indicated below. The period within to correct the informalities noted below and avoid abandonment is set in the accompanying Office action.

**Items Required To Avoid Processing Delays:**

The item(s) indicated below are also required and should be submitted with any reply to this notice to avoid further processing delays.

**A new oath or declaration, identifying this application number is required. The oath or declaration does not comply with 37 CFR 1.63 in that it:**

- does not identify the citizenship of each inventor.

OFFICE COPY

AGILENT TECHNOLOGIES, INC.
Legal Department, DL429
Intellectual Property Administration
P. O. Box 7599
Loveland, Colorado 80537-0599

ATTORNEY DOCKET NO. 10060220-1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventor(s):  Romi Mayder, et al.

Serial No.:  11/410,699

Filing Date:  April 24, 2006

Examiner:  Not Yet Assigned

Group Art Unit:  Unknown

Title: APPARATUS, SYSTEMS AND METHODS FOR PROCESSING SIGNALS BETWEEN A TESTER AND A PLURALITY OF DEVICES UNDER TEST AT HIGH TEMPERATURES AND WITH SINGLE TOUCHDOWN OF A PROBE ARRAY

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria VA 22313-1450

### TRANSMITTAL LETTER FOR RESPONSE/AMENDMENT

Sir:

Transmitted herewith is/are the following in the above-identified application:

☐ Response/Amendment            ☐ Petition to extend time to respond

☐ New fee as calculated below    ☒ Submission of Supplemental Declaration and Power of Attorney

☒ No additional fee    (Address envelope to "Mail Stop Amendments")

☐ Other:                            (Fee $_____)

| (1) FOR | (2) CLAIMS REMAINING AFTER AMENDMENT | (3) NUMBER EXTRA | (4) HIGHEST NUMBER PREVIOUSLY PAID FOR | (5) PRESENT EXTRA | (6) RATE | (7) ADDITIONAL FEES |
|---|---|---|---|---|---|---|
| TOTAL CLAIMS | 23 | MINUS | 23 | = 0 | X 50 | $ 0 |
| INDEP. CLAIMS | 4 | MINUS | 4 | = 0 | X 200 | $ 0 |
| ☐ FIRST PRESENTATION OF A MULTIPLE DEPENDENT CLAIM | | | | | + 360 | $ 0 |
| EXTENSION FEE | 1ST MONTH 120.00 ☐ | 2ND MONTH 450.00 ☐ | 3RD MONTH 1020.00 ☐ | 4TH MONTH 1590.00 ☐ | | $ 0 |
| | | | | | OTHER FEES | $ 0 |
| | | | | | TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | $ 0 |

Charge $ 0 to Deposit Account **50-1078**. At any time during the pendency of this application, please charge any fees required or credit any over payment to Deposit Account **50-1078** pursuant to 37 CFR 1.2 5. Additionally please charge any fees to Deposit Account **50-1078** under 37 CFR 1.16, 1.17, 1.19, 1.20 and 1.21. A duplicate copy of this transmittal letter is enclosed.

Respectfully submitted,

Romi Mayder, et al.

By _/James A. Sheridan/_
James A. Sheridan
Attorney/Agent for Applicant(s)   6/1/06

Reg. No. 43,114

Date: June 1, 2006

Telephone No. (303) 291-3200

I hereby certify that this correspondence is being Deposited with the United States Postal Service as First class mail in an envelope addressed to: Commissioner for Patents, PO Box 1450, Alexandria, VA 22313-1450.

Date of Deposit: June 1, 2006

Typed Name: Chasity C. Rossum
Signature: _____

Rev 06/05 (TransAmd)

AGILENT TECHNOLOGIES, INC.
Legal department, DL429
Intellectual Property Administration
P.O. Box 7599
Loveland, Colorado 80537-0599

ATTORNEY DOCKET NO. 10060220-1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventor(s):   Romi Mayder, et al.

Serial No.:   11/410,699

Filing Date:   April 24, 2006

Examiner: Not Yet Assigned

Group Art Unit: Unknown

Title:   APPARATUS, SYSTEMS AND METHODS FOR PROCESSING SIGNALS BETWEEN A TESTER AND A PLURALITY OF DEVICES UNDER TEST AT HIGH TEMPERATURES AND WITH SINGLE TOUCHDOWN OF A PROBE ARRAY

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

## SUBMISSION OF SUPPLEMENTAL DECLARATION AND POWER OF ATTORNEY

Sir:

Upon review of the Declaration and Power of Attorney originally filed on April 24, 2006, submitted herewith is a supplemental Declaration and Power of Attorney.

Applicants note that the Declaration and Power of Attorney originally filed on April 24, 2006 does not identify the citizenship of two of the inventors, specifically Edmundo Dela Puente and John Andberg. Applicants respectfully request entry of the supplemental Declaration and Power of Attorney.

