1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
4  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
7  Facsimile:  (408) 297-6000

8  Attorneys for Plaintiff
   VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation<br><br>                        Plaintiff,<br><br>          vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                        Defendants. | Case No. C07 04330 RMW (HRL)<br><br>**DECLARATION OF MELINDA M. MORTON IN SUPPORT OF VERIGY'S OPPOSITION TO DEFENDANTS' MOTION TO QUASH SUBPOENA SERVED ON MOUNT & STOELKER PC**<br><br>Date: October 7, 2008<br>Time: 10:00 am<br>Ctrm.: 2, 5th Floor<br>Judge:   Hon. Howard R. Lloyd<br><br>Complaint Filed:   August 22, 2007<br>Trial Date:            None Set |
| AND RELATED CROSS ACTIONS | |

DECLARATION OF MELINDA M. MORTON ISO VERIGY'S OPP. TO DEFENDANTS' MOTION TO QUASH
SUBPOENA SERVED ON MOUNT & STOELKER PC                    Case No. C07 04330 RMW (HRL)

I, Melinda M. Morton, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California. I am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff Verigy US, Inc. ("Verigy" or "Plaintiff") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Verigy's Opposition to Defendants' Motion to Quash Subpoena Served on Mount & Stoelker PC.

3. Counsel for Defendants failed to meet and confer with Verigy's counsel prior to filing the instant motion to quash. For this reason alone, the Court should deny Defendants' motion to quash.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 16th day of September, 2008 at San Jose, California.

                                                            /s/
                                           Melinda M. Morton