DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No. C07 04330 RMW (HRL)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO QUASH SUBPOENA SERVED ON MOUNT & STOELKER PC**<br><br>Date: October 7, 2008<br>Time: 10:00 am<br>Ctrm.: 2, 5th Floor<br>Judge: Hon. Howard R. Lloyd<br><br>Complaint Filed:  August 22, 2007<br>Trial Date:  None Set |

1  The motion to quash subpoena served upon Defendants' former litigation counsel, Mount
2  & Stoelker PC, came on regularly for hearing before the undersigned on October 7, 2008.
3  Having reviewed the papers submitted in support of and in opposition to the motion, having heard
4  the arguments of respective counsel, including Defendants' former counsel, Mount & Stoelker,
5  PC, and good cause appearing, accordingly,

6  **IT IS HEREBY ORDERED** that Defendants' motion to quash the subpoena issued to
7  Defendants' former counsel, Mount & Stoelker PC, is DENIED.  Objections based on the
8  attorney-client privilege and/or the attorney work product doctrines are overruled.  Any privilege
9  has been waived by defendant Romi Mayder's express and voluntary disclosure of
10 communications with, and opinions of, his former counsel on the same subject matter as sought
11 pursuant to the subpoena.  Mount & Stoelker PC shall produce any and all documents responsive
12 to said subpoena within seven (7) days of the date of this order.

13 **SO ORDERED.**

15 Dated: _____, 2008          By: _____
16                                              Hon. Howard R. Lloyd
                                          UNITED STATES MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO QUASH SUBPOENA SERVED ON MOUNT & STOELKER PC
Case No. 07 04330 RMW (HRL)