1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff
   VERIGY US, INC.
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

| | |
|---|---|
| 12  VERIGY US, INC, a Delaware Corporation | Case No. C07 04330 RMW (HRL) |
| 13                  Plaintiff, | **[proposed] ORDER GRANTING VERIGY'S ADMINISTRATIVE MOTION FOR** |
| 14       vs. | **LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| 15  ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON | |
| 16  TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a | Judge: Hon. Howard R. Lloyd<br>Ctrm.: 2, 5th Floor |
| 17  California Limited Liability Corporation, inclusive, | |
| 18                  Defendants. | Complaint Filed:   August 22, 2007<br>Trial Date:        None Set |
| 19 | |
| 20  AND RELATED CROSS-ACTIONS | |

1   Now before the Court is Verigy's Administrative Motion for Leave to File Documents
2   Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under
3   Seal and the supporting declaration of Donald P. Gagliardi filed therewith, the Court finds good
4   cause for granting Verigy's request to file documents under seal.  The Court finds that:
5       (1)   The parties possess overriding confidentiality interest that overcomes the
6             right of public access to the record in the following documents:
7       (2)   Portions of Verigy Inc.'s Memorandum of Points and Authorities in
8             Opposition to Defendants' Motion to Quash Subpoena Served on Mount &
9             Stoelker PC (the "Opposition").
10      (3)   The parties' overriding confidentiality interests support sealing the record;
11      (4)   A substantial probability exists that the parties' overriding confidentiality
12            interest will be prejudiced if the record is not sealed;
13      (5)   The proposed sealing is narrowly tailored; and
14      (6)   No less restrictive means exist to achieve this overriding interest.
15  IT IS ORDERED that Verigy's Motion for Leave to File Documents Under Seal is
16  GRANTED.
17  SO ORDERED.
18  Dated: _____, 2008    _____
                                       Hon. Howard R. Lloyd
19                                     UNITED STATES MAGISTRATE JUDGE

1

[proposed] ORDER GRANTING VERIGY'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL        CASE NO. C07 04330 RMW (HRL)