**United States District Court**
For the Northern District of California

*E-FILED 10/7/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., | No. C07-04330 RMW (HRL) |
| Plaintiff, | **ORDER GRANTING AS UNOPPOSED PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| ROMI OMAR MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC., and SILICON TEST SOLUTIONS, LLC, | [Re: Docket No. 293] |
| Defendants. | |

Plaintiff Verigy US, Inc. ("Verigy") moves for a protective order with respect to defendants' second amended notice for Verigy's Fed.R.Civ.P. 30(b)(6) deposition. Defendants represent that, following further meet-and-confer negotiations, Verigy agreed to produce certain additional designees for deposition. Based on that agreement, defendants advise that they do not oppose plaintiff's motion for protective order. (See Docket #342). Briefing on the matter has closed, and plaintiff has not contradicted defendants' description of the agreement that has been reached.

Accordingly, plaintiff's motion for protective order is granted as unopposed and consistent with the parties' agreement as described in defendants' Statement of Non-

1  Opposition. The motion hearing set for October 14, 2008 is vacated.

2     SO ORDERED.

3  Dated:    October 7, 2008

4  HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**5:07-cv-4330 Notice electronically mailed to:**

Christopher Joseph Sargent csargent@computerlaw.com

Colin Geoffrey McCarthy cmccarthy@be-law.com, gsimmons@be-law.com

Daniel J. Bergeson dbergeson@be-law.com, swalker@be-law.com

Donald P. Gagliardi dgagliardi@be-law.com, emtofelogo@be-law.com, gsimmons@be-law.com

Hway-Ling Hsu hhsu@be-law.com, vross@be-law.com

Jack Russo jrusso@computerlaw.com

John A.D. Kelley jkelley@computerlaw.com

John W. Fowler jfowler@be-law.com, swalker@be-law.com

Melinda Mae Morton mmorton@be-law.com, gsimmons@be-law.com

Michael William Stebbins mstebbins@be-law.com, vross@be-law.com

Tim C. Hale thale@computerlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3