DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

*E-FILED - 11/6/08*

Attorneys for Plaintiff
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C07 04330 RMW (HRL)<br><br>**STIPULATION AND [] ORDER RE: PRETRIAL FILINGS**<br><br>Judge: Honorable Ronald M. Whyte<br>Ctrm:   6, 4th Fl.<br><br>Complaint Filed:    August 22, 2007<br>Bench Trial Date:   December 15, 2008 |

**STIPULATION**

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP, Defendants Romi Omar Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, Silicon Test Solutions, LLC and Wesley Mayder, an individual, by and through their counsel of record, Russo & Hale LLP do hereby stipulate and agree as follows:

WHEREAS it is the parties' understanding that the Pretrial Conference, currently set for November 26, 2008, will be rescheduled to December 11, 2008 due to the unavailability of the Court; and

WHEREAS the parties wish to modify the pretrial filing schedule in accordance with the rescheduled Pretrial Conference date and the standing pretrial order as follows:

| | |
|---|---|
| 11/17/08 (or 30 days before the trial date, whichever is later) | Last Day to File and Serve Pretrial Disclosures pursuant to FRCP 26(a)(3)(c). |
| 11/24/08 (or ten court days before the Pretrial Conference, whichever is later) | Pursuant to Section B of the Standing Order, Last Day for Parties to serve and file or lodge Motions in Limine; Trial Brief ; Deposition & Discovery responses; Proposed Findings of Fact & Conclusions of Law and Joint Pretrial Statement. |
| 12/4/08 (or five court days before the Pretrial Conference, whichever is later) | Pursuant to Section C of the Standing Order, Last Day for Parties to serve and file or lodge oppositions to Motions in Limine; objections to deposition excerpts or discovery responses, proposed findings, or trial exhibits; and counter-designations. |

IT IS SO STIPULATED.

Dated:  October 24, 2008                                    BERGESON, LLP


By: _____/s/_____
Melinda M. Morton, Esq.
Attorneys for Plaintiff
VERIGY US, INC.

1  Dated: October 24, 2008                RUSSO & HALE, LLP

2

3                                          By: _____/s/_____
                                           Tim Hale, Esq.
4                                          Attorneys for Defendants
                                           ROMI OMAR MAYDER, WESLEY
5                                          MAYDER, SILICON TEST SYSTEMS,
                                           INC., and SILICON TEST SOLUTIONS,
6                                          LLC

7

8                                    **ORDER**

9       In consideration of the foregoing stipulation and good cause appearing therefor, IT IS SO

10  ORDERED.

11

12  DATED: ____11/5_____, 2008      _____ for
                                             HONORABLE RONALD M. WHYTE
13                                           U. S. DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28