DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff and Counter-Defendant
VERIGY US, INC.

***E-FILED - 11/25/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C07 04330 RMW (HRL)<br><br>**STIPULATION AND [] ORDER TO CONTINUE TRIAL DATE**<br><br>Judge:  Honorable Ronald M. Whyte<br>Ctrm:     6, 4th Fl.<br><br>Complaint Filed:     August 22, 2007<br>Bench Trial Date:    December 15, 2008 |

STIPULATION AND [ ORDER TO CONTINUE TRIAL DATE                              C07-04330 RMW (HRL)

# STIPULATION

Plaintiff, Verigy US, Inc. ("Verigy"), by and through its counsel of record, Bergeson, LLP, Defendants Romi Omar Mayder, an individual, Silicon Test Systems, Inc. a California Corporation, Silicon Test Solutions, LLC and Wesley Mayder, an individual, by and through their counsel of record, Russo & Hale LLP do hereby stipulate and agree as follows:

WHEREAS the parties have entered into a binding Memorandum of Settlement Agreement; and

WHEREAS the parties intend to place the settlement on the record before Judge Trumbull at her earliest convenience next week; and

WHEREAS the parties intend to execute all additional necessary settlement documents on or before December 5, 2008; and

WHEREAS the parties wish to continue the trial date and all pretrial filing deadlines to allow the parties time to finalize the settlement, the parties hereby stipulate and agree that:

1. All pretrial and trial dates currently scheduled are hereby vacated.
2. The parties request that the Court agree to postpone the trial date to a date to be determined at a Case Management Conference scheduled for January 30, 2009, or as soon thereafter as the Court may schedule it, to set a new trial date in the event that the case is not dismissed by that time.

IT IS SO STIPULATED.

Dated: November 21, 2008                    BERGESON, LLP

By: _____/s/_____
Melinda M. Morton, Esq.
Attorneys for Plaintiff and Counter-Defendant
VERIGY US, INC.

1 | Dated: November 21, 2008    RUSSO & HALE, LLP

By: _____/s/_____
Tim Hale, Esq.
Attorneys for Defendants and counterclaimants
ROMI OMAR MAYDER, SILICON TEST SYSTEMS, INC., and SILICON TEST SOLUTIONS, LLC

**ORDER**

In consideration of the foregoing stipulation and good cause appearing therefor, IT IS SO ORDERED.

DATED: ____11/24_____, 2008    _____*Ronald M. Whyte*_____
HONORABLE RONALD M. WHYTE
U. S. DISTRICT COURT JUDGE