UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 11/25/08

Court Reporter: FTR: 3:05 - 3:15     Clerk: Corinne Lew

Case No.: C 07-4330 RMW     Case Title: Verigy US, Inc. v. Mayder

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Mindy Morton | Jack Russo |
|  |  |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial   [ ] Status   [ ] Discovery

[X] Settlement   [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted         [ ] Submitted          **[X] Settled**

[ ] Denied          [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part         [ ] Off Calendar

**CASE HAS SETTLED.  THE TERMS OF SETTLEMENT IS SEALED.**

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant       [ ] Court       [ ] Court w/opinion