DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Plaintiff and Counter-Defendant
VERIGY US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROMI OMAR MAYDER, an individual; WESLEY MAYDER, an individual; SILICON TEST SYSTEMS, INC., a California Corporation; and SILICON TEST SOLUTIONS, LLC, a California Limited Liability Corporation, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C07 04330 RMW (HRL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE – F.R.C.P. 41(a), (c)**<br><br>Judge: Honorable Ronald M. Whyte<br>Ctrm:   6, 4th Fl.<br><br>Complaint Filed:   August 22, 2007<br>Bench Trial Date:   continued |

STIPULATION RE: DISMISSAL                                                                                    C07-04330 RMW (HRL)

**STIPULATION**

IT IS HEREBY stipulated by and between the parties to this action through their counsel that all claims, counterclaims and defenses in the above-captioned action be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1) and FRCP 41(c).  Each party shall bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: January 14, 2009                                  BERGESON, LLP


                                                         By: _____/s/_____
                                                         Melinda M. Morton, Esq.
                                                         Attorneys for Plaintiff and Counter-Defendant
                                                         VERIGY US, INC.

Dated:  January 14, 2009                                 RUSSO & HALE, LLP


                                                         By: _____/s/_____
                                                         Jack Russo, Esq.
                                                         Attorneys for Defendants and
                                                         counterclaimants
                                                         ROMI OMAR MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC., and SILICON TEST SOLUTIONS, LLC