**\*E-FILED 1/20/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIGY US, INC., | No. C07-04330 RMW (HRL) |
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENTS** |
| ROMI OMAR MAYDER, WESLEY MAYDER, SILICON TEST SYSTEMS, INC., and SILICON TEST SOLUTIONS, LLC, | |
| Defendants. | |

The unredacted copies of the following documents shall be filed under seal:

1. "Declaration of Tim C. Hale in Support of Defendants' Opposition to Plaintiff's Motion to Disclose Highly Confidential – Attorney's Eyes Only Materials to Two Additional Experts" and Exhibits 1-3; and

2. "Corrected Declaration of Tim C. Hale in Support of Defendants' Opposition to Plaintiff's Motion to Disclose Highly Confidential – Attorney's Eyes Only Materials to Two Additional Experts" and Exhibits 1-3.

SO ORDERED.

Dated:   January 20, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-4330 Notice electronically mailed to:**

Christopher Joseph Sargent csargent@computerlaw.com

Colin Geoffrey McCarthy cmccarthy@be-law.com, gsimmons@be-law.com

Daniel J. Bergeson dbergeson@be-law.com, swalker@be-law.com

Donald P. Gagliardi dgagliardi@be-law.com, emtofelogo@be-law.com

Hway-Ling Hsu hhsu@be-law.com, vross@be-law.com

Jack Russo jrusso@computerlaw.com

John A.D. Kelley jkelley@computerlaw.com

John W. Fowler jfowler@be-law.com, swalker@be-law.com

Melinda Mae Morton mmorton@be-law.com, gsimmons@be-law.com

Michael William Stebbins mstebbins@be-law.com, vross@be-law.com

Tim C. Hale thale@computerlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.