Respectfully submitted,

Romi Mayder, et al.

I hereby certify that this correspondence is being deposited in the United States Postal Service as First Class mail address to the United States Patent and Trademark Office, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Date of Deposit:   June 1, 2006

By: *Chasity C. Rossum*

By: *James A. Sheridan  6/1/06*

James A. Sheridan
Registration No. 43,114
Date: June 1, 2006
Telephone No.: (303) 291-3200

BEST AVAILABLE COPY

| ATTORNEY DOCKET NO. 10060220-1 | DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION |
|---|---|

As a below named inventor, I hereby declare that:

My residence/correspondence post office address and citizenship are as stated below next to my name:

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**APPARATUS, SYSTEMS AND METHODS FOR PROCESSING SIGNALS BETWEEN A TESTER AND A PLURALITY OF DEVICES UNDER TEST AT HIGH TEMPERATURES AND WITH SINGLE TOUCHDOWN OF A PROBE ARRAY**

the specification of which is attached hereto unless the following box is checked:

[X] was filed on April 24, 2006 as US Application Serial No. or PCT International Application Number 11/410699 and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose all information which is material to patentability as defined in 37 CFR 1.56.

**Foreign Application(s) and/or Claim of Foreign Priority**

I hereby claim foreign priority benefits under Title 35, United States Code Section 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| COUNTRY | APPLICATION NUMBER | DATE FILED | PRIORITY CLAIMED UNDER 35 U.S.C. 119 |
|---|---|---|---|
| N/A | | | ☐ YES  ☐ NO |
| | | | ☐ YES  ☐ NO |

**Provisional Application**

I hereby claim the benefit under Title 35, United States Code Section 119(e) of any United States provisional application(s) listed below:

| APPLICATION SERIAL NUMBER | FILING DATE |
|---|---|
| N/A | |

**U. S. Priority Claim**

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date of the prior application and the national or PCT International filing date of this application.

| APPLICATION SERIAL NUMBER | FILING DATE | STATUS (patented/pending/abandoned) |
|---|---|---|
| N/A | | |

**POWER OF ATTORNEY:**

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: PRACTITIONERS ASSOCIATED WITH CUSTOMER NUMBER 022878.

Send Correspondence to :

Customer Number 022878

AGILENT TECHNOLOGIES, INC.
Legal Department, DL 429
Intellectual Property Administration
P.O. Box 7599
Loveland, Colorado 80537-0599

Direct Telephone Calls To:

Cynthia S. Mitchell    OR    Gregory W. Ostenroth
(970) 679-3136              (303) 291-3204

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Inventor: Romi Mayder    Citizenship: U.S.A.
Residence: San Jose, California
Correspondence Post Office Address: P.O. Box 7599, Loveland, Colorado 80537-0599

Inventor's Signature: _____  Date: May 09, 2006

Rev 09/05 (DecPwr)                Page 1 of 2

| DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION (Continued) | ATTORNEY DOCKET NO. 10060220-1 |
|---|---|

Full Name of # 2 Joint Inventor: Pam Stellmacher
Residence: Cupertino, California
Correspondence Post Office Address: P.O. Box 7599, Loveland, Colorado 80537-0599

Citizenship: U.S.A.

*Pam Stellmacher* (Inventor's Signature)    Date: May 9, 2006

Full Name of # 3 Joint Inventor: Edmundo Dela Puente
Residence: Cupertino, California
Correspondence Post Office Address: P.O. Box 7599, Loveland, Colorado 80537-0599

Citizenship: U.S.A.

*Edmundo del Puente* (Inventor's Signature)    Date: May 9, 2006

Full Name of # 4 Joint Inventor: John Andberg
Residence: Santa Cruz, California
Correspondence Post Office Address: P.O. Box 7599, Loveland, Colorado 80537-0599

Citizenship: U.S.A.

*John Andberg* (Inventor's Signature)    Date: May 9, 06

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

Full Name of #    Joint Inventor:
Residence:
Correspondence Post Office Address:

Citizenship:

Inventor's Signature    Date

BEST AVAILABLE COPY

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 40 | tester and (switch with transistor or transistor adj switch) and controller and module and "324"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2007/03/27 10:59 |
| L2 | 137 | tester and (switch with transistor or transistor adj switch) and controller and "324"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2007/03/27 11:51 |
| L3 | 78593 | mem and switch | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2007/03/27 11:51 |
| L4 | 110 | 3 and tester and relay and controller | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2007/03/27 11:58 |
| L5 | 43 | mem same switch same interposer not cell | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2007/03/27 11:59 |
| L6 | 5 | 324/754.ccls. and mem same switch | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2007/03/27 12:00 |
| L7 | 0 | verlgy.as. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2007/03/27 12:13 |
| L8 | 12036 | agilent.as. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2007/03/27 12:13 |